# DOUGLAS COUNTY REGISTER OF DEEDS

*State of Wisconsin – County of Douglas*

This is to certify that this document is a true and correct reproduction of the record filed in the Register of Deeds Office, Douglas County, Wisconsin.

Without the raised seal this is an uncertified copy. It is illegal to copy this record unless specifically authorized by law.

JAN 14 1997

Date — Kathy F. Hanson, Register of Deeds — Deputy, Register of Deeds

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**STATE OF WISCONSIN — DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**ORIGINAL CERTIFICATE OF DEATH**

LOCAL FILE NUMBER: 400

1. DECEDENT'S NAME: Oswald F SUOJA
2. SEX: M
3. SOC. SEC. NUMBER: 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
4a. PRONOUNCED DEAD DATE: Dec. 29, 1996
4b. HOUR: 11:12 A M
6a. AGE: 73
7. DATE OF BIRTH: January 29, 1923
8a. COUNTY OF DEATH: Douglas
8b. CITY: Superior (Township)
11a. HOSPITAL: 1902 Maryland Avenue
12. MARITAL STATUS: Married
13a. RESIDENCE STATE: Wisconsin
13b. COUNTY: Douglas
13c. CITY: Superior
14a. NUMBER, STREET: 1902 Maryland Avenue
14b. ZIP CODE: 54880
15. STATE OF BIRTH: Minnesota
16. FATHER'S NAME: Herman Suoja
17. MOTHER'S NAME: Sigrid Henrickson
18. RACE: White
19. HISPANIC ORIGIN: No
20a. USUAL OCCUPATION: Asbestos Worker
20b. KIND OF BUSINESS/INDUSTRY: HEAT and FROST INSULATORS
21. EDUCATION: 12
22. ARMED FORCES: No
23. SURVIVING SPOUSE: Delores Dalbec
24a. INFORMANT'S NAME: Delores Suoja
24b. MAILING ADDRESS: 1902 Maryland Avenue, Superior, Wisconsin 54880
25. METHOD OF DISPOSITION: (X)
26. PLACE OF DISPOSITION: Greenwood Cemetery
27. LOCATION: Superior, WI
28. DATE SIGNED BY FUNERAL SERVICE LICENSEE: December 30, 1996
29. DATE RECEIVED FROM MED CERT: 1-6-1997
30b. WI LICENSE NO: 4689
31. NAME AND ADDRESS OF FACILITY: Lenroot-Maetzold Funeral Home, 1209 E 5th Street, Superior, Wisconsin 54880
33. DATE OF DEATH: Dec. 29, 1996
38. MANNER OF DEATH: Natural
34. AUTOPSY PERFORMED?: NO
35b. DATE SIGNED: 1-6-1997
36a. MEDICAL CERTIFIER'S NAME: Betty Smith DME
36b. WI PHYSICIAN LICENSE NO: 000016
37. CERTIFIER'S MAILING ADDRESS: 2872 E. Milchesky Road, Foxboro, Wisconsin 54836
45. DATE RECEIVED BY REGISTRAR: January 13, 1997

46. PART I. Immediate Cause:
(a) Mesothrlia — Interval: Months
(b) Asbestos Exposure (DUE TO OR AS A CONSEQUENCE OF) — Years

PART II. Other significant conditions contributing to death but not resulting in underlying cause given in Part I: Diabetes/Type 1

VOID