UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| ASBESTOS PRODUCTS LIABILITY ) | Civil Action No. MDL-875 |
| LITIGATION (No. VI) ) | |
| ) | |
| This Document Relates to: ) | |

DOCKET NUMBER
U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN
NOV 12 1999
FILED
JOSEPH W. SKUPNIEWITZ, CLERK
CASE NUMBER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DELORES AGNES SUOJA, individually ) | |
| and as special administrator for the estate of ) | |
| OSWALD F. SUOJA, deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 99 0475 C |
| ) | |
| OWENS-ILLINOIS, INC., et al., ) | |
| ) | |
| Defendants, ) | |

**ANSWER TO COMPLAINT, DEMAND FOR JURY TRIAL, AND
AFFIRMATIVE DEFENSES OF OWENS-ILLINOIS, INC. TO
PLAINTIFF'S COMPLAINT FOR DAMAGES**

**FIRST DEFENSE**

In accordance with the Order, as amended, entered by the Honorable Charles R. Weiner, on August 20, 1986, In Re: Asbestos Litigation, Miscellaneous Docket No. 86-0457 (E. Dist. PA), this document serves as an Entry of Appearance and short form Answer to Plaintiff's Complaint for Damages and all allegations contained in or incorporated in Plaintiff's Complaint are deemed denied. This also serves to incorporate by reference the Asbestos Defendant's Master Affirmative Defenses including any amendments and supplements thereto.

*[signature]*

Robert H. Riley
Matthew J. Fischer
Attorneys for Defendant, Owens-Illinois, Inc.

**SCHIFF HARDIN & WAITE**
6600 Sears Tower
Chicago, Illinois
(312) 258-5500

## CERTIFICATE OF SERVICE

DOCKET NUMBER

U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

NOV 12 1999

FILED
JOSEPH W. SKUPNIEWITZ, CLERK

The undersigned, an attorney, certifies that a copy of the foregoing document was served upon Plaintiff's counsel and all other known counsel of record by enclosing the same in an addressed envelope, postage prepaid, and by depositing said envelope in a U.S. Post Office Box in Chicago, Illinois on November 9, 1999.

Matthew J. Fischer

## Service List

| Counsel for Defendant | Address | Defendant |
|---|---|---|
| Cascino Vaughan Law Offices | Michael P. Cascino, Jill A. Rakauski<br>403 West North Avenue<br>Chicago, IL 60610 | |
| Foley & Lardner | Trevor J. Will<br>Firstar Center<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5367 | CCR |

DOCKET NUMBER
U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

NOV 12 1999

FILED
JOSEPH W. SKUPNIEWITZ, CLERK

CASE NUMBER

DOCKET NUMBER

U.S. DISTRICT COURT
WEST. DIST. OF WISCONSIN

NOV 12 1999

FILED
JOSEPH W. SKUPNIEWITZ, CLERK
CASE NUMBER

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: )
)
ASBESTOS PRODUCTS LIABILITY ) Civil Action No. MDL 875
LITIGATION (No. VI) )
)
This Document Relates to: )

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DELORES AGNES SUOJA, individually )
and as special administrator for the estate of )
OSWALD F. SUOJA, deceased, )
)
Plaintiff, )
)
v. ) Case No. 99 0475 C
)
OWENS-ILLINOIS, INC., et al., )
)
Defendants, )

## NOTICE OF FILING

TO: Attorneys on attached Service List

PLEASE TAKE NOTICE that on November 9, 1999, there was sent for filing with the Clerk of the above-referenced Court, Owens-Illinois, Inc.'s Appearance, Answer and Affirmative Defenses to Plaintiff's Complaint, a copy of which is attached hereto and served upon you herewith.

Robert H. Riley
Matthew J. Fischer

Attorneys for Defendant
Owens-Illinois, Inc.
Schiff Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500