IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) <br><br> This Document Relates To: <br><br> Cases from the law firm of Cascino Vaughan Law Offices, Ltd. <br><br> U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN <br> Suoja v. Owens-Illinois, et al., Case No. 99-0475 | Civil Action No. MDL 875 |

## MOTION TO APPOINT SPECIAL ADMINISTRATOR

NOW COMES Gary Suoja, by and through her/his attorneys, CASCINO VAUGHAN LAW OFFICES, LTD. and pursuant to Rule 25 (a) of the Federal Rules of Civil Procedure, moves this Honorable Court to enter an order to appoint her/him Special Administrator on behalf of Oswald F Suoja, deceased, to litigate the above-captioned matter, and to change the above caption to reflect the same, and, in support thereof, states as follows:

1. Plaintiff, Oswald F Suoja, died on 12/29/1996, pursuant to State of Wisconsin Medical Death Certificate attached hereto.

2. Gary Suoja is the son of Oswald F Suoja.

WHEREFORE, Gary Suoja, moves this Honorable Court to enter an order appointing him/her Special Administrator for the purpose of litigating this cause, and changing the caption to read: Gary Suoja, individually and as special administrator of the estate of Oswald F Suoja, deceased, Plaintiff v. Owens-Illinois, et. al., Defendants.

Respectfully submitted,

By: s/ Michael P. Cascino

One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: mcascino@cvlo.com

# DOUGLAS COUNTY REGISTER OF DEEDS

*State of Wisconsin — County of Douglas*

This is to certify that this document is a true and correct reproduction of the record filed in the Register of Deeds Office, Douglas County, Wisconsin.

Without the raised seal this is an uncertified copy. It is illegal to copy this record unless specifically authorized by law.

**JAN 14 1997**

*Date* — *Kathy F. Hanson, Register of Deeds* — *Deputy, Register of Deeds*

---

**STATE OF WISCONSIN — DEPARTMENT OF HEALTH AND SOCIAL SERVICES**
**ORIGINAL CERTIFICATE OF DEATH**

LOCAL FILE NUMBER: 400

1. DECEDENT'S NAME: Oswald F Suoja
2. SEX: M
3. SOC. SEC. NUMBER OF DECEDENT: ___-__-3647
4a. PRONOUNCED DEAD DATE: Dec. 29, 1996
4b. HOUR: 11:12 AM
5. BODY FOUND: N
6a. AGE: 73
7. DATE OF BIRTH: __, __, 1923
8a. COUNTY OF DEATH: Douglas
8b. DEATH OCCURRED INSIDE CITY/VILL/TOWNSHIP: Superior
8c. (CHECK ONE): City
9. DEATH AT HOSPITAL: (checked: Res. of deceased)
10. OTHER PLACE
11a. HOSPITAL (AND CAMPUS) OR NURSING HOME: 1902 Maryland Avenue
12. MARITAL STATUS: Married
13a. RESIDENCE - STATE: Wisconsin
13b. RESIDENCE - COUNTY: Douglas
13c. RESIDENCE - INSIDE CITY, VILLAGE, TOWNSHIP: Superior
13d. (CHECK ONE): City
14a. NUMBER, STREET: 1902 Maryland Avenue
14b. ZIP CODE: 54880
15. STATE OF BIRTH: Minnesota
16. FATHER'S NAME: Herman Suoja
17. MOTHER'S NAME: Sigrid Henrickson
18. RACE: White
19. HISPANIC ORIGIN: No
20a. USUAL OCCUPATION: Asbestos Worker
20b. KIND OF BUSINESS/INDUSTRY: HEAT and FROST INSULATORS
21. EDUCATION: 12
22. DECEDENT EVER IN U.S. ARMED FORCES: No
23. SURVIVING SPOUSE: Delores Dalbec
24a. INFORMANT'S NAME: Delores Suoja
24b. MAILING ADDRESS: 1902 Maryland Avenue, Superior, Wisconsin 54880
25. METHOD OF DISPOSITION: (checked)
26. PLACE OF DISPOSITION: Greenwood Cemetery
27. LOCATION: Superior, WI
28. DATE SIGNED BY FUNERAL SERVICE LICENSEE: December 30, 1996
29. DATE RECEIVED FROM MED CERT: 1-6-1997
30a. FUNERAL SERVICE LICENSEE: (signature) Arthur W. Ahm
30b. WI LICENSE NO: 4689
31. NAME AND MAILING ADDRESS OF FACILITY: Lenroot-Maetzold Funeral Home, 1209 E 5th Street, Superior, Wisconsin 54880
32. MEDICAL CERTIFIER: CORONER/ME (checked)
33. DATE OF DEATH: Dec. 29, 1996
34. AUTOPSY PERFORMED: No
35a. MEDICAL CERTIFIER SIGNATURE & TITLE: Betty Smith DME
35b. DATE SIGNED: 1-6-1997
36a. MEDICAL CERTIFIER'S NAME: Betty Smith DME
36b. WI PHYSICIAN LICENSE NO. / ME Code: 000016
37. CERTIFIER'S MAILING ADDRESS: 2872 E. Milchesky Road, Foxboro, Wisconsin 54836
38. MANNER OF DEATH: Natural
44. REGISTRAR SIGNATURE: Kathy F. Hanson
45. DATE RECEIVED BY REGISTRAR: January 13, 1997

46. PART I. IMMEDIATE CAUSE:
(a) Mesothelia — Interval: Months
(b) Asbestos Exposure (DUE TO OR AS A CONSEQUENCE OF) — Years

PART II. Other significant conditions contributing to death but not resulting in underlying cause given in Part I: Diabetes/Type 1

*[VOID watermark across document]*

*THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER*

CERTIFICATE OF SERVICE
FOR CASE NO. 99-0475

I hereby certify that on November 17, 2008, I sent for filing with the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Western District of Wisconsin using the CM/ECF system which will send notification of such filing to the following:

Matthew J. Fischer
mfischer@schiffhardin.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

Robert H. Riley
SCHIFF, HARDIN & WAITE
7200 SEARS TOWER
CHICAGO, IL 60606

s/ Michael P. Cascino

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600