IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| SUOJA et al v. INC. OWENS-ILLINOIS et al | WI-W Case No. 99-475 |

Plaintiff's Supplementation of Expert Witness Reports September 19, 2014

Plaintiff identifies the following materials subject to supplementation. This supplementation adds additional expert materials as noted below for the following experts :

a. Dr. Arthur Frank, supplementation of past testimony list, scientific publications considered, affidavit of 6/21/12, materials considered (deposition summaries of Zimmer and Schlub of depositions taken in *Suoja*.)
b. Stephen Kenoyer, supplementation of past testimony list and general report updated 1/21/13.
c. Kenneth S. Garza, supplementation of past testimony list and general report updated 1/21/13.
d. Joseph Ferriter, expert fee change.
e. Dr. Arnold Brody, supplementation of past testimony list.
f. William Longo, supplementation of report to specify Kaylo pipecovering and block studies and videos.

Plaintiff withdraws the following experts:

a. James Huttner
b. Samuel Wineman

All other past Rule 26 (a) 2 (b) expert disclosures are unchanged.

Dated: September 19, 2014
Prepared by:

/s/ Robert G. McCoy
Attorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600
bmccoy@cvlo.com