# Exhibit G

| STATE OF WISCONSIN | CIRCUIT COURT | KEWAUNEE COUNTY |
|---|---|---|

GLORIA VANDERMEUSE,  )
Individually and as Special  )
Administrator of the Estate of  )   Case No. 07-CV-000055
FRANCIS VANDERMEUSE,  )   Case Classification Code: 30108
   )
   Plaintiff,  )
   )
v.  )
   )
ALLIED INSULATION SUPPLY  )
CO., INC, *et al.*,  )
   )
   Defendant.  )

## PRE-TRIAL ORDER

For the reasons stated on the record in this matter during the January 13, 2014 pre-trial hearing, the Court hereby orders as follows:

(1) Plaintiff shall disclose the identity of the live witnesses that Plaintiff intends to call at trial by 12:00 p.m. CST on Thursday, February 6, 2014;

(2) Plaintiff, Owens-Illinois, and International Paper are each allowed four (4) peremptory challenges during jury selection;

(3) The Parties are directed to confer on the matter of proposed stipulations and are to report back to the Court regarding any agreed-upon stipulations by January 27, 2014;

(4) Dr. Castleman's testimony is limited as follows:

   (a) Dr. Castleman may offer factual testimony regarding the dates of publication and contents of historical documents and literature;

  (b) Dr. Castleman may provide a timeline of historical documents and literature;

  (c) Dr. Castleman is precluded from offering any opinions regarding Owens-Illinois, including but not limited to any opinions regarding what was known or should have been known by Owens-Illinois regarding the potential health effects of asbestos at any time;

  (d) Dr. Castleman is not offering any testimony against International Paper.

(5) The Parties are directed to engage in good faith, direct negotiations regarding potential settlement.

(6) Gloria Vandermeuse is directed not to discuss anything related to this case with anyone except her attorneys. If Mrs. Vandermeuse is approached by anyone to discuss anything related to this case, she is directed to inform her attorneys, who must then make a determination about whether to inform the Court.

Dated: ~~January~~ February 5, 2014

BY THE COURT:

_[signature]_
Honorable Dennis J. Mleziva
Kewaunee County Circuit Court Judge

CH2\14107095.2