# Exhibit H

```
 1    STATE OF WISCONSIN    :   CIRCUIT COURT   :   MILWAUKEE COUNTY

 2    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 3    CARL SORCIC, et al.,

 4                       Plaintiffs,         Case No. 657-163

 5       vs.

 6    KEENE CORPORATION, et al.,

 7                       Defendants.

 8    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                        COURT'S DECISION
 9                     ON MOTION TO STRIKE
                    DR. CASTLEMAN'S TESTIMONY
10    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

11    April 3, 1989                    Before the
                                       HONORABLE PATRICIA D. McMAHON
12                                     Circuit Judge, Branch 18
                                       Presiding
13
      APPEARANCES:
14
              PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
15    BRUEGGEMAN, S.C., by Albert J. Goldberg, 788 North Jefferson
      Street, P. O. Box 92099, Milwaukee, WI 53202, for the
16    Plaintiffs.

17            FOLEY & LARDNER, by Trevor J. Will, First Wisconsin
      Center, 777 East Wisconsin Avenue, Milwaukee, WI 53202-5367,
18    for the Defendants, Keene Corporation and Owens-Illinois,
      Inc.
19
              SCHIFF, HARDING & WAITE, by Robert Riley and Paul
20    Scrudato, 7200 Sears Tower, Chicago, IL 60606, for Defendant,
      Owens-Illinois, Inc.
21
              ARNDT & BENTON, P.A., by Duane E. Arndt and Mark M.
22    Velguth, 900 First Bank Place West, Minneapolis, MN 55402,
      for Defendant, Eagle-Picher Industries, Inc.
23
              BORGELT, POWELL, PETERSON & FRAUEN, S.C., by Steven
24    W. Celba and Michael D. Stotler, 735 North Water Street,
      Milwaukee, WI 53202, for Defendant, Owens-Corning Fiberglas
25    Corporation.
```

1

1          FELLOWS, PIPER & SCHMIDT, by Richard E. Schmidt, 622 North Water Street, Milwaukee, WI 53202, for Defendant, Rock
2   Wool Manufacturing Company.

3          BRENNAN & COLLINS, by James P. Brennan and Russell D. Bohach, 788 North Jefferson Street, Milwaukee, WI 53202,
4   for Defendant, Celotex Corporation.

5                         * * * *

6          THE COURT: The first part of the argument is that

7   Mr. Castleman is not a medical doctor and, therefore, cannot

8   give his opinion as to what the articles state, he has no

9   expertise to explain what the article says of significance.

10  He certainly can read an article and say this is the title of

11  the article. But plaintiff further argues that he should be

12  able to testify that he can identify the articles by naming

13  them.

14         The problem I have with this is that no matter how

15  he lists them, he makes a selection and--

16         MR. GOLDBERG: What?

17         THE COURT: Makes a selection of lists. There's no

18  way he can give a hundred percent of all the articles. He has

19  to select those articles of significance. What is his

20  expertise to select which articles are significant, which are

21  not, which are repetitive, which are not, if he merely lists

22  the articles, basically relying on the authors who give a

23  title to that article, and that could be misleading. The

24  article could have nothing to do with what that title says or

25  could say much more than the title would reveal. No matter

1  how he testifies, he has to make choices, and I found the opin-
2  ion of Judge Grady to be very persuasive on both factors.  I
3  don't see--and I have not heard that Mr. Castleman possessed
4  any other expertise to make him--give him the ability to do
5  other than just give a list.  And, if that were the case, we
6  would have--we could just have lay witnesses come up here and
7  read a list of everything they found in the Milwaukee County
8  library or any other library that he felt inclined to list,
9  and I don't see how that leads to--how that's probative in
10 most cases.  And, given the fact that this witness does not
11 have the expertise, he will not testify as an expert witness,
12 and I don't see how his testimony would be probative as a lay
13 witness.
14       I specifically would reject the fact he has or
15 hasn't testified in other cases.  I think that's irrelevant
16 to this proceeding.  And the fact that he maybe testifies
17 often for plaintiffs I think is irrelevant.  I'm basing this
18 decision on the information provided as to his testimony in
19 this particular case so that the--
20       MR. GOLDBERG:  Your decision is what, Your Honor?
21       THE COURT:  That Mr. Castleman will not be able to
22 testify as an expert witness in this case, and that I do not
23 see on the record before me any relevance to any testimony he
24 may have as a lay witness.
25       *       *       *       *       *

3

```
1   STATE OF WISCONSIN  )
                        ) SS:
2   MILWAUKEE COUNTY    )

3           I, Linda J. Levengood, an official court reporter in
4   and for the Circuit Court of Milwaukee County, do hereby
5   certify that the foregoing is a true and correct transcript
6   of the Court's decision on allowing Dr. Castleman to testify
7   in the above-entitled case as the same is contained in my
8   original machine shorthand notes on the said trial or
9   proceeding.
10          Dated at Milwaukee, Wisconsin, this 4th day of
11  April, 1989.


                                    Linda J. Levengood, APR
                                    Official Reporter
```

4