# EXHIBIT J

MAY 12 1986

FILED IN THE
U.S DISTRICT COURT
Eastern District of ...

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MAY 9 1986

J. R. FALLQUIST, Clerk
_____ Dep.t

| | |
|---|---|
| DON M. KENDRICK and JOAN I. KENDRICK, husband and wife,<br><br>Plaintiffs<br><br>vs.<br><br>OWENS-CORNING FIBERGLAS CORPORATION, a foreign corporation, et al.,<br><br>Defendants | NO. C-85-178-AAM<br><br>ORDER ON PRETRIAL MOTIONS |

BEFORE THE COURT are various pretrial motions and motio in limine as referenced below, heard with oral argument in a preliminary pretrial conference April 25, 1986. Appearing f plaintiffs were Steven A. Crumb and C. Matthew Andersen. Representing the "Wellington Agreement" defendants were Bruc D. Erickson and Eileen Concannon; representing Raymark Indus ries, Inc., was Patrick C. Sheldon. Having reviewed the record, heard the oral argument of counsel and being fully advised in the premises, the court hereby rules as detailed below.

1. Defendants' motion for summary judgment based on statute of limitations (Ct. Rec. 126, 130) is DENIED. In th products liability action, filed on February 27, 1985, the applicable statute of limitation is three years from the

ORDER ON PRETRIAL MOTIONS - 1

B-1

==15. Defendants' Motion to Exclude Testimony of Barry Castleman (Ct. Rec. 98) is GRANTED in accordance with the analysis set forth in In Re Related Asbestos Cases, 543 F.Sup 1142, 1149-50 (N.D. Cal 1982).==

16. Defendants' Motion to Exclude ATI Records from Tri. (Ct. Rec. 113) and their Motion to Exclude Sumner Simpson Papers (Ct. Rec. 116) are DENIED, the documents being condit ally admissible. After consultation between defendants and plaintiffs, plaintiffs shall submit the disputed documents t the court for a determination of objectionability pursuant Rule 403, Fed.R.Ev., along with purged depositions or other evidence which they contend would authenticate the document: question.

17. Defendants' Motion in Limine to Exclude Remote Product Identification Testimony (Ct. Rec. 119) is DENIED w leave to renew at the time of trial, outside the jury's presence.

18. Defendants' Motion in Limine to Exclude Evidence Friction Products (Memo at Ct. Rec. 111) is RESERVED. Fric product evidence proposed to be offered at trial shall be submitted to the court on or before May 5, 1986, for revie under Rule 403, Fed.R.Ev.

19. Defendants' Motion to Exclude Evidence of Manufa turing Plant Conditions (Ct. Rec. 54) is RESERVED. The co will hear further from counsel at the time of trial, out c jury's presence.

ORDER ON PRETRIAL MOTIONS - 8

B-2

DATED this 8th day of May, 1986.

/s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
United States District Judge

ORDER ON PRETRIAL MOTIONS - 10

B-3