# EXHIBIT C

| | |
|---|---|
| **From:** | Michael Cascino <mcascino@cvlo.com> |
| **Sent:** | Thursday, December 18, 2014 2:57 PM |
| **To:** | Casmere, Edward M. |
| **Subject:** | RE: Viola & Suoja |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Just the 2 mesos   thanks

This electronic mail message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution or copying of this transmission or its attachments is strictly prohibited. If you received this communication in error, please immediately notify the sender by electronic mail at the address above and delete this message, its attachments and all copies and backups.

**From:** Casmere, Edward M. [mailto:ecasmere@schiffhardin.com]
**Sent:** Thursday, December 18, 2014 2:47 PM
**To:** Michael Cascino
**Subject:** RE: Viola & Suoja

Thanks, you too.
Should I wait for you to confirm yes/no on Crider and Connell, or are we passing on that for now?

**From:** Michael Cascino [mailto:mcascino@cvlo.com]
**Sent:** Thursday, December 18, 2014 1:48 PM
**To:** Casmere, Edward M.
**Subject:** RE: Viola & Suoja

We accept the $[redacted] on Viola and Suoja   Have a great holiday   Thanks

This electronic mail message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution or copying of this transmission or its attachments is strictly prohibited. If you received this communication in error, please immediately notify the sender by electronic mail at the address above and delete this message, its attachments and all copies and backups.

**From:** Casmere, Edward M. [mailto:ecasmere@schiffhardin.com]
**Sent:** Thursday, December 18, 2014 12:13 PM
**To:** Michael Cascino
**Subject:** Viola & Suoja

Mike,

Please allow this email to confirm the settlement of the Viola and Suoja cases for a total of $█████.

With respect to the other cases we discussed, I could resolve Crider and Connell for a total of █████ if you'd like.

Please confirm ASAP so I can get the paper work started.  Best regards,

Ed


**Edward Casmere**  vCard
Partner  View Bio



233 South Wacker Drive     t 312.258.5784
Suite 6600                 f 312.258.5600
Chicago, IL 60606          e ecasmere@schiffhardin.com
www.schiffhardin.com

----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
----------------------------------------------------------------