# EXHIBIT E

| | |
|---|---|
| **From:** | Casmere, Edward M. |
| **Sent:** | Friday, December 19, 2014 12:25 PM |
| **To:** | 'Michael Cascino' |
| **Subject:** | RE: Souja |

Mike,
We had a deal to resolve two cases, Suoja and Viola, for $█████.
If you are now claiming that there is no deal, this may result in motion practice.
Ed

---

**From:** Michael Cascino [mailto:mcascino@cvlo.com]
**Sent:** Friday, December 19, 2014 11:45 AM
**To:** Casmere, Edward M.
**Subject:** RE: Souja

At least we settled Viola.

This electronic mail message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution or copying of this transmission or its attachments is strictly prohibited. If you received this communication in error, please immediately notify the sender by electronic mail at the address above and delete this message, its attachments and all copies and backups.

**From:** Casmere, Edward M. [mailto:ecasmere@schiffhardin.com]
**Sent:** Friday, December 19, 2014 11:09 AM
**To:** Michael Cascino
**Subject:** RE: Souja

Mike,
We had a deal that you confirmed, twice (see the attached emails).  I presume you are explaining that to your clients.  The check has been cut and I expect to receive it next week.  I spent a tremendous amount of personal capital convincing the Company to resolve these cases with you.
Ed

---

**From:** Michael Cascino [mailto:mcascino@cvlo.com]
**Sent:** Friday, December 19, 2014 9:23 AM
**To:** Casmere, Edward M.
**Subject:** Souja

The family voted no.  The rep is a lawyer as I told you previously. They said no.  I presume we can go thru the Viola settlement.  Thanks

This electronic mail message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution or copying of this transmission or its attachments is strictly prohibited. If you received this communication in error, please immediately notify the sender by electronic mail at the address above and delete this message, its attachments and all copies and backups.

1

```
----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
----------------------------------------------------------------
```