## Declaration of Robert McCoy

I, Robert McCoy, state as follows:

1. I make these statements based upon my personal knowledge.

2. I am an attorney licensed in the states of Wisconsin and Illinois. I work at Cascino Vaughan Law Offices (CVLO) which has offices in Milwaukee, Wisconsin, and Chicago, Illinois.

3. CVLO represents Gary Suoja as special administrator of the estate of his father, Oswald Suoja, in *Suoja v. Owens-Illinois, Inc.*, Case No. 99-cv-475-bbc (Western District of Wisconsin).

4. I make this declaration with the understanding that Gary Suoja has not agreed to waive the attorney client privilege as to the statements in the declaration except for the limited purpose of opposing the motion by Owens-Illinois (OI) to enforce an unauthorized settlement agreement.

5. On December 16, 2014, I was directed by Michael Cascino, an attorney at CVLO, to contact the client to obtain approval of a settlement offer by OI in the *Suoja* case.

6. Later that day - December 16, 2014, - I spoke with Gary Suoja on the phone and advised him that Owens-Illinois had made a settlement offer. During the conversation, Gary Suoja instructed me not to settle the case because he wanted to discuss the settlement offer with other beneficiaries of the estate.

7. After my conversation with Gary Suoja, I communicated to Michael Cascino that Gary Suoja had directed not to settle the case.

8. The next communication I had with Gary Suoja was on December 18, 2014. Gary stated that the Owens-Illinois offer was unacceptable.

EXHIBIT 2

9. After the December 18 communication, I communicated to Michael Cascino that Gary Suoja had rejected the settlement offered by OI.

10. Michael Cascino was never given authority to settle the case for the amount offered by OI and which Michael Cascino agreed to.

11. Michael Cascino settled the Suoja case without Gary Suoja's knowledge or consent.

12. The settlement with OI was not authorized by Gary Suoja.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2015

*/s/ Robert J. McCoy*

Robert McCoy