# Exhibit C

| | | |
|---|---|---|
| STATE OF WISCONSIN, CIRCUIT COURT, <u>DOUGLAS</u> COUNTY | | *For Official Use* |
| IN THE MATTER OF THE ESTATE OF<br>OSWALD SUOJA | **Special Administration -<br>Order Appointing<br>Special Administrator** | **FILED**<br>APR 2 9 2002<br>*Janet R. Haack*<br>Register in Probate<br>Douglas County, WI |
| | Case No. 02 PR 54 | |

A petition has been filed for the special administration of the estate of the decedent.

**THE COURT FINDS THAT:**

1. The petition came on for hearing
   ☒ without notice.
   ☐ upon waiver by all persons interested.
   ☐ upon notice given under §879.03, Wisconsin Statues.

2. There is a statutory basis for appointment of a special administrator.

**IT IS ORDERED THAT:**

1. Letters of Special Administration be issued to:

   <u>Gary Suoja</u>                                                                        , post office address

   <u>200 First Avenue, Suite 400, Seattle, WA 98119</u>

2. ☐ A signature bond    ☐ A surety bond    in the sum of $ _____ is required.
   ☒ No bond is required.

3. The special administrator is granted the following powers:

   ☐ all the general powers, duties and liabilities as personal representative
       ☐ except: _____

   ☒ only these specific powers: <u>Power to prosecute an action regarding injuries to the decedent on behalf of the estate.</u>

BY THE COURT:

_____
Circuit Court Judge/Court Commissioner

Michael T. Lucci
Name Printed or Typed

4-29-02
Date

| Name of Attorney/Petitioner |
|---|
| Jill A Rakauski |
| **Address** |
| 220 S. Ashland Ave<br>Chicago IL 60607 |
| **Telephone Number** |
| 312-944-0600 |

PR-1852, 10/00 Special Administration - Order Appointing Special Administrator    §§867.07, 867.13, 867.17, 879.05, 879.57, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**

| STATE OF WISCONSIN, CIRCUIT COURT, DOUGLAS COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br>OSWALD SUOJA | **Letters of Special Administration**<br><br>Case No. 02PR54 | **FILED**<br>APR 2 9 2002<br>*Janei R. Haack*<br>Register in Probate<br>Douglas County, WI |

To:  Gary Suoja
     200 First Avenue, Suite 400
     Seattle, WA 98119

The decedent, whose date of birth was ▅▅/1923 and date of death was 12/29/1996,

died domiciled in Douglas County, State of Wisconsin.

You are granted letters of special administration, with the following powers:

☐ all the general powers, duties and liabilities as personal representative
  ☐ except: _____

☒ only these specific powers: Power to prosecute an action regarding injuries to the decedent on behalf of the estate.

(Seal)

BY THE COURT:

_____
Circuit Court Judge/Court Commissioner
Michael T. Lucci
Name Printed or Typed
4-29-02
Date

| Name of Attorney |
|---|
| Jill A. Rakauski |
| Address |
| 220 S. Ashland Ave |
| Chicago, IL  60607 |
| Telephone Number |
| 312-944-0600 |

PR-1853, 10/00 Letters of Special Administration                §§867.15, 867.17, 879.57, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**