IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| GARY SUOJA, Individually and as Special Administrator of the Estate of OSWALD SUOJA, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 99-cv-475-bbc |
| v. | ) ) | |
| Owens-Illinois, Inc., | ) ) | |
| Defendant. | ) | |

Plaintiff's Motion for Leave to File Surreply to Owens-Illinois, Inc.'s
Motion to Enforce Settlement

Plaintiff moves for leave to file a surreply to Owens-Illinois, Inc.'s ("OI") reply. OI raised a new issue in its reply which was not raised in its initial motion, arguing that authority for the settlement existed based on past proceedings in the probate court. Plaintiff seeks leave to file a surreply to address the new issue only.

Conclusion

For the reasons above, plaintiff should be granted leave to file a surreply.

Dated: February 13, 2015

s/ Robert G. McCoy
Attorney for Plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

1