IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GARY SUOJA, individually and as
special administrator for the estate
of Oswald F. Suoja,

                                                 ORDER

           Plaintiff,

                                                 99-cv-475-bbc

    v.

OWENS-ILLINOIS, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARBARA CONNELL, individually and
as special administrator for the estate of
Daniel Connell,

                                                 ORDER

           Plaintiff,

                                               05-cv-219-bbc

    v.

OWENS-ILLINOIS, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On January 8, 2015, defendant Owens-Illinois, Inc. filed three motions to exclude different types of expert evidence that it believed plaintiffs Gary Suoja and Barbara Connell intended to offer at trial. In response, a briefing schedule was set in accordance with the court's procedure on nondispositive motions. When plaintiffs did not respond by the

1

deadline, I granted defendant's motion as unopposed.

Since that order was docketed, it has come to my attention that, in May 2014, the parties agreed to their own briefing schedule on any evidentiary motions, giving plaintiffs a February 20, 2015 deadline to file a response and giving defendant a March 16, 2015 deadline to reply. Magistrate Stephen Crocker approved that agreement in August 2014. Accordingly, IT IS ORDERED that the January 8, 2015 order in these cases (dkt. #61 in case no. 99-cv-475-bbc and dkt. #45 in case no. 05-cv-219-bbc) is VACATED. In the future, if the parties receive a briefing schedule from the court that is inconsistent with a previous scheduling order, they should contact the court promptly to identify the discrepancy.

Entered this 18th day of February, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge