IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY SUOJA, Individually and as Special Administrator of the Estate of OSWALD F. SUOJA, Deceased,<br><br>    Plaintiff,<br> v.<br><br>OWENS-ILLINOIS, INC.<br><br>    Defendant. | Case No. 99-cv-0475 |
| BARBARA CONNELL, Individually and as Special Administrator of the Estate of DANIEL CONNELL, Deceased,<br><br>    Plaintiff,<br> v.<br><br>OWENS-ILLINOIS, INC.<br><br>    Defendant. | Case No. 05-cv-00219 |

**PLAINTIFFS' RESPONSE TO OWENS-ILLINOIS, INC.'S MOTION TO BAR THE "ANY EXPOSURE" CAUSATION OPINION**

---

  Plaintiffs respond to Owens-Illinois, Inc.'s Motion to Bar the "Any Exposure" Causation Opinion.  Plaintiffs agree the testimony that "each and every exposure" or "any exposure" is a cause of the asbestos related disease will not be presented at trial.  Thus, the motion should be stricken or denied as  moot.[1]

---

  [1]Plaintiffs note that defendant relies in large part on the trial court decision in *Krik v. BP Amoco* N.D. IL Case No. 10-cv-07435 Doc. # 314 filed on December 22, 2014. The district court in the *Kirk* case held the "every exposure" statement could not be made. However, in *Krik* the

Conclusion

For the reasons above, the motion should be stricken or denied as moot.

Dated:  February 20, 2015

/s/ *Robert G. McCoy*
Attorney for Plaintiffs

Robert G. McCoy
CASCINO VAUGHAN LAW OFFICES
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
bmccoy@cvlo.com
ecf.cvlo@gmail.com

---

district court also held the causation opinion of the experts as to specific defendants was expressly allowed (pages 4-13).