# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

FILED
APR 12 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civil Action No:
MDL 875

This Document Relates Only to the
Cases Identified on the Attached Case List
(Hereinafter referred to as CVLO-3)

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR CVLO-3

**AND NOW**, this 11th day of April, 2012, after discussing with the parties on multiple occasions the necessity of altering the scheduling orders <u>and the case lists associated with those scheduling orders</u>, **IT IS HEREBY ORDERED THAT**, as to the cases identified on the attached list, the following discovery and pretrial management deadlines shall apply[1]:

1. Plaintiffs must submit to the defendants and to the court a list of viable defendants who they are unlikely to voluntarily dismiss in each of these cases by: <u>May 1, 2012</u>

2. All remaining fact discovery must be completed by: <u>July 13, 2012</u>

3. Plaintiffs must provide a list of defendants in each case that plaintiffs are willing to voluntarily dismiss by: <u>July 27, 2012</u>

4. Plaintiffs' expert reports must be filed by: <u>August 13, 2012</u>

5. Defendants' expert reports must be filed by: <u>September 18, 2012</u>

6. All expert discovery must be completed by: <u>September 25, 2012</u>

7. Any dispositive motions (including any dispositive *in limine* claims) must be filed by: <u>October 8, 2012</u>

8. Responses to any dispositive motions must be filed by: <u>October 22, 2012</u>

9. Replies to any dispositive motions must be filed by: <u>October 29, 2012</u>

10. The parties have advised us that they anticipate that the plaintiffs will not need to file expert reports on the reasonableness and necessity of the medical expenses, as the parties likely will agree on this issue. We acknowledge that each defendant may

---

[1] The court presumes that the parties have now complied with any expired deadlines from the previous scheduling order.

Exhibit 9

   decide to dispute such expenses in any given case, and will deal with those disputes accordingly. However, given the likelihood of such agreements and to the extent necessary, plaintiffs shall not be obligated to file such expert reports until after dispositive motions have been adjudicated or suggestions for remand have been filed.

11. Responses to requests for documents and other paper discovery must be served in accordance with the Federal Rules of Civil Procedure, unless subject to a written agreement by the parties.

12. Depositions and certain discovery are to be governed by the Federal Rules of Civil Procedure, as modified by the August 4, 2011 Deposition Protocol (amended on April 2, 2012) (08-90330 Doc. No. 87, Exh. A), the November 9, 2011 Medical Records Collection Protocol (01-MD-875 Doc. No. 8262), the December 14, 2011 Rules and Procedures Relating to the Authorization for Release of Bankruptcy Records (01-MD-875 Doc. No. 8318), as well as any future protocol agreed to by the parties and approved by the Court.

13. The role of defense liaison counsel will be to coordinate communications between the defense and the Court and to work with plaintiffs' counsel to come to agreement on broad issues. However, to the extent any party should have a particular objection or issue with regard to any case, that party is free to deal with plaintiffs' counsel directly.

14. A settlement conference, with client representatives to be in attendance in person, shall take place at such time as the Court, upon the recommendations of the parties or otherwise, deems appropriate.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

2

| LAST | FIRST | PAED |
|---|---|---|
| Ahnert | Daniel | 10-CV-67443 |
| Andris | Arthur | 10-CV-67885 |
| Baumann | Eugene | 11-CV-63517 |
| Binder | Robert | 10-CV-67817 |
| Burkee | James | 10-CV-83247 |
| Cadotte | Joseph | 10-CV-64680 |
| Childs | Earl | 08-CV-91089 |
| Collins | Arthur | 10-CV-64567 |
| Connell | Daniel | 09-CV-60552 |
| Deis | John | 08-CV-88675 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Ferrara | Michael | 11-CV-63906 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hay | Robert | 09-CV-64612 |
| Held | Donald | 10-CV-67814 |
| Jakubowski | Florian | 10-CV-67831 |
| Jenkins | Harold | 08-CV-92237 |
| Joyner | Donald | 09-CV-64626 |
| Larweth | Dennis | 08-CV-89914 |
| Lawson | Carl | 10-CV-69031 |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Meagher | John | 09-CV-60445 |
| Miller | Homer | 09-CV-61040 |
| Montgomery | Dane | 09-CV-64739 |
| Morris | Michael | 09-CV-61495 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Parsons | Harry | 10-CV-64587 |
| Pertzborn | James | 10-CV-61352 |
| Rickey | Marvin | 10-CV-61345 |
| Schmoll | Cyril | 09-CV-61026 |
| Stephens | John | 09-CV-64733 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vradenburg | Stanley | 09-CV-62185 |
| Waltenberg | Claude | 09-CV-61499 |
| Werner | Clement | 10-CV-61908 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Harold | 08-CV-90732 |
| Woods | Dale | 11-CV-66277 |
| Woods | James | 09-CV-62583 |

