# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To: Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br>U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN<br>Suoja, Case No. 97-2370 | Civil Action No. MDL 875 |

**REPORT PURSUANT TO ADMINISTRATIVE ORDER NO. 12**

1. PLAINTIFF IDENTIFICATION INFORMATION

   Name: Oswald F Suoja  -Deceased
   DOB: ▇/1923
   SSN: xxx-xx-3647

   File Date: 08/05/1999
   Status: Delores Agnes Suoja as special administrator of the estate of Oswald Suoja

2. RELATED PENDING COURT ACTIONS: None.

3. CASE STATUS - DEFENDANT IDENTIFICATION
   a) Resolved
      None
   b) Plaintiff will dismiss from action. None
   c) Defendants currently in bankruptcy
      T&N Ltd
   d) Non-bankrupt unsettled defendants
      Owens-Illinois

4. MEDICAL REPORTS: Attached; investigation continues.

   _____
   Michael P. Cascino

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600