

| | | |
|---|---|---|
| STATE OF WISCONSIN, CIRCUIT COURT, <u>DOUGLAS</u> COUNTY | | *For Official Use* |
| IN THE MATTER OF THE ESTATE OF <br> <u>OSWALD SUOJA</u> | Special Administration - <br> Order Appointing <br> Special Administrator | **FILED** <br> APR 2 9 2002 <br> *Janet R. Haack* <br> Register in Probate <br> Douglas County, WI |
| | Case No. __02PR54__ | |

A petition has been filed for the special administration of the estate of the decedent.

**THE COURT FINDS THAT:**

1. The petition came on for hearing
   - ☒ without notice.
   - ☐ upon waiver by all persons interested.
   - ☐ upon notice given under §879.03, Wisconsin Statues.

2. There is a statutory basis for appointment of a special administrator.

**IT IS ORDERED THAT:**

1. Letters of Special Administration be issued to:

   <u>Gary Suoja</u>_____, post office address

   <u>200 First Avenue, Suite 400, Seattle, WA 98119</u>_____

2. ☐ A signature bond   ☐ A surety bond   in the sum of $ _____ is required.
   ☒ No bond is required.

3. The special administrator is granted the following powers:

   ☐ all the general powers, duties and liabilities as personal representative
      ☐ except:_____

   ☒ only these specific powers: <u>Power to prosecute an action regarding injuries to the decedent on behalf of the estate.</u>

**BY THE COURT:**

*[signature]*
Circuit Court Judge/Court Commissioner

Michael T. Lucci
Name Printed or Typed

4-29-02
Date

| |
|---|
| Name of Attorney/Petitioner <br> Jill A Rakauski |
| Address <br> 220 S. Ashland Ave <br> Chicago IL 60607 |
| Telephone Number <br> 312-944-0600 |

PR-1852, 10/00 Special Administration - Order Appointing Special Administrator   §§867.07, 867.13, 867.17, 879.05, 879.57, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

| STATE OF WISCONSIN, CIRCUIT COURT, DOUGLAS COUNTY | | For Official Use **FILED** APR 2 9 2002 *Janet R. Haack* Register in Probate Douglas County, WI |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF OSWALD SUOJA | **Special Administration - Petition** Case No. 02PR54 | |

Under oath, I state that:

1. The decedent, whose date of birth was ▊/1923, and date of death was ▊1996, died domiciled in Douglas County, State of Wisconsin, with a post office address of: 1902 Maryland Ave., Superior, WI 54880.

2. I am interested as Son
   (Relationship to Decedent)

3. It is necessary to appoint a special administrator because: For pursuit of a civil action on behalf of injuries due to inhalation of asbestos fibers in Dane County.

I ask that letters of special administration be issued to:
Gary Suoja, post office address
200 First Ave., Suite 400, Seattle, WA 98119,

☐ with all the general powers, duties and liabilities as personal representative
   ☐ except: _____

☒ with only these specific powers: Power to prosecute an action regarding injuries to the decedent on behalf of the estate.

Subscribed and sworn to before me
on April 15, 2002
[signature] *Sm Larson*
Notary Public/Court Official
My commission expires: *July 28, 04*

[signature]
Signature of Petitioner
Gary Suoja
Name Printed or Typed
200 First Avenue, Suite 400
Seattle, WA 98119
Address

(206) 232-8635 · (206) 505-7995
Telephone Number

| Name of Attorney |
|---|
| Jill A Rakauski |
| Address |
| 220 South Ashland Avenue |
| Chicago, IL 60607-5308 |

| Telephone Number | Bar Number |
|---|---|
| 312-944-0600 | 1032407 |

PR-1850, 10/00 Special Administration - Petition                     §§867.07, 867.09, and 879.57, Wisconsin Statutes.
This form shall not be modified. It may be supplemented with additional material.