EXHIBIT G

| STATE OF WISCONSIN, CIRCUIT COURT, Douglas COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF Oswald Suoja | Special Administration- Petition for Discharge | FILED DEC 18 2006 Kathleen M. Reed Register in Probate Douglas County, WI |
| | Case No. 2002PR000054 | |

Under oath, I state that: **Gary Suoja**
1. I am the special administrator of this estate.
2. This account of the administration of this estate is from **12-29-1996** (Date of Death or Date of Prior Account) to _____ (Date).
3. I have completed the assigned duties and list below the items received and disbursed.

| Items Received | [x] See attached. | Amount |
|---|---|---|
| | | |

| Items Disbursed | [ ] See attached. | Amount |
|---|---|---|
| | | |

I request that:

1. The account be allowed.
2. I be discharged as special administrator and any bond be cancelled.

Subscribed and sworn to before me
on **June 30th, 2006**

Notary Public/Court Official
My commission expires: **12/9/09**

Signature of Special Administrator
Gary Suoja
Name Printed or Typed
200 First Avenue, Suite 400  4880 90th Pl SE
Address
Seattle, WA 98119  Mercer Island, WA 98040

PR-1854, 10/00 Special Administration- Petition for Discharge       §§867.17 and 867.21, Wisconsin Statutes.
This form shall not be modified. It may be supplemented with additional material.

| Items Received | Defendant | Date |
|---|---|---|
| $600.00 | Crown Cork & Seal Co. | 11/1/1997 |
| $1,166.66 | Garlock Inc. | 3/22/1999 |
| $1,200.00 | Building Service | 5/6/1999 |
| $4,220.91 | General Electric | 6/20/1999 |
| $25,479.00 | Babcock & Wilcox | 8/11/1999 |
| $35,360.00 | Owens Corning | 9/22/1999 |
| $10,000.00 | Sprinkman | 12/16/1999 |
| $16,544.81 | Fiberboard | 3/29/2000 |
| $14,733.99 | Johns Manville | 10/18/2000 |
| $886.63 | Unarco | 10/19/2000 |
| $2,687.63 | Eable Picher | 11/1/2000 |
| $613.33 | H K Porter | 12/8/2000 |
| $333.33 | Flintkote | 10/30/2001 |
| $2,597.00 | Rapid American | 1/9/2003 |
| $3,759.22 | Celotex | 8/18/2003 |
| $3,620.67 | Rapid American | 12/23/2003 |
| $4,168.67 | Rapid American | 12/21/2004 |
| $3,759.22 | Celotex | 8/23/2005 |
| $6,256.67 | Rapid American | 1/4/2006 |
| **Total = $137,987.74** | | |