EXHIBIT H

| STATE OF WISCONSIN, CIRCUIT COURT, DOUGLAS COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | Special Administration - Order of Discharge | **FILED** JAN 0 2 2007 *Kathleen M. Reed* Register in Probate Douglas County, WI |
| OSWALD SUOJA | Case No. 02 PR 54 | |

The court is satisfied that the special administrator has properly performed authorized duties and filed any required accounts or reports.

**IT IS ORDERED THAT:**

The special administrator, __GARY SUOJA__ is discharged and any bond is released.
                                    Name

BY THE COURT:

_____
Circuit Court Judge/Court Commissioner

MICHAEL T. LUCCI
Name Printed or Typed

1/02/07
Date

| Name of Attorney |
|---|
| CASCINO VAUGHAN LAW OFFICES, LTD |
| Address |
| 220 South Ashland |
| Chicago, Illinois 60607-5308 |
| Telephone Number |
| 312-944-0600 |

PR-1855, 10/00 Special Administration - Order of Discharge                    §867.21, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**