IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>OWENS-ILLINOIS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 99-cv-0475<br>)<br>)<br>) |
| BARBARA CONNELL, Individually and as Special Administrator for the Estate of DANIEL CONNELL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>OWENS-ILLINOIS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 05-cv-00219<br>)<br>)<br>)<br>) |

## OWENS-ILLINOIS, INC.'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Owens-Illinois, Inc. submits this Notice of Supplemental Authority for its Reply in Support of Its Motion to Bar the "Any Exposure" Causation Opinion (ECF No. 69) and Motion to Bar the "Any Exposure" Causation Opinion (ECF No. 27), notifying this Court of the recent ruling from the Northern District of Illinois in *Krik v. Crane Co.*, Hr'g Tr. 4:9-10:18, No. 10 C 7435 (N.D. Ill. Mar. 9, 2015) ("barring Dr. Frank from testifying about causation" and explaining "'any and every exposure' is what leads him to conclude that any hypothetical you give him would be -- would result in an answer, yes, that that can cause the injury because he subscribes to the any-exposure theory.

But that theory is not admissible, and that can't be the foundation for the jury hearing an expert opine as to causation" (citing *Krik v. Crane Co.*, --- F. Supp. 3d ----, 2014 WL 7330901 (N.D. Ill. Dec. 22, 2014)).

Dated: March 27, 2015     Respectfully submitted,

                                                          By:   /s/ Brian O. Watson
                                                                    Edward Casmere
                                                                    Brian O. Watson
                                                                    Schiff Hardin LLP
                                                                    233 S. Wacker Dr. Suite 6600
                                                                    Chicago, Illinois  60606
                                                                    (312) 258-5500
                                                                    (312) 258-5600 (facsimile)
                                                                    *Attorneys for Defendant*
                                                                    *Owens-Illinois, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on March 27, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson
Brian O. Watson

15640-0889
CH2\16367197.1