# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To: Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br>U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN<br>Suoja, Case No. 97-2370 | Civil Action No. MDL 875 |

**REPORT PURSUANT TO ADMINISTRATIVE ORDER NO. 12**

1. PLAINTIFF IDENTIFICATION INFORMATION

   Name: Oswald F Suoja -Deceased          File Date: ▆/1999
   DOB: ▆/1923                              Status: Delores Agnes Suoja as special
   SSN: ▆3647                               administrator of the estate of Oswald Suoja

2. RELATED PENDING COURT ACTIONS: None.

3. CASE STATUS - DEFENDANT IDENTIFICATION
   a) Resolved
      None
   b) Plaintiff will dismiss from action. None
   c) Defendants currently in bankruptcy
      T&N Ltd
   d) Non-bankrupt unsettled defendants
      Owens-Illinois

4. MEDICAL REPORTS: Attached; investigation continues.

                                                _____
                                                Michael P. Cascino

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600

Thursday, February 25, 2010         Settlement Report as of 2/3/2010                    Page 1

Name: Oswald F. Suoja          SSN ***-** 3647

| Settlement |
|---|
| 1/04/2006 Settle: RAPID AMERICAN - WIS |
| 1/09/2003 Settle: RAPID AMERICAN - WIS |
| 10/18/2000 Settle: JOHNS MANVILLE - WISCO |
| 10/19/2000 Settle: UNARCO - WISCONSIN |
| 10/30/2001 Settle: FLINTKOTE - WISCONSIN |
| 10/30/2007 Settle: RUTLAND FIRE CLAY - WI |
| 11/01/1997 Settle: CROWN CORK & SEAL CO. |
| 11/01/2000 Settle: EAGLE PICHER INDUSTRIE |
| 12/03/2007 Settle: UNION TANK CAR CO - WI |
| 12/08/2000 Settle: H K PORTER WI |
| 12/16/1999 Settle: SPRINKMAN-WISC |
| 12/21/2004 Settle: RAPID AMERICAN - WIS |
| 12/23/2003 Settle: RAPID AMERICAN - WIS |
| 2/25/2009 Settle: NATIONAL GYPSUM CORP - |
| 3/22/1999 Settle: GARLOCK INC - WIS |
| 3/29/2000 Settle: FIBREBOARD - WISCONSIN |
| 5/06/1999 Settle: BUILDING SERVICE - WIS |
| 5/30/2008 Settle: NATIONAL GYPSUM CORP - |
| 6/20/1999 Settle: GENERAL ELECTRIC WI |
| 8/11/1999 Settle: BABCOCK & WILCOX - WIS |
| 8/18/2003 Settle: CELOTEX ASBESTOS TRUST |
| 8/23/2005 Settle: CELOTEX ASBESTOS TRUST |
| 9/22/1999 Settle: OWENS-CORNING - WISCON |

Total:   $244,920.60