# EXHIBIT 21

STATE OF WISCONSIN           CIRCUIT COURT                    DANE COUNTY
                             BRANCH 6

DELORES SUOJA, Individually and as
Special Administrator of the Estate
of Oscar Suoja, deceased,

    Plaintiff,

vs.                                              Case No.: 97-CV-2370

ACANDS, INC.; ALLIED INSULATION SUPPLY CO.,
INC.; A.P. GREEN, INC.; ARMSTRONG WORLD
INDUSTRIES, INC.; ASBESTOS CLAIMS MANAGEMENT
CORP.; API, INC.; BUILDING SERVICE
INDUSTRIAL SALES CO., INC.; CROWN, CORK &
SEAL CO.; GAF CORP.; GARLOCK, INC.; L&S
INSULATION CO., INC.; METROPOLITAN LIFE
INSURANCE CO.; OWENS-CORNING CORP.;
PITTSBURGH CORNING CORP.; PPG INDUSTRIES,
INC.; RAPID-AMERICAN CORP.; RAYMARK CORP.;
SPRINKMANN SONS CORP.; UNITED GYPSUM CORP.;

    Defendants.

---

**STIPULATION AND ORDER FOR DISMISSAL**

---

IT IS HEREBY stipulated by and between the parties hereto that the above-entitled action may be dismissed on its merits without notice, *pursuant to agreement between parties hereto.*

Dated at Chicago, IL this 26th day of October, 1999.

    CASCINO VAUGHAN LAW OFFICES, S.C.
    Attorneys for Plaintiffs

By: _____
    Jill A. Rakauski, Esq.
    State Bar No.: 1032407

Dated at Milwaukee, Wisconsin this 22nd day of October, 1999.

    BAXTER, O'MEARA & SAMUELSEN S.C.
    Attorneys for Rapid American

By: _____
    James Samuelsen, Esq.
    State Bar No. 1015970

1

Dated at ___Milwaukee___ this 19th day of ___October___, 1999.

                               CRIVELLO, CARLSON, MENTKOWSKI & STEEVES
                               Attorneys for Sprinkmann Sons Corp.

By: _____
        James A. Niquet, Esq.
        State Bar No.: _____

## ORDER

**BASED UPON** the foregoing Stipulation, it is hereby ordered that the above-entitled action, together with all claims and causes of action may be dismissed on the merits without costs.

Dated at __MADISON,__ Wiscosin this __1__ day of __Nov__, 1999.

By: _____
        Honorable Richard J. Callaway

**P.O. Address:**
111 East Wisconsin Avenue
Suite 1650
Milwaukee, Wisconsin 53202-4808
Telephone: (414) 276-5300
Facsimile: (414) 276-4738

2