# EXHIBIT 23

Case: 3:99-cv-00475-slc   Document #: 92-23   Filed: 07/10/15   Page 1 of 2

| STATE OF WISCONSIN, CIRCUIT COURT, DOUGLAS COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br>OSWALD SUOJA | Special Administration - Petition | FILED<br>APR 2 9 2002<br>Janei R. Haack<br>Register in Probate<br>Douglas County, WI |
| | Case No. 02PR54 | |

Under oath, I state that:

1. The decedent, whose date of birth was ▓▓/1923, and date of death was 12/29/1996,

    died domiciled in Douglas County, State of Wisconsin, with a post office

    address of: 1902 Maryland Ave., Superior, WI 54880.

2. I am interested as Son.
   (Relationship to Decedent)

3. It is necessary to appoint a special administrator because: For pursuit of a civil action on behalf of injuries due to inhalation of asbestos fibers in Dane County.

I ask that letters of special administration be issued to:
Gary Suoja, post office address
200 First Ave., Suite 400, Seattle, WA 98119

☐ with all the general powers, duties and liabilities as personal representative
    ☐ except: _____

☒ with only these specific powers: Power to prosecute an action regarding injuries to the decedent on behalf of the estate.

Subscribed and sworn to before me
on April 15, 2002
[signature] Dm Larson
Notary Public/Court Official
My commission expires: July 28, 04

Signature of Petitioner
Gary Suoja
Name Printed or Typed
200 First Avenue, Suite 400
Seattle, WA 98119
Address
(206) 232-8635 · (206) 505-7995
Telephone Number

| Name of Attorney | |
|---|---|
| Jill A Rakauski | |
| Address | |
| 220 South Ashland Avenue | |
| Chicago, IL 60607-5308 | |
| Telephone Number | Bar Number |
| 312-944-0600 | 1032407 |

PR-1850, 10/00 Special Administration - Petition      §§867.07, 867.09, and 879.57, Wisconsin Statutes.
This form shall not be modified. It may be supplemented with additional material.