**ELMER BORCHARDT**  CondenseIt™  **JANUARY 16, 1998**

Page

1    IN THE CIRCUIT COURT OF MILWAUKEE COUNTY

2           STATE OF WISCONSIN

3   _____

4   JIMMIE BERKHAHN, et al.,

5           Plaintiffs,

6    vs.      CASE NO. 96-CV-009916

7   ACANDS, INC., et al.,

8           Defendants.

9   _____

0   GRACE TELLEFSEN, et al.,

1           Plaintiffs,

2   vs.

3   THE ANCHOR PACKING CO., et al.,

4           Defendants.

5   _____

6   CLARENCE W. ESPEN, et al.,

7           Plaintiffs,

8   vs. API, INC., et al.,

9           Defendants.

0   _____

1   STATE OF WISCONSIN WAUKESHA COUNTY CIRCUIT COURT

2   _____

3   MICHAEL SCHILLER and WINNIFRED SCHILLER,

4           Petitioners,

5   vs.        Case Number 97-CV-2087

Page

1   THE ANCHOR PACKING CO., et al.,

2           Respondents.

3   _____

4   STATE OF WISCONSIN  CIRCUIT COURT  DANE COUNTY

5

6   DELORES SUOJA, individually and as Special

7   Administrator of the estate of Oscar Suoja,

8   deceased,

9           Plaintiffs,

0   vs.        Case Number 97-CV-2370

1   ACandS, Inc., et al.,

2           Defendants.

3   _____

4

5      EXAMINATION of ELMER BORCHARDT, otherwise

6   than as a witness upon the trial, taken at the

7   instance of the plaintiffs, under and pursuant to

8   section 804.05 of the Wisconsin Statutes, pursuant

9   to Notice, before Ronald L. Bosk, Registered Merit

0   Reporter and Notary public in and for the state of

1   Wisconsin, on the 16th day of January, 1998,

2   commencing at 1:45 p.m. and concluding at 5:00 p.m.

3

4

5

Page 3

1 APPEARANCES

2   CASCINO VAUGHAN LAW OFFICES LTD., by
3   Mr. Robert G. McCoy, Attorney at Law
   403 W. North Avenue
   Chicago, Illinois 60610
4   appeared on behalf of the Plaintiffs,

5   TERSCHAN, STEINLE & NESS, by
6   Mr. Frank R. Terschan, Attorney at Law
   2600 N. Mayfair Road Suite 700
   Milwaukee, Wisconsin 53226
7   appeared on behalf of the Defendant
   L&S Insulation,

8

9   QUALE, FELDBRUEGGE, CALVELLI, THOM &
   CROKE, BY Mr. John Feldbruegge, Attorney
   at Law, 710 N. Plankinton Ave.,
   Milwaukee, Wisconsin 53203 appeared on
   behalf of Defendant WEPCO, in the Espen
   and Berkhahn cases only,

.1

.2   SCHELLINGER & DOYLE, S.C., BY
   Mr. Mark K. Longua, Attorney at Law,
.3   Deer Creek Office Building
   445 South Moorland Road #450
.4   Brookfield, WI 53008 appeared on behalf of
   Defendants API and Bay Insulation,

.5

.6   O'CONNOR & WILLEMS, S.C., BY
   Mr. Robert E. Hankel, Attorney at Law,
   6633 Green Bay Road, Kenosha, WI 53142
.8   appeared on behalf of Defendant Combustion
   Engineering,

.9   COOK & FRANKE, S.C., BY
   Ms. Laura E. Schuett, Attorney at Law,
10   660 East Mason Street
   Milwaukee, WI 53202-3877
11   appeared on behalf of Defendant Building
   Service Industrial Sales Company, Inc.,

12   SAGER, PAVLICK, WIRTZ & FRY, BY
13   Ms. Kristi L. Fry, Attorney at Law,
   104 S. Main Street
14   Fond du Lac, WI 54935-4287
   appeared on behalf of Defendant Gerlock,
15   Inc.,

Page 4

1   Mr. Kurt R. Anderson, Attorney at Law,
   150 N. Sunnyslope Road Suite 305
2   Brookfield, WI 53005
   appeared on behalf of Defendant WEPCO in
3   the Schiller case only,

4   KRAVIT & GASS, S.C., BY
5   Mr. Michael D. Rosenberg,
   825 N. Jefferson Street
   Milwaukee, WI 53202-6495
6   appeared on behalf of Defendant CBS,

7   FOLEY & LARDNER, BY
   Mr. James L. Huston,
8   Firstar Center 777 E. Wisconsin Ave.,
   Milwaukee, WI 53202-5367 appeared on
9   behalf of Defendants Pittsburgh Corning
   Corporation, Armstrong World Industries,
10   Inc., GAF Corporation, Gasket Holdings,
   Inc., Rhone-Poulec AG Company, A.P. Green
11   Industries, Inc., Asbestos Claims
   Management Corporation, and United States
   Gypsum Company,

13   THE RILEY LAW FIRM, BY
   Mr. James K. Weston II, Attorney at Law,
14   4040 First Avenue N.E.
   Cedar Rapids, Iowa 52402
15   appeared on behalf of Defendant Raymark,

16   CRIVELLO, CARLSON, MENTKOWSKI & STEEVES,
17   BY Ms. Carmen N. Anderson, Attorney at
   Law, 710 N. Plankinton Avenue, Milwaukee,
18   Wisconsin 53203 appeared on behalf of
   Defendant Sprinkmann & Sons,

19   HENSON & EFRON, BY
   Mr. Joseph T. Dixon, Jr., Attorney at Law,
10   1200 Title Insurance Bldg., 400 Second
   Avenue South, Minneapolis, Minnesota 55401
11   appeared on behalf of Defendant AC&S,

12   HINSHAW & CULBERTSON, BY
   Ms. Sheila M. Gavin, Attorney at Law,
13   100 E. Wisconsin Avenue, Milwaukee, WI
   53202-4115 appeared on behalf of
16   Defendants Allied Insulation, PPG, and Oak
   Fabco,

## Page 5

1   Mr. Joseph P. Sullivan, Attorney at Law,
2   1 Kemper Drive, Long Grove, Il 60049-0001
3   appeared on behalf of Defendant John
    Crane,

    GODFREY, BRAUN & FRAZIER, BY
4   Mr. Jeffrey L. Janik, Attorney at Law,
5   700 First Financial Centre
    700 N. Water Street Milwaukee, WI
6   53202-4278 appeared on behalf of Defendant
    Rapid American,

7   SEGAL, McCAMBRIDGE, SINGER & MAHONEY,
    LTD., BY Mr. Michael W. Drumke, Attorney
8   at Law, 20 South Clark Street, Chicago, IL
    60603 appeared on behalf of Defendant A.W.
9   Chesterton Co.,

    COOK & FRANKE, BY
1   Mr. Alexander T. Pendleton,
    Attorney at Law, 660 E. Mason Street,
2   Milwaukee, WI 53202-3877 appeared on
    behalf of Defendant Briggs & Stratton,

3         * * *

4       INDEX

5   EXAMINATION BY:      PAGE

5   MR. McCOY:      6, 80
6   MR. DRUMKE:    61
7   MR. SULLIVAN:   62
    MR. ROSENBERG:  62
8   MR. HUSTON:    63, 70
    MR. WESTON:    65
9   MR. FRY:      66
    MR. LONGUA:    66
0   MR. FELDBRUEGGE: 67
    MR. ANDERSON:  69
1   MR. DIXON:    71
    MR. PENDLETON:  72
2

3       EXHIBITS
    NUMBER 1 PHOTOCOPY OF LEDGER BOOKS
4   NUMBER 2 PHOTOCOPY OF LEDGER BOOKS
    NUMBER 3 PHOTOCOPY OF LEDGER BOOKS
5   NUMBER 4 PHOTOCOPY OF LEDGER BOOKS
        * * *

## Page 6

1       TRANSCRIPT OF PROCEEDINGS
2       ELMER BORCHARDT, called as a witness
3   herein by the Plaintiffs, having been first duly
4   sworn, was examined and testified as follows:
5       **MR. McCOY:** Let's begin with a listing of
6   the appearances, Robert McCoy for the
7   plaintiffs.
8       MR. BORCHARDT I'm sorry, Elmer
9   Borchardt, L&S Insulation.
0       **MR. TERSCHAN:** Frank R. Terschan,
1   Terschan, Steinle & Ness, L&S Insulation
2   Company.
3       MR. FELDBRUEGGE John Feldbruegge,
4   Quale, **Feldbruegge**, Calvelli, Thom & Croke,
5   appear only for WEPCO in the Espen and Berkhahn
6   cases.
7       MR. LONGUA: Mark Longua, Schellinger
8   & Doyle for API in the Espen case, and API and
9   Bay Insulation in the Berkhahn case.
0       MR. HANKEL: Robert Hankel of O'Connor
1   & Willems for combustion Engineering only in
2   the Schiller case.
3       MS. SCHUETT: Laura Schuett, Cook and
4   **Franke** for Building *Service* Industrial Sales
5   Company Inc.

## Page 7

1       MS. FRY: Kristi Fry of Sager,
2   Pavlick, Wirtz & Fry for defendant Garlock,
3   Inc.
4       MR. ANDERSON: Kurt Anderson of
5   Nelson, Dries & Zimmerman, S.C. for WEPCO in
6   the Schiller matter only.
7       MR. ROSENBERG: Michael Rosenberg of
8   Kravit and Gass in the Schiller matter only for
9   CBS.
0       MR. HUSTON: James L. Huston of Foley
1   and Lardner for Pittsburgh *Corning* Corporation
2   in all of these cases and in the Schiller case
3   also for *Armstrong* World Industries, GAF
4   Corporation, Dana Corporation, Gasket Holdings,
5   Inc. and **Rhone-Poulec** AG Company and in the
6   Souja case also for Armstrong World Industries,
7   Inc., GAF Corporation, A. P. *Green* Industries,
8   Inc., Asbestos Claims Management Corporation
9   and United States *Gypsum* Company.
0       MR. WESTON James Weston for Raymark
1   in the Tellefsen, Berkhahn and Schiller cases
2   only.
3       MS. ANDERSON **Carmen** Anderson or
4   Crivello, Carlson, Mentkowski & Steeves, for
5   Sprinkmann and Sons.

## Page 8

1       MR. DIXON Joe Dixon for AC&S Inc.
2   in the Berkhahn and Suoja cases.
3       MS. GAVIN: Sheila Gavin, Hinshaw &
4   Culbertson, in the **Berkhahn** case for Allied
5   Insulation, in Tellefsen for PPG, Schiller for
6   PPG and *Oak* Fabco, Suoja for Allied Insulation
7   and PPG.
8       MR. SULLIVAN: Joseph Sullivan,
9   offices of William Koziol for John Crane.
0       MR. JANIK: Jeff Janik, **Godfrey,**
1   Braun & Frazier for Rapid American Corporation.
2       **MR. DRUMKE:** Michael **Drumke** for A.W.
3   Chesterton in the Schiller and Tellefsen
4   matters.
5       MR. PENDLETON: Alexander **Pendleton,**
6   Cook and Franke on behalf of Briggs and
7   Stratton Corporation.
8       MR. McCoy: Got everybody?
9       **MR. TERSCHAN:** Before we get started,
0   I assume we are going to have the one objection
1   fits all rule?
2       MR. McCOY: Right, one objection
3   stands for everybody.
4       For the record this is the deposition
5   of Mr. **Elmer** Borchardt which has been noticed

ELMER BORCHARDT                    CondenseIt™                    JANUARY 16.1998

**Page 9**

1  in several cases, asbestos cases, the Berkhahn
2  case, the Espen case, Tellefsen case, the Suoja
3  case, and the Michael Schiller case.
4        EXAMINATION
5        BY MR. MCCOY
6  Q Mr. Borchardt, my name is Bob McCoy and do you
7     recall the last time that I took your
8     deposition?
9  A Yes, I do.
0  Q All right. If there's any question I ask today
1     that's unclear, be sure to let me know so I can
2     get it clear for the record and also if you
3     need to explain any of your answers, please do
4     so. I want to get as complete an explanation
5     as possible.
6  A I will.
7  Q First question I have is do you know any of the
8     plaintiffs in whose cases this deposition has
9     been noticed, and by that I mean Mr. Berkhahn,
:0    Mr. Espen, Mr. Tellefsen, and Mr. Suoja or Mr.
:1    Schiller?
:2 A The names aren't that familiar. Who are they
:3    affiliated with, or did they work for someone?
:4 Q They had a variety of employers, I am just
:5    wondering if you personally know any of those

**Page 10**

1     people?
2  A I don't think I do.
3  Q Do you remember any of those people working for
4     L&S Insulation?
5  A Not right now I don't.
6  Q We have marked for your deposition in advance
7     four exhibits, one, two, three and four, and I
8     will ask you if you could identify for us what
9     those are copies of?
0  A They are copies of old contract books, ledgers.
1  Q Are those business records of L&S Insulation?
2  A Yes.
3  Q And can you tell us what your knowledge is as
4     far as how those were kept and maintained?
5  A Our office girl of 20 or 25 years, when we
6     received a contract, would write the company,
7     the job location, and any additional
8     information that she knew that she could put on
9     there. It was given a contract number,
:0    sometimes a date.
:1 Q Are those records kept in the Ordinary course
:2    of the business of L&S Insulation?
:3 A They were.
:4 Q As part of your work at L&S Insulation, did you
:5    review those ledgers as they were being

