IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY SUOJA, Individually and as Special Administrator of the Estate of OSWALD SUOJA, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Owens-Illinois, Inc., | ) ) |
| Defendant. | ) |

Case No. 99-cv-475-bbc

**Plaintiff's Pretrial Disclosure**
_____

Pursuant this Court's order of April 10, 2015, (ECF No. 77) and Federal Rule of Civil Procedure 26(a)3, Plaintiff makes the following pretrial disclosure:

**1) Witnesses**

   a) <u>Witnesses Plaintiff expects to present at trial in person</u>

      i) George Schlub, client of Cascino Vaughan Law Offices, Ltd. (CVLO)

         Contact CVLO

         220 S. Ashland Avenue, Chicago IL 60607

         (312) 944-0600

      ii) Arnold Brody, Ph.D.

         Department of Molecular Biomedical Sciences

         North Carolina State University

         4700 Hillsborough St.

         Raleigh, NC 27606

         919-513-7662

      iii) Stephen Kenoyer

         8207 Callaghan, Suite 350

         San Antonio, Texas 78230

    210-824-5600

iv) Gary Suoja, Client of CVLO, Contact CVLO

    220 S. Ashland Avenue, Chicago IL 60607

    (312) 944-0600

v) Kimberly Suoja, Client of CVLO, Contact CVLO

    220 S. Ashland Avenue, Chicago IL 60607

    (312) 944-0600

vi) Peter Neushul, Retained O-I Witness

    Graves & Neushul Historical Consultants

    915 Camino Lindo

    Goleta, CA 93117

b) Witnesses Plaintiff expects to present via deposition:

i) Arthur Frank, M.D., Ph.D.
Drexel University School of Public Health
245 N. 15th St., Mail Stop 1034
Philadelphia, PA 11902-1192
267-359-6048

ii) Michael F. Slag, MD
Essentia Health Department of Endocrinology
502 E 2nd St, Duluth, MN 55805
(218) 786-8364

iii) Thomas H. Wiig, MD
Essentia Health
400 E 3rd St
Duluth, MN 55805
218-722-8364

    iv) Lawrence Zimmer, deceased, by deposition taken February 2 and 3, 2012, designations attached at page 9.

    v) Richard Grimmie, deceased, by deposition taken September 20, 1991, and October 28, 1991,

    designations attached at page 5-6.

    vi) Willis Hazard, deceased, by deposition taken February 11, 1981, designations attached at page 6-7.

    vii) Daniel Braun, deceased, by deposition taken May 5, 1982, designations attached at page 7.

    viii) George Schlubb, by deposition of January 27, 2012, designations attached at page 8.

    ix) Harold Haase, deceased, by deposition of February 11, 1999, designations attached at page 10.

  c) <u>Witnesses Plaintiff may call if the need arises:</u>

    i) Barry I. Castleman, Sc.D.

    4406 Oxford Rd., Garrett Park, Maryland

    20896.

    301-933-9097

**3) Exhibits**

  a) Exhibits Plaintiff Expects to Present, list attached separately as pages 11-16.

  b) Exhibits Plaintiff May Present if need arises, list attached separately as pages 17-70.

Dated:  October 20, 2015

 /s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com