# TRIAL EXHIBIT FORM AMENDED 10/21/2015

| EXPECT TO USE EXHIBIT (S) OF _____ Plaintiff _____ (Indicate plaintiff or defendant) | Gary Suoja, Individually and as Special Administrator of the Estate of Oswald Suoja, Deceased. _____ V.    Case No. 99-CV-475-bbc O-I _____ |
|---|---|

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 11/11/1996 | 1 | | Surgical Path. Report | |
| 1/27/1997 | 2 | | Dr. Slag Letter re: cause of Suoja MM | |
| 1/27/1997 | 3 | | Dr. Slag History and Treatment Note re: cause of Suoja MM | |
| 12/27/1996 | 4 | | Hospice at home, dry mouth | |
| 12/13/1996 | 5 | | Delores call to ER | |
| 11/5/1996 | 6 | | Preoperative Exam | |
| 11/11/1996 | 7 | | Operative Report Dr. Wiig - Biopsy | |
| 9/10/1996 | 8 | | Office Visit - Dr. Slag -Diabetes stable; pain abdomen. | |
| 10/9/1996 | 9 | | CT Scan - Calcification on right pleura Robert E. McGeachie, M.D. Carcinomatosis suspected | |
| 10/18/1996 | 10 | | Colonoscopy Operative Report and Surg. Path Report - Negative for cancer | |
| 9/30/1996 | 11 | | Pain, crackles left lung base, gastroenterology visit | |
| 12/13/1996 | 12 | | Recommendation to hospice; Morphine suppositories | |
| 12/14-12/24/1996 | 13 | | Hospice handwritten nurse/MD notes | |
| | 14 | | Summary of Suoja Medical Bills | |
| | 15 | | Suoja Medical Timeline Summary | |
| | 16 | | Suoja Group I Medical Records - St Marys | |
| | 17 | | Suoja Group Medical Records | |
| | 18 | | Suoja Group Medical Records | |

| Date | Identification No. | Identification Witness | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
|  | 19 |  | Suoja Group Medical Records |  |
|  | 20 |  | Suoja Medical Bills |  |
|  | 21 |  | Summary of Suoja Pain Medications and Dose |  |
| 1/14/1997 | 22 |  | Death Certificate |  |
|  | 23 |  | Social Security Records |  |
|  | 24 |  | Example of craft work by Oswald Suoja |  |
|  | 25 |  | Family photographs - Kimberly |  |
|  | 26 |  | Ex. 11 to Deposition of Gary Suoja - family photos |  |
|  | 27 |  | Family photos - other |  |
|  | 28 |  | International Directory of Company Histories, Vol. 85, 2007. Portion re O-I |  |
| 10/26/1983 | 29 |  | Owens-Illinois interrogatory answers: Montgomery v Board of Ed |  |
| 5/9/1958 | 30 |  | Sales agreement between O-I and Owens-Corning |  |
|  | 31 |  | Memorandum of Agreement between O-I and Owens-Corning |  |
|  | 32 |  | OCF Sales via L&S Insulation and Sprinkmann Sons Corp. to Badger Ordnance Works |  |
|  | 33 |  | OI Kaylo sales records 1950s |  |
|  | 34 |  | Photos of Owens-Illinois Kaylo pipe covering and block |  |
|  | 35 |  | Representative samples of asbestos-containing products creating exposure at issue |  |
|  | 36 |  | Demonstrative Photo of Half Round Insulation |  |
| 1/30/1952 | 37 |  | Confidential Final Report - Investigation Concerning the Capacity of Inhaled Kaylo Dust to Injure the Lung to Owens-Illinois Glass Company |  |
| 3/12/1943 | 38 |  | Gardner to Bowes |  |
| 5/2/1958 | 39 |  | Special Hazards Survey - Dust Survey by Aetna |  |
| Oct-56 | 40 |  | Kaylo Heat Insulations brochures or ads re non-toxic 1952 and 1956 |  |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 10/30/1948 | 41 | | Interim Report from Saranac to OI Regarding The Biological Activity of Kaylo Dust | |
