IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| GARY SUOJA, Individually and as Special Administrator of the Estate of OSWALD SUOJA, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 99-cv-475-bbc |
| v. | ) ) | |
| OWENS-ILLINOIS, INC., | ) ) | |
| Defendant. | ) | |

_____

**Plaintiff's Response to Owens-Illinois, Inc.'s Motion *In Limine* to Bar Testimony from Gary Suoja that Companies Hid Information about the Potential Hazards of Asbestos**
_____

Plaintiff does not oppose Owens-Illinois, Inc.'s motion *in limine* to bar testimony from Gary Suoja that companies hid information about the potential hazards of asbestos if mutual. (ECF Doc #120.)

Dated: November 2, 2015

/S/  Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

1

**Certificate of Service**

     I hereby certify that on November 2, 2015, I caused the forgoing to be electronically filed with the United States District Court for the Western District of Wisconsin using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.


Dated: November 2, 2015

/S/   Robert  G. McCoy
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com