# EXHIBIT A



Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

T 312.258.5500
F 312.258.5600

schiffhardin.com

October 23, 2015

**Brian O'Connor Watson**
312.258.5845
bwatson@schiffhardin.com

**VIA EMAIL**

Robert G. McCoy
Daniel Hausman
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607

      Re:    *Suoja v. Owens-Illinois, Inc.*

Dear Counsel:

      We served requests to produce all written discovery, deposition transcripts, hearing transcripts, filings, and other documents from the prior state court action, *Suoja v. ACandS, Inc., et al.*, No. 97-cv-2370 (Wis. Cir. Ct. Dane Cty.). We also moved to compel full and complete responses when you failed to produce records from the state court action.

      During the compulsion hearing, you represented that your "firm can't find the files from that earlier case"; "everything your firm has from that state court case has been turned over"; "you looked, everything you've got you turned over, there's no place else to look, there's nothing else to turn over"; and "your people have checked internally and there's nothing else to turn over." Hr'g Tr. 28-30, ECF No. 100.

      In your pretrial disclosure, however, you have designated and produced deposition testimony of Harold Haase, who was deposed in the state court action by Robert McCoy. Pl.'s Discl. 3, ECF No. 122. We have also learned that Elmer Borchardt was deposed in the state court action by Robert McCoy. Dep. 1, ECF No. 108. Neither deposition—in fact, no deposition—was previously identified or produced from the state court action.

      We request a full and complete production to Request Nos. 4-9 by 4:00 p.m. on October 26, or we will renew our motion to compel and seek any further relief under Rule 37.

Yours truly,

Brian O'Connor Watson

cc:    Edward Casmere

CH2\17407107.1

# Watson, Brian O.

| | |
|---|---|
| **From:** | Watson, Brian O. |
| **Sent:** | Friday, October 23, 2015 11:06 AM |
| **To:** | ecf.cvlo@gmail.com; 'mcascino.ecf@gmail.com'; Bob G. McCoy; 'Dan Hausman' |
| **Cc:** | Casmere, Edward M. |
| **Subject:** | Suoja v. Owens-Illinois |
| **Attachments:** | 17407107_2.pdf |

Please see the attached letter.

**Brian O'Connor Watson**
Attorney



Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

*t 312.258.5845*
*f 312.258.5600*
*e bwatson@schiffhardin.com*
*w schiffhardin.com*