# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner

v.

10,565 ACRES OF LAND, MORE OR LESS, IN SAUK COUNTY, WISCONSIN, HENRY WEIRICH, ET AL.,

    Defendants

CIVIL NO. 307

DOCUMENT NUMBER 3
U. S. DISTRICT COURT WEST. DIST. OF WISCONSIN
FILED JAN 16 1942
HERBERT O. HALE, CLERK
CASE NUMBER 307-Civil

## ORDER OF IMMEDIATE POSSESSION

This day comes the petitioner in the above-entitled cause, United States of America, by John J. Boyle, United States Attorney, and Ann Ruth Kanevsky, Special Attorney, and moves the Court to make and enter an order giving the United States the immediate exclusive possession of the land described in the petition in condemnation heretofore filed herein, subject to existing easements for public roads and highways, for public utilities, for railroads, for pipe lines and for flowage purposes in connection with the Prairie du Sac Dam, in order that said land be forthwith occupied and utilized for the erection thereon of a smokeless powder plant to meet the needs of ordnance;

And the Court, having fully considered the said petition and request for immediate possession, and the provisions of the Act of Congress approved August 18, 1890, the Act of Congress of July 2, 1917, as amended by the Act of Congress of April 11, 1918 (U.S.C. Tit. 50, sec. 171), is of the opinion that the United States of America is entitled to acquire the property described in the petition in condemnation and have the immediate exclusive possession and use thereof;

Therefore, be it adjudged, ordered and decreed by the Court that the possession and use of all of the land described in the petition in condemnation heretofore filed herein, the occupied as well as the unoccupied portion thereof, be and the same is hereby given to the United States of America as of the first day of March, 1942.

Done in open Court this 16th day of January, 1942.

_____
UNITED STATES DISTRICT JUDGE.