EXHIBIT D

HAER
WIS,
56-BARAB,
2 -

Badger Army Ammunition Plant          HAER No. WI-8
Baraboo
Sauk County
Wisconsin

WRITTEN HISTORICAL AND DESCRIPTIVE DATA

Historic American Engineering Record
National Park Service
Department of the Interior
Washington, DC 20013-7127

*HAER*
*WIS,*
*56-BARAB,*
*2-*

HISTORIC AMERICAN ENGINEERING RECORD

Badger Army Ammunition Plant

WI-8

| | |
|---|---|
| Location: | The Sauk County, Wisconsin, on the Sauk Prairie of South-Central Wisconsin, between the Baraboo Range and the Wisconsin River. |
| Date of Construction: | Established in 1942. |
| Owner: | Department of the Army |
| Significance: | Established during World War II, Badger Army Ammunition Plant was one of six similar smokeless powder plants constructed between 1940 and 1943 for the U.S. Army. |
| Historical Report Prepared by: | David Fay, 1984 |
| Prepared for Transmittal by: | Robie S. Lange, HABS/HAER, 1985. |

EXECUTIVE SUMMARY

The Badger Army Ammunition Plant (BAAP) is a government-owned, contractor-operated (GOCO) propellant plant located midway between Baraboo and Sauk City, Wisconsin.  The installation is a part of the Army's Armament, Munitions and Chemical Command (AMCCOM).  One of six very similar smokeless powder plants constructed between 1940 and 1943 for the U.S. Army, the BAAP was expanded during the Korean and Vietnam wars, and is currently on standby and modernization status.  Modernization activities include the construction of improved waste-handling facilities and the limited modification of existing production equipment.  Present facilities include production lines for single-base smokeless powder, double-base propellant, smokeless ball powder, nitrocellulose, nitroglycerine, sulphuric and nitric acid, and a variety of solvents.  The current operating contractor is Olin Corporation.

The 7,417-acre site presently contains 1,612 buildings, 1,338 of which were constructed during World War II and house equipment from that era.  The majority of the buildings were constructed for temporary use and are utilitarian in nature.  There are no Category I or II historic properties at the BAAP.  The Ball Powder facilities constructed during 1954-55 -- a good example of a highly intact industrial process, and the only such facilities at a GOCO plant in the United States -- are Category III historic properties.

Badger Army Ammunition Plant
HAER No. WI-8
Page 3

# CONTENTS

Executive Summary

PREFACE . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

1.   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . .   3

     Scope . . . . . . . . . . . . . . . . . . . . . . . . .   3

     Methodology . . . . . . . . . . . . . . . . . . . . . .   4

2.   HISTORICAL OVERVIEW . . . . . . . . . . . . . . . . . . .  13

     Background . . . . . . . . . . . . . . . . . . . . . . .  13

     World War II Period . . . . . . . . . . . . . . . . . .  14

     Korean War Period . . . . . . . . . . . . . . . . . . .  28

     Vietnam War to Present . . . . . . . . . . . . . . . . .  32

3.   PRESERVATION RECOMMENDATIONS . . . . . . . . . . . . . .  37

     Background . . . . . . . . . . . . . . . . . . . . . . .  37

     Category I Historic Properties . . . . . . . . . . . .  42

     Category II Historic Properties . . . . . . . . . . . .  43

     Category III Historic Properties . . . . . . . . . . .  43

BIBLIOGRAPHY . . . . . . . . . . . . . . . . . . . . . . . . .  45

PREFACE

This report presents the results of an historic properties survey of the
Badger Army Ammunition Plant (BAAP).  Prepared for the United States Army
Materiel Development and Readiness Command (DARCOM), the report is intended
to assist the Army in bringing this installation into compliance with the
National Historic Preservation Act of 1966 and its amendments, and related
federal laws and regulations.  To this end, the report focuses on the
identification, evaluation, documentation, nomination, and preservation of
historic properties at the BAAP.  Chapter 1 sets forth the survey's scope
and methodology; Chapter 2 presents an architectural, historical, and
technological overview of the installation and its properties; and Chapter
3 identifies significant properties by Army category and sets forth
preservation recommendations.  Illustrations and an annotated bibliography
supplement the text.

This report is part of a program initiated through a memorandum of
agreement between the National Park Service, Department of the Interior,
and the U.S. Department of the Army.  The program covers 74 DARCOM
installations and has two components:  1) a survey of historic properties
(districts, buildings, structures, and objects), and 2) the development of
archaeological overviews.  Stanley H. Fried, Chief, Real Estate Branch of
Headquarters DARCOM, directed the program for the Army, and Dr. Robert J.
Kapsch, Chief of the Historic American Buildings Survey/Historic American
Engineering Record (HABS/HAER) directed the program for the National Park
Service.  Sally Kress Tompkins was program manager, and Robie S. Lange was

1

project manager for the historic properties survey. Technical assistance
was provided by Donald C. Jackson.

Building Technology Incorporated acted as primary contractor to HABS/HAER
for the historic properties survey. William A. Brenner was BTI's
principal-in-charge and Dr. Larry D. Lankton was the chief technical
consultant. Major subcontractors were the MacDonald and Mack Partnership
and Jeffrey A. Hess. The author of this report was David Fey. The author
gratefully acknowledges the administrative assistance of Donald L.
Hartmann, of the government staff; and the research assistance of Robert
Bobrowicz and the on-site guidance of Don G. Stoll, both of Olin
Corporation.

The complete HABS/HAER documentation for this installation will be included
in the HABS/HAER collections at the Library of Congress, Prints and
Photographs Division, under the designation HAER No. WI-8.

Chapter 1

INTRODUCTION

SCOPE

This report is based on an historic properties survey conducted in July
1983 of all Army-owned properties located within the official boundaries of
the Badger Army Ammunition Plant (BAAP).  The survey included the following
tasks:

.  Completion of documentary research on the history of the
   installation and its properties.

.  Completion of a field inventory of all properties at the
   installation.

.  Preparation of a combined architectural, historical, and
   technological overview for the installation.

.  Evaluation of historic properties and development of recommenda-
   tions for preservation of these properties.

Also completed as a part of the historic properties survey of the
installation, but not included in this report, are HABS/HAER Inventory
cards for 42 individual properties.  These cards, which constitute
HABS/HAER Documentation Level IV, will be provided to the Department of the
Army.  Archival copies of the cards, with their accompanying photographic

3

negatives, will be transmitted to the HABS/HAER collections at the Library
of Congress.

The methodology used to complete these tasks is described in the following
section of this report.

METHODOLOGY

1.   Documentary Research

The BAAP was one of six government-owned propellant plants constructed
during the period 1940-1943.  Because it was part of an extensive
manufacturing network, an understanding of its historical and
technological significance requires a general understanding of the
wartime munitions industry.  To identify published documentary sources
on the American munitions industry during World War II, and the Korean
and Vietnam wars, research was conducted in standard bibliographies of
military history, engineering, and the applied sciences.  Unpublished
sources were identified by researching the historical and technical
archives of the U.S. Army Armament, Munitions and Chemical Command
(AMCCOM) at Rock Island Arsenal.[1]

In addition to this general research, a concerted effort was made to
locate published and unpublished material dealing specifically with
the history and technology of the BAAP.  This site-specific research
was conducted primarily at the AMCCOM Historical Office at Rock Island

4

Arsenal, the Baraboo Public Library, and the government and contractor files at the BAAP.

