IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY SOUJA, Individually and as
Special Administrator for the Estate
of OSWALD F. SUOJA, Deceased,

      Plaintiff,

v.                                              Case No. 3:99-cv-00475-bbc

OWENS-ILLINOIS, INC.,

      Defendant.

## PLAINTIFF'S AND OWENS-ILLINOIS, INC.'S
## CONSENT TO MAGISTRATE AND WITHDRAWAL OF JURY DEMAND

Plaintiff and Owens-Illinois, Inc. consent to United States Magistrate Judge Stephen L. Crocker to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings, pursuant to Federal Rule Civil Procedure 73(b) and 28 U.S.C. § 636(c).

Subject to the Court's referral to United States Magistrate Judge Stephen L. Crocker, Plaintiff and Owens-Illinois, Inc. withdraw their respective demands for a jury trial (ECF Nos. 2, 4) and consent to the withdrawal of their respective demands pursuant to Federal Rule Civil Procedure 38(d).

Plaintiff and Owens-Illinois, Inc. will be prepared to proceed before United States Magistrate Judge Stephen L. Crocker on the November 30, 2015 trial date and follow the current scheduling orders.

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ Robert G. McCoy | /s/ Brian O. Watson |
| Robert G. McCoy | Edward Casmere |
| Cascino Vaughan Law Offices, Ltd. | Brian O. Watson |
| 220 S. Ashland Ave. | Schiff Hardin LLP |
| Chicago, IL 60607 | 233 S. Wacker Dr. Suite 6600 |
| (312) 944-0600 | Chicago, Illinois 60606 |
| (312) 944-1870 (facsimile) | (312) 258-5500 |
| | (312) 258-5600 (facsimile) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Owens-Illinois, Inc.* |

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on November 10, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

                                            /s/ Brian O. Watson
                                            Brian O. Watson

15640-0889

CH2\17460013.1