IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY SOUJA, Individually and as
Special Administrator for the Estate
of OSWALD F. SUOJA, Deceased,

    Plaintiff,

v.     Case No. 3:99-cv-00475-bbc

OWENS-ILLINOIS, INC.,

    Defendant.

### ORDER

Pursuant to Plaintiff's and Owens-Illinois, Inc.'s Consent to Magistrate and Withdrawal of Jury Demand (ECF No. 133), IT IS ORDERED that:

1. This case is referred to a United States Magistrate Judge Stephen L. Crocker to conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings pursuant to Federal Rule Civil Procedure 73(b) and 28 U.S.C. § 636(c).

2. The Clerk of Court is directed to show Plaintiff's and Owens-Illinois, Inc.'s demands for a jury trial (ECF Nos. 2, 4) as withdrawn pursuant to Federal Rule Civil Procedure 38(d).

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB
District Judge
November 10, 2015