IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

EUGENE KUSCH and ROSE A. KUSCH,
adult individuals, husband and wife,
and KATHERINE FISCHER, individually and as
personal representative of the ESTATE OF MARK
L. FISCHER,

                Plaintiffs,

vs.                               Case No.: 96-CV-0221-S

ACANDS, INC., et al,

                Defendants.

## AFFIDAVIT OF ELMER BORCHARDT

STATE OF WISCONSIN )
                  ) ss
MILWAUKEE COUNTY )

      Elmer Borchardt, being first duly sworn states as follows:

      1.     I am currently the President and owner of L & S Insulation Company, Inc. and have been its President since the mid 70's. I have worked for L & S Insulation Company, Inc. since 1950. I make this affidavit based upon my own knowledge.

      2.     On September 30, 1996, an affidavit was filed indicating that the records about which I was asked in my deposition of July 16, 1996 had been turned over to counsel at a deposition on July 14, 1980, and I had no idea where they were. That is still a true and correct statement and I reaffirm that we have reviewed our files and records and have no documentation, other than as set forth below, regarding the product identities or job files as indicated in both my affidavit and deposition of July 16, 1996.

3.     Subsequent to October 16, 1996, however, I was contacted by my attorney, Frank R. Terschan, who discussed with me the substance of various depositions which were taken of witnesses in this case. I was asked to once again check to determine whether there was *anything* in our files and records which might indicate whether any of the individuals who had been deposed ever worked for L & S Insulation Company, Inc. or anything which might shed light on the job sites on which these individuals had testified they had seen L & S Insulation Company, Inc.

4.     At that time, I was completely unaware of any records, either in the possession of L & S Insulation Company, Inc., or in the possession of anyone else, which might assist in that regard.

5.     In reviewing our files for yet another time, however, my assistant, Bonnie Torretta, indicating that she recalled that my prior assistant, Peggy Booth, may have kept some sort of books containing information on contracts done by L & S Insulation Company, Inc. over the years.

6.     We were initially unable to locate the books, but contacted a locksmith to open an old vault safe on the L & S Insulation Company, Inc. premises.

7.     Once the safe was open, Bonnie Torretta discovered four ledger type books. Although the books did not contain personnel names or product identification, they did contain contract numbers and locations on all L & S Insulation Company, Inc.'s contracts from the mid 1940's through the early 1970's. Those books have been produced in their entirety for the plaintiffs.

8.      The ledger type books containing the contract information were books kept

in the ordinary course of business of L & S Insulation Company, Inc. and would be

considered business records by L & S Insulation Company, Inc.

9.      Other than these four books, I know of nothing else, either in the

possession of L & S Insulation Company, Inc., or anyone else, which would provide

additional documentation or information, other than my memory, responsive to the

inquiries made of me regarding what job sites were worked at by L & S Insulation

Company, Inc., when they were worked at, or what products may have been used on

those job sites.  Those records, as indicated in my affidavit dated September 26, 1996 and

filed September 30, 1996, were turned over to counsel and I have not seen them since.

_____
Elmer Borchardt


Subscribed and sworn to before me

this  23rd  day of  October  , 1996.

_____
Notary Public, State of Wisconsin
My commission:  September 17, 2000

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

EUGENE KUSCH and ROSE A. KUSCH,
adult individuals, husband and wife,
and KATHERINE FISCHER, individually and as
personal representative of the ESTATE OF MARK
L. FISCHER,

        Plaintiffs,

vs.                                             Case No.: 96-CV-0221-S

ACANDS, INC., et al,

        Defendants.

---

### AFFIDAVIT OF ELMER BORCHARDT

---

STATE OF WISCONSIN )
               ) ss
MILWAUKEE COUNTY )

    Elmer Borchardt, being first duly sworn states as follows:

    1.    I am currently the President and owner of L & S Insulation Company, Inc. and have been its President since the mid 70's. I have worked for L & S Insulation Company, Inc. since 1950. I make this affidavit based upon my own knowledge.

    2.    Prior to July 14, 1980 L & S Insulation Company, Inc. had in its possession numerous documents and job site records identifying the minimal asbestos purchases made by L & S Insulation Company, Inc., job tickets, job sites on which various individuals were employed, and information on materials utilized, including minimal asbestos-containing materials, at various job sites.

3.      At some point in time prior to July 14, 1980, a request was made in a lawsuit in which we were not directly involved as a defendant, that I produce any and all materials still in the possession of L & S Insulation Company, Inc. relative to products utilized by L & S Insulation Company, Inc. at numerous job sites over the years prior to July 14, 1980.

4.      Someone at L & S Insulation Company, Inc. (I believe it was Peggy Booth or Bonnie Torretta) spent a great deal of time locating and assembling a large quantity – literally thousands -- of documents responsive to the request.

5.      On July 14, 1980 I produced at the offices of the Milwaukee Bar Association, 610 North Jackson Street, Milwaukee, Wisconsin at least seven groups of documentation on job sites, product utilized, and other information relative to work done by L & S Insulation Company, Inc. over the years.

6.      At the conclusion of the deposition these materials were *not* returned to me.

7.      Since the date of the deposition on July 14, 1980, until today's date, I have never again seen the materials I produced at the deposition, nor do I have any idea as to where they are or what happened to them after July 14, 1980.

8.      I have stated this previously in my deposition of July 16, 1996 at pages 46 through 50.

9.      In addition, I have stated these same general facts, under oath, in response to Interrogatory No. 7 propounded by the plaintiff in the case at bar and dated August 20, 1996, and Supplemental Responses dated September 26, 1996.

2

10.     I am aware of no documentation held by L & S Insulation Company, Inc.,

or anyone else for that matter, at this point in time, responsive to the plaintiff's

Interrogatory No. 7 or related questions asked of me in my deposition on July 16, 1996 in

the case at bar.

11.     The response I gave on this subject in my deposition on July 16, 1996 and

my Answers to Interrogatories on behalf of L & S Insulation Company, Inc. are true,

correct and complete to the best of my knowledge.

_____
Elmer Borchardt


Subscribed and sworn to before me

this __26th__ day of __September__, 1996.

_____
Notary Public, State of Wisconsin
My commission: _____Permanent_____


3

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF WISCONSIN

 3    --------------------------------------------

 4    EUGENE P. KUSCH, ET AL.

 5                    Plaintiffs,

 6         -vs-                Case No.  96-C-02215

 7    ACandS, INC., ET AL.

 8                    Defendants.

 9

10    --------------------------------------------

11

12              Examination of ELMER H. BORCHARDT, taken

13    at the instance of the Plaintiffs, under and pursuant to

14    Section 804.05 of the Wisconsin Statutes, pursuant to

15    Notice, before SHERYL L. STAWSKI, a Registered

16    Professional Reporter and Notary Public in and for the

17    State of Wisconsin, at Cascino Vaughan Law Offices,

18    Ltd., 633 West Wisconsin Avenue, Milwaukee, Wisconsin,

19    on the 16th day of July, 1996, commencing at 9:10 a.m.

20    and concluding at 12:20 p.m.

21

22

23

24

25
```

Page 3

```
 1         A P P E A R A N C E S   C O N T I N U E D

 2    OTJEN, VAN ERT, STANGLE, LIEB & WEIR, S.C., by
      MR. JEFFREY J.P. CONTA,
 3    700 North Water Street, Suite 800,
      Milwaukee, Wisconsin 53202-4206,
 4    appeared on behalf of the Defendant Allied Signal, Inc.

 5    LAW OFFICE OF WILLIAM M. KOZIOL, by
      MS. EILEEN M. MALONEY,
 6    1 Kemper Drive,
      Long Grove, Illinois 60049-0001,
 7    appeared on behalf of the Defendant John Crane, Inc.

 8              A L S O   P R E S E N T

 9    Mr. Sean P. Kern.

10                      * * * * *

11                    I N D E X

12    Examination By:                          Page

13    Mr. McCoy                                   4
      Ms. Schuett                                79
14    Mr. Conta                                  79

15
      Exhibits:                          Marked  ID
16
      No. 1 - Notice of Deposition          53   53
17    No. 2 - Photographs of Products       59   59
      No. 3 - Photographs of Products       59   61
18    No. 4 - Photographs of Products       59   62

19

20

21

22

23

24

25
```

Page 2

```
 1              A P P E A R A N C E S

 2    CASCINO VAUGHAN LAW OFFICES, LTD., by
      MR. ROBERT G. McCOY,
 3    403 West North Avenue,
      Chicago, Illinois 60610,
 4    appeared on behalf of the Plaintiffs.

 5    HENSON & EFRON, by
      MR. SCOTT A. NEILSON,
 6    1200 Title Insurance Building,
      400 Second Avenue South,
 7    Minneapolis, Minnesota 55401,
      appeared on behalf of the Defendant ACandS, Inc.

 8    TERSCHAN, STEINLE & NESS, by
      MR. FRANK R. TERSCHAN,
 9    2600 North Mayfair Road, Suite 700,
      Milwaukee, Wisconsin 53226,
10    appeared on behalf of the Defendant L & S Insulation
      Company, Inc.
11

12    COOK & FRANKE, S.C., by
      MS. LAURA E. SCHUETT,
13    660 East Mason Street,
      Milwaukee, Wisconsin 53202-3877,
14    appeared on behalf of the Defendant Building Services
      Industrial Sales, Inc.
15

16    MINSHAW & CULBERTSON, by
      MS. SHEILA M. GAVIN,
17    100 East Wisconsin Avenue,
      Milwaukee, Wisconsin 53202,
18    appeared on behalf of the Defendant Rutland Fire Clay.

19    O'NEIL, CANNON & HOLLMAN, S.C., by
      MR. THOMAS G. CANNON,
20    111 East Wisconsin Avenue,
      Milwaukee, Wisconsin 53202,
21    appeared on behalf of the Defendant WR Grace & Company.

22    NELSON, DRIES & ZIMMERMAN, S.C., by
      MR. KURT R. ANDERSON,
23    150 North Sunnyslope Road, Suite 305,
      Brookfield, Wisconsin 53005,
24    appeared on behalf of the Defendant Grant-Wilson
      Company.
25
```

Page 4

```
 1         TRANSCRIPT OF PROCEEDINGS

 2         ELMER H. BORCHARDT, called as a witness

 3    herein, having been first duly sworn on oath, was

 4    examined and testified as follows:

 5              EXAMINATION

 6    BY MR. McCOY:

 7    Q  Could you give us your name for the record?

 8    A  Elmer H. Borchardt.

 9    Q  Could you spell that last name for us, Elmer?

10    A  B-O-R-C-H-A-R-D-T.

11    Q  Mr. Borchardt, my name is Bob McCoy.  I'm an

12       attorney representing Mr. Kusch and Mr. Fischer --

13       Eugene Kusch and Mark Fischer who are the

14       plaintiffs in this case.  Do you know either of

15       these gentlemen?

