1          IN THE CIRCUIT COURT OF MILWAUKEE COUNTY
                    STATE OF WISCONSIN
2
           * * * * * * * * * * * * * * * * * * * * * * * * *
3
    MARVIN BOEDE, et al,
4
                  Plaintiffs,
5
           vs.                        Case No. 98-CV-6561
6
    WISCONSIN ELECTRIC POWER
7   COMPANY, et al,                   ORIGINAL
8                 Defendants.
9          * * * * * * * * * * * * * * * * * * * * * * * * *
10  CLARENCE W. ESPEN and
    LUELLA ESPEN,
11
                  Plaintiffs,
12
           vs.                        Case No. 97-CV-002679
13
    API, INC., et al.,
14
                  Defendants.
15
           * * * * * * * * * * * * * * * * * * * * * * * * *
16
    WINNIFRED SCHILLER, individually
17  and as Special Administrator of the
    Estate of MICHAEL A. SCHILLER,
18  Deceased,
19                Plaintiffs,
20         vs.                        Case No. 97-CV-2081
                                      Case Code: 30108
21
    ARMSTRONG WORLD INDUSTRIES,
22  INC., a foreign corporation, et al.,
23                Defendants.
24
25

*ACCURATE REPORTING CO.*

```
1                    IN THE CIRCUIT COURT OF MILWAUKEE COUNTY
                             STATE OF WISCONSIN
2
             * * * * * * * * * * * * * * * * * * * * * * * * * *
3
             LORRAINE A. DRAWANTZ, Individually,
4            and as Special Administrator of the
             Estate of DONALD DRAWANTZ, deceased,
5            JOHN R. WEBER, and LUCILLE
             SCHMITT-WEBER,
6
                     Plaintiffs,
7
                 vs.                        Case No. 97-CV-009646
8                                           Code:  30108
9            ACANDS, INC., et al.,
10                   Defendants.
11           * * * * * * * * * * * * * * * * * * * * * * * * * *
12                     IN THE CIRCUIT COURT OF DANE COUNTY
                             STATE OF WISCONSIN
13
             * * * * * * * * * * * * * * * * * * * * * * * * * *
14
             DELORES SUOJA, et al.,
15
                     Plaintiffs,
16
                 vs.                        Case No. 97-CV-2370
17
             ACANDS, INC., et al.,
18
                     Defendants.
19
             * * * * * * * * * * * * * * * * * * * * * * * * * *
20

21

22

23

24

25
```

*ACCURATE REPORTING CO.*

```
 1                 IN THE CIRCUIT COURT OF LACROSSE COUNTY
                         STATE OF WISCONSIN
 2
           * * * * * * * * * * * * * * * * * * * * * * * * *
 3
           EUGENE O. NOLOP and MARY C. NOLOP,
 4
                    Plaintiffs,
 5
               vs.                        Case No. 95-CV-149
 6                                        Asbestos No. 30108

 7         AMCHEM PRODUCTS, INC., et al.

 8                    Defendants.

 9         * * * * * * * * * * * * * * * * * * * * * * * * *

10                    Examination of HAROLD HAASE, called as a

11         witness in the above-entitled causes, taken at the

12         instance of the Plaintiffs, under and pursuant to

13         the provisions of the Wisconsin Statutes and the

14         acts amendatory thereof and supplementary thereto,

15         pursuant to notice, before Kim Stoecker, a Notary

16         Public in and for the State of Wisconsin, at the

17         Ramada Inn, 6401 South 13th Street, Milwaukee,

18         Wisconsin, on February 11, 1999, commencing at 9:40

19         AM, reported by Kim J. Stoecker of Accurate

20         Reporting Company.

21

22

23

24

25
```

*ACCURATE REPORTING CO.*

```
 1                          APPEARANCES

 2              MS. JILL A. RAKAUKSKI
                MR. ROBERT McCOY
 3              Cascino Vaughan Law Offices, Ltd.
                403 West North Avenue
 4              Chicago, IL  60616
                Attorney for the Plaintiffs
 5
                MR. MARK M. VELGUTH
 6              Foley & Lardner
                Firstar Center
 7              777 East Wisconsin Avenue
                Milwaukee, WI  53202-5367
 8              SUOJA et al, vs. ACANDS,       et al,
                Attorney for the Defendants; Armstrong
 9              World Industries, Inc., and Gasket Holdings,
                Inc.;  DRAWANTZ et al, vs. ACANDS, INC., et al,
10              Attorney for the Defendants; AP Greene Ind.,
                Inc., Armstrong World Ind. Inc., GAF
11              Corp., Pittsburgh-Corning Corp.;
                SCHILLER, et al, vs. ARMSTRONG WORLD
12              INDUSTRIES, INC., et al, Attorney for the
                Defendants, Armstrong World Ind., Inc.,
13              DANA Corp., GAF Corp., Gasket Holdings,
                Inc., Rhone-Polene AG Co., and Pittsburgh-
14              Corning, Corp.

15              MR. THOMAS J. NORBY
                Murnane, Conlin, White & Brandt
16              1800 Piper Jaffray Plaza
                Saint Paul, MN  55101
17              Attorney for the Defendants, AP Green
                Industries, Inc.
18
                MR. FRANK R. TERSCHAN
19              Terschan, Steinle & Ness
                2600 North Mayfair Road - Suite 700
20              Milwaukee, WI  53226
                Attorney for the Defendant, L&S Insulation
21
                MR. JAMES SAMUELSEN
22              Baxter, O'Meara & Samuelsen, SC
                111 East Wisconsin Avenue - Suite 1650
23              Milwaukee, WI  53202-4808
                Attorney for the Defendant, Rapid American
24              Corporation

25
```

*ACCURATE REPORTING CO.*

```
 1                    MR. SAM KAUFMAN
                      Sager, Pavlick, Wirtz & Fry, SC
 2                    104 South Main Street
                      Fond du Lac, WI  54935-4287
 3                    Attorney for the Defendant, Garlach

 4                    MS. SUSAN A. ENGLER
                      Hinshaw & Culbertson
 5                    100 East Wisconsin Avenue
                      Milwaukee, WI  53202
 6                    SCHILLER, et al, vs. ARMSTRONG WORLD
                      INDUSTRIES, INC., et al, Attorney for the
 7                    Defendants, PPG Industries, Oakfabco;
                      SUOJA, et al, vs. ACANDS, et al, Attorney
 8                    for the Defendant Allied Insulation;
                      NOLOP, et al, vs. AMCHEM PRODUCTS, INC.,
 9                    et al, Attorney for the Defendant
                      Rutland Fire Clay Company
10
                      MR. THOMAS F. MEYER
11                    Law Office of Thomas Meyer
                      33 North Waukegan Road - Suite 105
12                    Lake Bluff, IL  60044
                      Attorney for the Defendant, John Crane, Inc.
13
                      MR. JAMES E. CULHANE
14                    Davis & Kuelthau, SC
                      111 East Kilbourn - Suite 1400
15                    Milwaukee, WI  53202-3101
                      Attorney for the Defendants, Allis Chalmers
16                    Corporation Product Liability Trust, Grede
                      Foundries
17
                      MR. JAMES A. NIQUET
18                    Crivello, Carson, Mentkowski, Steeves, SC
                      710 North Plankinton Avenue
19                    Milwaukee, WI   53203
                      Attorney for the Defendants, Sprinkmann
20                    Sons Corporation, WEPCO

21                    MR. GREGORY W. LYONS
                      O'Neil, Cannon & Hollman, SC
22                    Bank One Plaza
                      111 East Wisconsin Ave. - Suite 1400
23                    Milwaukee, WI  53202-4870
                      Attorney for the Defendants, WR Grace & Co.
24

25
```

```
1              MS. MARY BETH CASTINO
               Mohr & Anderson, SC
2              1111 East Sumner Street
               Hartford, WI  53027-0670
3              Attorney for the Defendants, Sprinkmann Sons
               and Cleaver-Brooks
4
               MR. MICHAEL D. ROSENBERG
5              Kravit, Gass, Hovel & Leitner
               825 North Jefferson
6              Milwaukee, WI  53202-3737
               Attorney for the Defendant, CBS Corporation
7
               MS. LAURA E. SCHUETT
8              Cook & Franke, SC
               660 East Mason Street
9              Milwaukee, WI  53202-3877
               Attorney for the Defendants, Building Service
10             Industrial Sales, Inc.

11

12

13                            INDEX

14    Witness                Examination by:          Page

15    Harold Haase           Mr. McCoy                  10
                             Mr. Velguth                40
16                           Mr. Norby                  79
                             Mr. Samuelson              80
17                           Mr. Meyer                  88
                             Mr. Culhane                88
18                           Mr. Niquet                 90
                             Mr. Lyons                  95
19                           Ms. Castino                95
                             Mr. Velguth                96
20

21                          EXHIBITS

22    DEPOSITION EXHIBIT                              Page

23    No. 1 - Notice of Deposition                      7
      No. 2 - Court Reporter's Seating Chart            9
24    No. 3 - Index Card                               91

25         (Original transcript forwarded to Mr. McCoy.)
```

*ACCURATE REPORTING CO.*

1             P R O C E E D I N G S

2             (Deposition Exhibit No. 1 marked for

3       identification.)

4             HAROLD HAASE, called as a witness by the

5       Plaintiffs, having been duly sworn, was examined

6       and testified as follows:

7             MS. CASTINO:  Before you start, I'd like

8       to, for the record, note my objection that the

9       deposition -- notice for today is untimely with

10      respect to my clients, Sprinkmann Sons and

11      Cleaver-Brooks.

12            We did not receive notice of the

13      deposition and should have received it in two

14      cases, and, therefore, I object to it going forward

15      at this time on the basis of adequate notice.

16            MR. McCOY:  I guess, that's a question

17      that can be dealt with in front of the judge.  It's

18      our understanding that notice was timely given.

19            MR. VELGUTH:  I'd also like to note for

20      the record our objection to this deposition to the

21      extent that the witnesses were not named timely

22      under the applicable scheduling orders in any

23      particular case.  And we're participating in the

24      deposition without waiving any objections to the

25      late naming of witnesses and any other objection we

```
 1              may have to the use of the depositions.
 2                        MR. McCOY:  And that's noted for the
 3              record.  The objection by one will stand for all.
 4                        THE COURT REPORTER:  When you object, if
 5              you could state your name at the end?
 6                        MR. VELGUTH:  Because of the stipulation
 7              that we have though, if you can get one objection,
 8              the plaintiffs have agreed that it's going to apply
 9              to everybody.  So rather than trying to identify
10              the chorus, if you could just note one, we can move
11              from there.
12                        MR. McCOY:  Can we get everybody's name
13              on the record, the attorneys, so we know who is
14              here?
15                        MR. VELGUTH:  They are.
16                        MR. McCOY:  Let's go ahead and just go
17              around the room so we know --
18                        MR. VELGUTH:  She has got all of the
19              appearances.
20                        MR. McCOY:  I'd like to have each
21              attorney just state for the record their
22              appearance.
23                        MR. NIQUET:  We're not under oath.  We
24              object to that.  There's no reason to do it and no
25              rule to do it.  Go ahead.
```

1              MR. McCOY:  Well, I think she needs to

2         know for the purposes of objections.  Then we'll

3         have to have each side make their own.  I'll

4         withdraw the stipulation.

5              MS. CASTINO:  She has a chart.

6              MR. McCOY:  Well, let me see her chart,

7         and we'll mark that as an exhibit.

8              (Deposition Exhibit No. 2 marked for

9         identification.)

10             MR. McCOY:  For the record, Exhibit 2

11        will be the court reporter's chart of the attorneys

12        that are present.  Okay.  And let's go ahead and

13        just introduce Exhibit 1, which is the copy of the

14        notice of the deposition.

15             And for the record, this deposition is

16        being taken in the cases of Mr. Boede -- B-o-e-d-e

17        -- as the lead plaintiff, and it's case number

18        98-CV-6561.  Mr. Clarence Espen, E-s-p-e-n -- his

19        case, and that's number 97-CV-002679.  Ms. Schiller

20        -- S-c-h-i-l-l-e-r.  And for the record, that's

21        case number 97-CV-2081.  Ms. Drawantz --

22        D-r-a-w-a-n-t-z -- and Mr. Weber -- W-e-b-e-r.

23        Case number 97-CV-009646.  And Ms. Suoja, --

24        S-u-o-j-a.  That's number 97-CV-2370.  And Mr. and

25        Mrs. Nolop -- N-o-l-o-p.  That's number 95-CV-149.

```
 1              All of those cases are pending in the circuit

 2              courts of the state of Wisconsin.

 3

 4                              EXAMINATION

 5         BY MR. McCOY:

 6    Q    Are you still with us?

 7    A    Yeah.

 8    Q    Go ahead and introduce yourself to everybody by

 9         starting with your name, and spell your last name

10         for us.

11    A    My name is Harold Haase.   H-a-a-s-e.

12    Q    And where do you live?

13    A    I live in Oconomowoc.

14    Q    How old are you now?

15    A    62.

16    Q    What's your current address?

17    A    434 West Jefferson Street, Oconomowoc.

18    Q    And how long have you lived at that address?

19    A    Oh, probably 32 years.

20    Q    Are you retired?

21    A    Yes, I am retired.

22    Q    What was your occupation before your retirement?

23    A    I was a pipe coverer insulator.

24    Q    Are you a part of one of the unions?

25    A    Yes.   Local 19, Milwaukee.
```

1   Q   When did you began your career in the pipe-covering

2       insulation?

