IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS ) MDL Docket No. 875
LIABILITY LITIGATION )
(No. VI) )
)
)
BARKER v. AC & S, INC., )
et al., 09-CV-60285 )
)
SOUJA v. OWENS ILLINOIS, INC., )
et al, 09-CV-60256 )

VIDEOTAPED DISCOVERY DEPOSITION OF
GEORGE SCHLUB

Taken on behalf of the Plaintiffs
January 27, 2012

Reported by Kathy A. O'Donnell, CSR, RPR
Illinois License No. 084-004466

---

Page 2

INDEX OF EXAMINATIONS
WITNESS                                      PAGE
GEORGE SCHLUB
    Examination by Mr. Archer                6
    Examination by Mr. Morris               26

INDEX OF EXHIBITS
                                             PAGE
No. 1. Notice of videotaped deposition
       (Not referenced)

---

Page 3

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS ) MDL Docket No. 875
LIABILITY LITIGATION )
(No. VI) )
)
BARKER v. AC & S, INC., )
et al., 09-CV-60285 )
)
SOUJA v. OWENS ILLINOIS, INC., )
et al, 09-CV-60256 )

VIDEOTAPED DISCOVERY DEPOSITION OF GEORGE
SCHLUB, produced, sworn, and examined on behalf of
the Plaintiffs, January 27th, 2012, starting at
10:00 a.m. in the morning and ending at 10:43 a.m. in
the morning on that day at 7413 Wallingford Way,
Rockford, Illinois, before Kathy A. O'Donnell, a
Certified Shorthand Reporter, Registered Professional
Reporter, and Notary Public.

---

Page 4

A P P E A R A N C E S
CASCINO VAUGHAN LAW OFFICES, LTD.,
220 South Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
BY: MR. RONALD ARCHER
    Appeared on behalf of Plaintiffs;

SCHIFF HARDIN, LLP,
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5642
dmorris@schiffhardin.com
BY: MR. DAVID T. MORRIS
    Appeared on behalf of Defendant Owens Illinois,
    Incorporated.

Page 5

1     It is hereby stipulated and agreed by and
2 between Counsel for the Plaintiffs and Counsel for
3 the Defendants that this deposition may be taken in
4 shorthand by KATHY A. O'DONNELL, a Registered
5 Professional Reporter, Certified Shorthand Reporter,
6 and Notary Public, and afterwards transcribed into
7 typewriting, and the signature of the witness is
8 waived by agreement of counsel and the witness.
9              O-O-O
10     (Schlub Deposition Exhibit No. 1
11       marked for identification.)
12     MR. ARCHER: We're on the record. It's
13 January 27th, 2012. This is the George Schlub
14 deposition. The deposition is being taken in the
15 following cases: Barker vs. AC & S, Incorporated,
16 et al, which the case number is 09-CV-60285, and
17 Souja, et al., vs. Owens Illinois, Incorporated,
18 et al. The case number for that is 09-CV-60256.
19 These cases are venued in the United States District
20 Court for the Eastern District of Pennsylvania, MDL
21 Docket No. 875.
22     We are actually at Mr. Schlub's home at
23 7413 Wallingford Way, Rockford, Illinois 61107. The
24 court reporting is being done today by Pohlman

Page 6

1 Reporting out of 10 South Broadway, St. Louis,
2 Missouri, 63102, phone number is (314) 421-0099.
3     My name is Ron Archer. I represent the
4 Plaintiffs in the actions mentioned before, and also
5 I represent George Schlub. I'm with Cascino Vaughan.
6 We're out of 220 South Ashland Avenue, Chicago,
7 Illinois 60607, phone number is (312) 944-0600.
8     For the video record, will other
9 attorneys, which is just one, make his appearance for
10 the record?
11     MR. MORRIS: David Morris for Owens
12 Illinois, Incorporated.
13     MR. ARCHER: Thank you.
14          EXAMINATION
15 BY MR. ARCHER:
16   Q.  Good morning.
17   A.  **Morning.**
18   Q.  Please introduce yourself to the members
19 of the jury.
20   A.  **My name is George Schlub.**
21   Q.  How old are you?
22   A.  **80 years old.**
23   Q.  You live here in Rockford?
24   A.  **Yes, I do.**

Page 7

1     MR. MORRIS: Excuse me, Counsel. She'd
2 like to swear him in first.
3          GEORGE SCHLUB,
4 of lawful age, being produced, sworn and examined on
5 the part of the Defendants, and after responding "I
6 do" to the oath administered by the court reporter,
7 deposes and says:
8        * * * * * * * * * * * *
9 BY MR. ARCHER:
10   Q.  Good morning, again.
11   A.  **Good morning.**
12   Q.  Do you affirm what you just told me
13 three, four seconds ago?
14     MR. MORRIS: Your name.
15 BY MR. ARCHER:
16   Q.  Was what you said earlier --
17   A.  **My name?**
18   Q.  -- the truth?
19   A.  **Oh, the truth, yes.**
20   Q.  As if you were under oath --
21   A.  **Yes.**
22   Q.  -- still?
23     All right. Where are you from
24 originally?

Page 8

1   A.  **Originally I'm from Wisconsin.**
2   Q.  Are you married?
3   A.  **No, divorced.**
4   Q.  Do you have any children?
5   A.  **I have four children.**
6   Q.  Any grandkids?
7   A.  **I have seven grandchildren.**
8   Q.  Are you retired?
9   A.  **I'm retired, yes.**
10   Q.  What do you do now these days that you're
11 retired?
12   A.  **Hmm?**
13   Q.  What do you do nowadays that you're
14 retired?
15   A.  **Oh, I have hobbies, and I try to help out**
16 **people, especially people in my trade if they need**
17 **assistance.**
18   Q.  I understand you were in the military?
19   A.  **Yes, I was.**
20   Q.  What branch?
21   A.  **Army.**
22   Q.  When did you serve?
23   A.  **I served in 1951 and '52.**
24   Q.  Where did you serve?

[Examination by Mr. Archer]

Page 9

1   A.   Where?
2   Q.   Where.
3   A.   I took my training in Kentucky, and then
4   I was shipped to Korea during the Korean War.
5   Q.   Were you honorably discharged?
6   A.   Yes, I was.
7   Q.   Let's talk about your work. What was
8   your trade?
9   A.   My trade before I retired was an asbestos
10  worker, or heat and frost engineer they call them
11  now.
12  Q.   When did you start?
13  A.   I started in 1955.
14  Q.   Were you in a union?
15  A.   Yes, I was.
16  Q.   What local is that?
17  A.   Local 19 in Milwaukee, Wisconsin.
18  Q.   What is an asbestos worker?
19  A.   What is an asbestos worker?
20  Q.   Describe that for us.
21  A.   I'm a tradesman that works with other
22  building trades in construction in new buildings and
23  old buildings and restorations and powerhouses,
24  whatever, commercial/residential buildings, applying

Page 10

1   insulation to pipes, you know, heating pipes, cooling
2   pipes, to ductwork, vessels, and whatever needs
3   insulating.
4   Q.   What types of insulation did you work
5   with throughout your career?
6   A.   I worked with lots of types of
7   insulation, asbestos mostly. When I first started
8   out, it was mostly asbestos materials. In later
9   years it was fiberglass.
10  Q.   Did you come to know a fellow by the name
11  of Ozzie Souja?
12  A.   Yes, I know him.
13  Q.   How did you know him?
14  A.   I worked with him in a trade.
15  Q.   If he were on the job, would you
16  recognize him?
17  A.   I would.
18  Q.   Is he -- Would you have a decent
19  understanding of the kinds of things he was working
20  with and around on jobs you shared with him?
21  A.   Did I what.
22  Q.   Would you have a decent understanding of
23  the kinds of things he was working with and around on
24  jobs you worked with him?

Page 11

1   A.   Yes.
2        MR. MORRIS: Object to form.
3   A.   Yes. I was familiar with all that, what
4   I worked with and what other trades were working with
5   around me, yes.
6   Q.   So if we want to know the kinds of things
7   he worked with and around on jobs you shared
8   together, would you be somebody that could help us
9   out with that?
10  A.   Yes.
11  Q.   Where did you work with Ozzie Souja?
12  A.   I worked with him at Badger Ordnance at
13  Baraboo, Wisconsin Army ammunition plant.
14  Q.   What is Badger Ordnance?
15  A.   It's a plant owned by the U.S.
16  Government. It covers 10,000 acres, and it's -- they
17  make Army -- they used to make Army ammunition there
18  for -- you know, all kinds of ammunition.
19  Q.   When did you work there with Mr. Souja?
20  A.   I worked there with Mr. Souja in the late
21  '60s and early '70s.
22  Q.   About how long did you work with him
23  there? Was it a matter of days, weeks, months?
24  A.   Months, yeah.

