```
 1              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2   -----------------------------------------------------------

 3   IN RE:  ASBESTOS PRODUCTS
     LIABILITY LITIGATION (No. VI)        MDL Docket No. 875
 4
     AHNERT, et al. v. CBS CORPORATION, et al.
 5   10-CV-67443

 6   ANDERSON v. AW CHESTERTON COMPANY, et al.
     11-CV-63499
 7
     BARKER v. ACANDS, INC., et al.
 8   09-CV-60285

 9   BAUMANN v. AW CHESTERTON COMPANY, et al.
     11-CV-63517
10
     BAYLOR v. ACANDS, INC., et al.
11   10-CV-62057

12   BIEGANSKI v. ACANDS, INC., et al.
     09-CV-60498
13
     BOLTON v. INC., ACANDS, et al.
14   09-CV-60186

15   BRAZZONI v. ACANDS, INC., et al.
     11-CV-63501
16
     BRESNAHAN, et al. v. ANCHOR PACKAGING CO., et al.
17   09-CV-60331

18   COGHLAN v. ACANDS, INC., et al.
     10-CV-61461
19
     DUFFEY v. ACANDS, INC., et al.
20   10-CV-61916

21   DUFFEY v. ACANDS, INC., et al.
     11-CV-63495
22
     EVERARD v. ACANDS, INC., et al.
23   09-CV-61353

24   FRISCH v. ACANDS, INC., et al.
     09-CV-61354
25
```

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12   Page 2

```
 1  GOTTSACKER v. ACANDS, INC., et al.
    10-CV-61885
 2
    HAKES v. AW CHESTERTON COMPANY, et al.
 3  10-CV-68063
 4  HANSEN v. ACANDS, INC., et al.
    10-CV-62038
 5
    HELD v. ACANDS, INC., et al.
 6  10-CV-67814
 7  HOLCOMB v. ACANDS, INC., et al.
    09-CV-61314
 8
    IVERSON v. THE ANCHOR PACKING COMPANY, et al.
 9  09-CV-60154
10  JAKUBOWSKI v. ACANDS, INC., et al.
    10-CV-67831
11
    JANICK v. ASBESTOS CLAIMS, et al.
12  10-CV-61426
    JOHNSON v. ANCHOR PACKING CO., et al.
13  09-CV-61599
14  LINK, et al. v. ANCHOR PACKING CO., et al.
    09-CV-60338
15
    MENGERT v. ACANDS, INC., et al.
16  09-CV-60501
17  METZGER v. ACANDS, INC., et al.
    09-CV-61322
18
    MICHELS v. ACANDS, INC., et al.
19  10-CV-62047
20  MILLER v. ACANDS, INC., et al.
    08-CV-89901
21
    MILLER v. A.P. GREEN INDUSTRIES, INC., et al.
22  09-CV-61040
23
    MILLER v. ACANDS, INC., et al
24  09-CV-60519
25
```

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12   Page 3

```
 1  NELSON v. ACANDS, INC., et al.
    10-CV-61956
 2
    PLOCH v. AW CHESTERTON COMPANY, et al.
 3  09-CV-61435
 4  REICH v. ACANDS, INC., et al.
    09-CV-60523
 5
    REPISCHAK v. THE ANCHOR PACKING COMPANY, et al.
 6  09-CV-61335
 7  RISSE v. ACANDS, INC., et al
    10-CV-67857
 8
    SCHEFFEL v. PROCTOR & GAMBLE PAPER PRODUCTS, et al.
 9  09-CV-60545
10  SOUJA, et al. v. INC. OWENS-ILLINOIS, et al.
    09-CV-60256
11
    STRERATH v. AW CHESTERTON COMPANY, et al.
12  11-CV-63496
13  SUHAYSIK v. ACANDS, INC., et al.
    10-CV-61865
14  WAWIORKA v. ACANDS, INC., et al.
    09-CV-60445
15
16  ZIMMER v. ACANDS, INC., et al.
    10-CV-61896
17
    ZUNKER v. ACANDS, INC., et al.
18  10-CV-67894
19  ----------------------------------------------------
           Deposition of LAWRENCE ZIMMER, VOLUME I
20              Thursday, February 2, 2012
                       12:08 p.m.
21
                          at
22
                    COUNTRY HEARTH INN
23                   645 East Avenue
                     Lomira, Wisconsin
24
25          Reported by Christine A. Kovac, RPR
```

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12   Page 4

```
 1          The Deposition of LAWRENCE ZIMMER, VOLUME I, a
    witness in the above-entitled action, taken at the
 2  instance of the plaintiffs, pursuant to the Federal Rules
    of Civil Procedure, pursuant to notice, before Christine
 3  A. Kovac, RPR, Notary Public in and for the State of
    Wisconsin, at COUNTRY HEARTH INN, 645 East Avenue, Lomira,
 4  Wisconsin, on Thursday, February 2, 2012, commencing at
    12:08 p.m. and concluding at 1:38 p.m.
 5
 6
 7  A P P E A R A N C E S
 8          CASCINO VAUGHAN LAW OFFICES, LTD, by
 9              Mr. Ron Archer
                220 South Ashland Avenue
10              Chicago, Illinois 60607
                Appeared on behalf of the Plaintiffs.
11          HEPLERBROOM LLC, by
12              Ms. Kaitlyn N. Chenevert
                150 North Wacker Drive, Suite 3100
13              Chicago, Illinois 60606
                Appeared on behalf of Georgia-Pacific in the
14              Anderson, Barker, Baumann, Baylor, Bieganski,
                Bolton, Brazzoni, Coghlan, Duffey, Duffey,
15              Everard, Frisch, Gottsacker, Hakes, Hansen,
                Held, Holcomb, Jakubowski, Janick, Mengert,
16              Metzger, Michels, Miller (08-CV-89901), Miller
                (09-CV-60519, Nelson, Ploch, Reich, Repischak,
17              Risse, Scheffel, Strerath, Suhaysik, Wawiorka,
                Zimmer, and Zunker cases.
18          FOLEY & MANSFIELD, PLLP, by
19              Mr. Jacob D. Sawyer
                55 West Monroe Street, Suite 3430
20              Chicago, Illinois 60603
                Appeared on behalf of CBS CORPORATION.
21          PETERSON, JOHNSON & MURRAY, S.C., by
22              Mr. J. Ryan Maloney
                733 North Van Buren Street
23              Milwaukee, Wisconsin 53202
                Appeared on behalf of Milwaukee Insulation
24              in the Ahnert case only.
25
```

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12   Page 5

```
 1  APPEARANCES (Continued):
 2          GODFREY & KAHN, S.C., by
 3              Ms. Erin M. Cook
                780 North Water Street, Suite 1700
 4              Milwaukee, Wisconsin 53202-3590
                Appeared on behalf of Crane Company.
 5          CELBA LLC, by
 6              Mr. Timothy D. Pagel
                225 East Mason Street, 5th Floor
 7              Milwaukee, Wisconsin 53202
                Appeared on behalf of Foster Wheeler, LLC
 8  in the Ahnert, Anderson (11-CV-63499), Baumann,
    Duffey (10-CV-61916), Hakes, Iverson, Michels,
 9  Scheffel, and Strerath cases only.
10          LAVIN, O'NEIL, RICCI, CEDRONE & DiSIPIO, by
                Mr. Matthew H. Ruggles
11              190 North Independence Mall West, Suite 500
                6th & Race Streets
12              Philadelphia, Pennsylvania 19106
                Appeared telephonically on behalf of
13              3M Company.
14          MARGOLIS EDELSTEIN, by
                Mr. Mitchell S. Pinsly
15              The Curtis Center, Suite 400E
                170 South Independence Mall W.
16              Philadelphia, Pennsylvania 19106
                Appeared telephonically on behalf of
17              Metallo Gasket Company in the Michels case
                only.
18          FOLEY & MANSFIELD, PLLP, by
19              Mr. Stephen L. Wilson
                250 Marquette Avenue, Suite 1200
20              Minneapolis, Minnesota 55401
                Appeared telephonically on behalf of
21              Plastic Engineering Company in the
                Duffey case only.
22          JOHNSON & BELL, LTD., by
                Ms. Lesley W. Shermeta
23              33 West Monroe Street, Suite 2700
                Chicago, Illinois 60603
24              Appeared telephonically on behalf of
                Luse-Stevenson Company in the Hansen case only.
25
```

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 6

1   APPEARANCES (Continued):

2        FOLEY & LARDNER, LLP, by
            Mr. Daniel A. Manna
3            777 East Wisconsin Avenue, 40th Floor
            Milwaukee, Wisconsin 53202-5300
4            Appeared telephonically on behalf of
            Union Carbide.

5
        DesROCHERS LAW OFFICES, LLC, by
6            Mr. Mark S. DesRochers
            2800 East Enterprise Avenue
7            Appleton, Wisconsin 54913
            Appeared telephonically on behalf of
8            USX Corporation f/k/a United States
            Steel Corporation.

9
        WILBRAHAM, LAWLER & BUBA, by
10           Ms. Mary F. Chicorelli
            1818 Market Street, Suite 3100
11           Philadelphia, Pennsylvania 19103
            Appeared telephonically on behalf of
12           IU North America and Nosroc Corporation
            in the Baylor, Bieganski, Duffey, Hansen,
13           Held, Jakubowski, Michels, Risse, and Zunker
            Cases.  On behalf of Nosroc Corporation in
14           the Scheffel case.

