Earl D. Gregory, Ph.D., CIH
January 30, 2015

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY


---oOo---



LARRY HOFFMAN and JUDITH          )
HOFFMAN, husband and wife,        )
                                  )
        Plaintiffs,               ) No. 14-2-07178-2
                                  )
    vs.                           )
                                  )
ALASKAN COPPER COMPANIES,         )
INC.; et al.,                     )
                                  )
        Defendants.               )
_____)




TELEPHONIC DEPOSITION OF

EXPERT EARL D. GREGORY, PH.D., CIH

Friday, January 30, 2015

11:03 a.m.





REPORTED BY:

GISELLE GIRARD

CSR #12901

1

```
 1    TELEPHONIC APPEARANCES:

 2

      For Plaintiff:
 3
             LEVIN SIMES, LLP
 4           BY:  TIMOTHY F. PEARCE, ESQ.
             353 Sacramento Street
 5           Suite 2000
             San Francisco, California  94111
 6           415-426-3000
             415-981-1270  Fax
 7           tpearce@levinsimes.com

 8

      For Defendant Trane USA, Inc., and the Witness:
 9
             GORDON & REES, LLP
10           BY:  MARK B. TUVIM, ESQ.
             701 Fifth Avenue
11           Suite 2100
             Seattle, Washington  98104
12           206-695-5100
             206-689-2822  Fax
13           mtuvim@gordonrees.com

14

      For Defendant Cleaver-Brooks, Inc., and Saberhagen
15    Holdings, Inc.:

16           CARNEY BADLEY SPELLMAN
             BY:  TIMOTHY K. THORSON, ESQ.
17           701 Fifth Avenue
             Suite 3600
18           Seattle, Washington  98104
             206-622-8020
19           206-467-8215  Fax
             thorson@carneylaw.com
20
      For Defendant Familian Northwest, Inc.:
21
             FOLEY & MANSFIELD, PLLP
22           BY:  JAN E. BRUCKER, ESQ.
             800 Fifth Avenue
23           Suite 3850
             Seattle, Washington  98104
24           206-456-5360
             206-456-5361  Fax
25           jbrucker@foleymansfield.com
```

2

Earl D. Gregory, Ph.D., CIH
**January 30, 2015**

```
 1    TELEPHONIC APPEARANCES (Continued):

 2    For Defendant Oakfabco, Inc.:

 3         OGDEN MURPHY WALLACE, PLLC
           BY:  ROBERT G. ANDRE, ESQ.
 4         901 Fifth Avenue
           Suite 3500
 5         Seattle, Washington  98164
           206-447-7000
 6         206-447-0215  Fax
           randre@omwlaw.com
 7

 8    For Defendant Armstrong International, Inc.:

 9         PREG O'DONNELL & GILLETT, PLLC
           BY:  JENNIFER D. LOYND, ESQ.
10         901 Fifth Avenue
           Suite 3400
11         Seattle, Washington  98164
           206-287-1775
12         206-287-9113  Fax
           jloynd@pregodonnell.com
13

14    For Defendant General Electric Company and Whitney
      Holding Corporation:
15
           SEDGWICK, LLP
16         BY:  CHRIS S. MARKS, ESQ.
           520 Pike Street
17         Suite 2200
           Seattle, Washington  98101
18         206-462-7560
           206-462-7561  Fax
19         chris.marks@sedgwicklaw.com

20
      For Defendant Expert Drywall, Inc.:
21
           THORSRUD CANE & PAULICH
22         BY:  DANA C. KOPIJ, ESQ.
           1300 Puget Sound Plaza
23         1325 Fourth Avenue
           Seattle, Washington  98101
24         206-386-7755
           206-386-7795  Fax
25         dkopij@tcplaw.com
```

3

1    TELEPHONIC APPEARANCES (Continued):

2    For Defendant Ketchikan Pulp Company:

3            WILLIAMS KASTNER
             BY:  MALIKA I. JOHNSON, ESQ.
4            601 Union Street
             Suite 4100
5            Seattle, Washington  98101
             206-233-2974
6            206-628-6611  Fax
             mjohnson@williamskastner.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
EXAMINATION INDEX

JANUARY 30, 2015

WITNESS                     EXAMINATION BY         PAGE

EARL D. GREGORY, PH.D.,   MR. PEARCE               7
CIH
```

5

```
 1                            EXHIBITS

 2              EXPERT EARL D. GREGORY, PH.D., CIH

 3        Larry Hoffman vs. Alaskan Copper Companies, Inc.

 4                    Friday, January 30, 2015

 5


 6     PLAINTIFFS'              DESCRIPTION              PAGE

 7      1        Hoffman Notes (21 pgs.)                   9

 8      2        Summary for Hoffman, American            10
                 Standard and Kewanee Boilers Notes
 9               (2 pgs.)

10      3        Motion for Summary Judgment Notes        11
                 (2 pgs.)
11
        4        Cover Sheet E-mails for                  13
12               Correspondence File (5 pgs.)

