In Re: Asbestos Products Liability Litigation (No. VI)

MDL DOCKET NO. MDL 875

Transcript of the Testimony of:

# Thomas Wiig, M.D.

November 23, 2015



800.899.7222 • www.GramannReporting.com

MILWAUKEE  **414.272.7878** • FAX: **414.272.1806** • 740 North Plankinton Ave, Suite 400, Milwaukee, WI 53203

MADISON  **608.268.0435** • FAX: **608.268.0437** • 14 West Mifflin Street, Suite 311, Madison, WI 53703

*Innovation · Expertise · Integrity*

1

2                 IN THE UNITED STATES DISTRICT COURT

3             FOR THE WESTERN DISTRICT OF WISCONSIN

4    _____

5    GARY SUOJA, Individually and as
     Special Administrator for the
6    Estate of OSWALD F. SUOJA,

7              Plaintiff,

8     vs.                          Case No:  3:99-cv-00475-bbc

9    OWENS-ILLINOIS, INC.,

10             Defendant.

11   _____

12

13               DEPOSITION OF THOMAS WIIG, M.D.
                  Taken on November 23, 2015
14                           at
                       Essentia Health
15                   503 East Second Street
                       Duluth, Minnesota

16

17

18

19

20

21           COURT REPORTER:  Karen J. Macaulay, RDR

22

23

24

25

Case: 3:99-cv-00475-slc  Document #: 164  Filed: 12/01/15  Page 3 of 36

```
 1              Deposition of THOMAS WIIG, M.D., taken in the

 2     above-entitled matter before Karen J. Macaulay, a

 3     Notary Public, at Essentia Health, 503 East Second

 4     Street, Duluth, Minnesota, commencing at 2:13 p.m. on

 5     November 23, 2015.

 6

 7     APPEARANCES:

 8          CASCINO VAUGHAN LAW OFFICES, LTD., by
                 Robert G. McCoy, Esq.  (By Telephone)
 9               220 South Ashland Avenue
                 Chicago, Illinois 60607
10               Appeared on behalf of the Plaintiff.

11          SCHIFF HARDIN LLP, by
                 Brian Watson, Esq.  (By Telephone)
12               233 South Wacker Drive, Suite 6600
                 Chicago, Illinois 60606
13               Appeared on behalf of the Defendant.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                I N D E X

 2           DEPONENT:  THOMAS WIIG, M.D.

 3    EXAMINATION:                              PAGE:

 4
      Mr. McCoy                                   4
 5
      Mr. Watson                                 38
 6
      Mr. McCoy                                  82
 7

 8

 9    Objections:

10        By Mr. Watson:  7, 10, 11, 12, 14, 16, 17, 18,
                          20, 21, 22, 29, 30, 31, 35, 84
11
          By Mr. McCoy:  52, 81
12
      Requests:  None
13
      Instructions Not to Answer:  None
14

15    Dr. Wiig Exhibits Marked:

16    Exh. 1    Curriculum Vitae                 86

17    Exh. 2    Medical Records                   4

18    Exh. 3    Letter from Mr. McCoy to Dr. Wiig  39
                (Reporter's Note:  Dr. Wiig handwrote
19              reporter's name and reporting agency on
                this document at the beginning of the
20              deposition before it was marked as an
                exhibit.)
21
      Exh. 4    Medical Records                   41
22
    (Original exhibits attached to original transcript;
23   copies of exhibits attached to copies of transcript)

24    NOTE:    The original transcript is filed with
                Attorney McCoy.
25
```

**Page 4**

1     (Dr. Wiig Exhibit 2 was marked for

2 identification.)

3          THOMAS WIIG, M.D.,

4   called as a witness, having been first duly sworn,

5      was examined and testified as follows:

6          EXAMINATION

7 BY MR. McCOY:

8     Q. Doctor, I'd like you to begin and introduce

9 yourself and give us your full name and spell your

10 last name.

11     A. Thomas H. Wiig, W-i-i-g.

12     Q. And what is your -- you're a medical doctor.

13 Right?

14     A. That's correct.

15     Q. Okay. What is your present position,

16 Dr. Wiig?

17     A. My present position at Essentia Health is as

18 Chief Medical Informatics Officer.

19     Q. And how long have you held the position as

20 Chief Informatics Officer?

21     A. Four years.

22     Q. Did you have other positions as a practicing

23 physician before that time?

24     A. Yes, between -- I started at Essentia Health

25 in 1981 and held a position of general surgeon until

**Page 5**

1 four years ago, at which time I moved into my present

2 title.

3     Q. Now, Essentia Health. Can you tell us where

4 that's located?

5     A. Yes. So at the time that this case was

6 taking place, the organization was known as the Duluth

7 Clinic. It grew at the -- subsequent to that to a

8 merged organization of the Duluth Clinic and

9 St. Mary's, at which point it became SMDC --

10 St. Mary's-Duluth Clinic -- and subsequent to that, it

11 merged into an organization that spanned across

12 northern Minnesota and northwestern Wisconsin and took

13 the name Essentia Health.

14     Q. So you've been with this organization since

15 1991. Is that correct?

16     A. 1981.

17     Q. 1981. My mistake. 1981?

18     A. Correct.

19     Q. Okay. Briefly, what do you -- what do you do

20 in your current work as Chief Informatics Officer?

21     A. Putting it briefly, I'm an ambassador that

22 works to meld clinical operations and IS, or

23 information services, in blending the electronic

24 health record.

25     Q. Now, I'd like to turn back the clock a little

**Page 6**

1 further. You're -- can you briefly describe for us

2 your education and training?

3     A. Yes. I -- I don't know how far back you want

4 me to go, but I did my undergraduate degree work in

5 Nebraska. I grew up in Nebraska and got a bachelor of

6 arts degree at Hastings College in Hastings, Nebraska,

7 and then went to medical school at the University of

8 Nebraska College of Medicine, did my general surgery

9 residency there, finishing in 1981 and then came

10 directly up here, entering surgical practice directly

11 out of residency.

12     Q. Are you a licensed physician?

13     A. Yes, I am.

14     Q. In what state?

15     A. In Minnesota.

16     Q. Are you board certified?

17     A. Yes, and have been continuously since 1981.

18     Q. What's your area of certification?

19     A. General surgery.

20     Q. Okay. So we're going to mark as Exhibit

21 Number 1 a copy of your CV. Now, in the practice of

22 general surgery, what other position -- did you hold

23 any positions besides just general surgeon?

24     A. Well, I was on various committees, I acted as

25 my surgical section chair, and then also as the

**Page 7**

1 surgical division chair on and off for a number of

2 years.

3     Q. And just looking at your CV, you're also a

4 member of the American College of Surgeons. Is that

5 right?

6     A. That's correct.

7     Q. You have a -- do you still have an academic

8 appointment at the University of Minnesota School of

9 Medicine?

10     A. Yes.

11     Q. Okay. All right. Now, changing subjects,

12 Doctor, have you had an opportunity to review in

13 preparation for today's work medical records of the

14 care and treatment of Oswald Suoja?

15     A. Yes.

16     Q. And is it your understanding, then, that he

17 was diagnosed with mesothelioma?

18     A. Yes.

19     MR. WATSON: This is Brian Watson. Let

20 me just object at this moment. Owens-Illinois objects

21 because plaintiff disclosed Dr. Wiig as a non-retained

22 expert who would testify about the medical care and

23 treatment that Dr. Wiig provided. Specifically,

24 plaintiff disclosed Dr. Wiig to testify about his

25 treatment as disclosed in the medical records and to

Case: 3:99-cv-00475-slc    Document #: 164-1    Filed: 12/01/15    Page 6 of 36

Page 8

1  opinions formed in the course of the treatment he
2  provided. Therefore, Owens-Illinois objects to
3  foundation and disclosure -- or non-disclosure -- of
4  any testimony that Dr. Wiig may provide about medical
5  records outside of his own treatment of Oswald Suoja.
6          MR. McCOY: Okay. So that objection is
7  noted for the record.
8          MR. WATSON: And will you allow that to
9  stand so I don't have to object throughout the
10  deposition?
11          MR. McCOY: Yes. You can have a
12  standing objection to that. Sure.
13  BY MR. McCOY:
14      Q. Now, Dr. Wiig, can you describe for us what
15  role that you personally had in the care and treatment
16  of Oswald Suoja?
17      A. Yes. I was asked to see Mr. Suoja after he
18  was worked up for complaints referable to some
19  indistinct abdominal complaints which initially
20  brought him to his primary care team and then resulted
21  in a referral to a gastroenterologist. Up to the
22  point that I saw him, the workup included some lab
23  work and imaging studies including ultrasound, barium
24  enema, and CT scan, and those studies suggested that
25  there were some indistinct abnormalities that may

Page 9

1  indicate -- may have indicated that there was the
2  presence of indistinct tumor masses in his abdomen.
3  The feeling on the part of the gastroenterologist was
4  that further clarification could be obtained by a
5  surgical exploration and, after colonoscopy failed to
6  reveal any further clarification, he was referred to
7  me.
8          At that point, I reviewed the results of the
9  workups. I reviewed the x-rays with the radiologist,
10  the CT scan specifically, and I discussed the -- the
11  situation with Mr. Suoja and his wife, and we agreed
12  that -- that in order to obtain further clarification
13  of exactly what was going on with reference to his
14  complaints, that we should entertain the possibility
15  of a laparoscopy. After I discussed that procedure
16  with he and his wife, they agreed to proceed ahead.
17          The procedure was performed, and at the time
18  of the procedure, we discovered that there was a very
19  extensive malignancy with tumor evidence basically
20  throughout his abdominal cavity, encasing and
21  studding, if you will, most all of his abdominal
22  organs and the lining of his abdominal cavity on the
23  inside of his abdominal wall. I performed multiple
24  biopsies and also suctioned out somewhat more than a
25  liter of abdominal fluid and sent all of those

Page 10

1  specimens for pathologic examination. So basically,
2  the study which I -- the surgical procedure that I
3  performed was basically a diagnostic study; not a
4  therapeutic study or surgery.
5          He tolerated the procedure okay with some
6  minor nausea and he needed a couple of days in the
7  hospital to gain his strength back and to -- to get
8  over his nausea.
9          And the final pathology result which I
10  revealed to he and his wife did, in fact, confirm
11  that -- with special stains that were performed by the
12  pathology department, did confirm that all of the
13  tissue specimens that I obtained were malignant and
14  that they were -- they were indicating mesothelioma,
15  peritoneal and abdominal mesothelioma.
16          MR. WATSON: Objection; form,
17  foundation, narrative, nonresponsive, and lack of
18  qualification.
19      Q. Doctor, I was going to ask you to describe
20  the -- the history of Oswald Suoja's care and
21  treatment. That was going to be my question.
22  Based -- and I think you -- you've done -- done that
23  so far, so I -- I -- I won't re-ask that question.
24          You are familiar with the records to be able
25  to describe what other physicians that were involved

Page 11

1  in the care and treatment of Mr. Suoja recorded. Is
2  that right?
3      A. Yes.
4      Q. And you were advised by these physicians and
5  through the records during the time that you also were
6  serving in the role of the -- of the surgeon as far as
7  the care and treatment of Oswald Suoja. Is that
8  right?
9      A. Yes.
10          MR. WATSON: Objection; form,
11  foundation, vague, overbroad as to "the records."
12      A. Yes.
13      Q. All right. So continuing after the -- you
14  advised -- well, first let me ask one question. When
15  you say "abdominal cavity," what are you referring to?
16  What part of the body? What organs?
17      A. The abdominal cavity is the space between the
18  chest cavity and the pelvis that contains all of the
19  extraabdominal organs, so all of the solid organs,
20  such as liver, spleen, pancreas, kidneys, et cetera,
21  and then all of the hollow viscous organs, such as the
22  stomach, small intestine, and colon and bladder.
23      Q. And how was it that you were able to observe
24  the tumor?
25      A. We used what's called a minimally invasive

Page 12

1 technique, so rather than having to make a large
2 incision, we were able to visualize the -- these
3 various tumor surfaces and organ surfaces with the use
4 of a laparoscope. So basically, you -- an internal
5 periscope, if you will, uses a camera and internal
6 illumination. The abdominal cavity is inflated,
7 somewhat like a balloon, if you will. The organs are
8 floated apart by carbon dioxide, and this allows us to
9 see the various surfaces, and then we're able to
10 manipulate and do whatever work we need to do. Many
11 current -- currently, many surgical procedures of
12 various kinds are -- are commonly done using the
13 laparoscope. This offered Mr. Suoja a -- a chance at
14 having this step accomplished with the least amount of
15 invasion into his body as possible.
16     Q. What characteristics did you observe through
17 the laparoscope to know that this was a -- a cancerous
18 or tumorous disease?
19        MR. WATSON: Objection; form,
20 foundation, as to the ability to observe the cavity in
21 order to diagnose --
22     A. Well, the -- obviously, any surgeon who has
23 performed a number of laparoscopic procedures knows
24 full well what normal organs internally look like, and
25 when they appear distinctly abnormal with nodularity,

Page 13

1 abnormal growths, gray tissue that should not be
2 there, encasements by gritty and granular kinds of
3 gristle tissue and so on that normally should not be
4 present in those locations, that is a strong
5 indication of malignant growth in those locations, and
6 Mr. Suoja's abdominal cavity demonstrated those
7 growths over most -- as I -- as I indicated earlier,
8 over most of the organ surfaces, both his bowel
9 surfaces, his -- the surfaces of his lining of his
10 abdomen, and even some of his solid organs.
11     Q. So what was the next step after you conveyed
12 the -- the diagnosis to the Suojas, Mr. and Ms. Suoja,
13 as far as care and treatment?
14     A. We asked -- we -- I wrote for a consult for a
15 medical oncologist -- that's a medical cancer therapy
16 treatment specialist -- to see him in consultation to
17 offer whatever additional information might be
18 necessary for them to make any further decisions about
19 further treatments.
20     Q. Okay. Who was the oncologist?
21     A. Dr. Robert Dalton.
22     Q. He's at the same clinic, or was?
23     A. Yes.
24     Q. He's now retired?
25     A. Yes.

Page 14

1     Q. All right. So what -- what happened as a
2 result of -- did the Suojas then have a consultation
3 with Dr. Dalton?
4     A. Yes.
5     Q. And what was the outcome of that as far as
6 further care and treatment?
7        MR. WATSON: Objection; form, foundation
8 to this doctor's participation in that treatment.
9     A. At that point, it was recognized that no
10 further treatment options could be realistically
11 offered Mr. Suoja to achieve any meaningful outcomes,
12 whether it be cure or long -- longevity, and so he was
13 basically offered comfort care.
14     Q. Is that the same as palliative care?
15     A. Yes.
16     Q. Okay. And what did that involve for
17 Mr. Suoja?
18     A. Well, initially, I was managing his
19 postoperative discomfort and he was discharged to his
20 home and he was given follow-up appointments with
21 Dr. Dalton to initiate the palliative care formats,
22 and -- after the postoperative period was over with.
23     Q. Okay. And so what -- what ensued as far as
24 the palliative care stage?
25        MR. WATSON: Objection; form,

Page 15

1 foundation, vague, overbroad, lack of foundation.
2     A. Well, his condition worsened at home and he
3 actually required readmission fairly soon, within a
4 few weeks, and it was due to increased discomfort and
5 probable bowel obstruction. So at that point, he was
6 placed actually on hospice care, not palliative care,
7 because it was felt, due to the degree of
8 deterioration that he had undergone, that his life
9 span was in fact more limited than anyone had
10 appreciated, and so he was stabilized and controlled,
11 got his pain under control and his vital signs under
12 control in the hospital stay, and then he was
13 discharged to home hospice.
14     Q. All right. So there was -- this was -- the
15 laparoscopy procedure, was that done in the hospital?
16     A. That was done in the hospital in early to mid
17 November, and the -- this hospital stay that I'm
18 referring to was in early Ja -- to mid Ja -- December.
19 Excuse me. Early to mid-December.
20     Q. The two hospital stays and then -- and then
21 to hospice. Is that what happened?
22     A. That's correct.
23     Q. And in terms hospice care, do you have the
24 records of some of the hospice care there?
25     A. Not -- not the home hospice, no.

Page 16

1    Q.  Okay.  What -- what further information do
2  you have about hospice care period --
3    A.  Just --
4    Q.  -- either based on your recollection or your
5  records?
6    A.  None, really, that -- other than I saw a note
7  in the chart that said they -- the primary care doctor
8  was notified by home hospice that Mr. Suoja had passed
9  away in late December and he was notified by the home
10  hospice team.
11    Q.  Okay.  Let me turn to a couple of the
12  specific records for a moment.  There I'd like to
13  start with the first one.  That's got Suoja medical
14  288 in the lower right and it's dated 9/10/1996.
15  Right?
16    A.  That's correct.
17    Q.  And this was a visit with one of the Duluth
18  Clinic physicians.  Is that right?
19    A.  She's --
20        MR. WATSON:  Objection; form,
21  foundation, misstates the document.
22    A.  She's a nurse practitioner under the
23  direction of Dr. Slag, who is -- was Mr. Suoja's
24  primary care endocrinologist.
25    Q.  Okay.  And I understand that Dr. Slag has a

Page 17

1  health condition that prevents him from testifying.
2  Is that your understanding?
3    A.  Yes.
4        MR. WATSON:  Objection; form,
5  foundation, relevance.
6    Q.  Is that your understanding, Doctor?
7    A.  Yes.
8        MR. WATSON:  Objection.
9    Q.  All right.  So the nurse practitioner then --
10  that was my mistake -- and this is a Janet Cismoski
11  who's prepared this document that's page number 288.
12  Right?
13    A.  Yes.
14    Q.  Okay.  And in here, she notes the sentence --
15  I'm going to read this.  It's about halfway in that --
16  that first large paragraph:  "Some pain in the right
17  lower quadrant of his abdomen."  Do you see that
18  sentence?
19    A.  Yes.
20    Q.  Okay.  Now, based on the work you did and the
21  records of the care and treatment of Mr. Suoja, to
22  what would you attribute that expression of pain that
23  was in the -- in the record on 9/10/96?
24        MR. WATSON:  Objection; form,
25  foundation.

Page 18

1    A.  Well, I -- you know, it's very difficult to
2  say with any degree of certainty what that pain could
3  be due to.  Based on ultimately what I saw, it's
4  certainly possible that it could have been due to the
5  encasement of his bowel by the tumor because the bowel
6  was well encased with tumor, but there are certainly
7  plenty of things that can cause discomfort in the
8  abdomen at any given time.  So --
9    Q.  Okay.  Go ahead.
10    A.  I don't think that with any degree of
11  certainty I can say one way or the other what
12  specifically was the cause.  It is certainly very
13  possible that it could have been caused by what I saw
14  at the time of the exploration, but people have -- who
15  have no tumor also have pain in the abdomen.
16    Q.  Is there any other explanation that's likely
17  from the medical history as to the cause of that pain
18  in the abdomen?
19        MR. WATSON:  Objection; form,
20  foundation.
21    A.  Well, you know, he had longstanding diabetes,
22  and sometimes diabetes can cause bowel disruption or
23  dysmotility, and -- and so dysmotility of the bowel
24  can result in cramping discomfort in various locations
25  in the abdomen.  That's all sometimes very difficult

Page 19

1  to sort through.  That was some of the initial
2  difficulty in sorting out his over -- overall picture
3  of symptoms, I think, but -- so I think that at the
4  time that he presented at this point, I don't think it
5  would point -- his some -- the complaint of some pain
6  in the right lower quadrant wouldn't necessarily lead
7  you definitively one direction or another.
8    Q.  Okay.  Those are the two possible directions
9  that you see in his records would be either the
10  growth -- growing tumor at that time or the diabetes?
11    A.  Yes.
12    Q.  Or I suppose the combination of both.  Right?
13    A.  Yes.
14    Q.  Could be?
15    A.  Yes.
16    Q.  Okay.  All right.  So then going forward in
17  the records, on the -- Page 286.  I think that's the
18  third page in the stack.  There is a reference to the
19  statement there in that first paragraph, "He has
20  occasional pain in his middle abdomen, 'once in a
21  while my gut hurts and certain foods give me a belly
22  ache but overall, I'm not in any way in bad pain.'
23  This usually occurs after meals."  Is that basically a
24  statement of the same -- same pain?
25    A.  Yes.

Page 20

1    MR. WATSON:  Objection; form,
2  foundation.
3    Q.  Okay.  You can wait on your answers maybe
4  just a moment to allow the objection to be stated,
5  Doctor.
6    A.  Okay.
7    Q.  So -- and then continuing on Page 280, which
8  is a couple pages after that, the 9/30/96 visit with
9  Dr. Van Norstrand.  Do you find that one?
10    A.  Yes.
11    Q.  Okay.  Dr. Van Norstrand was in what capacity
12  at this time with the clinic?
13    A.  He was a gastroenterologist.
14    Q.  All right.  Again, there's mention there in
15  that first long paragraph, about three or four
16  sentences into it, it states that right upper quadrant
17  pain just prior to having his bowel movement and that
18  once he has finished the bowel movement, this usually
19  resolves.  The pain can also occur in the left lower
20  quadrant and left upper quadrant at times; again
21  usually resolves with bowel movements.
22    Would you characterize this as a continuation
23  of that same type of pain that he originally came in
24  with?
25    A.  Yes.