**MAILED:**

| | | | |
|---|---|---|---|
| ANDREA COHEN | DENNIS GRABER | KEITH KINNEY | RICHARD BOLTON |
| ANDREW CROSS | DEREK SMITH | KENNETH GORENBERG | RICHARD STEINKEN |
| BILLEE WARD | DONALD BROAD | KEVIN DUCKWORTH | ROBERT HALEY |
| BRIAN FIELDS | FRANCIS MORRISSEY | KEVIN LONG | SCOTT KYROUAC |
| BRUCE KAMPLAIN | JAMES CULHANE | KRISTIN ACHTERHOF | STACEY SENECZKO |
| C. KOEBELE | JAMES WHEELER | KRISTINE KRAFT | STEPHEN KRAVIT |
| CAROL TATE | JAN DODD | LAURA O'CONNELL | STEPHEN MAASSEN |
| CHARLES BOHL | JEFFREY REEL | LAURE FLANIKEN | STEVEN CELBA |
| CHRISTOPHER RAISTRICK | JEFFREY SCHMECKPEPER | LINDA GRAFT | STEVEN SANDERS |
| D. GLOOR | JENNIFER FARDY | MATTHEW LEE | SUSAN GUNTY |
| DANIEL CHEELY | JEROME KRINGS | MELISSA SKILKEN | TANYA BELL |
| DANIEL FARROLL | JOEL POOLE | MICHAEL CIESLEWICZ | THADDEUS STANKOWSKI |
| DANIEL OVERBEY | JOHN DIXON | MICHAEL HENNIG | THOMAS ORRIS |
| DAVID BARTEL | JOHN O'SULLIVAN | MICHAEL JASSAK | TIMOTHY FAGAN |
| DEAN PANOS | JOSHUA MURPHY | NEIL SOLOMON | VANI SINGHAL |
| DENNIS DOBBELS | K. CAREY | NICOLE BEHNEN | VICTOR LAZZARETTI |
| | KARL KOONS | R. MUTH | WILLIAM HASSLER |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS KING | KATHERINE SPITZ | RICHARD LAUTH |
| ADAM LAGOCKI | DOUGLAS POLAND | KATHRYN DOWNEY | RICHARD SCHUSTER |
| ALLEN VAUGHAN | EDWARD CASMERE | KAYCE GISINGER | ROBERT MCCOY |
| AMANDA SUMMERLIN | EDWARD KENNEY | KENT PLOTNER | ROBERT RILEY |
| AMIEL GROSS | EDWARD MACCABE | KENT ROGERS | ROBERT SANDS |
| ANDREW DETHERAGE | EDWARD MCCAMBRIDGE | KEVIN KNIGHT | ROBERT SCHROEDER |
| ANTHONY GOLDNER | EMILY ZAPOTOCNY | KHALAF KHALAF | ROGER HEIDENREICH |
| BASIL DISIPIO | ERIC CARLSON | KIMBERLY HILLMAN | RONALD AUSTIN |
| BRETT LARSEN | FORREST WILKES | KIMBERLY SARFF | RONALD HACK |
| BRIAN WATSON | GERMAINE WILLETT | KIRK HARTLEY | RUSSELL SCOTT |
| BRYAN SKELTON | GREGORY LYONS | KNIGHT ANDERSON | SANJAY SHIVPURI |
| C. DOUGLAS | HOWARD MORRIS | KRISTINA LEMANSKI | SARAH PAGELS |
| C. EVERT | J. BRADLEY | KURTIS REEG | SCOTT HENRY |