**Page 11**

1     prepared or soon thereafter?
2  A No.
3  Q Have you had the opportunity to look through
4     those records prior to this deposition?
5  A I am aware of the ledgers. I reviewed the
6     older, the books.
7  Q You looked through the original books and these
8     documents that have been marked as exhibits
9     one, two, three and four are copies of those
10    books?
11 A I presume that's correct.
12 Q Do you have any reason to doubt the accuracy of
13    any of the entries in these books?
14 A Not at all.
15 Q What term do you refer to these books as?
16 A Contract ledger books.
17 Q When did L&S Insulation begin keeping these
18    contract ledger books?
19 A I'd have to look at the first one because I am
:0    not aware of that date. Page two of the first
:1    exhibit it says 1947.
:2 Q In 1947 what position did you have at L&S
:3    Insulation?
:4 A I wasn't with L&S Insulation.
:5 Q Okay. when did you come with L&S Insulation,

**Page 12**

1     start working?
2  A I started in 1950.
3  Q When did you become a part owner of the
4     company?
5  A Late '50's.
6  Q I am going to ask some questions about your
7     knowledge as to these jobs that are listed in
8     here and let me know if you have any knowledge
9     or what your recollection might be on the
10    questions that I ask?
11 A I will.
12 Q First question is would you have any knowledge
13    of any of the jobs before 1950?
14 A No.
15 Q For the jobs that are prior to 1973 in these
!6    ledgers, are there any records apart from these
17    contract ledger books available?
18 A None.
19       MR. TERSCHAN: so the record is
:0    clear, none that we are aware of. We have gone
:1    through this with affidavit form. They may be
:2    out there. At one point in time there were
:3 some records.
:4       MR. McCOY: Right.
:5       MR. TERSCHAN: Where they are, we

**Page 13**

1    don't know.
2        MR. McCOY:
3  Q You have made *some* search for records, is that
4    correct, other than these contract ledger
5    books?
6  A **In our premises, yes.**
7  Q And you had indicated **previously** that *some*
8    **boxes** *were* left with your attorney at that
9    prior deposition, not Mr. Terschan, but I
0    believe **someone from** the Niebler firm?
1  A Mr. Niebler was **with** me at a deposition. I
2    believe the boxes were left for **the other**
3    attorneys.
4  Q And you have **no** further information **as** to their
5    whereabouts as you sit here today?
6  A **I do** not.
7  Q Have you personally **made** any inquiries about
8    what happened to those boxes?
9  A Through **the** Terschan firm.
!0  Q **Have all** your inquiries been **though** Mr.
!1    **Terschan's firm?**
!2  A Well, also and contacted **the** Niebler and
!3    **Niebler firm to see** if they could locate them.
!4    They couldn't.
!5  Q Approximately **when** did you contact the Niebler

**Page 14**

1    firm?
2  A I think prior to the last deposition.
3  Q **Last** deposition I believe I have is July **16th,**
4    **1996,** does that sound right?
5  A No, it **was** prior to that.
6  Q **Prior to?**
7  A It was after **the** Newbauer deposition.
8  Q I just **need** to pin it down a **little more**
9    closely. when was the last time you **made** an
0    inquiry for the boxes?
1  A **when** we were asked if **we** had possession of them
2    **we** said no, it went to the Niebler firm. They
!3    responded. We went to the Terschan firm, they
!4    all **responded.** Those dates are all recorded.
!5    I can't **remember** them. I can't.
!6  Q **So you are unable to tell us today the time**
!7    **frame** when these **inquiries** were **made** other than
!8    to say it was after the Newbauer deposition?
!9  A Yes.
!0  Q Do **you know** approximately how long after the
!1    **Newbauer deposition?**
!2  A I do not.
!3  Q Let me **direct** your attention to page **385,**
!4    **that's** the Bates Stamp **number** on the page, and
!5    it's contract **number 5179.**

**Page 15**

1        MR. **TERSCHAN:** DO you know which
2  exhibit it's in, Mr. McCoy, which book?
3        MR. McCoy **All** these exhibits begin
4  with page **number** one.
5        MR. TERSCHAN: Do you have a date on
6  that? Anything you have got.
7        MR. McCOY: The date is **1955.**
8        MR. **TERSCHAN: Okay.** We have got it.
9        MR. McCOY: which exhibit does that
l0  appear in?
l1        MR. **TERSCHAN.** It's **going** to be in
l2  the **1953** to **1960** vintage.
l3        MR. McCoy: Exhibit **number** two.
l4        MR. TERSCHAN: Yes, exhibit two.
l5        MR. McCOY:
l6  Q Did you have an opportunity to review that
l7    entry?
l8  A I see it.
l9  Q Okay. What does **the** contract **number** signify?
l0  A What does it **signify?**
l1  Q Right. What does it stand for?
l2  A **Numerical sequence** of contracts that **was**
l3    attributed to that job.
l4  Q Were the files at one time kept according to
l5    these job numbers?

**Page 16**

1  A Yes.
2        MR. PENDLETON Contract **number?**
3  A Contract **number 5179.**
4        MR. McCOY:
5  Q **The** files at **one** time were kept according to
6    **the** contract **numbers?**
7  A Yes.
8  Q And the date above this **is** what, is that
9    **1-28-55?**
l0  A **55,** yes.
l1  Q So was **this** job, you know if this job was done
l2    at or about this **time?**
l3  A It would be very difficult to say I forms
l4    first five or **six** maybe *seven years* in the
l5    company I worked in the corrugated asbestos
l6    division, although I knew of **these** happenings
l7    in the pipe covering division, I didn't
l8    personally get involved in practically any of
l9    them because **we** were working full steam in the
l0    **other** division at that **time.** I think it was
l1    L&S Roofing and Insulation Company
l2  Q This particular job, what's the first line
l3    entry for it?
l4  A The **contractor.**
l5  Q Who is that?

ELMER BORCHARDT　　　**CondenseIt**™　　　JANUARY 16,1998

Page 17

1 A **Pflugradt Construction Company.**
2 Q **Spell that first name for the record?**
3 A P-F-L-U-G-R-A-D-T.
4 Q And what's the second line say?
5 A Journal Company.
6 Q And what does that signify, Journal Company,
7 　what does that mean?
8 A Job **location.**
9 Q **Does that refer to the Journal here in**
0 　**Milwaukee?**
1 A Yes.
2 Q **All** right, and the next line *seems* to say hot
3 　water pipe insulation, is that correct?
4 A **That's correct.**
5 Q What knowledge do you have about that job?
6 A **Only what I see.**
7 Q So **you** don't **know** what **type** of insulation
8 　materials were used on the job?
9 A **Hot** water could have been plumbing, Pflugradt
0 　Company could have been *some heating,* probably
1 　fiberglass, small job.
2 Q You say probably, do you know?
3 A No, sir, I don't.
4 Q **Let's** take a look at contract number 4729.
5 A **Yes, I have it.**

Page 18

1 Q Did you **have** an opportunity to review that
2 　**entry?**
3 A **I see it, yes.**
4 Q And do you have any knowledge **in connection**
5 　with that job **other than** what the contract
6 　ledger says?
7 A **No,** I don't.
8 Q **This** refers *to,* it says Cemesto, C-E-M-E-S-T-O,
9 　is that right?
0 A **Cemesto** Board partition.
1 Q **What is** Cemesto Board partition?
2 A It was a panel of composition board faced **on**
3 　both sides with **asbestos.** Cement board used in
4 　our construction division, in the corrugated
5 　asbestos division.
6 Q So that's **an** asbestos **containing** product?
7 A *Asbestos* board on both sides of **the** product,
8 　Yes.
9 Q **Does this come in sheets?**
0 A Yes.
1 Q **Tell us what size the sheets were?**
2 A *They were* available four by eight, four by
3 　four, four by **ten,** four by twelve.
4 Q **Who made those sheets?**
5 　　MR. FELDBRUEGGE: object to

Page 19

1 　foundation.
2 A Off hand my memory *escapes* me.
3 　　**MR. McCOY:**
4 Q You indicated you **were** part of **the** roofing
5 　division of L&S Insulation?
6 A **At that time, yes.**
7 Q At this t h e ?
8 A Yes.
9 Q **Was** this part of **the** work of **the** roofing
0 　division?
1 A Yes.
2 Q Okay. Can you **tell** us who supplied **the** Cemesto
3 　Board for the roofing division?
4 A I cannot at this moment **tell** you that. If I
5 　recall it, I will let you know.
6 Q Is this something that L&S Insulation made
7 　itself?
8 A No.
9 Q L&S bought **this from** somebody else?
:0 A **Bought** it together.
:1 Q **Bought it with the asbestos already on the two**
:2 　sides?
:3 A Yes.
:4 Q **All** right. What responsibility did you have
:5 　with **the** roofing division at this **time** in 1954,

Page 20

1 　June of 1954?
2 A I was training to be an esthater, field
3 　supervision.
4 Q In terms of this particular job, is that **the**
5 　contractor at **the** top again?
6 A Walter **Oeflein** Incorporated, probably a general
7 　contractor.
8 Q Could you **spell** that for the record for us?
9 A 0-E-F-L-E-I-N.
10 Q And L&S Insulation was a subcontractor for some
11 　of their jobs?
12 A **On** that job we were.
13 Q Can you **tell** us what that job involved?
14 A I cannot. It says it was a **Cemesto** Board
15 　partition, which Cemesto Board was used for
16 　occasionally. Could have been an exterior
17 　wall. Could have been a soffit.
18 Q Did you actually do any work **on** this job
19 　yourself?
:0 A No, I didn't.
:1 Q Did you do any estimating work?
:2 A No.
:3 Q Do you know who was responsible for this **job?**
:4 A The manager of that division was Howard
:5 　**Redlich.**

ELMER BORCHARDT — CondenseIt™ — JANUARY 16, 1998

**Page 21**

1 Q Could you spell his last name for us?
2 A R-E-D-L-I-C-H.
3 Q Mr. Redlich still alive?
4 A No, he isn't.
5 Q Did you have any role in the estimating of this
6   job?
7 A No, I did not.
8 Q You know who would have been ordering the
9   materials for this job?
0 A Presume it was Mr. Redlich.
1 Q The location of this job is at the line here
2   which says Journal, Radio City?
3 A I presume that's up at Capitol Drive, probably
4   a building addition.
5 Q That's where this building is located?
6 A Yes, to my knowledge it is.
7 Q Now when we talked before about the records and
8   there not being anything on these jobs before
9   '73 other than these contract ledger books,
0   would that also include, to your understanding,
1   the roofing division records?
2 A Yes, they are scattered through these entire
3   books.
4 Q And there's nothing other than, on the roofing
5   division records, other than what's in these

**Page 22**

1   ledger entries?
2 A That's correct.
3 Q Okay, contract number 3419?
4 A 3419, I see it.
5   MR. PENDLETON: Counsel, all of us
6   don't have copies of the exhibit in front of
7   us. When you get to an entry, would you be
8   kind enough just to read the entire entry so
9   that everyone around the table has at least as
0   to which potential supplier or potential job
1   site you may be referring to?
2   MR. McCOY: That's a good idea.
3   MR. PENDLETON: Thank you.
4   MR. McCOY:
5 Q I will ask Mr. Borchardt to do that.
6 A Happy to, contract 3419, Mohr-Jones Hardware
7   company, they acted like a general contractor.
8   The building is the Journal Times Building,
9   it's in Racine, Wisconsin, and it says
0   corrugated roofing. That would be corrugated
1   asbestos roofing installed as a roof.
2 Q Corrugated asbestos roofing?
3 A Yes.
4 Q Did you work on this job?
5 A Not to my knowledge I didn't.

**Page 23**

1 Q When you say asbestos roofing, could you be a
2   little more descriptive of the type of
3   material?
4 A Kesby and Mattison manufactured corrugated
5   sheets which were used for roofing because they
6   withstood the weather and they were
7   approximately 42 inches wide. Up to 12 foot
8   length.
9 Q what was the thickness of these sheets usually?
0 A I think 3/8ths of an inch.
1   MR. McCOY: I have to get something
2   from the office, I will be right back.
3   (whereupon a brief recess was taken.)
4   MR. McCOY: I apologize. Too much
5   paper here.
6 Q Let's take a look at contract number 9282,
7   1971?
8   MR. TERSCHAN: 992 what?
9 A 82 I think he said.
0   MR. TERSCHAN: Yes, 9282.
1   MR. McCOY
2 Q Right.
3 A Dated 11-2-71, Paul J. Grunau Company is the
4   contractor, First Federal Savings and Loan is
5   this job site. Pipe and duct insulation are

**Page 24**

1   the products or the job, type of job.
2 Q How do you spell Grunau for the record?
3 A G-R-U-N-A-U.
4 Q All right. With respect to this particular
5   job, do you know this job?
6 A I don't recall it specifically.
7 Q At this time were you an officer in L&S
8   Insulation?
9 A Yes.
0 Q Do you recall anything about this job
1   whatsoever?
2 A Well, it's dated 11-2-71, we had already gotten
3   rid of asbestos and that date only means that
4   it was entered into this book at that time and
5   has no correlation to when the work was done.
6 Q So you have no knowledge of any asbestos
7   containing materials being used on this job?
8 A I don't think there it would have been
9   possible.
0 Q Why do you say that?
1 A It was eliminated in the industry.
2 Q How do you know it was eliminated by the time
3   of this job?
4 A The date. This is the latter part of '71, it
5   was eliminated in the '70's.