| 4/0/1952 | 42 | | Kaylo Advertisement in Petroleum Engineer | |
| 3/20/1953 | 43 | | Sales agreement between O-I and Owens-Corning | |
| 9/1/1960 | 44 | | National Safety News 1960 | |
| 1/1/1963 | 45 | | NSC "Dusts, Fumes, & Mists in Industry" | |
| 1/1/1929 | 46 | | Respirators, Gask Masks, Hose Masks, and Breathing Apparatus | |
| | 47 | | IHF Abstracts and Articles Index | |
| 5/9/1983 | 48 | | Affidavit re: Owens-Illinois request for Ohio Department of Health regulations | |
| 5/10/1945 | 49 | | IHF Photo | |
| | 50 | | Kaylo Photos | |
| 2/13/1990 | 51 | | EPA Product Lists | |
| 2/1/1935 | 52 | | ASME - Occupational Diseases: Problems of their Practicable Prevention | |
| 4/1/1935 | 53 | | Article: "Prevention of Occupation Diseases.. by Sayers and Dallavalle", from Mechanical Engineering (ASME) | |
| | 54 | | 1956 Industrial Conference Roster | |
| | 55 | | 1957 Industrial Conference Roster | |
| | 56 | | 1959 Industrial Conference Roster | |
| | 57 | | 1960 Industrial Conference Roster | |
| | 58 | | Transactions of the 1952 National Safety Congress excerpt | |
| 4/1/1940 | 59 | | Foundation Facts, Vol. 2, No. 4 and Digest of Industrial Hygiene, April 1940 | |
| 8/1/1949 | 60 | | published article from Foundation Facts | |
| | 61 | | Affidavit of James Bobick dated March 15, 2004 | |
| 12/1/1936 | 62 | | National Safety News Vol. 34 No. 6, December, 1936 (excerpts) | |
| 1952 | 63 | | 40th National Safety Congress, Index to Transactions of all Sessions | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 64 | | NSC Industrial Conference Mailing List, October 1953 to October 1954 | |
| | 65 | | NSC Industrial Conference Membership, October 1954 to October 1955 | |
| | 66 | | NSC Industrial Conference Standing Committee Members 1958-1959 | |
| 4/22/2013 | 67 | | Owens-Illinois discovery responses in *Brezonick* case | |
| 11/30/1988 | 68 | | Owens-Illinois discovery responses in *Barger* case | |
| | 69 | | ASME Membership list, 1934-1935 | |
| | 70 | | ASME Membership list, 1940 | |
| | 71 | | Transactions of the 28th National Safety Congress, 1939 (excerpt) | |
| | 72 | | Transactions of the 32nd National Safety Congress, 1943 (excerpts) | |
| | 73 | | Diagram of lungs | |
| | 74 | | Dorland's Medical Dictionary | |
| | 75 | | Frank Netter's Medical Illustrations - Asbestosis | |
| | 76 | | Frank Netter's Medical Illustrations - Pleural Plaques | |
| | 77 | | Frank Netter's Medical Illustrations - Mesothelioma | |
| | 78 | | Excerpt: National Vital Statistics Report - United States Life Tables | |
| 9/24/2012 | 79 | | National Vital Statistics Report Full Life Tables | |
| 12/17/1971 | 80 | | OSHA Emergency Asbestos Regs_ Federal Register, Vol. 36, No. 234, 12/17/1971 | |
| 6/7/1972 | 81 | | OSHA asbestos Regulations Federal Register, Vol. 37, No. 110  6/7/1972 | |
| 1/1/1938 | 82 | | NSC - National Safety News | |
| 1/1/1937 | 83 | | NSC Transactions | |
| 1/1/1946 | 84 | | NSC Accident Prevention Manual, 1st Ed. | |
| 1/1/1951 | 85 | | NSC Accident Prevention Manual, 2nd Ed. | |