Army records used for the field inventory included current Real Property Inventory (RPI) printouts that listed all officially recorded buildings and structures by facility classification and date of construction; the installation's property record cards; base maps and photographs supplied by installation personnel; and installation master planning, archaeological, environmental assessment, and related reports and documents. A complete listing of this documentary material may be found in the bibliography.

2.   Field Inventory

The field inventory was conducted in July 1983 by David Fey and Robert Ferguson. Donald Hartmann provided administrative assistance, Robert Bobrowicz provided research assistance, and Don Stoll guided the on-site inspections.

Field inventory procedures were based on the HABS/HAER Guidelines for Inventories of Historic Buildings and Engineering and Industrial Structures.[2] All areas and properties were visually surveyed. Building locations and approximate dates of construction were noted from the installation's property records and field-verified. Interior surveys were made of the major facilities to permit adequate evaluation of architectural features, building technology, and production equipment.

5

Badger Army Ammunition Plant
HAER No. WI-8
Page 9

Field inventory forms were prepared for, and black and white 35 mm
photographs taken of all buildings and structures through 1945 except
basic utilitarian structures of no architectural, historical, or
technological interest.  When groups of similar ("prototypical")
buildings were found, one field form was normally prepared to
represent all buildings of that type.  Field inventory forms were also
completed for representative post-1945 buildings and structures.[3]
Information collected on the field forms was later evaluated,
condensed, and transferred to HABS/HAER Inventory cards.

3.   Historical Overview

A combined architectural, historical, and technological overview was
prepared from information developed from the documentary research and
the field inventory.  It was written in two parts:  1) an introductory
description of the installation, and 2) a history of the installation
by periods of development, beginning with pre-military land uses.
Maps and photographs were selected to supplement the text as
appropriate.

The objectives of the overview were to 1) establish the periods of
major construction at the installation, 2) identify important events
and individuals associated with specific historic properties, 3)
describe patterns and locations of historic property types, and 4)
analyze specific building and industrial technologies employed at the
installation.

6

Badger Army Ammunition Plant
HAER No. WI-8
Page 10

4.   Property Evaluation and Preservation Measures

Based on information developed in the historical overviews, properties
were first evaluated for historical significance in accordance with
the eligibility criteria for nomination to the National Register of
Historic Places.  These criteria require that eligible properties
possess integrity of location, design, setting, materials,
workmanship, feeling, and association, and that they meet one or more
of the following:[4]

A.  Are associated with events that have made a significant
    contribution to the broad patterns of our history.

B.  Are associated with the lives of persons significant in the
    nation's past.

C.  Embody the distinctive characteristics of a type, period, or
    method of construction, represent the work of a master,
    possess high artistic values, or represent a significant and
    distinguishable entity whose components may lack individual
    distinction.

D.  Have yielded, or may be likely to yield, information
    important in pre-history or history.

7

Properties thus evaluated were further assessed for placement in one of five Army historic property categories as described in Army Regulation 420-40:[5]

Category I     Properties of major importance

Category II     Properties of importance

Category III   Properties of minor importance

Category IV    Properties of little or no importance

Category V     Properties detrimental to the significance of adjacent historic properties.

Based on an extensive review of the architectural, historical, and technological resources identified on DARCOM installations nationwide, four criteria were developed to help determine the appropriate categorization level for each Army property. These criteria were used to assess the importance not only of properties of traditional historical interest, but also of the vast number of standardized or prototypical buildings, structures and production processes that were built and put into service during World War II, as well as of properties associated with many post-war technological achievements. The four criteria were often used in combination and are as follows:

1) Degree of importance as a work of architectural, engineering, or industrial design. This criterion took into account the qualitative factors by which design is normally judged: artistic merit, workmanship, appropriate use of materials, and functionality.

8

Badger Army Ammunition Plant
HAER No. WI-8
Page 12

2) Degree of rarity as a remaining example of a once widely used
   architectural, engineering, or industrial design or process.
   This criterion was applied primarily to the many standardized
   or prototypical DARCOM buildings, structures, or industrial
   processes.  The more widespread or influential the design or
   process, the greater the importance of the remaining examples
   of the design or process was considered to be.  This
   criterion was also used for non-military structures such as
   farmhouses and other once prevalent building types.

3) Degree of integrity or completeness.  This criterion compared
   the current condition, appearance, and function of a
   building, structure, architectural assemblage, or industrial
   process to its original or most historically important
   condition, appearance, and function.  Those properties that
   were highly intact were generally considered of greater
   importance than those that were not.

4) Degree of association with an important person, program, or
   event.  This criterion was used to examine the relationship
   of a property to a famous personage, wartime project, or
   similar factor that lent the property special importance.

The majority of DARCOM properties were built just prior to or during
World War II, and special attention was given to their evaluation.
Those that still remain do not often possess individual importance,

Badger Army Ammunition Plant
HAER No. WI-8
Page 13

but collectively they represent the remnants of a vast construction
undertaking whose architectural, historical, and technological
importance needed to be assessed before their numbers diminished
further.  This assessment centered on an extensive review of the
military construction of the 1940-1945 period, and its contribution to
the history of World War II and the post-war Army landscape.

Because technology has advanced so rapidly since the war, post-World
War II properties were also given attention.  These properties were
evaluated in terms of the nation's more recent accomplishments in
weaponry, rocketry, electronics, and related technological and
scientific endeavors.  Thus the traditional definition of "historic"
as a property 50 or more years old was not germane in the assessment
of either World War II or post-war DARCOM buildings and structures;
rather, the historic importance of all properties was evaluated as
completely as possible regardless of age.

Property designations by category are expected to be useful for
approximately ten years, after which all categorizations should be
reviewed and updated.

Following this categorization procedure, Category I, II, and III
historic properties were analyzed in terms of:

. Current structural condition and state of repair.  This
  information was taken from the field inventory forms and

10

Badger Army Ammunition Plant
HAER No. WI-8
Page 14

photographs, and was often supplemented by rechecking with

facilities engineering personnel.

- The nature of possible future adverse impacts to the

  property.  This information was gathered from the

  installation's master planning documents and rechecked with

  facilities engineering personnel.

Based on the above considerations, the general preservation

recommendations presented in Chapter 3 for Category I, II, and III

historic properties were developed.  Special preservation

recommendations were created for individual properties as

circumstances required.


5.   Report Review


Prior to being completed in final form, this report was subjected to

an in-house review by Building Technology Incorporated.  It was then

sent in draft to the subject installation for comment and clearance

and, with its associated historical materials, to HABS/HAER staff for

technical review.  When the installation cleared the report,

additional draft copies were sent to DARCOM, the appropriate State

Historic Preservation Officer, and, when requested, to the

archaeological contractor performing parallel work at the

installation.  The report was revised based on all comments collected,

then published in final form.