16    A  I know who Mr. Kusch is, Gene Kusch.

17    Q  How do you know Gene Kusch?

18    A  I met him occasionally at annual conferences up in

19       Door County.

20    Q  If at any point in time any of my questions are

21       unclear, would you be sure to let me know or let

22       your attorney know; and I would be happy to

23       straighten out those questions so you understand

24       those?  You're represented by an attorney today; is

25       that correct?
```

Case: 3:99-cv-00475-slc   Document #: 144   Filed: 11/30/15   Page 8 of 36

**Page 5**

1   A   That's right.
2   Q   And you're appearing here on behalf of L & S
3      Insulation; is that right?
4   A   Yes.
5   Q   Is that a company or a corporation?
6   A   Company incorporated.
7   Q   So it's an incorporated company?
8   A   Yes.
9   Q   What is your position with that company today?
10   A   I'm the president.
11   Q   How long have you been the president of L & S
12      Insulation?
13   A   Mid '70s.
14   Q   You also own part of the company?
15   A   Yes.
16   Q   Are you the only owner of the company?
17   A   No.
18   Q   How many owners does the company have?
19   A   Five children, a wife and an associate.
20   Q   Five children. These are your children?
21   A   Stockholders, yes.
22   Q   And your wife?
23   A   My wife.
24   Q   And one person who's not a relative?
25   A   Yes.

**Page 6**

1   Q   And how much business do you, your children and
2      wife own?
3   A   Ten percent.
4   Q   How much does the owner who's not a relative own?
5   A   One percent.
6   Q   I'm a little bit confused. Who owns the -- I think
7      you said that you and your family own ten percent?
8   A   No, no, I'm sorry. No, I said the family owns ten
9      percent.
10   Q   The family owns ten percent. Approximately how
11      much do you own?
12   A   The balance.
13   Q   So you own about 89 percent?
14   A   Yes.
15   Q   And when was the business begun?
16   A   In the '30s.
17   Q   And who started the business?
18   A   A Mr. LaVeirre owned the business.
19   Q   Would you spell his name for me?
20   A   Cap L-A, cap V-E-I-R-R-E.
21   Q   So Mr. LaVeirre, he was the founder?
22   A   Yes.
23   Q   And then could you tell me what was the succession
24      as far as the person who was the owner, to the best
25      of your knowledge?

**Page 7**

1   A   He came in in 1957 and gave the business to five
2      people that were working there.
3   Q   You say "He came in in 1957," what do you mean
4      "came in"?
5   A   He walked in one day and said, I want you people to
6      have this business; you've worked for me and I'm
7      giving it to you over a time frame that you decide
8      and the payments that you decide.
9   Q   Were you one of the five people?
10   A   I was the youngest.
11   Q   What happened after Mr. LaVeirre offered to sell
12      the business?
13   A   There were a succession of 50 percent stockholders
14      until such a time that I bought the remaining stock
15      from the 50 percenter.
16   Q   How much of the stock did you originally acquire or
17      purchase?
18   A   Eight percent.
19   Q   And when did this occur that you first became an
20      eight percent owner?
21   A   1957.
22   Q   I'm sorry, I missed --
23   A   1957.
24   Q   So between 1957 and some later date, you acquired
25      all the shares of L & S Insulation; is that right?

**Page 8**

1   A   That's correct.
2   Q   And what was the date when you became a 100 percent
3      owner of L & S Insulation, to the best of your
4      recollection?
5   A   I don't know the exact date, but it would be in the
6      '70s.
7   Q   When did you first start working for L & S
8      Insulation?
9   A   1950.
10   Q   What was your first position with L & S Insulation?
11   A   I was an estimator. I was an estimator in the
12      roofing division.
13   Q   And what subsequent changes in your position
14      occurred at L & S Insulation? I'm talking about
15      your employment position now.
16   A   Yes, I moved to the insulation division in the late
17      '50s as a field take-off man and field rep.
18   Q   And what changes occurred after that?
19   A   That stayed the same.
20   Q   You stayed with the insulation division?
21   A   Yes.
22   Q   That's still where you spend your time today?
23   A   Yes.
24   Q   Back in 19 -- I will have to apologize, I have got
25      to take a quick break. I will be right back, I

ELMER H. BORCHARD     Condensclt     KUSCH vs. ACandS, et al.

Case: 3:99-cv-00475-slc   Document #: 144   Filed: 11/30/15   Page 9 of 36

1   believe, in five minutes.
2   (Recess taken.)
3   BY MR. McCOY:
4   Q   Mr. Borchardt, what are your responsibilities today
5      with the insulation division?
6   A   I primarily estimate, do take-off work. I don't do
7      any more field work.
8   Q   What is take-off work?
9   A   Taking quantities off of blueprints, converting
10     them into dollars.
11   Q   Now, back in the late 1950s, you said you were a
12     field rep in the insulation division; is that
13     right?
14   A   I went to the jobs.
15   Q   What was your responsibility back in the late 1950s
16     as a field rep?
17   A   Checking the jobs to see if they were ready,
18     measuring jobs, measuring quantities if it required
19     take-off work.
20   Q   What types of insulation was the company using back
21     in the late 1950s?
22   A   Primarily fiberglass, small portion of calsil.
23   Q   What other types of insulation?
24   A   Perhaps some Rockwell mineral wool.
25   Q   What other types of insulation?

1   A   You're asking about companies or types?
2   Q   Types.
3   A   There were some aircell products and woolfelt
4     products.
5   Q   Woolfelt?
6   A   Woolfelt one word.
7   Q   Can you spell that?
8   A   W-O-O-L-F-E-L-T.
9   Q   Were there any pipe coverings back in the late
10     1950s?
11   A   Those are all the pipe -- Most of those are pipe
12     covering; the woolfelt, the aircell, the
13     fiberglass, the calsil.
14   Q   What about any of the powdered cement? Did you
15     have a line of those?
16   A   We purchased insulating cement for fittings.
17   Q   What about gasket materials? Did you have a line
18     of those?
19   A   None.
20   Q   How about blankets? Did you have a line of
21     blankets?
22      MR. TERSCHAN: When you say "did you have
23     a line of," are you asking whether they
24     manufactured something, they purchased something,
25     they used something?

1      MR. McCOY: It could be any one of those.
2      MR. TERSCHAN: Okay. "Did you have a
3     line of" is intended to be defined has he ever seen
4     or used it?
5      MR. McCOY: Right.
6   BY MR. McCOY:
7   Q   Did the company -- Yeah, did the company do any
8     work involving blanket insulation?
9   A   We used fiberglass insulation on ductwork.
10   Q   What about asbestos blanket insulation?
11   A   We didn't use that.
12   Q   All right. Let's go back. Prior to 1950, what
13     positions did you have before you began working
14     with L & S Insulation?
15   A   School, army, some miscellaneous jobs.
16   Q   What level did you complete in the schools?
17   A   Semester or two of college.
18   Q   What was your position in the Service?
19   A   Before I was busted, I was a PFC.
20   Q   What type of work were you doing?
21   A   Air Force, air cadet.
22   Q   What specifically did they have you assigned to,
23     any types of duties?
24   A   Well, we were stationed in Texas; and we just did
25     general things on the base. The war broke. There

1   were 50,000 of us. They didn't know what to do.
2   They asked us if we would like to leave, and I
3   left.
4      MR. CANNON: You didn't find that
5     employment to your liking?
6      THE WITNESS: Not for 20 years.
7   BY MR. McCOY:
8   Q   So you resigned from the Service?
9   A   I was offered an honorable discharge, which I
10     accepted.
11   Q   What other positions did you have prior to working
12     for L & S?
13   A   I worked in the breweries, Pabst and Schlitz.
14   Q   What work did you do in the breweries?
15   A   Loading, beer lines, miscellaneous things.
16   Q   What other positions did you have before working
17     for L & S?
18   A   None.
19   Q   How did you get the position with L & S?
20   A   I applied to the Unemployment Bureau. They were
21     looking for an estimator. I applied, and they
22     accepted me under the G.I. Bill.
23   Q   And who hired you at L & S Insulation?
24   A   Mr. Hanson.
25   Q   What was Mr. Hanson's position?

| | Page 13 |
|---|---|
| 1 | A He was the president, chief operating officer, if |
| 2 | you want to say. He ran L & S Insulation. |
| 3 | Q And who was your first boss at L & S Insulation, |
| 4 | your immediate boss? |
| 5 | A Mr. Howard Redlich. |
| 6 | Q Redling, R-E-D-L-I-N-G? |
| 7 | A R-E-D-L-I-C-H, Redlich. |
| 8 | Q What was Mr. Redlich's position? |
| 9 | A He handled the roofing division. |
| 10 | Q What type of work did the roofing division do? |
| 11 | A Build up roofs, shingled roofs, corrugated |
| 12 | asbestos. |
| 13 | Q You say "corrugated asbestos," does that include |
| 14 | the siding? |
| 15 | A Siding, roofing -- not for homes -- commercial |
| 16 | buildings, industrial buildings. |
| 17 | Q What types of manufacturers' product lines did the |
| 18 | roofing division use in the asbestos types? |
| 19 | A Keasby in Madison, K-E-A-S-B-Y. |
| 20 | Q What other types of manufacturers' products were |
| 21 | used by the roofing division? |
| 22 | A Phillip-Carey for woolfelt. |
| 23 | Q What other types of asbestos products did the |
| 24 | roofing division use? |
| 25 | A Those woolfelt aren't asbestos. The only asbestos |

| | Page 14 |
|---|---|
| 1 | product was the corrugated asbestos. |
| 2 | Q Was that all Keasby from Madison? |
| 3 | A Yes. |
| 4 | Q How about the tars and those types of products used |
| 5 | in the roofing? |
| 6 | A I'm sorry? |
| 7 | Q How about the tars and similar types of products, |
| 8 | the liquid types? |
| 9 | A Pitch and asphalt, but I can't give you the |
| 10 | manufacturers. |
| 11 | Q Who the did the purchasing work for L & S |
| 12 | Insulation when you first started? |
| 13 | A Harry Switala. |
| 14 | Q Can you spell his last name? |
| 15 | A S-W-I-T-A-L-A. |
| 16 | Q And is Mr. Switala still alive? |
| 17 | A Yes, he is. |
| 18 | Q Did he do purchasing for the whole company or just |
| 19 | the roofing division? |
| 20 | A The whole company. |
| 21 | Q And how long did Mr. Switala continue in the |
| 22 | purchasing division or purchasing area? |
| 23 | A Through his departure when he was president, |
| 24 | sometime in the late '70s or early '80s. |
| 25 | Q So he ultimately rose to become president of the |

| | Page 15 |
|---|---|
| 1 | company? |
| 2 | A Yes. |
| 3 | Q He was president during the time period when you |
| 4 | were the owner; is that right, the sole owner? |
| 5 | A No. |
| 6 | Q Maybe I'm confused. |
| 7 | A The succession was Mr. Hanson, Mr. Switala and then |
| 8 | myself. |
| 9 | Q So you took over as president from Mr. Switala? |
| 10 | A Yes. |
| 11 | Q Where does Mr. Switala live now? |
| 12 | A I think he lives with his daughter somewhere on the |
| 13 | south side of Milwaukee. I don't know the address. |
| 14 | Q Have you finished paying -- Or did you acquire any |
| 15 | stock from Mr. Switala? |
| 16 | A Yes. |
| 17 | Q And have you finished paying him for all the stock |
| 18 | that you purchased from him? |
| 19 | A Yes. |
| 20 | Q Approximately, when did you take over for Mr. |
| 21 | Switala as the president of the company? |
| 22 | A I think it was the late '70s. |
| 23 | Q So did Mr. Switala retire at the time that you took |
| 24 | over as president? |
| 25 | A Yes. |

| | Page 16 |
|---|---|
| 1 | Q Besides the roofing and the insulation division, |
| 2 | what other types of operations did L & S Insulation |
| 3 | have? |
| 4 | A None. |
| 5 | Q Have you given depositions in other cases |
| 6 | concerning asbestos? |
| 7 | A I'm sorry? |
| 8 | Q Have you given a deposition in other cases |
| 9 | concerning asbestos -- |
| 10 | A I have given -- |
| 11 | Q -- products? |
| 12 | A I have given one deposition in reference to -- |
| 13 | primarily Cliff Newbauer. |
| 14 | Q Cliff Newbauer? |
| 15 | A Newbauer. |
| 16 | Q How do you spell that? |
| 17 | A N-E-W-B-A-U-E-R. |
| 18 | Q That was given here in Milwaukee? |
| 19 | A Yes. |
| 20 | Q And do you or your attorney have a copy of that |
| 21 | deposition? |
| 22 | A Yes. |
| 23 | Q Did that deposition concern the asbestos products |
| 24 | that were sold or installed by L & S Insulation? |
| 25 | A Installed, yes. Sold, no. |

Page 17

1 Q When L & S Insulation did work, was this usually by
2    a contract?
3 A Yes.
4 Q Usually it was a contract in writing; is that
5    right?
6 A That's correct.
7 Q Was there a certain person who was responsible for
8    keeping the records of the contracts?
9 A Generally our office girl brought together all the
10    records in a job file.
11 Q And these job files then were kept at L & S
12    Insulation?
13 A Yes.
14 Q What has the policy or practice been concerning
15    keeping these job files; and if it's changed over
16    time, tell me that?
17 A Well, I think we now keep seven years of files.
18 Q That's today?
19 A That's today.
20 Q How about back in, let's say, 1970?
21 A Previously they kept job files for a longer period
22    of time, and I don't know when that occurred. I
23    don't know when the changeover occurred.
24 Q Did the changeover, as far as the policy of keeping
25    the job files, occur before or after you became

Page 18

1    president of the company?
2 A Would you say that again?
3 Q Did the change, as far as the policy of how long
4    the job files were kept, occur before or after you
5    became president of the company?
6 A I think it was before.
7 Q What records are kept that show the -- or let me
8    rephrase that question. What records were made
9    that would show the products that were used at a
10    particular job?
11 A Today?
12 Q I'm talking about back in the 1950s.
13 A Well, the job tickets for material would indicate
14    the type of material that went out and the sizes
15    and not necessarily the brand names, but more
16    generic; fiberglass, calsil, no manufacturers.
17 Q What other records were kept that would show the
18    products or materials that were used for the jobs?
19 A Those records, the work tickets and the time
20    tickets comprised -- together with the estimate --
21    comprised the file.
22 Q You say "work tickets," "time tickets." What's the
23    difference between a work ticket and a time ticket?
24 A Time was the men on the job, the hours that they
25    worked. The work tickets were the products.

Page 19

1 Q What was the name of the individual who was the
2    office manager that kept the job files back in the
3    '50s?
4 A Harry Switala and Peggy Booth.
5 Q Would you spell Peggy's last name?
6 A B-O-O-T-H.
7 Q And how long did Peggy continue in that position?
8 A I think she worked for L & S for 30 years.
9 Q Where does she live today?
10 A Palm Springs, California.
11 Q So she continued as the person in charge of those
12    job files even after you became president; is that
13    right?
14 A For the period that she was there, yes.
15 Q Approximately when did she retire?
16 A Fifteen, eighteen, perhaps twenty years ago.
17 Q How do you know that she lives in Palm Springs,
18    California now?
19 A Christmas cards.
20 Q Who kept job files after Peggy retired?
21 A She was succeeded by Bonnie Torretta.
22 Q Would you spell her last name for us?
23 A T-O-R-R-E-T-T-A.
24 Q Does Bonnie still have this position?
25 A Yes.

Page 20

1 Q So she's still on the L & S payroll?
2 A Yes.
3 Q Is there anybody else that had responsibility for
4    keeping the job files?
5 A No.
6 Q What about yourself? Have you had some
7    responsibilities with regard to the job files?
8 A I had a responsibility to record whatever was sent
9    out to the jobs, but then it was put together by
10    the office girl.
11 Q What about Mr. Hanson when he was president?
12 A No.
13 Q Is Mr. Hanson still alive?
14 A No.
15 Q Approximately when did Mr. Switala succeed Mr.
16    Hanson as president?
17 A Middle '60s.
18 Q Who is the accountant for L & S?
19 A Harry Switala.
20 Q Today he's the accountant?
21 A No, I thought you said who was.
22 Q I was asking about today. I will get back to the
23    past, of course.
24 A Today we have the -- We have an accounting firm.
25 Q What's the name of the accounting firm?

**Page 21**

1  A  Just a moment.
2  Q  Got more than one name on it?
3  A  Yes. Radke & Schlesner.
4  Q  R-A-D-K-E?
5  A  T-K-E.
6  Q  And who is the other?
7  A  Allen Schlesner. He primarily does our work.
8  Q  How long has Mr. Schlesner been the primary
9     accountant?
10 A  Eight, ten years.
11 Q  Prior to Mr. Schlesner being the main accountant,
12    who was in that role?
13 A  The law firm of Niebler and Niebler.
14 Q  They also did the accounting work?
15 A  They did our tax work.
16 Q  Niebler?
17 A  Niebler and Niebler.
18 Q  N-I-E-B-L-E-R?
19 A  Yes.
20 Q  And prior to Niebler and Niebler, who was in that
21    role?
22 A  I wouldn't know.
23 Q  Now, did Niebler and Niebler do the bookkeeping
24    work?
25 A  No, that was Mr. Switala.

**Page 22**

1  Q  Did Mr. Switala have anybody helping him on the
2     bookkeeping work?
3  A  Not to my knowledge.
4  Q  What about in issuing checks? Who handled that
5     responsibility?
6  A  Mr. Switala and Peggy Booth.
7  Q  And before Mr. Switala was involved, who was
8     cutting the checks at the company?
9  A  I don't have the faintest idea. I wouldn't know.
10 Q  What responsibilities did you have as far as check
11    writing goes?
12 A  None.
13 Q  How about signing?
14 A  Today?
15 Q  Talking about -- Well, today, I'm more interested
16    in the period, say, before 1980.
17 A  Until I took over, I didn't sign checks.
18 Q  How about authorizing or approving payments, what
19    responsibility did you have before 1980?
20 A  Well, we all had that responsibility. Whoever
21    handled the job had to approve payment of invoices
22    for that particular job.
23 Q  Now, I believe you said that of the asbestos
24    products that L & S handled, that those were all
25    purchased from some outside source; is that right?

**Page 23**

1  A  That's correct.
2  Q  L & S did not manufacture any asbestos products; is
3     that right?
4  A  That's correct.
5  Q  And L & S never put its name on any of the
6     packaging of the asbestos products; is that right?
7  A  That's correct.
8  Q  So the person handling a job which involved
9     asbestos products had to approve and authorize the
10    payment to the suppliers; is that right?
11 A  Yes.
12 Q  So from time to time, then, you would have the
13    responsibility to approve and authorize the payment
14    to asbestos suppliers for certain jobs; is that
15    right?
16 A  No. We purchased our material primarily through
17    Building Services Industrial Sales, and for a small
18    degree it was of asbestos that we purchased this --
19    it was through them; and we -- whoever handled the
20    job approved their invoices.
21 Q  So the invoices for the asbestos products came
22    through Building Services?
23 A  For that which we purchased, yes.
24 Q  All right. On the invoice from Building Services,
25    did it specify the manufacturer of the products?

**Page 24**

1  A  Not necessarily.
2  Q  Sometimes it did, and sometimes it didn't; is
3     that what you're saying?
4  A  Yes.
5  Q  What about the contracts? Did they specify the
6     type of insulation that was needed sometimes?
7  A  The specifications dictated the requirements.
8  Q  Did they specify manufacturers sometimes for the
9     asbestos products?
10 A  For all products they might generally reference
11    Owens-Corning, Johns-Manville, Knauf -- fiberglass
12    manufacturer.
13 Q  You said these were primarily all commercial jobs
14    that were done by L & S?
15 A  Commercial, industrial.
16 Q  What about any boilers? Did you do some boiler
17    insulating work?
18 A  Only as it related to the contract that we had,
19    which would have been a small part of an overall
20    job.
21 Q  So the boiler work that L & S did was not a big
22    part of its business?
23 A  Not at all.
24 Q  It was a small part of the business?
25 A  Very small.

Page 25

1   Q   What was the main type of business as far as the
2      use of the asbestos products?
3   A   In a typical building school, hospital, whatever,
4      generally most of the piping in the building,
5      plumbing, heating was fiberglass. Ventilating
6      systems were fiberglass. If there was some
7      asbestos specified, it was usually on
8      high-temperature equipment, which was in the boiler
9      room -- most likely a breaching of hot gas off the
10     boiler and that was the extent of how much asbestos
11     might be involved in a typical school, hospital,
12     factory.
13   Q   What about the aircell product?
14   A   Which product?
15   Q   Aircell product?
16   A   Aerosol?
17   Q   Aircell. Is that what you --
18   A   Oh, aircell.
19   Q   Yes..
20   A   That if that was specified in a spec, and it
21     required aircell woolfelt, that was what would be
22     purchased.
23   Q   Did you use any of the spray-on insulations?
24   A   No. Can I ask a question of my attorney?
25   Q   Sure, go right ahead.

Page 26

1         (Discussion off the record.)
2         THE WITNESS:   All right. I'm ready.
3   BY MR. McCOY:
4   Q   Where are the business records from the past of L &
5      S kept?
6         MR. TERSCHAN: "Past" what?
7   BY MR. McCOY:
8   Q   Past business records of L & S.
9   A   Past seven years?
10   Q   The --
11   A   The past seven years are at the office.
12   Q   How about records prior to that?
13         MR. CANNON: Object; asked and answered.
14         THE WITNESS: I'm sorry, I didn't hear
15     what he said.
16         MR. TERSCHAN: He just objected.
17         THE WITNESS: They're disposed of.
18   BY MR. McCOY:
19   Q   What about requirements concerning compliance with
20     laws relating to maintenance of the records for the
21     asbestos? Who's been responsible for that?
22   A   Say that again, please.
23   Q   I asked, who's been responsible at L & S for laws
24     relating to maintenance of records regarding the
25     asbestos products?

Page 27

1   A   Presently?
2   Q   Yes.
3   A   I'm not aware of those laws that state what we're
4      supposed to keep -- what we keep. There aren't any
5      asbestos products since 1970 or '71.
6   Q   All right. So all the asbestos products were back
7      when Mr. Switala owned the business?
8   A   Yes.
9   Q   When you took over the business from him, did you
10     discuss with him the records relating to the
11     purchases of asbestos products?
12   A   No.
13   Q   Did you discuss with him where the records of the
14     business were?
15   A   No.
16   Q   Did you have a written agreement to purchase his
17     stock?
18   A   Yes, drawn up by an attorney.
19   Q   Now, you said the asbestos products were
20     discontinued, I believe you said, about 1971?
21   A   Yes.
22   Q   Why were they discontinued in 1971?
23   A   I don't have the faintest idea.
24         MR. CONTA: Can you read his answer for
25     me? I didn't hear.

Page 28

1         MR. TERSCHAN: He didn't have the
2     faintest idea.
3   BY MR. McCOY:
4   Q   Have you learned information about health hazards
5      of asbestos?
6   A   Have I learned about information?
7   Q   Yes.
8   A   I was aware of Dr. Seillikoff's work in the field.
9   Q   When did you become aware of Dr. Seillikoff's work?
10   A   In the '70s.
11   Q   How did you learn about Dr. Seillikoff's work?
12   A   Some newspaper articles that were passed on to us.
13   Q   So you got those as part of your work at L & S,
14     newspaper articles?
15   A   Not as part of my work. They were just -- They
16     were printed. Some were cut out by someone and
17     sent to us, some I might have cut out myself, just
18     general interest.
19   Q   What other information about asbestos health
20     hazards did you have other than from the
21     newspapers?
22   A   A general knowledge that some former members of
23     families had died of asbestos or asbestosis.
24   Q   Are you familiar with -- Let me strike that
25     question for a moment. These are persons that you

Page 29

1  knew?
2  A  Workers.
3  Q  Workers that you knew?
4  A  Yes.
5  Q  Insulators who you knew had died from asbestos; is
6     that what you're talking about?
7  A  Members of their families that had died from
8     asbestos.
9  Q  Are you familiar with OSHA?
10 A  Yes.
11 Q  Who's responsible for any OSHA compliance matters
12    at L & S Insulation?
13 A  That falls in the hands of Bonnie Torretta.
14 Q  Can you spell her last name? I think you already
15    did. I'm sorry.
16 A  I gave you that already.
17 Q  When did she get that responsibility?
18 A  When she started.
19 Q  When did she start?
20 A  I think I indicated the time frame previously. She
21    took over from Peggy Booth. Peggy kept records
22    prior to that. Bonnie kept them until today.
23 Q  So when Bonnie started, part of her
24    responsibilities included the OSHA compliance?
25 A  Whatever was required would have been passed on to

Page 30

1  her, yes.
2  Q  And who took care of OSHA compliance before Bonnie?
3  A  I'm sorry?
4  Q  Who took care of OSHA compliance before Bonnie?
5  A  Peggy Booth, if OSHA was there at that time.
6  Q  Since 1970, I believe.
7  A  Well, then --
8  Q  What role had you had in any OSHA compliance
9     activities? Talking about you personally.
10 A  None, other than if an OSHA -- if OSHA inspected
11    the job and required anything, it was my job -- it
12    was my responsibility to take care of it.
13 Q  Have you had any asbestos investigations?
14 A  No.
15 Q  How about asbestos abatement activities? Who's
16    responsible for that?
17 A  We never got involved in asbestos abatement.
18 Q  Who handles the asbestos abatement activities, a
19    subcontractor, or who handles that?
20 A  I never subcontract it.
21 Q  What happens when you come across a job and there's
22    some asbestos to be removed? How is that --
23 A  Today and then, owners handled that on their own;
24    and when we moved in, we had a clean area to work.
25 Q  When did the asbestos abatement activities begin,

Page 31

1  to the best of your recollection, in the insulating
2     field?
3  A  In the '70s.
4  Q  And since they began, L & S Insulation has never
5     been involved in that part of the business; is that
6     right?
7  A  That's correct.
8  Q  How many persons worked for L & S Insulation back
9     in 1950 when you began?
10 A  Six or seven roofers, four -- three, four, five
11    pipe coverers.
12 Q  Was it a union shop?
13 A  Yes.
14 Q  Has it always been a union shop?
15 A  Yes.
16 Q  How about helpers? Were there some helpers
17    employed?
18 A  Only to the degree that the union contract would
19    allow.
20 Q  What happened to the number of persons who were
21    doing the roofing and pipe covering work during the
22    time that you were at the company, did this
23    increase or go up and down or what was the major --
24 A  Fluctuated to a high point of 70 percent.
25 Q  It was as many as 70 percent doing the roofing and

Page 32

1  pipe covering work at one time?
2  A  Roofing was liquidated in the early '60s, so
3     insulation in the '70s went up to 50 men, let's
4     say, or 60 depending on the jobs.
5  Q  Did you say it was in the early '60s that the
6     roofing was liquidated?
7  A  Yes.
8  Q  So for some period of time, there were as many as
9     you said about 60, maybe 70 persons doing
10    insulating work?
11 A  In the '70s, yes.
12 Q  What union did these people come from primarily?
13 A  Local 19.
14 Q  And do you know the business manager over at Local
15    19?
16 A  Today his name is Randy Gottsacker.
17 Q  I'm sorry?
18 A  Randy Gottsacker, two Ts, S-A-C-K-E-R.
19 Q  Are you familiar with some persons from that union
20    or their families who have had -- or you believe
21    that have had asbestos-related injuries?
22 A  Would you repeat that?
23 Q  I said, do you know of any persons or families of
24    persons from the asbestos workers Local 19 that
25    have had asbestos problems?

Page 33

1   A  I know of workers. I don't know of any family
2      members that have it.
3   Q  And have you been called upon to provide any
4      information in connection with any of those
5      persons, cases about asbestos products?
6   A  I'm sure we have.
7   Q  And how has that process been handled in the past?
8   A  If we had the information, we passed it on; we
9      provided it.
10  Q  The nature of these requests, were they whether
11     there was -- what was the product that was at a
12     particular site? Is that a typical request?
13  A  Not necessarily.
14  Q  What types of requests did you have?
15  A  I don't really recall. The workers just generally