3   A   I think it was in '63 -- 1963.

4   Q   And are you also a client of my law firm, Cascino

5       Vaughan's offices?

6   A   Yes.

7   Q   Are you married?

8   A   Yes.

9   Q   Do you have children?

10  A   Yes.  Three children.

11  Q   What's your wife's name?

12  A   Mary.

13  Q   Now, Mr. Haase, I want to direct your attention to

14      some locations and ask you some questions about

15      what you remember doing, if you remember being

16      there.  The first place I'd like to direct your

17      attention to is the WEPCO Oak Creek power plant

18      facility.

19  A   Yes, I worked there.

20  Q   Could you tell us about what period of time that

21      you worked there?

22  A   It was between '63 and '64.

23  Q   And who was your employer when you were working

24      there?

25  A   Combustion Engineering.

1    Q    And can you tell us the types of work that you were

2         involved with on this job?

3    A    Well, we basically did the boiler work and some

4         piping off the boiler, and that was about it, and a

5         lot of hauling of material.

6    Q    Was this a particular unit that was being built?

7    A    It was unit number 7.

8    Q    And who was your boss on this job?

9    A    Well, my boss was Otto Kern (phonetic).  But the

10        boss from Combustion, his name was O'Connor

11        (phonetic) -- Chuck O'Connor.

12   Q    Are you familiar with the different types of

13        insulation?

14   A    Yes.

15   Q    And are you familiar with the certain types that

16        contain asbestos?

17   A    Yes.

18   Q    Now what I'd like for you to do is to describe for

19        me the types of work you did, if there was any at

20        the Oak Creek facility that involved asbestos.

21             MR. VELGUTH:  Object to the form of the

22        question.

23             MR. NIQUET:  As to time also.

24             MR. McCOY:

25   Q    You can go ahead and answer.

1    A    Well, we did some pipe covering off the boiler, the

2         boiler sides, and the top of the boiler, which was

3         poured insulation.

4    Q    What types of materials were you using that

5         contained asbestos on this job?

6              MR. VELGUTH:  Object to form.

7              MR. McCOY:

8    Q    You can answer.

9    A    I would say all of it.

10   Q    Just go ahead and give us a better idea though.

11        Was this blocks or --

12   A    Well, there was block insulation, and there was

13        pipe covering, and then there was poured

14        insulation, and then there was mud, which was

15        troweled on the block -- the sides of the boiler.

16   Q    All right.  And about how long did the part of the

17        job that involved the asbestos insulation work

18        take?

19   A    Probably nine or ten months.

20   Q    Were you working for Combustion Engineering that

21        whole period of time?

22   A    Yes.

23   Q    And who were some of the persons that you worked

24        with on that job?

25   A    Well, there was several.  I can't name them all.

```
 1              There were probably 30 or 40 guys on that job.

 2    Q    Who were the ones that you remember the names of.

 3    A    Well, Tom Gainer (phonetic), Bob O'Shea (phonetic),

 4         Robert Melateck (phonetic).  Oh, Steve Kasten

 5         (phonetic).  Oh, there was a few Weiners

 6         (phonetic).  Let's see,--

 7    Q    But you may have to spell that last name?

 8    A    I think it's Weiner.  It was a Gilbert and -- I

 9         can't think of the other guy's first name, but --

10                    MR. VELGUTH:  Gilbert is a first name?

11                    THE WITNESS:

12    A    Gilbert Weiner, yeah.  John Dayne.

13                    MR. McCOY:

14    Q    How do you spell that last name?

15    A    I think it's Dayne.  John Weber.

16    Q    How do you spell his last name?

17    A    W-e-b-e-r.

18    Q    Let me make it easier here.  Do you know Don

19         Drawantz?   -- D-r--

20    A    Yeah, he was on that job.

21                    MR. NIQUET:  Objection, leading.

22                    MR. McCOY:

23    Q    And how do spell his last name, to the best of your

24         knowledge?

25    A    I think it's D-r-e-l-l-e-n-s-e, or something like
```

1                that.

2       Q    And how do you know Don Drawantz?

3       A    Well, through the union.

4       Q    He was a member of this same union.  Is that what

5            you are saying?

6       A    Yes.

7       Q    Were all these people that you just identified also

8            members of Local 19?

9       A    Yes.

10      Q    Okay.  On this particular job at Oak Creek, what

11           type of work do you remember John Weber doing?

12      A    Well, he worked for Sprinkmann.  They had the

13           turbines, and they did the piping off the turbine

14           and the turbine itself.

15                MR. VELGUTH:  I'm going to move to strike

16           so I can interpose an objection to form.

17                MR. McCOY:

18      Q    Okay.  And what about Steve Kasten?  What do you

19           remember about him at Oak Creek?

20      A    He was the foreman for Sprinkmann on the job.

21      Q    All right.  And how about Don Drawantz?  What do

22           you remember him doing?

23                MR. VELGUTH:  Object to the form.

24                MR. McCOY:

25      Q    You can go ahead and answer.

|     |     |                                                      |
| --- | --- | ---------------------------------------------------- |
| 1   | A   | He worked on the turbine.                            |
| 2   | Q   | Now on this particular job at Oak Creek that you     |
| 3   |     | are talking about, do you remember the names of any  |
| 4   |     | of those products, the manufacturers, the brand      |
| 5   |     | names?                                               |
| 6   |     | MR. VELGUTH:  Object to the form of the              |
| 7   |     | question.                                            |
| 8   |     | MR. McCOY:                                           |
| 9   | Q   | To the best of your recollection?                    |
| 10  |     | MR. VELGUTH:  Same objection.                        |
| 11  |     | THE WITNESS:                                         |
| 12  | A   | Can I answer?                                        |
| 13  |     | MR. McCOY:                                           |
| 14  | Q   | Yes.                                                 |
| 15  | A   | Well, I know there was Johns-Manville.  And we used  |
| 16  |     | a different product, and I can't recall the name of  |
| 17  |     | it.  We did use some of that, but -- I think we      |
| 18  |     | used something like Unibestos.  Then we used some    |
| 19  |     | kind of a refractory mud.                            |
| 20  | Q   | And when you say we used, you are talking about the  |
| 21  |     | people from Combustion Engineering?                  |
| 22  | A   | Yeah.  Basically, everyone used about the same       |
| 23  |     | thing.                                               |
| 24  | Q   | And could give your spelling of Unibestos for us?    |
| 25  | A   | U-n-i-b-e-s-t-o-s.                                   |

```
 1    Q    What was that refractory mud used for?
 2    A    It was used to pour on the top of the boiler.  We
 3         had to pour about 12-inches thick on top of the
 4         boiler.  And a lot was used on the side of the
 5         boiler, you know, to mud over the blocks.
 6    Q    All right.  Let me move to another location.  I
 7         direct your attention to a location, a place called
 8         Argo Corn Products.  Are you familiar with that
 9         one?
10              MR. VELGUTH:  Object to the form.
11              MR. McCOY:
12    Q    Go ahead.
13    A    Yeah, I worked down there for Sprinkmann Sons.
14    Q    Where is that located at?
15    A    I think it's Summit, Illinois.
16    Q    And about when did you work at Argo Corn Products?
17         What time period?
18    A    Well, that had to be about '64, '65.
19    Q    Approximately how long was that job?
20    A    The job had been going a long time.  I was only
21         there for maybe three or four months.
22    Q    Was there any asbestos insulation products used on
23         that job?
24    A    Yes.
25    Q    Can you tell us the types that you are familiar
```

```
 1              with?
 2     A    All pipe covering, and I really can't recall the
 3          name of what, you know, who manufactured it.  But
 4          it was basically pipe covering and repair.
 5     Q    Who were you working for on that job?
 6     A    Sprinkmann Sons.
 7     Q    Was this in any particular part of the facility
 8          that you recall?
 9                    MR. NIQUET:  Objection, leading.
10                    THE WITNESS:
11     A    It was mostly all over because it was a lot of
12          repair work.
13                    MR. McCOY:
14     Q    And let me also then direct your attention to a
15          place called Kikkoman  -- K-i-k-k-o-m-a-n.  Are you
16          familiar with that one?
17                    MR. VELGUTH:  Object to the form of the
18          question.  Go ahead.  You can answer.
19                    THE WITNESS:
20     A    Yes.  I worked there for quite a while.
21                    MR. McCOY:
22     Q    And where is that located at?
23     A    That's right outside of Walworth, Wisconsin.
24     Q    What type of a place is that?
25     A    That's a Japanese soy sauce plant.
```

1    Q    And can you tell us whether there was any asbestos

2         insulation products used on that job?

3                   MR. NIQUET:  Objection, leading.

4                   MR. VELGUTH:  Form.

5                   MR. McCOY:

6    Q    You can answer.

7    A    Yes, quite a bit.

8    Q    What types of products were used on that job?

9    A    Well, there were a lot of tanks and pipe coverings.

10        You know, blocks and tanks and pipe covering.

11   Q    What did the job involve?  What type of work?

12   A    Well, it was -- it was a brand new plant, so it

13        involved almost everything; pipe covering, vessels,

14        tanks, refrigeration, everything.

15   Q    Who were you working for on this job?

16   A    That was with L&S.

17   Q    And to the best of your recollection, what period

18        of time was this work?

19   A    I'd have to say, as close as I can recall, about

20        '69 or '70, somewhere in there -- maybe '68.  I

21        don't know.

22   Q    About how long did this job last for?

23   A    Approximately a year.

24   Q    And can you tell, to the best of your recollection,

25        any of the names of the products or manufacturers

```
 1              on that particular job at Kikkoman?

 2    A    I really -- I know it was all -- you know, not

 3         asbestos, but I think it was maybe Carey -- I don't

 4         know.   I really can't recall the manufacturer's

 5         name.

 6              MR. VELGUTH:   Move to strike the

 7         response.

 8              MR. SAMUELSON:   Join.

 9              MR. McCOY:

10    Q    All right.   And who do you recall working on the

11         Kikkoman job with?

12    A    Well, there were quite a few people there.   Just

13         about the whole Illinois shop was on that job

14         there.

15    Q    Go ahead and tell me some of the names of the

16         people that you recall.

17    A    Let's see.   John Coke (phonetic), George Sorenson

18         (phonetic), Gene Hanson (phonetic), Gus Pasatok

19         P-a-s-a-t-o-k. -- Jesus -- Ozzie Suoja -- S-o-g-a

20         or something like that.   Bill Best, Larry Bethe.

21    Q    How do you spell his last name?

22    A    B-e-t-h-e.   There were a lot more.   I can't really

23         recall all of the names.

24    Q    We can move on.   I think that's good enough.   Let

25         me direct your attention then to another place,
```

```
 1                    Badger Ordinance.  Are you familiar with that site?
 2                         MR. VELGUTH:  Object to the form of the
 3                    question.  Go ahead and answer.
 4                         THE WITNESS:
 5        A    Yes.
 6                         MR. McCOY:
 7        Q    All right.  And where is Badger Ordinance located
 8             at?
 9        A    Between Sauk City and Baraboo.
10        Q    In Wisconsin?
11        A    Yes.
12        Q    What type of place is that?
13        A    That's an ammunitions  -- where they made
14             ammunition for the Army.
15        Q    And who were you working for when you were at
16             Badger Ordinance?
17        A    I was with L&S.
18        Q    And to the best of your recollection, what time
19             period were you at Badger Ordinance?
20        A    Oh, I would have to say '69 or '70, somewhere in
21             there.
22        Q    About how long did that job last?
23        A    Well, that job went on for about twelve years, but
24             I wasn't there that long.  I was only there for a
25             few months.
```

```
 1    Q    When you say a few months, you mean --
 2    A    Two or three months, yeah.  I had been there and
 3         back and there and back.
 4    Q    Was there any asbestos containing products being
 5         used on that job?
 6    A    Yes.  All of it.
 7    Q    Can you tell us the type of work that was involved?
 8    A    All pipe covering, then sheet metal.
 9    Q    What types of asbestos containing materials were
10         being used?
11    A    It was all pipe covering.
12    Q    And when you say pipe covering, what do you mean by
13         that?  Do you mean the pre-formed?
14    A    Pre-formed pipe covering, yeah.  We were
15         recovering.  Yeah, the pre-formed pipe covering.
16         Yeah, we were recovering all the old steam lines.
17    Q    What about on the elbows?  What was being used on
18         those?
19    A    That was mud, yeah.  A lot of rockwell and we would
20         go over it with a layer of magnesium.
21    Q    Do you have any recollection on that job of who
22         made the pipe covering?
23    A    No, I can't really recall.
24    Q    Who was on that job with you?
25    A    Well, there were 30 or 40 guys on this job too.
```

1          Gene Hanson was the foreman.  There was -- Oh,

2          geeze, let me think here.  Gus Pasatok, Ed Holcomb,

3          Bill -- I can't think of his name right now.  Well,

4          there was several.  Ozzie Suoja was there.  There

5          were several others.  There were probably 20 or 30

6          guys.

7     Q    Could you describe the kinds of muds that were used

8          on that job?

9     A    Well, for the elbows, there was a lot of mineral

10         and mag to go over it.  We would go over it with

11         mag or blue mud.  Well, they called it asbestos

12         shorts.  We used to call it blue mud.

13              That's what I remember that on the bag.

14         That was what it was called.  I can't even remember

15         the manufacturer.  We called it blue mud.

16    Q    Where did you understand that blue mud came from?

17    A    Well, it was kind of blue in color, so everyone

18         called it blue mud.