Page 12

1   Q.   What were you doing there?
2   A.   We were repairing insulation-covered
3   pipes where the weather had gotten to it and the
4   weather-proofing had -- the weather-proofing had
5   fallen off, and they -- the materials, insulating
6   materials, were deteriorated and we had to remove
7   them and replace them with new insulation. And there
8   was also some new construction that was going on too
9   that we worked on too. It was new work, and we had
10  to insulate that too. But mostly it was removing or
11  re-weather-proofing insulation materials that were on
12  the pipes already.
13  Q.   How much pipe insulation did you have to
14  remove out there at Badger Ordnance at this time?
15  Was this a matter of just a few feet or hundreds of
16  feet, or what? How would you put it?
17       MR. MORRIS: Object to form and
18  foundation.
19       Sir, I may interpose some objections. If
20  you could just wait for a second for me to interpose
21  them.
22       THE WITNESS: What?
23  BY MR. ARCHER:
24  Q.   When my questions are not good, he's

[Examination by Mr. Archer]

Page 13

1  going to object.
2     A.  Oh, okay.
3     Q.  Or at least he thinks they're not good.
4         MR. MORRIS:  Right, there you go.
5  BY MR. ARCHER:
6     Q.  And he's making that objection for the
7  record in case a judge at some point looks at the
8  videotape or the transcript and has to make a
9  decision, Hey, is that question bad or is it okay or
10 is it -- you know, however he thinks it is.  He's
11 just making that objection for the record.
12    A.  It's an objection?
13    Q.  Yeah.  It's for the record, but you don't
14 have to -- you don't have to do anything.
15    A.  Okay.
16    Q.  Just basically what you want to do is
17 concentrate on what I'm saying --
18    A.  Yeah.
19    Q.  -- and what you and I are talking about.
20    A.  Okay.  What's the objection to?
21    Q.  Don't worry about it.
22    A.  Okay.
23        MR. ARCHER:  Can you read back the
24 question subject to the objection?

Page 14

1  BY MR. ARCHER:
2     Q.  And then listen to the question and then
3  answer it.
4     A.  The same way I answered it the first
5  time?
6     Q.  Yeah -- No.  Well, just answer it as you
7  will.
8        (Record read as requested.)
9  BY THE WITNESS:
10    A.  I would put it thousands of feet that we
11 removed and also reapplied.  It had to be insulated,
12 so we had to reapply the insulation and weather-proof
13 that too.  But it was thousands of feet that we did.
14 It was all outside, most of it.
15    Q.  How did you remove the insulation?
16    A.  How would we remove it?  We would cut
17 the -- The insulation is wired on, and we had to cut
18 the wires.  It was deteriorated and hanging there,
19 and the weather-proofing was mostly gone.  We had to
20 cut it down with our nippers and let it fall to the
21 ground, you know.
22    Q.  Did the removal of the pipe insulation
23 create dust or not?
24    A.  Oh, certainly, lots of dust.

Page 15

1     Q.  Was it dust that you could see with your
2  eyes?
3     A.  You could see it.  It was outside, and
4  the wind was blowing it around, whipping it around on
5  days that it was windy.
6     Q.  Did you work in that dust?  When I say
7  "you," I'm meaning did you and Souja and the rest of
8  your crew work in that dust.
9     A.  Sure, we did.  We had to.  We had to.
10 They didn't give us masks to wear either.  We had to
11 work in it.  And we would breathe it in, and it would
12 get on our clothing and get on our hands.  We didn't
13 have no washroom facilities, so we'd probably be
14 eating our lunches without washing our hands, you
15 know.  That's as I remember it.
16    Q.  How long was the work out there -- I
17 asked you that.  It was for about months, was it?
18    A.  Months, yeah, months.  It wasn't always
19 consecutive months, but it was on and off, on and off
20 through the summer usually when we did it.
21    Q.  Was Souja there pretty much the whole
22 time you were there, or was he there just for some of
23 it or what?
24    A.  I worked with Ozzie there -- yeah, he was

Page 16

1  there.  Him and I worked many months there, yeah.
2     Q.  Could you tell the -- The insulation that
3  you were taking off, could you tell whose it was,
4  like what brand it was?
5         MR. MORRIS:  Object to form, foundation.
6         Go ahead.
7  BY THE WITNESS:
8     A.  I knew what it was because I worked with
9  it all my life -- not all my life, but all my life in
10 the trade I had been using that materials.  I knew
11 what it looked like, what it felt like, what it
12 smelled like.  And I could tell that it was a Kaylo
13 asbestos material.
14    Q.  Had you ever worked at Badger Ordnance
15 before the 1960s work there?
16    A.  Yes.
17    Q.  When?
18    A.  Well, I got into the trade in 1955, and
19 I -- I was exposed to it at that time.
20    Q.  Right.  Did you work at Badger Ordnance
21 in the 1950s, or no?
22    A.  To my recollection, I did work.  Maybe at
23 the end of the '50s I worked there.  Not maybe, but I
24 know I worked there at the end of 1950s and into the

[Examination by Mr. Archer]

Page 17

1  '60s and '70s.
2      Q.  Did you work there before 1958?
3          MR. MORRIS:  Objection, form, foundation.
4          Go ahead.
5  BY MR. ARCHER:
6      Q.  Would you be able to say that you worked
7  there before '58 or no?
8          MR. MORRIS:  Same objections.
9  BY THE WITNESS:
10     A.  Yes.  I worked there before 1958, yeah.
11 I worked there after '55, yeah.
12     Q.  Were there other brands of insulation
13 that you guys were removing out there besides Kaylo
14 in the 1960s and early 1970s when you and Souja were
15 there?
16     A.  To my knowledge, no.  It was Kaylo.
17     Q.  When you were there in the 1950s, what
18 brand insulation were you installing there, if you
19 were?
20     A.  I was installing Kaylo.
21     Q.  Who were you working for out there in the
22 1950s at Badger Ordnance?
23     A.  Johnson Insulating Company of Madison,
24 Wisconsin.

Page 18

1      Q.  Who did you work for when you were back
2  there in the 1950s?
3      A.  L&S Insulation from Milwaukee, Wisconsin,
4  and also Johnson too.  Sometimes in the '60s I worked
5  with Johnson there too.  I think with AC & S, I
6  think, from Illinois I think was there too.  But
7  Ozzie worked just for L&S, to my knowledge.
8      Q.  Did he work for Johnson out there with
9  you at all?
10     A.  He worked for L&S.  And I worked for L&S
11 at that time when he did too.
12     Q.  Gotcha.  Was there insulation present at
13 Badger Ordnance when you were there in the '50s that
14 had already been installed previously?
15     A.  Yes.  And also they had a warehouse that
16 had insulation in it, in the boxes, yeah.
17     Q.  When you were there in the '50s, would
18 you -- were you able to tell what insulation was
19 already present and existing on pipes at that time?
20         MR. MORRIS:  Object to form, foundation.
21         Go ahead.
22 BY THE WITNESS:
23     A.  I was familiar with it, yes.
24     Q.  Whose was it?

Page 19

1          MR. MORRIS:  Same objections.
2  BY THE WITNESS:
3      A.  It was Kaylo.
4      Q.  How do you know it was Kaylo?
5      A.  Because I worked with Kaylo and I knew
6  what it looked like.  It was white, chalky.  It was
7  very distinctive in the texture of it.  I could tell
8  by the texture and the composition that it was Kaylo
9  because I was familiar with Kaylo, so it was
10 something that I had always worked with.
11     Q.  Back when you were working as a
12 journeyman, would you have been able to tell the
13 difference between -- like, if we laid up, like,
14 Johns Manville Thermobestos insulation, Carey, Kaylo,
15 and other brands of insulation, would you be able to
16 tell them apart back in the day when you were
17 working --
18         MR. MORRIS:  Objection, form, foundation.
19 BY MR. ARCHER:
20     Q.  -- on a daily basis?
21     A.  I could tell Kaylo was different from the
22 other insulations, yes.  And at that time I was an
23 apprentice too in the '50s.  I was a journeyman in
24 the '60s, but in the '50s I was an apprentice.

Page 20

1      Q.  What were some characteristics that
2  Kaylo -- that set apart Kaylo from other brands?
3      A.  Just the appearance of it, the
4  composition, the color, the texture, the different
5  white coloring of it, the fiber, whatever.
6      Q.  What about the texture would tell you
7  that it was Kaylo?
8      A.  Well, it had a real smooth texture, where
9  the others might have a rough or porous.  Kaylo had a
10 real solid, firm composition.  I didn't give it a lot
11 of thought at the time; but working with it, it's
12 right there in front of you all the time.  I didn't
13 think, well, you know, what it's made of or anything.
14 I knew it was asbestos, but I didn't -- it didn't
15 dwell in my mind.  But it was right in front of my
16 eyes all the time, so I could tell the difference
17 between that and other brands that I had used.
18     Q.  How popular was Kaylo in the trade --
19         MR. MORRIS:  Objection, form, foundation.
20 BY MR. ARCHER:
21     Q.  -- up there in the Wisconsin area?
22         MR. MORRIS:  Same objections, and calls
23 for speculation.

[Examination by Mr. Archer]

Page 21

1  BY THE WITNESS:
2     A.   Kaylo was real popular. Most contractors
3  would send in Kaylo insulation out on the job for us
4  to apply. We knew it was Kaylo because it said right
5  on the box it was Kaylo. Also, besides being -- you
6  know, the other appearance to it.
7     Q.   Would you be able to say that you and
8  Souja worked with or removed Kaylo that had been
9  installed before '58 --
10        MR. MORRIS:  Objection.
11 BY MR. ARCHER:
12    Q.   -- out there at Badger Ordnance.
13        MR. MORRIS:  Objection, form, foundation,
14 calls for speculation.
15 BY THE WITNESS:
16    A.   Could you repeat that again?
17    Q.   Yeah, subject to the objection, would you
18 be able to say that you and Souja worked -- or
19 removed Kaylo insulation that had been installed
20 before 1958 out there at Badger Ordnance?
21        MR. MORRIS:  Same objections.
22 BY THE WITNESS:
23    A.   Yes. I could say that, yeah.
24    Q.   How?