15  Also present:  Kay Zimmer

16

17

18

19

20

21

22

23

24

25

---

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 7

1                     I N D E X

2   EXAMINATION BY                                    PAGE

3   Mr. Archer                                          10

4

5

6

7

8                  E X H I B I T S

9   No. 1        Notice of Deposition              8
    No. 2        Handwritten list of product names   34
10

11      (Exhibits were copied and attached to transcripts.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 8

1       TRANSCRIPT OF PROCEEDINGS

2       (Exhibit No. 1 marked for identification.)

3       MS. CHENEVERT: This is Kaitlyn Chenevert

4   for Georgia-Pacific.  I would just like to make a few

5   preliminary objections before the start of this

6   deposition.  Georgia-Pacific objects to this

7   deposition going forward at this point on -- as there

8   has not been compliance with the deposition protocol.

9   There have been no responses to the standard

10  interrogatories or any product specific discovery

11  which has been served at this point.  Georgia-Pacific

12  reserves the right to hold the deposition open to do

13  it at a later date after receipt of those answers to

14  interrogatories and request for production.

15      MR. ARCHER: We are on the record.  This is

16  the Larry Zimmer deposition.  This deposition is being

17  taken in the Zimmer case as well as several numerous

18  other cases.  And they are all listed on Exhibit

19  Number 1, the notice of this deposition.  The cases

20  are all venued in the United States District Court for

21  the Eastern District of Pennsylvania, MDL Docket

22  Number 875.

23      We are located at the Country Hearth Inn,

24  645 East Avenue, Lomira, Wisconsin, 53048.  Phone

25  number here is 920-269-7477.  Gramann Reporting is

---

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 9

1   doing the reporting for this deposition, and they are

2   located at 710 North Plankinton Avenue, Number 710,

3   Milwaukee, Wisconsin, 53203.  Phone number there is

4   414-272-7878.

5       I'm Ron Archer.  I represent the plaintiffs

6   in all the cases, including Mr. Zimmer, and I'm also

7   the videographer for today's event.  I'm with Cascino

8   Vaughn.  We're at 220 South Ashland Avenue, Chicago,

9   Illinois, 60607.  Phone number there is 312-944-0600.

10      For the video record will all attorneys

11  present and on the phone make their appearances and

12  who they represent?

13      MR. SAWYER: This is Jacob Sawyer on behalf

14  of CBS Corporation.

15      MS. CHENEVERT: This is Kaitlyn Chenevert

16  for Georgia-Pacific.

17      MR. MALONEY: Ryan Maloney for Milwaukee

18  Insulation.

19      MS. COOK: Erin Cook for Crane Co.

20      MR. PAGEL: Tim Pagel.  My appearances will

21  appear on the written stenographic transcript.

22      MR. ARCHER: People on the phone?

23      MR. PINSLY: Mitchell Pinsly from Metallo

24  Gasket.

25      MS. SHERMETA: Lesley Shermeta for

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 10

1  Luse-Stevenson.
2     MR. WILSON: Steve Wilson for Plastic
3  Engineering Company.
4     MR. RUGGLES: Matt Ruggles for 3M Company.
5     MS. CHICORELLI: Mary Chicorelli for IU
6  North America and Nosroc Corporation.
7     MR. DesROCHERS: Mark DesRochers for USX.
8     MR. MANNA: Daniel Manna for Union Carbide.
9     LAWRENCE ZIMMER, called as a witness
10  herein, having been duly sworn on oath, was examined
11  and testified as follows:
12     E X A M I N A T I O N
13     BY MR. ARCHER:
14  Q.  Good afternoon.
15  A.  Good afternoon.
16  Q.  Will you please introduce yourself to the members of
17  the jury?
18  A.  I'm Larry Zimmer.
19  Q.  How old are you?
20  A.  73.
21  Q.  Where do you live?
22  A.  Brownsville.
23  Q.  Were you born and raised in Brownsville?
24  A.  No.
25  Q.  Where were you born and raised?

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 11

1  A.  Milwaukee.
2  Q.  Is that where you went to school?
3  A.  Yep. Pius XI.
4  Q.  What's that?
5  A.  Pius.
6  Q.  Did you come from a big family, a lot of brothers and
7  sisters?
8  A.  Yeah. There's 13 of us.
9  Q.  Are you married?
10  A.  Yes.
11  Q.  What is your wife's name?
12  A.  Kay. Kay.
13  Q.  How long have you been married to Kay?
14  A.  50 years. Starting in '51.
15  Q.  Do you have any children?
16  A.  Got eight, four of each.
17  Q.  How did you meet Kay?
18  A.  Through my sister.
19  Q.  How did that go about?
20  A.  She told me she was -- she didn't have a boyfriend.
21  She was working at A & P. So I went there and asked
22  her out. She went out. And that was the beginning.
23  Q.  Are you close with your family?
24  A.  Am I close?
25  Q.  Yeah. Do you see them often?

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 12

1  A.  We see them fairly often, yes.
2  Q.  How close do your kids live to where you live?
3  A.  Oh, one in Madison, two in Oshkosh, one in Waukesha,
4  one in Mukwonago.
5  Q.  Are they fairly close so that you can see them pretty
6  often or no?
7  A.  Yeah, we see them fairly often.
8  Q.  I understand you're retired. Yeah?
9  A.  Yes.
10  Q.  What do you do nowadays that you're retired?
11  A.  Not much.
12  Q.  Why is that?
13  A.  I can't. I don't have the stamina. I get tired
14  easily.
15  Q.  We'll talk about your health a little bit later.
16     I understand you did serve in the military?
17  A.  Yes.
18     MR. ARCHER: If you don't mind, would you
19  mute your phone?
20  Q.  What branch?
21  A.  Army.
22  Q.  When did you serve?
23  A.  '61. Six years.
24  Q.  Where did you serve?
25  A.  Fort Leonard Wood in San Antonio, Texas.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 13

1  Q.  Were you honorably discharged?
2  A.  Yes.
3  Q.  What did you do for a living? Your work? Your trade?
4  A.  Asbestos worker.
5  Q.  When did you start doing that?
6  A.  '57, late.
7  Q.  Did you belong to a union?
8  A.  Not at that time, not until '58.
9  Q.  What local?
10  A.  19.
11  Q.  Where is that out of?
12  A.  Milwaukee.
13  Q.  When did you finally retire?
14  A.  '67. '97. '97. Sorry.
15  Q.  You retired in '97?
16  A.  I believe so.
17  Q.  Not '67?
18  A.  No.
19  Q.  What does an insulator do?
20  A.  Heats things, plumbing, heating, duct work, tanks,
21  refrigeration.
22  Q.  Did you specialize in any one of those or just do all
23  of them?
24  A.  No, I did all of them.
25  Q.  What kinds of construction were you involved in during

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 14

1  your working career?  Industrial?  Commercial?
2  Residential?
3  A.   Commercial mostly.  But I was in all of them.
4  Q.   What kind of projects did you work on?  New
5  construction?  Remodel work?  Shut-down work?  Outage
6  work?
7  A.   All of them.
8  Q.   What other trades regularly worked in your presence?
9  A.   All of them.  Electricians, plumbers, fitters,
10  drywall, ceiling tile, roofing.
11  Q.   What kinds of equipment or machinery did you work on
12  during your working career?
13  A.   Turbines, boilers.
14  Q.   What's a turbine?
15  A.   It provides electricity.
16  Q.   Can you describe for us what a turbine looks like?
17  A.   Just a big motor.
18  Q.   How big?
19  A.   Huge.
20  Q.   Like stories tall or just 10 feet tall or what?
21  A.   No.  It takes up a single floor.
22  Q.   Did you work on turbines?
23  A.   Yes.
24  Q.   Did you work around turbines?
25  A.   Yes.

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 15

1  Q.   Was it new construction or shut-down work or both?
2  A.   Just new.
3  Q.   Are you familiar with a power house called Point
4  Beach?
5  A.   Yes.
6  Q.   What is it?
7  A.   What do you mean?
8  Q.   Have you ever been there?
9  A.   I was there.
10  Q.   What was going on while you were there?
11  A.   I was insulating the outside duct.
12  Q.   Were there turbines there, or was there a turbine
13  there?
14  A.   There was a turbine there.
15  Q.   Was there work being done on it or no?
16  A.   Yeah.  They had a fab shop making up blankets.
17  Q.   Describe that.  What's the blanket?  Or what are the
18  blankets?
19  A.   Well, they're sewn together, and they're put on the
20  turbine housing.
21  Q.   What do the blankets look like?
22  A.   Like a blanket with buttons.
23  Q.   With buttons?
24  A.   Yeah.
25  Q.   Is there anything inside the blankets?

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 16

1  A.   Yeah.
2  Q.   What?
3  A.   Insulation.
4  Q.   How big are these blankets you're describing?
5  A.   I believe they varied in sizes.  Some took a couple
6  guys to put it on, and some was just smaller pieces.
7  Q.   Were you present for the stuffing of the blankets?
8  A.   No.  I never did that.
9  Q.   Were you present for it while it was going on out
10  there --
11  A.   Yeah.
12  Q.   -- at Point Beach?
13       What was that like?
14  A.   Dusty.
15  Q.   Describe that dust.
16  A.   It was just dusty.  It kind of choked you off.
17  Q.   What's that?
18  A.   Choke you off.
19  Q.   Say that again?
20  A.   Choke you off.
21  Q.   Was it dust that you could see with your eyes?
22  A.   Yeah.
23  Q.   How big was the fab shop area?
24  A.   It was pretty much open.
25  Q.   Right.  But how big was it?