13      5        Curriculum Vitae (6 pgs.)                13

14

15

16

17

18                         ---oOo---

19

20

21

22

23

24

25

                                                           6
```

1        Friday, January 30, 2015

2

3            EARL D. GREGORY, PH.D., CIH,

4      having been first duly affirmed, was examined and

5                    testified as follows:

6

7                      EXAMINATION

8

9    BY MR. PEARCE:

10       Q.  Good afternoon, sir -- I believe it's afternoon

11   where you are.  Can you hear me okay?

12       A.  If you can speak a little louder, that would be

13   better.

14       Q.  And, sir, can you state your full name for the

15   record.

16       A.  Earl Daniel Gregory.

17       Q.  And I understand that you have a Ph.D. in -- you

18   have a Ph.D.; correct?

19       A.  Ph.D. in industrial hygiene, that's correct.

20       Q.  So where are you presently located?

21       A.  My address is 5718 Yamassee Drive -- that's my

22   home address in Hamilton, Ohio.  And I'm giving this

23   deposition in Westchester, Ohio at a Marriott.

24       Q.  And I understand that Mr. Tuvim is with you.  Is

25   anybody else with you?

7

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1      A.  No, that's it.

2      Q.  And by whom have you been retained in this case?

3      A.  By Mark Tuvim.

4      Q.  Do you know for which defendant?

5      A.  Yes.  For Trane as well as Oakfabco,

6   Incorporated.

7      Q.  And when were you retained?

8      A.  Approximately two weeks ago, two to three weeks

9   ago.

10      Q.  All right.  And how were you retained?  Was it a

11   phone call, was it an e-mail?  How did that happen?

12      A.  It was a phone call from Mark Tuvim.

13      Q.  And have you worked for Mr. Tuvim before?

14      A.  No, this is the first time.

15      Q.  All right.  Have you worked for either Oakfabco

16   or Trane before?

17      A.  Yes, I have worked and represented Trane in other

18   American Standard cases.

19      Q.  Is it correct to say that you have never done any

20   work with regards to Oakfabco before?

21      A.  Yes, I've never testified on their behalf.

22   Although I have written some statements of opinion that

23   have involved both American Standard and Kewanee

24   boilers.

25      Q.  And do you have a file here today?

8

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1   A.  Yes.  I brought documents with me today that I

2   plan -- that were asked of me.

3       Q.  And what's in your file?

4       A.  Well, I have my notes from Mr. Hoffman's

5   Volumes I, II and III of his depositions; I have a

6   summary for Hoffman related to American Standard and

7   Kewanee boilers only; and I have notes based on my

8   review of the motion for summary judgment; the

9   declaration of Kevin Craig, that's how that's entitled;

10  there's also notes from the affidavit of Richard

11  Weisbecker; and notes from Richard Olson's affidavit;

12  and I have my C.V. and copies of the correspondence that

13  I've had with Mark Tuvim.

14      Q.  All right.

15          MR. PEARCE:  Let's mark as Exhibit 1 your notes.

16          THE WITNESS:  Okay.

17          (Plaintiffs' Exhibit 1 was marked for

18          identification and attached hereto.)

19  BY MR. PEARCE:

20      Q.  And we'll mark as Exhibit 2 something that you

21  said was your summary about American Standard and

22  Kewanee boilers?

23      A.  Pardon?  Exhibit 1 is Notes by Earl Gregory?

24      Q.  Yeah.  And Exhibit 2 is -- you have something

25  called a summary of your opinions as to American

9

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1  Standard and Kewanee boilers?

2     A.  Summary for Hoffman related to American Standard

3  and Kewanee boilers, notes only, yes.

4        MR. PEARCE:  Mark, have I seen that document?

5        MR. TUVIM:  Yes.  I sent them out earlier this

6  morning when I got them.

7        MR. PEARCE:  So let me pull that document up.

8  Hold on one second.

9        All right.  We'll mark the additional notes as

10  Exhibit 2.

11        (Plaintiffs' Exhibit 2 was marked for

12        identification and attached hereto.)

13  BY MR. PEARCE:

14     Q.  So Exhibit 2 is the summary of the American

15  Standard and Kewanee boilers.  And on that note, sir, at

16  the very end of that -- how many pages is that?

17     A.  Summary for Hoffman Related to American

18  Standard -- two pages.

19     Q.  And then how about for Kewanee boilers?

20     A.  That's together.  That would be Exhibit 2, two

21  pages.

22     Q.  And what are your notes on the MSJ?  Do you --

23     A.  Yeah --

24     Q.  -- I don't know what they are.

25     A.  Yeah, it's just like a quarter of a paragraph.

                                                          10

1    It starts off at pages labeled Motion for Summary

2    Judgment.

3        Q.  Can you just read it for me, then.

4        A.  Motion for Summary Judgment, "Stated none of the

5    insulation on Trane equipment would have contained

6    asbestos.  Olson and Uhl depositions indicated no

7    asbestos insulation from 1950 on.  No rope between

8    sections.  Said Hoffman didn't know where he installed

9    Trane equipment, and he didn't say he handled gaskets or

10   packing with them."

11       MR. PEARCE:  So we'll mark that Exhibit 3.

12       (Plaintiffs' Exhibit 3 was marked for

13       identification and attached hereto.)

14   BY MR. PEARCE:

15       Q.  And what are your notes from Weisbecker, and then

16   there's another one as well?

17       A.  Yeah, that's Exhibit 3.  That would be Page 2 of

18   that.

19       Q.  So you don't have any additional notes.  You just

20   reviewed those three declarations and marked that one

21   little paragraph of notes; is that correct?

22       A.  Yeah, the declaration of Dennis Dorman; and

23   affidavit of Richard Weisbecker; and Richard Olson

24   affidavit.

25       Q.  And then we'll mark as Exhibit 4 your

11

1   correspondence file, but can you tell briefly tell me

2   what your correspondence file contains.

3       A.   Yes.   Basically it is correspondence from Mark

4   Tuvim indicating that there were documents attached for

5   me to review, Volume I, Volume II; and then also Hoffman

6   Style Discovery Responses were attached.

7           Basically it's just an e-mail from Mark to me,

8   the subject indicating Volume I or Volume II of Hoffman,

9   Volume III of Hoffman; Hoffman Style Discovery

10  Responses; Hoffman versus Alaskan Copper Companies,

11  which is material from Oakfabco's counsel for me review;

12          And let's see.   And then also to review

13  Plaintiffs' Response to Saberhagen; Plaintiffs' response

14  to Pacific Plumbing; and Response to Familian Rogs; and

15  then Exhibits 1 through 6 from the Declaration of Craig;

16  and Hoffman Motion For Summary Judgment contained in

17  another e-mail correspondence;

18          And then also Plaintiffs' expert Mr. William

19  Ewing's report on this matter was a subject of another

20  e-mail with that being attached; and the only other

21  thing is he asked for my C.V., and I have a copy of my

22  submission of my C.V. to Mark Tuvim.   And that's it.

23          MR. PEARCE:   Why don't we mark the cover letter

24  without the exhibits attached as next in order --

25          MR. TUVIM:   Tim, we're having a lot of trouble

12

**Earl D. Gregory, M.D., CIH**
**January 30, 2015**

1    hearing you.

2            MR. PEARCE:  Can you mark just the cover letters

3    as next in order.

4            MR. TUVIM:  Well, the correspondence -- which

5    cover letter?  Just the cover e-mails?

6            MR. PEARCE:  I don't need the actual -- what was

7    attached but just the --

8            MR. TUVIM:  Right.  So is that what you want in

9    Exhibit 4?  That's the only correspondence we have.

10            MR. PEARCE:  Perfect.  That's what I want as 4,

11    then.

12            MR. TUVIM:  So the cover e-mails will be

13    Exhibit 4.

14            MR. PEARCE:  Right.

15            (Plaintiffs' Exhibit 4 was marked for

16            identification and attached hereto.)

17            MR. PEARCE:  And his C.V. will be 5.

18            MR. TUVIM:  Okay.

19            (Plaintiffs' Exhibit 5 was marked for

20            identification and attached hereto.)

21    BY MR. PEARCE:

22       Q.  Now, Dr. Gregory, is it still true that you have

23    never published anything or given any presentations

24    related to asbestos?

25       A.  No.  I've given presentations that covered

                                                              13

1   asbestos as well as other potential occupational

2   exposures to various chemicals.  I haven't published any

3   specific documents that related only to asbestos.

4       Q.  And what presentations are you referring to that

5   discussed asbestos?

6       A.  Well, I've given training courses on industrial

7   hygiene techniques and potential health hazards.  I've

8   given presentations to various audiences, from college

9   students to industrial hygienists that were studying to

10  take the certification exam.

11      I've also given presentations to employers and

12  union representatives where I've covered potential

13  occupational health hazards in various industrial

14  operations, and some of those did involve me speaking

15  with asbestos among other potential air contaminants.

16      Q.  And, sir, I see by your C.V. that you are a

17  member of the ACGIH; is that correct?

18      A.  I used to be a member.  I'm no longer a member

19  because once you no longer work for the government, you

20  can't be a full member of the ACGIH; only government

21  workers can be full members.

22      Q.  And you agree with me that when you were a member

23  of the ACGIH, you understood that asbestos was an A1

24  carcinogen?

25      A.  When I was a member from 1974 to '81, asbestos

14

1    was listed in the ACGIH TLV booklet, and it was

2    considered at that time a potential carcinogen.

3        Q.   Was it considered an A1 carcinogen?  Do you know

4    what that means?

5        A.   According to the ACGIH TLV booklet?

6        Q.   Correct.

7        A.   In later years it was.  I forget what year that

8    change was made but -- of course I've been in the field

9    of industrial hygiene since 1974, so I can't remember

10   when the classification was changed.

11       Q.   And can you tell me what it means to be an A1

12   carcinogen?

13       A.   Well, those are carcinogens that have been, based

14   on the latest scientific evidence, proven to occur as a

15   result of overexposures to various airborne chemical

16   contaminants in the workplace.

17       Q.   And you would agree with me that with regards to

18   asbestos, all fiber types are considered an A1

19   carcinogen?

20       A.   I'm sorry.  You cut out there towards the end.

21   Could you repeat that.

22       Q.   Sure.  You would agree with me that with regards

23   to fiber types as to asbestos, all fiber types are

24   considered an A1 carcinogen?

25       A.   I don't know if it's classified that way right

                                                            15

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1  now.  I know that evidence has indicated that all forms

2  of asbestos have the potential of causing cancer.  It's

3  just a matter of how much exposure dose it takes to

4  increase the incidence of cancer.  And it various with

5  the different fiber types.

6      Q.  All right.  Have you generated a report in this

7  case?

8      A.  No, I did not.

9      Q.  All right.  Did you attempt to do a total dose

10  reconstruction for Mr. Hoffman in this case?

11      A.  No, I did not.

12      Q.  Have you ever testified for a plaintiff in

13  asbestos related litigation, third-party asbestos

14  related litigation?

15      A.  I have never testified.  I have written

16  statements -- a statement of opinion.  And I've also

17  talked to various law firms by telephone where they

18  discussed the basic issues of a case and asked for at

19  least my preliminary opinions on the case.  But I've

20  never given a deposition involving asbestos for a

21  plaintiff.

22      Q.  Have you ever testified in trial before?

23      A.  Yes.

24      Q.  In an asbestos related action?  I should have

25  added that in.

16

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1   A.  Yes, I have.

2   Q.  On how many prior occasions?

3   A.  I believe I have testified three times on

4   asbestos in trials.

5   Q.  And for whom did you testify for at trial?

6   A.  Two times involved Owens-Illinois.  And the other

7   time involved my ex-employer, which was Anco Steel

8   Company, where I served as a fact witness.  And I also

9   represented Garlock in that particular case as

10   well -- well, I mean I didn't represent.  I was an

11   expert witness for Garlock in that particular case.

12       And then there was another Owens-Illinois case.

13   So three Owens-Illinois cases; and one involving my old

14   company, Anco, and Garlock.

15   Q.  As an industrial hygienist, you have reviewed

16   Larry Hoffman's deposition; is that correct?

17   A.  That's correct.

18   Q.  And when you did your review, you were looking

19   for potential exposures Mr. Hoffman had to asbestos; am

20   I correct?

21   A.  That's correct.

22   Q.  All right.  And you understand that Mr. Hoffman

23   has mesothelioma?

24   A.  That's my understanding, yes.

25   Q.  But you haven't reviewed any of his medical

17

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1   records; is that correct?

2       A.  No, I have not.

3       Q.  As an industrial hygienist, did you form any

4   opinions about any potential exposures that Mr. Hoffman

5   might have had, either occupationally or

6   para-occupationally, to asbestos which would have

7   contributed to his development of mesothelioma?

8       A.  Well, that's more or less, in my opinion, a

9   medical question.  I don't like to get into the

10  causation of mesothelioma.  My purpose as an industrial

11  hygienist is to determine what potential asbestos

12  exposures a person may have had during their

13  occupational and nonoccupational careers, or exposure

14  periods.

15      Q.  I think that's the question I just asked you.  So

16  why don't you answer that question as you rephrased it.

17          What potential exposures do you think Mr. Hoffman

18  had to asbestos during his occupational and

19  para-occupational career?

20      A.  Well, there were numerous potential asbestos

21  exposures that I believe he may have had.  But there's

22  more evidence that needs to be developed to prove all of

23  those.

24          But, for example, fireproofing, it appears based

25  on his deposition, that he worked with asbestos

                                                        18

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1    containing fireproofing material and had to scrape it

2    off of structural metal support beams in order to hang

3    his hangers on the beams to support the plumbing that he

4    was going to install in the building.  And he said that

5    he scraped the -- what he described as asbestos

6    containing fireproofing hundreds of times.  So that was

7    certainly a source of significant asbestos exposures.

8         He said he also cut Transite pipe at

9    numerous -- on numerous projects and cut it with a saw,

10   power saw, as well as a handsaw.  That would certainly

11   create significant exposures to asbestos.  He said he

12   cut Orangeburg piping, which also contained asbestos,

13   and that would have created a potential for asbestos

14   exposure.

15        He said he was around drywallers when they were

16   finishing what he believed to be asbestos containing

17   joint compound, and that would have resulted in

18   potential asbestos exposures.  He said he was near

19   insulators in his earlier years that were insulating

20   piping, and certainly he would have had a potential of

21   asbestos exposure if it those insulators were using

22   asbestos containing pipe insulation.

23        And he said he had to clean up at the

24   Ketchikan -- or Ketchikan Pulp plant in his earlier

25   years.  He had to clean up after insulators and other

19

1    trades; and that he also did a cleanup throughout the

2    pulp mill.  And if any asbestos containing materials

3    were involved in his cleanup, then that would have been

4    a potential as well for him to have received asbestos

5    exposures.

6        He said he used welding rods that had fluxes.

7    Many welding rods during that time period did contain