Page 21

1    MR. WATSON:  Same objection as to form
2  and foundation, the "same type of pain."
3    A.  Yes.
4    Q.  Now, continuing on to maybe about ten more
5  pages or so where it says Suoja Medical 278 in the
6  lower right.  Let me know when you find that page,
7  Doctor.
8    A.  I have it.
9    Q.  Okay.  And this is a 10/28/96 consult again
10  with Dr. Van Norstrand.  Is that right?
11    A.  Yes.
12    Q.  And this does -- this makes mention of the --
13  in that second full paragraph that the findings have
14  been reviewed with -- with yourself and -- is that
15  Dr. Aas?
16    A.  It's pronounced "Oz."  It's a Danish name.
17    Q.  "Oz"?  Okay.  Dr. Aas and yourself.  Right?
18    A.  Correct.
19    Q.  Okay.  And this is -- it says you agree that
20  a laparoscopic examination of the abdomen would be
21  appropriate, which is -- that's what you already
22  described for us.  Right?
23    A.  Yes.
24    Q.  Okay.  And then at the bottom, the third
25  paragraph refers to the appointment being made with

Page 22

1  yourself to arrange the procedure.  Right?
2    A.  Yes.
3    Q.  All right.  So then October 31 of 1996, this
4  is a -- and that's the next page, Suoja Medical 277.
5  This is your first actual -- report of your first
6  actual consult with Mr. Suoja.  Is that right?
7    A.  Yes.
8    Q.  Okay.  And did his wife always accompany him
9  for these visits?
10    MR. WATSON:  Objection; form,
11  foundation, misstates the medical records.
12    A.  Well, I don't know for sure if she came to
13  all the others.  I don't have any direct -- other than
14  comments made in the record, but she came to this one
15  for sure.
16    Q.  Okay.  And this is the visit where you've
17  described that they agreed to go through with the
18  laparoscopy procedure.  Right?
19    MR. WATSON:  Objection; form,
20  foundation.  Bob, can we stop leading the witness at
21  some point?
22    MR. McCOY:  Okay.
23  BY MR. McCOY:
24    Q.  Doctor, I'll ask the question in another way.
25  What -- what happened as a result of this visit?

Page 23

1    A.  The laparoscopic procedure was scheduled
2  after they agreed to proceed ahead.
3    Q.  Okay.  Then let's turn to page -- so -- Suoja
4  Medical Number 1.  That's about another five or
5  six pages later there.  Actually, go to Suoja Page 2.
6  One and two look alike.  Did you find that one?
7  That's the surgical pathology report.
8    A.  Yes.
9    Q.  Okay.  So Suoja Medical Page 2 is -- is what?
10    A.  Is that a question?
11    Q.  Yes.
12    A.  This is a surgical pathology report,
13  basically describing the specimens that I submitted
14  from the -- the tissue specimens that I submitted.
15  Describes the source from -- the location that I took
16  them, and then follows on down describing the gross
17  inspection, the macroscopic inspection, and then
18  finally the microscopic examination of the -- of
19  the -- microscopic inspection of all the tissue
20  specimens, and included in the microscopic inspection
21  is -- are a description of the special stains that
22  were performed to help elucidate and identify
23  characteristics of the tumor cells.
24    Q.  So four different specimens were examined:
25  A, B, C, D.  Right?

Page 24

1   A. That's right, from four distinctly different
2   areas of the abdomen.
3   Q. All right. And what were the findings on --
4   on these specimens?
5   A. Each one of the specimens demonstrated tissue
6   cells that were consistent with epithelial
7   mesothelioma.
8   Q. Suoja Medical Page 2 is also part of the
9   surgical pathology report. Right?
10  A. That's correct.
11  Q. And the date on this report is -- looks like
12  the specimen was received on November 11th of 1996.
13  Right?
14  A. Yes.
15  Q. Okay. And the Suoja Medical Page 3, that's
16  the diagnosis from the report. Right?
17  A. Yes.
18  Q. Okay. And what was the diagnosis?
19  A. The final diagnosis is signed out as
20  peritoneal biopsies, all four specimens labeled A
21  through D are epithelial mesothelioma.
22  Q. And what does that term "peritoneal" mean?
23  A. It means that -- that it was a surface --
24  they were surface biopsies. They weren't deep,
25  intra-tissue biopsies within, for instance, the -- the

Page 25

1   deep, internal portions of a solid organ, like a deep
2   internal liver biopsy or something. They were surface
3   biopsies.
4   Q. And who was the pathologist that prepared
5   this report?
6   A. Dr. Bruce Henke. He's also retired.
7   Q. Okay. The next page is Suoja Medical 242 and
8   243 together. Right?
9   A. Yes.
10  Q. Okay. And what is this document?
11  A. This is my dictated and transcribed operative
12  note.
13  Q. And this is what you've already described for
14  us as far as the -- the procedure that you performed.
15  Right?
16  A. That's correct.
17  Q. Okay. I want to turn to page Suoja -- Suoja
18  Medical Page 247 and continuing through Page 250.
19  A. Okay.
20  Q. These are handwritten. What -- what are
21  these called?
22  A. These are --
23  Q. Who prepares these?
24  A. These are handwritten progress notes by
25  physicians who round on the patient during the

Page 26

1   hospital stay. Mostly readable.
2   (Laughter.)
3   Q. Right. Okay. Well, you're in the age of
4   informatics, the new age where everything is typed
5   right away. But okay.
6   Continuing on, page -- Suoja Medical 234. I
7   think there's another page of notes and then Suoja
8   Medical 234. Do you find that one?
9   A. Yes.
10  Q. Okay. And what is Suoja Medical 234?
11  A. This is my hospital discharge summary from
12  the stay -- the two-day hospital stay for his
13  laparoscopic procedure.
14  Q. And again, this is -- this is what you
15  already described for us. Right?
16  A. Yes.
17  Q. Okay. I'm going to turn next to document
18  that begins at page -- Suoja Medical 124, which is the
19  next page.
20  A. M-hm.
21  Q. Can you -- through Page 126, and tell us
22  briefly what this is.
23  A. This is a history and physical examination
24  from an admission just one month later for nausea,
25  vomiting, distension, and likely bowel obstruction.

Page 27

1   Q. A copy of this was routed to you. Correct?
2   A. I don't necessarily see evidence of that on
3   this.
4   Q. I'm just looking where it says "physician" up
5   at the top.
6   A. Oh, yes. There it is. I'm sorry. Yes. I
7   do see that now, yes.
8   Q. I want to just -- and this -- this report is
9   one that was actually prepared by -- looks like
10  Dr. Eckman.
11  A. Yes. He -- he was --
12  Q. Right?
13  A. -- covering call for Dr. Slag on a -- for --
14  at a night -- for nighttime call or weekend call. One
15  of the two. I don't know which day that -- of the
16  week this was, but....
17  Q. So this is -- this reflects another hospital
18  admission. Is that right?
19  A. That's correct.
20  Q. It says -- I want to go to the last page, the
21  Page 126 at the bottom. And there, it states, "Plan:
22  He needs palliative care and has already been started
23  on morphine." Do you see that?
24  A. Yes.
25  Q. Okay. Now, in terms of the care and

Page 28

1  treatment that Mr. Suoja got, what -- what role does
2  morphine play?
3      A.  Well, it's an opioid, so it's a pain relief
4  medication.
5      Q.  And what is the reason why he would be given
6  pain relief at this time?
7      A.  Well, if he has refractory pain or severe
8  discomfort, then -- then the physicians caring for him
9  provide whatever pain relief in the -- in the degree
10 or dose that's necessary in order to try and relieve
11 his pain.
12     Q.  The next page I believe is Suoja Medical 119.
13     A.  Yes.
14     Q.  And looking there at the physical
15 examination, it reflects he is uncomfortable with
16 abdominal pain?
17     A.  Yeah.  So -- yeah.
18     Q.  So at this point in time, after you have
19 observed that, the tumor and the diagnosis has been
20 made, what -- what is the -- what is your judgment in
21 terms of what would be the cause of this kind of pain
22 that would require morphine?
23     A.  Well, I think in -- at -- in this time frame
24 and with the diagnosis now having been established, it
25 has to be assumed that it's secondary to the tumor,

Page 29

1  and this note on 119 is an emergency room admit note
2  by an emergency room physician, Dr. Daniel Campbell,
3  so it's related to the admission history and physical
4  on the previous page by Dr. Eckman, because it had to
5  be Dr. Campbell's impression from the emergency room
6  that Mr. Suoja was ill enough that he needed to be
7  admitted.  That's -- that's how these two documents
8  are related.
9      Q.  In the past medical history on 119, it
10 shows -- states that patient was diagnosed 11/11/96
11 with abdominal carcinomatosis secondary to diffuse
12 abdominal mesothelioma?
13     A.  Yes.
14     Q.  That's -- that's essentially the findings
15 you've already described.  Right?
16         MR. WATSON:  Objection; form,
17 foundation, vague, overbroad.
18     A.  Yes.
19     Q.  I'll -- I'll change the question, Doctor.
20     A.  Okay.
21     Q.  It states in there, "The patient was
22 diagnosed 11/11/96 with abdominal carcinomatosis
23 secondary to profuse abdominal mesothelioma."  What
24 does that statement mean with reference to the care
25 and treatment of Mr. Suoja?

Page 30

1          MR. WATSON:  Objection; form,
2  foundation, vague, overbroad as to this doctor's
3  treatment.
4      A.  Well, it's a description of -- of the
5  findings that occurred during the -- during the
6  diagnostic procedure that I performed and it frames
7  the reference for -- it -- it sets a frame of
8  reference for, I think, the -- the treatment going
9  forward for his current level of complaint, for this
10 hos -- emergency room visit.
11     Q.  And the next sentence says, "The patient was
12 not a surgical candidate because of the diffuse nature
13 of the peritoneal involvement."  What -- what does
14 that -- what does that mean in the context of
15 Mr. Suoja's care and treatment?
16     A.  Because of the extensive involvement --
17 basically covering every surface in the peritoneal
18 cavity -- there simply is no physical or mechanical
19 ability to remove the tumor.  It basically would
20 remove -- mean removing every single abdominal organ
21 from his body, and that's in -- that is incompatible
22 with life.
23     Q.  Is -- is that judgment about whether there
24 can be surgery to correct the tumor something that
25 you're -- you were involved with?

Page 31

1      A.  Yes.
2      Q.  Okay.  And the next statement says, "It was
3  felt necessary to pursue a symptomatic and palliative
4  approach to the problem."  And again, what's that mean
5  in reference to -- or in the context of Mr. Suoja's
6  care and treatment?
7      A.  Once it had been established that there was
8  no reasonable approach to a therapeutic treatment
9  option, then I think a palliative or comfort-care
10 approach was the treatment option that we had to
11 pursue, or that Dr. Dalton and Dr. Slag had to pursue
12 with Mr. Suoja, so that was the discussions that had
13 been held.
14     Q.  Okay.  And -- and this care and treatment
15 that Mr. Suoja received, this -- this was all through,
16 at this time, the Duluth Clinic.  Right?
17     A.  Yes.
18     Q.  Okay.  And this -- is it fair to say this --
19 this care and treatment, these records are a
20 collaborative effort where the different physicians,
21 including yourself, shared information with each
22 other?
23         MR. WATSON:  Objection; form,
24 foundation, overbroad as to what is meant by "this
25 treatment" and "these records."

Page 32

1    Q.  You can answer, Doctor.
2    A.  Yes.
3    Q.  Can you elaborate briefly on -- on how this
4  works, where a patient has multiple doctors in this
5  type of scenario with a -- with a tumor, how that --
6  how that sharing of information occurs?
7    A.  Well, for any patient who has multiple
8  physicians or multiple specialty services taking care
9  of them, the sharing of information between those
10  multiple clinicians and multiple services takes care
11  [sic] on many different levels.  It can take place on
12  a conversational level; it can take care -- it can
13  take place on merely reading the notes in the
14  inpatient chart; it -- in the era of the electronic
15  medical record, it can take place by reading copies of
16  the electronic medical record; and, as you've seen
17  examples in this chart, we route -- we routed copies
18  of the paper forms back and forth to each other in
19  order to maintain an information passage and sharing;
20  and then finally, I think that the -- in some sense,
21  when we have formal conferences, such as tumor
22  conferences or other shared service conferences around
23  specialty topics, information is shared for the
24  purposes of multimodality benefits to patients.  So
25  there are many different formats that these sharings

Page 33

1  can take place in.
2    Q.  Okay.  And this kind of sharing, then, was
3  followed in the case of the care and treatment of
4  Mr. Suoja.  Right?
5    A.  Yes.
6    Q.  Finally, we -- we come to the last note I
7  want to talk about, handwritten note.  This is Suoja
8  Page 176.  It's about another eight, ten pages later.
9    A.  Yes.
10    Q.  And down at the bottom right, it states
11  this -- these are -- by the way, what -- what kind of
12  a document is this?  It's titled progress notes.
13    A.  Yes.  It's titled nursing progress note, so
14  this is a nursing note from hospice, the inpatient
15  hospice unit, so this -- this is a note from -- after
16  the patient was transferred from a different unit in
17  the hospital to hospice unit, and this is the nursing
18  intake note after Mr. Suoja was transferred to hospice
19  unit, the inpatient hospice unit.
20    Q.  Okay.  This -- at the top, looks like it's
21  dated 12/15 of 19 -- must be 1996.  Right?
22    A.  Yes.
23    Q.  Okay.  And down at the bottom right, it says,
24  "Pain all over."  Do you see that?
25    A.  Yes.

Page 34

1    Q.  Okay.  Now, based on the care and treatment
2  of Mr. Suoja, what would you attribute this statement
3  of "pain all over" to?
4    A.  Well, I'm having, again, to -- to make an
5  assessment that as he was going through the last
6  stages of his malignant process, that the malignancy
7  was the source of -- of the -- most of the end-stage
8  symptoms that he was beginning to demonstrate.
9    Q.  I'd like to go back briefly to November 13th,
10  1996.  Is this a report you created?
11        MR. WATSON:  Is there a number
12  associated with this?
13    A.  I have to ask the same question.
14    Q.  Yeah.  It's Suoja -- is this the right one
15  here?  Actually, I think it's November 11th, 1996.
16  It's my mistake.  No.  I'm sorry.  I'm sorry.  I'm
17  correcting myself again.  It's Suoja Medical 234.
18  Little bit --
19    A.  My -- my discharge summary?
20    Q.  Yeah.  Discharge summary.  And --
21    A.  Yes.
22    Q.  -- what -- what was the discharge date from
23  this hospitalization, the first one?
24    A.  November 13th.
25    Q.  Okay.  So at -- what I wanted to do is to

Page 35

1  ask -- ask you, you know, based on your care and
2  treatment of -- of Mr. Suoja and -- and the findings
3  of the -- from the surgical patholo -- surgical
4  pathologist, what -- what judgment do you have as to
5  what would have caused this mesothelioma in Mr. Suoja?
6        MR. WATSON:  Objection; form,
7  foundation, qualification, lack of qualification,
8  outside the scope.
9    A.  Well, based on my reading and the --
10  Mr. Suoja's job history, I'd have to presume that it
11  was his exposure remotely to asbestos.
12    Q.  And this -- you made a statement down here in
13  your November 13th discharge report which says, "This
14  may well be related to his remote lengthy history of
15  asbestos exposure."  Right?
16    A.  Let's see.
17    Q.  I'm looking at the clinical course.
18    A.  Yes.
19    Q.  Okay.  I'd like to go to Suoja Medical 113.
20  I think I'm almost near the end here.  That's about
21  five or six pages from the end.  It says the discharge
22  summary, date discharged, December 24th.
23    A.  Yes.
24    Q.  Did you find that one?
25    A.  Yes.

Page 36

1    Q.  All right.  So this makes reference to an
2  admission via the emergency room with increasing
3  abdominal pain and evidence of bowel obstruction in
4  the emergency room.  What is bowel obstruction?
5    A.  Bowel obstruction is basically akin to --
6  analogous to thinking of kinking off a garden hose to
7  run out and change the sprinkler, so some process or
8  another blocks the bowel from being able to propel the
9  normal food material or even just liquid material
10  through it, and so what happens is that the normal
11  muscular activity of the bowel to propel food comes
12  down to the point of blockage and then hits -- hits
13  the kink, or the obstruction, and that food or liquid
14  material begins to back up and -- and distend and get
15  inflated to a degree more than it's accustomed to, and
16  that results in bloating and cramping discomfort.
17    Q.  Was the emergency room able to correct this
18  situation in Mr. Suoja?
19    A.  Well, they -- they put down what's called a
20  nasogastric tube, so that's a tube that goes through
21  the nose and then down into the stomach.  That helps
22  suction food so that -- suction liquid material
23  from the stomach so that at least no further liquid
24  will proceed down the bowel, and it also keeps the
25  patient from feeling the unending need to try and

Page 37

1  vomit.  So it -- it tries to at least reduce the
2  patient's degree of discomfort and his degree of
3  pain -- well, his degree of pain and the degree of
4  discomfort from the sense of need to -- needing to
5  vomit.
6    Q.  At this point in time of the -- after the
7  diagnosis of mesothelioma and the -- and the course
8  that the disease took, to what would you attribute
9  that bowel obstruction?
10    A.  Oh, I think, based on what my findings were
11  at the time of the laparoscopy, the bowel obstruction
12  would have to be felt to be due to the tumor
13  progression.
14    Q.  All right.  I wanted to ask one other
15  question; then I think we're about out of the -- out
16  of the woods here, Doctor.
17      As far as Mr. Suoja's diabetes condition is
18  concerned, do you have an opinion one way or the other
19  whether that would have shortened his life?
20    A.  No.
21    Q.  All right.  Finally, I guess the last
22  question is in terms of the care and treatment of
23  Mr. Suoja, was there a -- a time where he was anything
24  other than a cooperative patient?
25    A.  Not that I witnessed.

Page 38

1      MR. McCOY:  That's all the questions I
2  have.  Thank you.
3            EXAMINATION
4  BY MR. WATSON:
5    Q.  Doctor, it's Brian Watson.  Are you good to
6  continue or do you want to take a -- a short break?
7    A.  No, I'm good.
8    Q.  We -- we at least met telephonically for the
9  first time today.  Is that right?
10    A.  Yes.
11    Q.  Did you ever meet Gary Suoja?
12    A.  Not to my reso -- not to my recollection.
13    Q.  Did you ever meet Ken Suoja?
14    A.  Not to my reso -- recollection.
15    Q.  Did you ever meet Sue Merwin?
16    A.  Not to my recollection.
17    Q.  To your recollection, do you remember seeing
18  Gary Suoja, Ken Suoja, or Sue Merwin at any visits?
19    A.  You know, I -- I would not -- I don't
20  remember that.  I -- I certainly -- I can remember
21  because I documented talking to he and his wife, but I
22  don't remember the surgical visits or the days in the
23  pa -- you know, at the hospital.  I don't remember if
24  they were by or not.  I -- I simply can't remember
25  that.

Page 39

1    Q.  When did Mr. Suoja pass?
2    A.  He passed on -- in late December.
3    Q.  When were you first contacted about this
4  lawsuit?
5    A.  I was first contacted about this in late
6  October of this year.
7    Q.  Who contacted you?
8    A.  I got a packet of information from Mr. McCoy.
9    Q.  What was the packet of information?
10    A.  It was a letter and it was a -- a copy of the
11  records.
12    Q.  Do you still have the -- letter and copy
13  of the records?
14    A.  Yes.
15    Q.  What did the letter say?
16    A.  Do you want me to read it?
17    Q.  Oh.  You have it here today?
18    A.  Yes.
19      MR. WATSON:  Could we mark as Exhibit 3
20  the -- the letter?
21      (Dr. Wiig Exhibit 3 was marked for
22  identification.)
23      THE REPORTER:  Exhibit 3 has been
24  marked.
25  BY WATSON:

Page 40

1    Q.  Doctor, what's Exhibit 3?
2    A.  What's Exhibit 3?
3    Q.  Yeah.  What is that document?
4    A.  It's a letter.
5    Q.  And since I'm not there in person, I'm sorry
6  that this is a bit awkward, but what does the -- the
7  letter say?
8    A.  Do you want me to read it?
9    Q.  Could you, please, Doctor?
10   A.  Says, "Dear Dr. Wiig:  My law firm represents
11  your former patient Oswald Suoja, in a lawsuit
12  regarding Mr. Suoja's asbestos exposure and
13  mesothelioma.  The lawsuit is against the
14  manufacturers and suppliers of asbestos products.  The
15  trial begins on November 30th, 2015, in Madison, WI.
16  We would like to set up a brief phone call or meeting
17  with you to discuss Mr. Suoja's care and treatment
18  within the next 7 days.  A medical authorization is
19  enclosed.  A copy of the records received from your
20  office are also enclosed.  My firm will pay your
21  normal charges for lawsuit consulting.
22       "Thank you for your valuable time.
23       "Yours truly," so on.
24       MR. McCOY:  Brian, for the record,
25  that's in the e-mail that I sent you -- that I sent to

Page 41

1  Ed a few days before today, Ed Casmere, your
2  co-counsel.
3    Q.  Doctor, were the records that were marked as
4  Exhibit 2 the same records that were sent to you under
5  this October letter?
6    A.  Yes, by and large.  There were a few
7  additional ones in Exhibit 2 that weren't in the
8  original packet.
9    Q.  Do you still have the original packet?
10   A.  Yes.
11   Q.  Doctor, I think you know where I'm going with
12  this, but could -- could we mark as Exhibit 4 a copy
13  of the records that were received?
14       (Wiig Exhibit 4 was marked for
15  identification.)
16       THE REPORTER:  Exhibit 4 has been
17  marked.
18  BY MR. WATSON:
19   Q.  And -- and just so we're sure, Doctor,
20  Exhibit 4 is a copy of the records that were sent to
21  you from Robert McCoy on October 2015 with the letter
22  that was marked as Exhibit 3?
23   A.  That's correct.
24   Q.  In the -- in the letter, it talks about a
25  brief phone call.  Did you have a brief phone call?