| CAROL ZUCKERMAN | J. MALONEY | KYLE MANSFIELD | SCOTT SIMPKINS |
| CATHERINE MOHAN | JAMES BOYERS | LANCE MUELLER | SHAWANE LEE |
| CHRISTI JONES | JAMES CARTER | LAURIE MCLEROY | SHEILA BIRNBAUM |
| CHRISTOPHER BANASZAK | JAMES KASPER | LAURIE RANDOLPH | STEPHEN JENKINS |
| CHRISTOPHER CONRAD | JAMES MORRISON | LISA DILLMAN | STEPHEN MILOTT |
| CHRISTOPHER LARSON | JAMES NIQUET | MAGGIE NIGRO | STEVEN BARBER |
| CHRISTOPHER P. BANASZAK | JAMES WYNNE | MAJA EATON | STEVEN BESHORE |
| CHRISTOPHER TRIBLE | JAMIE YADGAROFF | MARGARET FOSTER | STEVEN HART |
| CLARE MAISANO | JASON KENNEDY | MARK FELDMANN | SUSAN MEHRINGER |
| CLARE RUSH | JASON MOHR | MARK TIVIN | TEIRNEY CHRISTENSON |
| CRAIG LILJESTRAND | JASON RUBIN | MARY ANN HATCH | THEODORE HOVDA |
| CYNTHIA LOCKE | JEFFREY HEBRANK | MARY GAY | THOMAS GILLIGAN |
| DANIEL DONAHUE | JEFFREY ROGERS | MATTHEW FISCHER | THOMAS GONZALEZ |
| DANIEL GRIFFIN | JENNIFER KALAS | MATTHEW THIBODEAU | THOMAS HAYES |
| DANIEL JARDINE | JENNIFER STUDEBAKER | MICHAEL ANTIKAINEN | THOMAS KERNELL |
| DANIEL LONG | JOHN BABIONE | MICHAEL BERGIN | THOMAS NORBY |
| DANIEL MANNA | JOHN CANONI | MICHAEL CASCINO | THOMAS SCHRIMPF |
| DANIEL MCGRATH | JOHN DOUGLAS | MICHAEL DENNING | THOMAS THIBODEAU |
| DANIEL O'CONNELL | JOHN FONSTAD | MICHAEL DRUMKE | TIMOTHY KAPSHANDY |
| DANIEL TRACHTMAN | JOHN FRANKE | MICHAEL ROSENBERG | TIMOTHY KRIPPNER |
| DAVID DOGAN | JOHN HELLER | MICHAEL ZUKOWSKI | TIMOTHY MURPHY |
| DAVID FANNING | JOHN LAFFEY | MITCHELL MOSER | TIMOTHY PAGEL |
| DAVID SCOUTON | JOHN WALLER | NEAL MCQUEENEY | TIMOTHY PIKE |
| DAVID SETTER | JON BAROOSHIAN | OLLIE HARTON | TOBIN TAYLOR |
| DAVID SZLANFUCHT | JONATHAN LIVELY | PATRICK LAMB | TREVOR WILL |
| DAVID YBARRA | JONATHAN MATTINGLY | PAUL O'FLAHERTY | WALTER WATKINS |
| DEMETRA CHRISTOS | JOSEPH REJANO | PAUL WOJCICKI | WILLIAM CROKE |
| DENNIS CANTRELL | JOSEPH SULLIVAN | PETER MCKENNA | WILLIAM MAHONEY |
| DERRICK HADDOX | JOSHUA JOHANNINGMEIER | RAYMOND FOURNIE | WILLIAM SMITH |
| DONALD CARLSON | JOSHUA LEE | RAYMOND MODESITT | WILLIS TRIBLER |