ELMER BORCHARDT                    CondenseIt™                    JANUARY 16, 1998

Page 25

1  Q  Do you know when it was eliminated?
2  A  Not specific dates.
3  Q  What's your best recollection about when it was
4     eliminated?
5  A  I always thought it was the early part of '70.
6  Q  All right.  Let's take a look at contract 9135,
7     1971 also?
8  A  9135, dated 5-14-71, Board of School Directors
9     Milwaukee, 20th street School, miscellaneous
10    insulation.
11 Q  Can you tell us on that particular job what
12    recollection that you have?
13 A  I can tell you from this information that it
14    was a small job because they never let out
15    contracts in excess of $1,000.00.  Probably
16    patchwork and it was probably fiberglass.
17 Q  Why do you say it was probably fiberglass?
18 A  School board was using it heavily at that time.
19 Q  Do you know what materials were actually used
20    on the job?
21 A  No, I can't, could have been duct insulation
22    for all I know.
23 Q  Who determined the materials on the school
24    board jobs. was that something specified by the
25    school board or was that something that L&S

Page 26

1     Insulation determined?
2  A  We never specified materials.  The school board
3     could have specified.  In this case it was
4     patching, they would have.  If it was a bid
5     job, it would have been an engineer.
6        MS. ANDERSON objection as to form.
7        MR. McCOY:
8  Q  Job number or contract number 38821
9  A  3882, dated 8-24-51, Board of School Directors
10    24th Street School, boiler, hot and cold water
11    pipe insulation.
12 Q  This also a job for Milwaukee Public Schools?
13 A  Yes.
14 Q  Do you have any knowledge about this job, other
15    than what's in the ledger?
16 A  None.
17 Q  Contract number 8626, it's 19691
18 A  Yes, 2-20-69, contract 8626, Advanced Plumbing
19    Company. 39th Street School in Kenosha,
20    plumbing insulation.
21 Q  What knowledge do you have about that job other
22    than what's in the ledger?
23 A  Nothing specific.
24 Q  Advanced Plumbing Company, would that be the
25    primary contractor?

Page 27

1  A  Yes, they are a plumbing contractor.  They
2     exist today.
3  Q  What type of work did this job involve?
4  A  Probably hot and cold water piping, which is I
5     am almost positive fiberglass in '69 was very
6     common taping.
7  Q  You say you are almost positive, do you know?
8  A  Well, they didn't use asbestos on plumbing
9     pipe, it would have been cost prohibitive.
10 Q  So it's your belief that there was not asbestos
11    insulation used on the jobs that are labeled
12    plumbing insulation?
13 A  Yes.
14 Q  Other than the cost prohibitive point that you
15    made, do you have any other reason to believe
16    that there was not asbestos on any of the
17    plumbing insulation jobs?
18 A  '69, fiberglass came into being in the early
19    '50's.  You could use a half inch of
20    fiberglass in relation to one inch of
21    everything else.  It provided a perfect vehicle
22    for us to change as many specifications as we
23    could.
24 Q  What do you mean by change specifications?
25 A  Well, an engineer might have specified one inch

Page 28

1     of Woolfelt on a plumbing job, but he would
2     accept a half inch of fiberglass, which
3     precludes a cost effective bid for him.
4  Q  With respect to this particular job, contract
5     8626, do you know what the materials were that
6     were used on the job?
7  A  I can't recall a specific.
8  Q  Did you personally do any work on this job?
9  A  No, I didn't work on any of the projects.  I
10    was a supervisor.
11 Q  As a supervisor, did you have any involvement,
12    any responsibilities, concerning this job,
13    8626?
14 A  No, another person handled that area.
15 Q  Handled what area?
16 A  Racine, Racine-Kenosha.
17 Q  Take a look at job contract number 7404, that's
18    1963.
19       MR. FELDBRUEGGE:  What's that number
20    again, Bob?
21       MR. McCOY:  7404.
22 A  7404, dated 6-21-63, E. P. Roller and Sons,
23    Four Hundred West Building, heating
24    insulation.
25 Q  Where is this job located?

GREAT LAKES REPORTING, INC. (414) 272-4007          Page 25 - Page 28

ELMER BORCHARDT                    CondenseIt™                    JANUARY 16,1998

Page 29

1  A  I can only think it was Milwaukee because they
2     were up on the east side.
3  Q  Milwaukee, was this your territory, Milwaukee?
4  A  I covered a lot of area, but that was part of
5     it, yes.
6  Q  At this time were you in supervision?
7  A  Yes.
8  Q  And your supervisory responsibilities at this
9     time included the insulation division, right?
10 A  Yes.
11 Q  What did you say was the name of the building
12    again?
13 A  Four Hundred West Building.
14 Q  And can you tell us what building that is?
15 A  I don't know.
16 Q  What do you remember about this job?
17 A  other than what information is given here, I
18    can only tell you that Roller was a small
19    contract, probably a small little hot water
20    heating job. He never handled any big work.
21 Q  Is this contract ledger limited to any
22    particular types of jobs, such as bid jobs?
23 A  They would all be listed here, bid work, any
24    contract that was given a number was given a
25    name, in this case dates, some small

Page 30

1     explanation, and that was the system.
2  Q  What about if there was repair work that was
3     being repeatedly done by L&S Insulation at a
4     particular place, would all those individual
5     repair jobs be listed in this contract ledger?
6  A  At that time, yes, almost every job was
7     listed. Today that's not the case.
8  Q  You say at that time, what, before 1973?
9  A  Probably was listed.
10 Q  Do you have any knowledge of what materials
11    were used on the contract number 7404?
12 A  No, I don't.
13 Q  Who was responsible for obtaining the
14    materials?
15 A  Probably Harry Switala, he was the president at
16    that time and did the purchasing.
17 Q  What about the materials for a particular job?
18 A  A particular job?
19 Q  Yes, a particular job?
20 A  He probably ordered most of everything. I did
21    the chasing.
22 Q  What do you mean by chasing?
23 A  Supervision, measuring, contacting the men,
24    delivering.
25 Q  Delivering the materials?

Page 31

1  A  Yes.
2  Q  Who else besides yourself would be doing
3     delivering of materials at this time in 1963 in
4     this Milwaukee territory?
5  A  We had a truck driver.
6  Q  When you say delivering materials, as far as
7     your part in that goes, could you describe that
8     more for us?
9  A  I drove a truck for convenience, that way I
10    could move material from job site to job site.
11    If I were going to a job and I needed a carton
12    of material, I took it along. I didn't deliver
13    the entire job. That was done by our drivers.
14 Q  Did you have responsibilities at this time to
15    make sure the jobs were done correctly?
16 A  Just to some extent.
17 Q  What do you mean to some extent?
18 A  I didn't handle all the jobs.
19 Q  What territory were you handling at this time,
20    1963?
21 A  It would be impossible to separate them. I
22    could have been out in the state, I could have
23    been in Racine, Kenosha, Madison, Fond du Lac
24    or Milwaukee. I did not handle all the jobs.
25 Q  Jobs that you did handle at this time, 1963,

Page 32

1     was it your responsibility to make sure that
2     they were completed correctly?
3  A  I think so.
4  Q  This job fell within your territory?
5  A  It could have. I was probably more familiar
6     with Roller than anyone else.
7  Q  Take a look at job 7322.
8  A  7322, dated 3-8-63, Wenzel and Henoch Company,
9     660 Office Building, heating insulation.
10 Q  Again the general contractor on this job, was
11    this another contractor Wenzel and Henoch?
12 A  Wenzel and Henoch were plumbing and heating
13    contractors.
14 Q  where is the 660 Office Building located at?
15 A  Milwaukee, it's downtown near the IBM Building.
16 Q  What recollection do you have about this job?
17 A  other than it was a heating job and it was done
18    in '63, I can only assume we probably used
19    fiberglass.
20 Q  Do you know what materials were used in the
21    job?
22 A  I can't recall that specifically.
23 Q  Why do you assume it was fiberglass?
24 A  Date.
25 Q  What about the date?

GREAT LAKES REPORTING, INC. (414) 272-4007                    Page 29 - Page 32

Page 33

1  A  Well, it had, fiberglass was introduced in the
2     early '50's.  It was practical, it reduced our
3     bids.  Everyone wanted to use it and so did we.
4  Q  Do you know what type of work was done at this
5     particular, on this particular contract?
6  A  It was a heating system.  Could be hot water,
7     could have been another type of system.
8  Q  Was asbestos used on any of the heating
9     systems?
10 A  If someone had specified it, it could be.
11 Q  If someone had specified, so you don't know
12    whether or not any asbestos materials were used
13    on this particular contract, is that what you
14    are saying?
15 A  I am saying that in 1963 we, the majority of
16    our material was fiberglass.
17 Q  You don't know in this particular job what
18    material was used, is that right?
19 A  Nothing is stated there to indicate that to me.
20 Q  What role did you have concerning this job?
21 A  I don't think I ran it.
22 Q  When you say you didn't run it, did you have
23    any responsibility for this job?
24 A  That means I did not get involved in it, too
25    close to the office.  No, that means.

Page 34

1  Q  Too close to the L&S office?
2  A  Yes, I always got the ones that were furthest
3     away.
4  Q  Take a look at number, contract 7703.
5        MS. ANDERSON:  what was that number,
6     please?
7        MR. McCOY:  7703.
8  A  7703, dated 9-6-64, Board of School Directors,
9     I presume Milwaukee, South 78th Street
10    Elementary School.  Miscellaneous insulation
11    work
12 Q  This was another Milwaukee Public School job?
13 A  Yes, one of those small jobs that were under a
14    thousand dollars.  Patching work probably.
15 Q  Do you know what materials were used on this
16    job?
17 A  I have no idea.
18 Q  You know anything about the job itself?
19 A  Other than it's patching miscellaneous, it's
20    small, that was the code.
21 Q  What responsibilities did you have concerning
22    the Milwaukee Public Schools system jobs?
23 A  Only those that were given to me as the jobs
24    would come up.
25 Q  Did you have any responsibility concerning this

Page 35

1     job?
2  A  Not that I recall.
3  Q  Did L&S Insulation do asbestos insulating work
4     sometimes for the Milwaukee Public Schools?
5  A  L&S Insulation used asbestos products if the
6     Milwaukee School system demanded them.
7  Q  Let's look at contract number 8936, that's
8     1970.
9  A  8936, dated 6-5-70, Hoy-Brenner Corporation,
10    82nd Street School, heating and duct
11    insulation.
12 Q  Was this job done underneath another
13    contractor?
14 A  Hoy-Brenner were the heating contractors.
15 Q  So this was a bigger job than the thousand
16    dollars you indicated, right?
17 A  Yes, direct contract indicated that it was
18    either an addition or could have been the base
19    school by the date.
20 Q  Hoy-Brenner was that the general contractor on
21    the job?
22 A  Heating contractor.
23 Q  Heating contractor?
24 A  Yes.
25 Q  What type of work was involved on this

Page 36

1     particular job?
2  A  This indicates to me it was a heating system,
3     replacement and new and that also there was
4     duct insulation involved.  Ratio might have
5     been about 30 percent pipe to 70 percent duct.
6  Q  Did you have some responsibilities yourself
7     concerning this job?
8  A  I do not recall.
9  Q  How long did this job take?
10 A  I don't have the faintest idea.  That date
11    indicates that it was put in our contract
12    book.  If this were a new job it might have
13    started six months from that date.
14 Q  Were any asbestos materials wed for duct
15    insulation at any time?
16 A  Not to my knowledge.
17 Q  With respect to the pipe insulation work on
18    this particular job, what type of materials
19    were used?
20 A  I am going to assume it was fiberglass because
21    of the date.
22 Q  Well, again you used the word assume.  I need
23    to know whether or not you actually know the
24    materials that were used?
25 A  I don't know the specific materials, I could

**ELMER BORCHARDT**                    **CondenseIt™**                    JANUARY 16, 1992

## Page 37

1  only look at the date.
2  Q You know where the materials for this job were
3    obtained from, talking about the pipe
4    insulation materials?
5  A Yes, we did most of our purchases through
6    Building Service and they were an Owens-Corning
7    fiberglass distributor.
8  Q Do you know on this particular job whether or
9    not Building Services supplied the materials?
0  A If they were fiberglass, I presume they did.
1  Q What if the materials were asbestos, who would
2    be supplying that?
3  A If there was any asbestos on that job it would
4    have been in the boiler room on the breaching,
5    probably one tenth of one percent of the job
6    and that could have been purchased from anyone.
7  Q Anywhere meaning supply houses?
8  A Wherever it was available.  I could have bought
9    it.  They could have bought it from another
:0    contractor if he had it available.  You are
:1    talking ten feet, nine feet of 12 inch, let's
:2    say, for a breaching.  That was the only place
:3    logically to use asbestos.
:4  Q You said nine feet of 12 inch?
:5  A I am supposing the size of the breaching, could

1  A There was a generalization that Cal-sil
2    material had some asbestos in it.  I have no
3    knowledge of percentage and those were all
4    there was, it was never published.  That was a
5    general term, asbestos, should have been called
6    calciumsilicate.
7  Q You understood that there was some asbestos in
8    the Cal-sil material?
9          MR. TERSCHAN: object to the form of
0    the question, misstates the testimony.
1          MR. McCOY:  Is that right?
2          MR. PENDLETON  Same objection.
3  A I didn't catch the question.
4          MR. McCOY:
5  Q The question was you understood back that the
6    Cal-sil had some asbestos in it, is that
7    right?
8          MR. PENDLETON  Same objection.
9  A I understood, you state it.
0  Q If you want to go ahead and tell me?
1  A I'd rather have you say it.
2  Q Okay, was it your understanding at the
3    that back in 1970 that the Cal-sil material had
4    someasbestosinit?
5  A It could have.