| 1/1/1955 | 86 | | NSC Accident Prevention Manual, 3rd Ed. | |
| 4/1/1956 | 87 | | National Safety News | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 88 | | NSC - Excerpts from Accident Prevention Manual for Industrial Operations, 6th edition | |
| | 89 | | Excerpts from Industrial Hygiene Digest, Vol. 13, No. 8, August 1949 | |
| | 90 | | Demonstrative: Tools of the insulating trade | |
| | 91 | | CV of Stephen Kenoyer | |
| | 92 | | Report of Stephen Kenoyer | |
| | 93 | | CV of Dr. Arthur Frank | |
| | 94 | | Report of Dr. Arthur Frank | |
| | 95 | | CV of Dr. Arnold Brody | |
| | 96 | | Report of Dr. Arnold Brody | |
| | 97 | | CV of Barry Castleman Sc.D. | |
| | 98 | | Report of Barry Castleman Sc.D. | |
| | 99 | | CV of Dr. Michael F. Slag | |
| | 100 | | CV of Dr. Thomas Wiig | |
| | 101 | | Wisconsin Industrial Commission Regulations re Asbestos | |
| | 102 | | Slide Presentation of Arnold Brody | |
| | 103 | | Slide Presentation of Arthur Frank | |
| | 104 | | Demonstrative piping assembly | |
| | 105 | | Demonstrative pipecovering application | |
| | 106 | | Video: Application of half round insulation | |
| | 107 | | Ohio Department of Health Asbestos Toxic | |
| | 108 | | Conference Concerning Effects of Dust Upon Respiratory System | |
| 3/18/1942 Reprinted 1947 | 109 | | General Orders on Dusts, Fumes and Gases | |
| 12/7/1947 | 110 | | Revision of Order 2002 - General Orders on Dusts, Fumes, Vapors and Gases | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| 1955 | 111 | | Rules of Industrial Commission Fumes, Dusts, Vapor | |
| | 112 | | Photographs of asbestos fibers | |
| | 113 | | Photographs of autopsy of decedent | |
| | 114 | | Exhibits to experts' depositions | |
| | 115 | | Demonstrative product photos | |
| June 7, 1972. | 116 | | OSHA - Title 29 – Labor, Part 1910.93a, paragraph 1910.93a(b)(2), Federal Register, Volume 37, Number 110, | |
| June 20, 1986. | 117 | | OSHA - Federal Register 29 CFR Parts 1910 and 1926. Occupational exposure to asbestos, tremolite, anthophyllite, and actinolite; final rules. | |
| 1994 | 118 | | OSHA - Occupational exposure to asbestos; final rule. Federal Register; 59:40964-1162 (1994). | |
| December 7, 1971 | 119 | | OSHA - Title 29 Labor, Part 1910.93a, paragraph 1910.93a(a), Federal Register, Volume 36, Number 234, December 7, 1971, P 23208. | |
| | 120 | | OSHA - Title 29, Part 1926.58, paragraph 1926.58(c), Federal Register, Volume 51, Number 119, p 22757. | |
| | 121 | | IHF Membership Cards | |
| | 122 | | Federal Register - Part m - Environmental Protection Agency - 40 CAR Part 763. Asbestos-containing materials in schools; final rules and notice. October 30, 1987. | |
| | 123 | | Federal Register, Vol. 51, No.1 19, June 20,1986, Table 6, p. 22644. | |
| August 10,1994. | 124 | | US Occupational Safety and Health Administration (OSHA) Asbestos Regulations, FR, http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=FEDERAL_REGISTER&p_id=13404. | |
| | 125 | | Walsh Healey Act Regulations | |
| 1/1/1947 | 126 | | O-I Medical Service Personnel Dept Manual | |
| 1/1/1947 | 127 | | O-I Safety and Industrial Hygiene Dept Manual | |