NOTES

1.   The following bibliographies of published sources were consulted:
     Industrial Arts Index, 1938-1957; Applied Science and Technology
     Index, 1958-1980; Engineering Index, 1938-1983; Robin Higham, ed., A
     Guide to the Sources of United States Military History (Hamden, Conn.:
     Archon Books, 1975); John E. Jessup and Robert W. Coakley, A Guide to
     the Study and Use of Military History (Washington, D.C.: U.S.
     Government Printing Office, 1979); "Military Installations," Public
     Works History in the United States, eds., Suellen M. Hoy and Michael
     C. Robinson (Nashville: American Association for State and Local
     History, 1982), pp. 380-400. AMCCOM (formerly ARRCOM, or U.S. Army
     Materiel Readiness Command) is the military agency responsible for
     supervising the operation of government-owned munititions plants; its
     headquarters are located at Rock Island Arsenal, Rock Island,
     Illinois. Although there is no comprehensive index to AMCCOM archival
     holdings, the agency's microfiche collection of unpublished reports is
     itemized in ARRCOM, Catalog of Common Sources, Fiscal Year 1983, 2
     vols. (no pl.: Historical Office, AMCCOM, Rock Island Arsenal, n.d.).

2.   Historic American Buildings Survey/Historic American Engineering
     Record, National Park Service, Guidelines for Inventories of Historic
     Buildings and Engineering and Industrial Structures (unpublished
     draft, 1982).

3.   Representative post-World War II buildings and structures were defined
     as properties that were: (a) "representative" by virtue of
     construction type, architectural type, function, or a combination of
     these, (b) of obvious Category I, II, or III historic importance, or
     (c) prominent on the installation by virtue of size, location, or
     other distinctive feature.

4.   National Park Service, How to Complete National Register Forms
     (Washington, D.C.: U.S. Government Printing Office, January 1977).

5.   Army Regulation 420-40, Historic Preservation (Headquarters, U.S.
     Army: Washington, D.C., 15 April 1984).

Chapter 2

HISTORICAL OVERVIEW

BACKGROUND

The Badger Army Ammunition Plant (BAAP) is located on the Sauk Prairie of south-central Wisconsin, between the Baraboo Range and the Wisconsin River. Settled in the 1840's, this tract of rich prairie land was farmed intensively until its acquisition by the Army in 1942.  The original plans for the Badger Ordnance Works (now BAAP) called for three smokeless powder production lines, as well as support facilities to manufacture diphenylamine and sulphuric acid.  Construction began in February 1942 and continued throughout World War II, as expanded plans called for additional smokeless powder facilities and added production areas for double-base rocket propellant and nitric acid.  TNT facilities and an additional smokeless powder line, under construction when the plant was shut down in 1945, were never-completed.

Following World War II the plant was placed on standby status.  Rehabilitation for the Korean War began in February of 1951, and was completed in 1954.  New facilities were constructed, and some existing ones modified, for the production of Ball Powder during 1954 and 1955.  The plant was placed on standby status again on November 18, 1959, and remained inactive until March 28, 1966.  Reactivation for the Vietnam War included the modernization of existing structures and equipment as well as limited new construction.  Since 1975 the plant has been on standby and modernization status.  At present the plant comprises 7,417 acres and 1,612 structures.

13

With the exception of minor alterations undertaken in the course of routine
maintenance and modernization, the plant's World-War-II-era buildings and
equipment remain largely intact.

For a more detailed understanding of the plant's architectural and tech-
nological history, it is necessary to look more closely at the site's three
major production periods: World War II, the Korean War, and the Vietnam
War.

WORLD WAR II PERIOD

As the probable involvement of the United States in World War II became
increasingly evident, the Army established an office in Wilmington,
Deleware, to oversee the planning and construction of new munitions-
manufacturing facilities.  The office, opened on July 1, 1937, studied the
productive capacity of the nation's existing munitions plants and prepared
estimates of future demand for powder and explosives.  In collaboration
with the Dupont and Hercules corporations, the office devised standard
plans for the construction of smokeless powder and high explosive plants
and selected possible sites for the new facilities.[1]

Site Selection and Former Land Use

The government's criteria for the siting explosives plants in general, and
smokeless powder plants in particular, greatly limited the number of pos-
sible locations.  The basic criteria included: distance from coasts and
foreign borders; accessibility by two existing rail lines; proximity to a

large workforce; stable geology; and availibility of ample water and electricity.[2]  The Sauk Prairie site was one of six sites selected in 1940 and 1941 for smokeless powder plants.[3]  Its location on the Wisconsin River, its proximity to several medium-sized communities, its accessibility to both the Milwaukee Road and the Chicago & Northwestern railroads, and the excellent load-bearing characteristics of its geology made it an ideal site.

German and Swiss immigrants first settled the Sauk Prairie in the 1840s.  By March of 1942, when the government officially took possession of this prosperous agricultural land, there were 79 individual farms on the site, including over 800 houses and other buildings, as well as three cemeteries.[4]  All but 85 of the buildings were sold at public auctions and moved; the remaining buildings served as temporary offices and warehouses while the plant was under construction.  Crop and fencing sales were also held to clear the land prior to construction.[5]  No pre-1942 buildings still stand, but the three cemeteries have been preserved and are accessible to the public.

Construction

The Hercules Powder Company, having just designed and constructed a similar plant near Radford, Virginia, designed the BAAP and supervised its construction and operation.  The Mason & Hanger Company of New York, which had served as the architect-engineer-manager (AEM) at Radford, performed the same services at the BAAP.  Construction began with the extension of a spur line onto the site by the Chicago & Northwestern Railroad on February 1,

1942.  Hercules established a field office in Baraboo on February 13, and
awarded the first building contract on March 12.[6]

The layout of the plant was organized into self-contained production areas
connected by a grid of access roads and rail lines (Figure 1).  The admini-
strative and service buildings, including the main offices, garages, change
houses, cafeteria, and hospital, are located along the west side of the
site, where they are accessible from Highway 12.  The raw material ware-
houses and preliminary processing buildings of the single-base smokeless
powder lines are located immediately to the east of these buildings, and
the lines proceed to the east, allowing small distances between safer
production steps and correspondingly larger spaces between more hazardous
ones.  Acid and solvent works are located to the north of the single-base
powder lines; the nitroglycerine area lies to the east.  The rocket area
(double-base smokeless powder lines) is south and west of the single-base
lines, and the powder storage magazines are beyond the rocket area, to the
south.  The water filtration plant and storage reservoirs are on the bluffs
at the north side of the site, where the natural elevation provides system
pressure.