16     filed for asbestosis when they retire.
17  Q  Who provides the information in connection with
18     some of those other claims?
19  A  I'm sorry?
20  Q  I'm asking you, who provides the information about
21     the asbestos products when someone has a claim?
22  A  In our company?
23  Q  Yes.
24  A  Whoever is capable of answering a question, we
25     would answer it truthfully and honestly.

Page 34

1   Q  What about pipe fitters? Are you familiar with the
2      head of the pipe fitters union?
3   A  No.
4   Q  Are all your persons from the asbestos workers
5      Local 19?
6   A  Yes.
7   Q  What about during the '50s and '60s? What unions
8      did the persons come from who were doing the
9      pipe -- who were doing the roofing and the
10     insulating work?
11  A  Well, the roofers belonged to the roofers union. I
12     can't tell you which one that was. The other local
13     is the same.
14  Q  So the relationship with Local 19 as a source of
15     employees has been longstanding; is that right?
16  A  To perform at a time.
17  Q  Let's see, I believe you said that Randy Gottsacker
18     is the head of the union today, the business
19     manager?
20  A  I think that's correct, although they recently had
21     some changes. He might now be general manager with
22     someone else as the business manager.
23  Q  Do you personally deal with Randy?
24  A  Oh, occasionally.
25  Q  Prior to Randy, who was the person that would be a

Page 35

1      contact between L & S and Local 19?
2   A  I think there was a Mr. Globig.
3   Q  Can you spell his name?
4   A  G-L-O-B-I-G.
5   Q  And prior to Mr. Globig, who was the contact from
6      Local 19 with L & S?
7   A  One of the business agents was Mr. Hemminger.
8   Q  Would you spell that?
9   A  H-E-M-M-I-N-G-E-R.
10  Q  And what other persons have been in that role as
11     the contact from Local 19?
12  A  There was a longstanding business agent from the
13     early -- from the '30s, as far as I know, until way
14     into the '50s and '60s; and it was Mr. Henry Hug,
15     H-U-G.
16  Q  Any other contact names that you can remember from
17     Local 19?
18  A  Former president that I knew, Gene Gottsacker.
19  Q  This is this the father of Randy?
20  A  Yes.
21  Q  Any other contacts from Local 19?
22  A  Members.
23  Q  What are some of the members of Local 19 that you
24     regard as a friend?
25  A  All the people that are working for us.

Page 36

1   Q  Had your company had claims filed, worker's
2      compensation claims for asbestos-related injuries?
3   A  Yes.
4   Q  Approximately how many of these claims can you
5      remember?
6   A  Three, four, five. I'm not sure, just former
7      employees.
8   Q  What is the name of the law firm that represents
9      your company for the worker's compensation claims?
10  A  I can't tell you who that is.
11  Q  You do use an attorney for those claims? Your
12     company uses an attorney for those claims; is that
13     right?
14  A  No, I'm not involved in those.
15  Q  Who handles the worker's comp claims from L & S?
16  A  In our office, if there's any, whatever information
17     is there you get from Bonnie.
18  Q  All right. Now, I believe you said you knew Gene
19     Kusch. That's when we got started with --
20  A  Yes.
21  Q  -- questioning here. You said you met him at some
22     annual meetings in Door County?
23  A  Yes.
24  Q  What types of meetings were these?
25  A  They were mechanical contractors summer outings;

Page 37

1    inviting related people, subcontractors, suppliers
2    to Door County for a little get together.
3    Q When was the last time that you recall meeting Mr.
4    Kusch at one of these outings?
5    A I wouldn't be able to tell you when that is.
6    Q Talking about more than 10 or 15 years ago?
7    A I wouldn't have the faintest idea. I remember
8    seeing him there as a contractor, and I can't tell
9    you when I did see him there.
10   Q Was this back when he had his own business?
11   A I understood him to be a contractor, yes.
12   Q When was the first time you learned anything about
13   the claim for asbestos injuries by Mr. Kusch?
14   A Whenever those documents were first presented to
15   us. I don't know those dates.
16   Q So this is sometime in the last year or
17   approximately?
18   A Whatever that is.
19   Q You're talking about the lawsuit documents; is that
20   right?
21   A Yes.
22   Q Do most of the trade employees for L & S come from
23   Local 19 still?
24   A Yes.
25   Q Approximately how many would you say you had right

Page 38

1    now as trade employees?
2    A Approximately 30.
3    Q Has L & S been a member of any trade associations,
4    I'm talking about prior to 1980?
5    A Well, we have always been a member of the Wisconsin
6    Insulation Contractors Association.
7    Q Where does it -- Where did it have its office, or I
8    will just ask, today, where does it have its
9    offices?
10   A There are no offices per se, but the manager
11   operates out of his home.
12   Q And who is the person that runs the Wisconsin
13   Insulation Contractors --
14   A Well --
15   Q -- Association?
16   A -- we run it with about three contractors that are
17   members.
18   Q Who are the three contractors that are members?
19   A Sprinkmann and Sons, McDermott Insulation out of
20   Rockford, and ourselves.
21   Q Were there any members in addition to these three
22   at any point during the -- talking about going back
23   to the '50s?
24   A The high point was probably 11.
25   Q Did the group hold meetings from time to time?

Page 39

1    A Yes.
2    Q There was a secretary?
3    A Only whoever was our executive secretary at a given
4    time.
5    Q Has this group of insulation contractors, the
6    association, been around since 1950 or even before?
7    A I would think so.
8    Q Were there discussions about the OSHA issues
9    relating to asbestos at the meetings of this
10   association?
11   A Not that I recall.
12   Q Were there any discussions about asbestos at this
13   association?
14   A No.
15   Q What information today does L & S make available to
16   any of the persons involved with these jobs about
17   asbestos hazards?
18   A What information do we make available to the people
19   about asbestos hazards?
20   Q Yes.
21   A It doesn't exist, and we don't do removal work. We
22   don't -- We don't allow our people to go into areas
23   and do retrofit work.
24   Q What do you mean by "retrofit work"?
25   A Removing existing insulation or equipment.

Page 40

1    Q When did the ban against doing that type of work
2    begin at L & S Insulation?
3    A When they stopped manufacturing asbestos, we stayed
4    out of that field and intended to stay out of it.
5    Q I need to know the approximate time period.
6    A It's '70, '71.
7    Q All right. What information was provided to
8    persons back in '70 or '71 about stopping any type
9    of retrofit work?
10   A Retrofit?
11   Q Right, sorry.
12   A There was no information. It was just not our
13   field of work, and we didn't bid on it, so we
14   weren't involved in it. We wouldn't allow our
15   men -- We wouldn't bid on that type work, so they
16   were never involved.
17   Q So who gave this directive in the company?
18   A We all agreed that we didn't want to get into the
19   field.
20   Q And when you say "we all agreed," are you referring
21   to the persons that were owners back then?
22   A Owners, operators, estimators. Approximately five
23   people.
24   Q This would have included yourself and Mr. Switala;
25   is that right?

Page 41

1    A   Yes.
2    Q   Who else was involved at that time?
3    A   Frank Lovek.
4    Q   How do you spell his name?
5    A   L-O-V-E-K.
6    Q   And who else was involved?
7    A   Mark Borchardt.
8    Q   Mark Borchardt?
9    A   Yes.
10   Q   Is that your son?
11   A   Yes.
12   Q   Who else was involved?
13   A   That's about it.
14   Q   Did you say there's no one else involved besides
15       you, Mr. Switala, Mr. Lovek and your son Mark; is
16       that right?
17   A   In that time frame?
18   Q   Yes.
19   A   Those were the only people in the office, other
20       than the girls.
21   Q   How about the estimators?
22   A   They are all estimators.
23   Q   What was the geographical territory for the
24       insulation work back in the '50s and the '60s and
25       early '70s?

Page 42

1    A   Southern part of Wisconsin indicated by
2        international lines -- union lines drawn up. It
3        zigzagged across the state from Waupun to La Crosse
4        up. That was our territory, from there down to the
5        state line and five counties around Rockford.
6    Q   What did you say was the northern boundary?
7    A   It varied by counties through Waupun going up and
8        down, a line heading for La Crosse. That exists to
9        this day.
10   Q   The same territory still?
11   A   Yes.
12   Q   And how was that territory determined?
13   A   By the unions.
14   Q   Who were your competitors within that territory
15       back in the '50s and '60s and early '70s for the
16       insulation work?
17   A   You want all the companies?
18   Q   Yeah, as best you can recall.
19   A   Oh, Universal Insulation, Armstrong, Sprinkmann,
20       Milwaukee Insulation, Boll, B-O-L-L, Industrial.
21       There might be more.
22   Q   Have you named the major ones here?
23   A   I think so.
24   Q   Universal, Armstrong, Sprinkmann. Did you say
25       Milwaukee Industrial?

Page 43

1    A   Milwaukee Insulation.
2    Q   And Boll?
3    A   Boll Industrial.
4    Q   Boll Industrial. Okay. Which of those companies
5        are in business today?
6    A   Sprinkmann. Armstrong is in business nationally
7        but not in this area.
8    Q   So the others have dropped out?
9    A   Liquidated, retired, quit.
10   Q   Did L & S ever acquire any of its competitors?
11   A   No.
12   Q   All right. What are the major sites at which L & S
13       did insulation work in the '50s and '60s and early
14       '70s?
15   A   Oh, boy.
16   Q   I know you can't name them all, but if you just --
17   A   Generally schools, any newer plant companies -- In
18       the sense that we went after the new work; schools,
19       hospitals, churches, factories, whatever was being
20       built that had insulation in it in that time frame.
21   Q   Breweries?
22   A   No, we didn't work in breweries.
23   Q   What about for the roofing type work that had the
24       asbestos in it? What were your main --
25   A   Now, you're talking about small churches, small

Page 44

1        factories. Never any large work.
2    Q   Were there any government facilities other than
3        schools for which L & S did insulating work in the
4        '50s through the early '70s?
5    A   We have always worked on the campus at Madison and
6        perhaps other scattered campuses involving the
7        University of Wisconsin.
8    Q   How often did L & S change suppliers on the
9        asbestos products back in the time when those were
10       being used? Was that a frequent thing, or was it
11       the same supplier for many years?
12   A   We purchased the material from Building Services
13       Industrial Sales. The requirements were, let's
14       say, 50 feet or 30 feet or 10 feet or something. I
15       would ask them to supply it. They might supply --
16       They will always supply me. When I ask for calsil
17       material, it can be from any number of
18       manufacturers. If they didn't have it, they buy it
19       from a competitor.
20   Q   Is it correct to say or am I right in saying that
21       Building Services was the supplier for the asbestos
22       insulation products throughout the period of time
23       that those were used by S & L Insulation?
24   A   No.
25   Q   What other suppliers were there besides Building

Page 45

1   Services?
2   A   Allied came into the picture.
3   Q   Is that an operation here in Milwaukee?
4   A   Yes.
5   Q   Allied, what is the name of the?
6   A   Allied -- I think it's Allied Industrial
7       Insulation.
8   Q   Okay. What other suppliers for the asbestos
9       insulation products did L & S use?
10  A   Aircell and woolfelt were purchased from AAA out of
11      Chicago.
12  Q   What other suppliers for the asbestos insulation
13      products were used?
14  A   There aren't any others.
15  Q   The purchasing of the asbestos products, that was
16      by accounts that were set up with these suppliers
17      that you've named?
18  A   What is your question?
19  Q   Did L & S have accounts with Building Services and
20      Allied Industrial and AAA?
21  A   Yes.
22  Q   Did statements come in on these accounts?
23  A   Sure, they did.
24  Q   Where are the account statements maintained today?
25  A   There aren't any.

Page 46

1   Q   Are you saying that all of these records have been
2       destroyed? I mean, do you know they have all been
3       destroyed?
4   A   To my knowledge, they have. They don't exist.
5   Q   Did you have responsibility for any activities
6       involving destruction of the records?
7   A   No.
8   Q   So you're not aware actually of any job files that
9       have been destroyed; is that right?
10  A   If there are any, they're in the hands of someone
11      that -- from a previous deposition that they were
12      given, and I can't even tell you if that exists.
13  Q   Is this the prior deposition, the one asbestos case
14      that you talked about?
15  A   Yes, Cliff Newbauer.
16  Q   What files, to the best of your recollection, were
17      turned over in connection with Mr. Newbauer's case?
18  A   Anything that was in our possession that showed
19      which jobs he had worked on.
20  Q   Information about the jobs that he worked at, the
21      places?
22  A   Yes.
23  Q   What about information concerning the products that
24      were used on those jobs -- the job files?
25  A   That would have been those files on a work ticket,

Page 47

1   a material ticket.
2   Q   When did you give the deposition in Mr. Newbauer's
3       case?
4   A   1980.
5           MS. GAVIN: I'm sorry, what did you say?
6           MR. TERSCHAN: 1980.
7   BY MR. McCOY:
8   Q   And those files that were turned over from Mr.
9       Newbauer's case related just to the job sites, to
10      the best of your knowledge, Mr. Newbauer's job
11      sites; is that right?
12  A   I think at that time there were two or three other
13      people involved; and to the degree that they were
14      involved, they were part-time occasional employees
15      of ours. Whatever was requested for them was also
16      supplied at that time.
17  Q   Who were the other persons involved?
18  A   Bill Globig was one.
19          MR. CONTA: What was that name?
20          THE WITNESS: Bill Globig.
21          MR. TERSCHAN: G-L-O-B-I-G.
22  BY MR. McCOY:
23  Q   Who was the other part-time person?
24  A   I think Frank Witkowski (phonetic).
25  Q   Can you spell Frank's name? Do the best you can.

Page 48

1   A   Phonetically spell it.
2   Q   Frank Witkowski?
3   A   Polish-type sounding.
4   Q   Who was involved in that case?
5   A   Who was involved.
6   Q   Yes.
7   A   What do you mean? With respect to our files?
8   Q   Yes.
9   A   I don't really recall anymore. They were all
10      someone that might have worked for us for three
11      months or six months in some time frame. Frank --
12      Cliff was the only permanent worker.
13  Q   And his last name, I think you said, was Newbauer?
14  A   N-E-W-B-A-U-E-R.
15  Q   How was the production or turn-over of the records
16      handled in Mr. Newbauer's case?
17  A   They were brought into the deposition. I can't
18      tell you what happened after that.
19  Q   Who was the attorney representing L & S Insulation
20      in that case?
21  A   Chester Niebler.
22  Q   Do your best to spell that last name, Chester's
23      last name. '
24  A   It's just like Niebler and Niebler, N-I-E-B-L-E-R.
25  Q   So this was at the time that Mr. Niebler was also

ELMER H. BORCHARDT KUSCH vs. ACandS, et al.

Case 3:09-cv-00475-slc   Document 1 Filed: 11/30/15   Page 19 of 36
Condensit™

Page 49

1    doing the company's tax work; is that right?
2  A  Yes.
3  Q  And he was the one responsible for the production
4    or turning over of the records?
5  A  No.
6  Q  Who was responsible for that?
7  A  We were asked to produce whatever information we
8    had relating to these people. We produced it,
9    brought it along with us; and it wasn't Chet's
10    responsibility. He was just there to see that
11    everything was orderly.
12  Q  Okay. Maybe we'll just take that a little more
13    step by step. Who actually gathered the
14    information originally back at the L & S office for
15    Mr. Newbauer's case?
16  A  Whoever. I suppose Bonnie pulled the files out.
17    1980, maybe it was Peg. Yeah, probably Peggy. She
18    dug through the records and found the job related
19    to these people and gathered them and put them
20    together in groups.
21  Q  All right. And then after she had put together the
22    files, what happened next?
23  A  We took them to the deposition.
24  Q  Who took them to the deposition?
25  A  Chet and I physically carried them in.

Page 50

1  Q  Mr. Niebler and yourself?
2  A  Yes.
3  Q  What happened to them at the deposition?
4  A  I can't tell you. I don't know.
5  Q  Have you seen those records since the deposition?
6  A  No.
7  Q  Have you ever had any discussions with Mr. Niebler
8    about what happened to the records?
9  A  Mr. Niebler retired and passed away.
10  Q  So do you have any knowledge of what happened to
11    the records after the deposition?
12  A  No, I don't.
13  Q  Did you ever call anyone or make any attempts to
14    get back the records?
15  A  I had no reason to.
16  Q  All right. And you say that since the time that
17    those records were pulled, though, there hasn't
18    been any actual records that have been destroyed,
19    to your knowledge; is that right?
20  A  I can't tell you where any of that is.
21  Q  You can't tell me where it's at; but my question is
22    simply, do you have knowledge that any of those
23    records have been destroyed?
24  A  Whatever was in our possession that wasn't required
25    we have disposed of.

Page 51

1  Q  And how did the disposal of the records take place?
2  A  I can't even tell you that. They were disposed of.
3    I don't know if they hired someone to do it or if
4    they were thrown into a dumpster.
5  Q  Who gave the order to destroy the records?
6  A  I can't tell you who did that either.
7  Q  Why was it done?
8  A  Not for any particular reason other than those --
9    We just don't keep records forever.
10  Q  Are you saying that the job files that weren't
11    taken already -- or let me rephrase that question.
12    Are you saying the job files that were left in the
13    office after the production for Mr. Newbauer's
14    case, that those job files have been destroyed
15    other than the ones in the past seven years?
16  A  I don't know that we had them back in the office;
17    but if they were back in the office, they aren't
18    there now, so they were together with other files
19    that were disposed of.
20  Q  And you don't know who actually gave the
21    instructions or directives in connection with the
22    disposal of the records?
23  A  No, I don't.
24  Q  Does the company have any written policy concerning
25    maintenance of records?

Page 52

1  A  No written policy; only that which is required, and
2    I rely on Bonnie to do that properly.
3  Q  Before Bonnie, that was Peggy that was doing that?
4  A  That's correct.
5  Q  Other than the times when you met Mr. Kusch at the
6    contractors meetings up in Door County, have you
7    had any contact with him, Gene Kusch?
8  A  Not at all.
9  Q  What products or contracts has L & S Insulation had
10    with Mr. Kusch's company?
11  A  None. To my knowledge, none.
12  Q  Does your company have a list of its customers?
13  A  Phone list.
14  Q  I believe we asked some questions, and you gave us
15    some answers about the source of the insulation
16    asbestos products. What about the roofing asbestos
17    products? What was the source for those suppliers?
18  A  I don't know. There might have been some asbestos
19    felts. I can't tell you where they came from.
20  Q  I think you said there's -- You said there's some
21    corrugated for the roofing?
22  A  Well, that's Keasby in Madison.
23      MR. CONTA: What was the answer?
24      MR. TERSCHAN: Keasby in Madison. Same
25    time as the last time he was asked that.

Page 53

1   MR. McCOY: We should probably take a
2   short break.
3       (Recess taken.)
4       (Exhibit No. 1 was marked.)
5   BY MR. McCOY:
6   Q   Mr. Borchardt, your attorney has placed in front of
7       you a document that I gave him, which is marked as
8       Exhibit No. 1 for your deposition. Did you have
9       the opportunity to determine if there were any
10      records at L & S Insulation that are referred to in
11      that deposition notice?
12  A   There are none.
13  Q   Did you make a search through the company records
14      yourself to determine that or ask someone to do it
15      for you?
16  A   I'm just aware that there aren't any.
17  Q   And how are you aware that there are not any? You
18      have personal knowledge of that?
19  A   Only by the fact that Bonnie retains seven years, I
20      believe.
21  Q   Well, did you discuss with her what job files may
22      still be available at L & S Insulation that are
23      more than seven years old?
24  A   There aren't any. They have been disposed of.
25      Whatever is older than that time frame has been

Page 54

1       disposed of.
2   Q   How do you know that for certain?
3   A   I'm relying on her honesty in telling it to me.
4   Q   So you're relying on her having done that, cleaned
5       out the files other than the ones that are over
6       seven years --
7   A   Yes.
8   Q   -- or within the last seven years?
9   A   Yes.
10  Q   Do you have any other basis apart from her having
11      that responsibility for knowing that there are no
12      files that are over seven years old?
13  A   No. I thought I understood the question, did I
14      have any knowledge other than -- yeah, no, I don't
15      have.
16  Q   You're relying on her?
17  A   Yes.
18  Q   Now, this -- I believe you said that Mr. Niebler
19      who was representing you back in the lawsuit, the
20      asbestos case back -- or representing your company
21      back in 1980, Mr. Niebler was with a company called
22      Niebler and Niebler?
23  A   Yes.
24  Q   And I believe you said Chester Niebler has passed
25      away?

Page 55

1   A   Yes.
2   Q   What about the other Niebler?
3   A   John Niebler is there now. Those were the Niebler
4       and Niebler.
5   Q   So John Niebler still has the office?
6   A   Yes, Niebler, Pyzyk, Wagner, et cetera.
7   Q   Do you still have any -- I don't want to get into
8       the communications you have had with Mr. Niebler
9       because they were your attorneys, do you still have
10      any contact with John Niebler?
11  A   He handles our real estate trust and our childrens'
12      trust.
13  Q   Were there any other attorneys apart from Niebler
14      and Niebler that were involved in the 1980 case on
15      behalf of L & S?
16  A   No.
17  Q   I'm going to show you some pictures -- I'm not
18      going to mark them right now -- but I would like to
19      find out if you recognize any of these pictures as
20      products, asbestos products that L & S used back in
21      the '50s, '60s and '70s.
22          MR. CANNON: Excuse me, Counsel, I'm
23      going to insist that those be marked and made
24      exhibits in this deposition; any documents that you
25      show the witness.

Page 56

1           MR. McCOY: I have no problem.
2           MR. CANNON: I would like those
3       circulated before they're shown.
4           MR. McCOY: That's fine.
5   BY MR. McCOY:
6   Q   Mr. Borchardt, what recollection do you have about
7       the names of any of the manufacturers or the
8       product labels of the asbestos insulation products
9       that L & S used?
10  A   Owens-Corning manufactured Kaylo.
11          MR. CONTA: Can you speak loudly, please?
12          THE WITNESS: Owens-Corning manufactured
13      Kaylo.
14  BY MR. McCOY:
15  Q   Okay.
16  A   Johns-Manville manufactured thermobestos
17      (phonetic). Those are the common ones. There
18      could be others.
19  Q   Those products then were supplied for some of the L
20      & S work; is that right?
21  A   For that little portion that we used, yes.
22  Q   When you said Owens-Corning supplied Kaylo, what
23      was the Kaylo used for?
24  A   No.
25          MR. TERSCHAN: He said, "Owens-Corning

Page 57

1   manufactured Kaylo." That's what his testimony is.
2       MR. McCOY: He said it was used for L & S
3   work.
4       MR. TERSCHAN: That's correct. That is
5   not the same as your statement.
6   BY MR. McCOY:
7   Q  The L & S work where the Kaylo was used, what type
8      of work was that?
9   A  High temperature equipment, primarily breachings
10     off of boilers on the average job.
11  Q  What's breaching?
12  A  An exhaust -- hot gas exhaust off of a boiler.
13  Q  Is that a pipe?
14  A  Could be round or rectangular.
15  Q  What's the form that the Kaylo came in? Was this
16     in the form of the lengths of pipe covering, or was
17     this in the block form?
18  A  Both.
19  Q  So both the pipe coverings and the blocks of Kaylo
20     were used on some of the L & S work; is that right?
21  A  To the degree that it was specified and in whatever
22     ratio, yes, or thermobestos or whatever.
23  Q  Can you recall the names of any of the other
24     manufacturers or product labels for the asbestos
25     insulation products that L & S used in its work?

Page 58

1   A  No, but I would be happy to answer any list that
2      might jog my memory.
3   Q  Was the Kaylo used before 1959?
4   A  If required, yes.
5   Q  And it was also used after 1959?
6   A  Yes.
7   Q  All right. We can circulate the pages. Have I
8      exhausted your memory on the actual product names
9      that you recall L & S using in the work --
10  A  I think there was from Pabco, P-A-B-C-O.
11  Q  What was the Pabco used for?
12  A  Same type of calsil material.
13  Q  Was it also used in the boiler breachings?
14  A  That's primarily where it would have been used.
15  Q  And was this also in the pipe covering, lengths and
16     in the block forms, both?
17  A  If it were round or rectangular, yes. Seems to me
18     that there's an Atlas Asbestos out of Canada.
19  Q  Atlas Asbestos from Canada?
20  A  I think they manufactured it, also.
21  Q  That was another company whose products were used
22     in the L & S work?
23  A  Well, they were available. I can't tell you the
24     degree that we used any of those. I can't tell you
25     exactly how much Kaylo we used. Again,

Page 59

1   Johns-Manville, again Atlas or Pabco.
2   Q  But you did -- or L & S did use all four in
3      connection with its work; is that right?
4   A  Periodically.
5   Q  Have I now exhausted your memory on the asbestos
6      insulating products?
7   A  I'd be happy to -- Give me a list. I will tell you
8      if I can remember any of them. That's to the best
9      of my knowledge.
10  Q  Did you have anything further you wanted to say? I
11     just want to make sure I've exhausted your memory.
12  A  No.
13  Q  While everybody is looking at this, we have a
14     couple more questions.
15       (Exhibit No. 2, 3 and 4 were marked.)
16       (Recess taken.)
17  BY MR. McCOY:
18  Q  All right, Mr. Borchardt, we have had in front of
19     you what I believe is Exhibit 2 for your
20     deposition?
21  A  Yes.
22  Q  And there are some photos on that, and can you tell
23     us which ones that you have any recollection of?
24       MR. TERSCHAN: Any recollection of or --
25  BY MR. McCOY:

Page 60

1   Q  Any recollection of those photos.
2       MR. CANNON: Objection to that question
3   as vague and unintelligible.
4       MS. GAVIN: Join, and also no foundation.
5   BY MR. McCOY:
6   Q  You can go ahead and answer.
7       MR. TERSCHAN: Do you have any
8   recollection of ever hearing or seeing any of them
9   from when you were born to today.
10      THE WITNESS: You want them by numbers?
11  BY MR. McCOY:
12  Q  Yes, you can tell us the numbers.
13  A  Nine, ten and eleven are Kaylo. Certainly aware of
14     that. I have heard of Unibestos. That's number
15     11, Unibestos.
16  Q  Does looking at those pictures bring back any more
17     memories about products that were used in the work
18     of L & S Insulation?
19  A  Bring back memories of?
20  Q  Bring back any other memories about products that
21     were used in the work of L & S Insulation?
22  A  Not any more. I have always testified that the
23     calsil -- calcium silicate products that we used on
24     any of our jobs were so minimal, and they related
25     to high-temperature work in the boiler room, which

Page 61