19    Q    What was your understanding of where it came from?

20    A    I didn't really know.

21    Q    And when you said the term asbestos shorts, --

22    A    That's what they called it.  That was on the bag.

23    Q    Do you mean -- How do you spell shorts?

24    A    S-h-o-r-t-s.

25    Q    And where was this blue mud used on the --

```
 1    A    That was --

 2    Q    -- on the Badger Ordinance job?

 3    A    Over the elbows, and if we blocked in a tank, we

 4         used that before you canvassed the tank.

 5    Q    How big in size were some of these tanks at Badger

 6         Ordinance?

 7              MR. VELGUTH:  Object to the form of the

 8         question.  Go ahead and answer.

 9              THE WITNESS:

10    Q    Some were -- they varied in sizes, you now.  Some

11         were, you know, 10 feet.  Some were 15-feet high.

12         Some 16-feet high.  You know, 6, 8, 10 feet in

13         diameter.

14              MR. McCOY:

15    Q    And how big were the steam lines?

16    A    Well, we were recovering everything, so it -- most

17         of them were like 8, 12 inch, 16 inch, 24 inch, you

18         know.  It was all outside work.

19    Q    And let me direct your attention then to a place

20         called Globe Union.

21    A    Yeah.

22    Q    Are you familiar with that site?

23    A    Yes.

24    Q    Did that used to have a different name?

25    A    I don't know.  I think it was called Hercules at
```

```
 1              one time.  I'm not sure.
 2      Q    Where is it located at?
 3      A    It's between, I think, 33rd and 34th, just north of
 4              Capitol Drive in Milwaukee.
 5      Q    And who were you working for when you were at that
 6              job?
 7      A    I was with L&S.
 8      Q    What is your recollection about the time when that
 9              job occurred?
10      A    About '67, '68.
11      Q    And what types of work were being done on that job?
12      A    There we just had two huge vessels.
13      Q    How long was this job?
14      A    Well, I would have to say five months, maybe six
15              months.
16      Q    And what did you have to do on those vessels?
17      A    We had to block them in with block and mud and
18              canvas them.
19      Q    And what types of mud was used on that job?
20      A    That was that blue mud, asbestos shorts.
21      Q    Can you give us an idea on the size of those
22              vessels?
23      A    Well, they were probably 20 feet high.  They
24              started from a foot in diameter and went up to
25              maybe 20 feet in diameter.
```

1    Q    Who worked on that job with you?

2    A    A fellow by the name of Bernie Schaeffer

3         (phonetic).

4    Q    All right.  Let me direct your attention to the

5         Schlitz Brewery in Milwaukee.  Are you familiar

6         with that site?

7                   MR. VELGUTH:  Object to form.

8                   THE WITNESS:

9    A    Yes.

10                  MR. McCOY:

11   Q    And did you do any work at that site that involved

12        asbestos containing materials?

13   A    Yes.

14   Q    And can you tell us who you were working for when

15        you did that work?

16   A    The man running the job was Russ Brestler

17        (phonetic).

18   Q    What company?

19   A    Sprinkmann.

20   Q    And can you describe for us the work you did there

21        that involved asbestos containing materials?

22   A    Pipe covering.

23   Q    What types of pipes were being covered?

24   A    Well, some steam lines and -- that's about it.

25        Steam and hot-water lines.

```
 1    Q    How much of the period of time that you worked at
 2         Schlitz involved the asbestos containing materials?
 3    A    Well, all of it.  I was only there about three
 4         weeks.  I think two or three weeks.
 5    Q    And what is your recollection about when this work
 6         was done?
 7    A    '65 maybe.
 8    Q    Have you done any work at any of the schools in the
 9         Milwaukee area that involved asbestos containing
10         materials?
11              MR. VELGUTH:  Object to form.  Go head
12         and answer.
13    A    I did, but I can't remember the schools that I
14         worked at.
15              MR. McCOY:
16    Q    How about the Burbach (phonetic) school?  Are you
17         familiar with that one?
18              MS. CASTINO:  Objection, leading.
19              MR. VELGUTH:  Object to the form of the
20         question based on his prior answer.
21              THE WITNESS:
22    A    Burbach school was in -- Yeah, that was probably
23         around 1965. -- yeah.
24    Q    Where is that located at?
25    A    Oh, it's on Mill Road somewhere.  Off of Mill Road,
```

1                maybe 70th or 80th or somewhere in there.

2    Q    Is this in Milwaukee?

3    A    Yeah.

4    Q    What type of work did you do there at Burbach

5                school?

6    A    Pipe covering.

7    Q    What types of materials were used on that job?

8    A    It was --

9                MR. VELGUTH:  Object to the form of the

10              question.

11              MR. McCOY:

12    Q    You can answer.

13    A    There was a lot of fiberglass and a lot of asbestos

14              containing, you know, the hard stuff, and a lot of

15              blue mud for elbows, finishing elbows.

16    Q    Is this the same asbestos shorts you described?

17    A    Yeah, asbestos shorts.  Yeah, everyone more or less

18              used that.

19    Q    Let me direct your attention --

20                MR. VELGUTH:  Did he say the employer on

21              that one?

22              MR. McCOY:

23    Q    Who were you working for?

24    A    That was for Milwaukee Insulation.

25    Q    And maybe I didn't ask the time frame on that job.

| 1 | A | That was around '65 or '66, somewhere in there. |
| 2 | Q | Are you familiar with the Waukesha Hospital? |
| 3 | A | Yes. |
| 4 | Q | And can you tell us approximately when, or to the |
| 5 | | best of your recollection, when you worked there? |
| 6 | A | Oh, '67 or '68. |
| 7 | Q | Who were you working for? |
| 8 | A | L&S. |
| 9 | Q | And as part of this job, did it have asbestos |
| 10 | | containing materials? |
| 11 | A | Well, there was a lot of it. There was a lot of |
| 12 | | boiler breaching. There was quite a bit of boiler |
| 13 | | breaching, some tanks and piping, high-pressure |
| 14 | | steam piping. |
| 15 | Q | Was this a new construction or in a particular part |
| 16 | | of the facility? |
| 17 | A | This was a new construction part. |
| 18 | Q | And what types of asbestos containing materials |
| 19 | | were used on that job? |
| 20 | A | It was pipe covering and block and mud. |
| 21 | Q | Was L&S working on the entire place, or was this a |
| 22 | | particular part of the building here? |
| 23 | A | This wasn't for L&S. This was for Chris Metals. |
| 24 | Q | Chris Metals? |
| 25 | A | C-h-r-i-s M-e-t-a-l-s. |

1    Q    That was your employer on this job?

2    A    That was my employer on that job.

3    Q    On the Waukesha County?

4    A    No, on the Waukesha Hospital.

5    Q    Waukesha Hospital.  Right?

6    A    Uh-huh.

7    Q    Was this work in a particular part of the hospital,

8         or was it throughout?

9    A    Well, it was a three- or four-floor addition and

10        plus a boiler-room.

11   Q    And who else was on this job besides yourself?

12   A    Well, the man running the job was Frank Hoffsteter

13        (phonetic).

14   Q    Who else do you recall being on that one?

15   A    Bill Best, Frank Best.  Oh, there was several guys.

16        I can't really think of them offhand now who all

17        the other guys were.  There were probably 15

18        different guys.

19   Q    County General Hospital, are you familiar with that

20        location?

21   A    Yes.

22   Q    Where is that at?

23   A    That's in Milwaukee in Wauwatosa, I believe.

24   Q    Who were you working for on that job?

25   A    I was with Sprinkmann.

*ACCURATE REPORTING CO.*

```
 1    Q    And what type of work was done on that job?
 2    A    We were working in the equipment room in the
 3         basement repairing valves and --
 4    Q    Repairing valves.  Anything else?
 5    A    No, that was about it.  It was a repair job.
 6    Q    How long did that job last?
 7    A    About two weeks, I'd have to say.  A week or two.
 8    Q    And to the best of your recollection, when was that
 9         work?
10    A    I don't know.  I'd have to say about '65, '66
11         somewhere.
12    Q    And who else was on that job?
13    A    There was one other guy.  I think his name was
14         Schmidt, Frank Schmidt (phonetic).
15              MR. McCOY:  Let's take a break.
16              (Recess taken from 10:22 AM to 10:35
17         AM.)
18              MR. McCOY:  Let's go back and start again
19         here.  For the record, we've received a speaker-
20         phone, and that's why we took the break, from
21         Mr. Drumke.  And we're trying to get it hooked up.
22         We have got a phone technician in here now.  So far
23         it hasn't worked, but we are going to proceed.
24    Q    The job you talked about earlier at the Globe
25         Union --
```

*ACCURATE REPORTING CO.*

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Do you recall that? |
| 3 | A | Yes. |
| 4 | Q | Can you tell us what types of materials were used |
| 5 | | on that job? |
| 6 | A | It was block insulation and blue mud and canvas. |
| 7 | | They were just two huge tanks. |
| 8 | Q | Do you have any recollection of who made any of |
| 9 | | those products that were used? |
| 10 | A | Well, the best that I can recall, I think it was |
| 11 | | Carey Insulation. |
| 12 | | MR. SAMUELSON:   Let the record reflect |
| 13 | | that counsel has met with his client outside the |
| 14 | | deposition room before we reconvened. |
| 15 | | MR. McCOY:   That's normal. |
| 16 | | MR. NIQUET:   From your office, yeah. |
| 17 | | MR. McCOY:   For all lawyers, defense |
| 18 | | lawyers too -- needed brakes. |
| 19 | Q | I direct your attention, Mr. Haase, to the |
| 20 | | Carnation facility, I believe, in Milwaukee. |
| 21 | A | No, that's in Oconomowoc. |
| 22 | Q | In Oconomowoc.  And did you do some work there? |
| 23 | A | Yes, we did some equipment work there. |
| 24 | Q | Who were you working for? |
| 25 | A | I was working for L&S. |

```
 1   Q   What types of work were done on this job?

 2   A   It was all hired insulation -- pipe covering.   It

 3       was all on ducts.

 4   Q   Were any asbestos containing materials used in that

 5       work?

 6   A   I think most of it was.

 7   Q   What types of materials were used?

 8   A   There was -- Well, there was mud and pipe covering

 9       and block.

10   Q   Was the job all ducts, or was there other --

11   A   Yeah, just all ducts.   There wasn't much piping

12       there at all.

13   Q   What is your recollection of the time period when

14       that job was done?

15   A   That was about in the early '70s, I'd have to say.

16   Q   And how long did that job take?

17   A   Approximately three weeks.

18   Q   Who else do you recall being on that job?

19   A   I was the foreman there.   Let's see, Bill Best, I

20       can remember was out there.   Larry Zimmer

21       (phonetic), Rodney Austin -- not Austin -- Rodney

22       Chadora.

23   Q   Can you spell that or give your best attempt at?

24   A   C-h-a-d-o-r-a, I guess.   I'm not sure how that is

25       spelled.   And there were four or five other people
```

1           on that job.

2      Q    I'd like to direct your attention to a gas company

3           that's located just outside of Oak Creek.

4      A    Yes.

5      Q    Are you familiar with that?

6      A    Yes.

7      Q    Could you give us a better description of the place

8           where it's located at?

9      A    It's located just maybe a half a mile from the Oak

10          Creek power plant, right near there.

11     Q    Is it on a particular road?

12     A    I can't recall the name of the road or anything.

13          It's a huge tank, probably 50 feet in diameter --

14          maybe 60, 70 feet height.

15     Q    And who were you working for on this job?

16     A    It was a company by the name of Silbrico.

17          S-i-l-b-r-i-c-o.  I think they are out of Illinois.

18          I can't remember.

19     Q    What type of work was done on this job?

20     A    Well, we just lined the tank and then poured

21          insulation between the fiberglass liner and the

22          outer wall.

23     Q    What types of materials were used on that job?

24     A    It was some type of poured insulation.  The

25          fiberglass was put against the tank for a cushion,

1           and we poured the rest.

2    Q    Was any of this material asbestos containing?

3    A    I believe it was, to the best of my knowledge.

4    Q    What material was asbestos containing, to the best

5         of your knowledge?

6    A    That was the stuff we were pouring in.

7    Q    How was this pouring being done?

8    A    By bags.  We hoisted it up to the top and then

9         poured -- open the bag and pour it down.

10   Q    Could you describe the type of material that was

11        inside the bag?

12   A    Well, there was a -- just some type of insulation.

13        The refractory type of insulation.

14   Q    Was it a powdery type of material?

15   A    Powdery type, yes.

16                  MR. CULHANE:  I want to go off the record

17        for a minute.  The phone is working.

18                  (Discussion held off the record.)

19                  MR. McCOY:  Let's continue.  We'll call

20        him after we're done.  The phone cannot get hooked

21        up.  I guess, for the record, we should indicate

22        that the speaker phone cannot get hooked up.