Page 22

1     A.   Because I knew I'd -- Sometimes the
2  covering that I tore off was covering that I had put
3  on, you know, and had to be replaced again.
4     Q.   How much piping was out there?  Was
5  there --
6     A.   Oh, miles.
7     Q.   -- miles of piping?
8        MR. MORRIS:  Objection, form, foundation,
9  calls for speculation.
10 BY THE WITNESS:
11    A.   Yeah, it was miles and miles, probably
12 thousands of miles of piping. There's piping over
13 10,000 acres out there, pipes that carried the steam
14 and the condensate around. It was up on poles.
15    Q.   How much work did you do up there at
16 Badger Ordnance in the '50s?
17    A.   In the '50s? Very little in the '50s
18 because I was an apprentice then and I was just
19 starting in the trades. But in the '50s I had --
20 well, I had five years of work in the trade in the
21 '50s, so I worked with it quite a bit.
22    Q.   If you're looking at old insulation
23 that's deteriorated on a job, say, out at Badger
24 Ordnance, would you be able to estimate about how old

Page 23

1  that insulation would be?
2        MR. MORRIS:  Objection, form, foundation.
3  BY MR. ARCHER:
4     Q.   Based on your experience as an insulator,
5  as an asbestos worker.
6        MR. MORRIS:  And calls for speculation.
7  BY THE WITNESS:
8     A.   Well, I knew it was installed in the
9  '40s. That's when they originally installed it. So
10 I knew it had to be installed then, in the '40s.
11    Q.   How did you know that it was installed in
12 the '40s?
13        MR. MORRIS:  Same objections.
14 BY THE WITNESS:
15    A.   Because I worked with people in the
16 trades that had worked there in the '40s and applied
17 it, and they were also on the job when I worked there
18 in the '50s. So they said, well, too that they knew
19 that this was some covering that they had put on and
20 in the '40s when the plant was being built.
21    Q.   Did that insulation appear to be old when
22 it was being taken off?
23    A.   No. It appeared to be new because it was
24 weather-proofed and it had the appearance of -- the

Page 24

1  stuff that had the weather-proofing on yet,
2  underneath that it looked new yet. It was real white
3  and new and hadn't been weathered because it was
4  covered up.
5     Q.   What about the deteriorated insulation?
6     A.   Deteriorated stuff, the weather-proofing
7  had been -- had weathered and was falling off and the
8  insulation was weathered. It was rained on and had
9  dirt on it and stuff from dust blowing around the
10 fields there, and it had a real dirty-looking
11 appearance.
12    Q.   In your experience as an asbestos worker,
13 would you expect that insulation that was installed
14 in the '40s could last all the way up until the
15 1960s?
16        MR. MORRIS:  Form, foundation, calls for
17 speculation, outside the scope.
18 BY MR. ARCHER:
19    Q.   Based on your experience.
20        MR. MORRIS:  Same objections.
21 BY THE WITNESS:
22    A.   On my experience, being weather-proofed,
23 it could last forever. But when it's exposed to the
24 weather, it deteriorates. But underneath that

Page 25

1  deterioration, it's real white and chalky, the stuff
2  that hasn't been eroded.  It still has the white
3  appearance of Kaylo.
4      Q.   Do you have any doubt in your mind that
5  you and Mr. Souja were exposed to dust from Kaylo
6  insulation that had been installed out there at
7  Badger Ordnance pre 1958?
8          MR. MORRIS:  Hold on.  Objection, form,
9  foundation, calls for speculation, relevance as to
10 whether or not he has doubt.
11 BY THE WITNESS:
12     A.   There's no speculation.  I knew that I
13 was exposed to it.  I'm not speculating that I was
14 exposed to it.  I knew I was exposed to it.
15     Q.   Do you have any doubt?
16         MR. MORRIS:  Same objections.
17 BY THE WITNESS:
18     A.   No doubt in my mind.  It was Kaylo, and
19 it was put on and it had to be reapplied or
20 removed/reapplied.  I knew that because that was my
21 trade, and I knew it like I knew the back of my hand.
22         MR. ARCHER:  Those are all the questions
23 I have for you at this time.
24

Page 26

1              EXAMINATION
2  BY MR. MORRIS:
3      Q.   This should be real quick, Mr. Schlub.
4  My name is David Morris, as you probably remember
5  earlier.  If I'm not speaking loud enough, let me
6  know.
7      A.   Well, yeah --
8      Q.   I've never been accused of being quiet,
9  but --
10     A.   No.  Sometimes I have -- understanding
11 colored people when they talk.
12     Q.   Okay.  I'll speak slowly then.  I haven't
13 heard that one.  That's okay.
14     A.   I can --
15     Q.   I know you're from a different era.
16         Let me start out here.  You mentioned
17 that in the '50s you worked for whom?
18     A.   Johnson Insulating Company.
19     Q.   So that was the first time you were at
20 Badger Ordnance, right?
21     A.   Yes.  Yes.
22     Q.   Do you remember what year that was that
23 you started at Badger Ordnance?
24     A.   I got in the trade in 1955, and I -- it

Page 27

1  was probably 1959 when I first went to Badger
2  Ordnance to do work.
3      Q.   And you were working for Johnson
4  Insulation in 1959?
5      A.   That's correct, out of Madison, yeah.
6      Q.   And at that time Mr. -- Is it Souja?
7      A.   Souja.
8      Q.   Mr. Souja was not working with you in
9  1959, correct?
10     A.   That's correct.
11     Q.   You had mentioned that there was a bunch
12 of weathering that had happened on some of the
13 insulation at Badger Ordnance when you were there
14 later in the '60s; is that correct?
15     A.   That's correct.
16     Q.   Was all the pipe insulation exposed to
17 the elements, the pipe insulation you were working on
18 in the '60s?
19     A.   99 percent of it was.
20     Q.   So 99 percent of that insulation that you
21 and Mr. Souja were working on was outside?
22     A.   Correct.
23     Q.   Okay.  In any event, you did not work
24 with Mr. Souja at Badger Ordnance before 1960,

Page 28

1  correct?
2      A.   That's correct.
3      Q.   Do you remember what year it was in the
4  1960s that you and Mr. Souja were working at Badger
5  Ordnance?
6      A.   It was around -- I bought a new car, a
7  '67 car, and that's when I remember being there with
8  him.
9      Q.   So your best estimate is that you were
10 working at Badger Ordnance with Mr. Souja around
11 1967?
12     A.   Yes.
13     Q.   Roughly.
14         Do you know how long a period you and
15 Mr. Souja were working at Badger Ordnance?
16     A.   Off and on, I would say maybe five
17 months, six months.
18     Q.   And for this period of five to six
19 months, were you both working for L&S Insulation?
20     A.   When I worked with Ozzie, yes.
21     Q.   Do you know who Elmer Borchardt is?
22     A.   Yeah.
23     Q.   Who is Elmer Borchardt?
24     A.   He's the owner of L&S.

[Examination by Mr. Morris]

Page 29

1  Q. And was he the owner and president when
2  you were working for L&S?
3  A. Yes.
4  Q. And Mr. Borchardt, in your estimation and
5  your experience as an insulator, would know what
6  products L&S was using in the 1960s?
7     MR. ARCHER: Objection, assumes facts,
8  speculation.
9  BY THE WITNESS:
10  A. I don't know what Mr. Borchardt knew and
11  what he didn't know.
12  Q. But in any event, you agree he was the
13  owner of L&S when --
14  A. Right, yes.
15     MR. ARCHER: Asked and answered.
16  BY MR. MORRIS:
17  Q. -- you worked for them?
18     Now, when you and Mr. Souja went out to
19  Badger Ordnance, I thought you mentioned that Badger
20  Ordnance was owned by the U.S. Government at that
21  time?
22  A. That's correct.
23  Q. And even during the entire time that you
24  worked there, it was a U.S. Government facility,

Page 30

1  correct?
2  A. That's correct, yes, Badger Ordnance
3  ammunition plant.
4  Q. As we sit here today, is Badger Ordnance
5  the only job site that you recall working with
6  Mr. Souja at?
7  A. I worked on other jobs with him too, but
8  not with -- not necessarily with Kaylo.
9  Q. So the Badger Ordnance site is the only
10  site that you can testify that you worked with him
11  where Kaylo, you said, was present?
12  A. That's correct.
13  Q. You had mentioned that you were an
14  asbestos worker beginning in the -- 1955 through,
15  when, the 1980s?
16  A. Right.
17  Q. And as an asbestos worker, did you guys
18  ever use 85 Magnesia insulation?
19  A. 85 Magnesia, is that the name of it?
20  Q. I'm asking you. Do you recall ever
21  working with a kind of product called 85 Magnesia?
22  A. I can remember that, yes.
23  Q. Did you ever work with any Magnesia
24  cement?