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 17

1  A.   Didn't have any door.  About as big as this room.
2  Q.   How big do you think this room is?
3  A.   15 X 12.
4  Q.   Did the dust from the blanket fabrication -- is that
5  what it was?
6  A.   Yeah.
7  Q.   Did the dust from the blanket fabrication fill the
8  room, or was it just a little bit of dust over here
9  right like in the corner somewhere?  How would you
10  describe it?
11       MR. SAWYER: Objection, form.
12       THE WITNESS: It was all over.
13       BY MR. ARCHER:
14  Q.   Did you work in that dust yourself?
15  A.   Yeah.  We had to clean up.
16  Q.   Did you breathe dust from that work, the blankets
17  being fabricated?
18       MR. SAWYER: Objection, form.
19       THE WITNESS: Yeah.
20       BY MR. ARCHER:
21  Q.   As an asbestos worker, would you be able to say
22  whether or not those blankets had insulation that was
23  asbestos containing in there?
24  A.   I would only assume so.
25  Q.   And why would you assume so?

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 18

1  A.  Because it --
2  Q.  Is that from your experience and your memory or some
3  other way?
4      MR. SAWYER: Objection, form.
5      THE WITNESS: From memory.
6      BY MR. ARCHER:
7  Q.  What about your memory tells you that that stuff was
8  asbestos containing?
9  A.  Because it was so dusty, cut your air off.
10 Q.  At that point when you were at Stevens -- or at Point
11 Beach, were you a mechanic?
12 A.  Yes.
13 Q.  Had you worked with all the different forms of
14 insulation by that time?
15 A.  Yes.
16 Q.  Back in those days would you have been able to tell
17 the difference between what was asbestos containing
18 and not asbestos containing?
19 A.  At that time, yes.
20 Q.  So taking yourself back to that time, was that
21 insulation for the blankets asbestos containing or
22 not, based on what you're able to -- what your
23 knowledge was then?
24 A.  Yes.
25 Q.  How close were you to the turbines being worked on

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 19

1  when you were doing your duct work?
2  A.  It was a floor above.
3  Q.  What kind of work by other trades was being done on
4  the turbine or turbines?  Was there more than one or
5  just one?
6  A.  Yeah.  No, there was more than one.
7      It was pipe fitters.  They were welders,
8  fireproofing.
9  Q.  What was being done with the fireproofing?
10 A.  It would spray the beams.
11 Q.  That fireproofing go on wet?
12 A.  I imagine it was wet because it had to stick.  When
13 they blew it on, it would stick.
14 Q.  Was there dust created by other trades besides
15 insulators out there?
16 A.  Yeah.
17 Q.  Like who?
18 A.  They had laborers.
19     COURT REPORTER: I'm sorry.  I didn't hear
20 you.
21     BY MR. ARCHER:
22 Q.  They had laborers did you say?
23 A.  Laborers.
24 Q.  What would the laborers do when they created dust, if
25 they did?

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 20

1  A.  Sweeping up, cleaning up.
2  Q.  How did that create dust?
3  A.  Did you ever sweep a floor?
4  Q.  I've done it, but I've got to ask you.
5  A.  Well, just raised the dust up.
6  Q.  Was it dust that you could see with your eyes?
7  A.  Yeah.
8  Q.  Did you work in that dust?
9  A.  Yeah.
10 Q.  How long were you out there at Point Beach?
11 A.  A couple weeks.
12 Q.  When was this about during your career?
13 A.  '60 -- '68, '67.
14 Q.  So in the later '60's?
15 A.  Yeah.
16 Q.  Was there insulation actually going on to the turbines
17 when you were out there?
18 A.  Yes.
19     MR. SAWYER: Objection, form.
20     BY MR. ARCHER:
21 Q.  What was that like?
22 A.  I didn't pay too much attention to it.
23 Q.  Well, if you didn't pay too much attention to it, does
24 that mean you paid a little bit of attention to it?
25     MR. SAWYER: Objection, form.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12      Page 21

1      THE WITNESS: Well, I knew it was in the
2  dust.  That was a problem.
3      BY MR. ARCHER:
4  Q.  Well -- so was there dust from that process or not?
5  A.  Yes.
6  Q.  In -- was this dust from putting the insulation on the
7  turbine or installing it?
8  A.  The only place I imagine it came from.
9  Q.  Did you work in that dust --
10 A.  Yes.
11 Q.  -- while you were out there?
12 A.  Yes.
13 Q.  Out of that two weeks, how much of the time were you
14 working in the dust created by insulation on or around
15 the turbine?
16     MR. SAWYER: Objection, form.
17     THE WITNESS: A long time.
18     BY MR. ARCHER:
19 Q.  How about insulation from being in the fab shop, how
20 much of that time were you in dusty working conditions
21 from that?
22 A.  I would go through it every day a couple of times.
23 Q.  You started in late '57?
24 A.  Yeah.
25 Q.  Do you know about when in the late part of '57 you

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12         Page 22

1  started?  Was it in a certain month?
2  A.  No, I can't.
3  Q.  Was it snowing when you started?
4  A.  Yeah.
5  Q.  Who were you working for?
6  A.  L & S.
7  Q.  What insulation products did you work with while you
8  were working at L & S?
9  A.  All of them.
10  Q.  What does that include?
11  A.  Kaylo, Pabco, and drywall, Gold Bond.
12  Q.  I'm asking you about insulation products -- insulation
13  while you were at L & S.
14  A.  Well, it was Kaylo and Eagle-Picher.
15  Q.  Were there any brands of insulation products that you
16  had worked with more while you were at L & S?
17  A.  Kaylo.
18  Q.  Why is that?
19  A.  That's what they put on a job.
20  Q.  How could you tell it was Kaylo?
21  A.  It said so on the box.
22  Q.  Do you remember specific places where you had worked
23  with Kaylo when you first started at L & S?
24  A.  I worked it all.  They had it on all the jobs -- all
25  the steam piping and stuff.

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12         Page 23

1  Q.  Does that include 1957?
2  A.  Yes.
3  Q.  Does that include 1958?
4  A.  Yes.
5  Q.  Could you tell the difference between Kaylo pipe
6  insulation and other brands of pipe insulation, say
7  for instance Pabco?
8  MR. MALONEY: Objection to foundation.
9  THE WITNESS: It was white and smooth.
10  BY MR. ARCHER:
11  Q.  What was white and smooth?
12  A.  Kaylo.  You'd rub your hand on it and --
13  Q.  How much work with Kaylo did you do during the first
14  say year or so of your work as an insulator or
15  insulator helper?
16  A.  Quite a bit.
17  Q.  What is quite a bit?  Would that be every day?  Every
18  week?  Every month?  What?
19  A.  It would be just about every day.
20  Q.  How did you all -- how did you fellows work with the
21  Kaylo insulation?
22  A.  What do you mean?
23  Q.  Take us through the process of insulating,
24  fabricating, whatever you're doing in order to install
25  Kaylo on say a piece of pipe or a vessel or whatever

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12         Page 24

1  it might be.
2  A.  Well, depending on the size of the pipe, you had to
3  wire it on or band it on and then mud all the joints
4  and then cover it with a cloth.  And then later they
5  would have plastic.
6  Q.  What would you do if you came to an elbow or a T on
7  some piping when you're doing pipe insulation work?
8  A.  Well, the T with Eagle-Picher and then cover it with a
9  finish coat of Mag, 85 Mag.
10  Q.  Did you have to cov -- cut insulation?
11  A.  Yes.
12  Q.  Why would you have to cut insulation?
13  A.  Because that's what the mechanic wanted.
14  Q.  How often would Kaylo insulation need to be cut?
15  A.  Daily.
16  Q.  I mean, was it an ongoing process during the day, or
17  was it just a few times during the day?
18  A.  The job you had to have the boiler and the heating
19  pipe.  So you would cut and block, or cut and pipe,
20  whichever it was needed.
21  Q.  What kind of tools did you fellows use --
22  A.  Saws.
23  Q.  -- to cut insulation?
24  A.  Saws.
25  Q.  What was that like when you were cutting insulation?