8    asbestos in their fluxing material, so that was another

9    potential source of asbestos.  And he said he used an

10   asbestos welding blanket when he was doing welding, and

11   that was a significant part of his job, performing the

12   welding.  So anytime you used asbestos containing

13   blankets, you have a potential for exposure to asbestos

14   from disturbing those particular blankets.

15       So those in my view were the most significant

16   potential asbestos exposures that he had during his

17   working career.

18   Q.  I'm curious:  What years did Orangeburg pipe

19   contain asbestos on the West Coast?

20   A.  I don't recall him identifying the year on that.

21   So that's why I indicated that more information was

22   needed for some of the exposures that he felt he had.

23   And that's the only way we can determine whether or not

24   that particular product did contain asbestos.

25   Q.  So is it fair to say that as you sit here today,

20

1   you can't tell me one way or another whether or not the

2   Orangeburg pipe that Mr. Hoffman worked with contained

3   asbestos on a more likely than not basis?

4       A.  No, because he doesn't give the year.  And I

5   don't know if at a certain period of time the Orangeburg

6   pipe, which at one time did contain asbestos, whether or

7   not they eliminated asbestos at a certain year, and I

8   don't know what year that would have been.  But I know

9   that at one time Orangeburg pipes did contain asbestos.

10      Q.  But as you sit here today, you can't tell me more

11  likely than not he had exposure to asbestos from his

12  work with Orangeburg pipe; correct?

13      A.  No, I cannot.  There's just not a sufficient

14  amount of evidence to let me know one way or another.

15  Just the potential is all that I could indicate, the

16  potential for exposure, if that Orangeburg pipe did

17  contain asbestos and --

18      Q.  All right.  Sir, I'm not critical.  I'm trying to

19  figure out -- I'm trying to do this in an expedient

20  fashion.  I'm just trying to figure out what your basis

21  is for some of these opinions.

22          And you had indicated that he worked with a

23  welding rod.  What brand or manufacturers of welding

24  rods did he identify?  What was the model number and

25  asbestos content of those welding rods?

                                                        21

**Earl D. Gregory, M.D., CIH**
**January 30, 2015**

1    A.  Well, he didn't get that specific -- let me

2    repeat this again:  There's not sufficient evidence in

3    some of these alleged exposures to determine whether or

4    not the product did contain asbestos.

5        He identified that he used Lincoln welding rods

6    with flux, and some Lincoln welding rods did contain

7    asbestos containing flux material.  But he didn't

8    identify the particular number, identification number,

9    or any specific identification of the type of Lincoln

10   flux welding rod he used.

11   Q.  And because of that, you can't tell me to a

12   reasonable degree of scientific certainty that he was

13   more likely than not exposed to asbestos from those

14   welding rods; correct?

15   A.  The only thing I can say is that he had the

16   potential for exposure, if those in fact were the

17   Lincoln asbestos containing welding rods.

18   Q.  What is your exposure range that you're aware of

19   for cutting Transite pipe?

20   A.  For asbestos containing Transite pipe?

21   Q.  Yes.

22   A.  Did you ask me -- I'm sorry.  You cut off a --

23   Q.  What's your exposure range that you think he had

24   to cutting Transite pipe?

25   A.  Well, if he was cutting asbestos containing

22

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1   Transite pipe, his exposure level was very, very high.

2   And I've been in plants where they have cut similar

3   products -- it wasn't Transite, but it was Flintkote

4   asbestos containing cement pipes, and the exposure

5   levels during cutting were far in excess of the OSHA

6   permissible exposure limits at that time.

7        And I don't remember exactly what they were, but

8   they were 20 fibers per CC or above.  And I've even seen

9   some reports of exposure concentrations being above 50

10  fibers per CC.

11  Q.  And for the record can you identify those reports

12  which you're relying upon?

13  A.  I'm not relying on those, and I forget where

14  those reports were.  I mean I did the sampling as an

15  OSHA inspector at the Flintkote asbestos containing

16  cement pipe factory, but I don't have any specific

17  references on asbestos containing cement pipe exposure

18  levels.  But they are in the literature, and the

19  exposure levels were very, very high.

20  Q.  And did you publish your findings about what you

21  saw at the Flintkote asbestos cement pipe factory?

22  A.  No.  As an OSHA compliance officer, you weren't

23  allowed to publish the results of surveys that you did

24  at different employer sites.  Your role was to issue a

25  citation if the exposure levels exceeded the federal

23

1    limits at that time.

2        Q.  What do you think his exposure levels were from

3    working including up at the Ketchikan Pulp mill?

4        A.  Again, as I indicated, there wasn't sufficient

5    information provided in his testimony for me to give an

6    approximation of his exposure levels.

7            In other words, he said he did cleanup around

8    insulators and other crafts, but he didn't indicate what

9    type of material he was cleaning up -- whether it was

10   asbestos containing cement, asbestos containing thermal

11   insulation or anything like that -- and he didn't

12   indicate how much he was cleaning up.  And all of those

13   factors would determine what his possible exposure

14   levels may have been.

15           But without those factors, I can't give a range

16   of what his exposure level to asbestos would have been;

17   other than to say that if he was cleaning up asbestos

18   containing friable materials, then he would have had

19   some exposure to airborne asbestos fibers.

20       Q.  And then do you think he had a para-occupational

21   exposure from his father's work as a pipefitter at the

22   Ketchikan Pulp mill?

23       A.  Again, there wasn't sufficient information

24   provided in his testimony for me to make any kind of

25   judgment or offer any kind of opinions.  He said his

                                                        24

1   father was a welder, and his father came home from work

2   in his work clothes, and his mother did the laundry.

3           But there's no information such as the type of

4   work his father did, whether he worked with asbestos

5   containing materials, whether he took a shower before he

6   came home, whether he blew off his clothing before he

7   came home; none of that information that you really need

8   to determine a potential for secondary exposures was

9   provided in his testimony.

10      Q.  Let me ask you this:  Are you familiar with pulp

11  mills at all?

12      A.  Pardon?

13      Q.  Are you familiar with paper and pulp mills?

14      A.  I've been in paper and pulp mills, yes.

15      Q.  Have you ever testified in a paper and pulp mill

16  case before?

17      A.  I don't think so.  I've given some statements of

18  opinions, but I've never testified on that particular

19  subject.

20      Q.  I want you to assume that Larry's father, Doyle,

21  worked as a pipefitter welder, and that he disturbed

22  asbestos containing pipe insulation and that he worked

23  around individuals disturbing thermal insulation on

24  blankets, as well as cutting and removing thermal

25  insulation and mixing asbestos containing cement.

                                                      25

1    In addition, he also did not change his clothes before

2    he came home and did not take a shower.

3         With that set of hypotheticals, would that change

4    any of your opinions?

5         MS. JOHNSON:  Objection; calls for speculation;

6    assumes facts not in evidence.  Malika Johnson for

7    Ketchikan.

8         THE WITNESS:  You're asking me to make

9    assumptions that aren't based on facts or scientific

10   evidence.  And I have a real problem with giving an

11   opinion that is not based on facts and evidence in the

12   case.

13   BY MR. PEARCE:

14   Q.  Are you trying to tell me you can't answer a

15   hypothetical?

16   A.  No.  What I'm saying is you're asking me to give

17   an opinion that's not based on facts that were presented

18   in the case and making me assume a lot of things that

19   have not been established as evidence in the case.

20        So, therefore, you're asking me to make a very

21   unscientific evaluation and give a very unscientific

22   opinion, and I would prefer not to do that.

23   Q.  All right.  Have you reviewed the declaration of

24   Mr. Guyon in this case, G-u-y-o-n?

25   A.  No, I have not.

                                                      26

**Earl D. Gregory, M.D., CIH**
**January 30, 2015**

1   Q.  And, sir, do you remember being involved in a

2   case by the name of Terry which was in the circuit court

3   for Knox County Tennessee?

4   A.  I'm sorry.  Can you repeat.

5   Q.  Do you remember being involved in a case by the

6   name of Gary W. Perry and Patricia M. Perry v. Armstrong

7   International?  In that case you were deposed on

8   September 11, 2008, and the case was venued in the

9   circuit court for Knox County, Tennessee.

10   A.  Was that Gary Perry and was that a Goulds Pumps

11   case?

12   Q.  Well, yes, it was Gary Perry, and, yes, Goulds

13   Pumps was in the case --

14   A.  Yes, I do remember I gave a deposition in that.

15   Q.  So do you remember saying in that deposition

16   saying, "As a pipefitter, the pipefitters are usually

17   not too far in front of the insulators.  And in many

18   cases, in many circumstances, the pipefitters are

19   exposed to the same types of exposure, the same levels

20   of exposure.  Depending on their distance from those

21   insulators, they're exposed to similar levels of

22   airborne asbestos as the insulators."  Do you recall

23   saying that?

24   A.  That may have been true in that case.  I don't

25   remember the specifics of that.  I'd have to go over all

27

1    the depositions in that case.  But I don't deny that I

2    said that, but I don't remember the specifics of that

3    case.  So I mean -- it's a matter of record that I did

4    say that.

5          And as a pipefitter, if you do work very close to

6    insulators, you can be exposed to similar

7    concentrations.  But in general, the concentrations are

8    less than the insulator would be exposed to, and it's

9    determined by distance and air currents.  The farther

10   away you are, as a pipefitter from insulators, the lower

11   your exposure levels would be.

12   Q.  Are you familiar with shutdowns that happen in

13   pulp and paper mills?

14   A.  Yes, I am.

15   Q.  What happens during a shutdown?

16   A.  Well, that's typically where those mills do their

17   major maintenance and repair operations, and they shut

18   down much of the mill to work on the equipment.

19   Q.  And I'm curious:  What materials would have been

20   used at the paper and pulp mill in Alaska that were not

21   asbestos containing?  What insulation materials were

22   used that could handle 800 degrees of heat --

23        MS. JOHNSON:  Objection; calls for speculation.

24        MR. PEARCE:  -- during the 1960s?

25        THE WITNESS:  Yeah, are you talking about

28

1    insulating materials?  Because that sounded kind of

2    broad to me.

3         MR. PEARCE:  Yeah, insulating -- pipe covering

4    and --

5         THE WITNESS:  Because you can -- steel will take

6    that, and almost any metal will take that kind of

7    temperature.

8         But for insulating materials -- again, we're

9    talking about the late '60s.  Most of the thermal

10   insulating materials used in -- not only that mill but

11   many other mills where there were hot processes, most of

12   the thermal insulation used did contain asbestos.

13   BY MR. PEARCE:

14   Q.  Okay.  And have you reviewed anything in this

15   case with regards to Kewanee specifically?

16   A.  I reviewed their response to the defendants'

17   questions -- I'm sorry.  To the plaintiffs'

18   interrogatories.

19   Q.  And do you know -- is Kewanee --

20   A.  And their summary judgment motion.

21   Q.  Okay.  And have you reviewed, for example, their

22   person most qualified's deposition testimony?

23   A.  I haven't read any depositions of their corporate

24   reps or anything like that, no, I haven't -- other than

25   reading the Oakfabco -- or the corporate rep who was --

                                                    29

1    let me see where is his name -- no, I guess just their

2    summary judgment is all that I reviewed for Kewanee.

3         Q.  Do you know what years Kewanee manufactured

4    boilers which contained asbestos containing gaskets?

5         A.  No, I don't know what particular years.  I know

6    they went way back in their boiler production,

7    manufacturing and sales operations, but I don't know

8    exactly what years they began manufacturing and selling

9    Kewanee boilers.

10        Q.  And my question is a little bit different, but

11   that's okay.

12            Do you know if Kewanee sold replacement gaskets?

13        A.  I'm sorry.  Repeat that.

14        Q.  Do you know if Kewanee sold replacement gaskets

15   for its boilers?

16        A.  No, I'm not aware whether they did or they did

17   not.

18        Q.  All right.  Do you have an opinion about whether

19   or not Mr. Hoffman would have been exposed to asbestos

20   in the replacing of asbestos containing gaskets in

21   association with Kewanee boilers?

22        A.  Well, he basically was asked whether he replaced

23   any asbestos containing rope packing -- or sometimes

24   people refer to that as gasketing as well -- but he

25   indicated that he did not think that he was involved in

30

1    any gasket or rope replacements when working on a

2    Kewanee boiler, at least the two to three Kewanee

3    boilers that he worked on.  In fact he said not on those

4    two particularly, no, when he was asked if he changed

5    the rope on the doors.

6       Q.  I want you to assume what he actually said was,

7    "I don't have a specific recollection of changing the

8    rope on those Kewanee boilers, but that's what we did.

9    That was our custom and practice."  Okay.

10       Do you have an opinion based upon that set of

11    hypotheticals about whether or not Mr. Hoffman had

12    exposure to asbestos while changing out the gaskets

13    associated with those Kewanee boilers?

14       A.  Well, you just asked me to assume something

15    that's contrary to the plaintiff's deposition and

16    testimony, which is the first time I've ever been asked

17    that type of a question.

18       Because Mr. Hoffman was asked with respect to the

19    doors of the Kewanee boilers and the rope on those

20    doors, was that ever replaced, and did he ever recollect

21    replacing the rope on the door; and he answered, "Not on

22    those two particular, no."

23       So I don't know why you would ask me to assume

24    that he answered that question differently, which is

25    misstating.

31

1    Q.  Okay.  Dr. Gregory, do you understand that you're

2  not a fact witness?

3    A.  No, but you're asking me to --

4    Q.  No, no --

5    A.  -- you take a contrary --

6    Q.  Yes or no; do you understand you're not a fact

7  witness?

8    A.  Yes, I understand that.  But I'm telling you --

9    Q.  Hold on --

10    A.  -- Mr. Hoffman testified to, which is a fact.

11    Q.  Sir, I'm trying to get this done as soon as I can

12  here.  Okay.

13       If I were to call you, you would give the same

14  answers that you've given to Mark; right?  Because

15  you're an expert, and you don't really have a dog in the

16  fight.  You just want to give your most honest opinions;

17  is that right?

18    A.  That's right.

19    Q.  So I want you to assume, then, that he,

20  Mr. Gregory, worked with gaskets associated with those

21  Kewanee boilers and that he scraped out those gaskets.

22       Do you have an opinion about whether or not this

23  removal of gaskets causes a person to be exposed to

24  asbestos?  If you don't, you don't; that's fine.

25       MR. ANDRE:  Hold on.  Object to the form of the

                                                        32

1    question.  Bob Andre.

2         MR. TUVIM:  And you can answer it to the extent