Page 42

1    A.  Yes.
2    Q.  When was the brief phone call?
3    A.  Oh, lord.  (Pause.)  I'm looking at my
4  calendar.  (Pause.)  Well....  (Pause.)  It was on
5  November 11th.
6    Q.  Did you have any other conversations with the
7  plaintiff's counsel other than November 11th, Doctor?
8    A.  No.
9    Q.  Did you receive any written communication
10  other than the -- the letter that's from
11  October 2015 -- 2015 marked as Exhibit 3?
12   A.  Just the packet that I've been working off of
13  today.
14   Q.  And you received that for the first time
15  today?
16   A.  Yes.
17       MR. McCOY:  Brian, for the record,
18  the -- the e-mail I sent to Ed Casmere, again, your --
19  your co-counsel, has both the sets of records.
20  That -- one is the Exhibit 2 and one is the Exhibit 4,
21  and -- and -- both of them, along with the cover
22  letter to Dr. Wiig, so you -- you guys have had it
23  since that was sent on November 20th, all of the
24  information that Dr. Wiig has gotten from our office.
25  Go ahead.

Page 43

1  BY MR. WATSON:
2    Q.  Doctor, the letter also says you'll pay for
3  normal charges of lawsuit consulting.  Have you been
4  paid for today?
5    A.  I don't even know.
6    Q.  Have yet to be paid for today?
7    A.  I don't even know.  It goes through a -- a
8  corporate office here.
9    Q.  Got it.  So you haven't been asked or
10  received any individual compensation for your
11  consulting and testimony here today, have you?
12   A.  No.  I have a form that I fill out
13  corporately that I'm -- that I have in front of me
14  that I would fill out for time committed to this, but
15  that's it.
16   Q.  Doctor, when was the last time that you
17  looked at the records that were sent from Mr. McCoy in
18  October?
19   A.  Oh, I suppose earlier this morning.
20   Q.  And before this morning and the -- and the
21  records that were received in October 2015, when was
22  the last time that you saw any records related to
23  Mr. Suoja?
24   A.  Well, I'd have to say it was 1996.
25   Q.  What did Mr. Suoja look like in 1996?

Page 44

1    A. Do you want an accurate description?

2    Q. Yes, please.

3    A. I can't give it to you.

4    Q. What did Delores Suoja look like back in

5  1996?

6    A. I can't give that to you either.

7    Q. Were you Mr. Suoja's oncologist?

8    A. No.

9    Q. Were you Mr. Suoja's primary care physician?

10   A. No.

11   Q. Were you the pathologist for Mr. Suoja?

12   A. No.

13   Q. Were you the radiologist for Mr. Suoja?

14   A. Nope.

15   Q. Were you the doctor that performed the

16  laparoscopy for Mr. Suoja?

17   A. Yes.

18   Q. And you performed that in your role as a --

19   A. General surgeon.

20   Q. General surgeon at which hospital?

21   A. St. Mary's.  St. Mary's Medical Center.

22   Q. Besides -- besides the role -- the treatment

23  and the surgery, had you....

24   A. Was there something -- was there a question

25  there?

Page 45

1    Q. Sure.  Before the surgery and the treatment

2  of Mr. Suoja, had you ever seen him before?

3    A. No.

4    Q. What was the first date that you ever saw

5  Mr. Suoja?

6    A. The date of my original consult, which was

7  October 31st, 1996.

8    Q. Do you have any records of Mr. Suoja's

9  lifestyle and medical treatment besides the ones that

10  are marked as Exhibit 2 and the ones that are marked

11  as Exhibit 4?

12   A. No.

13   Q. Did you select the documents that are marked

14  as Exhibit 2 and Exhibit 4 for today?

15   A. No.

16   Q. Who did?

17   A. Mr. McCoy, I suspect.

18   Q. Do you have the complete records for

19  Mr. Suoja for your testimony today?

20   A. I have the complete records pursuant to my

21  intervention -- my -- my intervention with him, yes.

22   Q. You feel you have the complete records for

23  that in your testimony today?

24   A. Related to this episode of care, yes.

25   Q. I'm going to step through the records then a

Page 46

1  little bit, but are you an expert in pathology?

2    A. No.

3    Q. Are you an expert in radiology?

4    A. No.

5    Q. Are you an expert in epidemiology?

6    A. No.

7    Q. Are you an expert in oncology?

8    A. No.

9    Q. Are you an expert in asbestos-related

10  diseases?

11   A. No.

12   Q. Do you keep current on medical or scientific

13  literature on asbestos-related diseases?

14   A. No.

15   Q. Do you recognize that there are doctors and

16  experts in asbestos-related diseases?

17   A. Yes.

18   Q. Would you obtain their books if you needed

19  answers about asbestos-related diseases?

20   A. Yes.

21   Q. Would you defer to the opinions of experts in

22  asbestos-related diseases for this case?

23   A. Yes.

24   Q. Doctor, what percentage of peritoneal

25  mesotheliomas are not asbestos-related?

Page 47

1    A. I can't answer that to a definitive degree.

2  I do know that peritoneal mesotheliomas are a very

3  small fraction of mesotheliomas as a whole and that

4  even though it's still rare, that a goodly number of

5  peritoneal mesotheliomas are related to asbestos

6  exposure and that no one has figured out how the

7  asbestos transmigrates from the usual routes of

8  airborne asbestos exposure to the peritoneal cavity.

9    Q. Do you have an opinion about how asbestos is

10  ingested and then gets to the peritoneal --

11   A. No.  That's just what I was talking about:

12  people have surmised about diaphragmatic

13  transmigration, people have talked about ingestion

14  through water sources and mucosal transmigration

15  through the bowel -- or through the bowel wall, but to

16  this date, to my knowledge, no one has actually

17  definitively proven what the -- what the actual route

18  of -- of that contamination is.

19   Q. Doctor, do you have an opinion about the dose

20  of asbestos exposure required to attribute cancer to

21  asbestos?

22   A. No.

23   Q. Do you have any information about the dose of

24  exposure that Mr. Suoja experienced?

25   A. Nope.

Page 48

1    Q.  Do you have any information about the dose of
2  exposure that Mr. Suoja experienced from any
3  particular product?
4    A.  Nope.
5    Q.  Are you aware of the different fiber types of
6  asbestos?
7    A.  Vaguely.
8    Q.  What are you aware of?
9    A.  Short and long.  That's about as far as it
10  goes.
11    Q.  Are you aware that there's different potency
12  related with short and long asbestos fibers?
13    A.  Yes, vaguely, but that's -- I -- I can't give
14  you any further information than that.
15    Q.  Okay.  Did you evaluate the pathology from
16  Mr. Suoja?
17    A.  Myself?  In terms of --
18    Q.  Correct.
19    A.  -- looking at the slides?
20    Q.  Yes.
21    A.  I didn't actually look at the slides myself.
22  My evaluation consisted of personally discussing it
23  with Dr. Henke, the pathologist, and conferring with
24  him in person.
25    Q.  If I understand it right, you -- you sent the

Page 49

1  pathology to Dr. Henke?
2    A.  That's correct.
3    Q.  And Dr. Henke reviewed the pathology and
4  performed staining in order to come to a diagnosis?
5    A.  Yes.  Our -- because of the proximity of --
6  of our hospital facility to the intense mining
7  operations in northern Minnesota, we have a pretty
8  intense biopsy and screening program up here with our
9  pulmonology department, and so our pathology
10  department does a lot of the reference lab reading for
11  those programs, and so they -- they've developed a lot
12  of the -- or they maintain a very high degree of
13  expertise in reading these slides and maintaining the
14  special stains necessary for reading those.
15    Q.  And you referenced the mining up in -- in
16  Minnesota.  Are there individuals that are exposed to
17  tailings that develop cancer?
18    A.  Well, again, as you've already pointed out so
19  succinctly, I'm not an expert in all of that, but the
20  screening programs have -- are trying to maintain
21  close observation on all those miners, yes.
22    Q.  Yeah.  And there are individuals at the
23  hospital that do that screening.  Is that right?
24    A.  That's my understanding.
25    Q.  And not to be condescending at all, Doctor --

Page 50

1  I know you've gone through a terrific amount of
2  training -- but those are others -- those are doctors
3  other than you.
4    A.  That --
5    Q.  Is that fair to say?
6    A.  That's correct.
7    Q.  Are you aware of the diagnostic criteria for
8  mesothelioma?
9    A.  No.
10    Q.  Are you familiar with the literature about
11  other causes than asbestos for mesothelioma?
12    A.  Nope.
13    Q.  Are you familiar with the literature about
14  radiation causing mesothelioma?
15    A.  No.
16    Q.  Are you familiar with the literature about
17  SV40 vaccine causing mesothelioma?
18    A.  No.
19    Q.  Are you familiar with genetic or BAP1
20  mutations causing mesothelioma?
21    A.  No.
22    Q.  What percentage of mesotheliomas are
23  idiopathic, Doctor?
24    A.  I don't know that.
25    Q.  What percentage of the general population in

Page 51

1  the United States die of cancer each year?
2    A.  I can't give you that exact statistic.
3    Q.  Would you agree that genetics plays a role in
4  who develops cancer and who does not?
5    A.  Yes, it can.  Doesn't always, but it can.
6    Q.  Do you agree that there are people that are
7  exposed to asbestos that never develop mesothelioma?
8    A.  Yes, I think that's a fair statement.
9    Q.  Do you agree that everyone living in modern
10  areas have asbestos fibers in their lungs?
11    A.  Everyone?  Say that again.
12    Q.  Do you agree that everyone living in modern
13  urban areas have asbestos fibers in their lungs?
14    A.  I'm not sure I agree with that, but that's a
15  matter of your opinion to mine.
16    Q.  What percentage of people in modern areas
17  have asbestos fiber in their lungs?
18    A.  That I couldn't tell you.
19    Q.  Do you agree that mesothelioma is a
20  dose-related disease?
21    A.  Yeah, I think that's probably true.
22    Q.  And what do you mean by a dose relationship?
23    A.  Higher the exposure, the more likely, I
24  suspect.
25    Q.  Was there any part of your treatment of

Page 52

1  Mr. Suoja that required you to determine the cause of
2  his mesothelioma?
3      A. No.
4      Q. Can you identify which fibers that Mr. Suoja
5  ingested actually caused his mesothelioma?
6      A. No.
7      Q. Do you agree that mesothelioma is a diff --
8  difficult diagnosis to make?
9      A. Yes.
10     Q. Do you have the qualifications to make that
11 diagnosis?
12     A. I did have.
13         MR. McCOY: Let me -- Doctor, I have an
14 objection to that question to form and foundation.
15 You can go ahead and answer.
16     A. I did have.
17     Q. Could you explain what you mean by that? Did
18 you have qualifications?
19     A. Well, I don't have surgical privileges at the
20 hospital anymore. Because of the length of time that
21 I've been involved in healthcare administration, I
22 don't actively operate anymore and haven't for four
23 years, so that's what I mean.
24     Q. So if I understand your testimony, you
25 believe that you have the qualifications to look at

Page 53

1  pathology and make a determination of -- of
2  mesothelioma diagnosis?
3      A. No. That's not how I took your question.
4      Q. Oh. Okay. I'm sorry. Let me back up. You
5  agree that mesothelioma is a difficult diagnosis to
6  make. Right?
7      A. Clinically or pathologically?
8      Q. Pathologically.
9      A. I can't comment on that. I -- I can comment
10 on clinically.
11     Q. Well, do you need a pathologic finding of
12 mesothelioma in order to diagnose mesothelioma
13 clinically?
14     A. No.
15     Q. You can diagnose mesothelioma without a
16 pathological determination?
17     A. No. I think you're getting off the track
18 here, at least from my perspective. Mesothelioma,
19 from my perspective as a surgical clinician, is hard
20 to diagnose clinically. That's the statement that
21 I'll make. I can't go beyond that.
22     Q. In -- in order to diagnose mesothelioma as a
23 clinical surgeon, would you need a pathological
24 finding?
25     A. Yes.

Page 54

1      Q. Doctor, do you have the qualifications to
2  make a pathological finding of mesothelioma?
3      A. No.
4      Q. In other words, histochemical staining is
5  required by somebody else to make a diagnosis of
6  mesothelioma?
7      A. Yes.
8      Q. Doctor, do you agree that cancers are
9  monoclonal?
10     A. I'm not sure that's -- it can be pure -- as
11 purely stated as that. I --
12     Q. Do you believe that?
13     A. I just -- it's too complex.
14     Q. Do you believe that cancers begin in a single
15 cell?
16     A. Well, again, if you believe in a theory that
17 says one cell mutates and isn't surveyed
18 immunologically and then divides to two and then to
19 four and then to eight, then I guess you'd say it's
20 monoclonal, but -- so they can be monoclonal. I guess
21 that's --
22     Q. What's your opinion, Doctor, of whether
23 they're monoclonal?
24     A. I guess you could say it's monoclonal.
25     Q. How many mutations are required in order for

Page 55

1  a cancer to control -- or to grow uncontrollably?
2      A. Oh, millions upon millions.
3      Q. In other words, it -- it takes a series
4  of and millions of mutations for cells to actually
5  develop into an uncontrolled cancer. Is that fair,
6  Doctor?
7      A. Yes.
8      Q. Would you agree that there are many mutations
9  that occur within people that don't develop into
10 cancer?
11     A. Yes.
12     Q. If an individual is exposed to asbestos and
13 asbestos causes a mutation in the cell, is it possible
14 that the exposure that that person sustained doesn't
15 cause cancer?
16     A. Yes.
17     Q. In other words, each exposure we have isn't a
18 cause of cancer when we're exposed to mesothelioma --
19 or to asbestos, is it?
20     A. Well, whatever the stimuli or exposure is, no
21 matter what type you're talking about, it has the
22 potential for resulting in a cancer-causing mutation
23 or -- or not.
24     Q. And there are exposures that result in
25 cancer-causing mutations that don't actually develop

Page 56

1 into uncontrolled growth. Is that fair, Doctor?
2     A. Yes.
3     Q. We're exposed to a lot of cancer-causing
4 agents, all of us, that don't develop into cancer. Is
5 that right?
6     A. Yes.
7     Q. For example, we're all exposed to UV light
8 which can damage our skin cells, but not everyone
9 develops skin cancer?
10     A. Correct.
11     Q. There are individuals that are cigarette
12 smokers which damage their lung cells, but not
13 everyone who smokes or is exposed to smoke develops
14 lung cancer. Is that true?
15     A. That's true, but don't take your chances.
16     Q. And there is exposure to mesothelial cells by
17 asbestos that doesn't lead to mesothelioma cancer. Is
18 that true?
19     A. Yes, but I'd say the same thing: do you want
20 to drink the water for ten years?
21     Q. I'm just getting at, Doctor, the difference
22 between causation and -- and -- and risk, and if I
23 hear you right, you're saying better to keep exposures
24 to cancer-causing agents lower, but not necessarily
25 will each of those exposures cause cancer?

Page 57

1     A. Correct.
2     Q. For example, each exposure to asbestos
3 doesn't cause mesothelioma.
4     A. For example? Yes.
5     Q. Right. And your cumulative exposure to
6 asbestos doesn't cause mesothelioma?
7     A. That's too -- that's too all-encompassing a
8 statement. It may not cause mesothelioma.
9     Q. Well, there are part -- there are some
10 exposures that are part of your cumulative exposure to
11 asbestos that don't cause mesothelioma. Is that true?
12     A. Yeah.
13     Q. So the total cumulative exposure that an
14 individual has isn't the cause of their mesothelioma.
15 Right?
16     A. That's fair.
17     Q. There are particular exposures and particular
18 fibers that create enough mutations that result in
19 uncontrolled growth and a mesothelioma cancer. Is
20 that right?
21     A. That's fair.
22     Q. Doctor, I want to turn to -- well, let me ask
23 you: would you defer the causation opinion of
24 Mr. Suoja's mesothelioma to the experts in
25 asbestos-related diseases and mesothelioma?

Page 58

1     A. Yes.
2     Q. I want to turn the -- to the medical records.
3 I hope you have some of these, but if not, Doctor,
4 just let me know that Mr. McCoy didn't provide them in
5 your packet.
6         Doctor, on the records that you have, do you
7 have Suoja Medical 128, which is a handwritten
8 clinical note?
9     A. Is it in the packet from today? Yes.
10 (Pause.) I have 129. I don't see 128. (Pause.) No.
11 I don't have it.
12     Q. Okay. So I apologize for asking this
13 question. It's potentially unfair to you, Doctor, but
14 is it true that Mr. McCoy didn't provide you with
15 medical record 128?
16     A. Correct.
17     Q. Do you have medical record 129?
18     A. Yes.
19     Q. Do you see on December 17th, 1996, a
20 handwritten note?
21     A. Well, I see a couple of them. Oh.
22     Q. Under December 17th, 1996, do you see a
23 handwritten note by --
24     A. Dr. Slag.
25     Q. Dr. Slag?

Page 59

1     A. Yes.
2     Q. And what does Dr. Slag say in the fourth
3 line?
4     A. "He denies any pain now."
5     Q. And who do you attribute the "he" to?
6     A. I presume he's talking about the patient,
7 Mr. Suoja.
8     Q. Do you have Suoja Medical 130?
9     A. Yes.
10     Q. Do you see an entry that's handwritten at the
11 bottom of Suoja 130?
12     A. Yes.
13     Q. Whose entry is that?
14     A. That's a social service note.
15     Q. And who's -- who's the social service note
16 by?
17     A. It looks like it's a master of social work,
18 Gaye or Faye Held.
19     Q. And -- and generally, Doctor, so we
20 understand, what -- what's a social service note?
21     A. It's a social worker who gets involved.
22 Maybe it's Joyce. She writes a note at the top, too,
23 on the -- on the previous day. So maybe -- so they
24 get involved particularly with patients who have
25 issues around needs for, for instance, services at

Page 60

1   home, support services or medical device services at
2   home, things like that. And in this case, as
3   Mr. Suoja was -- and his wife were facing the need for
4   home hospice, they were -- they would definitely be
5   needing the services of a social worker at home to
6   help coordinate that.
7        Q. And the hospital has social service providers
8   on staff to provide those needs?
9        A. Yes.
10       Q. What does the note on -- if you can read it,
11   Doctor -- 12/18/1996, bottom of 130, say?
12       A. Met with Delores and son-in-law. Oh. Son
13   and daughter-in-law. They would like patient to
14   remain inpatient hospice. Son and daughter-in-law
15   feel Delores is not able to provide care for patient
16   at home. Will follow.
17       Q. Who was the son and daughter-in-law?
18       A. I don't know that. At this point, I wasn't
19   actually directly involved in Mr. Suoja's care. This
20   was the --
21       Q. Do you --
22       A. -- hospitalization subsequent to the surgical
23   procedure, so....
24       Q. Do you ever remember meeting a son during any
25   of the visits?

Page 61

1        A. Well, you already asked that, and no, I -- I
2   don't remember that, but again, you know, during
3   rounding and during all periods of the day when a
4   family may visit, I -- I wasn't at the bedside, you
5   know, 12 hours a day, so they could have been there
6   and I wouldn't know it.
7        Q. Did -- did you ever talk with any son or
8   daughter of Oswald Suoja about his surgery?
9        A. Well, I don't recall that, but then I don't
10   recall talking to the wife separate from the husband
11   either. It was 19 years ago.
12       Q. Would you have made a note as part of your
13   practice if you had spoken with a son or a daughter --
14       A. Not --
15       Q. -- as part of a consult?
16       A. Not unless it involved the transmission of
17   very salient or descriptive information.
18       Q. Do you have any notes in your records that
19   show the transmission of such information --
20       A. Not that I --
21       Q. -- to you from any son or daughters of Oswald
22   Suoja?
23       A. Not that I'm aware of, no.
24       Q. And of the records that Mr. McCoy provided
25   and we've gone through today, you -- you didn't see

Page 62

1   any of those references, did you?
2        A. No.
3        Q. Do you have Suoja Medical 131 in front of
4   you?
5        A. Yes.
6        Q. And, Doctor, if you need to take a break,
7   I -- I understand; I just want to make sure that there
8   is a complete review of the records since Mr. McCoy
9   sent you some of them and went through some of them.
10       But on Suoja Medical 131, do you see an entry
11   that's dated December 19th, 1996?
12       A. Yes.
13       Q. Who's the entry written by?
14       A. Again, Dr. Slag, the patient's
15   endocrinologist and usual care gi -- care provider.
16       Q. What's an endocrinologist?
17       A. A specialist in internal medicine that
18   focuses on care of patients with endocrine diseases,
19   so things like diabetes, thyroid, pancreatic issues,
20   and -- and so on. Adrenal issues.
21       Q. Would Dr. Slag have been a doctor responsible
22   for the treatment of Mr. Suoja's diabetes?
23       A. Yes.
24       Q. Are you familiar with Dr. Slag's handwriting?
25       A. Yes.