## Page 38

1  have been 15 inch and it could have been 12
2  feet.  Breaching off of a boiler is a little
3  highertemperatureandinthattime ——— they
4  asked for calcium silicate material where today
5  they'd use glass.
6  Q At that time the Cal-sil material was asbestos,
7    is that right.
8          MR. PENDLETON: objection,
9    foundation.
:0  A I'd have no way of assuming or determining
:1    that.
:2          MR. McCOY:
:3  Q What was the material then?
:4  A It was calcium silicate to my knowledge.
:5  Q Who was responsible for procuring the materials
:6    in 1970?
:7  A Harry Switala.
:8  Q Are you saying, Mr. Borchardt, that you don't
:9    know any materials that contain asbestos that
:0    arepipeinsulation?
:1  A I am not saying that.
:2  Q Okay.  Can you tell me what your understanding
:3    is back at that time the material that
:4    contained asbestos that were pipe insulation?
:5          MR. PENDLETON: objection to form.

1  Q Someone specified asbestos materials had been
2    1970, would you obtain Cal-sil for pipe
3    covering?
4  A Only if it was that specific that they wanted
5    it on the heating system.  certainly wouldn't
6    be used on plumbing or duct.  Would have
7    high temperature to want to use it.
8  Q Job number 3567, that's 1950.
9          MR. PENDLETON  Can I have that
0    numberagain?
1  A 3557.
2          MR. McCOY: 3567.
3  A Oh, 67, I'm sorry.  Job 3567, dated 9 16 50
4    O. Smith Corporation, locker room
5    Board.  Insulated panel partitions I am
6    guessing.
7  Q The material that was used on this job was
8    Cemesto Board, is that what this ledger
9    indicates?
:0  A That's what the ledger indicates.
:1  Q Do you have any knowledge to believe it was
:2    Cemesto Board on this job?
:3  A No.
:4  Q Were you involved with this job?
:5  A No.

ELMER BORCHARDT　　　　CondenseIt™　　　　JANUARY 16.1998

Page 41

1　Q　Did this job fall within the jurisdiction of
2　　　the roofing division?
3　A　Yes.
4　Q　Had you came to work for L&S by this time?
5　A　Yes, I started in January of '50.
6　Q　Did you have any role as far as supervision or
7　　　estimating on this job?
8　A　I could have estimated, I don't think I
9　　　supervised it.
0　Q　In order to estimate the job you would have to
1　　　figure the materials cost, is that right?
2　A　That's true.
3　Q　In order to figure the materials cost, you'd
4　　　have to know the materials to be used, right?
5　A　That's correct.
6　Q　Was there Cemesto Board at this time being
7　　　supplied by Kesby & Mattison?
8　A　That's the thing that I couldn't recall
9　　　previously and I don't know that they supplied
0　　　it.  I think it was another manufacturer.
1　Q　Who do you think supplied it?
2　A　When I find out I am going to give our attorney
3　　　the name.
4　Q　This Cemesto Board have to be cut on the job?
5　A　Probably very little, the sheets were usually

Page 42

1　　　ordered to size.
2　Q　when it was cut, did it have to be sawed?
3　A　Yes.
4　Q　Do you know how much cutting was involved on
5　　　this particular job?
6　A　No way of knowing.  I can state for the record
7　　　that most all cutting Cemesto or corrngated
8　　　asbestos was done outside.
9　Q　What do you mean by outside?
0　A　Out in the fresh air, exterior to the building.
1　Q　How do you know that?
2　A　Because that was the practice, that was
3　　　standard.  Cement asbestos board has a lot of
4　　　cement in it, it was dusty.
5　Q　Did you have to cut openings for electrical
6　　　outlets and—
7　A　I doubt it.
8　Q　Get fitted around different things?
9　A　They usually accomodated the steel to the sizes
0　　　of the sheets available.
1　Q　What do you mean by that?
2　A　Well, if they have a ten foot wall they'd put
3　　　in three girth and we'd put in a ten foot
4　　　sheet  There would be no reason.  If they
5　　　wanted nine-six, you'd cut six inches off.

Page 43

1　Q　What was the purpose of the Cemesto Board
2　　　usually?
3　A　To partition a wall.
4　Q　Go to number 3622.
5　A　3622, dated 11-9-50, A. O. Smith Corporation,
6　　　dock storage building, Cemesto Board.
7　Q　Were you responsible for estimating this job?
8　A　No, sir.
9　Q　Did you have any responsibilities concerning
0　　　this particular job?
1　A　None that I can recall.
2　Q　Did you have any reason to believe there was
3　　　not Cemesto Board used on this job?
4　A　No reason at all.
5　Q　What recollection do you have about this job,
6　　　if any, other than what's indicated in the
7　　　ledger?
8　A　I have none, but since it says dock storage
9　　　building I presume they used these as exterior
0　　　walls.
1　Q　Where is this located at this particular A. O.
2　　　Smith Corporation location, do you know?
3　A　What part of the plant?
4　Q　what?
5　A　I haven't the faintest idea.

Page 44

1　Q　Where is this plant located at?
2　A　On the north side of Milwaukee, 27th Street to
3　　　35th Street and then north and south.
4　Q　Take a look at contract number 4125.
5　A　4125, no date, A. O. Smith Corporation, bomb
6　　　pin plant, flat asbestos board work  "there's a
7　　　date at the bottom of the other sheet.  5-5-52.
8　Q　Is this the same location for A. O. Smith?
9　A　Same property.
0　Q　When it says bomb pin plant?
1　A　They made bombs at A. O. Smith, bomb pin plant.
2　Q　What does the term flat asbestos board work
3　　　mean?
4　A　That means it was a single sheet of asbestos,
5　　　flat asbestos board, had no filling, and could
6　　　be used as a wall, exterior wall partition,
7　　　could be used for a lot of things.
8　Q　Do you know in this particular job what it was
9　　　used for?
0　A　No, I don't know.
1　Q　Was this under the roofing division's
2　　　jurisdiction?
3　A　Yes.
4　Q　Did you estimate this job?
5　A　No, I did not.

Page 45

1   Q Who was doing estimating for the roofing
2     division at this time?
3   A Mr. Howard Redlich.
4   Q when did you become involved with the
5     insulation division?
6   A It was a gradual thing, it probably occurred
7     from '56 through '59 period I did some work for
8     both divisions.
9   Q During that transition period?
0   A During that transition period, yes.
1   Q All right. Contract number 7893,1965.
2   A Contract 7893, dated 8-26-65, A. O. Smith
3     Corporation, building 101, steam pipe
4     insulation.
5   Q Is that also at that Same location?
6   A Yes, it is.
7   Q what does that mean when it says steam pipe
8     insulation?
9   A That means they insulated some high temperature
0     steam lines which was very common at A. O.
;1     Smith.
2   Q That high temperature line would normally call
3     for the Cal-sil type of insulation?
4   A Not necessarily. I think they were also cost
5     effective at that time, probably used

Page 46

1     fiberglass. Lots of this type of work was way
2     up in the air 30, 40 feet.
3   Q Do you know, were you involved with the
4     estimating on this job?
5   A I don't, I can't specifically tell you that.
6   Q What responsibilities did you have for this
7     job?
8   A I don't think I had any for it.
9   Q Did you have any knowledge what materials were
0     used on the job?
1   A This doesn't tell me anything.
2   Q Were these contracts for A. O. Smith drafted
3     directly with A. O. Smith?
4   A In that case, yes. Anytime they are written
5     there it was a direct bid.
6   Q Who handled the contracting work for A. O.
7     Smith at this time?
8   A Bernie Underberg.
9   Q During this time for L&S Insulation who was
0     dealing with Mr. Underberg?
1   A Who was dealing with him?
2   Q Right. Who was the one that was getting the
3     jobs from him?
4   A I'm sorry?
5   Q I am talking about who at L&S was the contact

Page 47

1     with Bernie Underberg?
2   A I am misunderstanding something, I'm sorry.
3   Q Normally there's some business relationship
4     between the contract manager at one of these
5     companies, like Mr. Underberg?
6   A Mr. Underberg worked for us.
7   Q I'm sorry, I thought he worked for A. O. Smith?
8   A No, who it is at A. O. Smith I wouldn't be able
9     to remember.
0   Q Contract number 5918, that's also '57.
1   A Contract 5918, dated 10-3-57, A. O. Smith
2     Corporation, building 104, steam pipe
3     insulation.
4   Q What responsibilities did you have for that
5     Contract?
6   A None, to my recollection.
7   Q Do you know what type of materials were used
8     for that insulation work?
9   A I can't tell you.
:0   Q Contract number 5934,1957.
:1   A Contract 5934 dated 10-22-57 A. O. Smith
:2     Corporation, building 108, comigated asbestos
:3     board.
:4   Q Did you estimate this job?
:5   A No, I did not.

Page 48

1   Q What recollection do you have about the job?
2   A I am pretty sure that was a roof, the entire
3     building was roofed with corrugated asbestos
4     board. It's still there.
5   Q Contract number 5706,1957.
6   A A. O. Smith Corporation building 113, annex A,
7     office area, steam pipe insulation.
8   Q What responsibility did you have on that job?
9   A I'm sorry, that was dated 4-16-57. None to my
0     recollection. That was handled by Mr.
1     Underberg.
2   Q Do you know what materials were used on the
3     job?
4   A I can't tell you.
5   Q Contract 5910.
6   A Contract 5910, dated 9-30-57, A. O. Smith
7     Corporation, building 113, steam pipe
8     insulation.
9   Q Do you have any knowledge of the materials on
:0     that job?
:1   A No, I don't.
:2   Q Were you involved with the-- let me withdraw
:3     that. Did you have responsibility for any of
:4     the jobs that were done by L&S for A. O. Smith
:5     prior to 1973?

ELMER BORCHARDT                CondenseIt™                JANUARY 16, 1998

Page 49

1  A  **Probably not.  I might** have gone out and helped
2     Bernie or something, but he generally handled
3     those **accounts,** or that account.
4  Q  You would have no knowledge of the materials
5     that **were** used on the jobs at A. O. Smith other
6     **than what's** stated in the ledger, is that
7     **correct?**
8  A  **There was nothing stated other than it was**
9     **steam** pipe insulation, could have been
10    anything.
11 Q  And you **have** no knowledge about any of those
12    **steam** pipe insulation jobs what the **materials**
13    actually were at A. O. Smith?
14 A  **Only when** the **date starts getting into** close to
15    the early '50's, they might have accepted glass
16    there and they might not have.  As you **get** up
17    in **dates then** it's almost positive that it's
18    glass.
19 Q  **Let's take** for instance contract number **9078,**
20    that's '71.
21 A  9078 **dated** 1-22-71, A. O. Smith Corporation,
22    **building** 51, **steam** pipe insulation.
23 Q  On that particular job do you know what the
24    materials were?
25 A  I don't, other than the date **tells** me that it

Page 50

1     was probably all fiberglass.
2  Q  But you don't know what materials were actually
3     used, is that right?
4  A  That's a **year** after it was, **asbestos** was
5     eliminated, **so I can** only assume that was
6     **fiberglass.**
7  Q  Just **assumption** on your part, **right?**
8  A  **No,** I know it was eliminated, if it was **Cal-sil**
9     it had no asbestos in it.
10 Q  *After* **some** point in time, **right?**
11 A  *After the* **early '70's.**
12 Q  **Do** you know for sure whether **asbestos** was
13    eliminated from Cal-sil by **1971?**
14 A  That **date I am** sure is available **as** a fact, but
15    I can't **give** you that exact date, manufacturers
16    should, they **are** able to.
17 Q  **So just** to clarify, **in** 1979 you don't know, I'm
18    sorry, let me withdraw that.  Just to clarify,
19    in 1971 you don't know whether or not **asbestos**
20    **was** still used in Cal-sil, is that **right?**
21 A  **To my knowledge** it **was** not, and **by that date**
22    I'd have to assume we were using fiberglass **on**
23    steam **pipe** at A. O. Smith.
24 Q  **What is the** basis for your knowledge that there
25    **was no** asbestos **in** Cal-sil in **1971?**

Page 51

1  A  I thought it was common knowledge.
2  Q  I **am** asking what is the basis for your
3     knowledge?
4  A  Just that the manufacturers had stopped
5     manufacturing it.
6  Q  **In** 1971?
7  A  No, **in '70,** our stock was **so** minimal we threw
8     it all out.
9  Q  Again, what's **the** basis though for your
10    knowledge, where did you **get** this knowledge
11    that in **1970** there was no more **asbestos** in
12    Cal-sil?
13 A  They were ordered not to **use** asbestos.
14 Q  By whom?
15 A  **I presume** the government.
16 Q  Did you have any other knowledge or any other
17    basis for your statement that there was **no**
18    asbestos in Cal-sil in **1970** or 1971?
19 A  No.
20 Q  **Was** Cal-sil **the type** of insulation that was
21    used **on** the steam pipes for the A. O. Smith
22    jobs?
23        MR. TERSCHAN: objection, totally
24    broad, **time frame.**
25        MR. McCOY:

Page 52

1  Q  **Before** 1973?
2  A  **If** they specified it, if they asked for a
3     **Cal-sil** product or demanded it, they'd get it,
4     if they specked fiberglass they'd get
5     **fiberglass.** But Cal-sil cost a lot **more.**
6  Q  Did the A. O. Smith jobs, were those jobs **on**
7     which the company, A. O. *Smith,* specified the
8     materials or did L&S pick the materials?
9  A  They specified the materials and they took bids
10    on the job, low bidders received **the** work.
11 Q  contract number **8264,** 1967.
12 A  82?
13 Q  8264, right.
14 A  8264, dated 5-26-67, **Northern** Plumbing and
15    Heating Incorporated, AT&T Waukesha, heating,
16    plumbing, duct Insulation.
17 Q  That was a job subcontracted for Northern
18    Plumbing?
19 A  Yes, **sir.**
20 Q  Where was this job done at?
21 A  **AT&T building** in Waukesha.
22 Q  What responsibilities did you have for **this**
23    job?
24 A  I don't recall it.
25 Q  **Was** this **within your** territory?