The buildings constructed during World War II were simple, utilitarian
structures designed for temporary use.  They took different forms because
of their varied structural and functional requirements.  Most of the
buildings, however, were wood-frame structures on either a cement slab or a
perimeter foundation wall as described in a report prepared by Hercules:

> A typical building was constructed with 8" monolithic concrete
> foundations.  The foundation wall was carried 6" above the floor

Badger Army Ammunition Plant
HAER No. WI-8
Page 20



Figure 1: Site plan. (Source: Drawing files, BAAP)

Badger Army Ammunition Plant
HAER No. WI-8
Page 21

line to form a curb.  The sidewalls were framed with 2"x6" wood
studs, 2'-0" on center, and enclosed with novelty [Dolly Varden]
siding.  Where spans would permit, wood rafters spaced 2'-0" on
center were used in roof construction.  Longer spans were con-
structed of light wood trusses, spaced 2'-0" on center.  The
roofs were sheathed with 7/8" T&G [tongue and groove] lumber
covered with Class B roll roofing.  The doors, windows, venti-
lators, etc., were of standard design and of a type that could be
furnished by any mill.  The interior was left unfinished, except
for a rough concrete floor.[7]

Examples of buildings constructed in this manner were the Line Offices
(Buildings 1975-1 to 8), Change Houses (Buildings 6532-1 to 20), Shops
(Buildings 2547, 2549), and Storehouses (Building 2548), as well as the
majority of small to medium sized utility structures throughout the site
(Figure 2).  Especially large buildings, such as the Boiling Tub and
Poacher and Blender Houses (Buildings 2019, 2024), employed heavier
mill-type construction, with wood columns and trusses on concrete
foundations (Figure 3).

Buildings where acids and finished powder were handled had special interior
details, including floor coverings of lead, Hubbelite, or conductive
rubber, and sealed interior walls of transite or plywood.  To avoid sparked
fire hazards, electrical wires and fixtures were often mounted on a
building's exterior, with light coming through ground glass windows.
Typical buildings outfitted in this manner are the Glaze and Blend Houses
(Buildings 1800-1 to 7), and the Rest Houses (Buildings 1750-1 to 29).

Buildings housing particularly hazardous production steps utilized various
types of "blow-out" construction to confine or direct potential explosions.
Parallel concrete or brick barrier walls typically divided these buidings

18

Badger Army Ammunition Plant
HAER No. WI-8
Page 22



Figure 2: Typical small and medium scale wood-frame construction;
          Change Houses. (Source: Field inventory photograph, David
          Fey, MacDonald and Mack Partnership, 1983)

Badger Army Ammunition Plant
HAER No. WI-8
Page 23



Figure 3: Typical large scale wood-frame construction; Poacher
and Blender House. (Source: Field inventory photograph,
David Fey, MacDonald and Mack Partnership, 1983)

Badger Army Ammunition Plant
HAER No. WI-8
Page 24

into equipment bays.  Light wood-frame infill construction, designed to
blow out during an explosion, directed the thrust away from the adjacent
bays.  Buildings constructed in this manner included the Vertical Press
(Buildings 2513-1 to 4), Solvent Recovery (Buildings 1600-1 to 42), Air
Dry (Buildings 1725-1 to 17), and Final Mix Houses (Buildings 1825-1 to 4;
Figure 4).  Only the Powerhouse (Building 400) and Nitrating Houses (Buil-
dings 2012, 3012, 4012, 5012, 9012) employed steel skeleton construction;
they were faced with ceramic tile and brick, respectively (Figure 5).  The
acid and solvent production areas consisted mainly of large wood-frame
structures of the type described above, in combination with vast networks
of piping and holding tanks.  An example of this type of construction is
the Oleum Manufacturing Plant (Building 728-2; Figure 6).

The first acid production area was operational by January, 1943, with the
smokeless powder production lines following shortly thereafter.  Change
orders issued frequently during the first phase of construction called for
additional construction and the modification of existing plans.  Addi-
tional acid facilities and production lines for single- and double-base
powder and TNT were planned.  When construction was halted on August 13,
1945, facilities for the production of nitric and sulphuric acid, nitro-
glycerine, single and double-base smokeless powder, and various solvents
were complete and operational.  A fifth smokeless powder line and the TNT
facilities were left partially completed.[8]

Technology

The production of smokeless powder at the BAAP was based on the following
process developed by the Dupont Corporation during the First World War[9]:

21

Badger Army Ammunition Plant
HAER No. WI-8
Page 25



Figure 4: Typical concrete and wood-frame "blow-out" construction;
Dehydrating Press House. (Source: Field inventory
photograph, David Fey, MacDonald and Mack Partnership, 1983)

Badger Army Ammunition Plant
HAER No. WI-8
Page 26



Figure 5: Typical steel frame and masonry construction; Nitrating
House. (Source: Field inventory photograph, David Fey,
MacDonald and Mack Partnership, 1983)

Badger Army Ammunition Plant
HAER No. WI-8
Page 27



Figure 6: Typical chemical processing area; Oleum Manufacturing Plant.
(Source: Field inventory photograph, David Fey, MacDonald
and Mack Partnership, 1983)

Badger Army Ammunition Plant
HAER No. WI-8
Page 28

The manufacturing process starts with the manufacture of 98%
nitric acid, using the ammonia oxidation process, and the
manufacture of 40% oleum (fuming sulphuric acid) by the contact
process.  The strong acids are mixed to make nitrating compo-
sitions suitable for nitrating chemical cellulose (of cotton
linters or wood pulp origins) and natural or synthetic glycerin
to make military grades of nitrocellulose and nitroglycerin,
respectively.  These intermediates, after purification, con-
stitute the energy components of the end product propellants.

In the manufacture of single-base smokeless powder for artillery,
nitrocellulose is compounded with solvents and modifying addi-
tives to form a rubbery paste in sigma-blade mixers.  The col-
loided material is more intensively mixed in macerators and
transferred to blocking presses which form the unconsolidated mix
into cylindrical blocks for easy handling.  The blocks are placed
in hydraulic extrusion presses and extruded into perforated
strands, which are cut into "grains."  The solvent-laden cut
powder goes through successive steps to remove the solvents
(which are recovered and rectified for reuse), reduce residual
solvent by soaking in hot water, and remove excess water by
drying in an air stream.  The dry powder is blended, tested for
performance characteristics in a closed ballistics bomb and, when
approved, packed into suitable shipping containers.

In the manufacture of solventless double-base rocket propellant,
nitrocellulose and nitroglycerin, with other chemical additives,
are mixed in a water slurry.  The slurry is dewatered in centri-
fuges and the resultant "paste" is air dried to a predetermined
moisture level.  The damp paste is consolidated in roll mills
into a rubbery sheet form.  The sheet stock is tested for burning
rate characteristics.  Proved material is slit and rolled into
"carpet rolls" suitable for charging into a high-pressure oil-
draulic extrusion press.  The powder is extruded into final
perforated grain form.  The strand is cut into an approximate
finished length.  Rough grains are machined in successive steps
to exact final weight and dimensions.  Ethyl cellulose inhibitors
are cemented to the ends of the grains and a spirally-wrapped
multi-layer sleeve of ethyl cellulose tape is applied.  The
inhibited grains are cured under mild temperature and a final
trimming operation is performed.  Samples of the finished grain
are static tested to establish ballistic characteristics.  Accep-
table grains are packed in protective tubes and bundled into
pallet containers for shipment.[16]

The acid area at BAAP (Buildings 700-768) produced nitric acid and oleum.

Cotton linters and wood pulp were nitrated in five identical Nitrating

Houses (Buildings 2012, 3012, 4012, 5012, 9012).  The resulting

nitrocellulose was then transformed into either single-base smokeless

powder, in one of four identical production lines (the B, C, D, and E lines); or double-base smokeless powder (rocket propellant) in one of two identical production lines (the east and west rocket lines).