```
 1      you could account for one percent of the jobs in
 2      relation to all the other products; that, and we
 3      did use Kaylo.  Someone might have furnished us
 4      Unibestos.  I wouldn't even know.
 5    Q So after looking at Exhibit 2, though, you don't
 6      have any further recollection of any of the
 7      asbestos products that were used in the business of
 8      L & S; is that right?
 9    A No, I don't recognize those others.
10    Q Did L & S purchase any Calsilite products?
11    A Not to my knowledge.
12    Q Now, in front of you now is Exhibit No. --
13    A Three.
14    Q Three.  And that also has some photos there, and I
15      have the same question for you, which is, after
16      looking at Exhibit 3, do you recognize any of those
17      products that were used in the business of L & S
18      Insulation?
19    A None.  I recognize Zonolite just by trade name.
20    Q But you don't have a recollection of that being
21      used in the business of L & S Insulation; is that
22      right?
23    A I'm not even aware that it contains asbestos.
24    Q So the answer is, you're not aware that it was used
25      in the business of L & S?
```

Page 62

```
 1    A No, it wasn't.
 2    Q All right.  And then Exhibit No. 4 is the other
 3      page with some photos on it.  In looking at those
 4      photos, do you recognize any of those as products
 5      used in the business of L & S Insulation?
 6    A No.
 7    Q All right.  Who do you know that works for the
 8      Sprinkmann Company?
 9    A Today?
10    Q Sprinkmann and Sons.
11    A Today?
12    Q Today or in the past.
13    A Well, in the past I knew by name some of the
14      Sprinkmann family.  No association with them.
15      Presently, I know Mr. Ralph Van Beck.  He's in
16      charge of the insulation division of that company.
17      I know some of their estimators but only through
18      meeting them at one of the exchanges.
19    Q Which of the Sprinkmann family members did you
20      know?
21    A Bill Sprinkmann, and I think his father.  When he
22      first started, his father was prominent in the
23      business.
24    Q What was his father's name?
25    A I don't know.
```

Page 63

```
 1    Q How often did this Wisconsin Insulation Contractors
 2      Association have meetings?
 3    A We were the negotiating team for the contractors
 4      with the union, and we met in relation to that and
 5      other union activities such as trade boards,
 6      apprenticeship committees and then perhaps a
 7      Christmas party.
 8    Q So there would be several meetings during the
 9      course of most years; is that right?
10    A Per year.
11    Q When did you start going to meetings at the
12      Insulation Contractors Association of Wisconsin?
13    A Late '70s.
14    Q And who attended meetings on behalf of L & S before
15      you?
16    A Harry Switala.
17    Q Was there ever a policy adopted by the Wisconsin
18      Insulation Contractors Association concerning
19      asbestos use?
20    A Not to my knowledge.
21    Q Was there ever anything adopted concerning health
22      and safety matters of asbestos?
23    A No, not to my knowledge.
24    Q Where are the records of this association kept at?
25    A At our executive secretary.
```

Page 64