23   Q    I'd like to direct your attention to a place called

24        Kearney & Trecker.

25   A    Yes.

```
 1    Q   Where is that located at?

 2    A   That's in West Allis on Highway 100.

 3    Q   And did you do some work there?

 4    A   Yes.  We did the -- all of the air-conditioning

 5        units on the roof.

 6    Q   When was this job done?

 7    A   1966 or '7.  I'd have to say '67.  I'm almost sure.

 8    Q   And who were you working for?

 9    A   That was with Milwaukee Insulation.

10    Q   Were there any asbestos containing materials used

11        on this job?

12    A   Yes.  A lot of mud -- blue mud.

13    Q   Just, again, the same asbestos shorts?

14    A   Yeah, right.

15    Q   And what types of work were being done?

16    A   We insulated the units on the roof.  They were big

17        units, maybe 8 feet in diameter and 15 feet long.

18    Q   How did you go about insulating those?

19    A   We blocked them in with fiberglass, and then we

20        chicken-wired them and went over the top with the

21        asbestos shorts and sealed them with tar.

22    Q   How long did that job last?

23    A   Approximately, I'd say four or five months.

24    Q   Who was on that job with you?

25    A   A fellow by the name of Wally Neubauer (phonetic).
```

1    Q    And let me direct your attention to the Oconomowoc

2         Hospital.  Are you familiar with that?

3    A    Yes.

4    Q    Did you do some work there?

5    A    Yes, they put on a new addition.  That was a new

6         addition.

7    Q    Who were you working for on this job?

8    A    Chris Metals.

9    Q    And what is your recollection of about when this

10        work was done?

11   A    In about '65 -- 1965.

12   Q    What types of work were involved at Oconomowoc

13        Hospital?

14   A    This was everything, pipe covering, you know.  It

15        was a new addition.  Pipe covering, ducts,

16        equipment-room, boiler-room.

17   Q    How long did this job last?

18   A    Well, I was only on it for maybe a month, but it

19        was probably a year's job.

20   Q    Were there any asbestos containing materials used

21        on this job?

22   A    Yeah.  For some of the equipment down in the

23        boiler-room we used.

24   Q    What types of asbestos containing materials were

25        used?

| 1  | A | Pipe covering and a couple of tanks. |
| 2  | Q | What types of materials were used on those? |
| 3  | A | It was block and pipe covering. |
| 4  | Q | Were there any muds or cements used? |
| 5  | A | Yeah, blue mud again.  We always used blue mud. |
| 6  | Q | I'm not certain if I had asked this question, but |
| 7  |   | the gas company tank outside of Oak Creek that we |
| 8  |   | talked about, when was that work? |
| 9  | A | That was probably in '64 or '5. |
| 10 | Q | I direct your attention to Madison East High |
| 11 |   | School.  Are you familiar with that place? |
| 12 | A | Yes. |
| 13 | Q | Where is that located? |
| 14 | A | That's in Madison on East Washington Avenue. |
| 15 | Q | Did you do some work there? |
| 16 | A | Yes.  We did some breachings, boiler breachings. |
| 17 | Q | Who were you working for? |
| 18 | A | L&S Insulation. |
| 19 | Q | Were there any asbestos containing materials used |
| 20 |   | on this job? |
| 21 | A | Yes, I think it all was. |
| 22 | Q | Could you explain the use of that? |
| 23 | A | We used just block.  We didn't have any pipe |
| 24 |   | covering.  Just block and blue mud and canvas. |
| 25 | Q | How long did this job take? |

```
 1    A   Oh, a month or two.

 2    Q   And the University of Wisconsin-Whitewater, have

 3        you done work there?

 4    A   Yes.

 5    Q   And has any of that work involved asbestos

 6        containing materials?

 7    A   Yes, a lot.  In the laundry-room there was quite a

 8        bit of pipe covering.

 9    Q   Laundry-room of what?

10    A   It was a new dorm.

11    Q   Who were you working for on this job?

12    A   That was Chris Metals.

13    Q   Who was on that job with you?

14    A   John Dean (phonetic), and Witkowski -- a guy by the

15        name of Frank Witkowski.

16    Q   Can you try to spell that one?

17    A   W-i-t-k-o-w-s-k-i.

18    Q   And any others that you can think of on that job?

19    A   Bill Holcomb -- H-o-l-c-l-u-m-b, I think.

20    Q   And can you describe the type of work that was done

21        in the laundry?

22    A   It was pipe covering.

23    Q   What types of materials were used on that?

24    A   It was all whatever they used, asbestos pipe

25        covering and blue mud again.
```

1    Q    What years do you remember this job being?

2    A    That was -- Let's see.  '66 or '67.

3    Q    We talked earlier about Don Drawantz.

4    A    Yeah.

5    Q    Did you ever have a chance to meet with him outside

6         of work?

7    A    Well, yes.  I met him at parties and stuff.  I knew

8         him very well.

9    Q    And did you ever meet his wife?

10   A    I had met her, yeah, a few times.

11   Q    What was your understanding about where they most

12        recently lived at?

13   A    Well, I knew several years ago he moved to Las

14        Vegas and was working out there.

15   Q    Okay.  I don't have any further questions right

16        now, Mr. Haase, and I appreciate your time for

17        today.  So if we can go ahead with the examination,

18        whoever wants to start, however you want to do

19        that.

20

21                          EXAMINATION

22        BY MR. VELGUTH:

23   Q    Mr. Haase, my name is Mark Velguth.  I represent

24        some of the defendants in several of these cases,

25        and I have got some questions for you today.  You

*ACCURATE REPORTING CO.*

```
 1            said you started as an insulator in what year?

 2    A       It was '63 or '64.

 3    Q       What did you do prior to this?

 4    A       Well, I had several jobs.  Well, immediately prior

 5            to that, I worked at American Motors and worked for

 6            Sinclair Refining.

 7    Q       You're 62 today?

 8    A       Yeah.  Not today.  On July 1st, I was 62.

 9    Q       When did you retire?

10    A       July 1st.

11    Q       Now when you started in your pipe covering or

12            insulating career, the locals here and the guys who

13            worked for the locals called themselves asbestos

14            workers.  Right?

15    A       Yes.

16    Q       And was the first job that you had as an insulator

17            at Oak Creek?

18    A       Yeah, that was the first one.

19    Q       And did you go through an apprenticeship training?

20    A       Well, I did later on.  See, they didn't have an

21            apprenticeship training when I started.  Three

22            years after I started, then I did go through an

23            apprenticeship training.

24    Q       And when you first started at Oak Creek, were you

25            insulating or were you lugging?
```

```
 1    A    Mostly lugging and insulating.  We did everything.

 2    Q    So you started right out as a new guy and --

 3    A    Right.

 4    Q    -- and right into the work of applying materials as

 5         well?

 6    A    Right.  Helping to apply.

 7    Q    Now you mentioned Bill Holcomb a couple of times in

 8         your testimony so far.  There were other Holcomb

 9         brothers as well.  Right?

10    A    There's one other, Ed Holcomb.

11    Q    Ed and Bill?

12    A    Yeah.

13    Q    Did Bill Holcomb work out at Oak Creek?

14    A    Yes, he did.  He he had just left Sprinkmann when

15         he came there.

16    Q    Was he working for CE, Combustion Engineering?

17    A    Yeah.

18    Q    Now Ed Holcomb always wore a mask; didn't he?  A

19         dust mask.

20    A    Not that I'm aware of.

21    Q    Was it the other Holcomb that always wore a mask?

22    A    I don't know.

23    Q    There were insulators out at Oak Creek that wore

24         dust masks.  True?

25    A    Not too often.  They never gave us any masks.  I
```

1          know I never did.

2     Q    But there were insulators out at Oak Creek when you

3          started there that wore dust masks.  True?

4     A    Yes, true.

5     Q    And it was common knowledge in the asbestos trade,

6          as far as you knew even in the mid '50s, that

7          asbestos was dangerous.  True?

8     A    Well, no, not necessarily.  They knew it was more

9          or less a dust factor, you know.  Not something

10         else.

11    Q    But when you started in the early '60s, there were

12         older guys that took you aside and said that the

13         trade was hazardous?

14    A    Oh, yes.

15    Q    And so, to your knowledge, for example, Don

16         Drawantz and John Weber would have been well aware

17         of that, being asbestos workers as well?

18              MR. McCOY:  Object to the foundation for

19         his knowledge of that question.

20              MR. VELGUTH:

21    Q    True?  You can go ahead and answer.

22              MR. McCOY:  If you can answer, go ahead.

23              THE WITNESS:

24    A    Well, I would assume so, yes.

25              MR. VELGUTH:

*ACCURATE REPORTING CO.*

| 1 | Q | And that's because it was common knowledge within |
| 2 | | the folks at Local 19 that working with asbestos |
| 3 | | could be hazardous? |
| 4 | A | Yes, I would assume that. |
| 5 | Q | You would say that.  Right? |
| 6 | A | Well, it was -- it's like anything else, you know. |
| 7 | | Car exhaust is bad for you to breath too, and you |
| 8 | | don't walk around with a mask outside. |
| 9 | Q | But you don't sit in garages running your car |
| 10 | | either; do you?  Right? |
| 11 | A | True. |
| 12 | Q | When you were working at Oak Creek, you said you |
| 13 | | were working for Combustion Engineering.  Right? |
| 14 | A | Right. |
| 15 | Q | Were there Combustion Engineering products -- |
| 16 | | asbestos containing products being used at Oak |
| 17 | | Creek during the time that you worked there? |
| 18 | A | I don't know where they came from.  We used to get |
| 19 | | our materials by box car, and I don't believe they |
| 20 | | were Combustion Engineering products.  I think they |
| 21 | | were manufactured by someone else.  They just |
| 22 | | bought them. |
| 23 | Q | Do you know the name of that manufacturer? |
| 24 | A | Not offhand I wouldn't know.  You know, that's 35 |
| 25 | | years ago. |

```
 1    Q    Right.  Hard to remember back 35 years.  Right?
 2         We're stretching your memory today.  Is that a yes?
 3              MR. McCOY:  Let me object to the form and
 4         foundation of that question.  But his memory is
 5         whatever he says on the record.
 6              MR. VELGUTH:
 7    Q    We're stretching your memory today going back 35
 8         years.  Right?
 9              MR. McCOY:  Same objection.
10              MR. VELGUTH:
11    Q    You can answer.  Whenever anybody objects, unless
12         your attorney says don't answer that question, you
13         can go ahead and answer.
14    A    Okay.  Well, yeah, I would say you are.
15    Q    Now during the '63 to '64 time period, you said
16         that this poured insulation was used.  Correct?
17    A    Uh-huh.
18    Q    Correct?
19    A    Yes.
20    Q    You have to answer out loud in standard English.
21         And you do not know the manufacturer or trade name
22         of that poured insulation.  Correct?
23    A    Correct.
24    Q    And you also said you used some block in Oak Creek
25         in that '63 to '64 time period.  True?
```

1    A    Right.

2    Q    And you do not know the trade name or manufacturer

3         of that block material.   Correct?

4    A    I can't think of it offhand, no.

5    Q    And with respect to the pipe covering that you used

6         at Oak Creek power plant in the '63-'64 time

7         period, you don't recall the manufacturer trade

8         name of that pipe covering.   True?

9    A    I would almost say it was Unibestos.   I would

10        almost be certain of that.

11   Q    Why do say it was Unibestos?

12   A    Because we were -- Sprinkmann was using

13        Johns-Manville, and we were using a different type

14        of insulation.

15   Q    Now was Unibestos something that had a different

16        purpose than, say, Johns-Manville Thermobestos?

17   A    No, it was the same thing, you know.   It was just a

18        different manufacturer.

19   Q    Did the Unibestos -- Do you know what Thermobestos

20        is?

21   A    Yeah.

22   Q    That was a Johns-Manville--

23   A    Yeah, right.

24   Q    --cal-sil pipe covering.   Is that right?

25   A    Cal-sil -- right.   I forgot about that.   Yeah.

1    Q    And what you're saying is that Unibestos was --

2         Well, let me ask you this.  Are you saying that

3         Unibestos was the same as this Thermobestos as far

4         as product consistency goes?

5              MR. McCOY:  Let me object to the form of

6         that question.  You can answer.

7                   THE WITNESS:

8    A    It's the same.  It's just a cal-sil type.  You

9         know, it's all about the same thing.  It's just a

10        different manufacturer.

11                  MR. VELGUTH:

12   Q    All right.  So with respect --

13   A    It serves the same purpose.

14   Q    So you don't remember Unibestos being used for any

15        particular application, like outside, where it

16        would be wet or anything like that, at Oak Creek

17        from '63 to '64.  Is that correct?

18             MR. McCOY:  Let me object to the form of

19        that question again.