Page 31

1  A. Yes, I can remember that.
2  Q. And I think you've testified you remember
3  working with calcium silicate products, correct?
4  A. That's correct.
5  Q. And do you recall what kind of product
6  out of those categories Kaylo is?
7     MR. ARCHER: Assumes facts.
8  BY THE WITNESS:
9  A. Do I -- Repeat it.
10  Q. Out of the three categories of insulation
11  we just talked about -- 85 Magnesia, Magnesia cement,
12  and calcium silicate -- do you remember what category
13  of product Kaylo was?
14     MR. ARCHER: Assumes facts.
15  BY THE WITNESS:
16  A. It was an asbestos product, is what I
17  know.
18  Q. Do you recall whether or not Kaylo was an
19  85 Magnesia product or a calcium silicate product?
20     MR. ARCHER: Same.
21  BY THE WITNESS:
22  A. It was 85 percent or whatever. I don't
23  know, 85 what, whatever.
24  Q. Do you recall what kinds of products

Page 32

1  Johns Manville made?
2  A. Yes.
3  Q. Did you ever use any Johns Manville
4  products while you worked for L&S?
5  A. Yes.
6  Q. Do you remember the types of products
7  that you worked for -- or worked with that were Johns
8  Manville while you worked for L&S?
9  A. It was pipe covering and duct insulation.
10  Q. When you say you worked with Johns
11  Manville pipe covering, was this asbestos-containing
12  pipe covering?
13  A. To my recollection, it was.
14  Q. During your career either at Johnson
15  Insulation or L&S Insulation, did you ever work with
16  any Pabco products?
17  A. Yes.
18  Q. What kinds of Pabco products did you work
19  with?
20  A. Pipe covering and cement. I think they
21  had cement. Pabco block, I think, too, covering and
22  block and whatever and cement.
23  Q. Do you recall if you used any Pabco
24  products while you worked at Badger Ordnance?

8 (Pages 29 to 32)

Page 33

1    A.   I don't recall working with Pabco
2 products at Badger Ordnance.
3    Q.   How about Johns Manville products?  Do
4 you recall whether or not you were using any of those
5 during your time at Badger Ordnance with Mr. Souja?
6    A.   My recollection was that Kaylo was used
7 at that time.
8    Q.   And your understanding is that Kaylo is
9 not made by Johns Manville, correct?
10    A.   It's made by Owens Illinois, I
11 understand.
12    Q.   So your testimony -- All right.  That's
13 okay.
14         During your career do you remember
15 working with a product called Thermobestos?
16    A.   Yes.
17    Q.   Do you recall whether or not you used
18 Thermobestos at Badger Ordnance in the 1960s with
19 Mr. Souja?
20    A.   I don't recall using it, no.
21    Q.   Can you describe for me what an
22 85 Magnesia pipe covering looks like?
23    A.   It's made of a substance that looks like
24 chalk.  It's formed to fit the pipe.  When you work

Page 34

1 with it, it gives off dust, and the appearance is
2 real white when the material is new.
3    Q.   How about a calcium silicate pipe
4 covering?  Can you describe what that looks like?
5    A.   Cal-sil was similar, but it had different
6 characteristics.  It had different coloration and
7 composition than Kaylo.
8    Q.   Describe what you mean by you saying
9 "different coloration."
10    A.   It wasn't as vividly bright white.
11    Q.   So one of the telltale signs, then, of
12 cal-sil as opposed to 85 Mag in your testimony is
13 that it was not as bright white?
14         MR. ARCHER:  Argumentative, overbroad,
15 assumes facts, misstates his testimony also.
16 BY THE WITNESS:
17    A.   I don't quite understand that.
18    Q.   So your testimony is that cal-sil was not
19 as bright white as 85 Mag?
20    A.   To my recollection, that's true.
21    Q.   Now, you had mentioned when counsel was
22 asking you questions that you could tell what the
23 brand of the pipe insulation was that you were
24 removing at Badger Ordnance; do you recall that?

Page 35

1    A.   I recall after tearing it off and seeing
2 the bright chalky material that was left after I
3 removed all the weather material, I could tell that
4 that was Kaylo.
5    Q.   And just to be clear, because I know that
6 some asbestos workers use the term "Kaylo"
7 generically, you're testifying that you could tell
8 that it was the Kaylo brand as opposed to Johns
9 Manville or Pabco or Pittsburgh Corning; is that
10 correct?
11         MR. ARCHER:  Assumes facts not in
12 evidence.
13         MR. MORRIS:  Well, hold on.  What facts
14 does it assume?
15         MR. ARCHER:  That some asbestos workers
16 called Kaylo -- or insulation Kaylo generically.
17 That's not been established as a fact by anybody in
18 this --
19         MR. MORRIS:  Well, let me cure the
20 question, then.
21 BY MR. MORRIS:
22    Q.   Is it your testimony, then, that when you
23 removed the pipe insulation from Badger Ordnance,
24 that you could tell that the product that you were

Page 36

1 removing was Kaylo as opposed -- Kaylo brand as
2 opposed to Johns Manville or Pabco or Pittsburgh
3 Corning?
4    A.   In my mind I could say that I could tell
5 it was Kaylo.
6    Q.   How does Kaylo look -- Kaylo brand pipe
7 insulation look different from, let's say, Pabco
8 brand pipe insulation?
9    A.   I think I told you that before, that it
10 has a different coloration, it has different
11 composition, it's not as white in coloration.
12    Q.   And when you say a "different
13 composition," you just mean the texture of the
14 material itself?
15    A.   The texture, if it's porous or smooth or
16 whatever, yes.
17    Q.   Which is Kaylo, porous or smooth?
18    A.   Smooth and more -- less porous.
19    Q.   But when you talk about composition,
20 you're not talking about chemical composition,
21 correct?
22    A.   No, just the physical composition.  I
23 wouldn't know about chemicals.
24    Q.   I just want to make sure.

9 (Pages 33 to 36)

Page 37

1    A.   There's a certain odor to them, but I
2　don't -- I could distinguish some of that, yeah.
3    Q.   You had also testified earlier that you
4　knew that -- at least it was your testimony that you
5　knew that some of the pipe insulation you were
6　removing in the '60s was insulation that you
7　installed when you were first at Badger Ordnance.  Do
8　you remember that testimony?
9    A.   I would say that some of it could have
10　been.
11    Q.   Okay.  But you didn't start at Badger
12　Ordnance until 1959; is that correct?
13    A.   It was -- from what I understood, it was
14　covering that had been applied in the '40s also,
15　because other workers that were older than I was said
16　it was Kaylo insulation that they had installed.
17    Q.   All right.  I'm going to come back to my
18　previous question in a second, but let me just go
19　after that real quickly.  So your testimony is that
20　someone told you that they installed Kaylo in the
21　1940s?
22    A.   Some of the pipe coverers did, yeah.  And
23　that insulation was still on there, and a lot of it
24　was still good yet.

Page 38

1    Q.   Insulation that was put in in the '40s,
2　correct?
3    A.   Yeah.  If it hadn't weathered, it was
4　still good yet.
5    Q.   So back to the question I asked before,
6　because I'm not sure --
7         MR. MORRIS:  Do you even have the one
8　before the last?
9         (Record read as requested.)
10　BY MR. MORRIS:
11    Q.   Could you answer that question?
12    A.   What was the question again?
13    Q.   Just strike that question.
14         Let's talk a little bit about Local 19.
15　Local 19 was the union you were a part of in
16　Milwaukee, Wisconsin, correct?
17    A.   That's correct, I was a member of the
18　Local 19.
19    Q.   Did you know Robert or Bob Viola?
20    A.   Yes, I did.
21    Q.   When did you first meet Bob Viola?
22    A.   I met Bob Viola at Portage powerhouse,
23　electric powerhouse at Portage, Wisconsin.  I think
24　it was Wisconsin Power & Light or Madison Gas, one of

Page 39

1　those.
2    Q.   Do you know if Bob Viola was in the trade
3　during the same period that you began in the trade?
4    A.   He was in there at the same time I was,
5　yes.
6    Q.   Did you and Mr. Viola ever work for the
7　same companies?
8    A.   Yes.
9    Q.   Which ins- -- When I say "companies," I
10　meant insulation contractors.
11    A.   Right.
12    Q.   Which insulation contractors did you both
13　work for?
14    A.   At Portage it was -- it could have been
15　Johnson or it could have been Sprinkmann too.
16    Q.   So you worked for Sprinkmann at some
17　point in your career?
18    A.   Yes, I did.
19    Q.   When did you work for Sprinkmann?
20    A.   When?  Well, I worked for them at
21　different periods of time in my life.  When I was
22　laid off from Johnson, I would work for Sprinkmann if
23　they had work.
24    Q.   So this was sort of in between different

Page 40

1　companies, you'd just go work for Sprinkmann if you
2　needed to do some work here or there; is that
3　correct?
4         MR. ARCHER:  Assumes facts.
5　BY THE WITNESS:
6    A.   If I was laid off, I would work for
7　Sprinkmann if they were hiring, yes.
8    Q.   Did you work for Sprinkmann in the 1960s;
9　do you recall?
10    A.   I probably did.
11    Q.   Did you know a person by the name of John
12　Locher?  Does that name ring a bell?
13    A.   John who?
14    Q.   Locher?
15    A.   Locher?  How do you spell that?
16    Q.   L-o-c-h-e-r.
17    A.   I worked with Lockey.  I don't know if
18　that's different.  Locher, John Locher?  I can't say
19　for sure.
20    Q.   Okay.  In any event, the Local 19 at that
21　time was called the Asbestos Workers Union, right?
22    A.   Yes.
23    Q.   And do you recall whether or not you
24　guys, as part of Local 19, got newsletters from the