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12         Page 25

1  A.  It was dusty.
2  Q.  What was it like when you were cutting Kaylo
3  insulation?
4  A.  It was dusty.
5  Q.  Did it matter what brand it was whether it created
6  dust or not?
7  A.  No.
8  Q.  Did you work in those dusty working conditions in the
9  first part --
10  A.  Yes.
11  Q.  -- of your working career with Kaylo insulation?
12  A.  Yes.
13  Q.  Did you ever work at a place called Badger Ordinance?
14  A.  Yes.
15  Q.  When were you there?
16  A.  That was probably in '58.
17  Q.  Late '58?
18  A.  Yeah.
19  Q.  Was there any removal of insulation going on out there
20  while you were there?
21  A.  There was.
22  Q.  Could you tell what brand of insulation was being
23  removed, or can you tell us what brand of insulation
24  was being removed out there?
25  A.  It was Kaylo.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 26

1 Q. How do you know?
2 A. Because it was smooth and white.
3 Q. Was this in late '58 this was happening?
4 A. Yep.
5 Q. Did that Kaylo insulation that was being removed
6 appear to have been there for at least some time?
7 A. Yes.
8 Q. More than a year?
9 A. That's why it was being replaced.
10 Q. What was it like when the Kaylo insulation would be --
11 was being removed out there at Badger Ordinance?
12    MR. MALONEY: Object to form.
13    THE WITNESS: It was dusty.
14    BY MR. ARCHER:
15 Q. Why was it dusty? Describe for us what would have
16 created the dust.
17 A. Because the Kaylo would stick to the pipe. And even
18 if you took the piece off, the stuff would stick to
19 it, and they would scrape that before you put new
20 stuff on.
21 Q. Did you do that work out there?
22 A. No.
23 Q. Did you help to remove the Kaylo?
24 A. No, I did not. I was an apprentice then.
25 Q. Were you --

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 27

1 A. I wasn't allowed to touch tools.
2 Q. Were you in the presence of that happening out there?
3 A. Yes.
4 Q. How close were you to that going on? Was this a
5 matter of just feet, or was it yards, or was it miles?
6 A. It was just feet.
7 Q. Were you close enough that you were working in dusty
8 working conditions from removing that Kaylo --
9 A. Yes.
10 Q. -- or not?
11 A. I was.
12 Q. How much of your work was commercial work?
13 A. The majority.
14 Q. Does that include in the 1960's and '70's?
15 A. Yes.
16 Q. Describe your work for commercial jobs.
17 A. It was hectic.
18 Q. What do you mean?
19 A. Well, everybody was in there doing -- doing their job,
20 and one guy would be -- be in the way of another, and
21 then one -- like a plumber or fitter would be behind
22 time, and he would throw his pipes up, and he wouldn't
23 test them, and he would go ahead and cover them. But
24 then he would have to rip some off because he had
25 leaks. And it was always cleaning up around.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 28

1 Q. What is commercial work to you?
2 A. Schools, office buildings, museum, gas company.
3 Q. You mentioned working in the presence of drywallers --
4 A. Yeah.
5 Q. -- when we first started here. What do drywallers do?
6 A. They put up drywall.
7 Q. Did you work in the presence of drywallers?
8 A. Oh, yes.
9 Q. During the 1960's?
10 A. Oh, yes.
11 Q. And the 1970's?
12 A. Yep.
13 Q. Describe the process of working with drywall.
14    MS. CHENEVERT: Object to form.
15    THE WITNESS: Well, you had to try to keep
16 ahead of the work.
17    BY MR. ARCHER:
18 Q. What I would like you to do is tell us what the
19 process is, the steps from start to finish, involving
20 drywall.
21 A. They would put up the drywall, and then they would
22 come and mix their bags of stuff, Gold Bond or
23 whatever, and they would seal the joints and cover the
24 -- where they put the screws in. And then they would
25 sand it. And when they sanded it, it got dusty.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 29

1 Q. Did you observe the packaging of this material that
2 they were sealing the joints with?
3 A. Gold Bond.
4 Q. Right. But did you observe the packaging of the --
5 that material?
6 A. Some was a bag, and some was in a five gallon bucket.
7 It was GPS.
8 Q. Are you familiar with the term joint compound?
9    MS. CHENEVERT: Object to form, leading.
10    THE WITNESS: Yeah.
11    BY MR. ARCHER:
12 Q. What's joint compound?
13 A. It's what they do with drywall.
14 Q. Is that the stuff that they put on the -- in the seams
15 to --
16 A. Yes.
17 Q. -- smooth out the walls --
18 A. Yes.
19    MS. CHENEVERT: Object to form.
20    BY MR. ARCHER:
21 Q. -- or no?
22 A. Yes.
23 Q. What kind of tools did the drywallers use to sand the
24 joint compound with?
25    MS. CHENEVERT: Object to form, assumes

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 30

1  facts.
2      THE WITNESS: They had a board with the
3  stuff on there, and they would take a flat trowel and
4  put it on with that.
5      BY MR. ARCHER:
6  Q.  All right.  I'm talking about though the sanding of
7  it.
8  A.  Oh, sanding.
9  Q.  Did they use tools to sand?
10 A.  They would have a stick with a sandpaper end, and
11 they --
12 Q.  Like a pole sander?
13 A.  Yeah.
14 Q.  What was that like when they were sanding the joint
15 compounds?
16     MR. MALONEY: Object to form.
17     THE WITNESS: It was dusty.
18     BY MR. ARCHER:
19 Q.  Describe the dust.
20 A.  You could see it.  And if you was in the room or where
21 it was kind of closed off like this one would be, you
22 would -- you would avoid if you had to until they were
23 done.
24 Q.  Could you avoid it --
25 A.  Not all the time.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 31

1  Q.  -- if you were in the room with them?
2      MS. CHENEVERT: Object to form.
3      THE WITNESS: Not all the time.
4      BY MR. ARCHER:
5  Q.  Did the dust fill the rooms that this was going on
6  in --
7  A.  Yes.
8  Q.  -- or did it just take up a little tiny area?
9      MS. CHENEVERT: Object to form.
10     THE WITNESS: No.  It filled the room.
11     BY MR. ARCHER:
12 Q.  Did you work in that kind of dusty working conditions?
13 A.  Yes.
14     MS. CHENEVERT: Object to form, vague.
15     BY MR. ARCHER:
16 Q.  When in your career did you observe drywall and
17 drywall finishing work?  Was it the early part of your
18 career?  The middle?  Late?  Somewhere in between?
19     MS. CHENEVERT: Object to form.
20     THE WITNESS: The whole time.
21     BY MR. ARCHER:
22 Q.  All the way through?
23 A.  All the way through.
24 Q.  Does that include the 1960's?
25 A.  Yes.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 32

1      MS. CHENEVERT: Object to form.
2      BY MR. ARCHER:
3  Q.  Does that include the 1970's?
4  A.  Yes.
5      MS. CHENEVERT: Object to form.
6      BY MR. ARCHER:
7  Q.  What brands of joint compounds do you recall?  I know
8  you mentioned Gold Bond before.  Are there other
9  brands?
10 A.  GPS. I don't know.  If you showed me a list, I would
11 probably remember.
12 Q.  Are there other brands that you don't recall?
13 A.  Yes.
14 Q.  Have you exhausted your memory as far as trying to
15 think of other brands?
16 A.  Yeah.  You would have to show me a list of names.
17 Q.  Do you think if I did show you a list, it would help
18 you out?
19 A.  Yeah.
20     MS. CHENEVERT: Object to --
21     BY MR. ARCHER:
22 Q.  Take a look at this piece of paper and tell us if
23 looking at this refreshes your recollection.  I don't
24 want you to read this off, but tell me -- tell us if
25 it refreshes your recollection to look at that.

DEPOSITION OF LAWRENCE ZIMMER, Volume I, 2-2-12    Page 33

1      MS. CHENEVERT: I'm going to object to
2  improper refreshing of recollection.
3      THE WITNESS: Yes.
4      BY MR. ARCHER:
5  Q.  What brands?
6  A.  Gold Bond and the GPS and like --
7  Q.  Can you read your writing?
8  A.  I can't read my writing.
9  Q.  I knew it.  Your writing is tiny; isn't it?
10 A.  Yes, it is.
11 Q.  Is this your writing on this piece of paper?
12 A.  Yes.
13 Q.  Is that today's date, which is Groundhog's Day --
14 A.  Yes.
15 Q.  -- 2012?
16 A.  Yes.
17 Q.  Is this your writing here with the tiny little letters
18 on there?
19 A.  Yeah.  That's my Parkinson's.
20 Q.  Well, if you think -- do you think if I gave you some
21 names myself that that might refresh your
22 recollection?
23     MS. CHENEVERT: Object to the form.
24     THE WITNESS: It might.
25     BY MR. ARCHER:

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 34

1  Q.   Are you familiar with Georgia-Pacific?
2       MS. CHENEVERT: Object to form, leading.
3       THE WITNESS: Georgia-Pacific, yeah.
4       MR. MALONEY: Before we proceed, I would
5  like to mark the list that was presented to the
6  witness as an exhibit and allow all defense counsel to
7  take a look at the list as well.
8       MR. ARCHER: Sure.  And that's fine.  That
9  will happen.  Actually, I'll have it marked.
10      MR. MALONEY: Okay.
11      MR. ARCHER: That was going to happen.
12      MR. MALONEY: Okay.  No problem.  I just
13  wanted to make sure.
14      (Exhibit No. 2 marked for identification.)
15      MR. ARCHER: And while I'm having this
16  copied --
17      MR. SAWYER: Well, I don't know that I need
18  a copy.  I just want to see what is says.
19      MR. ARCHER: I'm going to make a copy.
20      MS. CHENEVERT: I would like a copy.
21  Anybody else?
22      MR. MALONEY: Yeah.
23      MS. COOK: Yes.
24      MR. ARCHER: I'll just get everybody a copy.
25  We'll go off the record -- we'll go off the record and