3    that assuming that's a fact, even though contrary to

4    Mr. Hoffman's deposition --

5         MR. PEARCE:  Mark, I thought you were in

6    Washington.  Only form objections.

7         MR. TUVIM:  I'm just trying to get him to the

8    point where he can answer the question for you.

9         Assuming that is a fact, do you have an opinion?

10        THE WITNESS:  Okay.  So let me preface this.

11   Assuming that what you said was a fact -- which was

12   contrary to Mr. Hoffman's testimony -- assuming that he

13   removed asbestos containing rope gaskets, which is not

14   supported -- in fact it's contrary to the evidence --

15   then my opinion is that he may have been exposed to

16   asbestos, but also he may not have been exposed to

17   asbestos, depending upon the conditions under which he

18   was working.

19   BY MR. PEARCE:

20     Q.  And if he was exposed to asbestos from removing

21   those gaskets, do you have a range of exposure?

22     A.  Well, if you're removing rope packing or rope

23   gaskets -- as I indicated sometimes people refer to them

24   as -- and if you're downwind from that operation and the

25   rope packing or gasket is very dry, and you're using

33

1    very aggressive methods to remove it -- in fact those

2    methods involved breaking it up into small pieces and

3    those types of operations -- you would have the

4    potential of being exposed to low levels of asbestos

5    fibers.

6        Q.  And when you talk about low levels, do you have a

7    range for me?

8        A.  I would say anywhere from nondetectable

9    concentrations up to -- over a short term, perhaps .4

10   fibers per CC, and that would be your highest potential

11   level of exposure for very short period of time.  Again,

12   assuming that you're downwind and you're using very

13   aggressive methods and you're removing very dry packing

14   material.

15       Q.  Do you agree with your former employer's

16   statement, OSHA, that every occupational exposure to

17   asbestos can cause injury or disease?

18       A.  I'm sorry.  You cut out.

19       Q.  Do you agree with your former employer's

20   statement, your former employer being OSHA, who has said

21   that every occupational exposure to asbestos can cause

22   injury or disease?  Do you agree with that statement?

23       A.  I don't agree with that because you and I have

24   been exposed -- and everyone in the country when they

25   take their first breath is exposed so -- so I don't

34

1    believe that OSHA would take that position.

2          In fact OSHA is mandated by the U.S. Congress and

3    the Supreme Court to establish the most protective

4    exposure standards that are available to ensure that no

5    employee will suffer material impairment of health.

6          So I don't agree -- if that's a statement that

7    was -- that you found that was made by an individual, I

8    would find it very unlikely that OSHA would publish that

9    as official policy.  If they did, then they're not

10   following the OSHA act, the U.S. Congress or the Supreme

11   Court, which has mandated that they set standards that

12   are protective, and the most protective, and that will

13   prevent material impairment of health to all working

14   employees.

15     Q.  Let me ask this a slightly different way:  Are

16   you of the opinion that each exposure to asbestos above

17   background levels increases a person's risk of

18   developing disease?

19     A.  Let me just repeat that because it was chopped

20   out again.  You're asking me if I agree that any

21   exposure above background level increases the risk of --

22     Q.  Developing an asbestos related disease.

23     A.  No, I don't agree with that.

24     Q.  And what medical literature can you cite me to to

25   support your opinion on that?

                                                          35

1   A.  Well, there's been many epidemiological studies

2   that have been published in the past years that have

3   shown that for all forms of asbestos, there is a

4   threshold dose below which no diseases occur, and that's

5   considered a threshold exposure dose.

6        And, for example, Ilgren, I-l-g-r-e-n, and

7   Browne, spelled B-r-o-w-n-e, in 1991 did an

8   epidemiological study, and they found a threshold

9   exposure dose of around five fiber per CC years; meaning

10  that as long as you didn't exceed that cumulative dose

11  of five fibers per CC years, there was no increased risk

12  or cases of mesothelioma.

13       And that was followed in 1998 by Hansen, et at.,

14  and they established a range of threshold doses, and the

15  lowest range or the lowest threshold dose that they

16  reported was seven fiber per CC years.  And then that

17  was followed by Whitehouse, et al., in 2008, and they

18  established a lower threshold dose of -- and they gave a

19  range from 2.2 to three fiber per CC years.

20       And there's been others that have looked only at

21  chrysotile asbestos, for example, and those authors have

22  given much higher threshold doses ranging from 25 fiber

23  per CC years all the way up to 1,000 fiber CC years for

24  chrysotile asbestos exposures.  And those authors

25  include Pierce, et al., in 2008; Berman and Crump in

36

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1    2003; Bernstein and Hoskins in 2006; and a couple of

2    earlier ones, Wagner in 1980, and Kevin Browne in 1986.

3         And there's been many, many, other studies, but

4    those are the ones that I found to be most reliable and

5    most scientifically valid.

6    Q.  Is it fair to say that you're of the opinion that

7    there is a safe level of exposure to asbestos?

8    A.  Yes, in my opinion there is a safe exposure dose

9    to asbestos.  And, again, if there were not, we'd all

10   have it.

11   Q.  Is there a safe exposure dose above background

12   levels?

13   A.  And let me finish that answer:  If there wasn't

14   safe exposure dose, we would have all have asbestos

15   related diseases.  Because we've all been exposed to

16   asbestos; it's ubiquitous in our environment.  And if

17   there was no safe level, then we would all have asbestos

18   related diseases.

19   Q.  Is there a safe level above background that a

20   person can be exposed to and not be at increased risk of

21   developing a disease?

22   A.  Yes.  And that's all in those studies that I

23   recited, their threshold doses.  In other words, a dose

24   is exposure concentrations times duration.  So it's not

25   just the instantaneous concentration that you're exposed

                                                          37

1    to; it's how long you're being exposed to that on a

2    cumulative basis that determines your exposure dose.

3         And if that's above these threshold levels that I

4    indicated for the authors that I listed previously, then

5    you have an increased risk of developing mesothelioma.

6    Q.  All right.  Sir, have you reviewed the Millette

7    paper of studies that determined asbestos fiber release

8    during the removal of valve packing?

9    A.  I have reviewed that in the past.

10   Q.  Have you reviewed McKinnery, M-c-K-i-n-n-e-r-y,

11   Evaluation of Airborne Asbestos Fiber Levels During

12   Removal and Installation of Valves Gaskets and Packing?

13   A.  Yes, I have reviewed that in the past.

14   Q.  And your range of exposure to removal of gaskets,

15   where does that come from?

16   A.  That's Madl, M-a-d-l, et al., 2007; and their

17   studies included the authors and the publications that

18   you just talked about.  So the range I gave you was

19   actually a compilation and an average of all the valid

20   gasket and packing studies that had been performed up

21   until around 2007.

22   Q.  And do you have any opinions in this case with

23   regards to American Standard?

24   A.  Yes.  Based on my review of the depositions in

25   this case, there's no indication that he performed work

38

1    on the American Standard boilers other than service work

2    and installation work.  And there's no evidence from his

3    testimony that during those operations he was exposed to

4    asbestos containing materials; although he said that he

5    did change out gaskets on the doors or the firebox or

6    the burner plate, he wasn't sure which one he changed

7    gaskets out of.

8         If those gaskets contained asbestos -- which we

9    don't know one way or the other that they contained

10   asbestos, and there's no evidence from the testimony

11   that indicates that those contained asbestos.  And he

12   didn't say that he removed any American Standard

13   boilers, just that he installed American Standard

14   boilers.  And he was asked if he ever came in contact

15   with any insulation on an American Standard jacketed

16   boiler, and he said, "I may have touched it once or

17   twice."

18        So just based on his testimony, and even assuming

19   that he changed gaskets on the doors or the firebox or

20   the burner plate, and assuming that those contained

21   asbestos -- which is not supported by the evidence in

22   this case -- it's my opinion that based on the fact that

23   he said he only worked on a dozen American Standard

24   boilers, as far as servicing those boilers, then it's my

25   opinion that he was not exposed to significant

1    concentrations of asbestos from the work that he

2    performed on American Standard boilers;

3         And that his exposures from all the other

4    potential asbestos containing products and materials

5    that he described during his career were much, much

6    higher and resulted in much higher exposures than any

7    work that he performed on American Standard boilers.

8         In fact his exposure, in my opinion, from all the

9    other sources that he listed far exceeded and rendered

10   insignificant any asbestos exposures that he may have

11   received from working with American Standard boilers,

12   even assuming that he changed asbestos containing

13   gaskets on the American Standard boilers' doors or the

14   firebox or the burner plate, which is not supported by

15   the evidence in this case.

16        Q.  Quick question for you:  You're with the American

17   Standard attorney; correct?

18        A.  Pardon?

19        Q.  You're sitting right now next to the American

20   Standard attorney; correct?

21        A.  That's correct.

22        Q.  Have you asked him whether or not those gaskets

23   were asbestos containing or not?

24        A.  I didn't ask him that.  I just have to go on the

25   affidavits and the information in the motion for summary

                                                          40

1    judgment from Trane.  And that involved -- and I don't

2    see the affidavits -- here it is.  So the declaration of

3    Dennis Dorman, for example, who was a Trane engineer for

4    38 years with Trane, Incorporated, which eventually --

5    well, predecessor to Trane was American Standard.  And

6    it indicated in that declaration that Trane never

7    specified, recommended or used asbestos containing

8    insulation gaskets or packing in Trane air handling

9    units -- we're talking air handling units here and not

10   the American Standard furnaces.

11        But on that note or on that topic, Richard

12   Olson's affidavit of October 14th, 1999, it indicated

13   that from 1950 forward, every jacketed boiler

14   manufactured and sold by American Standard contained

15   fiberglass insulation; and the American Standard boilers

16   that were not jacketed were not insulated by American

17   Standard but were shipped bare metal without insulation.

18        And Mr. Olson, I remember from other cases, also

19   indicated that the sections of American Standard

20   sectional boilers were not put together with any kind of

21   packing or gasketing material.  And also Mr. Olson

22   indicated that the jacketing was a fiberglass material

23   from 1950 on.

24        And from my past work with American Standard

25   cases, that's been my understanding, that Richard

                                                          41

1    Olson's testimony -- who was a qualified engineer who

2    was in charge of product management for boilers -- he

3    was very knowledgeable in the construction of their

4    boilers.  And he indicated that American Standard only

5    used fiberglass insulation inside the jackets from 1950

6    on, and they didn't use any rope packing on their

7    boilers because the cast iron sections of the boilers

8    sealed together with a push nipple or a metal type of

9    design.

10       Q.  Do you have any plans to do any further work on

11   this case?

12       A.  I'm sorry?

13       Q.  Do you have any plans to do any further work on

14   this case?

15       A.  Only if I'm asked by Mark Tuvim.

16       Q.  And do you have any PowerPoints or trial exhibits

17   prepared?

18       A.  I'm sorry.  I hate to have you keep repeating

19   that but --

20       Q.  Do you have any PowerPoints or any other trial

21   exhibits prepared for this case?

22       A.  Not at this time, and I haven't been asked to

23   prepare any.

24       Q.  And you are --

25       A.  I'm sorry.  You cut out again --

                                                          42

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

1    MR. TUVIM:  Tim, it would be helpful if you

2 picked up your receiver.  I know it's not the most

3 convenient.

4 BY MR. PEARCE:

5  Q.  And what was your income last year from doing

6 asbestos related litigation work?

7  A.  For American Standard?

8  Q.  No, in general.

9  A.  It was in excess of over $200,000.

10  Q.  And what about the year before that?

11  A.  Much less than that.  Part of that year I was

12 working full time and only doing this type of work on

13 the side.  And by the side, I mean I had permission from

14 my employer; I did it on vacation time, on weekends and

15 in the evenings.

16    MR. PEARCE:  I don't have any other questions.

17    MR. ANDRE:  This is Bob Andre on the phone.  Can

18 you hear me, Mr. Gregory?

19    THE WITNESS:  Yes, I hear you.

20    MR. ANDRE:  The plaintiffs' counsel asked you if

21 you have any opinions on American Standard boilers.

22 Do you have any opinions in this case on the Kewanee

23 boilers?

24    THE WITNESS:  Yes.  Based on Mr. Hoffman's

25 testimony that he only cleaned two to three Kewanee

43

1   boilers and that he only cleaned the tubes, and that in

2   the process of cleaning the tubes, he was not handling

3   any asbestos containing components -- based on that

4   information, it's my opinion that he was not exposed to

5   significant concentrations, if any concentrations, of

6   asbestos from his work on Kewanee boilers.

7        And he indicated that he couldn't remember any

8   asbestos on the outside of the Kewanee boilers, and

9   there's just no evidence to indicate that he disturbed

10  any asbestos containing materials associated with the

11  boiler, and he didn't indicate that he changed any

12  gaskets or packing for that matter.

13       In fact when he was asked if he changed any

14  gaskets or rope on the doors of the Kewanee boilers, he

15  said, "Not on those two particularly, no."  So in my

16  opinion there's just no evidence that he had any

17  exposures to asbestos as a result of his work with

18  Kewanee boilers.

19       MR. ANDRE:  Thank you very much, Mr. Gregory.  No

20  more questions.

21       THE WITNESS:  You're welcome.

22       MR. TUVIM:  Anyone else?  This is Mark Tuvim.

23  I'll have these exhibits scanned and sent on Monday when

24  I'm back in my office.  And we'll reserve signature if

25  the deposition is ordered.  Okay.  Signing off.

44

**Earl D. Gregory, Ph.D., CHt**
**January 30, 2015**

1        (Whereupon, at the hour of 12:09 p.m., the

2        deposition was adjourned.)

45

1              DECLARATION UNDER PENALTY OF PERJURY

2

3         I, EARL D. GREGORY, PH.D., CIH, do hereby certify

4    under penalty of perjury that I have read the foregoing

5    transcript of my deposition taken on January 30, 2015;

6    that I have made such corrections as appear noted on the

7    Deposition Errata Page, attached hereto, signed by me;

8    that my testimony as contained herein, as corrected, is

9    true and correct.

10

11        Dated this _____ day of _____,

12   20____, at _____, California.

13

14

15                         _____

16                         EARL D. GREGORY, PH.D., CIH

17

18

19

20

21

22

23

24

25

                                                          46

**Earl D. Gregory, Ph.D., CIH**
**January 30, 2015**