Page 63

1        Q. Is it possible to -- to read for me the
2   statement by Dr. Slag that is -- begins -- or appears
3   to begin with a D?
4        A. So which line?
5        Q. Seven lines down.
6        A. "Discussed his wishes, home versus nursing
7   home, and he had no preference. He thought his wife
8   could care for him. I spoke with her yesterday and
9   she was willing to consider having him at home but
10   didn't see why he couldn't stay here as long as was
11   needed until death occurred.
12       "Assessment: Diabetes, bowel obstruction,
13   abdominal mesothelioma.
14       "Plan: Continue with current therapy,
15   arrange home care versus nursing home."
16       Q. And why would Dr. Slag be having this consult
17   with Delores as opposed to another doctor at the
18   hospital?
19       A. Oh, well, at that point, there weren't
20   necessarily very formal -- you know, 19 years ago,
21   there weren't necessarily very formal delineations of
22   palliative and hospice physician lines, and so
23   oftentimes primary care providers took on that role,
24   using the hospice care agency's staff to -- to help
25   with that process, but they would continue the

Page 64

1 physician role themselves.
2 Q. How many total doctors were there in the
3 hospital at this time in 1996?
4 A. Oh, I'm going to say probably between 175 and
5 250.
6 Q. In 1996, what did the hospital go by?
7 A. St. Mary's Medical Center, and the clinic
8 practice was the Duluth Clinic.
9 Q. Do you have the Suoja Medical 132, Doctor?
10 A. I do.
11 Q. And at the top of Suoja Medical 132, does it
12 appear like it's another social service entry?
13 A. Yes.
14 Q. Do you recognize the signature or the
15 handwriting?
16 A. It looks like Alyce Heid [sic].
17 Q. What -- what role did Alyce Heid play at the
18 hospital?
19 A. Well, she must have been a social worker at
20 the time, so I --
21 Q. And you talked about --
22 A. She doesn't give her actual credentials at
23 the end of her note, but....
24 Q. Okay. And you talked about the hospital's
25 provision of social service before. Right, Doctor?

Page 65

1 A. Yes.
2 Q. I won't make you discuss that again, but
3 could you at least read for us the entry on
4 December 19th, 1996, that Ms. Heid provided?
5 A. Social service met with Delores and J.
6 McDowell, RN, to discuss plans. Delores would like to
7 take patient home and it has been -- it has been
8 complicated because Delores son Darrold and Marcia,
9 daughter-in-law, have been angry about need to
10 discharge -- to do discharge planning. Patient and
11 spouse have a history of conflict. Delores thought
12 patient could stay here to die. Family conference
13 scheduled for 1300 on 12/20. Delores, Darrold,
14 Marcia, and patient's sister, Jan McNa -- McNewell
15 [sic], RN, and C. Hendrickson, RN, and home care will
16 be -- will -- will participate in that home care -- or
17 that family conference on Monday. Maybe home -- and
18 then may be home on Monday.
19 Q. Who was McDowell, RN?
20 A. She -- both of those nurses mentioned must be
21 RNs on the -- on hospice floor.
22 Q. And Hendrickson? Who is Hendrickson?
23 A. She is again an RN.
24 Q. And then it says --
25 A. Cindy Hendrickson.

Page 66

1 Q. And it says MSW. I take that to mean master
2 of social work?
3 A. Yeah. And so another social worker will take
4 part in the discussion in that care conference.
5 Q. And, Doctor, you don't have -- looking back
6 through my notes here, but you don't have Suoja
7 Medical 128 that --
8 A. That's correct.
9 Q. -- that talks about that kids are distant.
10 Is that true?
11 A. No, I don't have that.
12 Q. And you don't have the entry that says the --
13 Delores has contacted his union and will need records
14 for lawyers, do you?
15 A. Nope.
16 Q. Doctor, did you take a history at any point
17 or see a history at any point of Mr. Suoja?
18 A. Only as it exists in the chart now, as it's
19 evident in the records.
20 Q. Okay. (Pause.) Do you have the November 5,
21 1996 encounter record with Martins, RN, which is the
22 endocrinologist, or under the endocrinology
23 department?
24 A. November 5th?
25 Q. November 5th. I have -- I have one that's

Page 67

1 marked as 50 -- Medical 54, Doctor.
2 A. Well, what I have here is Suoja Medical 237
3 and it's under -- it's Janet Cismoski and it's
4 November 5th, 1996.
5 Q. Okay. Let's work from -- from that, Doctor.
6 Sorry. Looks like there are maybe different records
7 in different parts of the --
8 A. They may have been scanned differently or
9 something.
10 Q. -- system. Got it. Okay. So let's turn to
11 Suoja Medical 237, and I think you've already talked
12 about this, but Mr. Suoja presents because he's
13 feeling bloated. Is that right?
14 A. Yep.
15 Q. And at the bottom of the reason for the
16 visit, there's a notation that talks about Mr. Suoja's
17 diabetes. Do you see it?
18 A. The reason for visit?
19 Q. So there's a history of present illness?
20 A. Yes.
21 Q. And there's a full paragraph there?
22 A. Yep.
23 Q. And then the next paragraph starts with
24 "Patient states that besides this, he is feeling well.
25 He has occasional dizziness when he bends over and

Thomas Wiig, M.D.

Page 68

1    stands up too quickly, but this has been" --
2        A.  Yep.  Yep.
3        Q.  -- present for the past several weeks"?
4        A.  Yep.
5        Q.  "He checks his blood sugar twice a day and
6    they range between 96 to 270."  What does that mean,
7    Doctor?
8        A.  So he does his blood pressure checks -- or
9    excuse me -- his blood sugar checks and runs them with
10   the -- his little blood sugar device, and he is
11   assessing those to assess whether or not his -- his
12   insulin is satisfactory.
13       Q.  What -- what do the numbers 96 to 270 mean?
14       A.  Well, it means that they're running wildly
15   out of the -- you know, they're not being tightly
16   managed.  They're -- they're varying to -- with wide
17   swings, so he's not managing them very tightly.  So
18   because he can't see, his wife is drawing up the
19   insulin.  As -- as it says there, he can't read the
20   fine print on his insulin syringes, and so she is
21   drawing up his insulin and they're mixing fast-acting
22   and a -- and an intermediate-acting insulin to try and
23   cover his immediate needs and then his slow -- slow
24   needs over time.
25       Q.  What happens when insulin levels or the blood

Page 69

1    sugar levels vary wildly?
2        A.  Well, that adds to complications of diabetes
3    and, you know, it makes -- it makes those
4    complications much more likely, but -- but it takes
5    long -- a long period of time for those kinds of
6    swings to result in complications developing.
7        Q.  And -- and, Doctor, just so I have an
8    understanding, what -- what do you mean by a
9    complication or complications?
10       A.  Well, he already had the complications that
11   had developed over a long time, so it means that his
12   eyes had suffered the ravages of retinopathy, or the
13   small vessel problems, and if it -- if it -- obviously
14   that doesn't just happen very quickly.  It takes a
15   long time for those accrued issues of diabetes to --
16   to result in those kinds of complications, and the
17   same is true for -- for other complications.  You can
18   minimize the risk of developing complications if you
19   keep your blood sugar tightly controlled.
20       Q.  Mr. Suoja developed blindness because of his
21   diabetes?
22       A.  Yes.
23       Q.  Any other complications that you saw
24   resulting from Mr. Suoja's diabetes?
25       A.  No, no -- not that were obvious.

Page 70

1        Q.  And you see the -- the note here that
2    Mr. Suoja continues to be frustrated by his dependency
3    on his wife due to his blind --
4        A.  Yes.
5        Q.  -- blindness, his appetite is good?
6        A.  Yes.
7        Q.  Is that true?
8        A.  Yes.
9        Q.  And then we're going to draw to the family
10   history section, and what does the family history
11   section tell us about Mr. Suoja?
12       A.  Father died at age 68 with a myocardial
13   infarction and asthma.  Mother died with hypertension
14   and a stroke.  He had eight siblings.  One child died
15   of burns, one died of diptheria, one brother had
16   pancreatic cancer, one sister had arthritis, and a
17   brother died at a young age of uncertain causes.  One
18   brother is alive with some cerebrovascular disease
19   and -- and an MI.
20       Q.  You mentioned MI, or myo --
21       A.  Myocardial infarction.
22       Q.  Myocardial infarction.  Is that a heart
23   attack?
24       A.  Yes.
25       Q.  What's hypertension?

Page 71

1        A.  High blood pressure.
2        Q.  And what's diptheria?
3        A.  Diptheria is a contagious disease that --
4    that used to ravage populations, particularly of the
5    young, but -- but it's one of those childhood
6    vaccinations that we get, you know, a DPT shot, so
7    it's almost out of existence here in the western
8    countries now, but it's still -- you know, as you can
9    see here, it killed one of their children, and -- and
10   so it still is terrible if you don't take -- prevent
11   it.
12       Q.  The -- it notes the brother had pancreatic
13   cancer, which I take to mean cancer of the pancreas.
14   Do you know the cause of pancreatic cancer?
15       A.  Well, there are -- there have been many.
16   There have been many things that have been associated
17   with the development of pancreatic cancer, all the way
18   from issues of smoking and chewing tobacco to alcohol
19   ingestion and those kinds of things, so you name it,
20   at one time or another it's been associated with --
21   possibly related to pancreatic cancer, so it's a
22   bad -- it's also a bad disease.  I -- I think, you
23   know, it -- as you saw here.  As you pointed out
24   yourself here on Mr. Suoja's past history here, he
25   says he continued -- his appetite is good here on

Page 72

1  November 5th -- on November 5th, and on December 13th,
2  he was admitted with a complete bowel obstruction, so,
3  you know, that's five weeks.
4      Q.  The brother is alive with -- with -- I think
5  it says cerebrovascular disease?
6      A.  Yeah.  So he has some evidence of probably --
7  whether he had a mild stroke or a TIA or something,
8  he's got some kind of evidence that indicated that he
9  has arterial sclerotic disease of the vessels leading
10  to his brain.
11      Q.  What's significant about -- both taking this
12  family history of Mr. Suoja and what you understand
13  would be pertinent to Mr. Suoja's own health?
14      A.  Well, you know, Mr. Suoja himself is on some
15  hydrochlorothiazide, so he's got a little touch of
16  hypertension, although it hasn't been terribly out of
17  control based on his blood pressure readings, and
18  interestingly, none of his other relatives, siblings,
19  or -- or children have been noted to -- in the family
20  history to have diabetes, so he's the only one, so
21  there isn't a family history here of diabetes, so
22  it's -- it's not a -- yet at this point a Type 1
23  diabetes issue, or a -- or a family -- familial
24  diabetes.  He does clearly have Type 1 now at this
25  point, but not familial.  And -- and so he's just been

Page 73

1  one that developed the diabetes -- the one in the
2  family that's developed the diabetes.
3      Q.  What's the difference between the Type 1
4  and -- and familial or, I would take, Type 2 diabetes?
5      A.  Well, Type 2 is acquired, so typically the --
6  the -- the patient who has developed secondary obesity
7  and then, because of that, developed insulin
8  resistance and now needs to have an exogenous source
9  or an outside source of insulin because their own
10  pancreas -- pancreatic insulin has just become
11  insufficient to handle their body's needs.
12      Type 1 diabetes is a primary malfunction of
13  the pancreas itself.  So Type 2 is kind of acquired
14  and Type 1 is -- is a primary.  So you're -- the
15  children that develop diabetes, childhood diabetes,
16  would all be Type 1, and so on.
17      Q.  And you -- and you see below under physical
18  examination, the weight was 185 for Mr. Suoja.  How
19  would you characterize that weight?
20      A.  Oh, I think that's a very reasonable weight
21  and it's -- somewhere else it had been stated that
22  that was pretty much unchanged, I think.
23      Q.  Would a weight of 185 have any impact on --
24  on diabetes or whether it's Type 1 or Type 2?
25      A.  No.  That's pretty optimal weight, I would

Page 74

1  think.  I mean, probably not if he was 4 foot 5, but,
2  you know, he's -- he's -- nowhere is he described in
3  any of these as being alert -- or I mean obese.
4      Q.  And what does the note tell us about the
5  social history for Mr. Suoja?
6      A.  He's married with four children who are in
7  good health.  It does say that he and his wife
8  frequently argue during the exam and he reports that
9  she gets angry with him easily.  If I -- if I had a
10  dime for every family that I saw that way in the
11  office over my years of practice, I -- I wouldn't have
12  had to do any charging for my surgeries, I don't
13  think.
14      (Laughter.)
15      Q.  Under assessment, it lists one -- a number of
16  items, but I want to make sure that I have an
17  understanding of -- of the assessment.  Number 1,
18  chronic diarrhea with upper quadrant pain.  You talked
19  about that before.  Is that right?
20      A.  Yes.  Yes.
21      Q.  Number 2 is diabetes, Type 1, and you've
22  talked about that before.  Right?
23      A.  Yeah.  Yep.
24      Q.  What's mild anemia?
25      A.  So he has just a slight -- slightly low

Page 75

1  hemoglobin at 12.7, and I think as you saw in the
2  physical exam, he's described as looking a bit pale.
3  So, you know, it's not terribly abnormal sometimes in
4  the elderly to see a slight anemia.  Maybe they aren't
5  eating quite right, maybe they aren't taking enough
6  iron, you know, maybe -- maybe in a guy this age,
7  maybe with some digestive complaints, maybe there's a
8  colon cancer with -- with low -- with a little chronic
9  blood loss from that colon cancer.  There's a number
10  of things you got to think of in the elderly with a
11  low hemoglobin, so that's why it's put in there in the
12  assessment:  to chase -- chase down.  And that's
13  another reason why they included a colonoscopy in the
14  workup.
15      Q.  And what's a common term or layperson's term
16  for anemia?
17      A.  Well, gosh.  I -- hm.
18      Q.  Or would you just say someone's feeling
19  anemic?
20      A.  Yeah.  Yeah.  I guess -- you know, they're
21  pale, they're a little ashen looking, they're --
22  they're -- you know, they're just not up to snuff.
23  They're looking anemic.  Yeah.
24      Q.  And the next note is di -- diabetic
25  retinopathy?

Page 76

1    A. Retinopathy.
2    Q. Retinopathy?
3    A. M-hm.
4    Q. Legally blind?
5    A. M-hm.
6    Q. And you've talked about that before?
7    A. M-hm.
8    Q. That Mr. Suoja was blind?
9    A. M-hm.
10   Q. It was caused by diabetes?
11   A. M-hm. Yep.
12   Q. The next is -- or what is number five?
13   A. Primary hypogonadism. So it's what we're all
14   seeing all over the -- all over the advertising media
15   today as low T, so it's -- it would be the elderly
16   male who's got low testosterone, so it would be
17   testicles that are a little undersized normal for
18   that -- a male that age. Not unusual in the elderly,
19   particularly in a male who's diabetic and -- and got a
20   little chronic illness like that.
21   Q. What -- what would be secondary of -- of that
22   history? Or what -- what -- what might somebody
23   experience in their day-to-day life?
24   A. You know, a loss of energy, a little bit -- a
25   loss of -- perhaps some mild depression, a little

Page 77

1    reduced physical capacity, weak -- some mild weakness.
2    Q. What's number six in the assessment, Doctor?
3    A. Primary hypothyroidism, so a low thyroid
4    hormone level coming from the thyroid gland in the
5    neck, and that's -- under treatment, he's on thyroid
6    medication, so that's fully replaced by thyroid
7    medication.
8    Q. What thyroid medication is he -- is he
9    taking?
10   A. He's on Synthroid at a dose of 125 micrograms
11   daily, so a -- that's a pretty common adult dose and
12   it's -- it's a pretty common condition, really.
13   Thyroid glands are one of those glands, those
14   endocrine glands, again, that just sometimes can just
15   kind of wear out, start to decrease their secretion,
16   and they're the kind of gland that sets the rev,
17   the -- the -- the idle speed for the body. So the
18   thyroid hormone has -- if -- if you're feeling low in
19   thy -- if you are low in this thyroid, then you're
20   feeling generally weak and tired, and you may add a
21   little weight, you get a little sluggish and obese, so
22   everybody wants to automatically leap -- come to the
23   doctor and say I'm weak, tired, and overweight and
24   therefore I'm low in thyroid. But --
25   Q. I've got low T, I saw it on TV, Doctor?

Page 78

1    A. Yeah. That's right. Right.
2    Q. That's -- but you thought it was controlled
3    here with a medication?
4    A. Yep.
5    Q. That's noted as Synthroid?
6    A. Synthroid, yeah.
7    Q. Synthroid? And what's under Synthroid in the
8    medication?
9    A. Oh, let's see. Hydrochlorothiazide. That's
10   a -- that's a diuretic for treating of high blood
11   pressure. It's at a very modest dose, so his blood
12   pressure is not very difficult to manage at all. And
13   in the physical exam, his blood pressure, you know,
14   most of ours -- we should all wish for blood pressure
15   so good as he's got. If you look at his physical
16   exam, his blood pressure taken and retaken in multiple
17   situations -- both lying, sitting, and standing -- is
18   all completely normal.
19   Q. And -- and turning back to the assessment,
20   the note shows that Mr. Suoja had a history of TURP,
21   or T-U-R-P?
22   A. Yes.
23   Q. That's --
24   A. Transurethral resection of the prostate
25   gland, so he had an enlarged prostate way back in

Page 79

1    1984, 12 years before the time this exam was done, so
2    he had a transurethral prostate resection done through
3    the urethroscope, so not an open incision but done
4    with a scope through the urethra, and -- and so that
5    made his voiding pattern easier. Symptoms of that
6    would be prostate -- big prostate would be difficult
7    urination, frequency of urination at night, slow
8    stream, and so on. And recently he'd been complaining
9    of urinary hesitancy, which means you feel the urge to
10   go but then you can't get started.
11   Q. Ah. Under the physical examination, it notes
12   that Mr. Suoja used a cane for ambulation on the
13   second to the last line of the physical examination.
14   Why is that, Doctor?
15   A. Well, I suspect, you know -- it says just
16   before that that his gait was steady and coordinated.
17   I -- I -- you know, I'm -- I'm totally reading into
18   this and this may not be valid, as you've pointed out
19   several times before in this deposition, but, you
20   know, he's blind, so maybe he uses it to just make
21   sure he's steady and to make sure that if he does bump
22   into something, he does it with the cane first and not
23   his -- not his shin, not his leg, not his foot, and
24   just to make sure that he stays steady.
25   Q. Did Mr. Suoja have any comorbidities?

Page 80

1    A.  Comorbidities.  Well, of course, he's blind
2    from his -- from his diabetes.
3    Q.  Diabetes?
4    A.  That certainly would be considered a
5    comorbidity.  That's a -- that's a big red flag in
6    today's world in terms of potential risks at home.
7    The risk of falls would be great in a patient who is
8    considered legally blind.  That raises your risk
9    for -- for degree of illness -- injury score; that
10   goes way up.  His diabetes, you know, is -- is a risk
11   factor for any number of different illnesses,
12   conditions, and -- and, you know, complicating other
13   things.  Anytime he -- they come in for any kind of
14   procedure, even -- even our procedure, with a
15   laparoscopy, you know, watching their diabetes gets
16   really dicey, because you have to -- you have to watch
17   their sugars much more tightly.  You kind of throw
18   their eating off and, you know, I think it's --
19   it's -- you know, he's had diarrhea, so how much is he
20   absorbing the food that he eats, and yet if he's on
21   his usual dose of insulin, maybe they're still giving
22   him the right dose -- the usual, customary dose of
23   insulin but maybe he's not absorbing his food as much
24   because of his chronic diarrhea so, you know, he's at
25   risk for hypoglycemic attacks because, you know,

Page 81

1    they're -- they're dosing him at his usual insulin but
2    he's not getting the same carbo load, that kind of
3    thing.  So he has lots of -- he has a number of
4    comorbidities.
5    Q.  And would those affect Mr. Suoja's day-to-day
6    life, sort of his quality of life in every given day?
7    A.  Sure, and that certainly may be leading to
8    his sense of kind of life's dissatisfaction and his
9    anger level and frustration and, you know, his easy --
10   his cantankerousness.
11   Q.  Doctor, I have a -- what's called a Rule 26
12   report prepared by counsel for Thomas Wiig dated
13   August 13th, 2012.  Just to ask you generally, have
14   you ever seen that document before?
15   A.  Not that I recall.
16   Q.  Did plaintiff's counsel confer with you at
17   all in preparing a report about the facts and opinions
18   that you might provide in this case?
19       MR. McCOY:  I'm going to object to the
20   characterization of that as a -- as a report, and
21   that's properly within the scope of the rules to make
22   that disclosure for a treating physician.  You can go
23   ahead and answer, Doctor.
24   A.  So re -- could you repeat the question?
25   Q.  Sure.  Sure, Doctor.  Did plaintiff's counsel

Page 82

1    talk with you at all about the facts, opinions, or
2    what you would be expected to testify about in
3    preparing the Rule 26 report that was provided in this
4    case?
5    A.  No.
6    Q.  And it's dated August 13, 2012.  Have you
7    even talked to plaintiff's counsel before August 13,
8    2012, or on August 13, 2012?
9    A.  No.
10   Q.  And this lawsuit was filed in 1999.  When,
11   again, Doctor, was the first time that you had heard
12   anything about this case?
13   A.  October 29th, 2015.
14   Q.  Doctor, I think that's all the questions I
15   have for you today.  I do appreciate your patience in
16   going through the -- the records with both Mr. McCoy
17   and myself.
18   A.  Okay.
19       FURTHER EXAMINATION
20   BY MR. McCOY:
21   Q.  Doctor, I just have a couple brief follow-up
22   questions.  If you need a break, fine.  I don't think
23   this will take more than two minutes here.
24   A.  No.  Go ahead.
25   Q.  Okay.  Let me go ahead then.  First off,