ELMER BORCHARDT                    CondenseIt™                    JANUARY 16, 1998

## Page 53

1  A  Lots of people could have handled it.
2  Q  Do you know who handled AT&T?
3  A  Well, it was either Mr. Redlich or Mr.
4     Underberg.
5  Q  As far as what part of the work goes?
6  A  could have been all of it, plumbing, heating,
7     duct insulation.
8  Q  Did you have any responsibility at all in
9     connection with this particular job?
10 A  Not to my knowledge.
11 Q  Do you have any knowledge about the materials
12    that were used on the job?
13 A  I can assume that since, no, I know the
14    plumbing was fiberglass, the duct insulation
15    was fiberglass.  That makes me assume that the
16    heating was fiberglass.
17 Q  That was just assuming again.  My question is
18    do you know what materials were used?
19 A  No, I don't.
20 Q  Contract number 8331.
21 A  8331, J. F. Ahern, AT&T Watertown, Wisconsin,
22    heating, plumbing, duct insulation.
23 Q  This was a subcontract for J. what?
24 A  J. F. Ahern out of Fond du Lac, Wisconsin.
25 Q  Where is this particular location?

1  could have specked Air-cell.
2  Q  So it could have been Air-cell?
3  A  Yes, it could have been.
4  Q  Who supplied the Woolfelt to L&S Insulation?
5  A  It's in some of those other depositions, I
6     think it was Triple A out of Chicago.
7  Q  Who was supplying the Air-cell at this time?
8  A  They were.
9     MR. TERSCHAN:  They ——
10    MR. McCOY:
11 Q  Triple A?
12 A  Triple A, yes.
13 Q  Contract number 6266, that's 1959.
14 A  Contract 6266, 2-17-59, Oilright Corporation
15    2320 Wall Boulevard, Cemesto Board?
16 Q  Is that Milwaukee?
17 A  I don't know.
18 Q  Did you have any responsibility on this job?
19 A  Not that I can recall.
20 Q  Do you have any recollection what the
21    work was involved for this job?
22 A  It was panel work, Cemesto panels.
23 Q  All right.  Contract number 4072?
24 A  I'm sorry?
25 Q  4072. 1952.

## Page 54

1  A  Watertown, Wisconsin.
2  Q  Do you know what materials were used on the
3     heating part of this job?
4  A  No, I don't.   This could have been one of those
5     small little transfer tower buildings that they
6     put up for a while.
7  Q  Did you have any responsibility for the job?
8  A  If I did, I don't recall it.
9  Q  contract number 5696, 1957.
10 A  5696, dated 4-8-57, Adelman Laundry 709 East
11    Capitol Drive, hot and cold water pipe
12    insulation.
13 Q  What responsibilities did you have on that job?
14 A  I don't recall that I handled it, it could have
15    been Fred Hansen.
16 Q  Do you know what materials were used in the hot
17    water pipe insulation?
18 A  Well, it was either fiberglass or Woolfelt.
19 Q  Do you know which one?
20 A  I am only assuming that if it was a hot line
21    would be fiberglass.  On a cold water line at
22    that time frame they would have used Woolfelt.
23 Q  Was asbestos ever used in the hot water lines
24    at this time?
25 A  Not if they used fiberglass, they, someone

1  A  Contract 4072, dated 2-21-52 Selzer
2     Company, Allen Bradley, Cemesto Board.
3  Q  Where is this place located at?
4  A  I'm sure a part of the existing Allen
5     Building.  Now it has another name.
6  Q  In Milwaukee?
7  A  Milwaukee.
8  Q  All right.  What responsibilities did you have
9     on this job?
10 A  Nothing that I can recall.
11 Q  What type of work was involved on this job?
12 A  Cemesto Board panels, partitions, some
13    exterior walls, could have been another.
14 Q  What do you mean when you say a wall?
15 A  Flat extended area off of a roof or a
16    wall line.  Used it because it was cement
17    asbestos board and it wouldn't rot.
18 Q  You mean a flat extended area, you mean
19    extended box?
20 A  Yes, could have been an area above
21    windows, that's another application or a
22    complete wall.
23 Q  Contract number 6098 which is 1953.
24 A  Contract 6098, dated 5-27-58 The
25    Allen Bradley, cold water pipe insulation.

Page 57

1   Q   Would that be Woolfelt, the material used at
2   that time?
3   A   Yes.
4   Q   Or fiberglass, which was more *common* at this
5   time?
6   A   Well, '58 it could have been either one.
7   Q   Was Cemesto Board ever used to insulate ducts?
8      MR. TERSCHAN: what Cemesto Board are
9   we talking about in particular?
0      MR. McCOY:
1   Q   I am talking about just in general, was Cemesto
2   Board ever used to insulate ducts?
3   A   Not to my knowledge.
4   Q   okay. Contract number 5449.
5      MR. SULLIVAN: How many of these
6   contracts do you plan reviewing and do you plan
7   on finishing today?
8      MR. McCoy: I am trying to go through
9   as many as I can.
0      MR. SULLIVAN: Right, so how many do
1   you have?
2      MR. McCOY: Quite a few in here.
3      MR. SULLIVAN: Are there a thousand
4   in here?
5      MR. McCOY: I am sure there are

Page 58

1   several hundred.
2      MR. SULLIVAN: Are there any other
3   lines of inquiry Other than these contract
4   questions?
5      MR. McCOY: There maybe. I need to
6   do a few more contracts to find out.
7      MR. SULLIVAN: can we maybe agree to
8   a quitting time today and then continuing on
9   another day? You are obviously not going to
0   finish today.
1      MR. McCOY: I have no problem with
2   that.
3      MR. TERSCHAN: I don't know what you
4   want do do, Bob, but I mean I could make a
5   suggestion. I don't know if it fits within
6   your plans. Rather than have everybody sit
7   here through this process, and going through
8   each one of these contracts, if you want to
9   make up a little list and list the contract
0   numbers because the questions all *seem* to be
1   the same. I mean it wouldn't foreclose you
2   from Coming back and asking something. But
3   this is not only boring but stupid, to be very
4   honest, if you want to sit there, and if you
5   list the contract numbers and, you know, three

1   or four columns of information you want, and
2   you have any role in it, yes-no, what it was,
3   and then we go on from there, I'd do that for
4   you and then you can come back and ask what are
5   questions you want, I suppose. But, you know
6   I don't want to foreclose you, I don't even
7   want to make you do it that way. But it just
8   *seems* like it's an awful waste of time for
9   everybody.
0      MR. PENDLETON: Just along the same
1   lines, for instance if you are asking questions
2   about Allis Chalmers I imagine there's only
3   maybe one attorney who cares about Allis
4   Chalmers or maybe no attorneys who care about
5   Allis Chalmers and you could just designate the
6   afternoon that you are going to deal with Allis
7   Chalmers. That way everybody can be there for
8   that deposition or stay away.
9      MR. McCOY: well, that's I think the
0   purpose of this is to accomplish exactly what
1   you are talking about, which is if someone
2   needs to be present and
3   that's, I can't see doing it any other way I
4   was at some point in time going to ask for
5   more general questions, but I don't know

1   Borchardt could answer those questions.
2      MR. PENDLETON: For the record we
3   have been here two hours now, just so we are
4   clear as to how long we have been going on this
5   line.
6      MR. McCOY: Right.
7      MR. DRUMKE: On behalf of the
8   I could ask Mr. Borchardt about something
9   and figure out if I need to be here and it
0   apparent it has nothing to do with any product
1   that my client distributed. And I would have
2   an opportunity to do this, so I don't waste any
3   more of my client's time or money I
4   noticed up the deposition and you want me
5   to proceed until you finish. Some of the
6   defendants may be in the same position as me.
7   If you wouldn't mind passing the witness for a
8   half hour, we could probably clear out the
9   room with most everybody here.
0   A   Off the record I don't need the computer
1      MR. MCCOY: If someone has some
2   questions to ask and they are short and
3   want to waive presence at some future
4   continuation of this deposition, I have no
5   problem with that.

**Page 61**

1   MR. DRUMKE: Frank, is that all right
2 with you?
3   MR. THRSCHAN: Fine with me.
4   MR. DRUMKE: My name is Mike Drumke,
5 I represent A. W. Chesterton.
6 Q Have you ever heard of that company before?
7 A No.
8 Q At any the has L&S Insulation ever distributed
9 or installed asbestos containing gasket
0 material?
1 A No.
2 Q At any the has L&S Insulation ever installed
3 or distributed asbestos containing packing
4 material?
5 A Not to my knowledge.
6 Q Can you describe generally the work of L&S
7 Insulation in terms of the products it handled
8 and worked with?
9 A We were insulators for plumbing heating and
0 ventilating systems, heavy in ventilating,
1 because it was a wide open market. We did very
2 few power plants, very few large jobs. We just
3 bid a lot of new buildings.
4 Q Was L&S Insulation in the business of pipe
5 fitting at all?

**Page 62**

1 A Not at all.
2   MR. DRUMKE: I have no other
3 questions. Thank you, Bob.
4   MR. SULLIVAN: Joe Sullivan, I
5 represent a company that also sold manufactured
6 packing products, John Crane.
7 Q Does that company mean anything to you?
8 A No.
9 Q Would you have ever used or sold any of those
0 products?
1 A I never heard of it.
2   MR. SULLIVAN: Thank you very much.
3   MR. ROSENBERG: Michael Rosenberg.
4 Q Did L&S work at any power plants?
5 A No major work, we might have, we might have
6 accomplished some repair work through small
7 contractors that might have had isolated little
8 repair jobs. Other than that we did the
9 exterior walls for units one, two and three at
0 Oak Creek.
1 Q Did you do work at Oak Creek other than units
2 one, two and three?
3 A I don't think so.
4 Q To your knowledge did L&S ever work on the
5 power generating turbines at any power plant?

**Page 63**

1 A No, that was not our field.
2   MR. ROSENBERG: I have nothing
3 further.
4   MR. HUSTON: James L. Huston.
5 A Yes.
6 Q Did you, did L&S ever use any asbestos
7 containing products manufactured by GAF
8 Corporation?
9 A That does not mean anything to me. I don't
0 know that.
1 Q You don't know the name GAF Corporation?
2 A No.
3 Q As far as you know, you never used any products
4 by GAF corporation?
5 A No.
6 Q Did L&S ever use any asbestos containing
7 product manufactured by the Dana Corporation?
8 A Again no.
9 Q Did L&S ever use any products manufactured by
0 Gasket Holdings Incorporated which contain
1 asbestos?
2 A No.
3 Q Did L&S ever use any products containing
4 asbestos made by the Rhone-Poulec AG Company?
5 A No.

**Page 64**

1 Q Did L&S ever use any product containing
2 asbestos made by the A. P. Green Industries
3 Incorporated?
4 A I have heard that name but I don't think we
5 used any of their products.
6 Q To the best of your knowledge you didn't use
7 any A. P. Green products?
8 A That's true.
9 Q Did L&S ever use any products containing
10 asbestos made by the United States Gypsum
11 Company?
12 A No.
13 Q Did L&S ever use any asbestos containing
14 products made by the National Gypsum Company?
15 A Not to my knowledge they didn't.
16 Q Did L&S ever use any products containing
17 asbestos manufactured by Pittsburgh Corning
18 Corporation other than Uni-bestos?
19 A other than Uni-bestos, no.
20 Q You did occasionally use Uni-bestos, is that
21 correct?
22 A I have heard that name, that would have had to
23 come though a supplier, we did not purchase
24 direct.
25 Q Do you have any knowledge of any job on which

**ELMER BORCHARDT**          CondenseIt™          **JANUARY 16, 1998**

Page 65

1    **L&S used Uni-bestos?**
2    A  It would be impossible, I couldn't, the
3    quantities were so *small* on these jobs and it
4    could have been Johns Manville, it could have
5    been Atlas, it could have been whoever
6    manufactured it, Owens-Corning, and it could
7    have been that I picked it up from a
8    **competitor. The quantities were so small, they**
9    were **never** carload quantities or truckload
0    **quantity, they** were just small.
1    Q  **If we were going to go through each of the**
2    contracts in exhibits one **through four** and I
3    asked you **as** to each of them, can you remember
4    using **Uni-bestos** on this job, would you be able
5    to answer that question?
6    A  No, *oh*, I could answer it that I do **not** know.
7         MR. HUSTON:  Thank you.  I have no
8    other questions.  Thank you very much.
9         MR. WESTON:  Sir, my name my is James
0    Weston, I just have a couple questions.
1    Q  Did you ever, L&S Insulation *ever* use any
2    **asbestos textile materials?**
3    A  **Tile?**
4    Q  **Textile?**
5    A  Textiles, asbestos cloth?

Page 66

1    Q  **Yes, sir?**
2    A  **Perhaps a small quantity, very minute.** We
3    never *stocked* it.  It would have been a random
4    thing.
5    Q  **Do you recall the manufacturers, suppliers Of**
6    any of that cloth you might have used?
7    A  No.
8         MR. WESTON:  That's all I have.
9         MS. FRY:  My name is Kristi **Fry** and I
0    represent a company called Garlock.
1    Q  **Have you ever heard of them?**
2    A  No.
3    Q  To your knowledge did L&S ever use any **of** their
4    **products?**
5    A  What products?
6    Q  **Garlock's** products?
7    A  I **mean** what did **they** do, what did they **make?**
8    Q  Gaskets.
9    A  **What?**
10   Q  **Gaskets.**
11   A  No.
12        MS. FRY  Thank you.  That's all I
13   have.
14        MR. LONGUA:  My **name** is Mark Longua.
15   Q  Have you **ever** heard of API?