The major production buildings of the D line (4000-series building numbers) are typical of single-base smokeless facilities at the BAAP. Following nitration, the nitrocellulose was pumped through a flume line to large wooden tubs in the Boiling Tub House (Building 4019), where it was heated and agitated for about 40 hours. It was then piped to the Beater House (Building 4022) for processing in Jordan beaters, which reduced the mass to a suspension of finer particles. Next the suspension was boiled in a sequence of neutral and alkaline solutions in the Poacher and Blender House (Building 4024), washed with clear water, and screened for foreign matter. Moved by water slurry to the Wringer House (Building 4026), the suspension was dewatered in electric spinwringers. This concluded the manufacture of "pyrocotton."

This material was moved by drums on a Telpher conveyor system to the hydraulic presses in the Dehydrating Press House (Building 4500) where alcohol was injected into the pyrocotton, removing approximately 90% of the remaining water. The resulting cylinders were loaded on carts and wheeled to the Mix House (Building 4508), where they were broken apart in macerators, and mixed with diphenylamine (a chemical stabilizer) and additional alcohol. This dough-like mass was then extruded through a "macaroni" press and formed again into cylinders in block presses in the Block Press House (Building 4510). This concluded the colloiding process.

Badger Army Ammunition Plant
HAER No. WI-8
Page 30

The colloided pyrocotton cylinders were moved by cart to the Vertical Press
House (Building 4513), where they were forced through changeable steel dies
to produce a variety of solid or perforated strands.  These strands were
cut to precise lengths in the adjacent Cutting House (Building 4516).  The
finished "grains" were then conveyed by tram railway to the final
processing area.

The final processing area (1600, 1700, 1800, and 1900-series buildings)
served all four of the single-base smokeless lines.  In the Solvent
Recovery Houses (Buildings 1600-1 to 42), batches of finished grains were
heated, and solvent (alcohol) vapors recovered.  Boiling in the Water Dry
Houses (Buildings 1650-1 to 42) removed additional solvent and hardened the
grains.  The grains were then coated with chemical modifiers in the Coating
Houses (Buildings 1700-1 to 12), and dried by forced air in the Air Dry
Houses (Buildings 1725-1 to 17).  The dried grains were then stored in Rest
Houses (Buildings 1750-1 to 29) while ballistics tests determined their
burning characteristics.  Selective coating and blending of batches then
took place in the Glaze and Blend Houses (Buildings 1800-1 to 8, 1810-1 to
4, and 1825-1 to 4).  Following additional testing, approved batches were
loaded for shipment in the Can Pack Houses (Buildings 1875-1 to 4).  Powder
that was not shipped immediately was stored in the Powder Magazines
(Buildings 1900-1 to 8, 1906-1 to 56, and 1932-1 to 34).

The major production buildings of the west rocket area are typical of
double-base smokeless powder facilities at the BAAP.  Nitrocellulose from
the Nitrating Houses was mixed with nitroglycerine in a water slurry in the
Mix Houses (Buildings 6702-1 to 4, and 6704-1 to 4).  The slurry was

27

dewatered in centrifuges in the Pre Dry Houses (Buildings 6709-1 to 28),
and blended into a uniform paste in the Paste Breaker and Blender Houses
(Buildings 6731-2 to 4).  The paste was then rolled into sheets in the Roll
Houses (Buildings 6807-1 to 61), which were cut to size and rolled into
cylinders in the Slitting and Carpet Roll Houses (Buildings 6808-1 to 16).
These rolls were then extruded through horizontal presses into single,
perforated grains in the Press Houses (Buildings 6810-1 to 44).  Final
milling, inspection, and packing took place in the Milling Houses
(Buildings 6814-1 to 10), Inspection Houses (Buildings 6816-1 to 10), and
Packing Houses (Buildings 6817-1 to 4).

Total production of single- and double-base powder during World War II
exceeded 260 million pounds.[11]   The government placed BAAP on standby
status on September 7, 1945, reducing the staff to a small force of
government employees and Operating Contractor standby personnel.


KOREAN WAR PERIOD


In February 1951, the Corps of Engineers authorized the Fegles Construction
Company of Minneapolis, Minnesota to rehabilitate the plant for activation
during the Korean War.  The Liberty Powder Defense Corporation, a subsidi-
ary of Olin Corporation, succeeded the Hercules Powder Company as the
operating contractor on the site in March 1951.  Extrusion and finishing of
rocket propellant was underway by September 1951, and the plant was fully
operational on a continuous basis three months later.  Production at that
time included a variety of single and double-base propellants, as well as
the necessary component acids and solvents.[12]

In the summer of 1952, the BAAP was first considered for the installation
of facilities to produce "Western Ball Powder" —— a revolutionary type of
smokeless powder developed in the 1930's by the Western Cartridge Company
of East Alton, Illinois, a subsidiary of Olin Corporation.[13]   In the
Western process, smokeless powder was handled in a water-based slurry
throughout most of the stages of production, eliminating the wringing,
shredding, pressing, extruding, and cutting stages of conventional
smokeless powder production.

Western Cartridge first produced "Ball Powder" on a large scale in the
1940s, and the U.S. Army purchased the product in increasing quantities for
use in rifle ammunition.  Military demand for the new powder grew
dramatically during the Korean War, and in March 1954 designs for the new
facility at the BAAP were approved.[14]

Construction

The H. K. Ferguson Company of Cleveland, Ohio completed the new facilities
in July 1955.  The buildings were unlike any others on the site.  Construc-
ted of poured, reinforced concrete slabs and columns, they were enclosed by
glass and steel infill panels with diagonal steel tension straps to provide
lateral stability.  Examples of this construction type are the Solvent Re-
ceiving (Buildings 9502-1 to 6), Wet Screening (Building 9503), and Coating
Houses (Buildings 9506-1 & 2; Figure 7).[15]

Badger Army Ammunition Plant
HAER No. WI-8
Page 33



Figure 7: Typical reinforced concrete construction with glass and
steel infill; ball powder Hardening and Weighing House.
(Source: Field inventory photograph, Robert Ferguson,
MacDonald and Mack Partnership, 1983)

<u>Technology</u>

The production of double-base smokeless Ball Powder at the BAAP followed

the steps developed at Western Cartridge:

> The production of Ball Powder propellant, an Olin development...
> starts in a water slurry medium. Nitrocellulose, in a slurry
> with other ingredients and ethyl acetate solvent, is reduced to a
> lacquer form in agitated vessels. By controlled agitation and
> the successive addition of protective colloid and dewatering
> salt, the lacquer is dispersed into droplets of suitable
> diameter. The solvent is distilled off, leaving round hard balls
> of stabilized nitrocellulose in a water suspension. The
> unclassified balls are separated into sharply controlled
> granulation "cuts" by wet screening. The classified material in
> slurry form is impregnated with nitroglycerin and coated with
> dibutylphalate, an inert ballistic modifier, to control the
> burning rate. The coated material is dewatered in a continuous
> centrifuge, air dried, glazed with graphite (to improve loading
> characteristics and reduce static hazards), and blended. The
> finished product is extensively tested for ballistics performance
> characteristics. Final blending accomplishes uniformity, and the
> powder is packed into shipping containers.