```
 1    Q Who is currently the executive secretary?
 2    A Mrs. Deborah Wanta.
 3    Q Deborah, what is her last name?
 4    A Wanta, W-A-N-T-A.
 5    Q Deborah Wanta?
 6    A Yes.
 7    Q And which company is she associated with?
 8    A That's her -- She works out of her home, but the
 9      records that she has are financial.  There are no
10      other records.  We keep our own trade board records
11      or own apprenticeship records.  That's all done by
12      the people that are elected to those positions.
13      That's not in her hands.
14    Q What about the minutes of meetings?  Where are
15      those kept at?
16    A If there are any and she was present, they would be
17      in her possession.
18    Q How long has she been the executive secretary?
19    A Well, her husband was the executive secretary prior
20      to her; together, perhaps ten years.
21    Q And who played that role before them or who had
22      that role before them?
23    A A variety of people.  I can't recall all their
24      names.  They move on.
25    Q Are there any records available at L & S Insulation
```

Page 65

1    to identify which of the manufacturers' products
2    went to a particular job site for the asbestos?
3    A  The records that we have go back seven years, and
4    the cut-off point was '71, so there wouldn't be
5    anything.
6    Q  Can you recall -- Can you, yourself, recall on some
7    of the job sites which products were used, the
8    asbestos products, which manufacturers' products?
9    A  Be impossible.  I could go to a job site and tell
10   you which is calsil, which is fiberglass; but I
11   couldn't tell you if it was purchased before '71 or
12   after.  That would be a microscopic test.
13   Q  So is it true that you have no recollection of
14   which manufacturers' asbestos products were used on
15   any of the jobs that -- Let me rephrase that
16   question.  Is it true that you have no recollection
17   of which manufacturers' asbestos products would be
18   at a specific job site of L & S?
19   A  That's true.
20   Q  Let me go back for one moment.  You indicated that
21   the suppliers of the asbestos insulation products
22   included Building Services, Allied Insulation and
23   AAA from Chicago?
24   A  Yes.
25   Q  Can you remember other suppliers of the asbestos

Page 66

1    insulation products for the L & S work?
2    A  No.
3    Q  Were there individual employees of L & S that were
4    designated as a foreman or had supervisory
5    responsibilities in connection with the insulation
6    work?
7    A  Only to the degree that the contract would require
8    it.  Our contract presently is that if there are
9    foremen on the job, one has to be designated as a
10   foreman.  That might have been five men one time or
11   ten men.
12   Q  What records are kept showing who were the
13   employees at a particular job site back when the
14   asbestos products were being used in the work of L
15   & S?
16   A  What records are kept?
17   Q  Yes.
18   A  There aren't any.
19   Q  Back in the time period when L & S was using the
20   asbestos insulation products, what safety
21   precautions were taken in connection with their
22   use?
23   A  To the degree -- To the small degree that we used
24   asbestos products and together with all our other
25   products, the men were provided masks, varying

Page 67

1    types of masks.  They wore them if they felt like
2    it.  If they were smokers, they probably didn't.
3    Q  What types of masks were provided?
4    A  Safety dust and fiber masks.
5    Q  Paper?
6    A  Was available at that time.
7    Q  Paper or the cloth type?
8    A  Some were the paper, yes.
9    Q  Were most of them paper?
10   A  No, some were -- There are more paper today only
11   because of dust and fibers.
12   Q  What other types of masks were provided back in
13   that --
14   A  They have evolved into charcoal filters, but we had
15   no requirements for those.
16   Q  So when the asbestos products were being used by L
17   & S Insulation there was no requirement that masks
18   be worn; is that right?
19   A  No, there was -- Masks were always furnished from
20   the time that I started with the company.  They
21   were always available to whoever wanted to use them
22   and wherever they wanted to use them, whether there
23   was asbestos on the site or not.  Ninety-five
24   percent of our worker's work was not asbestos, so a
25   man might ask for a dust mask just for dust.

Page 68

1    Q  Right, I understand.  Well, all I'm trying to ask
2    you again, is it true that there was no requirement
3    that a mask be worn?
4    A  Masks were available.
5    Q  But there was no requirement that they be worn?
6    A  We had no policy that said, you're going to get
7    fired if you don't wear a mask.
8    Q  But again, my question is simply, was there any
9    requirement that they be worn?
10   A  I guess the answer is no.
11   Q  Was there any type of warning information provided
12   by L & S to workers using asbestos?
13   A  No.  We had no information given to us.  We passed
14   no information along.
15   Q  Back in the -- So is it also true to say that there
16   was no type of warning provided to persons who are
17   not working for L & S, but might be working near
18   the L & S employees about the asbestos?
19   A  Please repeat that.
20   Q  I'm sorry if that's a confusing question.  Is it
21   also true that no warnings were provided to persons
22   who were working around the L & S employees about
23   asbestos hazards?
24   A  We had no information to pass on to anyone.
25   Generally -- just volunteering here -- Generally

ELMER H. BORCHARD    KUSCH vs. ACandS, ct al.

Case: 3:09-cv-00475-slc   Document 423-4  Filed: 11/30/15  Page 24 of 36

## Page 69

1  when we worked in the boiler room, there weren't
2  any other people. Everything had been completed.
3  Everyone was gone from the site. We were the only
4  ones there. We were the last trade on the
5  construction site when it came to insulation in
6  these areas. We were the clean-up people. We had
7  to do our work, clean up everything and leave.
8  Q  I appreciate you're volunteering the information.
9  I will move to strike it. There's no pending
10  question, but let me go back to where I was at. My
11  question to you again is, did L & S provide any
12  kinds of warnings about asbestos to persons that
13  were working near its employees?
14  A  We had nothing to give to anyone. We had -- No.
15  Q  So is the answer no?
16  A  I'm sorry, no.
17  Q  Now, let me just ask you about a couple places.
18        MR. TERSCHAN: At the risk of unduly
19  speeding this up, Mr. Borchardt has looked at the
20  entire list of all the names of all the places that
21  you included in your interrogatories, which we will
22  be responding to in due course, so if there are
23  places on that list -- You might want to ask him
24  a general question about the list that you
25  provided.

## Page 70

1  BY MR. McCOY:
2  Q  What recollections do you have about the -- I will
3  withdraw that question. Do you have any
4  recollection about L & S Insulation doing work at
5  Lancaster School?
6  A  No.
7  Q  All right. Do you have any recollection about L &
8  S Insulation doing work at Three Fountain Nursing
9  Home?
10  A  No, I don't.
11  Q  And do you have a recollection about L & S
12  Insulation doing work at Adelman Laundry?
13  A  We did a little work for Adelman direct.
14  Q  Adelman. When you say "direct," what do you mean
15  by that?
16  A  They hired us to insulate some miscellaneous pieces
17  of pipe or whatever were required.
18  Q  So you did not work through a general contractor.
19  You worked directly for Adelman on that job?
20  A  Yes.
21  Q  Approximately, when did you do work for Adelman?
22  I'm talking about L & S.
23  A  Those were just miscellaneous types. I wouldn't
24  remember.
25  Q  Miscellaneous?

## Page 71

1  A  These were very small little repair jobs.
2  Q  It was on more than one occasion, though; is that
3  right?
4  A  Yes. Yes.
5  Q  More than five times?
6  A  I would think so.
7  Q  And what was the nature of the work for Adelman?
8  A  Insulating hot pipe to prevent their people from
9  getting burned.
10  Q  Who is the person at Adelman that actually hired L
11  & S to do the work?
12  A  I wouldn't have the faintest idea. I wasn't
13  involved in it. People that visited and controlled
14  that work are dead.
15  Q  All right. And when did this work for Adelman
16  first begin? Did this begin back in the '50s?
17  A  I would have no way of knowing.
18  Q  It was done while you were the president or
19  while --
20  A  Prior to.
21  Q  So it was done when Harry Switala was president?
22  A  Yes.
23  Q  Do you have any recollection or knowledge about the
24  products that were used to insulate the hot pipe at
25  Adelman?

## Page 72

1  A  No.
2  Q  Do you know who the L & S persons were that did
3  that work?
4  A  No.
5  Q  In the course of your work at L & S, let's go back
6  to the 1950s, how often did you actually have to go
7  out and visit a job site?
8  A  In the late '50s when I started working with the
9  insulation people, I chased around the state
10  measuring work, calling on customers or visited a
11  site along with other people. It would have been
12  Fred Hanson, Bernie Underwood (phonetic) and
13  myself, Harry Switala.
14  Q  So you might visit a site, might even visit more
15  than one site in a day?
16  A  Could have happened, yes.
17  Q  Was there a warehouse operation at L & S
18  Insulation? I'm talking where you check in and out
19  the material for the jobs.
20  A  We warehouse our own material, yes.
21  Q  How big is this warehouse?
22  A  10,000 square feet.
23  Q  Was it the same warehouse back in the '50s and
24  '60s?
25  A  No, we were in a small residence on the south side.

| Page 73 | Page 75 |
|---|---|
| 1    I think it was 616 South 5th Street. | 1   A   No, very few conversations with any of them. No, |
| 2   Q   Were the products still warehoused, though, back in | 2    nothing. |
| 3    the '50s and '60s? | 3   Q   Back in the '50s and '60s was McDermott Insulation |
| 4   A   Did L & S warehouse it back in the '50s and '60s? | 4    a competitor of L & S? |
| 5    Only what we needed. | 5   A   In a sense, but not really because they worked |
| 6   Q   Were those products checked in and out of the | 6    primarily in their five counties in Illinois; and |
| 7    warehouse? | 7    that was not a region that we wanted to bid in. |
| 8   A   Yes. | 8    They very seldom bid in Wisconsin, and we very |
| 9   Q   Now, was there a person who was the manager of the | 9    seldom bid in Illinois. |
| 10    warehouse? | 10   Q   Did you say that L & S never did any insulation |
| 11   A   Not a manager, an employee in charge of the | 11    work for the breweries? |
| 12    warehouse. | 12   A   To my knowledge, very little. We were never |
| 13   Q   Who was running the warehouse back in the '50s? | 13    invited to bid any of their work. |
| 14   A   '50s, Harry managed the warehouse, had a part-time | 14   Q   But at the Oak Creek Power Plant, what insulation |
| 15    truck driver who has deceased. | 15    work did L & S do? |
| 16   Q   What about in the '60s? Who was running the | 16   A   We didn't do any work. I know we did some exterior |
| 17    warehouse? | 17    walls at Oak Creek, one and two. |
| 18   A   A Robert Zalinski (phonetic) who later changed his | 18   Q   What type of work was involved with the exterior? |
| 19    name to Green, which I understand is the same one | 19   A   Corrugated asbestos walls. |
| 20    who ran our warehouse. | 20   Q   And when was that work done? |
| 21   Q   In the '60s? | 21   A   I would have to think in the early '50s. |
| 22   A   '60s and '70s until he retired. It might have been | 22   Q   Did you say units one and two? |
| 23    even into the '80s. | 23   A   Units one and two. |
| 24   Q   Right, and where did Mr. -- You say it's now Mr. | 24   Q   Units one and two. When you say corrugated |
| 25    Green? | 25    asbestos walls, what was put on the walls? What |

| Page 74 | Page 76 |
|---|---|
| 1   A   I think he goes under the name of Robert Green. | 1    was the asbestos used for at work? |
| 2   Q   Where is he living now? | 2   A   Siding. Exterior siding. |
| 3   A   I don't know, but he's in the phonebook. | 3   Q   Okay. Do you know who supplied that siding? |
| 4   Q   In the Milwaukee area? | 4   A   Keasby in Madison. |
| 5   A   Yes. | 5   Q   How about Nordberg Foundry? What work did L & S |
| 6   Q   Robert Green, G-R-E-E-N? | 6    Insulation do there? |
| 7   A   Yes. | 7   A   Where? |
| 8   Q   Does L & S have a retirement or a pension program? | 8   Q   Nordberg Foundry? |
| 9   A   Only for direct office employees because everyone | 9   A   None to my knowledge. |
| 10    else is covered under their program. | 10   Q   What about Milwaukee Vocational School? |
| 11   Q   Cover under the union program? | 11   A   We might have done some periodic small jobs at the |
| 12   A   Under the union. | 12    vocational school. |
| 13   Q   So like Mr. Green, he's a member of a union? | 13   Q   What type of work was involved with those jobs? |
| 14   A   He was a member of the laborers union. | 14   A   Pipe and duct insulation, mostly remodeling any |
| 15   Q   Laborers union? | 15    areas that they changed. |
| 16   A   Yeah. | 16   Q   Approximately when was that work done for the |
| 17   Q   Which laborers union, one here in Milwaukee? | 17    Milwaukee Vocational School? |
| 18   A   In Milwaukee. | 18   A   Over a time -- a long time frame. Small |
| 19   Q   Are you a member of any of the unions yourself? | 19    quantities, different times. |
| 20   A   No. | 20   Q   Several different occasions again? |
| 21   Q   Have you ever been? | 21   A   Oh, probably a dozen. |
| 22   A   No. | 22   Q   This was usually then pipe and duct insulation? |
| 23   Q   Ever have any conversations with any of the | 23   A   Yes. |
| 24    Sprinkmanns, talking about Bill Sprinkmann, his | 24   Q   You did the insulating work -- L & S did the |
| 25    father about any of the asbestos health hazards? | 25    insulating work for that. Is that what would |

Page 77

1    happen, L & S did the insulation in connection
2    with, you know, with the pipe and ducts?
3  A  Yes, mostly as a subcontractor.
4  Q  All right. What about the Milwaukee -- any of the
5    Milwaukee County buildings? What work did L & S do
6    for those buildings?
7  A  Milwaukee County, the County grounds?
8  Q  Yeah, in the County.
9  A  Early time frame. None recently much.
10  Q  How about before 1980?
11  A  1980?
12  Q  Let's make it even earlier. Let's say before 1972.
13  A  I can't think of any.
14  Q  What about an apartment complex at 16th and
15    National? Did L & S do any work at that site?
16  A  Doesn't -- Nothing.
17  Q  Doesn't ring a bell?
18  A  No.
19  Q  What about Greenfield High School?
20  A  I don't think we worked on that project.
21  Q  How about the Wauwatosa Civic Center?
22  A  We did some work there recently; but when it was
23    built, I don't believe we were involved.
24  Q  I have only got a few more questions left. I don't
25    know if we're going to have questions from the

Page 78

1    others here, or is there?
2        MS. SCHUETT: I might have one or two.
3  BY MR. McCOY:
4  Q  I want to go back briefly. You indicated that
5    masks were always available. Do you recall talking
6    about that?
7  A  Yes. I said I know that masks were available when
8    I started with the company.