20                  THE WITNESS:

21   A    We never had any outside work there, so --

22                  MR. VELGUTH:

23   Q    All right.  So we cleared that up.

24   A    Yeah.

25   Q    Did you handle the Unibestos that you were talking

```
 1          about?
 2    A     Yes.  We installed it.  We carried it, lugged it.
 3    Q     So it's your testimony that the Unibestos, you
 4          believe, was a cal-sil product?
 5    A     No.  I think it was -- I can't be sure.  But I'm
 6          almost positive it was Unibestos.
 7    Q     That's not my question though.  I'm asking you to
 8          compare Unibestos to another cal-sil product like
 9          Thermobestos.
10                    MR. McCOY:  Objection to form and
11          foundation again, counsel, you haven't established.
12                    THE WITNESS:
13    A     If you took them out of a box, you wouldn't be able
14          to tell the difference, I don't think.
15                    MR. VELGUTH:
16    Q     And you worked with Thermobestos?
17    A     Yes.
18    Q     Did you work with Thermobestos at Oak Creek?
19    A     I can't be certain of it.
20    Q     But during your career as an insulator, you worked
21          with Johns-Manville Thermobestos?
22    A     Yes.
23    Q     And what you are telling us today is the Unibestos
24          that you worked with at Oak Creek power plant had
25          the same texture and consistency as Johns-Manville
```

*ACCURATE REPORTING CO.*

```
 1              Thermobestos?
 2                      MR. McCOY:  Objection.  That is
 3              misstating his testimony.
 4                      THE WITNESS:
 5        A     I would have to say it's close, you know.
 6                      MR. VELGUTH:
 7        Q     And did you carry boxes of Unibestos at Oak Creek
 8              power plant in the '63-'64 time period?
 9                      MR. McCOY:  Objection, asked and
10              answered.
11                      THE WITNESS:
12        A     Well, yes.  Boxes of pipe covering and -- as I
13              think back now, I think maybe we used a lot of
14              block, and that was calcium-silicate block.  I
15              don't know who the manufacturer was.
16                      MR. VELGUTH:
17        Q     My question is though, when you were lugging at the
18              Oak Creek power plant in the '63 to '64 time
19              period, did you lug boxes of Unibestos, to your
20              recollection?
21                      MR. McCOY:  Objection, asked and
22              answered.
23                      THE WITNESS:
24        A     Well, certainly.
25                      MR. VELGUTH:
```

```
 1    Q    And can you tell me who made -- strike that.  Do
 2         you recall what it said on the boxes of Unibestos
 3         in the '63-'64 time period?
 4    A    Not really.
 5    Q    Can you tell me who made the Unibestos that you
 6         worked with in the '63-'64 time period?
 7    A    Well, that was the manufacturer I thought,
 8         Unibestos.
 9    Q    Right.  Do you know the name of the manufacturer?
10    A    No.
11    Q    So as you're sitting here today, if I told you that
12         about that period of time there could have been
13         Unibestos made by UNARCO or there could have been
14         Unibestos made by Pittsburgh-Corning, you wouldn't
15         be able to tell me who made that Unibestos?
16    A    No.
17    Q    Am I correct?
18    A    Right.
19    Q    When did you become --
20              MR. McCOY:  Counsel, let me put an
21         objection to that last question.  That question
22         assumes some facts that aren't in evidence.  I
23         don't know if they exist, but that's my objection.
24              MR. VELGUTH:  All right.  I will ask it
25         in a different way.
```

| 1 | Q | You don't know the manufacturer of the Unibestos |
| 2 | | that was used at the Oak Creek power plant in the |
| 3 | | '63 to '64 time period.  Correct? |
| 4 | A | Correct. |
| 5 | Q | When did you become a client of the Cascino Vaughan |
| 6 | | Law Firm? |
| 7 | A | Oh, probably about five years ago. |
| 8 | Q | Do you know, five years ago did you have -- had you |
| 9 | | ever been seen by a doctor for any asbestos-related |
| 10 | | condition? |
| 11 | A | Oh, sure. |
| 12 | Q | You were seen by Dr. Grossman? |
| 13 | A | Yes. |
| 14 | Q | When did you see Dr. Grossman? |
| 15 | A | Well, I'd have to say in the '70s sometime, maybe |
| 16 | | early '80s. |
| 17 | | MR. McCOY:  Counsel, I believe this is |
| 18 | | getting outside the scope of direct exam. |
| 19 | | MR. VELGUTH: |
| 20 | Q | In preparing for today's deposition, did you review |
| 21 | | any pictures or lists of products? |
| 22 | A | Well, I did, you know, a few years ago -- what I |
| 23 | | worked with. |
| 24 | Q | Do you remember whether it was more than one book? |
| 25 | | Or tell let me re-ask that.  I think I asked a |

```
1              couple of questions there.
2                        Did you ever review any pictures of
3              products?
4      A       Yes.
5      Q       And that was a couple of years ago?
6      A       Yes.
7      Q       But none to prepare for today's deposition?
8      A       None for today's deposition, no.
9      Q       When you became an asbestos worker in the early
10             '60s, did you start getting the Asbestos Worker's
11             magazine?
12     A       Yeah, I probably did.
13     Q       Do you remember getting it?
14     A       Do I remember?  Yes, probably around 1965 or '6.
15     Q       So it might have been a couple of years after --
16     A       Yeah.
17     Q       -- after you started?
18     A       After I started, yeah.
19     Q       You've got to wait.  We're talking on top of each
20             other a little bit.  Try to wait until I'm done
21             with my question, and likewise I'll try to wait for
22             you to get done with your answer, and that will
23             make it easier on the court reporter here.  All
24             right?
25     A       Uh-huh.
```

1    Q   So you started getting the Asbestos Worker's

2        Magazine, you believe, a couple of years after you

3        started working in the asbestos worker trade?

4    A   Well, I didn't get in the union until 1966, and

5        that's probably when I started getting it.  I mean,

6        they wouldn't have sent it to me without being in

7        the union.

8    Q   And part of your dues went to that?

9    A   Yeah.

10   Q   Do you remember the green sheets in the Asbestos

11       Worker's magazine?

12   A   No.

13   Q   Do you remember a doctor named Irving Selikoff?

14   A   Yes.

15   Q   What do you remember about Dr. Selikoff?

16   A   He was doing research on asbestos at that time.

17       They had just hired him to do research on the

18       effects of asbestos.

19   Q   How did you learn of Dr. Selikoff?

20   A   Well, that was in the Asbestos Journal.

21   Q   What do you remember about the articles, either by

22       or about Dr. Selikoff, in the Asbestos Worker's

23       magazine?

24   A   Well, the background of all of the stuff, and how

25       it was -- they were just coming out then proving

1              that asbestos was bad, you know.

2    Q    Did you use Eagle-Picher Super 66?

3    A    Yes.

4    Q    At Oak Creek in the '63-'64 time period?

5    A    I would have to say, yeah, around that time or

6         after when I worked for Sprinkmann.  Sprinkmann

7         always used Eagle-Picher.

8    Q    Okay.  You said that John Weber and Don Drawantz

9         worked at Oak Creek?

10   A    Yes.

11   Q    In the '63-'64 time period?

12   A    Yes, I would have to say in that area.

13   Q    Are you sure about that?

14              MR. McCOY:  Let me object to the form of

15         that question.

16              THE WITNESS:

17   A    I would to have say '64-'65 -- '63, '64 '65.

18              MR. VELGUTH:

19   Q    Are you guessing about the years that they --

20   A    Well, yes.

21              MR. McCOY:  I object to the form of the

22         question.  I mean, he's -- the witness's best

23         recollection, he's entitled to provide it.  That's

24         not necessarily guessing.

25              MR. VELGUTH:  Have you got something

```
 1              against cross-examination?
 2                        MR. McCOY:   No.
 3                        THE WITNESS:
 4      A    I'm sure -- I'm almost positive I seen him out
 5           there.
 6                        MR. VELGUTH:
 7      Q    But as far as the particular year, you would have
 8           to guess?
 9                        MR. McCOY:   Object to the form again.
10                        THE WITNESS:
11      A    Well, it was either '63 or '64.
12                        MR. VELGUTH:
13      Q    They -- Weber and Drawantz were employed by a
14           different company than you?
15      A    Right.
16      Q    It wasn't your job to watch what John Weber and Don
17           Drawantz were doing.  Correct?
18      A    Correct.
19      Q    And they worked for a different contractor on
20           different areas of unit number 7.  Correct?
21                        MR. McCOY:   Object to the form of that
22           question.  It's compound.
23                        THE WITNESS:
24      A    Correct.
25                        MR. VELGUTH:
```

1    Q   Did you understand my question?

2    A   Yeah.

3    Q   And you can't testify today, can you, about what

4        product John Weber used and when at Oak Creek.

5        Correct?

6    A   Correct.

7    Q   And today you can't testify about what product Don

8        Drawantz worked with at Oak Creek.  Correct?

9    A   Well, I could make an assumption.  They were doing

10       the turbine out there, and they were using blankets

11       and spraying the bottom of it.  I knew they were

12       doing that.  We used to eat together out there.

13   Q   My question is this though; with respect to the

14       work that -- I don't mean any disrespect, but for

15       short, I'm going to call him Weber.  Okay?

16   A   Sure.

17   Q   With respect to the work that Weber was doing, you

18       can't tell me what specific manufacturer's products

19       he was working with at Oak Creek.  Correct?

20   A   Correct.

21   Q   And with respect to Drawantz, you can't tell me

22       what manufacturer's products he was working with at

23       Oak Creek.  Correct?

24   A   Correct.

25   Q   And that is for the entire time in the '63-'64 time

```
 1              period that you worked at Oak Creek.  Correct?
 2     A   Correct.
 3     Q   Now you said Weber was working for Sprinkmann out
 4              there.  Could it have been that he was working for
 5              Universal at the time?
 6     A   I think he was on loan from Universal.  Him and
 7              Drawantz were on loan from Universal.
 8     Q   You remember that from 1963 or '64?
 9     A   Well, yes, I do, because I knew who those two guys
10              worked for.
11     Q   So this was unusual to see them out there?
12     A   Yeah, it was unusual -- very unusual.  That's why I
13              remember.
14     Q   Do you remember John Weber being a blanket man?
15     A   For Universal, I know he was -- he made blankets.
16     Q   But you knew that to be one of his specificities?
17     A   Yes.
18     Q   And I think in earlier questioning, as far as the
19              specific products that were out at Oak Creek, you
20              had identified Johns-Manville products during that
21              '63 to '64 time period?
22     A   Yes.
23     Q   And Johns-Manville products constituted the
24              majority of the asbestos containing insulation
25              products you worked with at Oak Creek in the
```

```
 1              '63-'64 time period.  Correct?
 2     A   No, I don't think so.  Because Johns-Manville --
 3         Sprinkmann was using Johns-Manville, and we were
 4         using something else.
 5     Q   And that something else that you were using working
 6         for Combustion Engineering, you don't recall today.
 7         Correct?
 8     A   No, I don't really.  Calcium-silicate I recall, but
 9         I don't know who made it.
10     Q   And you also testified about this refractory mud
11         that went on the top of the boilers and the sides
12         over the blocks.  Do you know the trade name or the
13         manufacturer of that mud?
14     A   I don't recall.
15     Q   Was it the blue mud?
16     A   No, it wasn't the blue mud.  It was something else.
17         It set up very hard.
18     Q   Do you recall a product called 352?
19     A   No.
20     Q   And the asbestos shorts, this blue mud, asbestos
21         shorts that you used that you testified about, I'm
22         just asking you -- not in particular about WEPCO at
23         this point in time.  That blue mud and the asbestos
24         shorts were a Johns-Manville product.  Right?
25     A   I'm really not certain if they are.  I think they
```

```
 1              were.  I'm not certain.
 2       Q      And what size bag did the blue mud come in?
 3       A      They came in about, I think, it was about 50-pound
 4              bags.  Some of it came in gunny sacks even.
 5       Q      You also testified about the Argo Corn Products
 6              site in Illinois.  True?
 7       A      True.
 8       Q      And your best recollection is that you worked there
 9              in the '64-'65 time period?
10       A      Yes, that's true.
11       Q      How long did that job last?  And you might have
12              answered it, but I didn't get it in my notes.
13       A      Well, it went on for a long time.  But me and two
14              other guys were sent there from Sprinkmann in
15              Milwaukee, and we were there only like three or
16              four months.
17       Q      And that was pipe covering work?
18       A      It was -- Yes, repair work, you know.  Pipe
19              covering and valves.
20       Q      And by saying valves, there was mud involved in
21              that?
22       A      Mud involved, yes.
23       Q      And I have in my notes here, and I just wanted to
24              confirm that you don't recall the trade name or
25              manufacturer of the pipe covering that was used at
```

```
 1              Argo Corn Products.  Is that correct?
 2      A       Correct.
 3      Q       And how about the mud?
 4      A       The mud was blue mud.  That was what we always
 5              used.  Every shop used blue mud.
 6      Q       So I should just quit asking that question?
 7      A       Yeah, quit asking.
 8      Q       All right.  And about the Argo Corn Products site,
 9              you said you had worked mostly all over.
10      A       In the factory.  That's a huge factory, a huge
11              plant.
12      Q       A large building with many rooms?
13      A       Yes.
14      Q       Sometimes separated by --
15      A       Yeah.
16      Q       -- doors?
17      A       Doors.  Warehouse part, yeah, everything.
18      Q       And you worked in many parts of that plant?
19      A       Yes.
20      Q       Let me ask you this.  Do you know a guy named
21              Michael Schiller?
22      A       No.
23      Q       Do you know a game named Oscar Suoja?
24      A       Ozzie Suoja, Yeah.
25      Q       The name I got is Oscar.
```

*ACCURATE REPORTING CO.*

```
 1    A    No, it's Ozzie.  Oswald Suoja.

 2    Q    Did you ever work with Suoja?

 3    A    Yes.

 4    Q    Where?

 5    A    Oh, quite a few places.  He was with L&S.  I worked

 6         with him at Kikkoman, Badger Ordinance.

 7    Q    How are you spelling Suoja?

 8              MR. McCOY:  Counsel, I don't know if he

 9         has finished his answer.  I think you interrupted

10         him when he was listing the places.

11              MR. VELGUTH:

12    Q    All right.  Go ahead.  Were you done with your

13         answer?

14    A    Oh, several places.  You know more than that.

15    Q    Tell me the places again?

16    A    Well, Badger Ordinance, Kikkoman Manufacturing,

17         University Hospital in Madison, -- oh, Janesville

18         Hospital.

19    Q    Are you done?

20    A    Yeah.  There was probably more, but I can't think

21         of them right now.

22    Q    How are you spelling Suoja?

23    A    I think it's S-o-g-a.  S-o-j-h-a or something like

24         that.

25    Q    You don't know?
```

```
 1    A    I don't know, no.

 2    Q    And the first name was what?

 3    A    Oswald.

 4    Q    Was he an insulator?

 5    A    Yes.

 6    Q    Local 19?

 7    A    Yes.

 8    Q    Was there a different local in the Madison area?

 9    A    No.

10    Q    Did Drawantz or Weber work with you at Argo Corn

11         Products?

12    A    No.

13    Q    All right.  Now moving onto Kikkoman.  Now was

14         Kikkoman -- am I pronouncing that right?

15    A    Yeah, that's right.

16    Q    Was that another facility -- large facility with

17         many rooms?

18    A    Yes, it was.

19    Q    But you worked in a new part of the plant when you

20         went out there?

21    A    It was all new.

22    Q    And I think earlier you mentioned an Ozzie Soga.

23         S-o-g-a I have in my notes.

24    A    Whatever.

25    Q    Do you know where he lived?
```

1    A    Yes, he lived in Sun Prairie.  Well, up until he

2         just died a year ago.  But he lived up in Superior

3         right after he retired.  But when I knew him, he

4         lived in Sun Prairie.