10 (Pages 37 to 40)

[Examination by Mr. Morris]

Page 41

1  union hall?
2      A.   At that time?  At what time?
3      Q.   In the '50s and 1960s.
4      A.   There wasn't any newsletters at that
5  time.  At least I don't remember having a newsletter
6  then.  I get them now, but I don't remember getting
7  them then.
8      Q.   And as an asbestos worker, can you tell
9  me what changed with respect to how you did your job
10 from, let's say, the late 1950s to the 1970s?  Did
11 anything in the way that you applied insulation
12 change?
13     A.   It changed, yes.
14     Q.   How so?
15     A.   Well, the way you applied it, you wired
16 it on, but you also -- instead of putting tar paper
17 or weather-proofing on, you would put aluminum
18 jacketing on it.  But you applied the insulation the
19 same way, you wired it on.
20     Q.   How about the kind of gear that you'd use
21 in the field?  Did you have different kinds of tools
22 and safety equipment from the 1950s to the 1970s?
23     A.   Yes, sure.
24     Q.   What different equipment did you get?

Page 42

1      A.   It wasn't different equipment.  It was
2  all the same.  It was -- you had your pliers and your
3  nippers and you had your saws and you had your
4  trowels.  You had all that stuff, yeah.
5      Q.   How about, like, masks for the workers?
6  When do you -- When were you first using masks in the
7  field, if ever, as an asbestos worker?
8      A.   Face masks?
9      Q.   Yeah.
10     A.   We never used them at Badger Ordnance, I
11 know that.
12     Q.   And that was in the late -- well, 1967 at
13 least, correct?
14     A.   Yeah.  You could -- They never -- The
15 companies never gave us masks to wear.  Some of the
16 guys would buy their own, but they were -- they
17 weren't -- they were just Mickey Mouse masks.  They
18 weren't real good filters.
19     Q.   Do you recall a time when you were
20 required to wear a mask in the field?
21     A.   No -- I can remember a time when I was
22 required to, yeah.
23     Q.   Do you remember when that started?
24     A.   That was toward the end of my working

Page 43

1  years, maybe the '80s.  When we worked in a
2  powerhouse or something, they required us to wear a
3  mask.
4      Q.   But even in the late '60s and early
5  1970s, you weren't required to wear a mask in the
6  field?
7      A.   No.  No.  When OSHA came along, then they
8  changed that, yeah.
9      Q.   And back to the work in 1967 at Badger
10 Ordnance.  When you said you were removing old,
11 deteriorated pipe insulation, am I correct, then,
12 that obviously this pipe insulation had been outside
13 of the box for some time, correct?
14     A.   That's correct.
15     Q.   I mean, the boxes that that insulation
16 came in were no longer there because it was on the
17 pipe, correct?
18     A.   Yeah.  That was -- Yeah, the boxes were
19 destroyed, yeah.
20     Q.   Because the normal process is you take
21 the insulation out of the box, you do what you have
22 to do to put on the pipe, and then the box goes away,
23 correct?
24     A.   Right, yeah.

Page 44

1      Q.   Let me just look to see if there's
2  anything else here.
3      A.   But that was also -- When it came in the
4  box, it would say Kaylo product on there, Kaylo pipe
5  insulation.
6      Q.   I understand, but that -- That's fine.  I
7  understand that.
8      A.   But I can remember that it had the name
9  on there.
10          MR. MORRIS:  I think that's all I have.
11 Thank you.
12          MR. ARCHER:  Thank you.  Your deposition
13 is complete.
14          THE WITNESS:  Thank you.
15          THE COURT REPORTER:  What do you want to
16 do about signature?
17          MR. MORRIS:  You want to turn this off?
18 I've got to ask him something off the record.
19          MR. ARCHER:  Yeah.  Hold on a second.
20 It's 10:43.  We're off the record.
21          (WHEREUPON, signature was waived and
22           the witness was excused.)
23
24

```
                                              Page 45
 1              C E R T I F I C A T I O N
 2
 3         I, Kathy A. O'Donnell, Certified Shorthand
 4    Reporter and Notary Public within and for the State of
 5    Illinois, DO HEREBY CERTIFY that pursuant to
 6    notice/agreement between the parties, the
 7    aforementioned witness came before me at the time and
 8    place hereinbefore mentioned, and having been duly
 9    sworn to tell the whole truth of his knowledge
10    touching upon the matter in controversy aforesaid;
11    that he was examined on the day, and his examination
12    was taken in shorthand and later reduced to printing;
13    that signature by the witness is waived; and said
14    deposition is herewith forwarded to the taking
15    attorney.
16
17
18         _____
19         Kathy A. O'Donnell
           Certified Shorthand Reporter
20         CSR License No. 084-004466
           Notary Public, State of Illinois
21         February 3, 2012
22
23
24
```

**A**

able 17:6
  18:18 19:12
  19:15 21:7
  21:18 22:24
AC 1:9 3:5
  5:15 18:5
accused 26:8
acres 11:16
  22:13
actions 6:4
administered
  7:6
affirm 7:12
aforementi...
  45:7
aforesaid
  45:10
age 7:4
ago 7:13
agree 29:12
agreed 5:1
agreement 5:8
ahead 16:6
  17:4 18:21
al 1:10,13
  3:5,7 5:16
  5:17,18
aluminum
  41:17
ammunition
  11:13,17,18
  30:3
answer 14:3,6
  38:11
answered 14:4
  29:15
anybody 35:17
apart 19:16
  20:2
appear 23:21
appearance
  6:9 20:3
  21:6 23:24
  24:11 25:3
  34:1
appeared 4:4
  4:9 23:23
applied 23:16
  37:14 41:11
  41:15,18
apply 21:4

applying 9:24
apprentice
  19:23,24
  22:18
Archer 2:4
  4:4 5:12
  6:3,13,15
  7:9,15
  12:23 13:5
  13:23 14:1
  17:5 19:19
  20:20 21:11
  23:3 24:18
  25:22 29:7
  29:15 31:7
  31:14,20
  34:14 35:11
  35:15 40:4
  44:12,19
area 20:21
Argumentative
  34:14
Army 8:21
  11:13,17,17
asbestos 1:4
  3:3 9:9,18
  9:19 10:7,8
  16:13 20:14
  23:5 24:12
  30:14,17
  31:16 35:6
  35:15 40:21
  41:8 42:7
asbestos-c...
  32:11
Ashland 4:2
  6:6
asked 15:17
  29:15 38:5
asking 30:20
  34:22
assistance
  8:17
assume 35:14
assumes 29:7
  31:7,14
  34:15 35:11
  40:4
attorney
  45:15
attorneys 6:9
Avenue 4:2

  6:6
a.m 3:13,13

**B**

B 2:7
back 13:23
  18:1 19:11
  19:16 25:21
  37:17 38:5
  43:9
bad 13:9
Badger 11:12
  11:14 12:14
  16:14,20
  17:22 18:13
  21:12,20
  22:16,23
  25:7 26:20
  26:23 27:1
  27:13,24
  28:4,10,15
  29:19,19
  30:2,4,9
  32:24 33:2
  33:5,18
  34:24 35:23
  37:7,11
  42:10 43:9
Baraboo 11:13
Barker 1:9
  3:5 5:15
Based 23:4
  24:19
basically
  13:16
basis 19:20
began 39:3
beginning
  30:14
behalf 1:20
  3:11 4:4,9
bell 40:12
best 28:9
bit 22:21
  38:14
block 32:21
  32:22
blowing 15:4
  24:9
Bob 38:19,21
  38:22 39:2
Borchardt

  28:21,23
  29:4,10
bought 28:6
box 21:5
  43:13,21,22
  44:4
boxes 18:16
  43:15,18
branch 8:20
brand 16:4
  17:18 34:23
  35:8 36:1,6
  36:8
brands 17:12
  19:15 20:2
  20:17
breathe 15:11
bright 34:10
  34:13,19
  35:2
Broadway 6:1
building 9:22
buildings
  9:22,23,24
built 23:20
bunch 27:11
buy 42:16

**C**

C 4:1 45:1,1
calcium 31:3
  31:12,19
  34:3
call 9:10
called 30:21
  33:15 35:16
  40:21
calls 20:22
  21:14 22:9
  23:6 24:16
  25:9
cal-sil 34:5
  34:12,18
car 28:6,7
career 10:5
  32:14 33:14
  39:17
Carey 19:14
carried 22:13
Cascino 4:2
  6:5
case 5:16,18