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 35

1  -- it's 12:57.
2       (A recess was held for lunch.)
3       MR. ARCHER: We're back on the record.  It's
4  1:30.  This is the Larry Zimmer deposition.
5       MR. MALONEY: I just want to object to the
6  videotaping of the deposition to the extent that it's
7  not in compliance with the Federal Rules of Civil
8  Procedure and also to use at trial.
9       BY MR. ARCHER:
10  Q.   Are you familiar with USG?
11  A.   Yes.
12  Q.   What is that?
13  A.   Joint compound.
14  Q.   Were USG and Georgia-Pacific joint compounds used
15  differently than you've described earlier --
16      MS. CHENEVERT: Object to form.
17      BY MR. ARCHER:
18  Q.   -- or not?
19  A.   No.
20  Q.   Did it matter which joint compound was being used
21  whether or not it created dust when it was sanded?
22      MS. CHENEVERT: Object to form, vague.
23      THE WITNESS: It all created dust.  If you
24  sand it, there's going to be dust.
25      BY MR. ARCHER:

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 36

1  Q.   Did you work in dust from those products?
2  A.   Yes.
3  Q.   And I'm talking about Gold Bond, USG, and
4  Georgia-Pacific.
5       MS. CHENEVERT: Object, compound.
6       THE WITNESS: Yes.
7       BY MR. ARCHER:
8  Q.   Would you be able to go back in time right now as you
9  sit here today and tell us each and every place you
10  ever saw Gold Bond and joint compound being used?
11  A.   No.
12  Q.   How about the same question for USG?
13  A.   Same.
14  Q.   How about the same question for Georgia-Pacific?
15  A.   Didn't see much of Georgia-Pacific.
16  Q.   I'm sorry?
17  A.   Didn't see much of Georgia-Pacific.
18  Q.   How would you know if Georgia-Pacific's products were
19  on the job?
20  A.   It would be a bag or a five-gallon bucket.
21  Q.   And what about the bag or the five-gallon bucket told
22  you that it was Georgia-Pacific?
23  A.   They had a triangle.
24  Q.   Anything else?  Didn't have a name on there or
25  anything?

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12        Page 37

1  A.   Oh, the name was on it, but it had that little
2  triangle all the time.
3  Q.   Were any of the brands that you mentioned more popular
4  than the others?
5  A.   I don't believe so.  Maybe the first two, Gold Bond
6  and GPS.
7  Q.   Is it GPS or USG?
8  A.   USG.
9  Q.   Did you ever see or observe any warnings about
10  asbestos on joint compound packaging?
11      MS. CHENEVERT: Object to form, vague.
12      THE WITNESS: No.
13      BY MR. ARCHER:
14  Q.   Did you ever observe warnings about asbestos on Kaylo
15  packaging?
16  A.   No.
17  Q.   Did you ever receive any warnings at all of any kind
18  about asbestos from Westinghouse?
19      MR. SAWYER: Object to form.
20      THE WITNESS: Westinghouse?  No.
21      BY MR. ARCHER:
22  Q.   Westinghouse.  Do you know what Westinghouse is?
23  A.   A big company that made turbines and other things, but
24  I don't know what.
25  Q.   How close would you be to work that involved sanding

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12    Page 38

1  of joint compounds on walls? Would this be within
2  feet? Would it be yards? How far?
3      MS. CHENEVERT: Object to form, vague.
4      THE WITNESS: It would be both, both feet
5  and yards.
6      BY MR. ARCHER:
7  Q.  Were you close enough to that work that you were in
8  dust from that or no?
9  A.  Yes.
10 Q.  How often was that?
11 A.  Well, as often as they sand it, which was at least
12  once a week.
13 Q.  What would be the most it would be? You said at least
14  once a week. How much would it be if it was a lot?
15     MS. CHENEVERT: Object to form.
16     THE WITNESS: Three days out of the week.
17     BY MR. ARCHER:
18 Q.  Back when you were working with and around these
19  products that we've talked about today, did you expect
20  your work around these products and with these
21  products from dust --
22 A.  No.
23 Q.  -- to cause you harm?
24 A.  No.
25 Q.  Do you receive a pension?

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12    Page 39

1  A.  Yes.
2  Q.  What is it? How much is it a month?
3  A.  Roughly 1,500.
4  Q.  How much is your social security a month?
5  A.  About the same.
6  Q.  Do you presently experience problems breathing?
7  A.  Yes.
8  Q.  Describe them.
9  A.  Just sitting here, every once in a while I take a
10  sharp breath or a deep breath.
11 Q.  Does that mean you're -- at that time you're short of
12  breath?
13 A.  Yes. A little.
14 Q.  Have any of your doctors told you that you have
15  asbestos-related problems?
16 A.  Yes.
17 Q.  What are your asbestos-related problems?
18 A.  Asbestosis.
19 Q.  Who's that doc?
20 A.  Dr. Wilson.
21 Q.  Do you right now have a present fear of some day
22  developing cancer or Mesothelioma from your exposure
23  to asbestos?
24 A.  Yeah. I was told I would live to 99 if it didn't turn
25  cancerous, but odds aren't likely.

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12    Page 40

1  Q.  You mentioned Parkinson's before. How long have you
2  had Parkinson's?
3  A.  Quite a while. About 12 years.
4  Q.  What does that do to you?
5  A.  Makes me shake.
6  Q.  Yeah.
7  A.  Lose balance. And just can't do a lot of stuff. Your
8  hands don't grab things right. You have to be
9  careful.
10 Q.  How about your energy level?
11 A.  That's almost nil.
12 Q.  Is it tough doing this today?
13 A.  Yeah. It's a job.
14     MR. ARCHER: Those are all the questions I
15  have for you for right now.
16     THE WITNESS: Okay.
17     MR. ARCHER: Thank you.
18     We're going to take a break here.  1:38.
19
20  (Deposition was adjourned for the day at 1:38 p.m.)
21
22
23
24
25

DEPOSITION OF LAWRENCE ZIMMER, Volume I,  2-2-12    Page 41

1  STATE OF WISCONSIN    )
2  MILWAUKEE COUNTY      ) SS
3           I, Christine Kovac, Registered Professional
4  Reporter and Notary Public in and for the State of
5  Wisconsin, do hereby certify that the deposition of
6  LAWRENCE ZIMMER, VOLUME I was recorded by me and reduced to
7  writing under my personal direction.
8           I further certify that said deposition was
9  taken AT COUNTRY HEARTH INN, 645 East Avenue, Lomira,
10 Wisconsin, on the 2nd day of February, 2012, commencing at
11 12:08 p.m. and concluding at 1:38 p.m.
12          I further certify that I am not a relative or
13 employee or attorney or counsel of any of the parties, or
14 a relative or employee of such attorney or counsel, or
15 financially interested directly or indirectly in this
16 action.
17          In witness whereof, I have hereunto set my
18 hand and affixed my seal of office at Milwaukee,
19 Wisconsin, this 6th day of February, 2012.
20
21                      _____
22                      Christine Kovac, RPR, and Notary Public
                         In and for the State of Wisconsin
23 My commission expires February 1, 2015.
24
25

## A

**able (4)**
17:21;18:16,22;
36:8
**above (1)**
19:2
**actually (2)**
20:16;34:9
**adjourned (1)**
40:20
**afternoon (2)**
10:14,15
**again (1)**
16:19
**ahead (2)**
27:23;28:16
**air (1)**
18:9
**allow (1)**
34:6
**allowed (1)**
27:1
**almost (1)**
40:11
**always (1)**
27:25
**America (1)**
10:6
**Antonio (1)**
12:25
**appear (2)**
9:21;26:6
**appearances (2)**
9:11,20
**apprentice (1)**
26:24
**ARCHER (44)**
8:15;9:5,22;10:13;
12:18;17:13,20;18:6;
19:21;20:20;21:3,18;
23:10;26:14;28:17;
29:11,20;30:5,18;
31:4,11,15,21;32:2,6,
21;33:4,25;34:8,11,
15,19,24;35:3,9,17,25;
36:7;37:13,21;38:6,
17;40:14,17
**area (2)**
16:23;31:8
**Army (1)**
12:21
**around (5)**
14:24;21:14;27:25;
38:18,20
**Asbestos (11)**
13:4;17:21,23;18:8,
17,18,21;37:10,14,18;
39:23
**Asbestosis (1)**
39:18
**asbestos-related (2)**
39:15,17
**Ashland (1)**

9:8
**assume (2)**
17:24,25
**assumes (1)**
29:25
**attention (3)**
20:22,23,24
**attorneys (1)**
9:10
**Avenue (1)**
8:24;9:2,8
**avoid (2)**
30:22,24

## B

**Back (5)**
18:16,20;35:3;36:8;
38:18
**Badger (2)**
25:13;26:11
**bag (3)**
29:6;36:20,21
**bags (1)**
28:22
**balance (1)**
40:7
**band (1)**
24:3
**based (1)**
18:22
**Beach (4)**
15:4;16:12;18:11;
20:10
**beams (1)**
19:10
**beginning (1)**
11:22
**behalf (1)**
9:13
**behind (1)**
27:21
**belong (1)**
13:7
**besides (1)**
19:14
**big (9)**
11:6;14:17,18;16:4,
23,25;17:1,2;37:23
**bit (5)**
12:15;17:8;20:24;
23:16,17
**blanket (4)**
15:17,22;17:4,7
**blankets (9)**
15:16,18,21,25;
16:4,7;17:16,22;18:21
**blew (1)**
19:13
**block (1)**
24:19
**board (1)**
30:2
**boiler (1)**
24:18