```
1                    DEPOSITION ERRATA SHEET

2     Page No._____ Line No. _____

3     Change: _____

4     Reason for Change: _____

5     Page No._____ Line No. _____

6     Change: _____

7     Reason for Change: _____

8     Page No._____ Line No. _____

9     Change: _____

10    Reason for Change: _____

11    Page No._____ Line No. _____

12    Change: _____

13    Reason for Change: _____

14    Page No._____ Line No. _____

15    Change: _____

16    Reason for Change: _____

17    Page No._____ Line No. _____

18    Change: _____

19    Reason for Change: _____

20    Page No._____ Line No. _____

21    Change: _____

22    Reason for Change: _____

23

24    _____      _____

25    EARL D. GREGORY, PH.D., CIH       DATED
```

47

1   STATE OF CALIFORNIA       )
                              )
2   COUNTY OF SAN FRANCISCO   )

3

4           I, Giselle Girard, a Certified Shorthand

5   Reporter, do herby certify:

6           That prior to being examined, the witness in

7   the foregoing proceedings was by me duly sworn to

8   testify to the truth, the whole truth, and nothing but

9   the truth;

10          That said proceedings were taken before me

11  at the time and place therein set forth and were taken

12  down by me in shorthand and thereafter transcribed into

13  typewriting under my direction and supervision;

14          I further certify that I am neither counsel

15  for, nor related to, any party to said proceedings, nor

16  in any way interested in the outcome thereof.

17          In witness whereof, I have hereunto

18  subscribed my name.

19

20  Dated: February 4, 2015

21

22

23  _____

24  Giselle Girard
    CSR No. 12901

25

                                                        48

1    U.S. Legal Support, Inc.                     February 4, 2015
     44 Montgomery Street
2    Suite 550
     San Francisco, California  94101

3


4    EARL D. GREGORY, PH.D., CIH
     C/O:  MARK B. TUVIM, ESQ.
5    GORDON & REES, LLP
     701 Fifth Avenue
6    Suite 2100
     Seattle, Washington  98104

7


8    Re:  Larry Hoffman vs. Alaskan Copper Companies, Inc.

9    Date of Deposition:  January 30, 2015

10   Dear Earl Gregory,

11        The original transcript of your deposition taken
     in the above-referenced matter is available at this
12   office for your review.  If it is more convenient to
     read a copy of the transcript and waive signature of the
13   original transcript, please notify our office by letter
     sent certified or registered mail of any changes made,
14   with copies sent to all counsel.
          In the event you have not read, corrected and
15   signed your deposition within thirty (30) days of the
     receipt of this letter, it may be used with the full
16   force and effect as though it had been read, corrected
     and signed.
17        If you wish to arrange an appointment to review
     the original transcript, please contact this office at
18   (415) 362-4346.

19

20                                   Sincerely,

21                                   U.S. Legal Support
                                     Production Department
22

     Cc:  All counsel
23        The deponent

24   Original:  Original transcript

25
                                                              49

**A**

**a.m** 1:18
**A1** 14:23 15:3,11,18,24
**above-referenced** 49:11
**ACGIH** 14:17,20,23 15:1,5
**act** 35:10
**action** 16:24
**actual** 13:6
**added** 16:25
**addition** 26:1
**additional** 10:9 11:19
**address** 7:21,22
**adjourned** 45:2
**affidavit** 9:10,11 11:23,24
  41:12
**affidavits** 40:25 41:2
**affirmed** 7:4
**afternoon** 7:10,10
**aggressive** 34:1,13
**ago** 8:8,9
**agree** 14:22 15:17,22 34:15
  34:19,22,23 35:6,20,23
**air** 14:15 28:9 41:8,9
**airborne** 15:15 24:19 27:22
  38:11
**al** 1:9 36:17,25 38:16
**Alaska** 28:20
**Alaskan** 1:9 6:3 12:10 49:8
**alleged** 22:3
**allowed** 23:23
**American** 6:8 8:18,23 9:6
  9:21,25 10:2,14,17 38:23
  39:1,12,13,15,23 40:2,7
  40:11,13,16,19 41:5,10
  41:14,15,16,19,24 42:4
  43:7,21
**amount** 21:14
**Anco** 17:7,14
**Andre** 3:3 32:25 33:1 43:17
  43:17,20 44:19
**answer** 18:16 26:14 33:2,8
  37:13
**answered** 31:21,24
**answers** 32:14
**anybody** 7:25
**anytime** 20:12
**appear** 46:6
**APPEARANCES** 2:1 3:1
  4:1
**appears** 18:24
**appointment** 49:17

**Approximately** 8:8
**approximation** 24:6
**Armstrong** 3:8 27:6
**arrange** 49:17
**asbestos** 11:6,7 13:24 14:1
  14:3,5,15,23,25 15:18,23
  16:2,13,13,20,24 17:4,19
  18:6,11,18,20,25 19:5,7
  19:11,12,13,16,18,21,22
  20:2,4,8,9,10,12,13,16,19
  20:24 21:3,6,7,9,11,17,25
  22:4,7,13,17,20,25 23:4
  23:15,17,21 24:10,10,16
  24:17,19 25:4,22,25
  27:22 28:21 29:12 30:4
  30:19,20,23 31:12 32:24
  33:13,16,17,20 34:4,17
  34:21 35:16,22 36:3,21
  36:24 37:7,9,14,16,17
  38:7,11 39:4,8,10,11,21
  40:1,4,10,12,23 41:7 43:6
  44:3,6,8,10,17
**asked** 9:2 12:21 16:18
  18:15 30:22 31:4,14,16
  31:18 39:14 40:22 42:15
  42:22 43:20 44:13
**asking** 26:8,16,20 32:3
  35:20
**associated** 31:13 32:20
  44:10
**association** 30:21
**assume** 25:20 26:18 31:6
  31:14,23 32:19
**assumes** 26:6
**assuming** 33:3,9,11,12
  34:12 39:18,20 40:12
**assumptions** 26:9
**attached** 9:18 10:12 11:13
  12:4,6,20,24 13:7,16,20
  46:7
**attempt** 16:9
**attorney** 40:17,20
**audiences** 14:8
**authors** 36:21,24 38:4,17
**available** 35:4 49:11
**Avenue** 2:10,17,22 3:4,10
  3:23 49:5
**average** 38:19
**aware** 22:18 30:16

**B**

**B** 2:10 49:4

**B-r-o-w-n-e** 36:7
**back** 30:6 44:24
**background** 35:17,21
  37:11,19
**BADLEY** 2:16
**bare** 41:17
**based** 9:7 15:13 18:24 26:9
  26:11,17 31:10 38:24
  39:18,22 43:24 44:3
**basic** 16:18
**basically** 12:3,7 30:22
**basis** 21:3,20 38:2
**beams** 19:2,3
**began** 30:8
**behalf** 8:21
**believe** 7:10 17:3 18:21
  35:1
**believed** 19:16
**Berman** 36:25
**Bernstein** 37:1
**better** 7:13
**bit** 30:10
**blanket** 20:10
**blankets** 20:13,14 25:24
**blew** 25:6
**Bob** 33:1 43:17
**boiler** 30:6 31:2 39:16
  41:13 44:11
**boilers** 6:8 8:24 9:7,22 10:1
  10:3,15,19 30:4,9,15,21
  31:3,8,13,19 32:21 39:1
  39:13,14,24,24 40:2,7,11
  41:15,20 42:2,4,7,7 43:21
  43:23 44:1,6,8,14,18
**boilers'** 40:13
**booklet** 15:1,5
**brand** 21:23
**breaking** 34:2
**breath** 34:25
**briefly** 12:1
**broad** 29:2
**brought** 9:1
**Browne** 36:7 37:2
**BRUCKER** 2:22
**building** 19:4
**burner** 39:6,20 40:14

**C**

**C** 3:22
**C.V** 9:12 12:21,22 13:17
  14:16
**C/O** 49:4

**California** 2:5 46:12 48:1
  49:2
**call** 8:11,12 32:13
**called** 9:25
**calls** 26:5 28:23
**cancer** 16:2,4
**CANE** 3:21
**carcinogen** 14:24 15:2,3,12
  15:19,24
**carcinogens** 15:13
**career** 18:19 20:17 40:5
**careers** 18:13
**CARNEY** 2:16
**case** 8:2 16:7,10,18,19 17:9
  17:11,12 25:16 26:12,18
  26:19,24 27:2,5,7,8,11,13
  27:24 28:1,3 29:15 38:22
  38:25 39:22 40:15 42:11
  42:14,21 43:22
**cases** 8:18 17:13 27:18
  36:12 41:18,25
**cast** 42:7
**causation** 18:10
**cause** 34:17,21
**causes** 32:23
**causing** 16:2
**Cc** 23:8,10 34:10 36:9,11
  36:16,19,23,23 49:22
**cement** 23:4,16,17,21
  24:10 25:25
**certain** 21:5,7
**certainly** 19:7,10,20
**certainty** 22:12
**certification** 14:10
**certified** 48:4 49:13
**certify** 46:3 48:5,14
**change** 15:8 26:1,3 39:5
  47:3,4,6,7,9,10,12,13,15
  47:16,18,19,21,22
**changed** 15:10 31:4 39:6
  39:19 40:12 44:11,13
**changes** 49:13
**changing** 31:7,12
**charge** 42:2
**chemical** 15:15
**chemicals** 14:2
**chopped** 35:19
**CHRIS** 3:16
**chris.marks@sedgwickl...**
  3:19
**chrysotile** 36:21,24
**CIH** 1:16 5:5 6:2 7:3 46:3

46:16 47:25 49:4
**circuit** 27:2,9
**circumstances** 27:18
**citation** 23:25
**cite** 35:24
**classification** 15:10
**classified** 15:25
**clean** 19:23,25
**cleaned** 43:25 44:1
**cleaning** 24:9,12,17 44:2
**cleanup** 20:1,3 24:7
**Cleaver-Brooks** 2:14
**close** 28:5
**clothes** 25:2 26:1
**clothing** 25:6
**Coast** 20:19
**college** 14:8
**come** 38:15
**Companies** 1:9 6:3 12:10
49:8
**company** 3:14 4:2 17:8,14
**compilation** 38:19
**compliance** 23:22
**components** 44:3
**compound** 19:17
**concentration** 37:25
**concentrations** 23:9 28:7,7
34:9 37:24 40:1 44:5,5