Page 83

1    there was a reference in the examination by Mr. Watson
2    to histochemical staining being required to diagnose
3    mesothelioma.  Was this done for Mr. Suoja's case?
4    A.  Yes.
5    Q.  And who did that?
6    A.  Dr. Henke.
7    Q.  He's the --
8    A.  The pathologist.
9    Q.  The path -- okay.  And he's the one who
10   normally does the histochemical staining when it's
11   required for a cancer diagnosis?  He's one of the
12   people.  Correct?
13   A.  Well, he -- it's done under his direction.
14   If you're asking does he physically do it himself, no,
15   the -- but he directs the lab personnel to do that and
16   then he follows through with reading the assessments
17   that are the result of the staining.
18   Q.  And just as a general question, the two sets
19   of exhibits that you had received from -- from my
20   office, those are records from the care and treatment
21   of Mr. Suoja.  Right?
22   A.  Yes.
23   Q.  The other question I have is there was
24   some -- some mention about the pain medications, I
25   think.  Can you briefly describe for us the regimen of

Page 84

1  pain medication that Mr. Suoja received during his
2  care and treatment starting with the visit back in
3  September of -- of 1996, September 10th?
4      MR. WATSON:  Objection; form,
5  foundation, cumulative.  The witness has already
6  testified about this.
7    A.  Well, I think that initially, he wasn't
8  changed to -- or he wasn't placed on any, back in
9  September, new or different pain medication regimens.
10  It was felt that some of his symptomatology might be
11  due to some overgrowth of abnormal bacteria due to
12  some bowel sluggishness, diabetic-related, and so he
13  was placed on a course of some intestinal antibiotics
14  looking to try and treat intestinal overgrowth of
15  abnormal bacteria to try to get his bacteria back in
16  the proper alignment and balance.
17      But after the surgery, my laparoscopic
18  surgery, he was placed on oral medications, oral
19  opioid medications, for the purposes of controlling
20  his acute postoperative pain; and by the time, then,
21  that he came back in with his bowel obstruction, he
22  had basically lost the ability to re -- take and
23  retain his oral medications and so they were
24  increasingly unreliable and so he was changed to
25  patches, which are absorbed through the skin, and so

Page 85

1  he was placed on Duragesic patches, which are
2  time-released and give a more reliable and more
3  appropriate long-term pain control format rather than
4  the peaks and valleys of the oral tablets are able to.
5      And then after he was discharged for his
6  brief time back home from home hospice, he was
7  actually using some of their IV morphine regimens, so
8  he did in fact sort of pretty quickly march along
9  the -- pathway of increasing intensity of opioid
10  pain management.  That's pretty common for
11  hospice-type patients.
12    Q.  Those are all the questions I have, Doctor.
13  Thank you.
14    A.  Okay.  Thank you.
15      MR. McCOY:  We -- as far as -- I think
16  we can let the doctor go now.  Right, Brian?
17      MR. WATSON:  The only question is,
18  Doctor, whether you'd like to read -- read the
19  transcript and sign it or whether you're waiving
20  signature and the ability to review the transcript.
21      THE WITNESS:  I'll waive.
22      MR. McCOY:  I think that's -- okay.
23  Well, thank you very much, Doctor.  I think -- I just
24  want to make sure that the court reporter -- we
25  arrange all the exhibits, so you can go ahead and I'll

Page 86

1  stay on the line for a moment with Brian and the court
2  reporter.
3      THE WITNESS:  Okay.  Thank you.
4      MR. WATSON:  Thank you, Doctor.  Have a
5  great night.
6      (Discussion off the record.)
7      (The deposition concluded at 4:50 p.m.)
8      (Dr. Wiig Exhibit 1 was marked for
9  identification.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 87

1          C E R T I F I C A T E
2
3    I, Karen J. Macaulay, hereby certify that I
  am qualified as a verbatim shorthand reporter;
4    That I took in stenographic shorthand the
  deposition under oath of THOMAS WIIG, M.D., at the
5  time and place aforesaid;
6    That the foregoing transcript is a true and
  correct, full and complete transcription of the
7  testimony of this witness, to the best of my ability;
8    That the review of the transcript was waived;
9    That I am not a relative or employee of any of
  the parties or a relative or employee of any of the
10  attorneys;
11    That I have no interest, financial or otherwise,
  in this action and have no contract with the parties
12  or attorneys or persons with an interest in this
  action.
13
14    Witness my hand and seal this 30th day of
  November, 2015.
15
16
17
18          KAREN J. MACAULAY, RDR
            Registered Diplomate Reporter
19          Notary Public
            Carlton County, Minnesota
20
21
22
23
24
25

## WORD INDEX

< 1 >
**1**  3:*16*  6:*21*  23:*4*
  72:22, *24*  73:3, *12, 14,*
  *16, 24*  74:*17, 21*  86:*8*
**10**  3:*10*  16:*14*  17:23
  21:*9*
**10th**  84:*3*
**11**  3:*10*  29:*10, 10, 22, 22*
**113**  35:*19*
**119**  28:*12*  29:*1, 9*
**11th**  24:*12*  34:*15*  42:*5,*
  *7*
**12**  3:*10*  33:*21*  60:*11*
  61:*5*  65:*13*  79:*1*
**12.7**  75:*1*
**124**  26:*18*
**125**  77:*10*
**126**  26:*21*  27:*21*
**128**  58:*7, 10, 15*  66:*7*
**129**  58:*10, 17*
**13**  82:*6, 7, 8*
**130**  59:*8, 11*  60:*11*
**1300**  65:*13*
**131**  62:*3, 10*
**132**  64:*9, 11*
**13th**  34:*9, 24*  35:*13*
  72:*1*  81:*13*
**14**  3:*10*
**15**  33:*21*
**16**  3:*10*
**17**  3:*10*
**175**  64:*4*
**176**  33:*8*
**17th**  58:*19, 22*
**18**  3:*10*  60:*11*
**185**  73:*18, 23*
**19**  33:*21*  61:*11*  63:*20*
**1981**  4:*25*  5:*16, 17, 17*
  6:*9, 17*
**1984**  79:*1*
**1991**  5:*15*
**1996**  16:*14*  22:3  24:*12*
  33:*21*  34:*10, 15*  43:*24,*
  *25*  44:*5*  45:*7*  58:*19, 22*
  60:*11*  62:*11*  64:*3, 6*
  65:*4*  66:*21*  67:*4*  84:*3*
**1999**  82:*10*
**19th**  62:*11*  65:*4*

< 2 >
**2**  3:*17*  4:*1*  23:*5, 9*
  24:*8*  41:*4, 7*  42:*20*
  45:*10, 14*  73:*4, 5, 13, 24*
  74:*21*
**2:13**  2:*4*
**20**  3:*10*  65:*13*
**2012**  81:*13*  82:*6, 8, 8*
**2015**  1:*13*  2:*5*  40:*15*
  41:*21*  42:*11, 11*  43:*21*
  82:*13*  87:*14*

< 3 >
**20th**  42:*23*
**21**  3:*10*
**22**  3:*10*
**220**  2:*9*
**23**  1:*13*  2:*5*
**233**  2:*12*
**234**  26:*6, 8, 10*  34:*17*
**237**  67:*2, 11*
**242**  25:*7*
**243**  25:*8*
**247**  25:*18*
**24th**  35:*22*
**250**  25:*18*  64:*5*
**26**  81:*11*  82:*3*
**270**  68:*6, 13*
**277**  22:*4*
**278**  21:*5*
**28**  21:*9*
**280**  20:*7*
**286**  19:*17*
**288**  16:*14*  17:*11*
**29**  3:*10*
**29th**  82:*13*

< 3 >
**3**  3:*18*  24:*15*  39:*19, 21,*
  *23*  40:*1, 2*  41:*22*  42:*11*
**3:99-cv-00475-bbc**  1:*8*
**30**  3:*10*  20:*8*
**30th**  40:*15*  87:*12*
**31**  3:*10*  22:*3*
**31st**  45:*7*
**35**  3:*10*
**38**  3:*3*
**39**  3:*18*

< 4 >
**4**  3:*3, 17, 20*  41:*12, 14,*
  *16, 20*  42:*20*  45:*11, 14*
  74:*1*
**4:50**  86:*7*
**41**  3:*20*

< 5 >
**5**  66:*20*  74:*1*
**50**  67:*1*
**503**  1:*14*  2:*3*
**52**  3:*10*
**54**  67:*1*
**5th**  66:*24, 25*  67:*4*  72:*1,*
  *1*

< 6 >
**60606**  2:*12*
**60607**  2:*9*
**6600**  2:*12*
**68**  70:*12*

< 7 >
**7**  3:*10*  40:*18*

< 8 >

**81**  3:*10*
**82**  3:*3*
**84**  3:*10*
**86**  3:*16*

< 9 >
**9**  16:*14*  17:23  20:8
**96**  17:23  20:8  21:*9*
  29:*10, 22*  68:*6, 13*

< A >
**Aas**  21:*15, 17*
**abdomen**  9:*2*  13:*10*
  17:*17*  18:*8, 15, 18, 25*
  19:*20*  21:*20*  24:*2*
**abdominal**  8:*19*  9:*20,*
  *21, 22, 23, 25*  10:*15*
  11:*15, 17*  12:*6*  13:*6*
  28:*16*  29:*11, 12, 22, 23*
  30:*20*  36:*3*  63:*13*
**ability**  12:*20*  30:*19*
  84:*22*  85:*20*  87:*7*
**able**  10:*24*  11:23  12:*2,*
  *9*  36:*8, 17*  60:*15*  85:*4*
**abnormal**  12:*25*  13:*1*
  75:*3*  84:*11, 15*
**abnormalities**  8:*25*
**above-entitled**  2:*2*
**absorbed**  84:*25*
**absorbing**  80:*20, 23*
**academic**  7:*7*
**accompany**  22:*8*
**accomplished**  12:*14*
**accrued**  69:*15*
**accurate**  44:*1*
**accustomed**  36:*15*
**ache**  19:*22*
**achieve**  14:*11*
**acquired**  73:*5, 13*
**acted**  6:*24*
**action**  87:*11, 12*
**actively**  52:*22*
**activity**  36:*11*
**actual**  22:*5, 6*  47:*17*
  64:*22*
**acute**  84:*20*
**add**  77:*20*
**additional**  13:*17*  41:*7*
**adds**  69:*2*
**administration**  52:*21*
**Administrator**  1:*5*
**admission**  26:*24*  27:*18*
  29:*3*  36:*2*
**admit**  29:*1*
**admitted**  29:*7*  72:*2*
**Adrenal**  62:*20*
**adult**  77:*11*
**advertising**  76:*14*
**advised**  11:*4, 14*
**affect**  81:*5*
**aforesaid**  87:*5*
**age**  26:*3, 4*  70:*12, 17*

  75:*6*  76:*18*
**agency**  3:*19*
**agency's**  63:*24*
**agents**  56:*4, 24*
**ago**  5:*1*  61:*11*  63:*20*
**agree**  21:*19*  51:*3, 6, 9,*
  *12, 14, 19*  52:*7*  53:*5*
  54:*8*  55:*8*
**agreed**  9:*11, 16*  22:*17*
  23:*2*
**Ah**  79:*11*
**ahead**  9:*16*  18:*9*  23:*2*
  42:*25*  52:*15*  81:*23*
  82:*24, 25*  85:*25*
**airborne**  47:*8*
**akin**  36:*5*
**alcohol**  71:*18*
**alert**  74:*3*
**alignment**  84:*16*
**alike**  23:*6*
**alive**  70:*18*  72:*4*
**all-encompassing**  57:*7*
**allow**  8:*8*  20:*4*
**allows**  12:*8*
**Alyce**  64:*16, 17*
**ambassador**  5:*21*
**ambulation**  79:*12*
**American**  7:*4*
**amount**  12:*14*  50:*1*
**analogous**  36:*6*
**anemia**  74:*24*  75:*4, 16*
**anemic**  75:*19, 23*
**anger**  81:*9*
**angry**  65:*9*  74:*9*
**Answer**  3:*10*  32:*1*  47:*1*
  52:*15*  81:*23*
**answers**  20:*3*  46:*19*
**antibiotics**  84:*13*
**anymore**  52:*20, 22*
**Anytime**  80:*13*
**apart**  12:*8*
**apologize**  58:*12*
**appear**  12:*25*  64:*12*
**APPEARANCES**  2:*7*
**Appeared**  2:*10, 13*
**appears**  63:*2*
**appetite**  70:*5*  71:*25*
**appointment**  7:*8*  21:*25*
**appointments**  14:*20*
**appreciate**  82:*15*
**appreciated**  15:*10*
**approach**  31:*4, 8, 10*
**appropriate**  21:*21*  85:*3*
**area**  6:*18*
**areas**  24:*2*  51:*10, 13, 16*
**argue**  74:*8*
**arrange**  22:*1*  63:*15*
  85:*25*
**arterial**  72:*9*
**arthritis**  70:*16*
**arts**  6:*6*
**asbestos**  35:*11, 15*
  40:*12, 14*  47:*5, 7, 8, 9,*

20, 21 48:6, 12 50:11
51:7, 10, 13, 17 55:12,
13, 19 56:17 57:2, 6, 11
**asbestos-related** 46:9, 13,
16, 19, 22, 25 57:25
**ashen** 75:21
**Ashland** 2:9
**asked** 8:17 13:14 43:9
61:1
**asking** 58:12 83:14
**assess** 68:11
**assessing** 68:11
**assessment** 34:5 63:12
74:15, 17 75:12 77:2
78:19
**assessments** 83:16
**associated** 34:12 71:16,
20
**assumed** 28:25
**asthma** 70:13
**attached** 3:20, 23
**attack** 70:23
**attacks** 80:25
**Attorney** 3:24
**attorneys** 87:10, 12
**attribute** 17:22 34:2
37:8 47:20 59:5
**August** 81:13 82:6, 7, 8
**authorization** 40:18
**automatically** 77:22
**Avenue** 2:9
**aware** 48:5, 8, 11 50:7
61:23
**awkward** 40:6

< B >
**bachelor** 6:5
**back** 5:25 6:3 10:7
32:18 34:9 36:14 44:4
53:4 66:5 78:19, 25
84:2, 8, 15, 21 85:6
**bacteria** 84:11, 15, 15
**bad** 19:22 71:22, 22
**balance** 84:16
**balloon** 12:7
**BAP1** 50:19
**barium** 8:23
**Based** 10:22 16:4
17:20 18:3 34:1 35:1,
9 37:10 72:17
**basically** 9:19 10:1, 3
12:4 14:13 19:23
23:13 30:17, 19 36:5
84:22
**bedside** 61:4
**beginning** 3:19 34:8
**begins** 26:18 36:14
40:15 63:2
**behalf** 2:10, 13
**believe** 28:12 52:25
54:12, 14, 16
**belly** 19:21

**bends** 67:25
**benefits** 32:24
**best** 87:7
**better** 56:23
**beyond** 53:21
**big** 79:6 80:5
**biopsies** 9:24 24:20, 24,
25 25:3
**biopsy** 25:2 49:8
**bit** 34:18 40:6 46:1
75:2 76:24
**bladder** 11:22
**blending** 5:23
**blind** 70:3 76:4, 8
79:20 80:1, 8
**blindness** 69:20 70:5
**bloated** 67:13
**bloating** 36:16
**blockage** 36:12
**blocks** 36:8
**blood** 68:5, 8, 9, 10, 25
69:19 71:1 72:17 75:9
78:10, 11, 13, 14, 16
**board** 6:16
**Bob** 22:20
**body** 11:16 12:15
30:21 77:17
**body's** 73:11
**books** 46:18
**bottom** 21:24 27:21
33:10, 23 59:11 60:11
67:15
**bowel** 13:8 15:5 18:5,
5, 22, 23 20:17, 18, 21
26:25 36:3, 4, 5, 8, 11,
24 37:9, 11 47:15, 15
63:12 72:2 84:12, 21
**brain** 72:10
**break** 38:6 62:6 82:22
**Brian** 2:11 7:19 38:5
40:24 42:17 85:16 86:1
**brief** 40:16 41:25, 25
42:2 82:21 85:6
**Briefly** 5:19, 21 6:1
26:22 32:3 34:9 83:25
**brother** 70:15, 17, 18
71:12 72:4
**brought** 8:20
**Bruce** 25:6
**bump** 79:21
**burns** 70:15

< C >
**calendar** 42:4
**call** 27:13, 14, 14 40:16
41:25, 25 42:2
**called** 4:4 11:25 25:21
36:19 81:11
**camera** 12:5
**Campbell** 29:2
**Campbell's** 29:5
**cancer** 13:15 47:20
49:17 51:1, 4 55:1, 5,

10, 15, 18 56:4, 9, 14, 17,
25 57:19 70:16 71:13,
13, 14, 17, 21 75:8, 9
83:11
**cancer-causing** 55:22, 25
56:3, 24
**cancerous** 12:17
**cancers** 54:8, 14
**candidate** 30:12
**cane** 79:12, 22
**cantankerousness** 81:10
**capacity** 20:11 77:1
**carbo** 81:2
**carbon** 12:8
**carcinomatosis** 29:11, 22
**care** 7:14, 22 8:15, 20
10:20 11:1, 7 13:13
14:6, 13, 14, 21, 24 15:6,
6, 23, 24 16:2, 7, 24
17:21 27:22, 25 29:24
30:15 31:6, 14, 19 32:8,
10, 12 33:3 34:1 35:1
37:22 40:17 44:9
45:24 60:15, 19 62:15,
15, 18 63:8, 15, 23, 24
65:15, 16 66:4 83:20
84:2
**caring** 28:8
**Carlton** 87:19
**CASCINO** 2:8
**Case** 1:8 5:5 33:3
46:22 60:2 81:18 82:4,
12 83:3
**Casmere** 41:1 42:18
**causation** 56:22 57:23
**cause** 18:7, 12, 17, 22
28:21 52:1 55:15, 18
56:25 57:3, 6, 8, 11, 14
71:14
**caused** 18:13 35:5 52:5
76:10
**causes** 50:11 55:13
70:17
**causing** 50:14, 17, 20
**cavity** 9:20, 22 11:17,
18 12:6, 20 13:6 30:18
47:8
**cavity,** 11:15
**cell** 54:15, 17 55:13
**cells** 23:23 24:6 55:4
56:8, 12, 16
**Center** 44:21 64:7
**cerebrovascular** 70:18
72:5
**certain** 19:21
**certainly** 18:4, 6, 12
38:20 80:4 81:7
**certainty** 18:2, 11
**certification** 6:18
**certified** 6:16
**certify** 87:1
**cetera** 11:20

**chair** 6:25 7:1
**chance** 12:13
**chances** 56:15
**change** 29:19 36:7
**changed** 84:8, 24
**changing** 7:11
**characteristics** 12:16
23:23
**characterization** 81:20
**characterize** 20:22
73:19
**charges** 40:21 43:3
**charging** 74:12
**chart** 16:7 32:14, 17
66:18
**chase** 75:12, 12
**checks** 68:5, 8, 9
**chest** 11:18
**chewing** 71:18
**Chicago** 2:9, 12
**Chief** 4:18, 20 5:20
**child** 70:14
**childhood** 71:5 73:15
**children** 71:9 72:19
73:15 74:6
**chronic** 74:18 75:8
76:20 80:24
**cigarette** 56:11
**Cindy** 65:25
**Cismoski** 17:10 67:3
**clarification** 9:4, 6, 12
**clearly** 72:24
**Clinic** 5:7, 8, 10 13:22
16:18 20:12 31:16
64:7, 8
**clinical** 5:22 35:17
53:23 58:8
**Clinically** 53:7, 10, 13, 20
**clinician** 53:19
**clinicians** 32:10
**clock** 5:25
**close** 49:21
**co-counsel** 41:2 42:19
**collaborative** 31:20
**College** 6:6, 8 7:4
**colon** 11:22 75:8, 9
**colonoscopy** 9:5 75:13
**combination** 19:12
**come** 33:6 49:4 77:22
80:13
**comes** 36:11
**comfort** 14:13
**comfort-care** 31:9
**coming** 77:4
**commencing** 2:4
**comment** 53:9, 9
**comments** 22:14
**committed** 43:14
**committees** 6:24
**common** 75:15 77:11,
12 85:10
**commonly** 12:12
**communication** 42:9

**comorbidities** 79:*25*
80:*1* 81:*4*
**comorbidity** 80:*5*
**compensation** 43:*10*
**complaining** 79:*8*
**complaint** 19:*5* 30:*9*
**complaints** 8:*18, 19*
9:*14* 75:*7*
**complete** 45:*18, 20, 22*
62:*8* 72:*2* 87:*6*
**completely** 78:*18*
**complex** 54:*13*
**complicated** 65:*8*
**complicating** 80:*12*
**complication** 69:*9*
**complications** 69:*2, 4, 6,
9, 10, 16, 17, 18, 23*
**concerned** 37:*18*
**concluded** 86:*7*
**condescending** 49:*25*
**condition** 15:*2* 17:*1*
37:*17* 77:*12*
**conditions** 80:*12*
**confer** 81:*16*
**conference** 65:*12, 17*
66:*4*
**conferences** 32:*21, 22, 22*
**conferring** 48:*23*
**confirm** 10:*10, 12*
**conflict** 65:*11*
**consider** 63:*9*
**considered** 80:*4, 8*
**consisted** 48:*22*
**consistent** 24:*6*
**consult** 13:*14* 21:*9*
22:*6* 45:*6* 61:*15* 63:*16*
**consultation** 13:*16* 14:*2*
**consulting** 40:*21* 43:*3,
11*
**contacted** 39:*3, 5, 7*
66:*13*
**contagious** 71:*3*
**contains** 11:*18*
**contamination** 47:*18*
**context** 30:*14* 31:*5*
**continuation** 20:*22*
**continue** 38:*6* 63:*14, 25*
**continued** 71:*25*
**continues** 70:*2*
**continuing** 11:*13* 20:*7*
21:*4* 25:*18* 26:*6*
**continuously** 6:*17*
**contract** 87:*11*
**control** 15:*11, 12* 55:*1*
72:*17* 85:*3*
**controlled** 15:*10* 69:*19*
78:*2*
**controlling** 84:*19*
**conversational** 32:*12*
**conversations** 42:*6*
**conveyed** 13:*11*
**cooperative** 37:*24*