Page 67

1    A  API **out Of** St. **Paul?**
2    Q  St. Paul.
3    A  Yes.
4    Q  Did you ever acquire any **asbestos** containing
5    products from API?
6    A  Absolutely not.
7    Q  Do you know **of** any job sites L&S would have
8    worked at that **API** was present at?
9    A  I can't **recall** what.
0    Q  **Are** you **familiar with** Bay insulation?
1    A  As a supplier.
2    Q  Did you ever buy **asbestos containing** products
3    from Bay Insulation?
4    A  I don't think they handle it.
5    Q  Did you **ever** work **in** conjunction **with** Bay
6    Insulation?
7    A  **No.**
8    Q  How about Taylor Insulation?
9    A  They **are** a competitor.
0    Q  Have you ever worked **in** conjunction **with** Taylor
1    Insulation?
2    A  **No.**
3    Q  You ever **acquire** any **asbestos** containing
4    products from Taylor Insulation?
5    A  Doubt it would definitely *seem* logical.

Page 68

1         MR. LONGUA  I have nothing further.
2         MR. FELDBRUEGGE:  My **name** is John
3    Feldbruegge, I represent **Wisconsin** Electric.
4    Q  You indicated just a short **time** ago that you
5    did **recall** doing **some** work at *Oak* Creek?
6    A  Outside panels.
7    Q  The outside panels?
8    A  That's all.
9    Q  Do you know what kind **of** material was used to
10   insulate the outside panels?
11   A  That was an insulated asbestos panel **similar** to
12   asbestos board, interior wall and then
13   **corrugated asbestos** panel.
14   Q  Do you know from whom that was purchased?
15   A  The **name** on it says Cemesto panels, Kesby
16   Mattison furnished it, the company located--
17   Q  Kesby?
18   A  Kesby and Mattison.
19   Q  Can you spell that?
20   A  K-E-S-B-Y, M-A-T-T-I-S-O-N.
21   Q  And that product was used on Oak **Creek** units
22   one, two and three?
23   A  To my knowledge, to my **recollection, yes.**
24   Q  And **none of** the others?
25   A  None of the others.

ELMER BORCHARDT — **CondenseIt™** — JANUARY 16.1998

---

**Page 69**

1  Q  Was it used-- strike that.  Did you do any work
2     at any other Wisconsin Electric facilities
3     other than units one, two and three at Oak
4     Creek?
5  A  A little patch jobs here and there for any
6     specific, never had any large work there.
7  Q  You have any specific recollection of materials
8     that were used for any of those small patch
9     jobs, as you call them?
10 A  Well, they were done after.  There was no
11    asbestos.  We were not the favorite sons.
12 Q  So you don't, you did not do any work on any of
13    these patch jobs prior to the early '70's?
14 A  To the best of my knowledge I don't recall any.
15 Q  And because of the time frame you believe then
16    that any of the patch jobs would have been a
17    product other than asbestos?
18 A  I think so.
19       MR. FELDBRUEGGE  That's all.
20       MR. ANDERSON:  Mr. Borchardt, my name
21    is Kurt Anderson, I also represent Wisconsin
22    Electric Power Company.  I just have one
23    question for you, I believe.  Do you recall
24    when it was that your company did the work on
25    units one, two and three at the Oak Creek power

**Page 70**

1     plant?
2  A  No, it was exterior walls, so it was when they
3     were built.
4  Q  Do you have any idea when this was, even by
5     decade?
6  A  No, if I was just lucky enough to hit it in
7     here, it would be in here somewhere.
8       MR. ANDERSON  That's all I have.
9     Thank you.
10      MR. HUSTON:  I have a couple of other
11    questions.
12 Q  Did you, did L&S use any products manufactured
13    by Rubberoid?
14 A  Rubber people?
15 Q  Well, it's spelled like that.
16 A  No, Rubberoid to me was like a foam plastic
17    material and yes, we used similar to h a - f l e x
18    or any of those others.  We probably could have
19    used them.
20 Q  Did those products contain asbestos products
21    that you used?
22 A  No, they don't.
23 Q  Did you ever use gaskets called Flexitalic
24    gaskets?
25 A  No.

**Page 71**

1       MR. HUSTON  That's all.
2       MR. PENDLETON:  We have been going
3     over two hours.  Can we take a five, ten minute
4     break?
5       MR. McCOY:  Fine.  I say we come back
6     in, I will continue and I guess we will quit at
7     5:00, so is that okay?
8     (whereupon a brief recess was taken.)
9       MR. HUSTON  Jim Huston again.
10 Q  Did L&S industries use any asbestos containing
11    product manufactured by Armstrong World
12    Industries?
13 A  No, L&S insulation.
14 Q  I'm sorry.
15 A  Okay.
16      MR. HUSTON  That's all.
17      MR. DIXON  My name is Joe Dixon, I
18    represent AC&S which is also known as Armstrong
19    Contracting and Supply company Inc.
20 A  Yes.
21 Q  And I think as you know they were at one time a
22    contracting company located in Milwaukee?
23 A  Yes, sir, competitor.
24 Q  Do you recall that you ever purchased any
25    materials from AC&S?

**Page 72**

1  A  No.
2  Q  Do you recall that you were ever on any job
3     location on which they were also present?
4  A  Could have happened.
5  Q  You have no specific recollection?
6  A  I have no specific knowledge.
7       MR. DIXON:  okay, thank you.  I have
8     no further questions.
9       MR. PENDLETON:  My name is Alexander
10    Pendleton and I represent Briggs and Stratton
11    Corporation in this lawsuit?
12 A  Okay.
13 Q  Do you have any knowledge as to whether L&S
14    Insulation ever sold or supplied any insulating
15    materials to a Briggs and Stratton owned
16    facility?
17 A  Whether we furnished or supplied?
18 Q  Sold or supplied?
19 A  Sold, no.  We contracted with Briggs, but we
20    didn't sell them any material.
21 Q  You contracted with them.  Do you know, do you
22    have any personal knowledge as to whether L&S
23    Insulation ever in the process of fulfilling a
24    contract with them supplied any asbestos
25    containing materials to a Briggs and Stratton

---

ELMER BORCHARDT                    CondenseIt™                    JANUARY 16,1998

**Page 73**

1  *owned* facility, supplied or installed I should
2  say?
3  A  I don't **think** so. It was mostly retrofit work,
4  glass, and that, to my knowledge, we didn't.
5  Q  **Do** you know if you ever, if L&S Insulation ever
6  sold **or** supplied **asbestos** containing materials
7  to *some* other contractor for use or
8  *installation* at a Briggs and Stratton facility?
9  A  No, we only purchase for our **own** use.
10       MR. **PENDLETON**: I don't have any
11  **other** questions today. I will leave, Bob, if
12  you want to *ask* some **questions** about Briggs and
13  Stratton contract entries, if there **are** any
14  later, I will be happy to **come** back for that.
15       MR. McCoy: I **will** be asking
16  **questions** about them, so.
17       MR. PENDLETON: Today or **some** other
18  day?
19       MR. McCOY: Might come up today, it's
20  on page **11.**
21       MR. **PENDLETON**: what page **are** we to
22  **now?**
23       MR. **McCOY**: You **are** welcome to ask
24  **him.** I have got the list **right** here. We **are**
25  on page six and a half.

**Page 74**

1       MR. PENDLETON: You have **the contract**
2  numbers in front of you for Briggs and
3  **Stratton?**
4       MR. McCoy: Right, according to our
5  computer, **yes,** it's *right* here.
6       MR. PENDLETON: You mind if I do
7  that?
8       MR. McCoy: There's a **list** of them
9  **right there.**
10       MR. PENDLETON: okay, let's go
11  through these quickly, Mr. Borchardt.
12  Q  **Number 5062?**
13  A  **5062, dated** 7-20-55, Dispatch Iven Company,
14  **Briggs** and **Stratton** corporation, duct and fan
15  **Insulation.**
16  Q  **Do** you have any knowledge **as** to whether **that**
17  **was** asbestos containing insulation?
18  A  It had **no** asbestos. It was a mineral board
19  **material.**
20  Q  **Contract number 5936.**
21  A  10-28-57, 5936, Infratrol Electric Oven, **Briggs**
22  and Stratton oven Insulation.
23  Q  Do you have any knowledge **as** to whether that
24  was an asbestos insulation?
25  A  I have **no** knowledge **that** that was **asbestos.**

**Page 75**

1  Q  Next **one is** 8205?
2  A  8205, dated 3-1-67, Downey Heating Company,
3  Briggs and Stratton duct insulation.
4  Q  Would that have been **asbestos** containing
5  Insulation?
6  A  Absolutely not.
7  Q  Next one is 9579, contract **number** 9579.
8  A  Another book.
9  Q  For the sake of other counsel it looks like
10  there **are** about **15** entries here relating to
11  Briggs and Stratton on the **list** provided by the
12  plaintiffs counsel.
13  A  Contract 9579, dated **2-16-73** Grunau
14  Incorporated, Briggs and Stratton, heating **and**
15  plumbing Insulation.
16  Q  That involve **asbestos** containing insulation?
17  A  Not to my knowledge.
18  Q  With **the date** of **1973,** would it be **fair** to say
19  that's probably not **asbestos** containing
20  insulation?
21       MR. McCOY: object to **the** foundation
22  on that question.
23  A  **From that** dates it probably was **fiberglass.**
24       MR. PENDLETON
25  Q  Next is 9638, contract **number** 9638.

**Page 76**

1  A  That contract **number** dated 5-3-73, the Downey
2  company, Briggs and Stratton duct insulation.
3  Q  That job contract involve **asbestos** containing
4  materials?
5  A  Impossible, '73.
6  Q  counsel, are you following along this **list**
7  here?
8       MR. McCoy: Uh-huh.
9       MR. PENDLETON: I **see** for the **next**
10  **let's** *see* one, two, three, four, five, **six,**
11  **seven,** eight, **nine, ten, 11,** 12 entries, on
12  **your** list, **all** of **those are** dated 1973 or after
13  up to 1979, does that, can I just ask him for
14  any contract **number** that is dated after 1973?
15       MR. McCOY: You can ask him if any of
16  *the contracts* **Briggs** and Stratton had asbestos
17  as far as I **am** *concerned,* but I will object to
18  any foundation for his knowledge of what is in
19  some of these jobs.
20       MR. PENDLETON
21  Q  **Okay. For** any **contract number** that has a date
22  **1973** or after, **if we** were to look at that, go
23  through exhibits one through four here, would
24  your testimony be that it would be impossible
25  for those to be **asbestos** containing materials

ELMER BORCHARDT                 CondenseIt™                    JANUARY 16.1998

**Page 77**

1  being supplied by L&S Insulation?
2       MR. McCOY: objection as to
3  **foundation.**
4  A  It would have been impossible for us to
5  purchase it.
6       MR. PENDLETON
7  Q  **Or** supply it?
8  A  **Or supply** it.
9  Q  Could you take a look at contract number 5056.
10 A  It's **in** this book.
11      **MR. TERSCHAN:** okay.
12 A  **All** right, Contract **5056,** dated 7-15-55, the
13 Mag company, Briggs and Stratton Corporation
14 cold water pipe insulation.
15 Q  That would be, have involved asbestos
16 containing Insulation?
17 A  Unlikely, it would have been Woolfelt or
18 **fiberglass,** probably Woolfelt.
19 Q  **okay** just so your answer is clear, let me **ask**
20 it **again.**  Would that job have involved
21 **asbestos containing** insulation?
22 A  No.
23 Q  Next contract number 6846.
24 A  Date, **contract** dated 3-3-61, **Modern** Equipment
25 Company, Briggs and Stratton Corporation,

**Page 78**

1  Briggs and **Stratton** Company miscellaneous
2  **insulation** work.
3  Q  Would that have involved asbestos containing
4  insulation?
5  A  No, they prefabricated ovens, that was all a
6  **mineral type material.**
7  Q  Next contract number is 9814.
8  A  Okay, **contract 9814,** dated 1-2-74, Grunau
9  Company, Briggs and Stratton **heating** and duct
10 insulation?
11 Q  **Fair** to say that job wouldn't have involved
12 asbestos ———ing insulation.
13      **MR. McCOY:** same foundation
14 objection.
15 A  Impossible for us to purchase it, **no.  The**
16 **answer** is no, it couldn't have.
17      **MR. PENDLETON**
18 Q  Next **one** is contract number 9983?
19 A  **Gee, we** did a lot of work for **your** company,
20 dated 5-13-74, the Downey Company, **no,** I'm
21 sorry, wrong one.  What was the **number?**
22 Q  Contract number 9983?
23 A  9983, dated 10-25-74, Briggs and Stratton
24 **Corporation,** 124th and Burleigh, process pipe
25 insulation.