The production of Ball Powder at the BAAP began in the Hardening Weigh and

Solvent Receiving Houses (Buildings 9500-1 to 3, 9501-1 to 3, and 9502-1 to

6), where nitrocellulose was weighed, mixed in a water slurry with chemical

modifiers and ethyl acetate solvent, agitated to produce droplets of the

desired size, and stabilized by the addition of protective colloids, which

hardened the floating droplets. The slurry then passed through a series of

screens in the Wet Screening House (Building 9503), that separated the

droplets into batches of nearly identical diameter. These sized batches

were coated with chemical modifiers and nitroglycerine in the Coating

Houses (Buildings 9506-1 and 2, and 9507-1 to 8). The slurry was dewatered

in the Roll and Dewater Houses (Buildings 9509-1 and 2) and the finished

balls were dried in the Tray Dry Houses (Buildings 9513-1 to 3).

Badger Army Ammunition Plant
HAER No. WI-8
Page 35

The Ball Powder process had several advantages.  The powder's slurry form, maintained during most of the process, greatly reduced chances of accidental explosion and eased transport of the material between production stages.  The process also offered very precise control of grain size and shape, making for a uniform, predictable, propellant.  But the most dramatic advantage was increased speed: finished powder could be produced in one-fifth the time previously required.  The BAAP remains the only government-owned plant with complete facilities for smokeless Ball Powder production.[17]

Production during the Korean War included the products previously manufactured, with the addition of Ball Powder.  Total production of single-base, double-base, and Ball Powder during the Korean War exceeded 280 million pounds.[18]  On March 1, 1958, the BAAP returned to standby status, with the Olin Corporation providing maintenance.

## VIETNAM WAR TO THE PRESENT

On January 3, 1966, the  Olin Corporation reactivated the plant.  It readied the Ball Powder area for operation by June 1966, and the rocket area and single-base smokeless powder areas by September 1966 and August 1967, respectively.  The plant's total production of single-base, double-base, and Ball Powder during the Vietnam War exceded 440 million pounds.  All production at the BAAP ceased by June 1975, and the plant has remained on standby and modernization status, under the management of Olin Corporation, since that time.[19]

32

## Construction and Technology

A modernization program begun in June 1972 has included the rehabilitation
of numerous facilities, as well as limited new construction (primarily in
response to increasingly stringent pollution control regulations).  A new
acid complex constructed in the early 1970's includes weak nitric, oleum,
and nitric-sulphuric acid concentration facilities (Buildings 750-793), and
a number of acid and contaminated waste treatment facilities have been
constructed since the mid 1970s (not yet numbered).  Rehabilitation of
water and steam lines, as well as selected powder production equipment,
continues at this time.[20]

Originally, each production building handling nitrocellulose was surrounded
by a Repauno-type mud-sill barricade of heavy timber construction filled
with sifted earth or sand, and reaching to the eave line of the contained
structure.  Following a change in safety regulations, most of these barri-
cades were removed (Figure 8).[21]  Other alterations since 1942-1945 have
included the installation of asbestos siding over the original wood siding,
and the installation of asphalt shingle roofing on virtually every frame
building.  These measures have not altered significantly the World-War-II-
and Korean-War-era construction and technology at the BAAP.

The BAAP currently employs approximately 400 staff members, and is managed
by Olin Corporation as a government-owned, contractor-operated propellant
production facility under the jurisdiction of the Headquarters, U.S. Army
Armament, Munitions and Chemical Command (AMCCOM).

33

Badger Army Ammunition Plant
HAER No. WI-8
Page 37



Figure 8: Typical earth and timber barricade; Water Dry House.
Building to right is identical, without barricade. (Source:
Field inventory photograph, David Fey, MacDonald and Mack
Partnership, 1983)

## NOTES

1. Hercules Powder Company, <u>Report of Badger Ordnance Works, WW II</u> (Baraboo, Wisconsin: October, 1945), p.18.

2. Government criteria for the selection of ammunition plants are described in Harry C. Thompson and Linda Mayo, <u>The Ordnance Department: Procurement and Supply</u> (Washington: 1960), p.108.

3. Nearly identical plants were constructed near Radford, Virginia (Radford Army Ammunition Plant), in 1940-41, and Desoto, Kansas (Sunflower Army Ammunition Plant), in 1942-43. Although standard building plans and plant layouts were used by Hercules for all three plants, local variations in availability of materials and site geography led to minor variations. Three additional GOCO smokeless powder plants were constructed during the same period under the direction of Dupont Corporation at Sylacauga, Alabama; Charlestown, Indiana; and Choteau, Oklahoma.

4. David P. Mayer, <u>Corps of Engineers Historical Record: Badger Ordnance Works</u> (Baraboo, Wisconsin: December, 1942), p.34.

5. <u>Ibid</u>., p.5.

6. Badger Army Ammunition Plant, <u>Narrative Descriptive Presentation</u> (Baraboo, Wisconsin: n.d.), pp.5-6.

7. <u>Report of Badger Ordnance Works...</u>, pp.52-53.

8. Badger Army Ammunition Plant, <u>Historical Summary: 1942-1967</u> (Baraboo, Wisconsin: 1967), p.8.

9. The standard Dupont process for the nitration of celulose fiber and its extrusion into propellant grains is clearly described in the following articles: "Mid-West Builds Biggest U.S. Powder Plant," <u>Chemical and Metallurgical Engineering</u>, (April 1941), 73-6; "Producing Smokeless Powder by 1942 Methods," <u>Chemical and Metallurgical Engineering</u>, (April 1942), 76-9.

10. <u>Narrative...</u>, p.6.

11. Badger Army Ammunition Plant, <u>Memorandum for Record: Badger Army Ammunition Plant 2ND QTR FY 83, Plant Profile Review</u> (Baraboo, Wisconsin: March, 1983), p.3.

12. Badger Ordnance Works, <u>Semi-Annual Historical Summary</u> (Baraboo, Wisconsin: 1951), pp.5-6.

13. The development of Ball Powder is attributed to Frederich Olsen, Gordon C. Tibbitts, and Edward B.W. Kerone, of the Western Cartridge Company, in whose names the invention was patented on January 7, 1936, U.S. patent #2,027,114. The first powder was produced at Western's

plant in East Alton, Illinois in September 1940.  Prior to the
construction of the Ball Powder facilities at BAAP, the government
bought the product directly from private industry.  A number of
articles describing the process appeared in the early 1940's: "Water
Process Cuts Smokeless Production Time 90 Per Cent," Chemical
Industries, (December 1944), 915; "Smokeless Powder Balls," Chemical
and Metallurgical Engineering, (May 1943), 206-7; "Ball Powder:
Smokeless Powder Now Made Under Water," Scientific American, (August
1943), 59.

14. Badger Ordnance Works, Semi-Annual Historical Summary (Baraboo,
    Wisconsin: 1953), p.1.

15. Badger Ordnance Works, Semi-Annual Historical Summary (Baraboo,
    Wisconsin: 1954), p.1.

16. Narrative..., p.6.

17. Badger Ordnance Works, Semi-Annual Historical Summary (Baraboo,
    Wisconsin: 1955), p.3; Modernization Engineering Report for U.S. Army
    Ammunition Plants (Baraboo, Wisconsin: August 1970), p.111-115.