9  Q  Was there a specific purpose or design type of mask
10    that was chosen?
11  A  No, whatever safety salesman might suggest to us is
12    what was purchased, and I didn't do any of that
13    purchasing.
14  Q  So these masks were not purchased specifically for
15    asbestos, but just for any general type of dust;
16    would that be correct?
17  A  That's correct.
18  Q  Did L & S Insulation make those masks available to
19    anyone at the job sites other than some employees?
20  A  No.
21  Q  Were the masks made available at the job sites, or
22    were they just at the main office?
23  A  They were in the possession of the individual
24    workers.
25  Q  All right. I appreciate your time. I don't have

Page 79

1    any further questions.
2        EXAMINATION
3  BY MS. SCHUETT:
4  Q  I have a couple, sir. You testified that you have
5    no records indicating which supplier supplied any
6    particular asbestos-containing material at any of
7    your job sites; is that correct?
8  A  That's correct.
9  Q  Is it also true, sir, that you have no recollection
10    as to any particular job site as to any particular
11    supplier that supplied asbestos-containing
12    materials as to that job site?
13  A  That's true. It would be impossible for me to know
14    that.
15  Q  Thank you. That's all I have.
16        EXAMINATION
17  BY MR. CONTA:
18  Q  I have two or three questions. Have you met or
19    talked with Mark Fischer?
20  A  No.
21  Q  Do you know who Mark Fischer is?
22  A  No.
23  Q  That's all I have.
24        MR. CANNON: I have nothing.
25        (Proceedings concluded at 12:20 p.m.)

Page 80

STATE OF WISCONSIN )
           ) SS:
MILWAUKEE COUNTY )

    I, SHERYL L. STAWSKI, a Registered
Professional Reporter and Notary Public in and for the
State of Wisconsin, do hereby certify that the above
deposition of ELMER H. BORCHARDT was recorded by me on
the 16th day of July, 1996, and reduced to writing under
my personal direction.
    I further certify that I am not a
relative or employee or attorney or counsel of any of
the parties, or a relative or employee of such attorney
or counsel, or financially interested directly or
indirectly in this action.
    In witness whereof, I have hereunder set
my hand and affixed my seal of office, at Milwaukee,
Wisconsin this 19th day of July, 1996.

        _____
           Notary Public
     In and for the State of Wisconsin
My Commission Expires: August 23, 1998.

'30s [2] 6:16   35:13
'50s [19] 8:17   19:3
34:7   35:14   38:23
41:24   42:15   43:13
44:4   55:21   71:16
72:8   72:23   73:3
73:4   73:13   75:14
75:3   75:21
'60s [16] 20:17   32:2
32:5   34:7   35:14
41:24   42:15   43:13
55:21   72:23   73:3
73:4   73:16   73:21
73:22   75:3
'70 [2]   40:6   40:8
'70s [15] 5:13   8:6
14:24   15:22   28:10
31:3   32:3   32:11
41:25   42:15   43:14
44:4   55:21   63:13
73:22
'71 [5]   27:5   40:6
40:8   65:4   65:11
'80s [2]   14:24   73:23
-vs [1]   1:6
1 [4]    3:6    3:16
53:4   53:8
10 [3]   1:19   37:6
44:14
10,000 [1]     72:22
100 [2] 2:16   8:2
11 [2]   38:24   60:15
111 [1] 2:19
12 [2]   1:20   79:25
1200 [1] 2:6
15 [1]   37:6
150 [1] 2:22
16th [3] 1:19   77:14
80:9
19 [13]   8:24   32:13
32:15   32:24   34:5
34:14   35:1   35:6
35:11   35:17   35:21
35:23   37:23
1950 [4] 8:9    11:12
31:9   39:6
1950s [6]     9:11
9:15   9:21   10:10
18:12   72:6
1957 [5] 7:1     7:3
7:21   7:23   7:24
1959 [2] 58:3    58:5
1970 [3] 17:20   27:5
30:6
1971 [2] 27:20   27:22
1972 [1] 77:12
1980 [10]     22:16
22:19   38:4   47:4
47:6   49:17   54:21
55:14   77:10   77:11
1996 [3] 1:19   80:9
80:18
1998 [1] 80:24
19th [1] 80:18
2 [4]    3:17   59:15
59:19   61:5

20 [1]   1:20    12:6
79:25
23 [1]   80:24
2600 [1] 2:9
3 [3]    3:17   59:15
61:16
30 [3]    19:8   38:2
44:14
305 [1]   2:22
4 [4]    3:13   3:18
59:15   62:2
400 [1]   2:6
403 [1]   2:3
50 [4]   7:13    7:15
32:3   44:14
50,000 [1]     12:1
53 [2]   3:16   3:16
5300 [1]     2:23
53202 [2]     2:17
2:20
53202-3877 [1]
2:13
53202-4206 [1]
3:3
53226 [1]     2:10
55401 [1]     2:7
59 [4]   3:17    3:17
3:17   3:18
5th [1]   73:1
60 [2]   32:4   32:9
60049-0001 [1]
3:6
60610 [1]     2:3
61 [1]   3:17
616 [1]   73:1
62 [1]   3:18
633 [1]   1:18
660 [1]   2:13
70 [3]   31:24   31:25
32:9
700 [2]   2:9    3:3
79 [2]   3:13   3:14
800 [1]   3:3
804.05 [1]     1:14
89 [1]    6:13
9 [1]    1:19
96-C-02215 [1] 1:6

accounts [3]   45:16
45:19   45:22
acquire [3]    7:16
15:14   43:10
acquired [1]   7:24
action [1]   80:15
activities [6]   30:9
30:15   30:18   30:25
46:5   63:5
actual [2]   50:18
58:8
addition [1]   38:21
address [1]   15:13
Adelman [1]   70:12
70:13   70:14   70:19
70:21   71:7   71:10
71:15   71:25
adopted [2]    63:17
63:21
Aerosol [1]   25:16
affixed [1]   80:17
again [8]    18:2
26:22   58:25   59:1
68:2   68:8   69:11
76:20
against [1]   40:1
agent [1]   35:12
agents [1]   35:14
ago [2]   19:16   37:6
agreed [2]    40:18
40:20
agreement [1]   27:16
ahead [2]    25:25
60:6
air [2]   11:21   11:21
aircell [8]    10:3
10:12   25:13   25:15
25:17   25:18   25:21
45:10
AL [2]   1:4    1:7
alive [2] 14:16   20:13
Allen [1]   21:7
Allied [7]    3:4
45:2   45:5   45:6
45:6   45:20   65:22
allow [3]    31:19
39:22   40:14
along [3]    49:9
68:14   72:11
always [8]    31:14
38:5   44:5   44:16
60:22   67:19   67:21
78:5
ANDERSON [1]
2:22
annual [2]    4:18
36:22
answer [8]    27:24
33:25   52:23   58:1
60:6   61:24   68:10
69:15
answered [1]   26:13
answering [1]   33:24
answers [1]   52:15

apart [2] 54:10   59:12
apartment [1]   77:14
apologize [1]   8:24
appeared [9]    2:4
2:7    2:10   2:14
2:17    2:20   2:23
3:4    3:7
appearing [1]   5:2
applied [2]    12:20
12:21
appreciate [2]   69:8
78:25
apprenticeship [2]
63:6    64:11
approve [3]    22:21
23:9   23:13
approved [1]   23:20
approving [1]   22:18
approximate [1]
40:5
area [4]   14:22   30:24
43:7   74:4
areas [3] 39:22   69:6
76:15
Armstrong [3]   42:19
42:24   43:6
army [1] 11:15
articles [2]    28:12
28:14
asbestos [92]    11:10
13:12   13:13   13:18
13:23   13:25   13:25
14:1   16:6   16:9
16:23   22:23   23:2
23:6   23:9   23:14
23:18   23:21   24:9
25:2   25:7   25:11
26:21   26:25   27:5
27:6   27:11   27:19
28:5   28:19   28:23
29:5   29:8   30:13
30:15   30:17   30:18
30:22   30:25   32:24
32:25   33:5   33:21
34:4   37:13   39:9
39:12   39:17   39:19
40:3   43:24   44:9
44:21   45:8   45:12
45:15   46:13   52:16
52:16   52:18   54:20
55:20   56:8   57:24
58:18   58:19   59:5
61:7   61:23   63:19
63:22   65:2   65:8
65:14   65:17   65:21
65:25   66:14   66:20
66:24   67:16   67:23
67:24   68:12   68:18
68:23   69:12   74:25
75:19   75:25   76:1
78:15
asbestos-containing
[2]    79:6   79:11
asbestos-related [1]
32:21   36:2
asbestosis [2]   28:23
33:16
asphalt [1]   14:9

assigned [1]    11:22
associate [1]   5:19
associated [1]   64:7
association [10] 38:6
38:15   39:6   39:10
39:13   62:14   63:2
63:12   63:18   63:24
associations [1]
38:3
Atlas [3]     58:18
58:19   59:1
attempts [1]   50:13
attended [1]   63:14
attorney [12]   4:12
4:22   4:24   16:20
25:24   27:18   36:11
36:12   48:19   53:6
80:12   80:13
attorneys [2]   55:9
55:13
August [1]   80:24
authorize [2]   23:9
23:13
authorizing [1] 22:18
available [12]   39:15
39:18   53:22   58:23
64:25   67:6   67:21
68:4   78:5   78:7
78:18   78:21
Avenue [5]    1:18
2:3    2:6   2:16
2:19
average [1]   57:10
aware [9]    27:3
28:8   28:9   46:8
53:16   53:17   60:13
61:23   61:24
away [2] 50:9   54:10
B-O-L-L [1]    42:20
B-O-O-T-H [1] 19:6
B-O-R-C-H-A-R-D-T
[1]     4:10
balance [1]     6:12
ban [1]   40:1
base [1]   11:25
basis [1] 54:10
became [5]     7:19
8:2   17:25   18:5
19:12
Beck [1] 62:15
become [2]     14:25
28:9
beer [1]   12:15
began [3]      11:13
31:4   31:9
begin [4]      30:25
40:2   71:16   71:16
begun [1]     6:15
behalf [12]     2:4
2:7    2:10   2:14
2:17    2:20   2:23
3:4    3:7   5:2
55:15   63:14
bell [1]   77:14
belonged [1]   34:11

Bernie [1] 72:12

best [9] 6:24 8:3
31:1 42:18 46:16
47:10 47:25 48:22
59:8

between [3] 7:24
18:23 35:1

bid [6] 40:13 40:15
75:7 75:8 75:9
75:13

big [2] 24:21 72:21

Bill [5] 12:22 47:18
47:20 62:21 74:24

bit [1] 6:6

blanket [2] 11:8
11:10

blankets [2] 10:20
10:21

block [2] 57:17
58:16

blocks [1] 57:19

blueprints [1] 9:9

board [1] 64:10

boards [1] 63:5

Bob [1] 4:11

boiler [8] 24:16
24:21 25:8 25:10
57:12 58:13 60:25
69:1

boilers [2] 24:16
57:10

Boll [4] 42:20 43:2
43:3 43:4

Bonnie [12] 19:21
19:24 29:13 29:22
29:23 30:2 30:4
36:17 49:16 52:2
52:3 53:19

bookkeeping [2]
21:23 22:2

Booth [4] 19:4
22:6 29:21 30:5

Borchardt [12] 1:12
4:2 4:8 4:11
9:4 41:7 41:8
53:6 56:6 59:18
69:19 80:8

born [1] 60:9

boss [2] 13:3 13:4

bought [1] 7:14

boundary [1] 42:6

boy [1] 43:15

brand [1] 18:15

breaching [2] 25:9
57:11

breachings [2] 57:9
58:13

break [2] 8:25
53:2

breweries [5] 12:13
12:14 43:21 43:22
75:11

briefly [1] 78:4

bring [1] 60:16 60:19
60:20

broke [1] 11:25

Brookfield [1] 2:23

brought [3] 17:9
48:17 49:9

Build [1] 13:11

building [12] 2:6
2:14 23:17 23:22
23:24 25:3 25:4
44:12 44:21 44:25
45:19 65:22

buildings [4] 13:16
13:16 77:5 77:6

built [2] 43:20 77:23

Bureau [1] 12:20

burned [1] 71:9

business [30] 6:1
6:15 6:17 6:18
7:1 7:6 7:12
24:22 24:24 25:1
26:4 26:8 27:7
27:9 27:14 31:5
32:14 34:18 34:22
35:7 35:12 37:10
43:5 43:6 61:7
61:17 61:21 61:25
62:5 62:23

busted [1] 11:19

buy [1] 44:18

C [3] 2:1 3:1
3:1

cadet [1] 11:21

calcium [1] 60:23

California [2] 19:10
19:18

calsil [7] 9:22
10:13 18:16 44:16
58:12 60:23 65:10

Calsilite [1] 61:10

campus [1] 44:5

campuses [1] 44:6

Canada [2] 58:18
58:19

CANNON [8] 2:18
2:19 12:4 26:13
55:22 56:2 60:2
79:24

cap [2] 6:20 6:20

capable [1] 33:24

cards [1] 19:19

care [3] 30:2 30:4
30:12

carried [1] 49:25

Cascino [1] 1:17
2:2

case [13] 1:6 4:14
46:13 46:17 47:3
47:9 48:4 48:16
48:20 49:15 51:14
54:20 55:14

cases [3] 16:5 16:8
33:5

cement [1] 10:14
10:16

Center [1] 77:21

certain [3] 17:7
23:14 54:2

Certainly [1] 60:13

certify [2] 80:7
80:11

cetera [1] 55:6

change [2] 18:3
44:8

changed [3] 17:15
73:18 76:15

changeover [2] 17:23
17:24

changes [3] 8:13
8:18 34:21

charcoal [1] 67:14

charge [3] 19:11
62:16 73:11

chased [1] 72:9

check [2] 22:10
72:18

checked [1] 73:6

Checking [1] 9:17

checks [3] 22:4
22:8 22:17

Chester [2] 48:21
54:24

Chester's [1] 48:22

Chet [1] 49:25

Chet's [1] 49:9

Chicago [3] 2:3
45:11 65:23

chief [1] 13:1

children [4] 5:19
5:20 5:20 6:1

childrens' [1] 55:11

chosen [1] 78:10

Christmas [2] 19:19
63:7

churches [2] 43:19
43:25

circulate [1] 58:7

circulated [1] 56:3

Civic [1] 77:21

claim [2] 33:22
37:13

claims [8] 33:18
36:1 36:2 36:4
36:9 36:11 36:12
36:15

Clay [1] 2:17

clean [2] 30:24 69:7

clean-up [1] 69:6

cleaned [1] 54:4

Cliff [4] 16:13 16:14
46:15 48:12

cloth [1] 67:7

college [1] 11:17

commencing [1]
1:19

commercial [2] 13:15
24:13 24:15

Commission [1]
80:24

committees [1] 63:6

common [1] 56:17

communications [1]
55:8

comp [1] 36:15

companies [4] 10:1
42:17 43:4 43:17

company [38] 2:11
2:20 2:24 5:5
5:6 5:7 5:9
5:14 5:16 5:18
9:20 11:7 11:7
14:18 14:20 15:1
15:21 18:1 18:5
22:8 31:22 33:22
36:1 36:9 36:12
40:17 51:24 52:10
52:12 53:13 54:20
54:21 58:21 62:8
62:16 64:7 67:20
78:8

company's [1] 49:1

compensation [2]
36:2 36:9

competitor [2] 44:19
75:4

competitors [2] 42:14
43:10

complete [1] 11:16

completed [1] 69:2

complex [1] 77:14

compliance [2] 26:19
29:11 29:24 30:2
30:4 30:8

comprised [1] 18:20
18:21

concern [1] 16:23

concerning [8] 16:6
16:9 17:14 26:19
46:23 51:24 63:18
63:21

concluded [1] 79:25

concluding [1] 1:20

conferences [1] 4:18

confused [2] 6:6
15:6

confusing [1] 68:20

connection [8] 33:4
33:17 46:17 51:21
59:3 66:5 66:21
77:1

construction [1]
69:5

Conta [7] 3:2
3:14 27:24 47:19
52:23 56:11 79:17

contact [6] 35:1
35:5 35:11 35:16
52:7 55:10

contacts [1] 35:21

contains [1] 61:23

continue [2] 14:21
19:7

continued [1] 19:11

contract [6] 17:2
17:4 24:18 31:18
66:7 66:8

contractor [3] 37:8
37:11 70:18

contractors [11] 36:25
38:6 38:13 38:16
38:18 39:5 52:6
63:1 63:3 63:12
63:18

contracts [2] 17:8
24:5 52:9

controlled [1] 71:13

conversations [2]
74:23 75:1

converting [1] 9:9

COOK [1] 2:12

copy [1] 16:20

corporation [1] 5:5

correct [15] 4:25
8:1 17:6 23:1
23:4 23:7 31:7
34:20 44:20 52:4
57:4 78:16 78:17
79:7 79:8

corrugated [6] 13:11
13:13 14:1 52:21
75:19 75:24

counsel [3] 55:22
80:12 80:14

counties [3] 42:5
42:7 75:6

County [9] 4:19
36:22 37:2 52:6
77:5 77:7 77:7
77:8 80:2

couple [3] 59:14
69:17 79:4

course [4] 20:23
63:9 69:22 72:5

COURT [1] 1:1

Cover [1] 74:11

covered [1] 74:10

coverers [1] 31:11

covering [5] 10:12
31:21 32:1 57:16
58:15

coverings [2] 10:9
57:19

Crane [1] 3:7

Creek [2] 75:14
75:17

Crosse [1] 42:3
42:8

CULBERTSON [1]
2:15

customers [2] 52:12
72:10

cut [2] 28:16 28:17

cut-off [1] 65:4

cutting [1] 22:8

D [2] 3:1 3:11

date [3] 7:24 8:2
8:5

dates [1] 37:15

daughter [1] 15:12

dead [1] 71:14

deal [1] 34:23

Deborah [3] 64:2
64:3 64:6

gone [1] 69:3

Gottsacker [4]    32:16
32:18    34:17    35:18

government [1] 44:2

Grace [1]    2:20

Grant-Wilson [1]
2:23

Green [5]    73:19
73:25    74:1    74:6
74:13

Greenfield [1]  77:19

grounds [1]    77:7

group [2]    38:25
39:5

groups [1]    49:20

Grove [1]    3:6

guess [1]    68:10

H [4]    1:12    4:2
4:8    80:8

H-E-M-M-I-N-G-E-R
[1]    35:9

H-U-G [1]    35:15

hand [1] 80:17

handled [8]    13:9
22:4    22:21    22:24
23:19    30:23    33:7
48:16

handles [4]    30:18
30:19    36:15    55:11

handling [1]    23:8

hands [3]    29:13
46:10    64:13

Hanson [1]    12:24
15:7    20:11    20:13
20:16    72:12

Hanson's [1]    12:25

happy [3]    4:22
58:1    59:7

Harry [7]    14:13
19:4    20:19    63:16
71:21    72:13    73:14

hazards [6]    28:4
28:20    39:17    39:19
68:23    74:25

head [2] 34:2    34:18

heading [1]    42:8

health [4]    28:4
28:19    63:21    74:25

hear [2] 26:14    27:15

heard [1]    60:14

hearing [1]    60:8

heating [1]    25:5

helpers [2]    31:16
31:16

helping [1]    22:1

Hemminger [1] 35:7

Henry [1]    35:14

HENSON [1]    2:5

hereby [1]    80:7

herein [1]    4:3

hereunder [1]    80:16

high [4] 31:24    60:12
57:9    77:19

high-temperature [2]
25:8    60:25

HINSHAW [1] 2:15

hired [4] 12:23    51:3
70:16    71:10

hold [1] 38:25

HOLLMAN [1]
2:18

home [3]    38:11
64:8    70:9

homes [1]    13:15

honestly [1]    33:25

honesty [1]    54:3

honorable [1]    9:5

hospital [2]    25:3
25:11

hospitals [1]    43:19

hot [4]    25:9    57:12
71:8    71:24

hours [1]    18:24

Howard [1]    13:5

Hug [1] 35:14

husband [1]    64:19

ID [1]    3:15

idea [5] 22:9    27:23
28:2    37:7    71:12

identify [1]    65:1

Illinois [1]    2:3
3:6    75:6    75:9

immediate [1] 13:4

impossible [2] 65:9
79:13

Inc [6]    1:7    2:7
2:11    2:14    3:4
3:7

include [1]    13:13

included [4]    29:24
40:24    65:22    69:21

incorporated [2]
5:6    5:7

increase [1]    31:23

indicate [1]    18:13

indicated [4]    29:20
42:1    65:20    78:4

indicating [1]    79:5

indirectly [1]    80:15

individual [3]    19:1
66:3    78:23

industrial [11]    2:14
13:16    23:17    24:15
42:20    42:25    43:3
43:4    44:13    45:6
45:20

information [21]
28:4    28:6    28:19
33:4    33:8    33:17
33:20    36:16    39:15
39:18    40:7    40:12
46:20    46:23    49:7
49:14    68:11    68:13
68:14    68:24    69:8

injuries [3]    32:21
36:2    37:13

insist [1]    55:23

inspected [1]    30:10

installed [1]    16:24
16:25

instance [1]    1:13

instructions [1] 51:21

insulate [2]    70:16
71:24

insulating [10]    10:16
24:17    31:1    32:10
34:10    44:3    59:6
71:8    76:24    76:25

insulation [88]    2:10
5:3    5:12    7:25
8:3    8:8    8:10