5    Q    All right.  And I have in my notes here that you

6         did name some products you thought were at

7         Kikkoman's, but you ended up by saying that I don't

8         really remember.

9              MR. McCOY:  Counsel, let me object to the

10        form of that question.

11             MR. VELGUTH:  Fine.

12             MR. McCOY:  That's your notes.  It's not

13        necessarily what the witness testified to.

14             THE WITNESS:

15   A    Yeah.  Correct.

16             MR. VELGUTH:

17   Q    And so the answer is, you don't remember the

18        manufacturer trade names of the asbestos containing

19        products that you worked with or around at Kikkoman

20        when you worked there?

21   A    Correct.

22   Q    Except for blue mud?

23   A    Blue mud and the normal pipe covering stuff.

24   Q    But as you sit here today, you don't remember the

25        manufacturer or trade name of that pipe covering.

```
 1              True?

 2      A       True.

 3      Q       Moving onto Badger Ordinance.  That was a huge

 4              place.  Right?

 5      A       Right.

 6      Q       All outside work?

 7      A       Mostly.  Not all, but mostly.

 8      Q       And you did not work with Weber or Drawantz at

 9              Badger Ordinance.  Is that correct?

10      A       Right.

11      Q       Did you work with Suoja at Badger Ordinance?

12      A       Yes.

13      Q       Was it during the '69-'70 time period?

14      A       That's when I was up there about.  Yeah, that would

15              have to have been that.

16      Q       Was he on your crew, or was he working for somebody

17              else?

18      A       He was just working.  There was probably -- I don't

19              know -- 20 guys on that job.  I didn't work along

20              side of him, no.  But we were all doing basically

21              the same thing.

22      Q       Insulating?

23      A       Insulating, right.

24      Q       As far as the manufacturer or trade name of any

25              product Mr. Suoja worked with or around at Badger
```

1          Ordinance, you cannot tell us that today.  Correct?

2      A   Correct.

3      Q   By the way, were you ever a smoker?

4      A   No.

5      Q   On to Hercules.  Was that every known as Hercules

6          Powder?

7      A   I'm not certain.  I thought it was.  When I worked

8          there, it was Globe Union.  But I think they had

9          bought it from Hercules.  That's the best of my

10         recollection.

11     Q   How long did you work at Hercules?

12     A   Well, a couple of months.

13     Q   What years did you work there?

14     A   It was '67.

15     Q   And your job was to insulate two huge vessels?

16     A   Right.

17     Q   And you insulated the vessels with block?

18     A   Yes.

19     Q   And the blue mud?

20     A   Blue mud.

21     Q   Did you work with Bernie Schaeffer there?

22     A   Yes.

23     Q   And was that the only other coworker that you had?

24     A   Yes.

25     Q   So you and Bernie got to insulate both of those

```
1              tanks?

2     A     Right.

3     Q     Did you ever work with Weber at Hercules?

4     A     No.

5     Q     Did you ever work with Drawantz at Hercules?

6     A     No.

7     Q     Did you ever work with Suoja at Hercules?

8     A     No.

9     Q     And you don't recall the trade name or the

10            manufacturer of any asbestos containing product

11            that you worked with at Hercules other than this

12            blue mud.  Correct?

13    A     Correct.  It was some material out of Canada, and I

14            can't recall the name.

15    Q     The next job site that Mr. McCoy led you to was

16            Schlitz Brewery.

17    A     Right.

18    Q     Now Schlitz was a place, a huge facility, with many

19            rooms.

20    A     Many rooms and tunnels.

21    Q     And tunnels and lots of piping?

22    A     Right.

23    Q     And a lot of the work at Schlitz Brewery was not

24            high temperature.  Correct?

25    A     Yes.  A lot was refrigeration.
```

1    Q   And you worked for three weeks at one point in time

2        at Schlitz Brewery.   Correct?

3    A   Correct.

4    Q   What year?

5    A   Oh, that had to have been around '65.

6    Q   And you worked only with pipe covering and blue mud

7        at Schlitz Brewery?

8    A   Right.

9    Q   And your coworker was Russ Brestler?

10   A   Right.

11   Q   And was that your only coworker at Schlitz when you

12       worked there for that three-week period in 1965?

13   A   There was a Rudy Grossmeyer (phonetic).

14   Q   Anyone else?

15   A   Warren Hanson.   That's it.

16   Q   Did you ever work with Weber at Schlitz?

17   A   No.

18   Q   Did you ever work with Drawantz at Schlitz?

19   A   No.

20   Q   Did you ever work with Suoja at Schlitz?

21   A   No.

22   Q   Do you know the trade name or the manufacturer of

23       the pipe covering you were using at Schlitz?

24   A   No.

25   Q   And did you use blue mud at Schlitz?

| 1 | A | Yes. |
| 2 | Q | Now you said you worked at Burbach school in '65 or |
| 3 | | '66.  True? |
| 4 | A | True.  It's either Burbach or Burbank school.  I |
| 5 | | can't remember. |
| 6 | Q | Mill Road and 70th or 80th? |
| 7 | A | Somewhere in that area. |
| 8 | Q | And that was some fiberglass  -- |
| 9 | A | Yes. |
| 10 | Q | -- insulation there.  Right? |
| 11 | A | There was everything there.  Fiberglass, Kaylo, |
| 12 | | everything. |
| 13 | Q | Do you remember the trade name or manufacturer of |
| 14 | | any of the asbestos containing pipe covering used |
| 15 | | at this Burbach or Burbank school? |
| 16 | A | No. |
| 17 | Q | But you used a lot of blue mud or asbestos shorts |
| 18 | | at this Burbank or Burbach school.  Right? |
| 19 | A | Several, yeah.  We used a lot of it. |
| 20 | Q | Who were your coworkers there? |
| 21 | A | Vince Wall, he was running the job.  Don |
| 22 | | Charpentier (phonetic), Bill Globig (phonetic), Tom |
| 23 | | Ganer (phonetic).  There were others there.  I |
| 24 | | can't think of them offhand. |
| 25 | Q | Was Weber there? |

```
 1    A    No.

 2    Q    Drawantz there?

 3    A    No.

 4    Q    Suoja there?

 5    A    No.

 6    Q    You knew Bill Globig?

 7    A    Yes.

 8    Q    Was he the business agent?

 9    A    Not at that time.  He was just a mechanic.

10    Q    A little later?

11    A    Yeah.

12    Q    This is '65 or '66?

13    A    Uh-huh.

14    Q    When did Bill Globig become the business agent?

15    A    I would have to say around 1970, somewhere in

16         there.

17    Q    Did Mr. Globig ever address Local 19 about the

18         potential hazards of asbestos?

19    A    Well, I would say yes, probably at a union meeting.

20         I didn't go to too many meetings.

21    Q    You also identified the Waukesha hospital.  Is

22         there a name attached to that?  Is that Waukesha

23         County or --

24    A    Waukesha Memorial Hospital.

25    Q    Is that what it was at the time you were working
```

```
 1              there?

 2       A      Right.

 3       Q      Did you work with Weber there?

 4       A      No.

 5       Q      Did you work Drawantz there?

 6       A      No.

 7       Q      Did you work with Suoja there?

 8       A      No.

 9       Q      And you cannot identify the trade name or

10              manufacturer of any asbestos containing insulation

11              products at Waukesha Memorial Hospital.  Correct?

12       A      Well, I knew it was asbestos containing.  I cannot

13              identify the manufacturer though.

14       Q      And you also worked with the blue mud?

15       A      Right.

16       Q      Now you also identified County General Hospital in

17              Milwaukee?

18       A      Right.

19       Q      What particular building are you talking about, if

20              it was just one?

21       A      It was the main building, the big building.  We

22              worked in the basement in the equipment room.

23       Q      Do you know what that main building is called

24              today?

25       A      John Doyne Hospital, I think.
```

| | | |
|---|---|---|
| 1 | Q | What street is that on? |
| 2 | A | Probably about 90th Street and Wisconsin Avenue. |
| 3 | Q | All right.  And you worked in the equipment room |
| 4 | | there repairing valves? |
| 5 | A | Yes. |
| 6 | Q | So that was all mud work? |
| 7 | A | Mostly mud and, you know, small pieces of |
| 8 | | insulation. |
| 9 | Q | How big were the pipes? |
| 10 | A | About 6 inches, 3 inches on down. |
| 11 | Q | Was the pipe covering asbestos containing, to your |
| 12 | | understanding? |
| 13 | A | I'm sure it was. |
| 14 | Q | Can you tell me the trade name or the manufacturer |
| 15 | | of that pipe covering? |
| 16 | A | I'm almost certain that was Johns-Manville. |
| 17 | Q | What makes you remember Johns-Manville? |
| 18 | A | Because I was working for Sprinkmann at the time, |
| 19 | | and that's all they used. |
| 20 | Q | And Frank Schmidt was your only coworker -- |
| 21 | A | Right. |
| 22 | Q | -- at what you described to be County General |
| 23 | | Hospital.  Correct? |
| 24 | A | Right, correct. |
| 25 | Q | All right.  Now we're talking about the Carnation |

```
 1              factory.  And that was at where?

 2      A       In Oconomowoc.

 3      Q       And you worked there for about three weeks in the

 4              early '70s?

 5      A       Correct.

 6      Q       Do you know if this was after asbestos was taken

 7              out of most high-temperature insulation products?

 8      A       It was taken out of a lot of stuff, but we were

 9              still getting it on the jobs.

10      Q       On this job at the Carnation factory in the early

11              1970s?

12      A       I'm not certain of it.

13      Q       So as we sit here today, -- Well, strike that.

14              Was this new construction, or were you doing repair

15              work at the Carnation factory in Oconomowoc?

16      A       This was new construction.

17      Q       So as you sit here today, you cannot say whether or

18              not the insulation products that you worked with or

19              around at the Carnation factory contained asbestos.

20              Is that true?

21      A       True.

22      Q       And in any event, you don't remember the trade name

23              or the manufacturers of the asbestos containing

24              products that you put on the ducts at Carnation

25              factory.  Correct?
```

```
 1    A    That's correct.  That was L&S and whatever they

 2         bought it from.

 3    Q    And you said you worked with Bill Best at the

 4         Carnation factory.  Right?

 5    A    Right.

 6    Q    And this Rod --

 7    A    Rod Chadara.

 8    Q    Chadara, and four or five others?

 9    A    There was Larry Zimmer (phonetic) I can recall.

10    Q    Did you work with Weber, Drawantz, or Suoja at the

11         Carnation factory?

12    A    No.

13    Q    Now this gas company near Oak Creek that you talked

14         about, is that natural gas or petroleum gas or

15         what?

16    A    It's a natural gas.  See, they just had the tank up

17         when I worked there.  Since then, they ran a lot of

18         piping, and a different company got it, so I never

19         went back.

20    Q    So Silbrico had the contract, as far as you know,

21         to insulate the tank with this poured insulation?

22    A    Right.

23    Q    And you don't know the trade name or manufacturer

24         of this poured insulation.  Correct?

25    A    Correct.
```

```
 1    Q    Did you believe the poured insulation contained
 2         asbestos?
 3    A    Well, I assumed it did.
 4    Q    And the next site was Kearney & Trecker.  Correct?
 5    A    Correct.
 6    Q    How are you spelling those?
 7    A    K-e-a-r-n-e-y  T-r-e-c-k-e-r.
 8    Q    Was the only guy that you worked with at Kearney &
 9         Trecker Wally Neubauer?
10    A    Yes. -- oh, wait, no.  There were a few others
11         after that.  There's a -- Lilke (phonetic).
12    Q    Lilke?
13    A    Lilke.  Not Clarence.  I can't think of his first
14         name now, and there were a few others, and I can't
15         think of their names offhand.
16    Q    Did you work with Weber, Drawantz, or Suoja at
17         Kearney & Trecker?
18    A    No.
19    Q    In any event, other than the blue, did you use
20         anything else other than blue mud?
21    A    Yes, we did.  We used -- We covered the tanks with
22         fiberglass or mineral wall and chicken wire, and
23         then we blue mudded over them, and then we used a
24         black tar to seal them.
25    Q    Other than the blue mud, do you know the trade name
```

1           or manufacturers of any asbestos containing product

2           that you worked with on that site?

3    A   No.

4    Q   Next is the Oconomowoc Hospital when you worked for

5           Chris Metals in about 1965 for about one month?

6    A   Right.

7    Q   Who worked with you there?

8    A   Well, there was Bill Best, Frank best, -- oh, Wayne

9           Yahnke (phonetic).  There were several other

10          people.  I can't think of their names right

11          offhand.