  13:7
cases 5:15,19
categories
  31:6,10
category
  31:12
cement 30:24
  31:11 32:20
  32:21,22
certain 37:1
certainly
  14:24
Certified
  3:16 5:5
  45:3,19
CERTIFY 45:5
chalk 33:24
chalky 19:6
  25:1 35:2
change 41:12
changed 41:9
  41:13 43:8
characteri...
  20:1 34:6
chemical
  36:20
chemicals
  36:23
Chicago 4:3,7
  6:6
children 8:4
  8:5
clear 35:5
clothing
  15:12
color 20:4
coloration
  34:6,9
  36:10,11
colored 26:11
coloring 20:5
come 10:10
  37:17
commercial...
  9:24
companies
  39:7,9 40:1
  42:15
Company 17:23
  26:18
complete
  44:13

composition
  19:8  20:4
  20:10  34:7
  36:11,13,19
  36:20,22
concentrate
  13:17
condensate
  22:14
consecutive
  15:19
construction
  9:22  12:8
contractors
  21:2  39:10
  39:12
controversy
  45:10
cooling 10:1
Corning 35:9
  36:3
correct 27:5
  27:9,10,14
  27:15,22
  28:1,2
  29:22  30:1
  30:2,12
  31:3,4  33:9
  35:10  36:21
  37:12  38:2
  38:16,17
  40:3  42:13
  43:11,13,14
  43:17,23
counsel 5:2,2
  5:8  7:1
  34:21
court 1:1  3:1
  5:20,24  7:6
  44:15
covered 24:4
coverers
  37:22
covering 22:2
  22:2  23:19
  32:9,11,12
  32:20,21
  33:22  34:4
  37:14
covers 11:16
create 14:23
crew 15:8

CSR 1:23
  45:20
cure 35:19
cut 14:16,17
  14:20
─────────────
        D
─────────────
D 2:1,7
daily 19:20
David 4:9
  6:11  26:4
day 3:14
  19:16  45:11
days 8:10
  11:23  15:5
decent 10:18
  10:22
decision 13:9
Defendant 4:9
Defendants
  5:3  7:5
deposes 7:7
deposition
  1:17  2:9
  3:10  5:3,10
  5:14,14
  44:12  45:14
describe 9:20
  33:21  34:4
  34:8
destroyed
  43:19
deteriorated
  12:6  14:18
  22:23  24:5
  24:6  43:11
deteriorates
  24:24
deterioration
  25:1
difference
  19:13  20:16
different
  19:21  20:4
  26:15  34:5
  34:6,9  36:7
  36:10,10,12
  39:21,24
  40:18  41:21
  41:24  42:1
dirt 24:9
dirty-looking

  24:10
discharged
  9:5
DISCOVERY
  1:17  3:10
distinctive
  19:7
distinguish
  37:2
District 1:1
  1:1  3:1,1
  5:19,20
divorced 8:3
dmorris@sc...
  4:8
Docket 1:4
  3:3  5:21
doing 12:1
doubt 25:4,10
  25:15,18
Drive 4:7
duct 32:9
ductwork 10:2
duly 45:8
dust 14:23,24
  15:1,6,8
  24:9  25:5
  34:1
dwell 20:15
─────────────
        E
─────────────
E 2:1,1,7,7
  4:1,1  45:1
earlier 7:16
  26:5  37:3
early 11:21
  17:14  43:4
Eastern 1:1
  3:1  5:20
eating 15:14
either 15:10
  32:14
electric
  38:23
elements
  27:17
Elmer 28:21
  28:23
engineer 9:10
entire 29:23
equipment
  41:22,24

  42:1
era 26:15
eroded 25:2
especially
  8:16
established
  35:17
estimate
  22:24  28:9
estimation
  29:4
et 1:10,13
  3:5,7  5:16
  5:17,18
event 27:23
  29:12  40:20
evidence
  35:12
examination
  2:4,5  6:14
  26:1  45:11
examined 3:11
  7:4  45:11
Excuse 7:1
excused 44:22
Exhibit 5:10
existing
  18:19
expect 24:13
experience
  23:4  24:12
  24:19,22
  29:5
exposed 16:19
  24:23  25:5
  25:13,14,14
  27:16
eyes 15:2
  20:16
─────────────
        F
─────────────
F 2:1,7  45:1
Face 42:8
facilities
  15:13
facility
  29:24
fact 35:17
facts 29:7
  31:7,14
  34:15  35:11
  35:13  40:4

fall 14:20
fallen 12:5
falling 24:7
familiar 11:3
  18:23  19:9
February
  45:21
feet 12:15,16
  14:10,13
fellow 10:10
felt 16:11
fiber 20:5
fiberglass
  10:9
field 41:21
  42:7,20
  43:6
fields 24:10
filters 42:18
fine 44:6
firm 20:10
first 7:2
  10:7  14:4
  26:19  27:1
  37:7  38:21
  42:6
fit 33:24
five 22:20
  28:16,18
following
  5:15
forever 24:23
form 11:2
  12:17  16:5
  17:3  18:20
  19:18  20:19
  21:13  22:8
  23:2  24:16
  25:8
formed 33:24
forwarded
  45:14
foundation
  12:18  16:5
  17:3  18:20
  19:18  20:19
  21:13  22:8
  23:2  24:16
  25:9
four 7:13  8:5
front 20:12
  20:15

frost 9:10

**G**

Gas 38:24
gear 41:20
generically
  35:7,16
George 1:18
  2:3  3:10
  5:13  6:5,20
  7:3
getting 41:6
give 15:10
  20:10
gives 34:1
go 13:4  16:6
  17:4  18:21
  37:18  40:1
goes 43:22
going 12:8
  13:1  37:17
good 6:16
  7:10,11
  12:24  13:3
  37:24  38:4
  42:18
Gotcha 18:12
gotten 12:3
Government
  11:16  29:20
  29:24
grandchildren
  8:7
grandkids 8:6
ground 14:21
guys 17:13
  30:17  40:24
  42:16

**H**

H 2:7
hall 41:1
hand 25:21
hands 15:12
  15:14
hanging 14:18
happened
  27:12
HARDIN 4:6
heard 26:13
heat 9:10
heating 10:1

help 8:15
  11:8
hereinbefore
  45:8
herewith
  45:14
Hey 13:9
hiring 40:7
Hmm 8:12
hobbies 8:15
hold 25:8
  35:13  44:19
home 5:22
honorably 9:5
hundreds
  12:15

**I**

identifica...
  5:11
Illinois 1:12
  1:24  3:6,15
  4:3,7,9
  5:17,23  6:7
  6:12  18:6
  33:10  45:5
  45:20
Incorporated
  4:10  5:15
  5:17  6:12
ins 39:9
installed
  18:14  21:9
  21:19  23:8
  23:9,10,11
  24:13  25:6
  37:7,16,20
installing
  17:18,20
insulate
  12:10
insulated
  14:11
insulating
  10:3  12:5
  17:23  26:18
insulation
  10:1,4,7
  12:7,11,13
  14:12,15,17
  14:22  16:2
  17:12,18

18:3,12,16
18:18  19:14
19:15  21:3
21:19  22:22
23:1,21
24:5,8,13
25:6  27:4
27:13,16,17
27:20  28:19
30:18  31:10
32:9,15,15
34:23  35:16
35:23  36:7
36:8  37:5,6
37:16,23
38:1  39:10
39:12  41:11
41:18  43:11
43:12,15,21
44:5
insulations
  19:22
insulation...
  12:2
insulator
  23:4  29:5
interpose
  12:19,20
introduce
  6:18

**J**

jacketing
  41:18
January 1:21
  3:12  5:13
job 10:15
  21:3  22:23
  23:17  30:5
  41:9
jobs 10:20,24
  11:7  30:7
John 40:11,13
  40:18
Johns 19:14
  32:1,3,7,10
  33:3,9  35:8
  36:2
Johnson 17:23
  18:4,5,8
  26:18  27:3
  32:14  39:15

39:22
journeyman
  19:12,23
judge 13:7
jury 6:19

**K**

Kathy 1:23
  3:15  5:4
  45:3,19
Kaylo 16:12
  17:13,16,20
  19:3,4,5,8
  19:9,14,21
  20:2,2,7,9
  20:18  21:2
  21:3,4,5,8
  21:19  25:3
  25:5,18
  30:8,11
  31:6,13,18
  33:6,8  34:7
  35:4,6,8,16
  35:16  36:1
  36:1,5,6,6
  36:17  37:16
  37:20  44:4
  44:4
Kentucky 9:3
kind 30:21
  31:5  41:20
kinds 10:19
  10:23  11:6
  11:18  31:24
  32:18  41:21
knew 16:8,10
  19:5  20:14
  21:4  22:1
  23:8,10,18
  25:12,14,20
  25:21,21
  29:10  37:4
  37:5
know 10:1,10
  10:12,13
  11:6,18
  13:10  14:21
  15:15  16:24
  19:4  20:13
  21:6  22:3
  23:11  26:6
  26:15  28:14

28:21  29:5
29:10,11
31:17,23
35:5  36:23
38:19  39:2
40:11,17
42:11
knowledge
  17:16  18:7
  45:9
Korea 9:4
Korean 9:4