**boilers (1)**
14:13
**Bond (8)**
22:11;28:22;29:3;
32:8;33:6;36:3,10;
37:5
**born (2)**
10:23,25
**both (3)**
15:1;38:4,4
**box (1)**
22:21
**boyfriend (1)**
11:20
**branch (1)**
12:20
**brand (3)**
25:5,22,23
**brands (8)**
22:15;23:6;32:7,9,
12,15;33:5;37:3
**break (1)**
40:18
**breath (3)**
39:10,10,12
**breathe (1)**
17:16
**breathing (1)**
39:6
**brothers (1)**
11:6
**Brownsville (2)**
10:22,23
**bucket (3)**
29:6;36:20,21
**buildings (1)**
28:2
**buttons (2)**
15:22,23

## C

**called (3)**
10:9;15:3;25:13
**came (2)**
21:8;24:6
**can (4)**
12:5;14:16;25:23;
33:7
**cancer (1)**
39:22
**cancerous (1)**
39:25
**Carbide (1)**
10:8
**career (6)**
14:1,12;20:12;
25:11;31:16,18
**careful (1)**
40:9
**Cascino (1)**
9:7
**case (1)**
8:17
**cases (3)**

8:18,19;9:6
**cause (1)**
38:23
**CBS (1)**
9:14
**ceiling (1)**
14:10
**certain (1)**
22:1
**Chenevert (25)**
8:3,3;9:15,15;
28:14;29:9,19,25;
31:2,9,14,19;32:1,5,
20;33:1,23;34:2,20;
35:16,22;36:5;37:11;
38:3,15
**Chicago (1)**
9:8
**Chicorelli (2)**
10:5,5
**children (1)**
11:15
**Choke (2)**
16:18,20
**choked (1)**
16:16
**Civil (1)**
35:7
**clean (1)**
17:15
**cleaning (2)**
20:1;27:25
**close (9)**
11:23,24;12:2,5;
18:25;27:4,7;37:25;
38:7
**closed (1)**
30:21
**cloth (1)**
24:4
**Co (1)**
9:19
**coat (1)**
24:9
**Commercial (5)**
14:1,3;27:12,16;
28:1
**Company (4)**
10:3,4;28:2;37:23
**compliance (2)**
8:8;35:7
**compound (8)**
29:8,12,24;35:13,
20;36:5,10;37:10
**compounds (4)**
30:15;32:7;35:14;
38:1
**conditions (4)**
21:20;25:8;27:8;
31:12
**construction (3)**
13:25;14:5;15:1
**containing (5)**
17:23;18:8,17,18,21
**Cook (3)**

9:19,19;34:23
**copied (1)**
34:16
**copy (4)**
34:18,19,20,24
**corner (1)**
17:9
**Corporation (2)**
9:14;10:6
**counsel (1)**
34:6
**Country (1)**
8:23
**couple (3)**
16:5;20:11;21:22
**Court (2)**
8:20;19:19
**cov (1)**
24:10
**cover (4)**
24:4,8;27:23;28:23
**Crane (1)**
9:19
**create (1)**
20:2
**created (7)**
19:14,24;21:14;
25:5;26:16;35:21,23
**cut (7)**
18:9;24:10,12,14,
19,19,23
**cutting (2)**
24:25;25:2

## D

**Daily (1)**
24:15
**Daniel (1)**
10:8
**date (2)**
8:13;33:13
**day (8)**
21:22;23:17,19;
24:16,17;33:13;39:21;
40:20
**days (2)**
18:16;38:16
**deep (1)**
39:10
**defense (1)**
34:6
**depending (1)**
24:2
**deposition (11)**
8:6,7,8,12,16,16,19;
9:1;35:4,6;40:20
**describe (9)**
14:16;15:17;16:15;
17:10;26:15;27:16;
28:13;30:19;39:8
**described (1)**
35:15
**describing (1)**
16:4

**DesRochers (2)**
10:7,7
**developing (1)**
39:22
**difference (2)**
18:17;23:5
**different (1)**
18:13
**differently (1)**
35:15
**discharged (1)**
13:1
**discovery (1)**
8:10
**District (2)**
8:20,21
**doc (1)**
39:19
**Docket (1)**
8:21
**doctors (1)**
39:14
**done (5)**
15:15;19:3,9;20:4;
30:23
**door (1)**
17:1
**Dr (1)**
39:20
**drywall (9)**
14:10;22:11;28:6,
13,20,21;29:13;31:16,
17
**drywallers (4)**
28:3,5,7;29:23
**duct (3)**
13:20;15:11;19:1
**duly (1)**
10:10
**during (7)**
13:25;14:12;20:12;
23:13;24:16,17;28:9
**dust (28)**
16:15,21;17:4,7,8,
14,16;19:14,24;20:2,
5,6,8;21:2,4,6,9,14;
25:6;26:16;30:19;
31:5;35:21,23,24;
36:1;38:8,21
**Dusty (13)**
16:14,16;18:9;
21:20;25:1,4,8;26:13,
15;27:7;28:25;30:17;
31:12

**E**

**Eagle-Picher (2)**
22:14;24:8
**earlier (1)**
35:15
**early (1)**
31:17
**easily (1)**
12:14

**East (1)**
8:24
**Eastern (1)**
8:21
**eight (1)**
11:16
**elbow (1)**
24:6
**Electricians (1)**
14:9
**electricity (1)**
14:15
**else (1)**
34:21;36:24
**end (1)**
30:10
**energy (1)**
40:10
**Engineering (1)**
10:3
**enough (2)**
27:7;38:7
**equipment (1)**
14:11
**Erin (1)**
9:19
**even (1)**
26:17
**event (1)**
9:7
**everybody (2)**
27:19;34:24
**examined (1)**
10:10
**exhausted (1)**
32:14
**Exhibit (4)**
8:2,18;34:6,14
**expect (1)**
38:19
**experience (2)**
18:2;39:6
**exposure (1)**
39:22
**extent (1)**
35:6
**eyes (2)**
16:21;20:6

**F**

**fab (3)**
15:16;16:23;21:19
**fabricated (1)**
17:17
**fabricating (1)**
23:24
**fabrication (2)**
17:4,7
**facts (1)**
30:1
**fairly (3)**
12:1,5,7
**familiar (4)**
15:3;29:8;34:1;

35:10
**family (2)**
11:6,23
**far (2)**
32:14;38:2
**fear (1)**
39:21
**Federal (1)**
35:7
**feet (5)**
14:20;27:5,6;38:2,4
**fellows (2)**
23:20;24:21
**few (2)**
8:4;24:17
**fill (2)**
17:7;31:5
**filled (1)**
31:10
**finally (1)**
13:13
**fine (1)**
34:8
**finish (2)**
24:9;28:19
**finishing (1)**
31:17
**fireproofing (3)**
19:8,9,11
**first (5)**
22:23;23:13;25:9;
28:5;37:5
**fitter (1)**
27:21
**fitters (2)**
14:9;19:7
**five (1)**
29:6
**five-gallon (2)**
36:20,21
**flat (1)**
30:3
**floor (3)**
14:21;19:2;20:3
**follows (1)**
10:11
**form (26)**
17:11,18;18:4;
20:19,25;21:16;26:12;
28:14;29:9,19,25;
30:16;31:2,9,14,19;
32:1,5;33:23;34:2;
35:16,22;37:11,19;
38:3,15
**forms (1)**
18:13
**Fort (1)**
12:25
**forward (1)**
8:7
**foundation (1)**
23:8
**four (1)**
11:16

**G**

**gallon (1)**
29:6
**gas (1)**
28:2
**Gasket (1)**
9:24
**gave (1)**
33:20
**Georgia-Pacific (12)**
8:4,6,11;9:16;34:1,
3;35:14;36:4,14,15,
17,22
**Georgia-Pacific's (1)**
36:18
**Gold (8)**
22:11;28:22;29:3;
32:8;33:6;36:3,10;
37:5
**Good (2)**
10:14,15
**GPS (5)**
29:7;32:10;33:6;
37:6,7
**grab (1)**
40:8
**Gramann (1)**
8:25
**Groundhog's (1)**
33:13
**guy (1)**
27:20
**guys (1)**
16:6

**H**

**hand (1)**
23:12
**hands (1)**
40:8
**happen (2)**
34:9,11
**happening (2)**
26:3;27:2
**harm (1)**
38:23
**health (1)**
12:15
**hear (1)**
19:19
**Hearth (1)**
8:23
**heating (2)**
13:20;24:18
**Heats (1)**
13:20
**hectic (1)**
27:17
**held (1)**
35:2
**help (2)**
26:23;32:17

**helper (1)**
23:15
**herein (1)**
10:10
**hold (1)**
8:12
**honorably (1)**
13:1
**house (1)**
15:3
**housing (1)**
15:20
**Huge (1)**
14:19