**conditions** 33:17
**Congress** 35:2,10
**considered** 15:2,3,18,24
36:5
**construction** 42:3
**contact** 39:14 49:17
**contain** 20:7,19,24 21:6,9
21:17 22:4,6 29:12
**contained** 11:5 12:16 19:12
21:2 30:4 39:8,9,11,20
41:14 46:8
**containing** 19:1,6,16,22
20:2,12 22:7,17,20,25
23:4,15,17 24:10,10,18
25:5,22,25 28:21 30:4,20
30:23 33:13 39:4 40:4,12
40:23 41:7 44:3,10
**contains** 12:2
**contaminants** 14:15 15:16
**content** 21:25
**Continued** 3:1 4:1
**contrary** 31:15 32:5 33:3
33:12,14
**contributed** 18:7

**convenient** 43:3 49:12
**copies** 9:12 49:14
**Copper** 1:9 6:3 12:10 49:8
**copy** 12:21 49:12
**corporate** 29:23,25
**Corporation** 3:14
**correct** 7:18,19 8:19 11:21
14:17 15:6 17:16,17,20
17:21 18:1 21:12 22:14
40:17,20,21 46:9
**corrected** 46:8 49:14,16
**corrections** 46:6
**correspondence** 6:12 9:12
12:1,2,3,17 13:4,9
**counsel** 12:11 43:20 48:14
49:14,22
**country** 34:24
**County** 1:1 27:3,9 48:2
**couple** 37:1
**course** 15:8
**courses** 14:6
**court** 1:1 27:2,9 35:3,11
**cover** 6:11 12:23 13:2,5,5
13:12
**covered** 13:25 14:12
**covering** 29:3
**crafts** 24:8
**Craig** 9:9 12:15
**create** 19:11
**created** 19:13
**critical** 21:18
**Crump** 36:25
**CSR** 1:25 48:24
**cumulative** 36:10 38:2
**curious** 20:18 28:19
**currents** 28:9
**Curriculum** 6:13
**custom** 31:9
**cut** 15:20 19:8,9,12 22:22
23:2 34:18 42:25
**cutting** 22:19,24,25 23:5
25:24

**D**

**D** 1:16 3:9 5:5 6:2 7:3 46:3
46:16 47:25 49:4
**DANA** 3:22
**Daniel** 7:16
**Date** 49:9
**Dated** 46:11 47:25 48:20
**day** 46:11
**days** 49:15

**Dear** 49:10
**declaration** 9:9 11:22
12:15 26:23 41:2,6 46:1
**declarations** 11:20
**defendant** 2:8,14,20 3:2,8
3:14,20 4:2 8:4
**Defendants** 1:10
**defendants'** 29:16
**degree** 22:12
**degrees** 28:22
**Dennis** 11:22 41:3
**deny** 28:1
**Department** 49:21
**depending** 27:20 33:17
**deponent** 49:23
**deposed** 27:7
**deposition** 1:15 7:23 16:20
17:16 18:25 27:14,15
29:22 31:15 33:4 44:25
45:2 46:5,7 47:1 49:9,11
49:15
**depositions** 9:5 11:6 28:1
29:23 38:24
**described** 19:5 40:5
**DESCRIPTION** 6:6
**design** 42:9
**determine** 18:11 20:23
22:3 24:13 25:8
**determined** 28:9 38:7
**determines** 38:2
**developed** 18:22
**developing** 35:18,22 37:21
38:5
**development** 18:7
**different** 16:5 23:24 30:10
35:15
**differently** 31:24
**direction** 48:13
**Discovery** 12:6,9
**discussed** 14:5 16:18
**disease** 34:17,22 35:18,22
37:21
**diseases** 36:4 37:15,18
**distance** 27:20 28:9
**disturbed** 25:21 44:9
**disturbing** 20:14 25:23
**dkopij@tcplaw.com** 3:25
**document** 10:4,7
**documents** 9:1 12:4 14:3
**dog** 32:15
**doing** 20:10 43:5,12
**door** 31:21

**doors** 31:5,19,20 39:5,19
40:13 44:14
**Dorman** 11:22 41:3
**dose** 16:3,9 36:4,5,9,10,15
36:18 37:8,11,14,23 38:2
**doses** 36:14,22 37:23
**downwind** 33:24 34:12
**Doyle** 25:20
**dozen** 39:23
**Dr** 13:22 32:1
**Drive** 7:21
**dry** 33:25 34:13
**Drywall** 3:20
**drywallers** 19:15
**duly** 7:4 48:7
**duration** 37:24

**E**

**E** 2:22
**e-mail** 8:11 12:7,17,20
**e-mails** 6:11 13:5,12
**Earl** 1:16 5:5 6:2 7:3,16
9:23 46:3,16 47:25 49:4
49:10
**earlier** 10:5 19:19,24 37:2
**effect** 49:16
**either** 8:15 18:5
**Electric** 3:14
**eliminated** 21:7
**employee** 35:5
**employees** 35:14
**employer** 23:24 34:20
43:14
**employer's** 34:15,19
**employers** 14:11
**engineer** 41:3 42:1
**ensure** 35:4
**entitled** 9:9
**environment** 37:16
**epidemiological** 36:1,8
**equipment** 11:5,9 28:18
**Errata** 46:7 47:1
**ESQ** 2:4,10,16,22 3:3,9,16
3:22 4:3 49:4
**establish** 35:3
**established** 26:19 36:14,18
et 1:9 36:13,17,25 38:16
**evaluation** 26:21 38:11
**evenings** 43:15
**event** 49:14
**eventually** 41:4
**evidence** 15:14 16:1 18:22

21:14 22:2 26:6,10,11,19
33:14 39:2,10,21 40:15
44:9,16
**Ewing's** 12:19
**ex-employer** 17:7
**exactly** 23:7 30:8
**exam** 14:10
**EXAMINATION** 5:1,3 7:7
**examined** 7:4 48:6
**example** 18:24 29:21 36:6
36:21 41:3
**exceed** 36:10
**exceeded** 23:25 40:9
**excess** 23:5 43:9
**Exhibit** 9:15,17,20,23,24
10:10,11,14,20 11:11,12
11:17,25 13:9,13,15,19
**exhibits** 6:1 12:15,24 42:16
42:21 44:23
**expedient** 21:19
**expert** 1:16 3:20 6:2 12:18
17:11 32:15
**exposed** 22:13 27:19,21
28:6,8 30:19 32:23 33:15
33:16,20 34:4,24,25
37:15,20,25 38:1 39:3,25
44:4
**exposure** 16:3 18:13 19:14
19:21 20:13 21:11,16
22:16,18,23 23:1,4,6,9,17
23:19,25 24:2,6,13,16,19
24:21 27:19,20 28:11
31:12 33:21 34:11,16,21
35:4,16,21 36:5,9 37:7,8
37:11,14,24 38:2,14 40:8
**exposures** 14:2 17:19 18:4
18:12,17,21 19:7,11,18
20:5,16,22 22:3 25:8
36:24 40:3,6,10 44:17
**extent** 33:2

**F**

**F** 2:4
**fact** 17:8 22:16 31:3 32:2,6
32:10 33:3,9,11,14 34:1
35:2 39:22 40:8 44:13
**factors** 24:13,15
**factory** 23:16,21
**facts** 26:6,9,11,17
**fair** 20:25 37:6
**Familian** 2:20 12:14
**familiar** 25:10,13 28:12

**far** 23:5 27:17 39:24 40:9
**farther** 28:9
**fashion** 21:20
**father** 25:1,1,4,20
**father's** 24:21
**Fax** 2:6,12,19,24 3:6,12,18
3:24 4:6
**February** 48:20 49:1
**federal** 23:25
**felt** 20:22
**fiber** 15:18,23,23 16:5 36:9
36:16,19,22,23 38:7,11
**fiberglass** 41:15,22 42:5
**fibers** 23:8,10 24:19 34:5
34:10 36:11
**field** 15:8
**Fifth** 2:10,17,22 3:4,10
49:5
**fight** 32:16
**figure** 21:19,20
**file** 6:12 8:25 9:3 12:1,2
**find** 35:8
**findings** 23:20
**fine** 32:24
**finish** 37:13
**finishing** 19:16
**firebox** 39:5,19 40:14
**fireproofing** 18:24 19:1,6
**firms** 16:17
**first** 7:4 8:14 31:16 34:25
**five** 36:9,11
**Flintkote** 23:3,15,21
**flux** 22:6,7,10
**fluxes** 20:6
**fluxing** 20:8
**FOLEY** 2:21
**followed** 36:13,17
**following** 35:10
**follows** 7:5
**force** 49:16
**foregoing** 46:4 48:7
**forget** 15:7 23:13
**form** 18:3 32:25 33:6
**former** 34:15,19,20
**forms** 16:1 36:3
**forth** 48:11
**forward** 41:13
**found** 35:7 36:8 37:4
**Fourth** 3:23
**Francisco** 2:5 48:2 49:2
**friable** 24:18
**Friday** 1:17 6:4 7:1

**front** 27:17
**full** 7:14 14:20,21 43:12
49:15
**furnaces** 41:10
**further** 42:10,13 48:14

**G**

**G** 3:3
**G-u-y-o-n** 26:24
**Garlock** 17:9,11,14
**Gary** 27:6,10,12
**gasket** 31:1 33:25 38:20
**gasketing** 30:24 41:21
**gaskets** 11:9 30:4,12,14,20
31:12 32:20,21,23 33:13
33:21,23 38:12,14 39:5,7
39:8,19 40:13,22 41:8
44:12,14
**general** 3:14 28:7 43:8
**generated** 16:6
**GILLETT** 3:9
**Girard** 1:24 48:4,24
**Giselle** 1:24 48:4,24
**give** 21:4 24:5,15 26:16,21
32:13,16
**given** 13:23,25 14:6,8,11
16:20 25:17 32:14 36:22
**giving** 7:22 26:10
**go** 27:25 40:24
**going** 19:4
**Good** 7:10
**GORDON** 2:9 49:5
**Goulds** 27:10,12
**government** 14:19,20
**Gregory** 1:16 5:5 6:2 7:3
7:16 9:23 13:22 32:1,20
43:18 44:19 46:3,16
47:25 49:4,10
**guess** 30:1
**Guyon** 26:24

**H**

**Hamilton** 7:22
**handle** 28:22
**handled** 11:9
**handling** 41:8,9 44:2
**handsaw** 19:10
**hang** 19:2
**hangers** 19:3
**Hansen** 36:13
**happen** 8:11 28:12
**happens** 28:15

**hate** 42:18
**hazards** 14:7,13
**health** 14:7,13 35:5,13
**hear** 7:11 43:18,19
**hearing** 13:1
**heat** 28:22
**helpful** 43:1
**herby** 48:5
**hereto** 9:18 10:12 11:13
13:16,20 46:7
**hereunto** 48:17
**high** 23:1,19
**higher** 36:22 40:6,6
**highest** 34:10
**Hoffman** 1:5,6 6:3,7,8 9:6
10:2,17 11:8 12:5,8,9,9
12:10,16 16:10 17:19,22
18:4,17 21:2 30:19 31:11
31:18 32:10 49:8
**Hoffman's** 9:4 17:16 33:4
33:12 43:24
**Hold** 10:8 32:9,25
**Holding** 3:14
**Holdings** 2:15
**home** 7:22 25:1,6,7 26:2
**honest** 32:16
**Hoskins** 37:1
**hot** 29:11
**hour** 45:1
**hundreds** 19:6
**husband** 1:6
**hygiene** 7:19 14:7 15:9
**hygienist** 17:15 18:3,11
**hygienists** 14:9
**hypothetical** 26:15
**hypotheticals** 26:3 31:11

**I**

**I-l-g-r-e-n** 36:6
**identification** 9:18 10:12
11:13 13:16,20 22:8,9