**coordinate** 60:*6*
**coordinated** 79:*16*
**copies** 3:*23, 23* 32:*15, 17*
**copy** 6:*21* 27:*1* 39:*10,
12* 40:*19* 41:*12, 20*
**corporate** 43:*8*
**corporately** 43:*13*
**correct** 4:*14* 5:*15, 18*
7:*6* 15:*22* 16:*16* 21:*18*
24:*10* 25:*16* 27:*1, 19*
30:*24* 36:*17* 41:*23*
48:*18* 49:*2* 50:*6* 56:*10*
57:*1* 58:*16* 66:*8* 83:*12*
87:*6*
**correcting** 34:*17*
**counsel** 42:*7* 81:*12, 16,
25* 82:*7*
**countries** 71:*8*
**County** 87:*19*
**couple** 10:*6* 16:*11* 20:*8*
58:*21* 82:*21*
**course** 8:*1* 35:*17* 37:*7*
80:*1* 84:*13*
**COURT** 1:*2, 21* 85:*24*
86:*1*
**cover** 42:*21* 68:*23*
**covering** 27:*13* 30:*17*
**cramping** 18:*24* 36:*16*
**create** 57:*18*
**created** 34:*10*
**credentials** 64:*22*
**criteria** 50:*7*
**CT** 8:*24* 9:*10*
**cumulative** 57:*5, 10, 13*
84:*5*
**cure** 14:*12*
**current** 5:*20* 12:*11*
30:*9* 46:*12* 63:*14*
**currently** 12:*11*
**Curriculum** 3:*16*
**customary** 80:*22*
**CV** 6:*21* 7:*3*

**< D >**
**daily** 77:*11*
**Dalton** 13:*21* 14:*3, 21*
31:*11*
**damage** 56:*8, 12*
**Daniel** 29:*2*
**Danish** 21:*16*
**Darrold** 65:*8, 13*
**date** 24:*11* 34:*22* 35:*22*
45:*4, 6* 47:*16*
**dated** 16:*14* 33:*21*
62:*11* 81:*12* 82:*6*
**daughter** 61:*8, 13*
**daughter-in-law** 60:*13,
14, 17* 65:*9*
**daughters** 61:*21*
**day** 27:*15* 59:*23* 61:*3,
5* 68:*5* 81:*6* 87:*12*
**days** 10:*6* 38:*22* 40:*18*

41:*1*
**day-to-day** 76:*23* 81:*5*
**Dear** 40:*10*
**death** 63:*11*
**December** 15:*18* 16:*9*
35:*22* 39:*2* 58:*19, 22*
62:*11* 65:*4* 72:*1*
**decisions** 13:*18*
**decrease** 77:*15*
**deep** 24:*24* 25:*1, 1*
**Defendant** 1:*10* 2:*13*
**defer** 46:*21* 57:*23*
**definitely** 60:*4*
**definitive** 47:*1*
**definitively** 19:*7* 47:*17*
**degree** 6:*4, 6* 15:*7* 18:*2,
10* 28:*9* 36:*15* 37:*2, 2,
3, 3* 47:*1* 49:*12* 80:*9*
**delineations** 63:*21*
**Delores** 44:*4* 46:*12, 15*
63:*17* 65:*5, 6, 8, 11, 13*
66:*13*
**demonstrate** 34:*8*
**demonstrated** 13:*6* 24:*5*
**denies** 59:*4*
**department** 10:*12* 49:*9,
10* 66:*23*
**dependency** 70:*2*
**DEPONENT** 3:*2*
**DEPOSITION** 1:*10* 2:*1*
3:*20* 8:*10* 79:*19* 86:*7*
87:*4*
**depression** 76:*25*
**describe** 6:*1* 8:*14*
10:*19, 25* 83:*25*
**described** 21:*22* 22:*17*
25:*13* 26:*15* 29:*15*
74:*2* 75:*2*
**Describes** 23:*15*
**describing** 23:*13, 16*
**description** 23:*21* 30:*4*
44:*1*
**descriptive** 61:*17*
**deterioration** 15:*8*
**determination** 53:*1, 16*
**determine** 52:*1*
**develop** 49:*17* 51:*7*
55:*5, 9, 25* 56:*4* 73:*15*
**developed** 49:*11* 69:*11,
20* 73:*1, 2, 6, 7*
**developing** 69:*6, 18*
**development** 71:*17*
**develops** 51:*4* 56:*9, 13*
**device** 60:*1* 68:*10*
**di** 75:*24*
**diabetes** 18:*21, 22*
19:*10* 37:*17* 62:*19, 22*
63:*12* 67:*17* 69:*2, 15,
21, 24* 72:*20, 21, 23, 24*
73:*1, 2, 4, 12, 15, 15, 24*
74:*21* 76:*10* 80:*2, 3, 10,
15*

**diabetic** 75:*24* 76:*19*
**diabetic-related** 84:*12*
**diagnose** 12:*21* 53:*12,
15, 20, 22* 83:*2*
**diagnosed** 7:*17* 29:*10,
22*
**diagnosis** 13:*12* 24:*16,
18, 19* 28:*19, 24* 37:*7*
49:*4* 52:*8, 11* 53:*2, 5*
54:*5* 83:*11*
**diagnostic** 10:*3* 30:*6*
50:*7*
**diaphragmatic** 47:*12*
**diarrhea** 74:*18* 80:*19, 24*
**dicey** 80:*16*
**dictated** 25:*11*
**die** 51:*1* 65:*12*
**died** 70:*12, 13, 14, 15, 17*
**diff** 52:*7*
**difference** 56:*21* 73:*3*
**different** 23:*24* 24:*1*
31:*20* 32:*11, 25* 33:*16*
48:*5, 11* 67:*6, 7* 80:*11*
84:*9*
**differently** 67:*8*
**difficult** 18:*1, 25* 52:*8*
53:*5* 78:*12* 79:*6*
**difficulty** 19:*2*
**diffuse** 29:*11* 30:*12*
**digestive** 75:*7*
**dime** 74:*10*
**dioxide** 12:*8*
**Diplomate** 87:*18*
**diptheria** 70:*15* 71:*2, 3*
**direct** 22:*13*
**direction** 16:*23* 19:*7*
83:*13*
**directions** 19:*8*
**directly** 6:*10, 10* 60:*19*
**directs** 83:*15*
**discharge** 26:*11* 34:*19,
20, 22* 35:*13, 21* 65:*10,
10*
**discharged** 14:*19* 15:*13*
35:*22* 85:*5*
**disclosed** 7:*21, 24, 25*
**disclosure** 8:*3* 81:*22*
**discomfort** 14:*19* 15:*4*
18:*7, 24* 28:*8* 36:*16*
37:*2, 4*
**discovered** 9:*18*
**discuss** 40:*17* 65:*2, 6*
**discussed** 9:*10, 15* 63:*6*
**discussing** 48:*22*
**discussion** 66:*4* 86:*6*
**discussions** 31:*2*
**disease** 12:*18* 37:*8*
51:*20* 70:*18* 71:*3, 22*
72:*5, 9*
**diseases** 46:*10, 13, 16, 19,
22* 57:*25* 62:*18*
**disruption** 18:*22*

dissatisfaction 81:8
distant 66:9
distend 36:14
distension 26:25
distinctly 12:25 24:1
DISTRICT 1:2, 3
diuretic 78:10
divides 54:18
division 7:1
dizziness 67:25
Doctor 4:8, 12 7:12
10:19 16:7 17:6 20:5
21:7 22:24 29:19 32:1
37:16 38:5 40:1, 9
41:3, 11, 19 42:7 43:2,
16 44:15 46:24 47:19
49:25 50:23 52:13
54:1, 8, 22 55:6 56:1,
21 57:22 58:3, 6, 13
59:19 60:11 62:6, 21
63:17 64:9, 25 66:5, 16
67:1, 5 68:7 69:7 77:2,
23, 25 79:14 81:11, 23,
25 82:11, 14, 21 85:12,
16, 18, 23 86:4
doctors 32:4 46:15
50:2 64:2
doctor's 14:8 30:2
document 3:19 16:21
17:11 25:10 26:17
33:12 40:3 81:14
documented 38:21
documents 29:7 45:13
dose 28:10 47:19, 23
48:1 51:22 77:10, 11
78:11 80:21, 22, 22
dose-related 51:20
dosing 81:1
DPT 71:6
Dr 3:15, 18, 18 4:1, 16
7:21, 23, 24 8:4, 14
13:21 14:3, 21 16:23,
25 20:9, 11 21:10, 15,
17 25:6 27:10, 13 29:2,
4, 5 31:11, 11 39:21
40:10 42:22, 24 48:23
49:1, 3 58:24, 25 59:2
62:14, 21, 24 63:2, 16
83:6 86:8
draw 70:9
drawing 68:18, 21
drink 56:20
Drive 2:12
due 15:4, 7 18:3, 4
37:12 70:3 84:11, 11
duly 4:4
Duragesic 85:1
dysmotility 18:23, 23

< E >

earlier 13:7 43:19
early 15:16, 18, 19
easier 79:5
easily 74:9
East 1:14 2:3
easy 81:9
eating 75:5 80:18
eats 80:20
Eckman 27:10 29:4
Ed 41:1, 1 42:18
education 6:2
effort 31:20
eight 33:8 54:19 70:14
either 16:4 19:9 44:6
61:11
elaborate 32:3
elderly 75:4, 10 76:15,
18
electronic 5:23 32:14, 16
elucidate 23:22
e-mail 40:25 42:18
emergency 29:1, 2, 5
30:10 36:2, 4, 17
employee 87:9, 9
encased 18:6
encasement 18:5
encasements 13:2
encasing 9:20
enclosed 40:19, 20
encounter 66:21
endocrine 62:18 77:14
endocrinologist 16:24
62:15, 16 66:22
endocrinology 66:22
end-stage 34:7
enema 8:24
energy 76:24
enlarged 78:25
ensued 14:23
entering 6:10
entertain 9:14
entry 59:10, 13 62:10,
13 64:12 65:3 66:12
epidemiology 46:5
episode 45:24
epithelial 24:6, 21
era 32:14
Esq 2:8, 11
Essentia 1:14 2:3 4:17,
24 5:3, 13
essentially 29:14
established 28:24 31:7
Estate 1:6
et 11:20
evaluate 48:15
evaluation 48:22
everybody 77:22
evidence 9:19 27:2
36:3 72:6, 8
evident 66:19
exact 51:2
exactly 9:13

exam 74:8 75:2 78:13,
16 79:1
EXAMINATION 3:3
4:6 10:1 21:20 23:18
26:23 28:15 38:3
73:18 79:11, 13 82:19
83:1
examined 4:5 23:24
example 56:7 57:2, 4
examples 32:17
Excuse 15:19 68:9
Exh 3:16, 17, 18, 20
exhibit 3:20 4:1 6:20
39:19, 21, 23 40:1, 2
41:4, 7, 12, 14, 16, 20, 22
42:11, 20, 20 45:10, 11,
14, 14 86:8
Exhibits 3:15, 20, 23
83:19 85:25
existence 71:7
exists 66:18
exogenous 73:8
expected 82:2
experience 76:23
experienced 47:24 48:2
expert 7:22 46:1, 3, 5, 7,
9 49:19
expertise 49:13
experts 46:16, 21 57:24
explain 52:17
explanation 18:16
exploration 9:5 18:14
exposed 49:16 51:7
55:12, 18 56:3, 7, 13
exposure 35:11, 15
40:12 47:6, 8, 20, 24
48:2 51:23 55:14, 17,
20 56:16 57:2, 5, 10, 13
exposures 55:24 56:23,
25 57:10, 17
expression 17:22
extensive 31:9 30:16
extraabdominal 11:19
eyes 69:12

< F >

facility 49:6
facing 60:3
fact 10:10 15:9 85:8
factor 80:11
facts 81:17 82:1
failed 9:5
fair 31:18 50:5 51:8
55:5 56:1 57:16, 21
fairly 15:3
falls 80:7
familial 72:23, 25 73:4
familiar 10:24 50:10, 13,
16, 19 62:24
family 61:4 65:12, 17
70:9, 10 72:12, 19, 21,
23 73:2 74:10

far 6:3 10:23 11:6
13:13 14:5, 23 25:14
37:17 48:9 85:15
fast-acting 68:21
Father 70:12
Faye 59:18
feel 45:22 60:15 79:9
feeling 9:3 36:25 67:13,
24 75:18 77:18, 20
felt 15:7 31:3 37:12
84:10
fiber 48:5 51:17
fibers 48:12 51:10, 13
52:4 57:18
figured 47:6
filed 3:24 82:10
fill 43:12, 14
final 10:9 24:19
finally 23:18 32:20
33:6 37:21
financial 87:11
find 20:9 21:6 23:6
26:8 35:24
finding 53:11, 24 54:2
findings 21:13 24:3
29:14 30:5 35:2 37:10
fine 68:20 82:22
finished 20:18
finishing 6:9
firm 40:10, 20
first 4:4 11:14 16:12,
13 17:16 19:19 20:15
22:5, 5 34:23 38:9
39:3, 5 42:14 45:4
79:22 82:11, 25
five 23:4 35:21 72:3
76:12
flag 80:5
floated 12:8
floor 65:21
fluid 9:25
focuses 62:18
follow 60:16
followed 33:3
follows 4:5 23:16 83:16
follow-up 14:20 82:21
food 36:9, 11, 13, 22
80:20, 23
foods 19:21
foot 74:1 79:23
foregoing 87:6
form 10:16 11:10
12:19 14:7, 25 16:20
17:4, 24 18:19 20:1
21:1 22:10, 19 29:16
30:1 31:23 35:6 43:12
52:14 84:4
formal 32:21 63:20, 21
format 85:3
formats 14:21 32:25
formed 8:1
former 40:11

forms 32:18
forth 32:18
forward 19:16 30:9
foundation 8:3 10:17
  11:11 12:20 14:7 15:1,
  1 16:21 17:5, 25 18:20
  20:2 21:2 22:11, 20
  29:17 30:2 31:24 35:7
  52:14 84:5
Four 4:21 5:1 20:15
  23:24 24:1, 20 52:22
  54:19 74:6
fourth 59:2
fraction 47:3
frame 28:23 30:7
frames 30:6
frequency 79:7
frequently 74:8
front 43:13 62:3
frustrated 70:2
frustration 81:9
full 4:9 12:24 21:13
  67:21 87:6
fully 77:6
further 6:1 9:4, 6, 12
  13:18, 19 14:6, 10 16:1
  36:23 48:14 82:19

< G >
gain 10:7
gait 79:16
garden 36:6
GARY 1:5 38:11, 18
gastroenterologist 8:21
  9:3 20:13
Gaye 59:18
general 4:25 6:8, 19, 22,
  23 44:19, 20 50:25
  83:18
generally 59:19 77:20
  81:13
genetic 50:19
genetics 51:3
getting 53:17 56:21
  81:2
gi 62:15
give 4:9 19:21 44:3, 6
  48:13 51:2 64:22 85:2
given 14:20 18:8 28:5
  81:6
giving 80:21
gland 77:4, 16 78:25
glands 77:13, 13, 14
go 6:4 18:9 22:17
  23:5 27:20 34:9 35:19
  42:25 52:15 53:21
  64:6 79:10 81:22
  82:24, 25 85:16, 25
goes 36:20 43:7 48:10
  80:10
going 6:20 9:13 10:19,
  21 17:15 19:16 26:17

30:8 34:5 41:11 45:25
  64:4 70:9 81:19 82:16
good 38:5, 7 70:5
  71:25 74:7 78:15
goodly 47:4
gosh 75:17
gotten 42:24
granular 13:2
gray 13:1
great 80:7 86:5
grew 5:7 6:5
gristle 13:3
gritty 13:2
gross 23:16
grow 55:1
growing 19:10
growth 13:5 19:10
  56:1 57:19
growths 13:1, 7
guess 37:21 54:19, 20,
  24 75:20
gut 19:21
guy 75:6
guys 42:22

< H >
halfway 17:15
hand 87:12
handle 73:11
handwriting 62:24
  64:15
handwritten 25:20, 24
  33:7 58:7, 20, 23 59:10
handwrote 3:18
happen 69:14
happened 14:1 15:21
  22:25
happens 36:10 68:25
hard 53:19
HARDIN 2:11
Hastings 6:6, 6
Health 1:14 2:3 4:17,
  24 5:3, 13, 24 17:1
  72:13 74:7
healthcare 52:21
hear 56:23
heard 82:11
heart 70:22
he'd 79:8
Heid 64:16, 17 65:4
held 4:19, 25 31:13
  59:18
help 23:22 60:6 63:24
helps 36:21
hemoglobin 75:1, 11
Hendrickson 65:15, 22,
  22, 25
Henke 25:6 48:23 49:1,
  3 83:6
hesitancy 79:9
high 49:12 71:1 78:10
Higher 51:23

histochemical 54:4 83:2,
  10
history 10:20 18:17
  26:23 29:3, 9 35:10, 14
  65:11 66:16, 17 67:19
  70:10, 10 71:24 72:12,
  20, 21 74:5 76:22 78:20
hits 36:12, 12
hm 75:17
hold 6:22
hollow 11:21
home 14:20 15:2, 13, 25
  16:8, 9 60:1, 2, 4, 5, 16
  63:6, 7, 9, 15, 15 65:7,
  15, 16, 17, 18 80:6 85:6,
  6
hope 58:3
hormone 77:4, 18
hos 30:10
hose 36:6
hospice 15:6, 13, 21, 23,
  24, 25 16:2, 8, 10 33:14,
  15, 17, 18, 19 60:4, 14
  63:22, 24 65:21 85:6
hospice-type 85:11
hospital 10:7 15:12, 15,
  16, 17, 20 26:1, 11, 12
  27:17 33:17 38:23
  44:20 49:6, 23 52:20
  60:7 63:18 64:3, 6, 18
hospitalization 34:23
  60:22
hospital's 64:24
hours 61:5
hurts 19:21
husband 61:10
hydrochlorothiazide
  72:15 78:9
hypertension 70:13, 25
  72:16
hypoglycemic 80:25
hypogonadism 76:13
hypothyroidism 77:3

< I >
identification 4:2 39:22
  41:15 86:9
identify 23:22 52:4
idiopathic 50:23
idle 77:17
ill 29:6
Illinois 2:9, 12
illness 67:19 76:20 80:9
illnesses 80:11
illumination 12:6
imaging 8:23
immediate 68:23
immunologically 54:18
impact 73:23
impression 29:5
incision 12:2 79:3
included 8:22 23:20

75:13
including 8:23 31:21
incompatible 30:21
increased 15:4
increasing 36:2 85:9
increasingly 84:24
indicate 9:1
indicated 9:1 13:7 72:8
indicating 10:14
indication 13:5
indistinct 8:19, 25 9:2
individual 43:10 55:12
  57:14
Individually 1:5
individuals 49:16, 22
  56:11
infarction 70:13, 21, 22
inflated 12:6 36:15
Informatics 4:18, 20
  5:20 26:4
information 5:23 13:17
  16:1 31:21 32:6, 9, 19,
  23 39:8, 9 42:24 47:23
  48:1, 14 61:17, 19
ingested 47:10 52:5
ingestion 47:13 71:19
initial 19:1
initially 8:19 14:18
  84:7
initiate 14:21
injury 80:9
inpatient 32:14 33:14,
  19 60:14
inside 9:23
inspection 23:17, 17, 19,
  20
instance 24:25 59:25
Instructions 3:10
insufficient 71:3
insulin 68:12, 19, 20, 21,
  22, 25 73:7, 9, 10 80:21,
  23 81:1
intake 33:18
intense 49:6, 8
intensity 85:9
interest 87:11, 12
interestingly 72:18
intermediate-acting
  68:22
internal 12:4, 5 25:1, 2
  62:17
internally 12:24
intervention 45:21, 21
intestinal 84:13, 14
intestine 11:22
intra-tissue 24:25
introduce 4:8
invasion 12:15
invasive 11:25
involve 14:16
involved 10:25 30:25
  52:21 59:21, 24 60:19

61:16
involvement 30:13, 16
iron 75:6
issue 72:23
issues 59:25 62:19, 20
69:15 71:18
items 74:16
IV 85:7

< J >
Ja 15:18, 18
Jan 65:14
Janet 17:10 67:3
job 35:10
Joyce 59:22
judgment 28:20 30:23
35:4