**Page 79**

1  Q  That job involve asbestos containing
2  Insulation?
3  A  No, '74, would have been **fiberglass.**
4  Q  Last one contract number 8455.
5  A  8455, dated 6-11-68, Emcor Incorporated, Briggs
6  and Stratton **foundry,** miscellaneous insulation.
7  Q  Do you have any knowledge **as** to whether that
8  job would have involved asbestos containing
9  Insulation?
10 A  I have no knowledge that it did.
11      MR. PENDLETON  Counsel, was that **all**
12 of the jobs that you intended to ask **him** about
13 that referred to **Briggs** and Stratton?
14      MR. McCOY: That's the ones **listed** in
15 this printout, if **there's others** at that
16 **facility listed under this** printout then I'd be
17 **asking** about those.
18      MR. PENDLETON: other than that,
19 okay.
20      MR. McCoy: That's **all** I **how** that's
21 listed here.
22      MR. PENDLETON  That's **all the**
23 questions I have.  If you do come **across** some
24 that do refer to Briggs and Stratton, **just** give
25 me a **call** and I **will** be available by phone to

**Page 80**

1  **listen** to the questions you have.
2       MR. McCOY: **Again,** I think that's **the**
3  purpose of this deposition.  **So** if you leave,
4  somebody leaves, I think they leave.  I think
5  that the **rules are** clear, we have a deposition
6  noticed, it's **not** our burden to tell you when
7  the questions **come** up.
8       MR. PENDLETON  I have the **right** to
9  participate by phone.
10      MR. McCOY: If **you want** to, that's
11 fine.
12      MR. PENDLETON: Do you have a
13 conference phone or **speaker** phone that you can
14 have **set** up in here?
15      **MR. McCOY:** I'm **sure** they have that
16 **facility** in here someplace.
17      MR. TERSCHAN: If it comes up, **we**
18 **will** get you on the horn.
19      **MR. PENDLETON: Fine, thanks.** I
20 appreciate that.
21      MR. TERSCHAN: If it doesn't **come** up
22 we won't.
23      MR. PENDLETON: Great.
24      **MR.** McCoy:
25 Q  Mr. Borchardt, you were **asked** some **questions**

**ELMER BORCHARDT**     **CondenseIt™**     **JANUARY 16, 1998**

Page 81

1   about your knowledge of whether asbestos
2   containing materials *were* used in a particular
3   job. **Do** you have any other background about
4   what materials used by L&S Insulation contain
5   asbestos that hasn't been described in this
6   deposition so far?
7      MR. DIXON: object to the form of the
8   question.
9 A   Any information I have I received from
0   suppliers.
1      MR. McCOY:
2 Q   Specifically with regard to Woolfelt, what
3   information do you have about whether that has
4   asbestos materials in it or not?
5 A   I always understood Woolfelt to be layers of
6   paper compacted and I don't know the paper, I
7   should say made out of some sort of the
8   Woolfelt compacted into one inch thick
9   material. It was an anti-sweat material.
0 Q   And you know who the Woolfelt supplier was? I
1   may have asked that question.
2 A   Triple **A** out of Chicago. They don't exist any
3   longer.
4 Q   Did someone describe for you from Triple A what
5   the contents of the Woolfelt was?

Page 82

1 A   It was word of mouth. I have no spec sheets or
2   data sheets on it.
3 Q   Is there a particular person that you are
4   relying upon when you say word of mouth?
5 A   Harry Switala might have been one, because all
6   of these people preceded me in the industry
7   prior to my coming in.
8 Q   Anybody else that comes to your mind when you
9   use the term word of mouth?
10 A   No, because I didn't deal with the sales person
11   that called on L&S. Harry dealt with them.
12 Q   That sales person from Triple A?
13 A   Yes.
14 Q   Any other basis that you have for determining
15   the asbestos content of any of the materials
16   used by L&S Insulation that comes to your mind
17   now?
18 A   Well, I have said Air-cell was layers,
19   corrugated layers of asbestos paper made into
20   one inch thick material.
21 Q   what about raw asbestos fibers L&S used?
22 A   We didn't use or manufacture blankets, so we
23   didn't have any.
24 Q   What about cements?
25      MS. GAVIN: objection as to form.

Page 83

1 Q   Did L&S use cements?
2 A   Yes.
3 Q   Use that in insulating any heat carrying lines?
4 A   Could be cold water lines, chill lines, heat
5   lines.
6 Q   And when you, what types of cements did L&S
7   Insulation use, brands of manufacturers,
8   whatever names you know?
9      MR. TERSCHAN: Any specific years or
10   just generally?
11      MR. McCOY: I am talking about like
12   before mid 1970's before 1975?
13 A   There was Rockwell Cement, still exists today.
14   There was J. M. Asbestos Cementware, finishing
15   cement, wouldn't have used much of that. One
16   coat cement by a half dozen different
17   manufacturers, and most of those, if they did
18   contain asbestos they would have the knowledge
19   of that, we didn't.
20 Q   What about Red Top, did you use those products?
21 A   What?
22 Q   Red Top?
23 A   No, we didn't.
24 Q   Gold Bond?
25 A   No.

Page 84

1 Q   Who made the one coat cements?
2      MS. GAVIN: objection, form.
3      MR. JANIK: And foundation.
4      MR. McCOY:
5 Q   To your knowledge?
6 A   I mall one name, One-Shot Cement, it meant
7   that you could insulate a fitting with one
8   application, Rockwool, I don't know, I forgot
9   the name out of Leeds, Alabama, they made a
10   cement, one-coat cement. I'm sure were others.
11 Q   Are there any records at L&S Insulation of
12   where the one-coat cements were purchased from
13   before 1975?
14 A   No.
15 Q   who was the supplier Of the cements?
16      MS. GAVIN: Objection, form and
17   foundation.
18 A   I presume generally the manufacturers were of
19   the cement.
20 Q   where did L&S get its cements from before '75?
21 A   We could have ordered direct or we could have
22   purchased it generally from Allied or Building
23   Service.
24 Q   Allied is located where?
25 A   In Milwaukee.

**ELMER BORCHARDT**          **CondenseIt**™          **JANUARY 16, 1998**

---

Page 85

1  Q  Did you **ever** buy any Kaylo or did L&S buy
2      Kaylo, talking about before '73, directly **from**
3      **the manufacturer,** Owens-Corning?
4  A  We bought it through Building *Service.*
5  Q  All of it was through Building Services?
6  A  Yes, never *direct*, they were the distributors,
7      Kaylo is a trade name.
8  Q  You said that Cal-sil is **the same as** Kaylo, **as**
9      **far as the** manufacturer?
0  A  Cal-sil is **generic**, Kaylo is a trademark
1      **product.**
2  Q  Kaylo was considered to be a type of Cal-sil?
3  A  Yes.
4  **Q  All right, then who is the supplier in**
5      **Uni-bestos?**
6          MR. TERSCHAN:  To whom?
7          MR. McCOY:
8  **Q  To L&S?**
9  A  I never **bought** any *direct*, so it would have to
0      have **come** through any of the suppliers or a
1      **competitor.**
2  Q  Was it through Building *Services* or was it--
3  A  Could be Allied Building Service, I **might** have
4      **bought** it from Sprinkmann.
5          MS. **ANDERSON:** Objection, form and

---

Page 86

1      foundation.
2          **MR. McCOY:**
3  Q  What did, in the way of insulating products,
4      did **L&S get from** Sprinkmann, I am talking about
5      **before 1973?**
6          MS. **ANDERSON** objection, form and
7      **foundation?**
8  A  What products?
9  **Q  Yes.**
0  A  *Any small* quantity of something we **might** have
1      been short of, we all helped each other out.
2      **They** were **not** a major supplier of any kind to
3      us.
4  Q  When you say we all helped each other out, you
5      **mean the** *other* insulating companies?
6  A  Yes, **they** could have bought **ten** feet or **nine**
7      feet of **something** *from* me, I **might** have bought
8      **three** feet **from** them on a particular job,
9      probably mostly **fiberglass,** some of it was
0      Cal-sil.
1  Q  **Let's** talk about the WEPCO job for a moment.
2      **What were the types of asbestos containing**
3      **materials** that L&S put in at WEPCO?
4          MS. GAVIN:  objection, **form** and
5      **foundation.**

---

Page 87

1  A  Wisconsin Electric Power?
2  Q  Yes.
3  A  **Oak** Creek *one* and two.
4  Q  I think you said **Oak** Creek one, two and three?
5  A  And three, *those* were walls, they were asbestos
6      panels **with** insulation **on** the interior and they
7      were corrugated asbestos **on** the exterior.
8  Q  **So** it was both the interior and the exterior of
9      the walls?
0  A  Well, it was attached to **the** exterior of the
1      steel, but there was an insulated panel first
2      and then **the** corrugated **asbestos** over it.  It
3      was **like** a double panel, was an insulated wall
4      that was done when there **were** no other trades
5      around.  It was cold winter **open** steel.
6  Q  Do you know how big that contract was **in** terms
7      of dollar amount?
8  A  No, it would have been helpful if she had
9      listed some of **that**, then you would know how
0      small some of these are.
1  Q  How many people worked on **the** job at **Oak** Creek
2      for L&S?
3  A  Probably a *crew* of about four or five.
4  Q  How long did it **take** them?
5  A  I have no idea.

---

Page 88

1  Q  More than a month?
2  A  Yes.
3  Q  More than **six** months?
4  A  Could have been, **depends on** how much was
5      ready.  I don't know the **area**, but I have
6      forgotten how much they put up **in** a day.
7  Q  **Let's** take a look at job **number** 4062, that's
8      1952.
9  A  4062, dated 2-8-52, Wisconsin Electric Power
0      company, **oak** creek power plant, cement,
1      asbestos cement, **asbestos** and **corrugated**
2      **asbestos**, there it is, you wanted to know, of
3      **course**, oh yeah.  I told you the date that's
4      the time frame it was done in '52.
5  Q  That's the job you **are** talking about?
6  A  That's the wall **work,** yes.
7  Q  One, two and three?
8  A  Well, I don't know, there **might** have been
9      another **contract** here but it might have been
0      **done in three units** or **portions**, but it went on
1      over a period of **time**.  I doubt that it was all
2      **one contract.**
3  Q  That's a direct **contract** between L&S and WEPCO,
4      *right*?
5  A  That's what it appears to be.

---

**GREAT LAKES REPORTING, INC. (414) 272-4007**          **Page 85 - Page 81**

**Page 89**

1   Q   And your recollection is that was a *direct*
2     *contract?*
3   A   Yes, direct.
4   Q   What instructions were given by WEPCO in
5     connection with that contract as to maintaining
6     a safe workplace?
7       MS. GAVIN: objection, form and
8     foundation.
9   A   I did *not* handle, you can tell by the date, '52
0     that was a large contract, I did not handle
1     it. I might have run out there periodically.
2     I can't tell you what the instructions were,
3     but there was a type of job that was outside
4     the majority of, these sheets were two size,
5     there would have been no advantage in buying
6     them oversize and cutting them because it was
7     an expansive wall and you'd purchase it to fit
8     the girths. It was very little cutting, it was
9     done outside on bare steel and I know for a
:0     fact there were very few people around. *Our*
:1     people and maybe some steel workers that I
:2     know, because that I was told.
:3   Q   You said, you said you didn't, this job wasn't
:4     done under your supervision, right?
:5   A   Wasn't, but I might have delivered something

**Page 90**

1     out there with a truck.
2   Q   Just a few?
3   A   I remember seeing the job.
4   Q   You just did a few deliveries, right?
5   A   Yes.
6   Q   How many, like five, less than five?
7   A   I don't know. I didn't have a very big truck,
8     I couldn't have taken much out there,
9     fasteners, rope. That was all stage work.
0   Q   *So* you were out there maybe five times?
1   A   I have no way of knowing.
2   Q   You don't know how many times you were out
3     there?
4   A   No, I don't.
5   Q   Take a look at contract number 4537.
6   A   Contract 4537, dated 10-1-53, Klug and Smith
7     Company, Oak Creek power plant, Linabestos and
8     Cement Cemesto, panel work.
9   Q   What is Linabestos?
:0   A   At this point I can't tell you, I think she
:1     made up a word.
:2   Q   What was it, do you know what it was used for?
:3   A   Just sounds like the same thing, you know, that
:4     we did before.
:5   Q   Do you know if this is part of that same work

**Page 91**

1     on units one, two and three?
2   A   It could be, Klug and Smith was involved down
3     there. Exterior panel work. Again I am sure
4     there was nothing, had nothing to do with
5     pipes.
6   Q   By the way when you go out to deliver some
7     materials, how long would you stay out there at
8     the job site for the *Oak* Creek job?
9   A   Oh, if it was the middle of winter very, very
0     short period of time. If it was outside and
1     the wind was blowing it was the most miserable
2     place in the world to work.
3   Q   *So* you'd be out there a half hour or less?
4   A   Less.
5   Q   There's a job at WEPCO that I have as number
6     5025 that I'd like you to take a look at.
7   A   Okay, 5025, no, I'm sorry, wrong number, dated
8     6-13-55, Wisconsin Electric Power company, Oak
9     Creek power plant, slab insulation.
0   Q   What's slab insulation?
1   A   I can only guess that it was some foam glass
2     blocks they wanted to insulate underneath some
3     slab, concrete slab.
4   Q   Do you know for sure that's what it is?
5   A   No, I don't know for sure, but they wouldn't

**Page 92**

1     have used asbestos under ground, it would have
2     deteriorated.
3   Q   Take a look at job number 4825.
4   A   4825, 9-7-54 Wisconsin Electric Power, Oak
5     Creek power plant, Unit number three, insulated
6     panel work. There's the third unit, exterior
7     walls.
8   Q   That's Unit three, that same type of work?
9   A   Same double wall, unit three.
0   Q   Cemesto Board and corrugated asbestos?
1   A   Yep.
2       MR. McCoy: Mr. Reporter, did you get
3     that answer?
4       REPORTER: Yep.
5   A   Like I said, they'd be in here somewhere. They
6     had to be.
7   Q   How long did that job take on Unit number
8     three?
9   A   I don't remember.
0   Q   Was it like the same type of staffing four to
:1     three people?
2   A   Same crew, half the time as one and two.
3   Q   What's that?
:4   A   They were almost identical, one is identical to
:5     two, two identical to three.