18. Memorandum..., p.3.

19. Ibid., p.3.

20. Badger Army Ammunition Plant, DARCOM Installation and Activity
    Brochure (Baraboo, Wisconsin: 1980), p.1.

21. According to Don Stoll, who guided the plant inspection, the
    earth-filled barricades were removed during the 1960s, when safety
    regulations were amended and no longer required them.

Badger Army Ammunition Plant
HAER No. WI-8
Page 40

Chapter 3

PRESERVATION RECOMMENDATIONS

BACKGROUND

Army Regulation 420-40 requires that an historic preservation plan be developed as an integral part of each installation's planning and long-range maintenance and development scheduling.[1]  The purpose of such a program is to:

- Preserve historic properties to reflect the Army's role in history and its continuing concern for the protection of the nation's heritage.

- Implement historic preservation projects as an integral part of the installation's maintenance and construction programs.

- Find adaptive uses for historic properties in order to maintain them as actively used facilities on the installation.

- Eliminate damage or destruction due to improper maintenance, repair, or use that may alter or destroy the significant elements of any property.

- Enhance the most historically significant areas of the installation through appropriate landscaping and conservation.

To meet these overall preservation objectives, the general preservation recommendations set forth below have been developed:

Category I Historic Properties

All Category I historic properties not currently listed on or nominated to the National Register of Historic Places are assumed to be eligible for

37

Badger Army Ammunition Plant
HAER No. WI-8
Page 41

nomination _regardless of age_.  The following general preservation
recommendations apply to these properties:

a) Each Category I historic property should be treated as if it
were on the National Register, whether listed or not.
Properties not currently listed should be nominated.
Category I historic properties should not be altered or
demolished.  All work on such properties shall be performed
in accordance with Sections 106 and 110(f) of the National
Historic Preservation Act as amended in 1980, and the
regulations of the Advisory Council for Historic Preservation
(ACHP) as outlined in the "Protection of Historic and
Cultural Properties" (36 CFR 800).

b) An individual preservation plan should be developed and put
into effect for each Category I historic property.  This plan
should delineate the appropriate restoration or preservation
program to be carried out for the property.  It should
include a maintenance and repair schedule and estimated
initial and annual costs.  The preservation plan should be
approved by the State Historic Preservation Officer and the
Advisory Council in accordance with the above-referenced ACHP
regulation.  Until the historic preservation plan is put into
effect, Category I historic properties should be maintained
in accordance with the recommended approaches of the
Secretary of Interior's _Standards for Rehabilitation and_

Badger Army Ammunition Plant
HAER No. WI-8
Page 42

Revised Guidelines for Rehabilitating Historic Buildings[2] and
in consultation with the State Historic Preservation Officer.

c)  Each Category I historic property should be documented in
    accordance with Historic American Buildings Survey/Historic
    American Engineering Record (HABS/HAER) Documentation Level
    II, and the documentation submitted for inclusion in the
    HABS/HAER collections in the Library of Congress.[3]  When no
    adequate architectural drawings exist for a Category I
    historic property, it should be documented in accordance with
    Documentation Level I of these standards.  In cases where
    standard measured drawings are unable to record significant
    features of a property or technological process, interpretive
    drawings also should be prepared.

Category II Historic Properties

All Category II historic properties not currently listed on or nominated to
the National Register of Historic Places are assumed to be eligible for
nomination regardless of age.  The following general preservation
recommendations apply to these properties:

a)  Each Category II historic property should be treated as if it
    were on the National Register, whether listed or not.
    Properties not currently listed should be nominated.
    Category II historic properties should not be altered or
    demolished.  All work on such properties shall be performed

in accordance with Sections 106 and 110(f) of the National
Historic Preservation Act as amended in 1980, and the
regulations of the Advisory Council for Historic Preservation
(ACHP) as outlined in the "Protection of Historic and
Cultural Properties" (36 CFR 800).

b)  An individual preservation plan should be developed and put
into effect for each Category II historic property.  This
plan should delineate the appropriate preservation or
rehabilitation program to be carried out for the property or
for those parts of the property which contribute to its
historical, architectural, or technological importance.  It
should include a maintenance and repair schedule and
estimated initial and annual costs.  The preservation plan
should be approved by the State Historic Preservation Officer
and the Advisory Council in accordance with the
above-referenced ACHP regulations.  Until the historic
preservation plan is put into effect, Category II historic
properties should be maintained in accordance with the
recommended approaches in the Secretary of the Interior's
Standards for Rehabilitation and Revised Guidelines for
Rehabilitating Historic Buildings[4] and in consultation with
the State Historic Preservation Officer.

c)  Each Category II historic property should be documented in
accordance with Historic American Buildings Survey/Historic
American Engineering Record (HABS/HAER) Documentation Level

II, and the documentation submitted for inclusion in the

HABS/HAER collections in the Library of Congress.[5]

Category III Historic Properties

The following preservation recommendations apply to Category III historic
properties:

a)  Category III historic properties listed on or eligible for

    nomination to the National Register as part of a district or

    thematic group should be treated in accordance with Sections

    106 and 110(f) of the National Historic Preservation Act as

    amended in 1980, and the regulations of the Advisory Council

    for Historic Preservation as outlined in the "Protection of

    Historic and Cultural Properties" (36 CFR 800).  Such proper-

    ties should not be demolished and their facades, or those

    parts of the property that contribute to the historical

    landscape, should be protected from major modifications.

    Preservation plans should be developed for groupings of

    Category III historic properties within a district or

    thematic group.  The scope of these plans should be limited

    to those parts of each property that contribute to the

    district or group's importance.  Until such plans are put

    into effect, these properties should be maintained in

    accordance with the recommended approaches in the Secretary

    of the Interior's Standards for Rehabilitation and Revised

Guidelines for Rehabilitating Historic Buildings[6] and in
consultation with the State Historic Preservation Officer.

b)  Category III historic properties not listed on or eligible
for nomination to the National Register as part of a district
or thematic group should receive routine maintenance.  Such
properties should not be demolished, and their facades, or
those parts of the property that contribute to the historical
landscape, should be protected from modification.  If the
properties are unoccupied, they should, as a minimum, be
maintained in stable condition and prevented from
deteriorating.

HABS/HAER Documentation Level IV has been completed for all Category III
historic properties, and no additional documentation is required as long as
they are not endangered.  Category III historic properties that are
endangered for operational or other reasons should be documented in
accordance with HABS/HAER Documentation Level III, and submitted for
inclusion in the HABS/HAER collections in the Library of Congress.[7]
Similar structures need only be documented once.

## CATEGORY I HISTORIC PROPERTIES

There are no Category I historic properties at the BAAP.

## CATEGORY II HISTORIC PROPERTIES

There are no Category II historic properties at the BAAP.