8:14    8:16    8:20
9:5    9:12    9:16
9:23    9:25    11:8
11:9    11:10    11:14
12:23    13:2    13:3
14:12    16:1    16:2
16:24    17:1    17:12
24:6    29:12    31:4
31:8    32:3    38:6
38:13    38:19    39:5
39:25    40:2    41:24
42:16    42:19    42:20
43:1    43:13    45:7
45:9    45:12    48:19
52:9    52:15    53:10
53:22    56:8    57:25
60:18    60:21    61:18
61:21    62:5    62:16
63:1    63:12    63:18
64:25    65:21    65:22
66:1    66:5    66:20
67:17    69:5    70:4
70:8    70:12    72:9
72:18    75:3    75:10
75:14    76:6    76:14
76:22    77:1    78:18

insulations [1] 25:23

Insulators [1]    29:5

Insurance [1]    2:6

intended [2]    11:3
40:4

interest [1]    28:18

interested [2]    22:15
80:14

international [1]
42:2

interrogatories [1]
69:21

investigations [1]
30:13

invited [1]    75:13

inviting [1]    37:1

invoice [1]    23:24

invoices [3]    22:21
23:20    23:21

involved [23]    22:7
23:8    25:11    30:17
31:5    36:14    39:16
40:14    40:16    41:2
41:6    41:12    41:14
47:13    47:14    47:17
48:4    48:5    55:14
71:13    75:18    76:13
77:23

involving [3]    11:8

44:6    46:6

issues [1]    39:8

issuing [1]    22:4

J.P [1]    3:2

JEFFREY [1]    3:2

job [45]    17:10    17:11
17:15    17:21    17:25
18:4    18:10    18:15
18:24    19:2    19:12
19:20    20:4    20:7
22:21    22:22    23:8
23:20    24:20    30:11
30:11    30:21    46:8
46:24    47:9    47:10
49:18    51:10    51:12
51:14    53:21    57:10
65:2    65:7    65:9
65:18    66:9    66:13
70:19    72:7    78:19
78:21    79:7    79:10
79:12

jobs [20] 9:14    9:17
9:18    11:15    18:18
20:9    23:14    24:13
32:4    39:16    46:19
46:20    46:24    60:24
61:1    65:15    71:1
72:19    76:11    76:13

jog [1]    58:2

John [4] 3:7    55:3
55:5    55:10

Johns-Manville [3]
24:11    56:16    59:1

Join [1] 60:4

July [1] 1:19    80:9
80:18

K-E-A-S-B-Y [1]
13:19

Kaylo [12]    56:13
56:13    56:22    56:23
57:1    57:7    57:15
57:19    58:3    58:25
60:13    61:3

Keasby [5]    13:19
14:2    52:22    52:24
76:4

keep [5] 17:17    27:4
27:4    51:9    64:10

keeping [4]    17:8
17:15    17:24    20:4

Kemper [1]    3:6

kept [14] 17:11    17:21
18:4    18:7    18:17
19:2    19:20    26:5
29:21    29:22    63:24
64:15    66:12    66:16

Kern [1] 3:9

kinds [1]    69:12

Knauf [1]    24:11

knew [5]    29:1
29:3    29:5    36:18    62:13

knowing [2]    54:11
71:17

knowledge [18] 6:25
22:3    28:22    46:4
47:10    50:10    50:19
50:22    52:11    53:18

54:14    59:9    61:11
63:20    63:23    71:23
75:12    76:9

KOZIOL [1]    3:5

KURT [1]    2:22

Kusch [11]    1:4
4:12    4:13    4:16
4:16    4:17    36:19
37:4    37:13    52:5
52:7

Kusch's [1]    52:10

L [108]    1:15    2:10
3:8    5:2    5:11
7:25    8:3    8:7
8:10    8:14    11:14
12:12    12:17    12:19
12:23    13:2    13:3
14:11    16:2    16:24
17:1    17:11    19:8
20:1    20:18    22:24
23:2    23:5    24:14
24:21    26:4    26:8
26:23    28:13    29:12
31:4    31:8    35:1
35:6    36:15    37:22
38:3    39:15    40:2
43:10    43:12    44:3
44:8    44:23    45:9
45:19    48:19    49:14
52:9    53:10    53:22
55:15    55:20    56:9
56:19    57:2    57:7
57:20    57:25    58:9
58:22    59:2    60:18
60:21    61:8    61:10
61:17    61:21    61:25
62:5    63:14    64:25
65:18    66:1    66:3
66:14    66:19    67:16
68:12    68:17    68:18
68:22    69:11    70:4
70:7    70:11    70:22
71:10    72:17    72:5
72:17    73:4    74:8
75:4    75:10    75:15
76:5    76:24    77:1
77:5    77:15    78:18
80:5

L-A [1]  6:20

L-O-V-E-K [1] 41:5

labels [2]    56:8
57:24

laborers [3]    74:14
74:15    74:17

Lancaster [1]    70:5

large [1] 44:1

last [14] 4:9    14:14
19:5    19:22    29:14
37:3    37:16    48:13
48:22    48:23    52:25
54:8    64:3    69:4

late [4]    8:16    9:11
9:15    9:21    10:9
14:24    15:22    63:13
72:8

Laundry [1]    70:12

LAURA [1]    2:12

LaVeirre [3]    6:18
6:21    7:11

law [5]    1:17    2:21

3:5     21:13   36:8
laws [3] 26:20   26:23
27:3
lawsuit [2]     37:19
54:19
learn [1] 28:11
learned [3]     28:4
28:6    37:12
leave [2] 12:2  69:7
left [3] 12:3   51:12
77:24
lengths [2]     57:16
58:15
level [1] 11:16
LIEB [1]        3:2
likely [1]      25:9
liking [1]      12:5
line [7] 10:15  10:17
10:20   10:23   11:3
42:5    42:8
lines [4] 12:15 13:17
42:2    42:2
liquid [1]      14:8
liquidated [3]  32:2
32:6    43:9
list [7] 52:12  52:13
58:1    59:7    69:20
69:23   69:24
live [2] 15:11  19:9
lives [2] 15:12 19:17
living [1]      74:2
Loading [1]     12:15
local [13]      32:13
32:14   32:24   34:5
34:12   34:14   35:1
35:6    35:11   35:17
35:21   35:23   37:23
longer [1]      17:21
longstanding [2]
34:15   35:12
looked [1]      69:19
looking [6]     12:21
59:13   60:16   61:5
61:16   62:3
loudly [1]      56:11
Lovek [2]       41:3
41:15
Ltd [2] 1:18    2:2
M [3]   2:16    3:5
3:5
Madison [1]
14:2    44:5    52:22
52:24   76:4
main [4] 21:11  25:1
43:24   78:22
maintained [1]  45:24
maintenance [3]
26:20   26:24   51:25
major [3]       31:23
42:22   43:12
MALONEY [1]
3:5
man [2] 8:17    67:25
managed [1]     73:14

manager [8]     19:2
32:14   34:19   34:21
34:22   38:10   73:9
73:11
manufacture [1]
23:2
manufactured [6]
10:24   56:10   56:12
56:16   57:1    58:20
manufacturer [2]
23:25   24:12
manufacturers [6]
14:10   18:16   24:8
44:18   56:7    57:24
manufacturers' [6]
13:17   13:20   65:1
65:8    65:14   65:17
manufacturing [1]
40:3
mark [7] 4:13   41:7
41:8    41:15   55:18
79:19   79:21
marked [5]      3:15
53:4    53:7    55:23
59:15
mask [4] 67:25  68:3
68:7    78:9
masks [13]      66:25
67:1    67:3    67:4
67:12   67:17   67:19
68:4    78:5    78:7
78:14   78:18   78:21
Mason [1]       2:13
material [10]   18:13
18:14   23:16   44:12
44:17   47:1    58:12
72:19   72:20   79:6
materials [3]   10:17
18:18   79:12
matters [2]     29:11
63:22
may [1] 53:21
Mayfair [1]     2:9
McCoy [29]      2:2
3:13    4:6     4:11
9:3     11:1    11:5
11:6    12:7    26:3
26:7    26:18   28:3
47:7    47:22   53:1
53:5    56:1    56:4
56:5    56:14   57:2
57:6    59:17   59:25
60:5    60:11   70:1
78:3
McDermott [2] 38:19
75:3
mean [5] 7:3    39:24
46:2    48:7    70:14
measuring [3]   9:18
9:18    72:10
mechanical [1] 36:25
meeting [2]     37:3
62:18
meetings [10]   36:22
36:24   38:25   39:9
52:6    63:2    63:8
63:11   63:14   64:14
member [5]      38:3

38:5    74:13   74:14
74:19
members [9]     28:22
29:7    33:2    35:22
35:23   38:17   38:18
38:21   62:19
memories [1]    60:17
60:19   60:20
memory [4]      58:2
58:8    59:5    59:11
men [6] 18:24   32:3
40:15   66:10   66:11
66:25
met [5] 4:18    36:21
52:5    63:4    69:9
microscopic [1]
65:12
Mid [1] 5:13
Middle [1]      20:17
might [20]      24:10
25:11   28:17   34:21
42:21   44:15   48:10
52:18   58:2    61:3
66:10   67:25   68:17
69:23   72:14   72:14
73:22   76:11   78:2
78:11
Milwaukee [22] 1:18
2:10    2:13    2:17
2:20    3:3     15:13
16:18   42:20   42:25
43:1    45:3    74:4
74:17   74:18   76:10
76:17   77:4    77:5
77:7    80:2    80:17
mineral [1]     9:24
minimal [1]     60:24
Minneapolis [1]
2:7
Minnesota [1]   2:7
minutes [2]     9:1
64:14
miscellaneous [5]
11:15   12:15   70:16
70:23   70:25
missed [1]      7:22
moment [3]      21:1
28:25   65:20
months [2]      48:11
48:11
most [6] 10:11  25:4
25:9    37:22   63:9
67:9
mostly [2]      76:14
77:3
move [2]        64:24
69:9
moved [2]       8:16
30:24
Mrs [1] 64:2
Ms [8]  2:12    2:16
3:5     3:13    47:5
60:4    78:7    79:3
N [6]   2:1     3:1
3:1     3:1     3:8
3:11

N-E-W-B-A-U-E-R
[2]     16:17   48:14
N-I-E-B-L-E-R [2]
22:18   48:24
name [29]       4:7
4:9     4:11    6:19
14:14   19:1    19:5
19:22   20:25   21:2
23:5    29:14   32:16
35:3    36:8    41:4
43:16   45:5    47:19
47:25   48:13   48:22
48:23   61:19   62:13
62:24   64:3    73:19
74:1
named [2]       42:22
45:17
names [7]       18:15
35:16   56:7    57:23
58:8    64:24   69:20
National [1]    77:15
nationally [1]  43:6
nature [2]      33:10
71:7
near [2] 68:17  69:13
necessarily [3] 18:15
24:1    33:13
need [1] 40:5
needed [2]      24:6
73:5
negotiating [1] 63:3
NEILSON [1]    2:5
NELSON [1]      2:21
NESS [1]        2:8
never [8]       23:5
30:17   30:20   31:4
40:16   44:1    75:10
75:12
new [1] 43:18
Newbauer [5]    16:13
16:14   16:15   46:15
48:13
Newbauer's [7] 46:17
47:2    47:9    47:10
48:16   49:15   51:13
newer [1]       48:15
newspaper [2]   28:12
28:14
newspapers [1] 28:21
next [1] 49:22
Niebler [31]    21:13
21:13   21:16   21:17
21:17   21:20   21:20
21:23   21:23   48:23
48:24   48:24   48:25
50:1    50:7    50:9
54:18   54:21   54:22
54:22   54:24   55:2
55:3    55:3    55:4
55:5    55:6    55:8
55:10   55:13   55:14
Nine [1] 60:13
Ninety-five [1] 67:23
none [11]       10:19
12:18   16:4    22:12
30:10   52:11   52:11
53:12   61:19   76:9

77:9
Nordberg [2]    76:5
76:8
North [4]       2:3
2:9     2:22    3:3
northern [1]    42:6
Notary [3]      1:16
80:6    80:22
nothing [4]     69:14
75:2    77:16   79:24
notice [1]      1:15
3:16    53:11
now [2] 8:15    9:11
15:11   17:17   19:18
21:23   22:23   27:19
34:21   36:18   38:1
43:25   51:18   54:18
55:3    55:18   59:5
61:12   61:12   69:17
73:9    73:24   74:2
number [3]      31:20
44:17   60:14
numbers [2]     60:10
60:12
Nursing [1]     70:8
O [2]   3:1     3:8
O'NEIL [1]      2:18
Oak [2] 75:14   75:17
oath [1] 4:3
Object [1]      26:13
objected [1]    26:16
Objection [1]   60:2
occasion [1]    71:2
occasional [1] 47:14
occasionally [2]
4:18    34:24
occasions [1]   76:20
occur [3]       7:19
17:25   18:4
occurred [1]    8:14
8:18    17:22   17:23
off [5] 9:9     25:9
26:1    57:10   57:12
offered [2]     7:11
12:9
office [16]     3:5
17:9    19:2    20:10
26:11   36:16   38:7
41:19   49:14   51:13
51:16   51:17   55:5
74:9    78:22   80:17
officer [1]     13:1
offices [4]     1:17
2:2     38:9    38:10
often [3] 44:8  63:1
72:6
old [2] 53:23   54:12
older [1] 53:25
one [30] 5:24   6:5
7:5     7:9     10:6
11:1    16:12   21:2
32:1    34:12   35:7
37:4    41:14   46:13
47:18   49:3    61:1
62:18   65:20   66:9
66:10   71:2    72:15

73:19   74:17   75:17
75:22   75:23   75:24
78:2

oncs [6] 42:22   51:5
54:5   56:17   59:23
69:4

operates [1]    38:11
operating [1]    13:1
operation [2]    45:3
72:17

operations [1]   16:2
operators [1]   40:22
opportunity [1] 53:9
order [1] 51:5
orderly [1]    49:11
originally [2]   7:16
49:14

OSHA [10]     29:9
29:11   29:24   30:2
30:4   30:5   30:8
30:10   30:10   39:8

OTJEN [1]     3:2
ours [1] 47:15
ourselves [1]    38:20
outings [2]    36:25
37:4

outside [1]    22:25
overall [1]    24:19
Owens-Corning [5]
24:11   56:12   56:12
56:22   56:25

own [11] 5:14   6:2
6:4   6:7   6:11
6:13   30:23   37:10
64:10   64:11   72:20

owned [2]     6:18
27:7

owner [7]     5:16
6:4   6:24   7:20
8:3   15:4   15:4

owners [4]     5:18
30:23   40:21   49:11
owns [3] 6:6    6:8
6:10

P [7]    1:4    2:1
2:1    3:1    3:1
3:8    3:9

P-A-B-C-O [1] 58:10
p.m [2] 1:20   79:25
Pabco [2]    58:10
58:11   59:1

Pabst [1]    12:13
packaging [1]   23:6
page [2] 3:12   62:3
pages [1]    58:7
Palm [2] 19:10   19:17
paper [5]    67:5
67:7   67:8   67:9
67:10

part [9] 5:14   24:19
24:22   24:24   28:13
28:15   29:21   31:5
42:1

part-time [2]   47:14
47:23   73:14

particular [8]   18:10
22:22   33:12   51:8
65:2   66:13   79:6
79:10   79:10

parties [1]    80:13
party [1] 63:7
pass [1] 68:24
passed [6]    28:12
29:25   33:8   50:9
54:24   68:13

past [10] 20:23   26:4
26:6   26:8   26:9
26:11   33:7   51:15
62:12   62:13

paying [2]    15:14
15:17

payment [3]   22:21
23:10   23:13

payments [2]   7:8
22:18

payroll [1]    20:1
Peg [1]   49:17
Peggy [9]    19:4
19:7   19:20   22:6
29:21   29:21   30:5
49:17   52:3

Peggy's [1]   19:5
pending [1]   69:9
pension [1]   74:8
people [21]    7:2
7:5   7:9   32:12
35:25   37:1   39:18
39:22   40:23   41:19
47:13   49:8   49:19
64:12   64:23   69:2
69:6   71:8   71:13
72:9   72:11

per [2] 38:10   63:10
percent [14]    6:3
6:5   6:7   6:9
6:10   6:13   7:13
7:18   7:20   8:2
31:24   31:25   61:1
67:24

percenter [1]   7:15
perform [1]   34:16
perhaps [5]   9:24
19:16   44:6   63:6
64:20

period [8]    15:3
17:21   19:14   22:16
32:8   40:5   44:22
66:19

periodic [1]   76:11
Periodically [1]
59:4

permanent [1]   48:12
person [10]    5:24
6:24   17:7   19:11
23:8   34:25   38:12
47:23   71:10   73:9

personal [2]   53:18
80:10

personally [2]   30:9
34:23

persons [2]    31:8
31:8   31:20   32:9

president [17]   5:10
5:11   13:1   14:23
14:25   15:3   15:9
15:21   15:24   18:1
18:5   19:12   20:11
20:16   35:18   71:18
71:21

prevent [1]    71:8
previous [1]    46:11
previously [2]   17:21
29:20

primarily [10]   9:6
9:22   16:13   21:7
23:16   24:13   32:12
57:9   58:14   75:6

primary [1]    21:8
printed [1]    28:16
problem [1]    56:1
problems [1]   32:25
Proceedings [2] 4:1
79:25

process [1]    33:7
produce [1]    49:7
produced [1]   49:8
product [9]    13:17
14:1   25:13   25:14
25:15   33:11   56:8
57:24   58:8

production [3]   48:15
49:3   51:13

products [70]   3:17
3:17   3:18   10:3
10:4   13:20   13:23
14:4   14:7   16:11
16:23   18:9   18:18
18:25   22:24   23:2
23:6   23:9   23:21
23:25   24:9   24:10
25:2   26:25   27:5
27:6   27:11   27:19
33:5   33:21   44:9
44:22   45:9   45:13
45:15   46:23   52:9
52:16   52:17   55:20
55:20   56:8   56:19
57:25   58:21   59:6
60:17   60:20   60:23
62:2   61:7   61:10
61:17   62:4   65:1
65:7   65:8   65:8
65:14   65:17   65:21
66:1   66:14   66:20
66:24   66:25   67:16
71:24   73:2   73:6

Professional [2]
1:16   80:6

program [3]   74:8
74:10   74:11

project [1]    77:20
prominent [1]   62:22
properly [1]   52:2
provide [2]    33:3
69:11

provided [9]   33:9
40:7   66:25   67:3
67:12   68:11   68:16
68:21   69:25

Phone [1]    52:13
phonebook [1]   74:3
phonetic [1]   47:24
56:17   72:12   73:18
Phonetically [1]
48:1

Photographs [3]
3:17   3:18   3:18
photos [5]    59:22
60:1   61:14   62:3
62:4

physically [1]   49:25
picture [1]    45:2
pictures [3]   55:17
55:19   60:16

pieces [1]    70:16
pipe [19] 10:9   10:11
10:11   13:21   31:21
32:1   34:1   34:2
34:9   57:13   57:16
57:19   58:15   70:17
71:8   71:24   76:14
76:22   77:2

piping [1]    25:4
Pitch [1] 14:9
place [1] 51:1
placed [1]    53:6
places [4]    46:21
69:17   69:20   69:23
plaintiffs [4]   1:5
1:13   2:4   4:14
plant [2] 43:17   75:14
played [1]    64:21
plumbing [1]   25:5
point [5] 4:20   31:24
38:22   38:24   65:4
policy [7]    17:14
17:24   18:3   51:24
52:1   63:17   68:6
Polish-type [1] 48:3
portion [2]    9:22
56:21

position [10]   5:9
6:10   8:13   8:15
11:18   12:19   12:25
13:8   19:7   19:24
positions [4]   11:13
12:11   12:16   64:12
possession [4]   46:18
50:24   64:17   78:23
powdered [1]   10:14
Power [1]    75:14
practice [1]   17:14
precautions [1] 66:21
present [1]    64:16
presented [1]   37:14
presently [3]   19:25

phoncodes [2]   33:17
33:20
Public [3]    1:16
80:6   80:22
pulled [2]    49:16
50:17

purchase [3]   7:17
27:16   61:10

purchased [13]   10:16
10:24   15:18   22:25
23:16   23:18   23:23
25:22   44:12   45:10
65:11   78:12   78:14

purchases [1]   21:7
purchasing [6]   14:11
14:18   14:22   14:22
45:15   78:13

purpose [1]    78:9
pursuant [2]   1:13
1:14

put [5]   20:9   23:5
49:19   49:21   75:25
Pyzyk [1]    55:6
quantities [3]   9:9
9:18   76:19
questioning [1] 36:21
questions [8]   4:20
4:23   52:14   59:14
77:24   77:25   79:1
79:18

quick [1]    8:25
quit [1] 43:9
R [5]    2:1    2:9
2:22   3:1   3:8
R-A-D-K-E [1] 21:4
R-E-D-L-I-C-H [1]
13:7
R-E-D-L-I-N-G [1]
13:6
Radke [1]    21:3
Ralph [1]    62:15
ran [2]   13:2   73:20
Randy [6]    32:16
32:18   34:17   34:23
34:25   35:19
ratio [1] 57:22
read [1] 27:24
ready [2]     9:17
26:2

real [1]   55:11