12    Q   Were any of them Weber, Drawantz, or Suoja?

13    A   No.

14    Q   Do you know the trade name or manufacturer of any

15          asbestos containing product that you used or worked

16          around at Oconomowoc Hospital in 1965 other than

17          the blue mud?

18    A   No.

19    Q   You next worked at Madison East High School -- or

20          not next, but another job site that you identified

21          was Madison East High School for one or two months.

22    A   Yes.

23    Q   What year was that?

24    A   Oh, that had to be somewhere around the '70s --

25          early '70s.

1    Q   All right.  And you had to do some breachings

2         there?

3    A   Right.

4    Q   Was this new construction or repair work?

5    A   Well, the breachings were new.

6    Q   And you used blue mud on that site?

7    A   Yes.

8    Q   You were working for L&S?

9    A   Yes.

10   Q   And you don't know the trade name or the

11       manufacturer of the block material you used on the

12       breaching.  Correct?

13   A   Correct.

14   Q   Did you have a coworker?

15   A   Yes.

16   Q   Who?

17   A   Gus Bushlike (phonetic).

18   Q   Anyone else?

19   A   No, he and I were the only two there.

20   Q   Small enough for a crew of two?

21   A   Right.

22   Q   You were the foreman on that site?

23   A   No, Gus was.

24   Q   And then you did some work in a Whitewater dorm

25       laundry-room in 1966 or '67?

| 1  | A | Correct. |
|----|---|----------|
| 2  | Q | How long did that take you? |
| 3  | A | Well, I was there a few months. |
| 4  | Q | All that time in the laundry-room of the dorm? |
| 5  | A | Well, no.  We were in the dorm too, but the bulk of |
| 6  |   | the work was in the laundry-room where we used -- |
| 7  |   | In the dorm itself we used fiberglass, and in the |
| 8  |   | laundry-room we used the asbestos or whatever. |
| 9  | Q | So this few months that you were there, how long |
| 10 |   | was spent in the laundry-room? |
| 11 | A | Probably a month and a half. |
| 12 | Q | What was the name of the dorm? |
| 13 | A | I have no idea. |
| 14 | Q | Where was it address wise? |
| 15 | A | It's -- I don't know what the address is.  It's |
| 16 |   | just in Whitewater.  It was part of Whitewater |
| 17 |   | college. |
| 18 | Q | If you took a drive back through there today, do |
| 19 |   | you think you would be able to point it out? |
| 20 | A | Oh, sure. |
| 21 | Q | You worked with Dayne there, Witkowski, and |
| 22 |   | Holcomb.  Anybody else? |
| 23 | A | Well, there was another Holcomb working there too. |
| 24 | Q | Ed? |
| 25 | A | No, Dennis Holcomb was his name. |

```
1    Q    Younger than Bill?

2    A    Yes, his younger brother.

3    Q    Are you spelling Holcomb H-o-l-c-o-m-b?

4    A    I think that's the way he spells it.

5    Q    And as far as asbestos containing materials you

6         used in the laundry-room there, you used blue mud.

7         Correct?

8    A    Correct.

9    Q    And you used some, what you believe to be, asbestos

10        containing pipe covering, but you don't know the

11        trade name or manufacturer today.  Correct?

12   A    Correct.

13   Q    You said you knew Don Drawantz?

14   A    Yes.

15   Q    Was he a smoker?

16   A    I don't even know.  I couldn't really answer that.

17   Q    How about Suoja?  Was he a smoker?

18   A    No, he didn't smoke.

19   Q    How do you know that?

20   A    Well, he was diabetic, and he had enough problems

21        without that.

22   Q    Was Suoja a Local 19 insulator when you started in

23        the trade, as far as you know?

24   A    I think he was.  I think he was in the Chicago

25        local before he came, but I think he was in Local
```

```
1              19 when I started.  Or maybe he was in the
2              Minneapolis local.  I think that might have been
3              where -- because he came from up in that area.
4        Q     Well, that's all I have for right now.  I may have
5              some more questions when it comes around to me
6              again.  Thank you.
7
8                              EXAMINATION
9              BY MR. NORBY:
10       Q     I have just a couple of follow-up questions on
11             the Badger site.  Did you testify that you used
12             block insulation at Badger Ordinance?
13       A     Yeah, we did.
14       Q     Do you recall the brand name or manufacturer of
15             that material?
16       A     No, I don't.
17       Q     Same questions for Oak Creek.  If you used or do
18             you recall using block insulation at Oak Creek?
19       A     Yes.
20       Q     Do you recall the manufacturer or the brand name
21             of the block insulation at that site?
22       A     I believe it was cal-sil -- Calcium-silicate.
23       Q     Are you describing a brand name or the
24             composition of the material or both?
25       A     That's the composition of the material.  I can't
```

```
 1                recall the brand name.

 2       Q    Do you know who manufactured it?

 3       A    No.

 4       Q    Thank you.  That's all I have.

 5                    MR. TERSCHAN:  Nothing.

 6

 7                                EXAMINATION

 8            BY MR. SAMUELSON:

 9       Q    I have a few questions.  My name is Jim Samuelson,

10            and you talked about Globe Union.  Do you remember

11            that?

12       A    Yeah.

13       Q    About an hour ago, you were first asked about Globe

14            Union by your attorney, Mr. McCoy.

15       A    Yeah, right.

16       Q    And you said you used a blue mud or asbestos

17            shorts, but you couldn't say what the manufacturer

18            was?

19                    MR. McCOY:  Object to the form of the

20            question, restating the testimony.

21                    MR. SAMUELSON:

22       Q    Do you remember that testimony?

23       A    Well, it's the same we used all the time.

24       Q    And then you took -- we took a short break.

25       A    Uh-huh.
```

| | | |
|---|---|---|
| 1 | Q | And did you meet with Mr. McCoy during that break? |
| 2 | A | While I was out in the hall? |
| 3 | Q | Sure.   Talking to Mr. McCoy? |
| 4 | A | Right. |
| 5 | Q | Did he show you any specifications for that project |
| 6 | | at Globe Union? |
| 7 | A | No. |
| 8 | Q | Did he show you any pictures? |
| 9 | A | No. |
| 10 | Q | You talk to anyone who worked at that site with you |
| 11 | | at that time during that break? |
| 12 | A | No. |
| 13 | Q | He then asked you after the break about Globe |
| 14 | | Union, and you said -- the best I can recall, the |
| 15 | | blue mud was Carey.   Correct? |
| 16 | | MR. McCOY:   Object to the form of the |
| 17 | | question. |
| 18 | | THE WITNESS: |
| 19 | A | No.   The block insulation was Carey. |
| 20 | | MR. SAMUELSON: |
| 21 | Q | I see. |
| 22 | A | The blue mud was the same as this other stuff, and |
| 23 | | I don't know who manufactured it. |
| 24 | Q | Now did you work with Kaylo at any time during your |
| 25 | | work life? |

```
 1    A    Oh, yes, quite a bit of it.

 2    Q    And what, of the projects that you have mentioned

 3         in your testimony today, did you work with Kaylo at

 4         most of those sites?

 5              MS. SCHUETT:  Object to form.

 6              MR. McCOY:  Object to form and foundation

 7         of the question.

 8              THE WITNESS:

 9    A    Well, it may have been Kaylo.  It may not have

10         been.  Kaylo is a brand name.

11              MR. SAMUELSON:

12    Q    And who made Kaylo?

13    A    Kaylo.

14    Q    Owens-Corning?

15    A    Owens-Corning, right.

16    Q    And at WEPCO Oak Creek, do you remember that

17         product on that site?

18    A    At Oak Creek, well, Sprinkmann was using

19         Johns-Manville, and I thought we were using

20         Unibestos.

21    Q    Did you see any Kaylo on that site?

22              MS. SCHUETT:  Object to form.

23              THE WITNESS:

24    A    Not that I recall.

25              MR. SAMUELSON:
```

```
 1    Q    What about Badger Ordinance?

 2    A    That -- the blue mud and the pipe covering, and I

 3         don't know -- I can't recall what the manufacturer

 4         of it was.

 5    Q    Schlitz Brewery?

 6    A    That would had to have been Johns-Manville.

 7    Q    Was there any Kaylo on that site?

 8    A    No, not that I recall.

 9    Q    Would it be accurate that there may have been Kaylo

10         on the site, but you just don't recall it at this

11         time?

12              MS. SCHUETT:   Object to the form of the

13         question.

14              THE WITNESS:

15    A    That would be right.

16              MR. SAMUELSON:

17    Q    How about Waukesha Hospital?

18    A    I can't recall, other than blue mud.

19    Q    And County General, do you have a specific

20         recollection of working with Kaylo?

21    A    No.

22    Q    But you may have?

23              MR. McCOY:   Object to form.

24              MS. SCHUETT:   Object to the form of the

25         question.
```

```
 1                         MR. SAMUELSON:
 2      Q    What about the Carnation facility?
 3                         MR. McCOY:   What's the question about it?
 4                         MR. SAMUELSON:
 5      Q    Did you work with Kaylo at Carnation?
 6      A    I may have.
 7      Q    Would you describe what Kaylo is?
 8      A    Well, it's a block insulation.   It's white, and
 9           what it is composed of, I don't know.   Mostly it
10           used to have a lot of asbestos in it.   Since then,
11           I don't know.
12      Q    And during your work history, you worked with Kaylo
13           what percentage of the time, would you say?
14                         MS. SCHUETT:   Object to form.
15                         MR. McCOY:   Object to the form and
16           foundation for that question.   Are you talking
17           about some particular job?
18                         THE WITNESS:
19      A    It's only on certain jobs that you worked with
20           that, you know.   Mostly it was, you know, whatever
21           the job called for, you put on.
22                         MR. SAMUELSON:
23      Q    And was there a specification for Kaylo on a number
24           of the jobs that you worked on over the years?
25                         MS. SCHUETT:   Object to the form of the
```

```
 1              question.
 2                       MR. McCOY:  I'll join in that objection,
 3              by the way.
 4                       THE WITNESS:
 5      A       Most of your specs name about five or six different
 6              manufacturers, and you could use either one of
 7              them.
 8                       MR. SAMUELSON:
 9      Q       And what about the gas company outside of Oak
10              Creek?  Did you work with Kaylo there?
11      A       No, I'm certain that wasn't Kaylo.
12      Q       What about Kearney & Trecker?  Did you work with
13              Kaylo there?
14      A       No, just blue mud.
15      Q       Oconomowoc Hospital?
16      A       That could have been.  I don't know.
17      Q       Madison East?
18      A       That could have been too.  I don't know.
19                       MS. SCHUETT:  Move to strike.
20                       MR. SAMUELSON:
21      Q       Do you have any recollection of working with Kaylo
22              at the UW-Whitewater?
23      A       No.
24      Q       So you really have no recollection of a specific
25              job, but you may have worked with Kaylo?  Or you
```

```
 1            know you worked with Kaylo on certain jobs?
 2                    MS. SCHUETT:  Object to form.
 3                    THE WITNESS:
 4      A    I worked with all of them.
 5                    MR. SAMUELSON:
 6      Q    What leads you to believe that you -- that the
 7            block that you worked with at Globe Union was
 8            Carey?
 9      A    Well, it was a different color, and it said product
10            of Canada.  And we remarked about it because it was
11            dusty.  And I said, well, those Canadians can't
12            make anything.
13      Q    And when Mr. Velguth was questioning you, you
14            testified -- and he said, what was the maker of the
15            products that you worked with at Globe Union?  You
16            said that some outfit out of Canada -- I can't
17            recall the name.  Would that be an accurate
18            statement of who the manufacturer was?
19      A    Yes.
20                    MR. McCOY:  Counsel, let me object to the
21            form and foundation.
22                    MR. SAMUELSON:  Wait a minute.  Are you
23            objecting to the form of the question?  The witness
24            is in the process of answering.
25                    MR. McCOY:  Right.  My objection is to
```

```
 1              your question.
 2                        MR. SAMUELSON:  Fine.
 3                        MR. McCOY:  Form and foundation.
 4                        MR. SAMUELSON:
 5      Q    Would that be an accurate statement of who the
 6           manufacturer was?
 7      A    Yes, to the best of my knowledge.
 8      Q    To the best of your knowledge, you can't recall the
 9           name.
10                        MR. McCOY:  Same objection.
11                        MR. SAMUELSON:
12      Q    But it is some outfit out of Canada?
13      A    Right.
14      Q    And it would be speculation on your part that it
15           was a particular manufacturer out of --
16                        MR. McCOY:  Counsel, let me object again
17           to form and foundation.  You asked him the
18           question.  He answered it.
19                        MR. SAMUELSON:
20      Q    Is that correct?
21                        MR. McCOY:  Same objection.
22                        THE WITNESS:
23      A    Correct.
24                        MR. SAMUELSON:  Thank you.  That's all I
25           have.
```

*ACCURATE REPORTING CO.*

```
 1                              MR. KAUFMAN:  Nothing.

 2                              MS. ENGLER:  Nothing.

 3

 4                                    EXAMINATION

 5              BY MR. MEYER:

 6         Q    Mr. Haase, the question was posed to you about

 7              whether or not you knew a gentleman by the name

 8              of Michael Schiller.  You said no?

 9         A    I said no.

10         Q    Have you ever heard of Michael Schiller?

11         A    Not that I can recall.

12         Q    So you would have no knowledge then as to what

13              Michael Schiller does for a living or what he did

14              for a living.  Correct?

15         A    Correct.

16         Q    Or whether or not he ever worked with asbestos

17              containing products?

18         A    Correct.

19         Q    No more questions.

20

21                                    EXAMINATION

22              BY MR. CULHANE:

23         Q    My name is Jim Culhane.  I have some questions

24              about the gas company that you worked at outside

25              Oak Creek.  Who was your employer at that time?
```

```
 1    A    Silbrico.

 2    Q    Could you spell that for?

 3    A    S-i-l-b-r-o-c-o or something like that.

 4    Q    Is the first letter an S?

 5    A    Yes, S.

 6    Q    And where is that company from?

 7    A    I believe it was out of Chicago.

 8    Q    Who paid your salary during that time?

 9    A    They did.

10    Q    And how long did you work there?

11    A    I was only there -- I don't know -- maybe a month.

12    Q    Could it have been less than a month?

13    A    It could have been less than a month too.

14    Q    And was that mostly outside work?

15    A    It was all outside.

16    Q    And can you recall any of the coworkers that were

17         with you at the time?

18    A    Most of the them were from a bridge company -- some

19         bridge company out of -- they were out of North

20         Dakota, I think.

21    Q    Were there any coworkers there from the same

22         company that you were working for?

23    A    Yes.

24    Q    And can you remember their names?

25    A    Ralph Adler (phonetic).
```

1    Q    Anybody else?

2    A    No.   He and I were the only two there from

3         Milwaukee.

4    Q    Is Ralph Adler still alive?

5    A    No, he died several years ago.

6    Q    Did you work with any asbestos containing products?

7    A    No, other than if that stuff had asbestos in it.

8         That's all I know.

9    Q    You don't know if it did or not?

10   A    No, I'm not certain.

11   Q    Do you know who supplied that product that you

12        worked with?