**L**

laid 19:13
  39:22  40:6
late 11:20
  41:10  42:12
  43:4
LAW 4:2
lawful 7:4
left 35:2
let's 9:7
  36:7  38:14
  41:10
LIABILITY 1:5
  3:3
License 1:24
  45:20
life 16:9,9,9
  39:21
Light 38:24
listen 14:2
LITIGATION
  1:5  3:3
little 22:17
  38:14
live 6:23
LLP 4:6
local 9:16,17
  38:14,15,18
  40:20,24
Locher 40:12
  40:14,15,18
  40:18
Lockey 40:17
long 11:22
  15:16  28:14
longer 43:16
look 36:6,7
  44:1
looked 16:11

```
   19:6  24:2         12:15 45:10      38:7,10          21:13,17          34:14
looking 22:22      MDL 1:4  3:3       44:10,17         22:8  23:2      Owens 1:12
looks 13:7           5:20             Mouse 42:17      25:8  29:7        3:6  4:9
   33:22,23        mean 34:8                           objections         5:17  6:11
   34:4              36:13 43:15            N          12:19 17:8         33:10
lot 20:10          meaning 15:7     N 2:1,1,1,7        19:1  20:22     owned 11:15
   37:23           meant 39:10        4:1  45:1        21:21 23:13        29:20
lots 10:6          meet 38:21       name 6:3,20        24:20 25:16     owner 28:24
   14:24           member 38:17       7:14,17         obviously           29:1,13
loud 26:5          members 6:18       10:10 26:4        43:12          Ozzie 10:11
Louis 6:1          mentioned 6:4      30:19 40:11     odor 37:1           11:11 15:24
lunches 15:14        26:16 27:11      40:12 44:8      OFFICES 4:2         18:7  28:20
L&S 18:3,7,10        29:19 30:13    necessarily       Oh 7:19  8:15    O'Donnell
   18:10 28:19       34:21 45:8       30:8             13:2  14:24        1:23  3:15
   28:24 29:2      met 38:22        need 8:16          22:6               5:4  45:3,19
   29:6,13         Mickey 42:17     needed 40:2       okay 13:2,9       O-O-O 5:9
   32:4,8,15       miles 22:6,7     needs 10:2         13:15,20,22
L-o-c-h-e-r         22:11,11,12     never 26:8         26:12,13               P
   40:16           military 8:18      42:10,14,15      27:23 33:13
                   Milwaukee        new 9:22 12:7      37:11 40:20    P 4:1,1
         M           9:17  18:3       12:8,9          old 6:21,22     Pabco 32:16
                     38:16           23:23 24:2        9:23  22:22      32:18,21,23
M 2:1              mind 20:15         24:3  28:6       22:24 23:21      33:1  35:9
Madison 17:23        25:4,18          34:2             43:10            36:2,7
   27:5  38:24       36:4           newsletter       older 37:15      PAGE 2:2,8
Mag 34:12,19       Missouri 6:2       41:5           opposed 34:12    paper 41:16
Magnesia           misstates        newsletters        35:8  36:1,2   part 7:5
   30:18,19,21       34:15            40:24 41:4     Ordnance           38:15 40:24
   30:23 31:11     months 11:23     nippers 14:20      11:12,14       parties 45:6
   31:11,19          11:24 15:17      42:3             12:14 16:14    Pennsylvania
   33:22             15:18,18,19    normal 43:20       16:20 17:22      1:1  3:1
making 13:6          16:1  28:17    Notary 3:17        18:13 21:12      5:20
   13:11             28:17,19         5:6  45:4,20     21:20 22:16    people 8:16
Manville           morning 3:13     Notice 2:9         22:24 25:7       8:16  23:15
   19:14 32:1        3:14  6:16     notice/agr...      26:20,23         26:11
   32:3,8,11         6:17  7:10       45:6             27:2,13,24     percent 27:19
   33:3,9  35:9      7:11           nowadays 8:13      28:5,10,15       27:20 31:22
   36:2            Morris 2:5       number 5:16        29:19,20       period 28:14
marked 5:11          4:9  6:11,11     5:18  6:2,7      30:2,4,9         28:18 39:3
married 8:2          7:1,14 11:2                       32:24 33:2     periods 39:21
mask 42:20           12:17 13:4             O          33:5,18        person 40:11
   43:3,5            16:5  17:3,8                      34:24 35:23    phone 6:2,7
masks 15:10          18:20 19:1     O 2:1,1,7          37:7,12        physical
   42:5,6,8,15       19:18 20:19      45:1             42:10 43:10      36:22
   42:17             20:22 21:10    oath 7:6,20      originally       pipe 12:13
material             21:13,21       object 11:2        7:24  8:1        14:22 27:16
   16:13 34:2        22:8  23:2,6     12:17 13:1       23:9             27:17 32:9
   35:2,3            23:13 24:16      16:5  18:20    OSHA 43:7          32:11,12,20
   36:14             24:20 25:8     objection        outside 14:14      33:22,24
materials            25:16 26:2       13:6,11,12       15:3  24:17      34:3,23
   10:8  12:5,6      26:4  29:16      13:20,24         27:21 43:12      35:23 36:6
   12:11 16:10       35:13,19,21      17:3  19:18    overbroad          36:8  37:5
matter 11:23                          20:19 21:10                       37:22 43:11
```

| | | | | |
|---|---|---|---|---|
| 43:12,17,22 44:4 | produced 3:11 7:4 | reapply 14:12 | replace 12:7 | says 7:7 |
| pipes 10:1,1 10:2  12:3 12:12  18:19 22:13 | product 30:21 31:5,13,16 31:19,19 33:15  35:24 44:4 | recall 30:5 30:20  31:5 31:18,24 32:23  33:1 33:4,17,20 34:24  35:1 40:9,23 42:19 | replaced 22:3 Reported 1:23 reporter 3:16 3:17  5:5,5 7:6  44:15 45:4,19 | SCHIFF 4:6 Schlub 1:18 2:3  3:11 5:10,13  6:5 6:20  7:3 26:3 |
| piping 22:4,7 22:12,12 | products 1:4 3:3  29:6 31:3,24 32:4,6,16 32:18,24 33:2,3 | | reporting 5:24  6:1 represent 6:3 6:5 | Schlub's 5:22 scope 24:17 second 12:20 37:18  44:19 |
| Pittsburgh 35:9  36:2 | | recognize 10:16 | requested 14:8  38:9 | seconds 7:13 |
| place 45:8 | | recollection 16:22  32:13 33:6  34:20 | required 42:20,22 43:2,5 | see 15:1,3 44:1 |
| Plaintiffs 1:20  3:12 4:4  5:2  6:4 | Professional 3:16  5:5 | record 5:12 6:8,10  13:7 13:11,13 14:8  38:9 44:18,20 | respect 41:9 | seeing 35:1 |
| plant 11:13 11:15  23:20 30:3 | Public 3:17 5:6  45:4,20 | | responding 7:5 | send 21:3 |
| Please 6:18 | pursuant 45:5 | | rest 15:7 | serve 8:22,24 |
| pliers 42:2 | put 12:16 14:10  22:2 23:19  25:19 38:1  41:17 43:22 | reduced 45:12 | restorations 9:23 | served 8:23 |
| Pohlman 5:24 | | referenced 2:9 | retired 8:8,9 8:11,14  9:9 | set 20:2 |
| point 13:7 39:17 | | Registered 3:16  5:4 | | seven 8:7 |
| poles 22:14 | | | re-weather... 12:11 | shared 10:20 11:7 |
| popular 20:18 21:2 | putting 41:16 | relevance 25:9 | right 7:23 13:4  16:20 20:12,15 21:4  26:20 29:14  30:16 33:12  37:17 39:11  40:21 43:24 | She'd 7:1 |
| porous 20:9 36:15,17,18 | **Q** | remember 15:15  26:4 26:22  28:3 28:7  30:22 31:1,2,12 32:6  33:14 37:8  41:5,6 42:21,23 44:8 | | shipped 9:4 |
| Portage 38:22 38:23  39:14 | question 13:9 13:24  14:2 35:20  37:18 38:5,11,12 38:13 | | | shorthand 3:16  5:4,5 45:3,12,19 |
| Power 38:24 | | | | signature 5:7 44:16,21 45:13 |
| powerhouse 38:22,23 43:2 | questions 12:24  25:22 34:22 | | ring 40:12 | signs 34:11 |
| powerhouses 9:23 | quick 26:3 | removal 14:22 | Robert 38:19 | silicate 31:3 31:12,19 34:3 |
| pre 25:7 | quickly 37:19 | remove 12:6 12:14  14:15 14:16 | Rockford 3:15 5:23  6:23 | similar 34:5 |
| present 18:12 18:19  30:11 | quiet 26:8 | | Ron 6:3 | Sir 12:19 |
| president 29:1 | quite 22:21 34:17 | removed 14:11 21:8,19 35:3,23 | RONALD 4:4 | sit 30:4 |
| pretty 15:21 | **R** | | rough 20:9 | site 30:5,9 30:10 |
| previous 37:18 | R 4:1  45:1 | removed/re... 25:20 | Roughly 28:13 | six 28:17,18 |
| previously 18:14 | rained 24:8 | removing 12:10  17:13 34:24  36:1 37:6  43:10 | RPR 1:23 | slowly 26:12 |
| printing 45:12 | read 13:23 14:8  38:9 | | **S** | smelled 16:12 |
| probably 15:13  22:11 26:4  27:1 40:10 | real 20:8,10 21:2  24:2 24:10  25:1 26:3  34:2 37:19  42:18 | | S 1:9  2:1,7 3:5  4:1 5:15  18:5 | smooth 20:8 36:15,17,18 |
| | | repairing 12:2 | safety 41:22 | solid 20:10 |
| | | repeat 21:16 31:9 | saws 42:3 | somebody 11:8 |
| process 43:20 | reapplied 14:11  25:19 | | saying 13:17 34:8 | sort 39:24 |
| | | | | Souja 1:12 3:6  5:17 10:11  11:11 11:19,20 15:7,21 |