**I**

**identification (2)**
8:2;34:14
**Illinois (1)**
9:9
**imagine (2)**
19:12;21:8
**improper (1)**
33:2
**include (6)**
22:10;23:1,3;27:14;
31:24;32:3
**including (1)**
9:6
**Industrial (1)**
14:1
**Inn (1)**
8:23
**inside (1)**
15:25
**install (1)**
23:24
**installing (1)**
21:7
**instance (1)**
23:7
**insulating (2)**
15:11;23:23
**Insulation (29)**
9:18;16:3;17:22;
18:14,21;20:16;21:6,
14,19;22:7,12,12,15;
23:6,6,21;24:7,10,12,
14,23,25;25:3,11,19,
22,23;26:5,10
**insulator (1)**
13:19;23:14,15
**insulators (1)**
19:15
**interrogatories (2)**
8:10,14
**introduce (1)**
10:16
**involved (2)**
13:25;37:25
**involving (1)**
28:19
**IU (1)**
10:5

**J**

**Jacob (1)**
9:13
**job (5)**
22:19;24:18;27:19;
36:19;40:13
**jobs (2)**
22:24;27:16
**joint (11)**
29:8,12,24;30:14;
32:7;35:13,14,20;
36:10;37:10;38:1
**joints (3)**
24:3;28:23;29:2
**jury (1)**
10:17

**K**

**Kaitlyn (2)**
8:3;9:15
**Kay (4)**
11:12,12,13,17
**Kaylo (20)**
22:11,14,17,20,23;
23:5,12,13,21,25;
24:14;25:2,11,25;
26:5,10,17,23;27:8;
37:14
**keep (1)**
28:15
**kids (1)**
12:2
**kind (8)**
14:4;16:16;19:3;
24:21;29:23;30:21;
31:12;37:17
**kinds (2)**
13:25;14:11
**knew (2)**
21:1;33:9
**knowledge (1)**
18:23

**L**

**laborers (4)**
19:18,22,23,24
**Larry (3)**
8:16;10:18;35:4
**late (6)**
13:6;21:23,25;
25:17;26:3;31:18
**later (4)**
8:13;12:15;20:14;
24:4
**LAWRENCE (1)**
10:9
**leading (2)**
29:9;34:2
**leaks (1)**
27:25
**least (3)**

26:6;38:11,13
**Leonard (1)**
12:25
**Lesley (1)**
9:25
**letters (1)**
33:17
**level (1)**
40:10
**likely (1)**
39:25
**list (5)**
32:10,16,17;34:5,7
**listed (1)**
8:18
**little (7)**
12:15;17:8;20:24;
31:8;33:17;37:1;
39:13
**live (4)**
10:21;12:2,2;39:24
**living (1)**
13:3
**local (1)**
13:9
**located (2)**
8:23;9:2
**Lomira (1)**
8:24
**long (4)**
11:13;20:10;21:17;
40:1
**look (4)**
15:21;32:22,25;
34:7
**looking (1)**
32:23
**looks (1)**
14:16
**Lose (1)**
40:7
**lot (3)**
11:6;38:14;40:7
**lunch (1)**
35:2
**Luse-Stevenson (1)**
10:1

**M**

**machinery (1)**
14:11
**Madison (1)**
12:3
**Mag (2)**
24:9,9
**majority (1)**
27:13
**Makes (1)**
40:5
**making (1)**
15:16
**MALONEY (10)**
9:17,17;23:8;26:12;
30:16;34:4,10,12,22;

35:5
**MANNA (2)**
10:8,8
**Mark (2)**
10:7;34:5
**marked (1)**
8:2;34:9,14
**married (2)**
11:9,13
**Mary (1)**
10:5
**material (2)**
29:1,5
**Matt (1)**
10:4
**matter (3)**
25:5;27:5;35:20
**Maybe (1)**
37:5
**MDL (1)**
8:21
**mean (6)**
15:7;20:24;23:22;
24:16;27:18;39:11
**mechanic (2)**
18:11;24:13
**meet (1)**
11:17
**members (1)**
10:16
**memory (4)**
18:2,5,7;32:14
**mentioned (4)**
28:3;32:8;37:3;40:1
**Mesothelioma (1)**
39:22
**Metallo (1)**
9:23
**middle (1)**
31:18
**might (3)**
24:1;33:21,24
**miles (1)**
27:5
**military (1)**
12:16
**Milwaukee (4)**
9:3,17;11:1;13:12
**mind (1)**
12:18
**Mitchell (1)**
9:23
**mix (1)**
28:22
**month (4)**
22:1;23:18;39:2,4
**more (5)**
19:4,6;22:16;26:8;
37:3
**most (1)**
38:13
**mostly (1)**
14:3
**motor (1)**
14:17

**much (13)**
12:11;16:24;20:22,
23;21:13,20;23:13;
27:12;36:15,17;38:14;
39:2,4
**mud (1)**
24:3
**Mukwonago (1)**
12:4
**museum (1)**
28:2
**mute (1)**
12:19
**myself (1)**
33:21

**N**

**name (3)**
11:11;36:24;37:1
**names (2)**
32:16;33:21
**need (2)**
24:14;34:17
**needed (1)**
24:20
**New (4)**
14:4;15:1,2;26:19
**nil (1)**
40:11
**North (2)**
9:2;10:6
**Nosroc (1)**
10:6
**notice (1)**
8:19
**nowadays (1)**
12:10
**Number (6)**
8:19,22,25;9:2,3,9
**numerous (1)**
8:17

**O**

**oath (1)**
10:10
**Object (24)**
26:12;28:14;29:9,
19,25;30:16;31:2,9,
14,19;32:1,5,20;33:1,
23;34:2;35:5,16,22;
36:5;37:11,19;38:3,15
**Objection (7)**
17:11,18;18:4;
20:19,25;21:16;23:8
**objections (1)**
8:5
**objects (1)**
8:6
**observe (5)**
29:1,4;31:16;37:9,
14
**odds (1)**
39:25

**off (19)**
16:16,18,20;18:9;
26:18;27:24;30:21;
32:24;34:25,25
**office (1)**
28:2
**often (7)**
11:25;12:1,6,7;
24:14;38:10,11
**old (1)**
10:19
**once (3)**
38:12,14;39:9
**one (10)**
12:3,3,4;13:22;19:4,
5,6;27:20,21;30:21
**ongoing (1)**
24:16
**only (2)**
17:24;21:8
**open (2)**
8:12;16:24
**order (1)**
23:24
**Ordinance (2)**
25:13;26:11
**Oshkosh (1)**
12:3
**others (1)**
37:4
**out (17)**
11:22,22;13:11;
16:9;19:15;20:10,17;
21:11,13;25:19,24;
26:11,21;27:2;29:17;
32:18;38:16
**Outage (1)**
14:5
**outside (1)**
15:11
**over (2)**
17:8,12

**P**

**Pabco (2)**
22:11;23:7
**packaging (4)**
29:1,4;37:10,15
**PAGEL (2)**
9:20,20
**paid (1)**
20:24
**paper (2)**
32:22;33:11
**Parkinson's (3)**
33:19;40:1,2
**part (3)**
21:25;25:9;31:17
**pay (2)**
20:22,23
**Pennsylvania (1)**
8:21
**pension (1)**
38:25

**People (1)**
9:22
**Phone (6)**
8:24;9:3,9,11,22;
12:19
**piece (4)**
23:25;26:18;32:22;
33:11
**pieces (1)**
16:6
**PINSLY (2)**
9:23,23
**pipe (3)**
19:7;23:5,6,25;24:2,
7,19,19;26:17
**pipes (1)**
27:22
**piping (2)**
22:25;24:7
**Pius (2)**
11:3,5
**place (3)**
21:8;25:13;36:9
**places (1)**
22:22
**plaintiffs (1)**
9:5
**Plankinton (1)**
9:2
**Plastic (2)**
10:2;24:5
**please (1)**
10:16
**plumber (1)**
27:21
**plumbers (1)**
14:9
**plumbing (1)**
13:20
**pm (1)**
40:20
**point (7)**
8:7,11;15:3;16:12;
18:10,10;20:10
**pole (1)**
30:12
**popular (1)**
37:3
**power (1)**
15:3
**preliminary (1)**
8:5
**presence (4)**
14:8;27:2;28:3,7
**present (4)**
9:11;16:7,9;39:21
**presented (1)**
34:5
**presently (1)**
39:6
**pretty (2)**
12:5;16:24
**probably (2)**
25:16;32:11
**problem (2)**

21:2;34:12
**problems (3)**
39:6,15,17
**Procedure (1)**
35:8
**proceed (1)**
34:4
**PROCEEDINGS (1)**
8:1
**process (5)**
21:4;23:23;24:16;
28:13,19
**product (1)**
8:10
**production (1)**
8:14
**products (8)**
22:7,12,15;36:1,18;
38:19,20,21
**projects (1)**
14:4
**protocol (1)**
8:8
**provides (1)**
14:15
**put (9)**
15:19;16:6;22:19;
26:19;28:6,21,24;
29:14;30:4
**putting (1)**
21:6

## Q

**Quite (3)**
23:16,17;40:3

## R

**raised (3)**
10:23,25;20:5
**read (3)**
32:24;33:7,8
**recall (2)**
32:7,12
**receipt (1)**
8:13
**receive (2)**
37:17;38:25
**recess (1)**
35:2
**recollection (4)**
32:23,25;33:2,22
**record (5)**
8:15;9:10;34:25,25;
35:3
**refresh (1)**
33:21
**refreshes (2)**
32:23,25
**refreshing (1)**
33:2
**refrigeration (1)**
13:21
**regularly (1)**