**identified** 22:5
**identify** 21:24 22:8 23:11
**identifying** 20:20
**II** 9:5 12:5,8
**III** 9:5 12:9
**Ilgren** 36:6
**impairment** 35:5,13
**incidence** 16:4
**include** 36:25
**included** 38:17
**including** 24:3

**income** 43:5
**Incorporated** 8:6 41:4
**increase** 16:4
**increased** 36:11 37:20 38:5
**increases** 35:17,21
**INDEX** 5:1
**indicate** 21:15 24:8,12 44:9 44:11
**indicated** 11:6 16:1 20:21 21:22 24:4 30:25 33:23 38:4 41:6,12,19,22 42:4 44:7
**indicates** 39:11
**indicating** 12:4,8
**indication** 38:25
**individual** 35:7
**individuals** 25:23
**industrial** 7:19 14:6,9,13 15:9 17:15 18:3,10
**information** 20:21 24:5,23 25:3,7 40:25 44:4
**injury** 34:17,22
**inside** 42:5
**insignificant** 40:10
**inspector** 23:15
**install** 19:4
**installation** 38:12 39:2
**installed** 11:8 39:13
**instantaneous** 37:25
**insulated** 41:16
**insulating** 19:19 29:1,3,8 29:10
**insulation** 11:5,7 19:22 24:11 25:22,23,25 28:21 29:12 39:15 41:8,15,17 42:5
**insulator** 28:8
**insulators** 19:19,21,25 24:8 27:17,21,22 28:6,10
**interested** 48:16
**International** 3:8 27:7
**interrogatories** 29:18
**involve** 14:14
**involved** 8:23 17:6,7 20:3 27:1,5 30:25 34:2 41:1
**involving** 16:20 17:13
**iron** 42:7
**issue** 23:24
**issues** 16:18

**J**
**jacketed** 39:15 41:13,16

**jacketing** 41:22
**jackets** 42:5
**JAN** 2:22
**January** 1:17 5:2 6:4 7:1 46:5 49:9
**jbrucker@foleymansfiel...** 2:25
**JENNIFER** 3:9
**jloynd@pregodonnell.com** 3:12
**job** 20:11
**Johnson** 4:3 26:5,6 28:23
**joint** 19:17
**judgment** 6:10 9:8 11:2,4 12:16 24:25 29:20 30:2 41:1
**JUDITH** 1:5

**K**
**K** 2:16
**KASTNER** 4:3
**keep** 42:18
**Ketchikan** 4:2 19:24,24 24:3,22 26:7
**Kevin** 9:9 37:2
**Kewanee** 6:8 8:23 9:7,22 10:1,3,15,19 29:15,19 30:2,3,9,12,14,21 31:2,2 31:8,13,19 32:21 43:22 43:25 44:6,8,14,18
**kind** 24:24,25 29:1,6 41:20
**know** 8:4 10:24 11:8 15:3 15:25 16:1 21:5,8,8,14 29:19 30:3,5,5,7,12,14 31:23 39:9 43:2
**knowledgeable** 42:3
**Knox** 27:3,9
**KOPIJ** 3:22

**L**
**labeled** 11:1
**Larry** 1:5 6:3 17:16 49:8
**Larry's** 25:20
**late** 29:9
**latest** 15:14
**laundry** 25:2
**law** 16:17
**Legal** 49:1,21
**let's** 9:15 12:12
**letter** 12:23 13:5 49:13,15
**letters** 13:2
**level** 23:1 24:16 34:11

35:21 37:7,17,19
**levels** 23:5,18,19,25 24:2,6 24:14 27:19,21 28:11 34:4,6 35:17 37:12 38:3 38:11
**LEVIN** 2:3
**limits** 23:6 24:1
**Lincoln** 22:5,6,9,17
**Line** 47:2,5,8,11,14,17,20
**listed** 15:1 38:4 40:9
**literature** 23:18 35:24
**litigation** 11:3,14 43:6
**little** 7:12 11:21 30:10
**LLP** 2:3,9 3:15 49:5
**located** 7:20
**long** 36:10 38:1
**longer** 14:18,19
**looked** 36:20
**looking** 17:18
**lot** 12:25 26:18
**louder** 7:12
**low** 34:4,6
**lower** 28:10 36:18
**lowest** 36:15,15
**LOYND** 3:9

**M**
**M** 27:6
**M-a-d-l** 38:16
**M-c-K-i-n-n-e-r-y** 38:10
**Madl** 38:16
**mail** 49:13
**maintenance** 28:17
**major** 28:17
**making** 26:18
**Malika** 4:3 26:6
**management** 42:2
**mandated** 35:2,11
**MANSFIELD** 2:21
**manufactured** 30:3 41:14
**manufacturers** 21:23
**manufacturing** 30:7,8
**mark** 2:10 8:3,12 9:13,15 9:20 10:4,9 11:11,25 12:3 12:7,22,23 13:2 32:14 33:5 42:15 44:22 49:4
**marked** 9:17 10:11 11:12 11:20 13:15,19
**MARKS** 3:16
**Marriott** 7:23
**material** 12:11 19:1 20:8 22:7 24:9 34:14 35:5,13

41:21,22
**materials** 20:2 24:18 25:5 28:19,21 29:1,8,10 39:4 40:4 44:10
**matter** 12:19 16:3 28:3 44:12 49:11
**McKinnery** 38:10
**mean** 17:10 23:14 28:3 43:13
**meaning** 36:9
**means** 15:4,11
**medical** 17:25 18:9 35:24
**member** 14:17,18,18,20,22 14:25
**members** 14:21
**mesothelioma** 17:23 18:7 18:10 36:12 38:5
**metal** 19:2 29:6 41:17 42:8
**methods** 34:1,2,13
**mill** 20:2 24:3,22 25:15 28:18,20 29:10
**Millette** 38:6
**mills** 25:11,13,14 28:13,16 29:11
**misstating** 31:25
**mixing** 25:25
**mjohnson@williamskast...** 4:6
**model** 21:24
**Monday** 44:23
**Montgomery** 49:1
**morning** 10:6
**mother** 25:2
**motion** 6:10 9:8 11:1,4 12:16 29:20 40:25
**MSJ** 10:22
**mtuvim@gordonrees.com** 2:13
**MURPHY** 3:3

**N**
**name** 7:14 27:2,6 30:1 48:18
**near** 19:18
**need** 13:6 25:7
**needed** 20:22
**needs** 18:22
**neither** 48:14
**never** 8:19,21 13:23 16:15 16:20 25:18 41:6
**nipple** 42:8
**nondetectable** 34:8

nonoccupational 18:13
Northwest 2:20
note 10:15 41:11
noted 46:6
notes 6:7,8,10 9:4,7,10,11
  9:15,23 10:3,9,22 11:15
  11:19,21
notify 49:13
number 21:24 22:8,8
numerous 18:20 19:9,9

**O**

O'DONNELL 3:9
Oakfabco 3:2 8:5,15,20
  29:25
Oakfabco's 12:11
Object 32:25
Objection 26:5 28:23
objections 33:6
occasions 17:2
occupational 14:1,13 18:13
  18:18 34:16,21
occupationally 18:5
occur 15:14 36:4
October 41:12
offer 24:25
office 44:24 49:12,13,17
officer 23:22
official 35:9
OGDEN 3:3
Ohio 7:22,23
okay 7:11 9:16 13:18 29:14
  29:21 30:11 31:9 32:1,12
  33:10 44:25
old 17:13
Olson 11:6,23 41:18,21
Olson's 9:11 41:12 42:1
once 14:19 39:16
ones 37:2,4
oOo--- 1:3 6:18
operation 33:24
operations 14:14 28:17
  30:7 34:3 39:3
opinion 8:22 16:16 18:8
  26:11,17,22 30:18 31:10
  32:22 33:9,15 35:16,25
  37:6,8 39:22,25 40:8 44:4
  44:16
opinions 9:25 16:19 18:4
  21:21 24:25 25:18 26:4
  32:16 38:22 43:21,22
Orangeburg 19:12 20:18

21:2,5,9,12,16
order 12:24 13:3 19:2
ordered 44:25
original 49:11,13,17,24,24
OSHA 23:5,15,22 34:16,20
  35:1,2,8,10
outcome 48:16
outside 44:8
overexposures 15:15
Owens-Illinois 17:6,12,13

**P**

p.m 45:1
Pacific 12:14
packing 11:10 30:23 33:22
  33:25 34:13 38:8,12,20
  41:8,21 42:6 44:12
Page 5:3 6:6 11:17 46:7
  47:2,5,8,11,14,17,20
pages 10:16,18,21 11:1
paper 25:13,14,15 28:13,20
  38:7
para-occupational 18:19
  24:20
para-occupationally 18:6
paragraph 10:25 11:21
Pardon 9:23 25:12 40:18
part 20:11 43:11
particular 17:9,11 20:14
  20:24 22:8 25:18 30:5
  31:22
particularly 31:4 44:15
party 48:15
Patricia 27:6
PAULICH 3:21
PEARCE 2:4 5:5 7:9 9:15
  9:19 10:4,7,13 11:11,14
  12:23 13:2,6,10,14,17,21
  26:13 28:24 29:3,13 33:5
  33:19 43:4,16
penalty 46:1,4
people 30:24 33:23
Perfect 13:10
performed 38:20,25 40:2,7
performing 20:11
period 20:7 21:5 34:11
periods 18:14
perjury 46:1,4
permissible 23:6
permission 43:13
Perry 27:6,6,10,12
person 18:12 29:22 32:23

37:20
person's 35:17
pgs 6:7,9,10,12,13
Ph.D 1:16 5:5 6:2 7:3,17,18
  7:19 46:3,16 47:25 49:4
phone 8:11,12 43:17
picked 43:2
pieces 34:2
Pierce 1:1 36:25
Pike 3:16
pipe 19:8,22 20:18 21:2,6
  21:12,16 22:19,20,24
  23:1,16,17,21 25:22 29:3
pipefitter 24:21 25:21
  27:16 28:5,10
pipefitters 27:16,18
pipes 21:9 23:4
piping 19:12,20
place 48:11
plaintiff 2:2 16:12,21
plaintiff's 31:15
Plaintiffs 1:7
plaintiffs' 6:6 9:17 10:11
  11:12 12:13,13,18 13:15
  13:19 29:17 43:20
plan 9:2
plans 42:10,13
plant 19:24
plants 23:2
plate 39:6,20 40:14
Plaza 3:22
please 49:13,17
PLLC 3:3,9
PLLP 2:21
plumbing 12:14 19:3
point 33:8
policy 35:9
position 35:1
possible 24:13
potential 14:1,7,12,15 15:2
  16:2 17:19 18:4,11,17,20
  19:13,18,20 20:4,9,13,16
  21:15,16 22:16 25:8 34:4
  34:10 40:4
power 19:10
PowerPoints 42:16,20
practice 31:9
predecessor 41:5
preface 33:10
prefer 26:22
PREG 3:9
preliminary 16:19

prepare 42:23
prepared 42:17,21
presentations 13:23,25
  14:4,8,11
presented 26:17
presently 7:20
prevent 35:13
previously 38:4
prior 17:2 48:6
problem 26:10
proceedings 48:7,10,15
process 44:2
processes 29:11
product 20:24 22:4 42:2
production 30:6 49:21
products 23:3 40:4
projects 19:9
protective 35:3,12,12
prove 18:22
proven 15:14
provided 24:5,24 25:9
publications 38:17
publish 23:20,23 35:8
published 13:23 14:2 36:2
Puget 3:22
pull 10:7
pulp 4:2 19:24 20:2 24:3,22
  25:10,13,14,15 28:13,20
Pumps 27:10,13
purpose 18:10
push 42:8
put 41:20

**Q**

qualified 42:1
qualified's 29:22
quarter 10:25
question 18:9,15,16 30:10
  31:17,24 33:1,8 40:16
questions 29:17 43:16
  44:20
Quick 40:16

**R**

randre@omwlaw.com 3:6
range 22:18,23 24:15 33:21
  34:7 36:14,15,19 38:14
  38:18
ranging 36:22
read 11:3 29:23 46:4 49:12
  49:14,16
reading 29:25