< K >
Karen 1:21 2:2 87:1,
17
keep 46:12 56:23 69:19
keeps 36:24
Ken 38:13, 18
kidneys 11:20
kids 66:9
killed 71:9
kind 28:21 33:2, 11
72:8 73:13 77:15, 16
80:13, 17 81:2, 8
kinds 12:12 13:2 69:5,
16 71:19
kink 36:13
kinking 36:6
know 6:3 12:17 18:1,
21 21:6 22:12 27:15
35:1 38:19, 23 41:11
43:5, 7 47:2 50:1, 24
58:4 60:18 61:2, 5, 6
63:20 68:15 69:3 71:6,
8, 14, 23 72:3, 14 74:2
75:3, 6, 20, 22 76:24
78:13 79:15, 17, 20
80:10, 12, 15, 18, 19, 24,
25 81:9
knowledge 47:16
known 5:6
knows 12:23

< L >
lab 8:22 49:10 83:15
labeled 24:20
lack 10:17 15:1 35:7
laparoscope 12:4, 13, 17
laparoscopic 12:23
21:20 23:1 26:13 84:17
laparoscopy 9:15 15:15
22:18 37:11 44:16
80:15
large 12:1 17:16 41:6
late 16:9 39:2, 5
Laughter 2:2 74:14
LAW 2:8 40:10

lawsuit 39:4 40:11, 13,
21 43:3 82:10
lawyers 66:1
layperson's 75:15
lead 19:6 56:17
leading 22:20 72:9 81:7
leap 77:22
left 20:19, 20
leg 79:23
Legally 76:4 80:8
length 52:20
lengthy 35:14
Letter 3:18 39:10, 12,
15, 20 40:4, 7 41:5, 21,
24 42:10, 22 43:2
level 30:9 32:12 77:4
81:9
levels 32:11 68:25 69:1
licensed 6:12
life 15:8 30:22 37:19
76:23 81:6, 6
life's 81:8
lifestyle 45:9
light 56:7
limited 15:9
line 59:3 63:4 79:13
86:1
lines 63:5, 22
lining 9:22 13:9
liquid 36:9, 13, 22, 23
lists 74:15
liter 9:25
literature 46:13 50:10,
13, 16
little 5:25 34:18 46:1
68:10 72:15 75:8, 21
76:17, 20, 24, 25 77:21,
21
liver 11:20 25:2
living 51:9, 12
LLP 2:11
load 11:24
located 5:4
location 23:15
locations 13:4, 5 18:24
long 4:19 14:12 20:15
48:9, 12 63:10 69:5, 5,
11, 15
longevity 14:12
longstanding 18:21
long-term 85:3
look 12:24 23:6 43:25
44:4 48:21 52:25 78:15
looked 43:17
looking 7:3 27:4 28:14
35:17 42:3 48:19 66:5
75:2, 21, 23 84:14
looks 24:11 27:9 33:20
59:17 64:16 67:6
lord 42:3
loss 75:9 76:24, 25
lost 84:22

lot 49:10, 11 56:3
lots 81:3
low 74:25 75:8, 11
76:15, 16 77:3, 18, 19,
24, 25
lower 16:14 17:17 19:6
20:19 21:6 56:24
lung 56:12, 14
lungs 51:10, 13, 17
lying 78:17

< M >
M.D 1:10 2:1 3:2 4:3
87:4
Macaulay 1:21 2:2
87:1, 17
macroscopic 23:17
Madison 40:15
maintain 32:19 49:12,
20
maintaining 49:13
male 76:16, 18, 19
malfunction 73:12
malignancy 9:19 34:6
malignant 10:13 13:5
34:6
manage 78:12
managed 68:16
management 85:10
managing 14:18 68:17
manipulate 12:10
manufacturers 40:14
march 85:8
Marcia 65:8, 14
mark 6:20 39:19 41:12
Marked 3:15, 20 4:1
39:21, 24 41:3, 14, 17,
22 42:11 45:10, 10, 13
67:1 86:8
married 74:6
Martins 66:21
Mary's 5:9 44:21, 21
64:7
Mary's-Duluth 5:10
masses 9:2
master 59:17 66:1
material 36:9, 9, 14, 22
matter 2:2 51:15 55:21
McCoy 2:8 3:3, 3, 10,
18, 24 4:7 8:6, 11, 13
22:22, 23 38:1 39:8
40:24 41:21 42:17
43:17 45:17 52:13
58:4, 14 61:24 62:8
81:19 82:16, 20 85:15,
22
McDowell 65:6, 19
McNa 65:14
McNewell 65:14
meals 19:23
mean 24:22 29:24
30:14, 20 31:4 51:22

52:17, 23 66:1 68:6, 13
69:8 71:13 74:1, 3
meaningful 14:11
means 24:23 68:14
69:11 79:9
meant 31:24
mechanical 30:18
media 76:14
Medical 3:17, 20 4:12,
18 6:7 7:13, 22, 25 8:4
13:15, 15 16:13 18:17
21:5 22:4, 11 23:4, 9
24:8, 15 25:7, 18 26:6,
8, 10, 18 28:12 29:9
32:15, 16 34:17 35:19
40:18 44:21 45:9
46:12 58:2, 7, 15, 17
59:8 60:1 62:3, 10
64:7, 9, 11 66:7 67:1, 2,
11
medication 28:4 77:6, 7,
8 78:3, 8 84:1, 9
medications 83:24
84:18, 19, 23
Medicine 6:8 7:9 62:17
meet 38:11, 13, 15
meeting 40:16 60:24
meld 5:22
member 7:4
mention 20:14 21:12
83:24
mentioned 65:20 70:20
merely 32:13
merged 5:8, 11
Merwin 38:15, 18
mesothelial 56:16
mesothelioma 7:17
10:14, 15 24:7, 21
29:12, 23 35:5 37:7
40:13 50:8, 11, 14, 17,
20 51:7, 19 52:2, 5, 7
53:2, 5, 12, 12, 15, 18, 22
54:2, 6 55:18 56:17
57:3, 6, 8, 11, 14, 19, 24,
25 63:13 83:3
mesotheliomas 46:25
47:2, 3, 5 50:22
met 38:8 60:12 65:5
M-hm 26:20 76:3, 5, 7,
9, 11
MI 70:19, 20
micrograms 77:10
microscopic 23:18, 19, 20
mid 15:16, 18
mid-December 15:19
middle 19:20
mild 72:7 74:24 76:25
77:1
millions 55:2, 2, 4
mine 51:15
miners 49:21
minimally 11:25

minimize 69:18
mining 49:6, 15
Minnesota 1:15 2:4
5:12 6:15 7:8 49:7, 16
87:19
minor 10:6
minutes 82:23
misstates 16:21 22:11
mistake 5:17 17:10
34:16
mixing 68:21
modern 51:9, 12, 16
modest 78:11
moment 7:20 16:12
20:4 86:1
Monday 65:17, 18
monoclonal 54:9, 20, 20,
23, 24
month 26:24
morning 43:19, 20
morphine 27:23 28:2,
22 85:7
Mother 70:13
moved 5:1
movement 20:17, 18
movements 20:21
MSW 66:1
mucosal 47:14
multimodality 32:24
multiple 9:23 32:4, 7, 8,
10, 10 78:16
muscular 36:11
mutates 54:17
mutation 55:13, 22
mutations 50:20 54:25
55:4, 8, 25 57:18
myo 70:20
myocardial 70:12, 21, 22

< N >
name 3:19 4:9, 10 5:13
21:16 71:19
narrative 10:17
nasogastric 36:20
nature 30:12
nausea 10:6, 8 26:24
near 35:20
Nebraska 6:5, 5, 6, 8
necessarily 19:6 27:2
56:24 63:20, 21
necessary 13:18 28:10
31:3 49:14
neck 77:5
need 12:10 36:25 37:4
53:11, 23 60:3 62:6
65:9 66:13 82:22
needed 10:6 29:6
46:18 63:11
needing 37:4 60:5
needs 27:22 59:25 60:8
68:23, 24 73:8, 11
never 51:7

new 26:4 84:9
night 27:14 79:7 86:5
nighttime 27:14
nodularity 12:25
non-disclosure 8:3
nonresponsive 10:17
non-retained 7:21
Nope 44:14 47:25 48:4
50:12 66:15
normal 12:24 36:9, 10
40:21 43:3 76:17 78:18
normally 13:3 83:10
Norstrand 20:9, 11
21:10
northern 5:12 49:7
northwestern 5:12
nose 36:21
Notary 2:3 87:18
notation 67:16
Note 3:18, 24 16:6
25:12 29:1, 1 33:6, 7,
13, 14, 15, 18 58:8, 20, 23
59:14, 15, 20, 22 60:10
61:12 64:23 70:1 74:4
75:24 78:20
noted 8:7 72:19 78:5
notes 17:14 25:24 26:7
32:13 33:12 61:18
66:6 71:12 79:11
notified 16:8, 9
November 1:13 2:5
15:17 24:12 34:9, 15,
24 35:13 40:15 42:5, 7,
23 66:20, 24, 25 67:4
72:1, 1 87:14
Number 6:21 7:1
12:23 17:11 23:4
34:11 47:4 74:15, 17,
21 75:9 76:12 77:2
80:11 81:3
numbers 68:13
nurse 16:22 17:9
nurses 65:20
nursing 33:13, 14, 17
63:6, 15

< O >
oath 87:4
obese 74:3 77:21
obesity 73:6
object 7:20 8:9 81:19
objection 8:6, 12 10:16
11:10 12:19 14:7, 25
16:20 17:4, 8, 24 18:19
20:1, 4 21:1 22:10, 19
29:16 30:1 31:23 35:6
52:14 84:4
Objections 3:9
objects 7:20 8:2
observation 49:21
observe 11:23 12:16, 20
observed 28:19

obstruction 15:5 26:25
36:3, 4, 5, 13 37:9, 11
63:12 72:2 84:21
obtain 9:12 46:18
obtained 9:4 10:13
obvious 69:25
obviously 12:22 69:13
occasional 19:20 67:25
occur 20:19 55:9
occurred 30:5 63:11
occurs 19:23 32:6
October 22:3 39:6
41:5, 21 42:11 43:18,
21 45:7 82:13
offer 13:17
offered 12:13 14:11, 13
office 40:20 42:24 43:8
74:11 83:20
Officer 4:18, 20 5:20
OFFICES 2:8
oftentimes 63:23
Oh 27:6 37:10 39:17
42:3 43:19 53:4 55:2
58:21 60:12 63:19
64:4 73:20 78:9
Okay 4:15 5:19 6:20
7:11 8:6 10:5 13:20
14:16, 23 16:1, 11, 25
17:14, 20 18:9 19:8, 16
20:3, 6, 11 21:9, 17, 19,
24 22:8, 16, 22 23:3, 9
24:15, 18 25:7, 10, 17,
19 26:3, 5, 10, 17 27:25
29:20 31:2, 14, 18 33:2,
20, 23 34:1, 25 35:19
48:15 53:4 58:12
64:24 66:20 67:5, 10
82:18, 25 83:9 85:14,
22 86:3
once 19:20 20:18 31:7
oncologist 13:15, 20
44:7
oncology 46:7
ones 41:7 45:9, 10
open 79:3
operate 52:22
operations 5:22 49:7
operative 25:11
opinion 37:18 47:9, 19
51:15 54:22 57:23
opinions 8:1 46:21
81:17 82:1
opioid 28:3 84:19 85:9
opportunity 7:12
opposed 63:17
optimal 73:25
option 31:9, 10
options 14:10
oral 84:18, 18, 23 85:4
order 9:12 12:21 28:10
32:19 49:4 53:12, 22
54:25

organ 12:3 13:8 25:1
30:20
organization 5:6, 8, 11,
14
organs 9:22 11:16, 19,
19, 21 12:7, 24 13:10
Original 3:20, 20, 24
41:8, 9 45:6
originally 20:23
OSWALD 1:6 7:14 8:5,
16 10:20 11:7 40:11
61:8, 21
outcome 14:5
outcomes 14:11
outside 8:5 35:8 73:9
overall 19:2, 22
overbroad 11:11 15:1
29:17 30:2 31:24
overgrowth 84:11, 14
overweight 77:23
OWENS-ILLINOIS 1:9
7:20 8:2
Oz 21:16, 17

< P >
p.m 2:4 86:7
pa 38:23
packet 39:8, 9 41:8, 9
42:12 58:5, 9
PAGE 3:3 17:11 19:17,
18 20:7 21:6 22:4
23:3, 5, 9 24:8, 15 25:7,
17, 18, 18 26:6, 7, 18, 19,
21 27:20, 21 28:12
29:4 33:8
pages 20:8 21:5 23:5
33:8 35:21
paid 43:4, 6
pain 15:11 17:16, 22
18:2, 15, 17 19:5, 20, 22,
24 20:17, 19, 23 21:2
28:3, 6, 7, 9, 11, 16, 21
33:24 34:3 36:3 37:3,
3 59:4 74:18 83:24
84:1, 9, 20 85:3, 10
pale 75:2, 21
palliative 14:14, 21, 24
15:6 27:22 31:3, 9
63:22
pancreas 11:20 71:13
73:10, 13
pancreatic 62:19 70:16
71:12, 14, 17, 21 73:10
paper 32:18
paragraph 17:16 19:19
20:15 21:13, 25 67:21,
23
part 9:3 11:16 24:8
51:25 57:9, 10 61:12,
15 66:4
participate 65:16
participation 14:8

**particular** 48:3  57:17, 17
**particularly** 59:24  71:4  76:19
**parties** 87:9, 11
**parts** 67:7
**pass** 39:1
**passage** 32:19
**passed** 16:8  39:2
**patches** 84:25  85:1
**path** 83:9
**patholo** 35:3
**pathologic** 10:1  53:11
**pathological** 53:16, 23  54:2
**pathologically** 53:7, 8
**pathologist** 25:4  35:4  44:11  48:23  83:8
**pathology** 10:9, 12  23:7, 12  24:9  46:1  48:15  49:1, 3, 9  53:1
**pathway** 85:9
**patience** 82:15
**patient** 25:25  29:10, 21  30:11  32:4, 7  33:16  36:25  37:24  40:11  59:6  60:13, 15  65:7, 10, 12  67:24  73:6  80:7
**patients** 32:24  59:24  62:18  85:11
**patient's** 37:2  62:14  65:14
**pattern** 79:5
**Pause** 42:3, 4, 4  58:10, 10  66:20
**pay** 40:20  43:2
**peaks** 85:4
**pelvis** 11:18
**people** 18:14  47:12, 13  51:6, 16  55:9  83:12
**percentage** 46:24  50:22, 25  51:16
**performed** 9:17, 23  10:3, 11  12:23  23:22  25:14  30:6  44:15, 18  49:4
**period** 14:22  16:2  69:5
**periods** 61:3
**periscope** 12:5
**peritoneal** 10:15  24:20, 22  30:13, 17  46:24  47:2, 5, 8, 10
**person** 40:5  48:24  55:14
**personally** 8:15  48:22
**personnel** 83:15
**persons** 87:12
**perspective** 53:18, 19
**pertinent** 72:13
**phone** 40:16  41:25, 25  42:2

**physical** 26:23  28:14  29:3  30:18  73:17  75:2  77:1  78:13, 15  79:11, 13
**physically** 83:14
**physician** 4:23  6:12  27:4  29:2  44:9  63:22  64:1  81:22
**physicians** 10:25  11:4  16:18  25:25  28:8  31:20  32:8
**picture** 19:2
**place** 5:6  32:11, 13, 15  33:1  87:5
**placed** 15:6  84:8, 13, 18  85:1
**Plaintiff's** 1:7  2:10  7:21, 24
**plaintiff's** 42:7  81:16, 25  82:7
**Plan** 27:21  63:14
**planning** 65:10
**plans** 65:6
**play** 28:2  64:17
**plays** 51:3
**please** 40:9  44:2
**plenty** 18:7
**point** 5:9  8:22  9:8  14:9  15:5  19:4, 5  22:21  28:18  36:12  37:6  60:18  63:19  66:16, 17  72:22, 25
**pointed** 49:18  71:23  79:18
**population** 50:25
**populations** 71:4
**portions** 25:1
**position** 4:15, 17, 19, 25  6:22
**positions** 4:22  6:23
**possibility** 9:14
**possible** 12:15  18:4, 13  19:8  55:13  63:1
**possibly** 71:21
**postoperative** 14:19, 22  84:20
**potency** 48:11
**potential** 55:22  80:6
**potentially** 58:13
**practice** 6:10, 21  61:13  64:8  74:11
**practicing** 4:22
**practitioner** 16:22  17:9
**preference** 63:7
**preparation** 7:13
**prepared** 17:11  25:4  27:9  81:12
**prepares** 25:23
**preparing** 81:17  82:3
**presence** 9:2
**present** 4:15, 17  5:1  13:4  67:19  68:3
**presented** 19:4
**presents** 67:12

**pressure** 68:8  71:1  72:17  78:11, 12, 13, 14, 16
**presume** 35:10  59:6
**pretty** 49:7  73:22, 25  77:11, 12  85:8, 10
**prevent** 71:10
**prevents** 17:1
**previous** 29:4  59:23
**primary** 8:20  16:7, 24  44:9  63:23  73:12, 14  76:13  77:3
**print** 68:20
**prior** 20:17
**privileges** 52:19
**probable** 15:5
**probably** 51:21  64:4  72:6  74:1
**problem** 31:4
**problems** 69:13
**procedure** 9:15, 17, 18  10:2, 5  15:15  22:1, 18  23:1  25:14  26:13  30:6  60:23  80:14, 14
**procedures** 12:11, 23
**proceed** 9:16  23:2  36:24
**process** 34:6  36:7  63:25
**product** 48:3
**products** 40:14
**profuse** 29:23
**program** 49:8
**programs** 49:11, 20
**progress** 25:24  33:12, 13
**progression** 37:13
**pronounced** 21:16
**propel** 36:8, 11
**proper** 84:16
**properly** 81:21
**prostate** 78:24, 25  79:2, 6, 6
**proven** 47:17
**provide** 8:4  28:9  58:4, 14  60:8, 15  81:18
**provided** 7:23  8:2  61:24  65:4  82:3
**provider** 62:15
**providers** 60:7  63:23
**provision** 64:25
**proximity** 49:5
**Public** 2:3  87:18
**pulmonology** 49:9
**pure** 54:10
**purely** 54:11
**purposes** 32:24  84:19
**pursuant** 45:20
**pursue** 31:3, 11, 11
**put** 36:19  75:11
**Putting** 5:21

**< Q >**
**quadrant** 17:17  19:6  20:16, 20, 20  74:18

**qualification** 10:18  35:7, 7
**qualifications** 52:10, 18, 25  54:1
**qualified** 87:3
**quality** 81:6
**question** 10:21, 23  11:14  22:24  23:10  29:19  34:13  37:15, 22  44:24  52:14  53:3  58:13  81:24  83:18, 23  85:17
**questions** 38:1  82:14, 22  85:12
**quickly** 68:1  69:14  85:8
**quite** 75:5

**< R >**
**radiation** 50:14
**radiologist** 9:9  44:13
**radiology** 46:3
**raises** 80:8
**range** 68:6
**rare** 47:4
**ravage** 71:4
**ravages** 69:12
**RDR** 1:21  87:17
**read** 17:15  39:16  40:8  60:10  63:1  65:3  68:19  85:18, 18
**readable** 26:1
**reading** 32:13, 15  35:9  49:10, 13, 14  79:17  83:16
**readings** 72:17
**readmission** 15:3
**realistically** 14:10
**really** 16:6  77:12  80:16
**re-ask** 10:23
**reason** 35:8  67:15, 18  75:13
**reasonable** 31:8  73:20
**recall** 61:9, 10  81:15
**receive** 42:9
**received** 24:12  31:15  40:19  41:13  42:14  43:10, 21  83:19  84:1
**recognize** 46:15  64:14
**recognized** 14:9
**recollection** 16:4  38:12, 14, 16, 17
**record** 5:24  8:7  17:23  22:14  32:15, 16  40:24  42:17  58:15, 17  66:21  86:6
**recorded** 11:1
**Records** 3:17, 20  7:13, 25  8:5  10:24  11:5, 11  15:24  16:5, 12  17:21  19:9, 17  22:11  31:19, 25  39:11, 13  40:19  41:3, 4, 13, 20  42:19  43:17, 21, 22  45:8, 18,

20, 22, 25  58:2, 6  61:18, 24  62:8  66:13, 19  67:6  82:16  83:20
red  80:5
reduce  37:1
reduced  77:1
referable  8:18
reference  9:13  19:18  29:24  30:7, 8  31:5  36:1  49:10  83:1
referenced  49:15
references  62:1
referral  8:21
referred  9:6
referring  11:15  15:18
refers  21:25
reflects  27:17  28:15
refractory  28:7
regarding  40:12
regimen  83:25
regimens  84:9  85:7
Registered  87:18
related  29:3, 8  35:14  43:22  45:24  47:5  48:12  71:21
relationship  51:22
relative  87:9, 9
relatives  72:18
relevance  17:5
reliable  85:2
relief  28:3, 6, 9
relieve  28:10
remain  60:14
remember  38:17, 20, 20, 22, 23, 24  60:24  61:2
remote  35:14
remotely  35:11
remove  30:19, 20
removing  30:20
repeat  81:24
replaced  77:6
report  22:5  23:7, 12  24:9, 11, 16  25:5  27:8  34:10  35:13  81:12, 17, 20  82:3
REPORTER  1:21  39:23  41:16  85:24  86:2  87:3, 18
Reporter's  3:18, 19
reporting  3:19
reports  74:8
represents  40:10
Requests  3:10
require  28:22
required  15:3  47:20  52:1  54:5, 25  83:2, 11
resection  78:24  79:2
residency  6:9, 11
resistance  73:8
reso  38:12, 14
resolves  20:19, 21
responsible  62:21

result  10:9  14:2  18:24  22:25  55:24  57:18  69:6, 16  83:17
resulted  8:20
resulting  55:22  69:24
results  9:8  36:16
retain  84:23
retaken  78:16
retinopathy  69:12  75:25  76:1, 2
retired  13:24  25:6
rev  77:16
reveal  9:6
revealed  10:10
review  7:12  62:8  85:20  87:8
reviewed  9:8, 9  21:14  49:3
Right  4:13  7:5, 11  11:2, 8, 13  14:1  15:14  16:14, 15, 18  17:9, 12, 16  19:6, 12, 16  20:14, 16  21:6, 10, 17, 22  22:1, 3, 6, 18  23:25  24:1, 3, 9, 13, 16  25:8, 15  26:3, 5, 15  27:12, 18  29:15  31:16  33:4, 10, 21, 23  34:14  35:15  36:1  37:14, 21  38:9  48:25  49:23  53:6  56:5, 23  57:5, 15, 20  64:25  67:13  74:19, 22  75:5  78:1, 1  80:22  83:21  85:16
risk  56:22  69:18  80:7, 8, 10, 25
risks  80:6
RN  65:6, 15, 15, 19, 23  66:21
RNs  65:21
Robert  2:8  13:21  41:21  44:18, 22  51:3  63:23  64:1, 17
room  29:1, 2, 5  30:10  36:2, 4, 17
round  25:25
rounding  61:3
route  32:17  47:17
routed  27:1  32:17
routes  47:7
Rule  81:11  82:3
rules  81:21
run  36:7
running  68:14
runs  68:9