**ELMER BORCHARDT**  CondenseIt™  **JANUARY 16,1998**

Page 93

1  Q About the same amount of time on each Unit?
2  A Yes, sure. Trouble is they went up 120 feet to
3    the top.
4  Q They had to go 120 feet high?
5  A All the exterior walls, nothing interior, just
6    outside.
7  Q Right.
8  A East wall, west wall, north wall, all the south
9    walls were temporary because they kept building
10   more units.
11 Q Let's take a look at job number 4765.
12 A 4765, dated 7-6-54, J. M. Brennan Incorporated,
13   Wisconsin Electric Power Company, duct and
14   steam pipe insulation.
15 Q Subcontract under J. M. Brennan?
16 A Yes, sir.
17 Q What type of business was J. M. Brennan?
18 A They were a plumbing and heating contractor,
19   they are plumbing and heating contractors.
20 Q You know anything about this job other than
21   what you are reading in the ledger?
22 A I know nothing. I can't tell you where the
23   location is, could have been anywhere, could
24   have been at their main building.
25 Q You talking about the office building?

Page 94

1  A Yes, their main office building, looks, it
2    appears to be a small little repair job that
3    was done.
4  Q What about job number contract number 7494,
5    1963.
6  A Contract 7494, dated 10-11-63, the Wenninger
7    Company, Wisconsin Electric Power Company pipe
8    and duct insulation.
9  Q Do you know what materials were used on that
10   job?
11 A From the date I'd have to guess it was
12   fiberglass, ducts positively, pipe probably.
13 Q My question was do you know what materials were
14   used?
15 A I know that the duct insulation was glass.
16 Q Okay, but what about the pipe insulation, do
17   you know?
18 A I can't, I don't have any records to tell you
19   that.
20 Q The Cemesto Board or corrugated asbestos that
21   was used for units one, two and three at Oak
22   Creek, where did that come from, who was the
23   supplier on that?
24   MS. ANDERSON: objection to form and
25 foundation.

Page 95

1    MR. TERSCHAN: Asked and answered,
2  he's going to try and get the name.
3  A Of the cement, the manufacturer of Cemesto,
4    Kesby and Mattison made the corrugated
5    asbestos.
6    MR. McCOY:
7  Q Those were purchases direct from the
8    manufacturers?
9  A In sheet form and probably applied in full
10   lengths to exterior walls, no other people
11   around I don't think they even had pipe in
12   the building at that time.
13 Q But they were purchases from the manufacturers?
14 A Oh, absolutely, to my knowledge we purchased
15   from manufacturers.
16 Q Was all the Cemesto bought directly from the
17   manufacturer?
18 A They were the only ones, they were the sole
19   manufacturers of it.
20 Q I just wanted to know if there is a middle
21   person in that transaction?
22 A No, there wasn't.
23 Q L&S direct from the manufacturer?
24 A Whoever, yes, they had sales people out that
25   called on us. I can't tell you who they were.

Page 96

1  Q All right, I am going to give you some names of
2    some places, I'd like you to tell me if you
3    were responsible for these accounts prior to
4    say, 1973?
5  A Okay.
6  Q Badger Army Ammunition plant?
7  A I had handled it.
8  Q Badger Ordinance Works?
9  A Same place. I handled it, majority of that
10   work was aluminum or existing pipe, they had
11   roofing jacketing on it, it was falling apart.
12   They did the whole plant in aluminum.
13 Q Briggs and Stratton?
14 A Briggs and Stratton, I might have been
15   involved, it could have been someone else.
16 Q Brookfield Square?
17 A I handled that, it was on the way home.
18 Q What was used for the oven insulation at Briggs
19   and Stratton?
20   MS. GAVIN: We going to call Sandy?
21 Is this his stuff?
22   MR. TERSCHAN: His is Briggs and
23   Stratton stuff.
24   MS. GAVIN: Yes.
25   MR. TERSCHAN: I said I'd call him at

**ELMER BORCHARDT**   CondenseIt™   **JANUARY 16,1998**

Page 97

1 Cook and Franke if we *were* going to know you
2 were asking.
3 A I answered his question, when I answered that
4 and if you want to go back, that's the same
5 answer.
6     MR. McCOY:
7 Q My question is what was used for oven
8 insulation?
9     MR. TERSCHAN: Put an objection as
0 asked and answered.
1 A I thought it was a high temp blanket material
2 because these were big curved surfaces not
3 conducive to putting block insulation on, but
4 that's recollection and if it *were* oven panels
5 if it happened to be a vertical oven or
6 rectangular oven would probably be some high
7 temperature mineral because from a cost
8 standpoint and weight standpoint they would not
9 have used a Cal-sil, it would have been
0 impractical.
1 Q When you say a high temp blanket material,
2 could you describe what you mean?
3 A Rockwool, Rockwool blanket take 12 hundred
4 degrees.
5 Q You know What the asbestos content Of those

Page 98

1 blankets were?
2 A They were none.
3 Q How do you know that?
4 A They, the manufacturer guaranteed it.
5 Q Prior to 1973?
6 A Anytime, there was no asbestos in them
7 blankets.
8 Q Columbia Hospital who had that account?
9 A They have added on ten times, I might have been
0 involved, depends on which phase it is.
1 Q Cleaver-Brooks Company?
2 A That was not mine.
3 Q Continental Can?
4 A I was involved partially in Continental Can on
5 some process piping.
6 Q What type of process piping?
7 A Water, could have been any number of things.
8 Sometimes they cover air lines, anything that
9 ranked with their machinery, all low
0 temperature stuff.
1 Q How about St. Lukes Hospital?
2 A Many stages, some I handled, *some* I didn't.
3 Q How about at Pabst?
4 A Pabst didn't handle anything there.
5 Q Did you ever have responsibility for any of the

Page 99

1 WBPCO jobs?
2 A WBPCO repair, patching or repairs?
3 Q Yes, any of those jobs?
4 A Some, some not. Generally ones that I was
5 associated with were very small, other than
6 their office building, their new office
7 building down here.
8 Q What about Schlitz?
9 A We didn't do much work at Schlitz, if we did I
0 don't mall specific jobs, but that probably
1 was handled by somebody else again, probably if
2 it was it might have been some refrigeration
3 work, cork work or that type of product.
4 Q Who handled the Milwaukee Public Schools?
5 A A variety of people, if it was a *new* big job I
6 probably was on it. Once in a while I'd take
7 care of a miscellaneous little job, but even
8 miscellaneous little jobs that was only like
9 two or three days work. New school I probably
0 handle it, unless it was pretty early in the
1 system.
2 Q Can you tell us any single job where L&S
3 Insulation used asbestos containing materials
4 on pipe covering work?
5     MS. GAVIN: objection, as to form and

Page 100

1 foundation.
2     MR. TERSCHAN: Any job?
3     MR. McCOY: Anywhere, any time.
4     MS. GAVIN: objection, form and
5 foundation.
6 A I can tell you that if it was specified by
7 someone and we were made to use it we'd use
8 it. We never went out of our way to use it.
9 It was cost prohibitive, I wouldn't, I couldn't
0 go through here and pick it out. I can't do it
1 here. You can't, I can't say that there was
2 asbestos on any of these jobs. It isn't
3 written in there. The asbestos cement board,
4 that's not pipe bearing, that's asbestos, that
5 we knew.
6 Q The question is do you recall any job on which
7 L&S Insulation used asbestos containing
8 materials on pipe covering work?
9     MS. GAVIN: Same objection.
0 A That's from '70 back 27 years ago, I am going
1 to plead that I'd have to go through these
2 books to find it, if you wanted a specific one
3 and I could recall it I'd have to go through
A every book, every contract. Off top of my head
5 I am not, I don't know what to pick out. What

Page 101

1  company would you like? Well I can't, I don't
2  know. **I mean I can go through here and I can,**
3  **Pflugradt, with M.J.** steam pipe '55, well, I
4  didn't have much to do with it, maybe they used
5  asbestos there, but I can't say they did.
6  **Pflugradt,** that's an almost impossible question
7  to **answer** and there might be a **list,** but **we**
8  only use it when we were, when it was insisted
9  that **we** use it. It was a cost prohibitive
0  **material.** I could put on glass three times as
1  fast as **Cal- sil** and pay less for the **glass** and
2  be **more** competitive. Why would I use Cal-sil?
3  I **mean** there would be no reason for me to.
4       **MR.** McCOY: I will move to strike
5  that as nonresponsive to my question.
6  Q But **again,** are you able to tell us as you sit
7  here now, without going through the ledger
8  books, job by **job,** any job where L&S Insulation
9  used **asbestos** materials for pipe covering
0  **work?**
1       MS. **GAVIN:** objection.
2       MR. TERSCHAN: **Asked** and answered.
3       MS. ANDERSON: object as to form.
4       MS. GAVIN: Form and foundation.
5       MR. TERSCHAN: Argumentative.

Page 102

1  A I wish I could think of something right now,
2  but one.
3       MR. McCoy: Yes, anyone?
4  A **Well, anyone.** Let me start in the old book.
5       **MR.** TERSCHAN: He said without
6  **looking through.**
7       MR. McCOY: Without going through the
8  **books, right.**
9       MR. TERSCHAN: If you can't, you
0  can't.
1  A Well, **gee** whiz, that's a question that now you
2  got **to start** thinking all the way back, you
3  **know,** I'm **sure** there is some small jobs that we
4  used a breaching, for instance, I know that we
5  used asbestos containing product, I have
6  **testified to that,** sometimes a tank in a boiler
7  room if they **ask** for it, if they asked for that
8  we had to use it, we did. But generally on
9  pipe **starting** in the early **'50's** we were
0  **already** switching to glass and we didn't write
1  **the specs.**
2       **MR.** McCOY: I move to strike that
3  part of the answer.
4  Q Can you **give** us **the** name of a job site without
5  going through these, one by one, where L&S used

Page 103

1  asbestos containing **materials** for pipe
2  covering?
3       MS. GAVIN. **Same** objection.
4  A Can I?
5       MS. GAVIN: counsel, you have asked
6  this question three times.
7  A I'd have to think about **that,** right. I don't
8  know what **on.** The only job I **think** of is glass
9  just that fast because we worked **on** mostly new
0  work.
1       MR. McCOY:
2  Q As you sit here now, you are unable to **tell** us
3  the job site?
4  A **All right, yes,** I am unable to.
5  Q Can you tell us **the** name of **those** companies
6  that L&S or job sites where L&S Insulation did
7  work where there was a specification for
8  asbestos containing materials in the pipe
9  covering?
0       MS. ANDERSON: **same** objection.
1  A **Same** answer, I **thought we** were talking about
2  contract books here.
3       MR. McCOY:
4  Q Without going through the contract books you
5  are not able to do this?

Page 104

1  A That's awful hard, I just, my mind is a blank.
2  Now you are going back 27 years and then
3  another 20 years before that. I **am** 72.
4       MR. McCOY: I guess **this** is probably
5  a good point to break and by agreement we will
6  **continue** this.
7       MR. TERSCHAN: At some **other** mutually
8  agreeable time.
9       MR. McCOY: I want to make sure we
0  **are** covered **on** any of these cases that's coming
1  up on discovery close. I will have to check
2  that record.
3       MR. TERSCHAN: Give me a **call** and we
4  **will** work out, we will **try** to work out as
5  quickly as we can.
6       MR. JANIK: I think everyone here
7  wants to reserve the **right** to question the
8  witness.
9       MR. TERSCHAN: I have **no** problem,
0  even the guys who aren't here can question.
2       MS. ANDERSON: I'd like it on **the**
record when one **person** makes an objection for
3  one party it's for every party. I **am not sure**
4  that was on the record.
     MS. GAVIN: Counsel, can I ask you

**Page 105**

1  what page you were on of this 85 page document
2  regarding the contract numbers?
3      MR. McCOY:  I skipped around a little
4  bit there but I am somewhere on page six or
5  seven I think.
6      MS. GAVIN:  And for planning
7  purposes, you intend to go through all 85
8  pages?
9      MR. McCOY:  Right, we are going to go
10 through 85 pages, but as I have said before
11 it's not going to take as long to go through
12 the last part.  It will go a lot quicker.
13     MS. GAVIN:  Thanks.
14
15
16
17
18
19
20
21
22
23
24
25

**Page 106**

1  STATE OF WISCONSIN )
                       ) SS
2  COUNTY OF MILWAUKEE )
3
4
5      I, Ronald L. Bonk, a Notary Public in and
6  for the State of Wisconsin, do hereby certify that
7  the above deposition was recorded by me and reduced
8  to writing under my personal direction.
9      I further certify that said deposition was
10 taken at the offices of Cascino Vaughan Law
11 Offices, 633 W. Wisconsin Avenue, Milwaukee,
12 Wisconsin on the 16th day of January, A.D., 1998,
13 commencing at 1:45 p.m..
14     I further certify that I am not a relative
15 or employee or attorney or counsel of any of the
16 parties, or a relative or employee of such attorney
17 or counsel, or financially interested directly or
18 indirectly in this action.
19     In witness whereof I have hereunto set my
20 hand and affixed my seal of office  at Milwaukee,
21 Wisconsin this 20th day of January A.D., 1998.
22
23     _____
              Notary Public
24     In and for the State of Wisconsin
25 My commission expires 3-21-99.