## CATEGORY III HISTORIC PROPERTIES

Ball Powder Facilities

(Buildings  9500-1 to 3, 9501-1 to 3, 9502-1 to 6, 9503, 9507-1 to 8, 9509-1 & 2, 9591, 9592, 9593, and 9594)

- Background and significance. The Western Cartridge Company, a division of the Olin Corporation, designed the Ball Powder method in the early 1930s, and in 1954-55 the BAAP became the first GOCO facility to adopt this process. The new method was faster, safer, and produced more uniform powder than standard smokeless powder production methods. (See description of process in Chapter 2.) The facilities were modified somewhat during reactivation for the Vietnam War, but remain substantially as originally constructed. Although they do not satisfy the National Register of Historic Places requirements for buildings less than fifty years old, the major production buildings in the Ball Powder area at the BAAP are Category III historic properties because they are a good example of a highly intact industrial process, and constitute the only such facilities at a GOCO plant in the United States.

- Condition and potential adverse impacts. The Ball Powder facilities at the BAAP are in good condition, and undergo routine maintenance and

43

repair as part of standby activity at the plant.  There are currently no plans that would have an adverse impact on the property.

.   <u>Preservation options</u>.  The Ball Powder facilities at the BAAP should be maintained in accordance with the Preservation Recommendations for Category III historic properties described above.

## NOTES

1. <u>Army Regulation 420-40, Historic Preservation</u> (Headquarters, U.S. Army:  Washington, D.C., 15 April 1984).

2. National Park Service, <u>Secretary of Interior's Standards for Rehabilitation and Revised Guidelines for Rehabilitating Historic Buildings, 1983</u> (Washington, D.C.: Preservation Assistance Division, National Park Service, 1983).

3. National Park Service, "Archeology and Historic Preservation; Secretary of the Interior's Standards and Guidelines," <u>Federal Register</u>, Part IV, 28 September 1983, pp. 44730-44734.

4. National Park Service, <u>Secretary of the Interior's Standards</u>.

5. National Park Service, "Archeology and Historic Preservation."

6. National Park Service, <u>Secretary of the Interior's Standards</u>.

7. National Park Service, "Archeology and Historic Preservation."

## BIBLIOGRAPHY

Applied Science and Technology Index. 1958-1980.

ARRCOM. Catalog of Common Sources, Fiscal Year 1983. 2 vols. Rock Island
    Arsenal: n.d. Catalogs documents on microfiche.

Badger Army Ammunition Plant. DARCOM Installation and Activity Brochure.
    Unpublished document on file at the Administration Building, BAAP:
    1980. Contains good, brief plant history.

Badger Army Ammunition Plant. Historical Summary: 1942-1967. Unpublished
    document on file at the Administration Building, BAAP: 1967.  Good
    general plant history.

Badger Army Ammunition Plant. Memorandum for Record: Badger Army Ammunition
    Plant 2ND QTR FY 83, Plant Profile Review. Unpublished document on
    file at the Administration Building, BAAP: 1983. Describes current
    plant status.

Badger Army Ammunition Plant. Narrative Descriptive Presentation.
    Unpublished document on file at the Administration Building, BAAP:
    n.d. Contains good descriptions of manufacturing processes at BAAP.

Badger Ordnance Works. Semi-Annual Historical Summaries. Unpublished
    documents on file at the Administration Building, BAAP: 1945-1955.
    Cover modifications and new construction for each six-month period.

Badger Ordnance Works. War Department Industrial Facilities Inventory.
    Unpublished document on file at the Administration Building, BAAP:
    1944. Contains plans, photos, and descriptions of each building
    constructed between 1941 and 1944.

Badger Ordnance Works. War Department Industrial Facilities Inventory -
    Supplement 1. Unpublished document on file at the Administration
    Building, BAAP: 1945. Updates earlier document.

"Ball Powder: Smokeless Propellant Now Made Under Water." Scientific
    American. August 1943. p.59. Announces new process.

"Building for Defense...Powder Ahead of Schedule." Architectural Forum.
    June 1941. pp.432-4. Describes Hercules plant at Kenvil, N.J., on
    which the BAAP plans were based.

Engineering Index. 1938-1983.

Hercules Powder Company. Report of the Badger Ordnance Works: WWII.
    Unpublished document on file at the Administration Building, BAAP:
    1945. Contains description of planning and construction of plant,
    including specific construction details.

Higham, Robin ed. A Guide to the Sources of United States Military History.
    Hamden, Conn.: 1975.

Historic American Buildings Survey / Historic American Engineering Record,
    National Park Service.  Guidelines for Inventories of Historic
    Buildings and Engineering and Industrial Structures.  Unpublished
    draft, 1982.

Hoy, Suellen M., and Robinson, Michael C., eds. Public Works History in the
    United States. Nashville: American Association for State and Local
    History, 1982.

Industrial Arts Index. 1938-1957.

Jessup, John E. and Robert W. Cloakey. A Guide to the Study and Use of
    Military History. Washington: 1979.

LeMaistre, J.W. "Historical Report of the Smokeless Powder Unit, Powder and
    Explosives Section, Office of the Field Director of Ammunition Plants,
    St. Louis, Mo." History - Powder & Explosives.  1945. Describes
    production and porcurement proceedures.

Mayer, David P. Corps of Engineers Historical Record: Badger Ordnance
    Works. Unpublished document on file at the Administration Building,
    BAAP: 1942. Covers pre-plant history in some detail.

"Mid-West Builds Biggest U.S. Powder Plant." Chemical and Metallurgical
    Engineering. April 1941. pp.73-6. Good overview of Dupont single-base
    process.

National Park Service.  "Archeology and Historic Preservation;  Secretary
    of the Interior's Standards and Guidelines." Federal Register, Part
    IV (28 September 1983), 44730-44734.

_____. How to Complete National Register Forms.  Washington,
    D.C.:  U.S. Government Printing Office, January, 1977.

_____. Secretary of the Interior's Standards for
    Rehabilitation and Revised Guidelines for Rehabilitating Historic
    Buildings, 1983.  Washington, D.C.:  Preservation Assistance Division,
    National Park Service, 1983.

Olsen, Frederich, et al. "U.S. Patent #2,027,114: Manufacture of Smokeless
    Powders." 1936. Original patent for Ball Powder concept.

"Producing Smokeless Powder by 1942 Methods." Chemical and Metallurgical
    Engineering. April 1942. pp.76-9. Good general description of
    production process.

"Smokeless Powder Balls." Chemical and Metallurgical Engineering. May 1943.
    pp.206-8. Announces new process.

Thompson, Harry C. and Linda Mayo. The Ordnance Department: Procurement and Supply. Washington: 1960.

U.S. Army Munitions Command. GAO Draft Report - Review of the Procurement of Ball Powder for 5.56MM and 7.62MM Ammunition, OSD Case 2903 (AMC #5G106710). U.S. Army Munitions Command, Dover, New Jersey: March, 1969. Examines procurement of Ball Powder from BAAP and Western Cartridge.

U.S. Army Munitions Command. Modernization Enineering Report for U.S. Army Ammunition Plants. U.S. Army Munitions Command, Dover, New Jersey: August 1970. Describes capabilities and status of AAPs as of 1970.

"Water Process Cuts Smokeless Production Time 90 Per Cent." Chemical Industries. December, 1944. p.915. Announces new process.