really [3]    33:15
48:9   75:5

reason [2]    50:15
51:8

recently [3]   34:20
77:9   77:22
Recess [1]    9:2
53:3   59:16
recognize [5]   55:19
61:9   61:16   61:19
62:4

recollection [17]
8:4   31:1   46:16
56:6   59:23   59:24
60:1   60:8   61:6
61:20   65:13   65:16

70:4  70:7  70:11
71:23  79:9

**recollections** [1]
70:2

**record** [3]   4:7
20:8  26:1

**recorded** [1]  80:8

**records** [43]  17:8
17:10  18:7  18:8
18:17  18:19  26:4
26:8  26:12  26:20
26:24  27:10  27:13
29:21  46:1  46:6
48:15  49:4  49:18
50:5  50:8  50:11
50:14  50:17  50:18
50:23  51:1  51:5
51:9  51:22  51:25
53:10  53:13  63:24
64:9  64:10  64:10
64:11  64:25  65:3
66:12  66:16  79:5

**rectangular** [2]  57:14
58:17

**Redlich** [2]   13:5
13:7

**Redlich's** [1]  13:8

**Redling** [1]  13:6

**reduced** [1]  80:9

**reference** [1]  16:12
24:10

**referred** [1]  53:10

**referring** [1]  40:20

**regard** [2]  20:7
35:24

**regarding** [1]  26:24

**region** [1]  75:7

**Registered** [2]  1:15
80:5

**related** [5]
37:1  47:9  49:18
60:24

**relating** [5]  26:20
26:24  27:10  39:9
49:8

**relation** [2]  61:2
63:4

**relationship** [1] 34:14

**relative** [4]  5:24
6:4  80:12  80:13

**rely** [1]  52:2

**relying** [3]  54:3
54:4  54:16

**remaining** [1]  7:14

**remember** [6]  35:16
36:5  37:7  59:8
65:25  70:24

**remodeling** [1] 76:14

**removal** [1]  39:21

**removed** [1]  30:22

**Removing** [1]  39:25

**rep** [3]  8:17  9:12
9:16

**repair** [1]  71:1

**repeat** [2]  32:22

**rephrase** [3]  18:8
51:11  65:15

**Reporter** [2]  1:16
80:6

**represented** [1] 4:24

**representing** [4]
4:12  48:19  54:19
54:20

**represents** [1]  36:8

**request** [1]  33:12

**requested** [1]  47:15

**requests** [2]  33:10
33:14

**require** [1]  66:7

**required** [8]  9:18
25:21  29:25  30:11
50:24  52:1  58:4
70:17

**requirement** [4] 67:17
68:2  68:5  68:9

**requirements** [4]
24:7  26:19  44:13
67:15

**residence** [1]  72:25

**resigned** [1]  12:8

**respect** [1]  48:7

**responding** [1] 69:22

**responsibilities** [5]
9:4  20:7  22:10
29:24  66:5

**responsibility** [12]
9:15  20:3  20:8
22:5  22:19  22:20
23:13  29:17  30:12
46:5  49:10  54:11

**responsible** [7] 17:7
26:21  28:6  29:11
30:16  49:3  49:6

**retains** [1]  53:19

**retire** [3]  15:23
19:15  33:16

**retired** [4]  19:20
43:9  50:9  73:22

**retirement** [1]  74:8

**retrofit** [4]  39:23
39:24  40:9  40:10

**right** [56]   5:1
5:3  7:25  8:25
9:13  11:5  11:12
15:4  17:5  19:13
22:25  23:3  23:6
23:10  23:15  23:24
25:25  26:2  27:6
31:6  34:15  36:13
36:18  37:20  37:25
40:7  40:11  40:25
41:16  43:12  44:20
46:9  47:11  49:1
49:21  50:16  50:19
55:18  56:20  57:20
58:7  59:3  59:18
61:8  61:22  62:2
62:7  63:9  67:18
68:1  70:7  71:3
71:15  73:24  77:4
78:25

**ring** [1]  77:17

**risk** [1]  69:18

**Road** [2]  2:9  2:22

**Robert** [4]   2:2
73:18  74:1  74:6

**Rockford** [2]  38:20
42:5

**Rockwell** [1]  9:24

**role** [6]  21:12  21:21
30:8  35:10  64:21
64:22

**roofers** [3]  31:10
34:11  34:11

**roofing** [18]  8:12
13:9  13:10  13:15
13:18  13:21  13:24
14:5  14:19  16:1
31:21  31:25  32:2
32:6  34:9  43:23
52:16  52:21

**roofs** [2] 13:11  13:11

**room** [3] 25:9  60:25
69:1

**rose** [1]  14:25

**round** [2]   57:14
58:17

**run** [1]  38:16

**running** [2]  73:13
73:16

**runs** [1] 38:12

**Rutland** [1]  2:17

**S** [109]  2:1  2:10
3:1  3:3  3:8
5:2  5:11  7:25
8:3  8:7  8:10
8:14  11:14  12:12
12:17  12:19  12:23
13:2  13:3  14:11
16:2  16:24  17:1
17:11  19:8  20:1
20:18  22:24  23:2
23:5  24:14  24:21
26:5  26:8  26:23
28:13  29:12  31:4
31:8  35:1  35:6
36:15  37:22  38:3
39:15  40:2  43:10
43:12  44:3  44:8
44:23  45:9  45:19
48:19  49:14  52:9
53:10  53:22  55:15
55:20  56:9  56:20
57:2  57:7  57:20
57:25  58:9  58:22
59:2  60:18  60:21
61:8  61:10  61:17
61:21  61:25  62:5
63:14  64:25  65:18
66:1  66:3  66:15
66:19  67:17  68:12
68:17  68:18  68:22
69:11  70:4  70:8
70:11  70:22  71:11
72:2  72:5  72:17
73:4  74:8  75:4
75:10  75:15  76:5
76:24  77:1  77:5
77:15  78:18

**S-A-C-K-E-R** [1]
32:18

**S-W-O-P-T-A** [1]
14:15

**S.C** [4]  2:12  2:18
2:21  3:2

**safety** [4]  63:22
66:20  67:4  78:11

**Sales** [3] 2:14  23:17
44:13

**salesman** [1]  78:11

**scattered** [1]  44:6

**Schlesner** [4]  21:3
21:7  21:8  21:11

**Schlitz** [1]  12:13

**school** [8]  11:15
25:3  25:11  70:5
76:10  76:12  76:17
77:19

**schools** [4]  11:16
43:17  43:18  44:3

**Schuett** [4]  2:12
3:13  78:2  79:3

**SCOTT** [1]  2:5

**se** [1]  38:10

**seal** [1]  80:17

**Sean** [1]  3:9

**search** [1]  53:13

**Second** [1]  2:6

**secretary** [6]  39:2
39:3  63:25  64:1
64:18  64:19

**Section** [1]  1:14

**sec** [4]  9:17  34:17
37:9  49:10

**seeing** [2]  37:8
60:8

**Seilikoff's** [3] 28:8
28:9  28:11

**seldom** [2]  75:8
75:9

**sell** [1]  7:11

**Semester** [1]  11:17

**sense** [2]  43:18

**sent** [2]  20:8  28:17

**Service** [2]  11:18
12:8

**Services** [9]  2:14
23:17  23:22  23:22
44:12  44:21  45:1
45:19  65:22

**set** [2]  45:16  80:16

**seven** [11]  17:17
26:9  26:11  31:10
51:15  53:19  53:23
54:6  54:8  54:12
65:3

**several** [2]  63:8
76:20

**shares** [1]  7:25

**SHEILA** [1]  2:16

**SHERYL** [2]  1:15
80:5

**shingled** [1]  13:11

**shop** [2] 31:12  31:14

**short** [1] 53:2

**show** [5] 18:7  18:9
18:17  55:17  55:25

**showed** [1]  46:18

**showing** [1]  66:12

**shown** [1]  56:3

**side** [2]  15:13  72:25

**siding** [5]  13:14
13:15  76:2  76:2
76:3

**sign** [1]  22:17

**Signal** [1]   3:4

**signing** [1]  22:13

**silicate** [1]  60:23

**similar** [1]  14:7

**simply** [2]  50:22
68:8

**site** [15]  33:12  65:2
65:9  65:18  66:13
67:23  69:3  69:5
72:7  72:11  72:14
72:15  77:15  79:10
79:12

**sites** [5]  43:12  47:9
47:11  65:7  78:19
78:21  79:7

**six** [3]  30:13  48:11

**sizes** [1] 18:14

**small** [12]   9:22
23:17  24:19  24:24
24:25  43:25  43:25
66:23  71:1  72:25
76:11  76:18

**smokers** [1]  67:2

**sold** [1]  16:24  16:25

**sole** [1]  15:4

**someone** [8]  33:8
33:21  34:22  46:10
48:10  51:3  53:14
61:3

**sometime** [2]  14:24
37:16

**sometimes** [4]  24:2
24:2  24:6  24:8

**somewhere** [1]  15:12

**son** [2]  41:10  41:15

**Sons** [2] 38:19  62:10

**sorry** [13]   6:8
7:22  14:6  16:7
26:14  29:15  30:3
32:17  33:19  40:11
47:5  68:20  69:16

**sounding** [1]  48:3

**source** [4]  22:25
34:14  52:15  52:17

**south** [4]   2:6
15:13  72:25  73:1

**Southern** [1]  42:1

**speak** [1]  56:11

**spec** [1]  25:20

**specific** [2]  65:18
78:9

**specifically** [2] 11:22
78:14

**specifications** [1]
24:7

specified [3]   25:7
20:20   57:21

specify [3]   23:25
24:5   24:8

speeding [1]   69:19

spell [14]   4:9
6:19   10:7   14:14
16:16   19:5   19:22
29:14   35:3   35:8
41:4   47:25   48:1
48:22

spend [1]   8:22

spray-on [1]   25:23

Springs [2]   19:10
19:17

Sprinkmann [10]
38:19   42:19   42:24
43:6   62:8   62:10
62:14   62:19   62:21
74:24

Sprinkmanns [1]
74:24

square [1]   72:22

SS [1]   80:1

STANGLE [1]   3:2

start [3]   8:7   29:19
63:11

started [9]   6:17
14:12   29:18   29:23
36:19   62:22   67:20
72:8   78:8

state [8]   1:17   27:3
42:3   42:5   72:9
80:1   80:7   80:23

statement [1]   57:5

statements [2]   45:22
45:24

STATES [1]   1:1

stationed [1]   11:24

Statutes [1]   1:14

STAWSKI [2]   1:15
80:5

stay [1]   40:4

stayed [3]   8:19
8:20   40:3

STEINLE [1]   2:8

step [2]   49:13   49:17

still [12]   8:22   14:16
19:24   20:1   20:13
37:23   42:10   53:22
55:5   55:7   55:9
73:2

stock [5]   7:14
7:16   15:15   15:17
27:17

stockholders [2]
5:21   7:13

stopped [1]   40:3

stopping [1]   40:8

straighten [1]   4:23

Street [3]   2:13
3:3   73:1

strike [1]   28:24
69:9

subcontract [1] 30:20

subcontractor [1]
30:19   77:3

subcontractors [1]
37:1

subsequent [1]   8:13

succeed [1]   20:15

succeeded [1]   19:21

succession [3]   6:23
7:13   15:7

such [3]   7:14   63:5
80:13

suggest [1]   78:11

Suite [3] 2:9   2:22
3:3

summer [1]   36:25

Sunnyslope [1]
2:22

supervisory [1] 66:4

supplied [6]   47:16
56:19   56:22   76:3
79:5   79:11

supplier [4]   44:11
44:21   79:5   79:11

suppliers [11]   23:10
23:14   37:1   44:8
44:25   45:8   45:12
45:16   52:17   65:21
65:25

supply [3]   44:15
44:15   44:16

suppose [1]   49:16

supposed [1]   27:4

Switala [22]   14:13
14:16   14:21   15:7
15:9   15:11   15:15
15:21   15:23   19:4
20:15   20:19   21:25
22:1   22:6   22:7
27:7   40:24   41:15
63:16   71:21   72:13

sworn [1]   4:3

systems [1]   25:6

T [2]   3:1   3:8

T-K-E [1]   21:5

T-O-R-R-E-T-T-A [1]
19:23

take-off [4]   8:17
9:6   9:8   9:19

Taking [1]   9:9

tars [2]   14:4   14:7

tax [2]   21:15   49:1

team [1] 63:3

telling [1]   54:3

temperature [1] 57:9

ten [8]   6:3   6:7
6:8   6:10   21:10
60:13   64:20   66:11

territory [5]   41:23
42:4   42:10   42:12
42:14

TERSCHAN [15]
2:8   2:9   10:22
11:2   26:6   26:16
28:1   47:6   47:21
52:24   56:25   57:4
59:24   60:7   69:18

test [1] 65:12

testified [1]   4:4
60:22   79:4

testimony [1]   57:1

Texas [1]   11:24

Thank [1]   79:15

thermobestos [2]
56:16   57:22

THOMAS [1]   2:19

thought [2]   20:21
54:13

three [11]   31:10
36:6   38:16   38:18
38:21   47:12   48:10
61:13   61:14   70:8
79:18

through [10]   14:23
23:16   23:19   23:22
42:7   44:4   49:18
53:13   62:17   70:18

throughout [1]   44:22

thrown [1]   51:4

ticket [4]   18:23
18:23   46:25   47:1

tickets [6]   18:13
18:19   18:20   18:22
18:22   18:25

times [1]   52:5
71:5   76:19

Title [1] 2:6

today [26]   4:24
5:9   8:22   9:4
17:18   17:19   18:11
19:9   20:20   20:22
20:24   22:14   22:15
29:22   30:23   32:16
34:18   38:8   39:15
43:5   45:24   60:9
62:9   62:11   62:12
67:10

together [9]   17:9
18:20   20:9   37:2
49:20   49:21   51:18
64:20   66:24

took [1]   15:9   15:23
22:17   27:9   29:21
30:2   30:4   49:23
49:24

Torretta [2]   19:21
29:13

trade [7] 37:22   38:1
38:3   61:19   63:5
64:10   69:4

TRANSCRIPT [1]
4:1

truck [1] 73:15

true [8]   65:13   65:16
65:16   68:2   68:15
68:21   79:9   79:13

trust [2]   55:11   55:12

truthfully [1]   33:25

trying [1]   68:1

Ts [1]   32:18

turn-over [1]   48:15

turned [2]   46:17
47:8

turning [1]   19:16

twenty [1]   19:16

two [9]   11:17   32:18
47:12   75:17   75:22
75:23   75:24   78:2
79:18

type [18] 11:20   13:10
18:14   24:6   25:1
40:1   40:8   40:15
43:23   57:7   58:12
67:7   68:11   68:12
75:18   76:13   78:9
78:15

types [20]   9:20
9:23   9:25   10:1
10:2   11:23   13:17
13:18   13:20   13:23
14:4   14:7   14:8
16:2   33:14   36:24
67:1   67:3   67:12
70:23

typical [3]   25:3
25:11   33:12

U [1]   3:1

ultimately [1]   14:25

unclear [1]   4:21

under [7]   1:13
12:22   74:1   74:10
74:11   74:12   74:14

understand [3]   4:23
68:1   73:19

understood [2] 37:11
54:13

Underwood [1] 72:12

unduly [1]   69:18

Unemployment [1]
12:20

Unibestos [3]   60:14
60:15   61:4

unintelligible [1]
60:3

union [17]   31:12
31:14   31:18   32:12
32:19   34:2   34:11
34:18   42:2   63:4
63:5   74:11   74:12
74:13   74:14   74:15
74:17

unions [3]   34:7
42:13   74:19

UNITED [1]   1:1

units [3] 75:22   75:23
75:24

Universal [1]   42:19
42:24

University [1]   44:7

up [12]   4:18   13:11
27:18   31:23   32:3
42:2   42:4   42:7
45:16   52:6   69:7
69:19

used [42]   10:25
11:4   11:9   13:21
14:4   18:9   18:18
44:10   44:23   45:13
46:24   55:20   56:9
56:21   56:23   57:2
57:7   57:20   57:25

turning [1]   19:16   58:5   58:5   58:11
58:13   58:14   58:18
58:24   58:25   60:17
60:21   60:23   61:7
61:17   61:21   61:24
62:5   65:7   65:14
66:14   66:23   67:16
71:24   76:1

uses [1]   36:12

using [4]   9:20
58:9   66:19   68:12

usually [4]   17:1
17:4   25:7   76:22

V-E-I-R-R-E [1]
6:20

vague [1]   4:21

Van [2]   3:2   62:15

varied [1]   42:7

variety [1]   64:23

varying [1]   66:25

Vaughan [2]   1:17
2:2

Ventilating [1] 25:5

visit [3] 72:7   72:14
72:14

visited [1]   71:13
72:10

vocational [3]   76:10
76:12   76:17

volunteering [2]
68:25   69:8

W-A-N-T-A [1]
64:4

W-O-O-L-F-E-L-T
[1]   10:8

Wagner [1]   55:6

walked [1]   7:5

walls [4]   75:17
75:19   75:25   75:25

Wanta [3]   64:2
64:4   64:5

war [1]   11:25

warehouse [12] 72:17
72:20   72:21   72:23
73:4   73:7   73:10
73:12   73:13   73:14
73:17   73:20

warehoused [1] 73:2

warning [2]   68:11
68:16

warnings [2]   68:21
69:12

Water [1]   3:3

Waupun [2]   42:3
42:3

Wauwatosa [1] 77:21

wear [1] 68:7

WEIR [1]   3:2

West [2] 1:18   2:3

WESTERN [1] 1:2

whereof [1]   80:16

wherever [1]   67:22

whole [2]   14:18
14:20

wife [4]   5:19   5:22

5:23      6:2

**WILLIAM** [1]   3:5

**Wisconsin** [25]   1:2
1:14      1:17      1:18
1:18      2:10      2:13
2:16      2:17      2:19
2:20      2:23      3:3
38:5      38:12     42:1
44:7      63:1      63:12
63:17     75:8      80:1
80:7      80:18     80:23

**withdraw** [1]   70:3

**within** [2]      42:14
54:8

**Witkowski** [2]   47:24
48:2

**witness** [10]     4:2
12:6      26:2      26:14
26:17     47:20     55:25
56:12     60:10     80:16

**wool** [1]  9:24

**woolfelt** [8]      10:3
10:5      10:6      10:12
13:22     13:25     25:21
45:10

**word** [1] 10:6

**wore** [1] 67:1

**worked** [13]      7:6
12:13     18:25     19:8
31:8      44:5      46:19
46:20     48:10     69:1
70:19     75:5      77:20

**worker** [1]       48:12

**worker's** [4]     36:1
36:9      36:15     67:24

**workers** [8]      29:2
29:3      32:24     33:1
33:15     34:4      68:12
78:24

**works** [2]        62:7
64:8

**worn** [4] 67:18    68:3
68:5      68:9

**WR** [1]   2:20

**writing** [3]      17:4
22:11     80:9

**written** [3]      27:16
51:24     52:1

**X** [1]     3:11

**year** [2]  37:16    63:10

**years** [18]        12:6
17:17     19:8      19:16
21:10     26:9      26:11
37:6      44:11     51:15
53:19     53:23     54:6
54:8      54:12     63:9
64:20     65:3

**youngest** [1]      7:10

**yourself** [6]      20:6
40:24     50:1     ·53:14
65:6      74:19

**Zalinski** [1]      73:18

**zigzagged** [1]   42:3

**ZIMMERMAN** [1]
2:21

**Zonolite** [1]      61:19

**Terschan, Steinle & Ness**
ATTORNEYS AT LAW

Telephone:     414-258-1010
                       1-800-376-7710

Frank R. Terschan
W. Timothy Steinle
  ( Court Commissioner )
Kenneth B. Ness
Jeffrey S. Krause

Facsimile :     414-258-8080

August 21, 1996

TO:     All Counsel of Record

RE:     Kusch v. Allied, et al
          Case No. 96 C 0221 S

Dear Counsel:

Enclosed with this letter are corrections that Mr. Borchardt would like noted in his
deposition transcript dated July 16, 1996.  If you have any questions please feel free to
contact me.

Very truly yours,

TERSCHAN, STEINLE & NESS

Frank R. Terschan

FRT/sms
Enclosure

Case: 3:99-cv-00475-slc  Document #: 144  Filed: 11/30/15  Page 36 of 36



# L&S INSULATION CO., INC.

610 SOUTH 65TH STREET • P. O. BOX 14426, MILWAUKEE, WISCONSIN 53214
PHONE (414) 476-4840   Fax (414) 476-5175

CRAFTSMEN IN INSULATION FOR:
PLUMBING, HEATING, VENTILATING, REFRIGERATION,
SOLAR, AND HEAT RECOVERY SYSTEMS

To: Terschan, Steinle & Ness          Attention: Frank Terschan

Fax # 258-8080          Total pages faxed: 1     Date: 8/20/96

Re: Corrections to deposition          From: Elmer H. Borchardt

Dear Mr. Terschan:

In quickly going over the copy of my deposition, I have noticed a few errors, mostly spelling, which are as follows:

Pg. 6 - 20 - LaVariere.

Pg. 13 - 19 - Keasby & Mattison

Pg. 16 - 17 - Cliff Newbauer

Pg. 25 - 9 - Breeching

Pg. 31 - 24 - 70 people

Pg. 35 - 9 - Lemminger

Pg. 66 - 9 - 4 men

Pg. 76 - 4 - Keasby & Mattison

Please add the "T" to my last name at the top of each page.

If you are not receiving properly or do not receive all pages, please contact our office as soon as possible at (414) 476-4840.