13   A    No.

14   Q    That's all I have.

15

16                        EXAMINATION

17        BY MR. NIQUET:

18   Q    Just a few questions, sir.   Did you prepare

19        anything in preparation for this deposition, any

20        notes?

21   A    No.

22   Q    Did you write anything down on a piece of paper?

23   A    Well, I wrote a few things down on where I

24        worked, yeah.

25   Q    Do you still have that paper with you?

```
 1      A    Sure.
 2                      MR. McCOY:  He provided that for my
 3           use.
 4                      MR. NIQUET:  Can I see the paper,
 5           please?
 6                      MR. McCOY:  No, it's a confidential
 7           communication.
 8                      MR. NIQUET:  There's no confidential
 9           communication.  You are not producing him here
10           today as a plaintiff.
11      Q    Can I see the paper, sir?
12                      MR. McCOY:  It's got my markings.
13                      MR. NIQUET:  Let the record reflect
14           that Mr. McCoy is handing me the card.
15                      MR. McCOY:  It has my markings on it.
16                      MR. NIQUET:
17      Q    Is this the card?
18      A    Yes.
19      Q    Can we mark that as an exhibit?
20                      (Deposition Exhibit No. 3 marked for
21           identification.)
22      Q    We have marked as Exhibit 3 the card that you
23           mentioned.  Is this a card that you prepared
24           yourself?
25                      MR. McCOY:  Object to the form of that
```

```
 1                   question.  I have already indicated that it has

 2                   my markings on it -- lots of them.

 3                        MR. NIQUET:

 4        Q    The writing in pencil is your writing?

 5                        MR. McCOY:  Object again to the form of

 6                   the question.

 7                        THE WITNESS:

 8        A    Yes.

 9                        MR. NIQUET:

10        Q    Whose writing is in ink on this?

11                        MR. McCOY:  Object to the form of the

12                   question.

13                        THE WITNESS:

14        A    Mr. McCoy.

15                        MR. McCOY:  Only if he knows.  I think

16                   you haven't established that.  There might be

17                   some other people's markings on there.

18                        MR. NIQUET:

19        Q    When did you prepare this card, sir?

20        A    Well, yesterday.

21        Q    At Mr. McCoy's request?

22        A    No, he didn't request me to do anything.

23        Q    You just did it to try to refresh your

24             recollection?

25        A     I just did it so I would remember some of these
```

```
 1              jobs.
 2       Q      Did you look at any documents when you did this?
 3       A      No.
 4       Q      This was just coming off the top of your head?
 5       A      This is coming off the top of my head.
 6       Q      Did you talk to anyone to put this list together?
 7       A      No.
 8       Q      On the top of the card, it has the number 7085.
 9       A      That's correct.  That's my check number.  I wrote
10              out a check and didn't have my checkbook with me.
11       Q      That number after it, that 200, that has nothing
12              to do with this case?
13       A      No, no.  That's my check number.  I cashed a
14              check and didn't have my checkbook with me, so I
15              put it on that card.
16       Q      Other than putting this card together, did you do
17              anything else to prepare for your deposition?
18       A      No.
19       Q      Did you meet with any attorneys this morning
20              before the deposition?
21       A      No.
22                     MR. McCOY:  Well, he did meet with me
23              for ten or fifteen minutes.
24                     THE WITNESS:
25       A      Other than to say hello, yeah.
```

```
 1                          MR. NIQUET:
 2        Q    Did you discuss your testimony with him this
 3             morning?
 4        A    No.
 5        Q    Did you discuss your testimony yesterday with
 6             Mr. McCoy?
 7        A    No.
 8        Q    How about Jill Rakauski?
 9        A    She just called and told me to meet here.
10        Q    Did you discuss with her products or job sites at
11             that time?
12        A    No.
13                          MR. McCOY:  Counsel, let me object to
14             the extent that some of those questions are
15             bordering on attorney-client privilege.
16                          MR. NIQUET:  Is he appearing here today
17             as a plaintiff?
18                          MR. McCOY:  He has an attorney-client
19             privilege whether he's appearing as a plaintiff
20             or not.  He still has an attorney-client
21             privilege.  That doesn't change the issue.
22                          MR. NIQUET:  By the way, does he have a
23             case filed or not?
24                          MR. McCOY:  You know, I didn't look to
25             see if he has got a federal case or not.  I don't
```

```
1              know for certain.  I would assume so.  I know
2              he's a client.
3                        MR. NIQUET:  Thank you, sir.
4
5                                   EXAMINATION
6              BY MR. LYONS:
7         Q    Have you ever heard of a man named Eugene Nolop.
8              N-o-l-o-p.
9         A    No.
10        Q    How about Mary Nolop?
11        A    No.
12        Q    You wouldn't know whether or not Eugene Nolop ever
13             worked with or around asbestos containing products.
14             Correct?
15        A    Correct.
16        Q    That's all the questions I have.
17
18                                  EXAMINATION
19             BY MS. CASTINO:
20        Q    In your testimony, you indicated that you worked
21             for Sprinkmann.  Do you recall that?
22        A    Right.
23        Q    Can you tell me when you worked for them?
24        A    Sprinkmann, probably '64 or '65.
25        Q    And how long did you work for them?
```

```
 1    A    A little over a year, I would have to say.

 2    Q    That's all I have.  Thank you.

 3               MR. ROSENBERG:  Nothing.

 4               MS. SCHUETT:  Nothing.

 5

 6                         EXAMINATION

 7    BY MR. VELGUTH:

 8    Q    I have got a couple.  The card -- back to Exhibit

 9         3.  When you sat down to do this, what were you

10         trying to accomplish?

11    A    I was just -- Well, when I came here I -- and you

12         asked me about jobs, I wanted to tell you what jobs

13         I was on.  That was the only thing I was trying to

14         accomplish.

15    Q    So you knew when you came here we were going to ask

16         you about your job history?

17    A    Right.

18    Q    Did you make this card in mind with any particular

19         coworker?

20    A    No.

21    Q    These are just some of the jobs that you worked on

22         that you remember?

23    A    These are just the jobs that I worked on, yes.

24    Q    Were there other jobs other than these that you

25         worked on during your career as an insulator?
```

```
 1    A    Sure, quite a few.

 2    Q    And why didn't they make it on the card?

 3    A    I'm thinking, and now I'm thinking of Hanson Lab

 4         and a bunch of different places.  You know, there

 5         was a million jobs that you worked on in your

 6         career.

 7    Q    These were some of the longer jobs?

 8    A    Those were some of the bigger jobs.

 9    Q    During what year did you retire?

10    A    I retired July 1st of '98.

11    Q    At any time during your career as an insulator, did

12         you wear a mask or a respirator?

13    A    Sometimes.

14    Q    When?

15    A    Well, a lot of times they wasn't provided, you

16         know.

17    Q    Understanding that.  When?

18              MR. McCOY:  Let me object to the form and

19         foundation.  Are you talking about a specific job

20         site now, or where are we at?

21              MR. VELGUTH:  Very, very general right

22         now.

23              MR. McCOY:  Well, he's already answered

24         that question.

25              THE WITNESS:
```

```
 1    A    Very rarely did we wear a mask.

 2              MR. VELGUTH:

 3    Q    Did you ever have any role in negotiating the union

 4         contract?

 5    A    No.

 6    Q    Did you ever read your union contract other than

 7         the pay scales?

 8    A    Well, yes.  Several things there.

 9    Q    All right.  Now was it -- There were several other

10         provisions in the contract other than the pay scale

11         and benefits.  Right?

12    A    Right.

13    Q    Did you ever read that portion of the union

14         contract about provision of safety devices?

15    A    Uh-huh.

16    Q    Yes?

17    A    Sure.

18    Q    And who was supposed to provide any safety devices

19         or protection under the union contract?

20              MR. McCOY:  Objection to foundation and

21         the form of the question.

22              THE WITNESS:

23    A    The employer was supposed to provide it.

24              MR. VELGUTH:

25    Q    Well, let's just pick a job site.  For example, --
```

```
1                Well, let me get this straight first.  Do you

2           remember when you first read the union contract?

3                     MR. McCOY:  Counsel, --

4                     THE WITNESS:

5      A    Yes.

6                     MR. VELGUTH:

7      Q    When?

8                     MR. McCOY:  Counsel, let me ask you a

9           question.  Does this relate to -- I think this is

10          outside the scope of what was involved in the

11          direct examination.

12                    MR. VELGUTH:  So what.

13                    MR. McCOY:  Does this relate to one of

14          the plaintiffs in these others cases where there

15          has been notice?

16                    MR. VELGUTH:  You betcha.

17                    MR. McCOY:  How?

18                    MR. VELGUTH:  I'm not here to answer your

19          questions.

20                    MR. McCOY:  I need to know.  Otherwise,

21          he's not giving a deposition in his case today.

22                    MR. VELGUTH:  If you think there is

23          something that he shouldn't answer, just go ahead

24          and give an instruction not to answer.

25                    MR. McCOY:  I'll instruct him not to
```

1           answer.

2                       MR. VELGUTH:   You're saying that the

3           union contract about provision of safety devices,

4           perhaps the knowledge of Suoja, Weber, or Drawantz,

5           about providing masks or wearing masks is not

6           relevant to contributory negligence or otherwise in

7           all of these cases as a fellow insulator and member

8           of Local 19?

9                       MR. McCOY:   If you can relate what he

10          knows somehow to what Suoja or Drawantz or Weber

11          knows, I can understand how you can ask those

12          questions.   Bus that's not the questions you are

13          asking.

14                      MR. VELGUTH:   I'm going to ask --

15                      MR. McCOY:   If you want to ask, ask them

16          in the context of those guys, and that's fine.

17                      MR. VELGUTH:

18     Q    When was the first time you read the union

19          contract?

20     A    Probably about '66, '67.

21     Q    And at that point in time, did it have a provision

22          that employers were to provide any safety equipment

23          necessary for a job?

24     A    Well, I can't say for certain then, but I know that

25          it's in there.

1    Q    So when you read it the first time, you didn't see

2         any provision?

3    A    I don't recall.

4    Q    But whenever you got a job or got a mask or a

5         respirator, it was provided by your employer?

6    A    Right.

7    Q    And this is under the same contract that, to your

8         understanding, Suoja and Weber and Drawantz were

9         operating under.  Correct?

10             MR. McCOY:  Object to form and

11        foundation.

12             THE WITNESS:

13   A    Correct.

14             MR. VELGUTH:

15   Q    And they were Local 19 insulators.  Right?

16   A    Right.

17   Q    And as far as you know, all the insulators in Local

18        19 were operating under the same contract.  True?

19   A    True.

20   Q    That's it.  Subject to anything else that others

21        may have.  Thank you for your time.

22             MR. CULHANE:  Off the record.

23             (Discussion held off the record.)

24             (Whereupon the proceedings concluded at

25        12:15 PM.)

1    STATE OF WISCONSIN )
          ) ss.
2    WASHINGTON COUNTY )

3        I, KIM STOECKER, a Notary Public in

4    and for the State of Wisconsin, do hereby

5    certify:

6        That the witness in the foregoing

7    deposition named was present at the time and

8    place therein specified;

9        That the said proceeding was

10   reported by me and thereafter transcribed into

11   computer-assisted transcription under my

12   direction;

13       That the foregoing transcript

14   constitutes a full, true, and correct report of

15   the proceedings;

16       That I am a disinterested person to

17   the said action.

18       IN WITNESS THEREOF, I have hereto

19   subscribed my hand and affixed my official seal

20   this 22nd of February, 1999.

21

22        _____
          Kim J. Stoecker, Notary Public
23         In and for Washington County
          State of Wisconsin
24

25   My commission expires August 13, 2000.