17:14 21:8
21:18 25:5
27:6,7,8,21
27:24 28:4
28:10,15
29:18 30:6
33:5,19
South 4:2,7
  6:1,6
speak 26:12
speaking 26:5
speculating
  25:13
speculation
  20:23 21:14
  22:9 23:6
  24:17 25:9
  25:12 29:8
spell 40:15
Sprinkmann
  39:15,16,19
  39:22 40:1
  40:7,8
St 6:1
start 9:12
  26:16 37:11
started 9:13
  10:7 26:23
  42:23
starting 3:12
  22:19
State 45:4,20
States 1:1
  3:1 5:19
steam 22:13
stipulated
  5:1
strike 38:13
stuff 24:1,6
  24:9 25:1
  42:4
subject 13:24
  21:17
substance
  33:23
Suite 4:7
summer 15:20
sure 15:9
  36:24 38:6
  40:19 41:23
swear 7:2
sworn 3:11

7:4 45:9

———— T ————
T 2:1,7 4:9
  45:1,1
take 43:20
taken 1:20
  5:3,14
  23:22 45:12
talk 9:7
  26:11 36:19
  38:14
talked 31:11
talking 13:19
  36:20
tar 41:16
tearing 35:1
tell 16:2,3
  16:12 18:18
  19:7,12,16
  19:21 20:6
  20:16 34:22
  35:3,7,24
  36:4 41:8
  45:9
telltale
  34:11
term 35:6
testified
  31:2 37:3
testify 30:10
testifying
  35:7
testimony
  33:12 34:12
  34:15,18
  35:22 37:4
  37:8,19
texture 19:7
  19:8 20:4,6
  20:8 36:13
  36:15
Thank 6:13
  44:11,12,14
Thermobestos
  19:14 33:15
  33:18
things 10:19
  10:23 11:6
think 18:5,6
  18:6 20:13
  31:2 32:20

32:21 36:9
38:23 44:10
thinks 13:3
  13:10
thought 20:11
  29:19
thousands
  14:10,13
  22:12
three 7:13
  31:10
time 12:14
  14:5 15:22
  16:19 18:11
  18:19 19:22
  20:11,12,16
  25:23 26:19
  27:6 29:21
  29:23 33:5
  33:7 39:4
  39:21 40:21
  41:2,2,5
  42:19,21
  43:13 45:7
today 5:24
  30:4
told 7:12
  36:9 37:20
tools 41:21
tore 22:2
touching
  45:10
trade 8:16
  9:8,9 10:14
  16:10,18
  20:18 22:20
  25:21 26:24
  39:2,3
trades 9:22
  11:4 22:19
  23:16
tradesman
  9:21
training 9:3
transcribed
  5:6
transcript
  13:8
trowels 42:4
true 34:20
truth 7:18,19
  45:9

try 8:15
turn 44:17
types 10:4,6
  32:6
typewriting
  5:7

———— U ————
underneath
  24:2,24
understand
  8:18 33:11
  34:17 44:6
  44:7
understanding
  10:19,22
  26:10 33:8
understood
  37:13
union 9:14
  38:15 40:21
  41:1
United 1:1
  3:1 5:19
use 30:18
  32:3 35:6
  41:20
usually 15:20
U.S 11:15
  29:20,24

———— V ————
v 1:9,12 3:5
  3:6
Vaughan 4:2
  6:5
venued 5:19
vessels 10:2
VI 1:6 3:4
video 6:8
videotape
  13:8
videotaped
  1:17 2:9
  3:10
Viola 38:19
  38:21,22
  39:2,6
vividly 34:10
vs 5:15,17

———— W ————

Wacker 4:7
wait 12:20
waived 5:8
  44:21 45:13
Wallingford
  3:14 5:23
want 11:6
  13:16 36:24
  44:15,17
War 9:4
warehouse
  18:15
washing 15:14
washroom
  15:13
wasn't 15:18
  34:10 41:4
  42:1
way 3:14 5:23
  14:4 24:14
  41:11,15,19
wear 15:10
  42:15,20
  43:2,5
weather 12:3
  24:24 35:3
weathered
  24:3,7,8
  38:3
weathering
  27:12
weather-proof
  14:12
weather-pr...
  23:24 24:22
weather-pr...
  12:4,4
  14:19 24:1
  24:6 41:17
weeks 11:23
went 27:1
  29:18
weren't 42:17
  42:18 43:5
We're 5:12
  6:6 44:20
whipping 15:4
white 19:6
  20:5 24:2
  25:1,2 34:2
  34:10,13,19
  36:11

**wind** 15:4
**windy** 15:5
**wired** 14:17
 41:15,19
**wires** 14:18
**Wisconsin** 8:1
 9:17 11:13
 17:24 18:3
 20:21 38:16
 38:23,24
**witness** 2:2
 5:7,8 12:22
 14:9 16:7
 17:9 18:22
 19:2 21:1
 21:15,22
 22:10 23:7
 23:14 24:21
 25:11,17
 29:9 31:8
 31:15,21
 34:16 40:5
 44:14,22
 45:7,13
**work** 9:7 10:4
 11:11,19,22
 12:9 15:6,8
 15:11,16
 16:15,20,22
 17:2 18:1,8
 22:15,20
 27:2,23
 30:23 32:15
 32:18 33:24
 39:6,13,19
 39:22,23
 40:1,2,6,8
 43:9
**worked** 10:6
 10:14,24
 11:4,7,12
 11:20 12:9
 15:24 16:1
 16:8,14,23
 16:24 17:6
 17:10,11
 18:4,7,10
 18:10 19:5
 19:10 21:8
 21:18 22:21
 23:15,16,17
 26:17 28:20

 29:17,24
 30:7,10
 32:4,7,7,8
 32:10,24
 39:16,20
 40:17 43:1
**worker** 9:10
 9:18,19
 23:5 24:12
 30:14,17
 41:8 42:7
**workers** 35:6
 35:15 37:15
 40:21 42:5
**working** 10:19
 10:23 11:4
 17:21 19:11
 19:17 20:11
 27:3,8,17
 27:21 28:4
 28:10,15,19
 29:2 30:5
 30:21 31:3
 33:1,15
 42:24
**works** 9:21
**worry** 13:21
**wouldn't**
 36:23

---
**X**

**X** 2:1,1,7,7

---
**Y**

**yeah** 11:24
 13:13,18
 14:6 15:18
 15:24 16:1
 17:10,11
 18:16 21:17
 21:23 22:11
 26:7 27:5
 28:22 37:2
 37:22 38:3
 42:4,9,14
 42:22 43:8
 43:18,18,19
 43:24 44:19
**year** 26:22
 28:3
**years** 6:22
 10:9 22:20

 43:1

---
**0**

**084-004466**
 1:24 45:20
**09-CV-60256**
 1:13 3:7
 5:18
**09-CV-60285**
 1:10 3:5
 5:16

---
**1**

**1** 2:9 5:10
**10** 6:1
**10,000** 11:16
 22:13
**10:00** 3:13
**10:43** 3:13
 44:20
**19** 9:17 38:14
 38:15,18
 40:20,24
**1940s** 37:21
**1950s** 16:21
 16:24 17:17
 17:22 18:2
 41:10,22
**1951** 8:23
**1955** 9:13
 16:18 26:24
 30:14
**1958** 17:2,10
 21:20 25:7
**1959** 27:1,4,9
 37:12
**1960** 27:24
**1960s** 16:15
 17:14 24:15
 28:4 29:6
 33:18 40:8
 41:3
**1967** 28:11
 42:12 43:9
**1970s** 17:14
 41:10,22
 43:5
**1980s** 30:15

---
**2**

**2012** 1:21
 3:12 5:13

 45:21
**220** 4:2 6:6
**233** 4:7
**258-5642** 4:8
**26** 2:5
**27** 1:21
**27th** 3:12
 5:13

---
**3**

**3** 45:21
**312** 4:3,8 6:7
**314** 6:2

---
**4**

**40s** 23:9,10
 23:12,16,20
 24:14 37:14
 38:1
**421-0099** 6:2

---
**5**

**50s** 16:23
 18:13,17
 19:23,24
 22:16,17,17
 22:19,21
 23:18 26:17
 41:3
**52** 8:23
**55** 17:11
**58** 17:7 21:9

---
**6**

**6** 2:4
**60s** 11:21
 17:1 18:4
 19:24 27:14
 27:18 37:6
 43:4
**60606** 4:7
**60607** 4:3 6:7
**61107** 5:23
**63102** 6:2
**6600** 4:7
**67** 28:7

---
**7**

**70s** 11:21
 17:1
**7413** 3:14
 5:23

---
**8**

**80** 6:22
**80s** 43:1
**85** 30:18,19
 30:21 31:11
 31:19,22,23
 33:22 34:12
 34:19
**875** 1:4 3:3
 5:21

---
**9**

**944-0600** 4:3
 6:7
**99** 27:19,20