14:8
**remember (2)**
22:22;32:11
**Remodel (1)**
14:5
**removal (1)**
25:19
**remove (1)**
26:23
**removed (1)**
25:23,24;26:5,11
**removing (1)**
27:8
**replaced (1)**
26:9
**REPORTER (1)**
19:19
**Reporting (2)**
8:25;9:1
**represent (2)**
9:5,12
**request (1)**
8:14
**reserves (1)**
8:12
**Residential (1)**
14:2
**responses (1)**
8:9
**retire (1)**
13:13
**retired (3)**
12:8,10;13:15
**right (9)**
8:12;16:25;17:9;
29:4;30:6;36:8;39:21;
40:8,15
**rip (1)**
27:24
**Ron (1)**
9:5
**roofing (1)**
14:10
**room (6)**
17:1,2,8;30:20;31:1,
10
**rooms (1)**
31:5
**Roughly (1)**
39:3
**rub (1)**
23:12
**RUGGLES (2)**
10:4,4
**Rules (1)**
35:7
**Ryan (1)**
9:17

## S

**same (4)**
36:12,13,14;39:5
**San (1)**
12:25

**sand (5)**
28:25;29:23;30:9;
35:24;38:11
**sanded (2)**
28:25;35:21
**sander (1)**
30:12
**sanding (4)**
30:6,8,14;37:25
**sandpaper (1)**
30:10
**saw (1)**
36:10
**Saws (2)**
24:22,24
**SAWYER (10)**
9:13,13;17:11,18;
18:4;20:19,25;21:16;
34:17;37:19
**school (1)**
11:2
**Schools (1)**
28:2
**scrape (1)**
26:19
**screws (1)**
28:24
**seal (1)**
28:23
**sealing (1)**
29:2
**seams (1)**
29:14
**security (1)**
39:4
**serve (3)**
12:16,22,24
**served (1)**
8:11
**several (1)**
8:17
**sewn (1)**
15:19
**shake (1)**
40:5
**sharp (1)**
39:10
**SHERMETA (2)**
9:25,25
**shop (3)**
15:16;16:23;21:19
**short (1)**
39:11
**show (2)**
32:16,17
**showed (1)**
32:10
**Shut-down (2)**
14:5;15:1
**single (1)**
14:21
**sister (1)**
11:18
**sisters (1)**
11:7

**sit (1)**
36:9
**sitting (1)**
39:9
**Six (1)**
12:23
**size (1)**
24:2
**sizes (1)**
16:5
**smaller (1)**
16:6
**smooth (4)**
23:9,11;26:2;29:17
**snowing (1)**
22:3
**social (1)**
39:4
**somewhere (2)**
17:9;31:18
**Sorry (3)**
13:14;19:19;36:16
**South (1)**
9:8
**specialize (1)**
13:22
**specific (2)**
8:10;22:22
**spray (1)**
19:10
**stamina (1)**
12:13
**standard (1)**
8:9
**start (3)**
8:5;13:5;28:19
**started (3)**
21:23;22:1,3,23;
28:5
**Starting (1)**
11:14
**States (1)**
8:20
**steam (1)**
22:25
**stenographic (1)**
9:21
**steps (1)**
28:19
**Steve (1)**
10:2
**Stevens (1)**
18:10
**stick (5)**
19:12,13;26:17,18;
30:10
**stories (1)**
14:20
**stuff (8)**
18:7;22:25;26:18,
20;28:22;29:14;30:3;
40:7
**stuffing (1)**
16:7
**Sure (2)**

34:8,13
**sweep (1)**
20:3
**Sweeping (1)**
20:1
**sworn (1)**
10:10

**T**

**talk (1)**
12:15
**talked (1)**
38:19
**talking (2)**
30:6;36:3
**tall (2)**
14:20,20
**tanks (1)**
13:20
**tells (1)**
18:7
**term (1)**
29:8
**test (1)**
27:23
**testified (1)**
10:11
**Texas (1)**
12:25
**though (1)**
30:6
**Three (1)**
38:16
**throw (1)**
27:22
**tile (1)**
14:10
**Tim (1)**
9:20
**times (2)**
21:22;24:17
**tiny (3)**
31:8;33:9,17
**tired (1)**
12:13
**today (3)**
36:9;38:19;40:12
**today's (2)**
9:7;33:13
**together (1)**
15:19
**told (4)**
11:20;36:21;39:14,
24
**took (2)**
16:5;26:18
**tools (4)**
24:21;27:1;29:23;
30:9
**touch (1)**
27:1
**tough (1)**
40:12
**trade (1)**

13:3
**trades (3)**
14:8;19:3,14
**TRANSCRIPT (2)**
8:1;9:21
**trial (1)**
35:8
**triangle (2)**
36:23;37:2
**trowel (1)**
30:3
**try (1)**
28:15
**trying (1)**
32:14
**turbine (8)**
14:14,16;15:12,14,
20;19:4;21:7,15
**Turbines (8)**
14:13,22,24;15:12;
18:25;19:4;20:16;
37:23
**turn (1)**
39:24
**two (5)**
12:3;21:13;37:5

**U**

**Union (2)**
10:8;13:7
**United (1)**
8:20
**up (11)**
14:21;15:16;17:15;
20:1,1,5;27:22,25;
28:6,21;31:8
**use (4)**
24:21;29:23;30:9;
35:8
**used (3)**
35:14,20;36:10
**USG (6)**
35:10,14;36:3,12;
37:7,8
**USX (1)**
10:7

**V**

**vague (4)**
31:14;35:22;37:11;
38:3
**varied (1)**
16:5
**Vaughn (1)**
9:8
**venued (1)**
8:20
**vessel (1)**
23:25
**video (1)**
9:10
**videographer (1)**
9:7

**videotaping (1)**
35:6

**W**

**walls (2)**
29:17;38:1
**warnings (3)**
37:9,14,17
**Waukesha (1)**
12:3
**way (4)**
18:3;27:20;31:22,
23
**week (4)**
23:18;38:12,14,16
**weeks (2)**
20:11;21:13
**welders (1)**
19:7
**Westinghouse (4)**
37:18,20,22,22
**wet (2)**
19:11,12
**What's (5)**
11:4;14:14;15:17;
16:17;29:12
**whichever (1)**
24:20
**white (3)**
23:9,11;26:2
**whole (1)**
31:20
**Who's (1)**
39:19
**wife's (1)**
11:11
**WILSON (3)**
10:2,2;39:20
**wire (1)**
24:3
**Wisconsin (2)**
8:24;9:3
**within (1)**
38:1
**witness (26)**
10:9;17:12,19;18:5;
21:1,17;23:9;26:13;
28:15;29:10;30:2,17;
31:3,10,20;33:3,24;
34:3,4,6;35:23;36:6;
37:12,20;38:4,16;
40:16
**Wood (1)**
12:25
**work (37)**
13:3,20;14:4,5,5,6,
11,22,24;15:1,1,15;
17:14,16;19:1,3;20:8;
21:9;22:7;23:13,14,
20;24:7;25:8,13;
26:21;27:12,12,16;
28:1,7,16;31:12,17;
36:1;37:25;38:7,20
**worked (6)**

14:8;18:13,25;
22:16,22,24
**worker (2)**
13:4;17:21
**working (15)**
11:21;14:1,12;
21:14,20;22:5,8;25:8,
11;27:7,8;28:3,13;
31:12;38:18
**writing (5)**
33:7,8,9,11,17
**written (1)**
9:21

**X**

**XI (1)**
11:3

**Y**

**yards (3)**
27:5;38:2,5
**year (2)**
23:14;26:8
**years (3)**
11:14;12:23;40:3
**Yep (3)**
11:3;26:4;28:12

**Z**

**Zimmer (6)**
8:16,17;9:6;10:9,
18;35:4

**1**

**1 (2)**
8:2,19
**1,500 (1)**
39:3
**1:30 (1)**
35:4
**1:38 (2)**
40:18,20
**10 (1)**
14:20
**12 (2)**
17:3;40:3
**12:57 (1)**
35:1
**13 (1)**
11:8
**15 (1)**
17:3
**19 (1)**
13:10
**1957 (1)**
23:1
**1958 (1)**
23:3
**1960's (3)**
27:14;28:9;31:24
**1970's (2)**

28:11;32:3

**2**

**2 (1)**
34:14
**2012 (1)**
33:15
**220 (1)**
9:8

**3**

**312-944-0600 (1)**
9:9
**3M (1)**
10:4

**4**

**414-272-7878 (1)**
9:4

**5**

**50 (1)**
11:14
**51 (1)**
11:14
**53048 (1)**
8:24
**53203 (1)**
9:3
**57 (3)**
13:6;21:23,25
**58 (4)**
13:8;25:16,17;26:3

**6**

**60 (1)**
20:13
**60607 (1)**
9:9
**60's (1)**
20:14
**61 (1)**
12:23
**645 (1)**
8:24
**67 (3)**
13:14,17;20:13
**68 (1)**
20:13

**7**

**70's (1)**
27:14
**710 (2)**
9:2,2
**73 (1)**
10:20

**8**

**85 (1)**
24:9
**875 (1)**
8:22

**9**

**920-269-7477 (1)**
8:25
**97 (3)**
13:14,14,15
**99 (1)**
39:24