**real** 26:10
**really** 25:7 32:15
**Reason** 47:4,7,10,13,16,19 47:22
**reasonable** 22:12
**recall** 20:20 27:22
**receipt** 49:15
**received** 20:4 40:11
**receiver** 43:2
**recited** 37:23
**recollect** 31:20
**recollection** 31:7
**recommended** 41:7
**reconstruction** 16:10
**record** 7:15 23:11 28:3
**records** 18:1
**REES** 2:9 49:5
**refer** 30:24 33:23
**references** 23:17
**referring** 14:4
**regards** 8:20 15:17,22 29:15 38:23
**registered** 49:13
**related** 9:6 10:2,17 13:24 14:3 16:13,14,24 35:22 37:15,18 43:6 48:15
**release** 38:7
**reliable** 37:4
**relying** 23:12,13
**remember** 15:9 23:7 27:1,5 27:14,15,25 28:2 41:18 44:7
**removal** 32:23 38:8,12,14
**remove** 34:1
**removed** 33:13 39:12
**removing** 25:24 33:20,22 34:13
**rendered** 40:9
**rep** 29:25
**repair** 28:17
**repeat** 15:21 22:2 27:4 30:13 35:19
**repeating** 42:18
**rephrased** 18:16
**replaced** 30:22 31:20
**replacement** 30:12,14
**replacements** 31:1
**replacing** 30:20 31:21
**report** 12:19 16:6
**reported** 1:23 36:16
**Reporter** 48:5
**reports** 23:9,11,14

**represent** 17:10
**representatives** 14:12
**represented** 8:17 17:9
**reps** 29:24
**reserve** 44:24
**respect** 31:18
**response** 12:13,13,14 29:16
**Responses** 12:6,10
**result** 15:15 44:17
**resulted** 19:17 40:6
**results** 23:23
**retained** 8:2,7,10
**review** 9:8 12:5,11,12 17:18 38:24 49:12,17
**reviewed** 11:20 17:15,25 26:23 29:14,16,21 30:2 38:6,9,10,13
**Richard** 9:10,11 11:23,23 41:11,25
**right** 8:10,15 9:14 10:9 13:8,14 15:25 16:6,9 17:22 21:18 26:23 30:18 32:14,17,18 38:6 40:19
**risk** 35:17,21 36:11 37:20 38:5
**ROBERT** 3:3
**rod** 21:23 22:10
**rods** 20:6,7 21:24,25 22:5,6 22:14,17
**Rogs** 12:14
**role** 23:24
**rope** 11:7 30:23 31:1,5,8,19 31:21 33:13,22,22,25 42:6 44:14

**— S —**

**S** 3:16
**Saberhagen** 2:14 12:13
**Sacramento** 2:4
**safe** 37:7,8,11,14,17,19
**sales** 30:7
**sampling** 23:14
**San** 2:5 48:2 49:2
**saw** 19:9,10 23:21
**saying** 26:16 27:15,16,23
**scanned** 44:23
**scientific** 15:14 22:12 26:9
**scientifically** 37:5
**scrape** 19:1
**scraped** 19:5 32:21
**sealed** 42:8
**Seattle** 2:11,18,23 3:5,11

**3:17,23 4:5 49:6
**second** 10:8
**secondary** 25:8
**sectional** 41:20
**sections** 11:8 41:19 42:7
**SEDGWICK** 3:15
**see** 12:12 14:16 30:1 41:2
**seen** 10:4 23:8
**selling** 30:8
**sent** 10:5 44:23 49:13,14
**September** 27:8
**served** 17:8
**service** 39:1
**servicing** 39:24
**set** 26:3 31:10 35:11 48:11
**seven** 36:16
**Sheet** 6:11 47:1
**shipped** 41:17
**short** 34:9,11
**shorthand** 48:4,12
**shower** 25:5 26:2
**shown** 36:3
**shut** 28:17
**shutdown** 28:15
**shutdowns** 28:12
**side** 43:13,13
**signature** 44:24 49:12
**signed** 46:7 49:15,16
**significant** 19:7,11 20:11 20:15 39:25 44:5
**Signing** 44:25
**SIMES** 2:3
**similar** 23:2 27:21 28:6
**Sincerely** 49:20
**sir** 7:10,14 10:15 14:16 21:18 27:1 32:11 38:6
**sit** 20:25 21:10
**sites** 23:24
**sitting** 40:19
**slightly** 35:15
**small** 34:2
**sold** 30:12,14 41:14
**soon** 32:11
**sorry** 15:20 22:22 27:4 29:17 30:13 34:18 42:12 42:18,25
**Sound** 3:22
**sounded** 29:1
**source** 19:7 20:9
**sources** 40:9
**speak** 7:12
**speaking** 14:14

**specific** 14:3 22:1,9 23:16 31:7
**specifically** 29:15
**specifics** 27:25 28:2
**specified** 41:7
**speculation** 26:5 28:23
**spelled** 36:7
**SPELLMAN** 2:16
**Standard** 6:8 8:18,23 9:6 9:21 10:1,2,15,18 38:23 39:1,12,13,15,23 40:2,7 40:11,13,17,20 41:5,10 41:14,15,17,19,24 42:4 43:7,21
**standards** 35:4,11
**starts** 11:1
**state** 7:14 48:1
**Stated** 11:4
**statement** 16:16 34:16,20 34:22 35:6
**statements** 8:22 16:16 25:17
**steel** 17:7 29:5
**Street** 2:4 3:16 4:4 49:1
**structural** 19:2
**students** 14:9
**studies** 36:1 37:3,22 38:7 38:17,20
**study** 36:8
**studying** 14:9
**Style** 12:6,9
**subject** 12:8,19 25:19
**submission** 12:22
**subscribed** 48:18
**suffer** 35:5
**sufficient** 21:13 22:2 24:4 24:23
**Suite** 2:5,11,17,23 3:4,10 3:17 4:4 49:2,6
**summary** 6:8,10 9:6,8,21 9:25 10:2,14,17 11:1,4 12:16 29:20 30:2 40:25
**SUPERIOR** 1:1
**supervision** 48:13
**support** 19:2,3 35:25 49:1 49:21
**supported** 33:14 39:21 40:14
**Supreme** 35:3,10
**sure** 15:22 39:6
**surveys** 23:23
**sworn** 48:7

**T**

take 14:10 26:2 29:5,6 32:5
  34:25 35:1
taken 46:5 48:10,11 49:11
takes 16:3
talk 34:6
talked 16:17 38:18
talking 28:25 29:9 41:9
techniques 14:7
telephone 16:17
TELEPHONIC 1:15 2:1
  3:1 4:1
tell 12:1,1 15:11 21:1,10
  22:11 26:14
telling 32:8
temperature 29:7
Tennessee 27:3,9
term 34:9
Terry 27:2
testified 7:5 8:21 16:12,15
  16:22 17:3 25:15,18
  32:10
testify 17:5 48:8
testimony 24:5,24 25:9
  29:22 31:16 33:12 39:3
  39:10,18 42:1 43:25 46:8
Thank 44:19
thereof 48:16
thermal 24:10 25:23,24
  29:9,12
thing 12:21 22:15
things 26:18
think 18:15,17 22:23 24:2
  24:20 25:17 30:25
third-party 16:13
thirty 49:15
THORSON 2:16
thorson@carneylaw.com
  2:19
THORSRUD 3:21
thought 33:5
three 8:8 11:20 17:3,13
  31:2 36:19 43:25
threshold 36:4,5,8,14,15,18
  36:22 37:23 38:3
Tim 12:25 43:1
time 8:14 15:2 17:7 20:7
  21:5,6,9 23:6 24:1 31:16
  34:11 42:22 43:12,14
  48:11
times 17:3,6 19:6 37:24

TIMOTHY 2:4,16
TLV 15:1,5
today 8:25 9:1 20:25 21:10
topic 41:11
total 16:9
touched 39:16
tpearce@levinsimes.com
  2:7
trades 20:1
training 14:6
Trane 2:8 8:5,16,17 11:5,9
  41:1,3,4,5,6,8
transcribed 48:12
transcript 46:5 49:11,12,13
  49:17,24
Transite 19:8 22:19,20,24
  23:1,3
trial 16:22 17:5 42:16,20
trials 17:4
trouble 12:25
true 13:22 27:24 46:9
truth 48:8,8,9
trying 21:18,19,20 26:14
  32:11 33:7
tubes 44:1,2
Tuvim 2:10 7:24 8:3,12,13
  9:13 10:5 12:4,22,25 13:4
  13:8,12,18 33:2,7 42:15
  43:1 44:22,22 49:4
twice 39:17
two 8:8,8 10:18,20 17:6
  31:2,4,22 43:25 44:15
type 22:9 24:9 25:3 31:17
  42:8 43:12
types 15:18,23,23 16:5
  27:19 34:3
typewriting 48:13
typically 28:16

**U**

U.S 35:2,10 49:1,21
ubiquitous 37:16
Uhl 11:6
understand 7:17,24 17:22
  32:1,6,8
understanding 17:24 41:25
understood 14:23
union 4:4 14:12
units 41:9,9
unscientific 26:21,21
USA 2:8
use 42:6

usually 27:16

**V**

v 27:6
vacation 43:14
valid 37:5 38:19
valve 38:8
Valves 38:12
various 14:2,8,13 15:15
  16:4,17
venued 27:8
versus 12:10
view 20:15
Vitae 6:13
Volume 12:5,5,8,8,9
Volumes 9:5
vs 1:8 6:3 49:8

**W**

W 27:6
Wagner 37:2
waive 49:12
WALLACE 3:3
want 13:8,10 15:20 31:6
  32:16,19
Washington 1:1 2:11,18,23
  3:5,11,17,23 4:5 33:6
  49:6
wasn't 23:3 24:4,23 37:13
  39:6
way 15:25 20:23 21:1,14
  30:6 35:15 36:23 39:9
  48:16
we'll 9:20 10:9 11:11,25
  44:24
we're 12:25 29:8 41:9
we've 37:15
weekends 43:14
weeks 8:8,8
Weisbecker 9:11 11:15,23
welcome 44:21
welder 25:1,21
welding 20:6,7,10,10,12
  21:23,23,25 22:5,6,10,14
  22:17
went 30:6
weren't 23:22
West 20:19
Westchester 7:23
whereof 48:17
Whitehouse 36:17
Whitney 3:14

wife 1:6
William 12:18
WILLIAMS 4:3
wish 49:17
witness 2:8 5:3 9:16 17:8
  17:11 26:8 28:25 29:5
  32:2,7 33:10 43:19,24
  44:21 48:6,17
words 24:7 37:23
work 8:20 14:19 21:12
  24:21 25:1,2,4 28:5,18
  38:25 39:1,2 40:1,7 41:24
  42:10,13 43:6,12 44:6,17
worked 8:13,15,17 18:25
  21:2,22 25:4,21,22 31:3
  32:20 39:23
workers 14:21
working 20:17 24:3 31:1
  33:18 35:13 40:11 43:12
workplace 15:16
written 8:22 16:15

**X**

**Y**

Yamassee 7:21
Yeah 9:24 10:23,25 11:17
  11:22 28:25 29:3
year 15:7 20:20 21:4,7,8
  43:5,10,11
years 15:7 19:19,25 20:18
  30:3,5,8 36:2,9,11,16,19
  36:23,23 41:4

**Z**

**0**

**1**

1 6:7 9:15,17,23 12:15
1,000 36:23
10 6:8
11 6:10 27:8
11:03 1:18
12:09 45:1
12901 1:25 48:24
13 6:11,13
1300 3:22
1325 3:23
14-2-07178-2 1:7
14th 41:12
1950 11:7 41:13,23 42:5

**1960s** 28:24
**1974** 14:25 15:9
**1980** 37:2
**1986** 37:2
**1991** 36:7
**1998** 36:13
**1999** 41:12

**2**
**2** 6:8,9,10 9:20,24 10:10,11
    10:14,20 11:17
**2.2** 36:19
**20** 23:8 46:12
**200,000** 43:9
**2000** 2:5
**2003** 37:1
**2006** 37:1
**2007** 38:16,21
**2008** 27:8 36:17,25
**2015** 1:17 5:2 6:4 7:1 46:5
    48:20 49:1,9
**206-233-2974** 4:5
**206-287-1775** 3:11
**206-287-9113** 3:12
**206-386-7755** 3:24
**206-386-7795** 3:24
**206-447-0215** 3:6
**206-447-7000** 3:5
**206-456-5360** 2:24
**206-456-5361** 2:24
**206-462-7560** 3:18
**206-462-7561** 3:18
**206-467-8215** 2:19
**206-622-8020** 2:18
**206-628-6611** 4:6
**206-689-2822** 2:12
**206-695-5100** 2:12
**21** 6:7
**2100** 2:11 49:6
**2200** 3:17
**25** 36:22

**3**
**3** 6:10 11:11,12,17
**30** 1:17 5:2 6:4 7:1 46:5
    49:9,15
**3400** 3:10
**3500** 3:4
**353** 2:4
**3600** 2:17
**362-4346** 49:18
**38** 41:4

**3850** 2:23

**4**
**4** 6:11 11:25 13:9,10,13,15
    34:9 48:20 49:1
**4100** 4:4
**415** 49:18
**415-426-3000** 2:6
**415-981-1270** 2:6
**44** 49:1

**5**
**5** 6:12,13 13:17,19
**50** 23:9
**520** 3:16
**550** 49:2
**5718** 7:21

**6**
**6** 6:13 12:15
**601** 4:4
**60s** 29:9

**7**
**7** 5:5
**701** 2:10,17 49:5

**8**
**800** 2:22 28:22
**81** 14:25

**9**
**9** 6:7
**901** 3:4,10
**94101** 49:2
**94111** 2:5
**98101** 3:17,23 4:5
**98104** 2:11,18,23 49:6
**98164** 3:5,11