< S >
salient  61:17
satisfactory  68:12
saw  8:22  16:6  18:3, 13  43:22  45:4  69:23  71:23  74:10  75:1  77:25
saying  56:23

says  21:5, 19  27:4, 20  30:11  31:2  33:23  35:13, 21  40:10  43:2  54:17  65:24  66:1, 12  68:19  71:25  72:5  79:15
scan  8:24  9:10
scanned  67:8
scenario  32:5
scheduled  23:1  65:13
SCHIFF  2:11
school  6:7  7:8
scientific  46:12
sclerotic  72:9
scope  55:8  79:4  81:21
score  80:9
screening  49:8, 20, 23
seal  87:12
Second  1:14  2:3  21:13  79:13
secondary  28:25  29:11, 23  73:6  76:21
secretion  77:15
section  6:25  70:10, 11
see  8:17  12:9  13:16  17:17  19:9  27:2, 7, 23  33:24  35:16  58:10, 19, 21, 22  59:10  61:25  62:10  63:10  66:17  67:17  68:18  70:1  71:9  73:17  75:4  78:9
seeing  38:17  76:14
seen  32:16  45:2  81:14
select  45:13
sense  32:20  37:4  81:8
sent  9:25  40:25, 25  41:4, 20  42:18, 23  43:17  48:25  62:9
sentence  17:14, 18  30:11
sentences  20:16
separate  61:10
September  84:3, 3, 9
series  55:3
service  32:22  59:14, 15, 20  60:7  64:12, 25  65:5
services  5:23  32:8, 10  59:25  60:1, 1, 5
serving  11:6
set  40:16
sets  30:7  42:19  77:16  83:18
Seven  63:5
severe  28:7
shared  31:21  32:22, 23
sharing  32:6, 9, 19  33:2
sharings  32:25
shin  79:23
short  38:6  48:9, 12
shortened  37:19
shorthand  87:3, 4
shot  71:6
show  61:19
shows  29:10  78:20

siblings  70:14  72:18
sic  32:11  64:16  65:15
sign  85:19
signature  64:14  85:20
signed  24:19
significant  72:11
signs  15:11
simply  30:18  38:24
single  30:20  54:14
sister  65:14  70:16
sitting  78:17
situation  9:11  36:18
situations  78:17
six  23:5  35:21  77:2
skin  56:8, 9  84:25
Slag  16:23, 25  27:13  31:11  58:24, 25  59:2  62:14, 21  63:2, 16
Slag's  62:24
slides  48:19, 21  49:13
slight  74:25  75:4
slightly  74:25
slow  68:23, 23  79:7
sluggish  77:21
sluggishness  84:12
small  11:22  47:3  69:13
SMDC  5:9
smoke  56:13
smokers  56:12
smokes  56:13
smoking  71:18
snuff  75:22
social  59:14, 15, 17, 20, 21  60:5, 7  64:12, 19, 25  65:5  66:2, 3  74:5
solid  11:19  13:10  25:1
somebody  54:5  76:22
someone's  75:18
somewhat  9:24  12:7
Son  60:12, 14, 17, 24  61:7, 13, 21  65:8
son-in-law  60:12
soon  15:3
sorry  27:6  34:16, 16  40:5  53:4  67:6
sort  19:1  81:6  85:8
sorting  19:2
source  23:15  34:7  73:8, 9
sources  47:14
South  2:9, 12
space  11:17
span  15:9
spanned  5:11
Special  1:5  10:11  23:21  49:14
specialist  13:16  62:17
specialty  32:8, 23
specific  16:12
Specifically  7:23  9:10  18:12
specimen  24:12

Thomas Wiig, M.D.

**specimens** 10:*1, 13* 23:*13, 14, 20, 24* 24:*4, 5, 20*
**speed** 77:*17*
**spell** 4:*9*
**spleen** 11:*20*
**spoke** 63:*8*
**spoken** 61:*13*
**spouse** 65:*11*
**sprinkler** 36:*7*
**St** 5:*9, 10* 44:*21, 21* 64:*7*
**stabilized** 15:*10*
**stack** 19:*18*
**staff** 60:*8* 63:*24*
**stage** 14:*24*
**stages** 34:*6*
**staining** 49:*4* 54:*4* 83:*2, 10, 17*
**stains** 10:*11* 23:*21* 49:*14*
**stand** 8:*9*
**standing** 8:*12* 78:*17*
**stands** 68:*1*
**start** 16:*13* 77:*15*
**started** 4:*24* 27:*22* 79:*10*
**starting** 84:*2*
**starts** 67:*23*
**state** 6:*14*
**stated** 20:*4* 54:*11* 73:*21*
**statement** 19:*19, 24* 29:*24* 31:*2* 34:*2* 35:*12* 51:*8* 53:*20* 57:*8* 63:*2*
**STATES** 1:*2* 20:*16* 27:*21* 29:*10, 21* 33:*10* 51:*1* 67:*24*
**statistic** 51:*2*
**stay** 15:*12, 17* 26:*1, 12, 12* 63:*10* 65:*12* 86:*1*
**stays** 15:*20* 79:*24*
**steady** 79:*16, 21, 24*
**stenographic** 87:*4*
**step** 12:*14* 13:*11* 45:*25*
**stimuli** 55:*20*
**stomach** 11:*22* 36:*21, 23*
**stop** 22:*20*
**stream** 79:*8*
**Street** 1:*14* 2:*4*
**strength** 10:*7*
**stroke** 70:*14* 72:*7*
**strong** 13:*4*
**studding** 9:*21*
**studies** 8:*23, 24*
**study** 10:*2, 3, 4*
**subjects** 7:*11*
**submitted** 23:*13, 14*
**subsequent** 5:*7, 10* 60:*22*
**succinctly** 49:*19*
**suction** 36:*22, 22*
**suctioned** 9:*24*

**Sue** 38:*15, 18*
**suffered** 69:*12*
**sugar** 68:*5, 9, 10* 69:*1, 19*
**sugars** 80:*17*
**suggested** 8:*24*
**Suite** 2:*12*
**summary** 26:*11* 34:*19, 20* 35:*22*
**SUOJA** 1:*5, 6* 7:*14* 8:*5, 16, 17* 9:*11* 11:*1, 7* 12:*13* 13:*12* 14:*11, 17* 16:*8, 13* 17:*21* 21:*5* 22:*4, 6* 23:*3, 5, 9* 24:*8, 15* 25:*7, 17, 17* 26:*6, 7, 10, 18* 28:*1, 12* 29:*6, 25* 31:*12, 15* 33:*4, 7, 18* 34:*2, 14, 17* 35:*2, 5, 19* 36:*18* 37:*23* 38:*11, 13, 18, 18* 39:*1* 40:*11* 43:*23, 25* 44:*4, 11, 13, 16* 45:*2, 5, 19* 47:*24* 48:*2, 16* 52:*1, 4* 58:*7* 59:*7, 8, 11* 60:*3* 61:*8, 22* 62:*3, 10* 64:*9, 11* 66:*6, 17* 67:*2, 11, 12* 69:*20* 70:*2, 11* 72:*12, 14* 73:*18* 74:*5* 76:*8* 78:*20* 79:*12, 25* 83:*21* 84:*1*
**Suojas** 13:*12* 14:*2*
**Suoja's** 10:*20* 13:*6* 16:*23* 30:*15* 31:*5* 35:*10* 37:*17* 40:*12, 17* 44:*7, 9* 45:*8* 57:*24* 60:*19* 62:*22* 67:*16* 69:*24* 71:*24* 72:*13* 81:*5* 83:*3*
**suppliers** 40:*14*
**support** 60:*1*
**suppose** 19:*12* 43:*19*
**Sure** 8:*12* 22:*12, 15* 41:*19* 45:*1* 51:*14* 54:*10* 62:*7* 74:*16* 79:*21, 21, 24* 81:*7, 25, 25* 85:*24*
**surface** 24:*23, 24* 25:*2* 30:*17*
**surfaces** 12:*3, 3, 9* 13:*8, 9, 9*
**surgeon** 4:*25* 6:*23* 11:*6* 12:*22* 44:*19, 20* 53:*23*
**Surgeons** 7:*4*
**surgeries** 74:*12*
**surgery** 6:*8, 19, 22* 10:*4* 30:*24* 44:*23* 45:*1* 61:*8* 84:*17, 18*
**surgical** 6:*10, 25* 7:*1* 9:*5* 10:*2* 12:*11* 23:*7, 12* 24:*9* 30:*12* 35:*3, 3* 38:*22* 52:*19* 53:*19* 60:*22*

**surmised** 47:*12*
**surveyed** 54:*17*
**suspect** 45:*17* 51:*24* 79:*15*
**sustained** 55:*14*
**SV40** 50:*17*
**swings** 68:*17* 69:*6*
**sworn** 4:*4*
**symptomatic** 31:*3*
**symptomatology** 84:*10*
**symptoms** 19:*3* 34:*8* 79:*5*
**Synthroid** 77:*10* 78:*5, 6, 7, 7*
**syringes** 68:*20*
**system** 67:*10*

**< T >**
**tablets** 85:*4*
**tailings** 49:*17*
**take** 32:*11, 12, 13, 15* 33:*1* 38:*6* 56:*15* 62:*6* 65:*7* 66:*1, 3, 16* 71:*10, 13* 73:*4* 82:*23* 84:*22*
**Taken** 1:*13* 2:*1* 78:*16*
**takes** 32:*10* 55:*3* 69:*4, 14*
**talk** 33:*7* 61:*7* 82:*1*
**talked** 47:*13* 64:*21, 24* 67:*11* 74:*18, 22* 76:*6* 82:*7*
**talking** 38:*21* 47:*11* 55:*21* 59:*6* 61:*10*
**talks** 41:*24* 66:*9* 67:*16*
**team** 8:*20* 16:*10*
**technique** 12:*1*
**Telephone** 2:*8, 11*
**telephonically** 38:*8*
**tell** 5:*3* 26:*21* 51:*18* 70:*11* 74:*4*
**ten** 21:*4* 33:*8* 56:*20*
**term** 24:*22* 75:*15, 15*
**terms** 15:*23* 27:*25* 28:*21* 37:*22* 48:*17* 80:*6*
**terrible** 71:*10*
**terribly** 72:*16* 75:*3*
**terrific** 50:*1*
**testicles** 76:*17*
**testified** 4:*5* 84:*6*
**testify** 7:*22, 24* 82:*2*
**testifying** 17:*1*
**testimony** 8:*4* 43:*11* 45:*19, 23* 52:*24* 87:*7*
**testosterone** 76:*16*
**Thank** 38:*2* 40:*22* 85:*13, 14, 23* 86:*3, 4*
**theory** 54:*16*
**therapeutic** 10:*4* 31:*8*
**therapy** 13:*15* 63:*14*
**thing** 56:*19* 81:*3*
**things** 18:*7* 60:*2* 62:*19* 71:*16, 19* 75:*10* 80:*13*

**think** 10:*22* 18:*10* 19:*3, 3, 4, 17* 26:*7* 28:*23* 30:*8* 31:*9* 32:*20* 34:*15* 35:*20* 37:*10, 15* 41:*11* 51:*8, 21* 53:*17* 67:*11* 71:*22* 72:*4* 73:*20, 22* 74:*1, 13* 75:*1, 10* 80:*18* 82:*14, 22* 83:*25* 84:*7* 85:*15, 22, 23*
**thinking** 36:*6*
**third** 19:*18* 21:*24*
**THOMAS** 1:*10* 2:*1* 3:*2* 4:*3, 11* 81:*12* 87:*4*
**thought** 63:*7* 65:*11* 78:*2*
**three** 20:*15*
**throw** 80:*17*
**thy** 77:*19*
**thyroid** 62:*19* 77:*3, 4, 5, 6, 8, 13, 18, 19, 24*
**TIA** 72:*7*
**tightly** 68:*15, 17* 69:*19* 80:*17*
**time** 4:*23* 5:*1, 5* 9:*17* 11:*5* 18:*8, 14* 19:*4, 10* 20:*12* 28:*6, 18, 23* 31:*16* 37:*6, 11, 23* 38:*9* 40:*22* 42:*14* 43:*14, 16, 22* 52:*20* 64:*3, 20* 68:*24* 69:*5, 11, 15* 71:*20* 79:*1* 82:*11* 84:*20* 85:*6* 87:*5*
**time-released** 85:*2*
**times** 20:*20* 79:*19*
**tired** 77:*20, 23*
**tissue** 10:*13* 13:*1, 3* 23:*14, 19* 24:*5*
**title** 5:*2*
**titled** 33:*12, 13*
**tobacco** 71:*18*
**today** 38:*9* 39:*17* 41:*1* 42:*13, 15* 43:*4, 6, 11* 45:*14, 19, 23* 58:*9* 61:*25* 76:*15* 82:*15*
**today's** 7:*13* 80:*6*
**tolerated** 10:*5*
**top** 27:*5* 33:*20* 59:*22* 64:*11*
**topics** 32:*23*
**total** 57:*13* 64:*2*
**totally** 79:*17*
**touch** 72:*15*
**track** 53:*17*
**training** 6:*2* 50:*2*
**transcribed** 25:*11*
**transcript** 3:*20, 23, 24* 85:*19, 20* 87:*6, 8*
**transcription** 87:*6*
**transferred** 33:*16, 18*
**transmigrates** 47:*7*
**transmigration** 47:*13, 14*
**transmission** 61:*16, 19*

**Transurethral** 78:24
79:2
**treat** 84:14
**treating** 78:10 81:22
**treatment** 7:14, 23, 25
8:1, 5, 15 10:21 11:1, 7
13:13, 16 14:6, 8, 10
17:21 28:1 29:25 30:3,
8, 15 31:6, 8, 10, 14, 19,
25 33:3 34:1 35:2
37:22 40:17 44:22
45:1, 9 51:25 62:22
77:5 83:20 84:2
**treatments** 13:19
**trial** 40:15
**tries** 37:1
**true** 51:21 56:14, 15, 18
57:11 58:14 66:10
69:17 70:7 87:6
**truly,** 40:23
**try** 28:10 36:25 68:22
84:14, 15
**trying** 49:20
**tube** 36:20, 20
**tumor** 9:2, 19 11:24
12:3 18:5, 6, 15 19:10
23:23 28:19, 25 30:19,
24 32:5, 21 37:12
**tumorous** 12:18
**turn** 5:25 16:11 23:3
25:17 26:17 57:22
58:2 67:10
**turning** 78:19
**TURP** 78:20
**T-U-R-P** 78:21
**TV** 77:25
**twice** 68:5
**two** 15:20 19:8 23:6
27:15 29:7 54:18
82:23 83:18
**two-day** 26:12
**type** 20:23 21:2 32:5
55:21 72:22, 24 73:3, 4,
5, 12, 13, 14, 16, 24, 24
74:21
**typed** 26:4
**types** 48:5
**typically** 73:5

**< U >**
**ultimately** 18:3
**ultrasound** 8:23
**uncertain** 70:17
**unchanged** 73:22
**uncomfortable** 28:15
**uncontrollably** 55:1
**uncontrolled** 55:5 56:1
57:19
**undergone** 15:8
**undergraduate** 6:4
**undersized** 76:17
**understand** 16:25 48:25
52:24 59:20 62:7 72:12

**understanding** 7:16
17:2, 6 49:24 69:8
74:17
**unending** 36:25
**unfair** 58:13
**union** 66:13
**unit** 33:15, 16, 17, 19, 19
**UNITED** 1:2 51:1
**University** 6:7 7:8
**unreliable** 84:24
**unusual** 76:18
**upper** 20:16, 20 74:18
**urban** 51:13
**urethra** 79:4
**urethroscope** 79:3
**urge** 79:9
**urinary** 79:9
**urination** 79:7, 7
**use** 12:3
**uses** 12:5 79:20
**usual** 47:7 62:15 80:21,
22 81:1
**usually** 19:23 20:18, 21
**UV** 56:7

**< V >**
**vaccinations** 71:6
**vaccine** 50:17
**vague** 11:11 15:1
29:17 30:2
**Vaguely** 48:7, 13
**valid** 79:18
**valleys** 85:4
**valuable** 40:22
**Van** 20:9, 11 21:10
**various** 6:24 12:3, 9, 12
18:24
**vary** 69:1
**varying** 68:16
**VAUGHAN** 2:8
**verbatim** 87:3
**versus** 63:6, 15
**vessel** 69:13
**vessels** 72:9
**viscous** 11:21
**visit** 16:17 20:8 22:16,
25 30:10 61:4 67:16,
18 84:2
**visits** 22:9 38:18, 22
60:25
**visualize** 12:2
**Vitae** 3:16
**vital** 15:11
**voiding** 79:5
**vomit** 37:1, 5
**vomiting** 26:25
**vs** 1:8

**< W >**
**Wacker** 2:12
**wait** 20:3
**waive** 85:21

**waived** 87:8
**waiving** 85:19
**wall** 9:23 47:15
**want** 6:3 25:17 27:8,
20 33:7 38:6 39:16
40:8 44:1 56:19 57:22
58:2 62:7 74:16 85:24
**wanted** 34:25 37:14
**wants** 77:22
**watch** 80:16
**watching** 80:15
**water** 47:14 56:20
**Watson** 2:11 3:3, 10
7:19, 19 8:8 10:16
11:10 12:19 14:7, 25
16:20 17:4, 8, 24 18:19
20:1 21:1 22:10, 19
29:16 30:1 31:23
34:11 35:6 38:4, 5
39:19, 25 41:18 43:1
83:1 84:4 85:17 86:4
**way** 18:11 19:22 22:24
33:11 37:18 71:17
74:10 78:25 80:10
**weak** 77:1, 20, 23
**weakness** 77:1
**wear** 77:15
**week** 27:16
**weekend** 27:14
**weeks** 15:4 68:3 72:3
**weight** 73:18, 19, 20, 23,
25 77:21
**Well** 6:24 11:14 12:22,
24 14:18 15:2 18:1, 6,
21 22:12 26:3 28:3, 7,
23 30:4 32:7 34:4
35:9, 14 36:19 37:3
42:4 43:24 49:18
52:19 53:11 54:16
55:20 57:9, 22 58:21
61:1, 9 63:19 64:19
67:2, 24 68:14 69:2, 10
71:15 72:14 73:5
75:17 79:15 80:1
83:13 84:7 85:23
**went** 6:7 62:9
**we're** 6:20 12:9 37:15
41:19 55:18 56:3, 7
70:9 76:13
**WESTERN** 1:3 71:7
**we've** 61:25
**WI** 40:15
**wide** 68:16
**wife** 9:11, 16 10:10
22:8 38:21 60:3 61:10
63:7 68:18 70:3 74:7
**WIIG** 1:10 2:1 3:2, 15,
18, 18 4:1, 3, 11, 16
7:21, 23, 24 8:4, 14
39:21 40:10 41:14
42:22, 24 81:12 86:8
87:4

**W-i-i-g** 4:11
**wildly** 68:14 69:1
**willing** 63:9
**WISCONSIN** 1:3 5:12
**wish** 78:14
**wishes** 63:6
**witness** 4:4 22:20 84:5
85:21 86:3 87:7, 12
**witnessed** 37:25
**woods** 37:16
**words** 54:4 55:3, 17
**work** 5:20 6:4 7:13
8:23 12:10 17:20
59:17 66:2 67:5
**worked** 8:18
**worker** 59:21 60:5
64:19 66:3
**working** 42:12
**works** 5:22 32:4
**workup** 8:22 75:14
**workups** 9:9
**world** 80:6
**worsened** 15:2
**writes** 59:22
**written** 42:9 62:13
**wrote** 13:14

**< X >**
**x-rays** 9:9

**< Y >**
**yeah** 28:17, 17 34:14,
20 40:3 49:22 51:21
57:12 66:3 72:6 74:23
75:20, 20, 23 78:1, 6
**year** 39:6 51:1
**years** 4:21 5:1 7:2
52:23 56:20 61:11
63:20 74:11 79:1
**Yep** 67:14, 22 68:2, 2, 4
74:23 76:11 78:4
**yesterday** 63:8
**young** 70:17 71:5