UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

```
------------------------------
OSWALD SUOJA,                     :   W.D. WI CASE
                                  :   3:99-cv-475
         Plaintiff,               :
                                  :
     vs.                          :
                                  :
OWENS-ILLINOIS, INC,              :
                                  :
         Defendant.               :
------------------------------
```

Wednesday, November 25, 2015
- - -

Trial deposition of ARTHUR L. FRANK,

M.D., PH.D., taken pursuant to notice, held at Nesbitt

Building, 3215 Market Street, Suite 640, Philadelphia,

Pennsylvania, commencing at 8:10 a.m., before Nicolle

J. Tornetta, Court Reporter - Notary Public there

being present.


- - -

KAPLAN, LEAMAN AND WOLFE
Registered Professional Reporters
Constitution Place, Suite 909
325 Chestnut Street
Philadelphia, PA 19106
(215) 922-7112

```
 1      A P P E A R A N C E S:

 2
        CASCINO VAUGHAN LAW OFFICES, LTD
 3      BY:     ROBERT McCOY, ESQUIRE
                220 South Ashland Avenue
 4              Chicago, Illinois 60607
                (312) 944-0600
 5              bmccoy@cvlo.com
                Representing the Plaintiff
 6

 7      SCHIFF HARDIN
        BY:     EDWARD CASMERE, ESQUIRE
 8              233 South Wacker Drive, Suite 6600
                Chicago, Illinois 60606
 9              (312) 258-5784
                ecasmere@schiffhardin.com
10              Representing the Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    I N D E X

2

3   WITNESS

4   Arthur L. Frank, M.D., Ph.D.

5      (Witness sworn.)

6

7   EXAMINATION BY:                            PAGE

8   Mr. McCoy (direct)                         6

9   Mr. Casmere (cross)                        83

10  Mr. McCoy (redirect)                       125

11  Mr. Casmere (recross)                      136

12

13

14                 E X H I B I T S

15

16  NUMBER          DESCRIPTION                PAGE

17  Plaintiff-93    Curriculum Vitae           6

18  Plaintiff-201   Report on Effects of Asbestos  18

19                  Dust on the Lungs and Dust

20                  Suppression in the Asbestos

21                  Industry by E. R. A.

22                  Merewether, M.D., and C. W.

23                  Price

24  Plaintiff-140   What is Asbestos Document   23

25  Plaintiff-141   Picture of Macrophages with 24
```

| | | | |
|---|---|---|---|
| 1 | | Asbestos Fibers present, with | |
| 2 | | attachments | |
| 3 | Plaintiff-202 | Mesothelioma Register | 41 |
| 4 | | 1967-68, Authored by Morris | |
| 5 | | Greenberg and T. A. Lloyd | |
| 6 | | Davies Article | |
| 7 | Plaintiff-203 | Mesothelioma:  Cases | 45 |
| 8 | | Associated with | |
| 9 | | Non-occupational and Low Dose | |
| 10 | | Exposure Article authored by | |
| 11 | | Gunnar Hillerdal | |
| 12 | Plaintiff-204 | Consensus Report, Asbestos, | 59 |
| 13 | | Asbestosis, and Cancer:  The | |
| 14 | | Helsinki Criteria for | |
| 15 | | Diagnosis and Attribution | |
| 16 | Plaintiff-142 | Arthur Frank, M.D., Records | 72 |
| 17 | | of Oswald Suoja | |
| 18 | D-1 | The Asbestos Worker, | 103 |
| 19 | | September 1930 article, | |
| 20 | | Volume 9, No. 9 | |
| 21 | D-2 | Safety and Health Standards | 109 |
| 22 | | for Contractors performing | |
| 23 | | Federal Supply Contracts | |
| 24 | | under the Walsh-Healey Public | |
| 25 | | Contracts Act, United States | |

1                        Department of Labor, 1952

2    D-3                 The Asbestos Worker Journal,    110

3                        November 1961

4    D-4                 Asbestos Journal, May 1969      112

5    D-5                 American Industrial Hygiene     119

6                        Association, Quarterly,

7                        September 1956

8    D-6                 Affidavit of Herbert E.         122

9                        Stokinger

10   D-7                 Occupational and               136

11                       Environmental Cancers of the

12                       Respiratory System by

13                       W.C. Hueper, 1966

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        -   -   -
 2                  (Whereupon, Exhibit Plaintiff-93,
 3      Curriculum Vitae, was pre-marked for
 4      identification.)
 5                        -   -   -
 6                  ARTHUR L. FRANK, M.D., Ph.D., having
 7      been duly sworn, was examined and testified as
 8      follows:
 9                        -   -   -
10                    DIRECT EXAMINATION
11                        -   -   -
12      BY MR. McCOY:
13      Q.      Doctor, would you begin by giving us your
14      full name and spell your last name for us?
15      A.      Yes, my name is Arthur Leonard Frank,
16      F-R-A-N-K.
17      Q.      And what is your present occupation?
18      A.      I'm a physician.
19      Q.      And what position do you hold?
20      A.      I currently hold here at the Drexel
21      University School of Public Health the position of
22      professor of public health and chair emeritus of
23      the department of environmental and occupational
24      health.  I'm also a professor of medicine in the
25      pulmonary division of the department of internal
```

1    medicine.  And I'm also a professor of civil,

2    architectural, and environmental engineering, all

3    of those here at Drexel.

4              MR. CASMERE:  Bob, I'll stipulate to

5    the CV and his qualifications as a medical doctor,

6    so we can skip all that, and Judge Crocker can read

7    it at his leisure.

8              MR. McCOY:  Right.  We'll just be

9    brief in terms of qualifications.  We'll list out a

10   few of them for highlights because the CV is so

11   long and I want to get out the key points.

12   BY MR. McCOY:

13   Q.      But this is Exhibit 93.  This is the -- for

14   the record, Doctor, would you identify that for us?

15   A.      It's my most up-to-date and recent CV of

16   November 2015, this month.

17   Q.      And just going forward, a little bit with

18   your credentials.  Your educational background

19   that's relevant for the purposes of today?

20   A.      After graduating from college, I was

21   fortunate to be admitted to the first class at the

22   Mount Sinai School of Medicine in New York.  It was

23   also that year, in 1968, that I met Dr. Irving

24   Selikoff, head of the environmental sciences

25   laboratory already recognized in 1968 as a world

1    expert in the area of asbestos and asbestos-related

2    disease.

3              I graduated four years later with my

4    M.D. degree from Mount Sinai.  I stayed on at the

5    Mount Sinai Hospital to do my first year of

6    training in internal medicine, that would be

7    general adult medicine.  I left after that first

8    year to become a commissioned officer in the United

9    States public health service, a commission that I

10   ultimately held for some 37 years, leaving with the

11   equivalent rank of Navy captain or an Army colonel.

12   I served on active duty between 1973 and 1975 at

13   the National Cancer Institute, studying the effects

14   of asbestos on tissue.

15             When I returned to Mount Sinai in

16   1975, over the next two years, I finished my

17   training in internal medicine.  I also did my

18   clinical training in the field of occupational

19   medicine, and I had also received my second

20   doctoral degree, a Ph.D. in biomedical sciences

21   from the City University of New York.  The subject

22   of my original research had to do with the effects

23   of asbestos on certain kinds of tissues.  We looked

24   at animal tissues, hamsters, bovine tissue.  We

25   also looked at some human tissue and its biological

1  effects.  So that would be my formal education.

2  Q.      Have you had training in the area of

3  toxicology?

4  A.      I have to be a board certified specialist

5  in occupational medicine, which looks at exposures

6  at workplaces and then tries to prevent disease by

7  identifying hazards, you have to have training in

8  toxicology.  At one of my other universities that

9  I've served at, I was actually, among other things,

10  a professor of toxicology as well.

11  Q.      And have you had training in the field of

12  epidemiology?

13  A.      I have.  I'm not an epidemiologist in the

14  sense that I don't do it full time, but, again, to

15  be board certified in occupational medicine, one

16  has to have additional training beyond what most

17  physicians get in epidemiology.  I've taught

18  epidemiology to medical students and I have done

19  epidemiological research virtually all of my life.

20  Q.      Have you done epidemiological research that

21  involves asbestos diseases?

22  A.      Yes, I started working with Dr. Selikoff,

23  as I said, in 1968.  I worked throughout medical

24  school and my residency.  We looked at a wide

25  variety of populations exposed to asbestos, that

1    would have been insulators, such as Mr. Suoja.  We

2    looked at shipyard workers.  We looked at plumbers

3    and pipefitters.  We looked at elevator installers.

4    In my career, I've looked at sheet metal workers

5    and others.

6                    Currently I still have research

7    going.  I have a project in Texas in a plant that

8    makes nuclear weapons, and one of the many

9    exposures the workers have is to asbestos.  And I'm

10   leaving in less than two weeks for a trip to both

11   Sri Lanka and India.  And in Sri Lanka, I'll be

12   giving a paper on asbestos and collecting some data

13   with some colleagues there that we've been doing a

14   joint project on asbestos disease in groups of

15   individuals who make asbestos cement products,

16   which are common in that part of the world.  So I'm

17   still doing asbestos research 47 after I started

18   with Dr. Selikoff.

19   Q.      Have you served on any government panels

20   that involve asbestos-related matters?

21   A.      Very many, actually.  I served on the board

22   of scientific counselors for NIOSH, the National

23   Institute for Occupational Safety and Health, and

24   the director appointed me to the asbestos and

25   man-made fibrous subcommittee.  I've served on the

1    board of scientific counselors.  Now, these are the

2    highest level advisory bodies to the directors of

3    those organizations to the National Center for

4    Environmental Health at the CDC, the Centers for

5    Disease Control, in Atlanta.  We dealt with

6    asbestos issues there.  Here in Pennsylvania right

7    now, I chair the Environmental Justice Advisory

8    Board and we're dealing with a number of issues

9    regarding asbestos, but one not very far from

10   Philadelphia here in a place called Ambler,

11   A-M-B-L-E-R, Pennsylvania, where there is literally

12   90-foot piles of asbestos out there.  I also serve

13   on the Air Pollution Control Board for the City of

14   Philadelphia right now, and asbestos is one of the

15   issues that we regulate in that setting.

16                    So I have served in government

17   committees in this country and I have advised

18   governments overseas about the hazards of asbestos,

19   including such diverse places such as Egypt and

20   Israel and Thailand and India and China, Brazil.  I

21   testified in front of the Supreme Court of Brazil

22   on the hazards of asbestos, so I've been a

23   government advisor at many levels over the years.

24   Q.       Okay.  You mentioned you have board

25   certification in the field of occupational

1    medicine?

2    A.       And in internal medicine, yes, sir.

3    Q.       Okay.  And let's talk about the field of

4    occupational medicine.  What have you done in terms

5    of investigation and assessment of workplace

6    diseases?  Is that a part of the practice?

7    A.       That's what one does.  I've worked in many

8    settings.  I've certainly worked clinically

9    examining workers with a wide variety of exposures

10   in many, many different work settings.  I've been

11   in many work settings, having been hired by

12   companies.  For example, when I taught at the

13   University of Kentucky for 11 years, I ran the

14   medical department for a coal company.  I was

15   responsible for 1,000 coal miners at one point, so

16   I went underground, I went to strip mines, I have

17   done consultations with many companies and have

18   been in many workplaces from steel mills to power

19   plants to manufacturing facilities of all kinds.

20   It's what a doctor like myself does in addition to

21   seeing patients and making determinations of

22   asbestos and other diseases in people.

23   Q.       And the investigation and assessment of

24   these workplace diseases, that's including the

25   asbestos?

1    A.       Very much so.  I've been in China -- I've

2    been going to China since 1991.  I studied three

3    asbestos factories there, toured all of them, where

4    they made a wide variety of asbestos products and

5    then we studied the workers in those factories, so

6    it is the kind of thing that I go out into the

7    setting as well as doing the epidemiological

8    research or clinical research.

9                    I just had a paper published earlier

10   this year on the first reported case of a

11   mesothelioma in Mongolia with some colleagues over

12   there, having been in Mongolia for the last three

13   years now teaching and doing research.

14   Q.       And your work in the

15   investigation/assessment of the workplace asbestos

16   disease, that goes back to when you were at Mount

17   Sinai?

18   A.       It goes back to 1968, yes.

19   Q.       What's the main goal in the field of

20   occupational medicine?

21   A.       To prevent disease.  To first identify

22   causes of disease of various kinds, be it from

23   exposure to asbestos or benzine or other chemicals,

24   and then to take that knowledge and prevent

25   exposures.  And there are many ways to do that so

1    that future individuals do not develop those

2    diseases.

3    Q.      Have you been involved in the development

4    of programs to control occupational diseases?

5    A.      Yes.  I mean, that's what I've done when

6    I've worked for various companies.  Coal companies,

7    I've been a consultant to Ashland Oil when I was in

8    Kentucky.  I've been in any number of workplaces

9    and advise them about hazards, some having to do

10   with asbestos, some having to do with things like

11   ergonomics, that's man machine or person machine

12   interactions.  So there are a wide variety of

13   things that I've designed programs and made

14   suggestions to companies.

15   Q.      Okay.  Now, with specific reference to

16   asbestos disease, how do you go about doing that,

17   an investigation and assessment of that?

18   A.      Well, asbestos is a little bit different

19   than a lot of other things.  We've known about the

20   hazards of asbestos for well over a century.  The

21   modern literature on that -- I mean, we're not

22   talking about the Romans that wrote about the

23   hazards of asbestos 2,000 years ago.  I don't think

24   many folks still read Pliny the Elder and the

25   original Latin.

1              That said, the modern history goes

2    back to a publication in Great Britain in the late

3    1890s talking about the hazards of asbestos.  So

4    one goes into a setting, looks where asbestos is

5    used.  For example, I was a consultant to Toyota

6    when they opened their first automobile plant here

7    in the United States, and that was back in the

8    1980s, again, in Kentucky, and one in the things I

9    advised them was to stop using asbestos brakes on

10   cars, putting their own workers at risk from the

11   handling of asbestos products as well as the

12   downstream exposures that auto mechanics and

13   do-it-yourselfers would have from handling asbestos

14   brakes, which I knew to be a hazard from earlier

15   research I had done at Mount Sinai.

16              So you make an assessment and then

17   you suggest either a substitution of a less

18   hazardous material, which we could have done in

19   that case, or you put in good ventilation to

20   properly take up the dust that gets formed.  And

21   then as a last resort, you use personal protective

22   equipment, you put workers in respirators or other

23   kinds of air-supplied equipment so that they don't

24   breathe the hazardous materials.

25   Q.    Okay.  In terms of the actual investigation

1      of the disease that was done, and, again, I'd like

2      to keep the references to asbestos here, how --

3      what role would something like animal research or

4      other types of research play in that?

5      A.      It all has a role.  I think in my career,

6      I've had the good fortune of doing everything that

7      starts with cell cultures to organ cultures, that's

8      pieces of tissue.  They give us information that

9      you can't get easily or as reproducibly from using

10     animals.  I've done animal research with asbestos,

11     I've done case reports like that case out of

12     Mongolia, and then I've done epidemiological

13     studies or collected epidemiological data for

14     others with regard to asbestos.  So I've done all

15     those kinds of studies, and each one of those types

16     of studies informs one about different aspects;

17     about the toxicology or cell interactions or the

18     rapidity with which asbestos can interact with

19     tissue and cause abnormalities.  You can't do that

20     in people, but you can do that in animals or in

21     culture systems.

22     Q.      What can you do as far as studying people

23     in asbestos disease?

24     A.      You can -- at this point in time --

25     Q.      I'd like to take it back to the earlier

1    time.

2    A.       Well, in the earlier times what people

3    started doing is looking at those people that

4    worked with asbestos.  And the first disease that

5    was described is what we today call asbestosis.  It

6    didn't get that name until 1924 by studying what

7    occurred to people handling asbestos and they would

8    get fibrosis of the lung often severe enough to

9    kill them.

10              There was a written document in 1907

11   about a worker who was the last of ten young men

12   that had started in an asbestos textile fragment

13   factory.  Merewether and Price in 1930 had a very

14   seminal paper, it was a physician working with an

15   industrial hygienist, and what they wrote basically

16   is as follows:  They said that men get disease,

17   women get disease, different products can give you

18   disease.  What you need to do is provide good

19   ventilation.  If you can't prov -- or you

20   substitute for another product.  If you can't

21   provide good ventilation, you provide respirators.

22   And they even went so far as to say the regular

23   respirators they had in those days were not very

24   easy to wear and so you might have to consider

25   supplying air-supplied hoods.  This was 1930.

1              The other thing that they did is

2    they talked about educating workers about the

3    hazards of the materials they work with.  I think

4    the phrase they have in there has to do with a sane

5    appreciation of the risk.  You need to educate

6    workers about the hazards of materials that they

7    are working with.

8              MR. McCOY:  For the record, I'm

9    going to mark copies, Exhibit 201.

10              Ed, I'm going to start our

11   Plaintiff's treatise things as 201, so this will be

12   equivalent of like an 80318.

13              MR. CASMERE:  Okay.

14                    -  -  -

15              (Whereupon, Exhibit Plaintiff-201,

16   Report on Effects of Asbestos Dust on the Lungs and

17   Dust Suppression in the Asbestos Industry by E. R.

18   A. Merewether, M.D., and C. W. Price, was marked

19   for identification.)

20                    -  -  -

21   BY MR. McCOY:

22   Q.     So this is Plaintiff's Exhibit 201.  Is

23   that a copy of the Merewether 1930 -- Merewether

24   and Price 1930 publication you've been talking

25   about, Dr. Frank?

1   A.      It is.  And on Page 17, there's a paragraph

2   No. 6 on preventative measures.  And to use their

3   specific phrase:  They also include the education

4   of the individual, as in other dangerous trades, to

5   a sane appreciation of the risk, and to his

6   personal responsibility in the prevention and

7   suppression of dust.

8                  And this was a paper talking about

9   -- only about asbestos, so these were important

10  appreciations about the hazards and how to prevent

11  them as far back as 1930.

12                  MR. CASMERE:  I just want to put an

13  objection on the record that we are getting far

14  afield of qualifications at this point, and you're

15  way beyond the Rule 26 disclosure of this witness.

16  So to the extent you're going to continue to delve

17  into specific studies on state of the art, I would

18  like a continuing objection on Rule 26 and

19  disclosure.

20                  MR. McCOY:  Okay.  I mean, you can

21  have a continuing objection on Rule 26.

22                  MR. CASMERE:  Okay.  Thank you.

23  BY MR. McCOY:

24  Q.      Dr. Frank, just briefly, this publication

25  is titled, Report on the Effects of Asbestos Dust

1    on the Lungs and Dust Suppression in the Asbestos

2    Industry.   And who are Merewether and Price?

3    A.      Dr. Merewether was an occupational

4    physician, and Mr. Price was an industrial

5    hygienist.

6    Q.      And this was a study out of Great Britain?

7    A.      Yes, sir.

8    Q.      Published in the --

9    A.      It was a publication from Her Mag -- His

10   Majesty's stationary office.   It was an official

11   government publication.

12   Q.      Okay.  So going forward, then, other than

13   what you've described, are there any other

14   significant professional and science organizations

15   that you'd like to mention that you are or have

16   been a part of relating to asbestos?

17   A.      Yes.  I mean, a lot of the organizations I

18   belong to look at a much wider series of topics

19   than asbestos, but the American Public Health

20   Association has dealt with it, I'm a member of

21   that.  The American Thoracic Society has published

22   on it.  The Collegium Ramazzini, which is an

23   organization based in Italy, limited by its charter

24   to 180 physicians and scientists, I was elected to

25   fellowship back in 1983, they have often dealt with

1    asbestos issues.  In fact, just in the past month

2    or so, they came out with three new statements on

3    the hazards of asbestos, and I've often spoken at

4    our annual meeting.  There's an annual meeting held

5    in Italy on the subject of asbestos.

6    Q.     Have you published in the field of

7    asbestos?

8    A.     I have.  If one looks at my CV, there are

9    about 200 publications and about half of them,

10   about 100 of them, have something to do with

11   asbestos.

12   Q.     Have you been involved with work relating

13   to the cause of a disease that would be one that

14   might be asbestos related?

15   A.     Yes, I mean, I've written about all the

16   diseases; asbestosis, other nonmalignant diseases,

17   as well as the various cancers that are caused by

18   asbestos.

19   Q.     Would that include mesothelioma?

20   A.     Yes, sir.

21   Q.     Now, just based on your past experience,

22   most of your work when you do lawsuit consulting or

23   testifying has been for the attorneys that

24   represent the persons injured?

25   A.     The vast majority, yes, sir.

1    Q.      Okay.  And you've had other cases with my

2    firm before, right?

3    A.      I have.  I've been doing this work for more

4    than 35 years.

5    Q.      What's your compensation per hour for your

6    work currently?

7    A.      Right now, the fee charged for my time is

8    $425 an hour.

9    Q.      Where does that money go to?

10   A.      Every penny goes here to Drexel University.

11   And I've worked at four universities in my career,

12   and in every case, every penny has always gone to

13   the university.  I've never put a penny in my

14   pocket.

15            That said, that doesn't mean I

16   haven't benefitted from it.  I've been the

17   department chair in three universities for over

18   30 years and the monies, either some or all of it,

19   were allowed to be used by me for the betterment of

20   the educational endeavor that being at a university

21   involves.

22            So here, for example, most of that

23   money was paid out for extra faculty, extra

24   secretarial staff, research assistance for the

25   junior faculty that I was responsible for.  I also

1    tend to do a fair amount of international work, and

2    over the years these funds have paid for me to be

3    able to travel internationally and teach and do

4    research in other countries as well, so I have

5    benefitted from it, but I've just never put a penny

6    in my own pocket in 35 years plus.

7                          -  -  -

8                 (Whereupon, Exhibit Plaintiff-140,

9    What is Asbestos Document, was marked for

10   identification.)

11                         -  -  -

12   BY MR. McCOY:

13   Q.      Doctor, I'm going to give you Exhibit

14   No. 140, and we'll get a color copy of this, but do

15   you -- from the black and white, do you recognize

16   what those are?

17   A.      Yes.  These appear to be asbestos fibers in

18   various settings.  The bottom right is an ora body

19   that would be asbestos.  Just above it would be a

20   single -- a large fiber and smaller fibers.  To the

21   left of the ora body picture would be what looks to

22   be fibers in tissue.  So, yes, that's what these

23   would be representing.

24   Q.      Okay.  And what is asbestos?

25   A.      Asbestos is a commercial term.  It refers

1   to six different fibers that are naturally found in

2   nature.  When I say "naturally found," they're not

3   made or manufactured.  They come in two varieties;

4   the first group is called the amphiboles, they are

5   made up of five fiber types of the six, they are

6   all chemically different one from another.  They

7   have different colors; there's the brown, which is

8   the amosite, and the blue, which is the

9   crocidolite.  They're characterized by being

10  straight and needle like in their appearance.  Then

11  the other form is called chrysotile.  Chrysotile is

12  the so-called white asbestos.  It's made up about

13  90 or 95 percent of all of the asbestos used in the

14  United States and in the world.  It is called the

15  serpentine form because when you look at it under

16  low magnification, the fibers are wavy, so they

17  look like a worm or a snake, and, therefore, get

18  the name serpentine.  So they are chemically each

19  different from the other, but they are all fibers

20  and all have been shown to cause disease.

21                        -   -   -

22              (Whereupon, Exhibit Plaintiff-141,

23  Picture of Macrophages with Asbestos Fibers

24  present, with attachments, was marked for

25  identification.)

1                              -  -  -

2    Q.      And Exhibit No. 141, again, that's the

3    black and white.  We'll substitute a color.

4                   Do you recognize that one?

5    A.      Yes, this is a high powered view of what

6    looked to be macrophages probably in the lung with

7    asbestos fibers present.

8    Q.      Okay.  What happen -- first off, I want to

9    ask you:  Are most asbestos fibers visible?

10   A.      No, most of them are not visible to the

11   naked eye.

12   Q.      Why is that?

13   A.      Because they're extremely small.  You can

14   see very large bundles of fibers, as you see in

15   some of those pictures, but, again, most of those

16   pictures are microscopic views.  Even electron

17   microscopic views are needed to see some of them.

18   Ordinary light microscope views will not show you

19   all of the fibers.

20   Q.      What happens to asbestos fibers that are

21   inhaled by a person?

22   A.      Well, they tend to go into two directions.

23   When you inhale a snootful of asbestos, some will

24   go down in the lung and it will get moved out of

25   the lung in many, many different ways.  Some of it

1    gets brought back up through what's called the

2    mucociliary escalator.  Some will be gobbled up by

3    macrophages, they're sort of like Pacmen of the

4    lung.  Some will be moved out to the pleura.  It's

5    in the pleura where they will cause pleural

6    mesotheliomas.  Some of them will go down through

7    the diaphragm that separates the chest cavity from

8    the abdominal cavity and the fibers will end up

9    through the diaphragm down in the abdominal cavity.

10                   The other thing that happens is you

11   swallow asbestos, and when it gets into the GI

12   tract, it has the ability to cause cancer on its

13   way down in the esophagus, the stomach, the

14   colorectal cancers, but one of my teachers at Mount

15   Sinai, Dr. Suzuki, had some beautiful pictures

16   showing how the asbestos fibers went from inside

17   the bowel lumen -- think of it like a pipe -- and

18   the fibers would poke through the pipe and end up

19   coming out into the surrounding tissue.  And if it

20   does that in the intestines, which is where he

21   showed it, it will end up in the peritoneal cavity,

22   the abdominal cavity, and that's where you get

23   peritoneal mesotheliomas from the presence of

24   asbestos.

25   Q.      The abdominal cavity is also referred to as

1    the peritoneal cavity?

2    A.       Yes, sir.

3    Q.       And what's the difference between the --

4    the chest cavity, is that referred to as the

5    pleura?

6    A.       Well, the lining on the inside of the chest

7    cavity -- mesotheliomas, which is the disease that

8    is of interest to us today, arises in what we call

9    a lining or connective tissue.  The inside of the

10   chest wall and the outer covering of the lung are

11   mesothelial tissue, and they will be sites where

12   mesotheliomas will occur.  The covering around the

13   heart tissue called the pericardium, meaning around

14   the heart, mesotheliomas can arise there.  Those

15   are pretty rare, but they do occur.  They also --

16   about 90 percent arise in the pleura.  About ten

17   percent arise in the peritoneal cavity because the

18   lining tissue of the abdominal wall and the

19   connective tissue between the tissue are

20   mesothelial tissues.  And then in males, you will

21   also get mesotheliomas in the testicular area

22   because fibers anatomically can get down into the

23   testes and the tissues surrounding the spermatic

24   cord can develop a mesothelioma as well.

25   Q.       The organs within the abdominal or

1    peritoneal cavity, what are those?

2    A.      That's the standard sort of, you know,

3    belly organs; your stomach, your small intestine,

4    your large intestine, your liver, your gall

5    bladder, your spleen, those are all found inside

6    the peritoneal cavity.

7    Q.      Does a person taste, feel, or smell

8    asbestos fibers when they enter someone's body?

9    A.      We've already established you can't see

10   them, you don't taste them, you don't feel them.

11   They have no warnings signs or, you know, methods

12   to let you know that you're being exposed.  You can

13   be exposed to fairly high levels and not see them

14   in the air.  And if you see asbestos fibers or dust

15   from a product, then the levels are really quite

16   high.

17             But, no, you have no warning sign

18   that you're being exposed.  Not like, you know,

19   natural gas on your stove that they put, you know,

20   stinky stuff in it so it smells like rotten eggs,

21   you know the gas is on.

22   Q.      Of the types of asbestos fibers that you

23   mentioned, which of those will cause mesothelioma?

24   A.      All of them.  There's both animal data and

25   human data from populations exposed to the

1    individual amphiboles as well as chrysotile.  They

2    will all cause mesothelioma.

3    Q.      And what is mesothelioma?

4    A.      It is a cancer of these lining tissues.

5    They come in two varieties; there's so-called

6    benign mesotheliomas, they're extraordinarily rare.

7    In my career, I've seen about three our four or

8    five of them through the records and such that I

9    reviewed.  Most of them -- and they are still a

10   rare cancer.  There's about 3,500 or 4,000 a year

11   in the United States.  And as I said, 90 percent of

12   these mesotheliomas, the cancer of the lining

13   tissue, will be in the chest, about ten percent in

14   the abdomen, and about one percent or less in the

15   -- around heart or the testes.

16   Q.      And about how many cases of mesothelioma

17   have you reviewed?

18   A.      In the years that I've been doing the

19   medical/legal work and my research work, both here

20   with Selikoff and my own work around the world and

21   patients that I've seen, 5,000, maybe as many as

22   10,000.

23   Q.      And what is the size range for these

24   asbestos fibers that would be inhaled?

25   A.      You can inhale fibers in a sense of any

1    size.   Large ones will get filtered out in the nose

2    and the hairs of the nose or the upper airway, even

3    in your mouth.   Fibers that are generally between

4    about two or three microns and 15 or 20 microns are

5    the ones that are going to make it down in the

6    lung.   The ones that you swallow can be much larger

7    as well.

8    Q.       What's a micron?

9    A.       A micron is one one-thousandth of a

10   millimeter.  Extremely small, that's why you can't

11   see them with the naked eye.

12   Q.       So how is it that mesothelioma is caused by

13   asbestos?

14   A.       Well, exactly how it's caused, we don't

15   understand.  We don't know what the biological

16   mechanism is by which it alters the DNA of cells.

17   Cancer is a process whereby the DNA of individual

18   cells are altered.   For some carcinogens,

19   cancer-causing agents, that is, we know what the

20   mechanism is, they knock off electrons or the

21   chemicals interdigitate among the structure of the

22   so-called double helix.

23                For asbestos, we don't really know

24   what the mechanism is, but we do know without

25   question that the different types of asbestos will

1    cause a wide variety of cancers, including

2    mesothelioma.

3    Q.      When you say affects the DNA, that's a part

4    of the cancer process, right?

5    A.      Yes.  The cell has essentially two parts;

6    there's the nucleus, the central part of the cell,

7    and inside that is a substance called DNA, which

8    carries the genetic material for that cell.  Then

9    there's the outer part of the cell, everything but

10   the nucleus, and that has proteins and other

11   chemicals in there, and it's in that part of the

12   cell that the cell functions in the way that cell

13   is supposed to.  For example, if it's an

14   insulin-producing cell or a

15   thyroid-hormone-producing cell, but it is the

16   nucleus that carries the information about cells

17   being able to replicate and divide and make more of

18   themselves.  And when that process goes wrong,

19   several things can happen; the cell can die, the

20   cell can become a mutated cell, but one of the

21   things that happens is that they become cancer

22   cells and then grow uncontrollably.

23   Q.      When you say a cancer cell, is that a

24   mutated cell?

25   A.      It's a mutated cell.  The DNA gets altered

1    so that it now has a mutation, a change in the

2    structure from normal to something that's abnormal,

3    and when the cells reproduce, the cells just keep

4    growing, which is not how body cells are supposed

5    to function.

6    Q.       What does it take in terms of asbestos

7    fibers to cause a mutation?

8    A.       We don't know how many fibers it takes to

9    cause one mutation or how many mutations are needed

10   for mesothelioma.  People have studied that, let's

11   say, for lung cancer, and data came out a few years

12   ago that there were 23,000 mutations that were

13   needed for a normal cell to end up as a cancer

14   cell.  So we suspect that for mesotheliomas, again,

15   there need to be many -- we don't know how many --

16   many different mutations.

17             The difference between cigarettes

18   and asbestos, and, again, we don't know the

19   mechanism for the asbestos, is that when you inhale

20   the hazardous materials of the carcinogens in

21   cigarettes, they are metabolized, the body gets rid

22   of them.  In fact, it is that very metabolic

23   process that causes certain chemicals to form which

24   are highly -- have a high ability to cause

25   mutations.

1               Asbestos:  A fiber may get near a

2    cell, may cause a mutation, we're not sure exactly

3    how, and that fiber doesn't dissolve or go away, it

4    stays there sometimes inside the cell possibly for

5    long periods of time, and the same fiber may cause

6    additional mutations or additional fibers that come

7    in or that the cell is exposed to may do it as

8    well.  We just don't know.

9    Q.      So the development of the actual first

10   cancer cell, first mesothelioma cancer cell, is

11   that a separate type of disease process or a single

12   unified process?

13   A.      It's a single unified process of turning

14   from a normal cell into a cancer cell.  It's one

15   process.  You end up with a malignancy.  You may

16   have multiple steps in getting there, but it's the

17   same process we would see for any single kind of

18   cancer that would be formed from any kind of

19   cancer-causing exposure.

20   Q.      So in terms of this being a single process,

21   are you referring to all the exposures ultimately

22   creating just a single disease process?

23               MR. CASMERE:  I'm going to object to

24   the form, foundation, Rule 26.  There's already

25   rulings and orders on this and we're getting pretty

1   far afield, so I'm going to assert those objections

2   and a continuing objection to asking those types of

3   questions.

4              MR. McCOY:  I don't think there's

5   been any rulings on this.  This is not the each and

6   every exposure that was stipulated to.

7   BY MR. McCOY:

8   Q.      But my question is, in terms of the

9   different exposures, do those create separate

10  disease processes or is this a single process?

11             MR. CASMERE:  Will you give me the

12  continuing objection, so I don't have to keep

13  interrupting the doctor?

14             MR. McCOY:  Sure.

15             MR. CASMERE:  Thank you.

16             THE WITNESS:  It's one process that

17  may have multiple steps, but it's the same process

18  and it's the same disease caused by -- you have to

19  say the cumulative exposure that one has because

20  you don't know which fiber on which day may have

21  initiated that process in the first place.

22  BY MR. McCOY:

23  Q.      What is the dose response relationship?

24  A.      Very simply put, it means that as the dose

25  or the exposure goes up, the likelihood of getting

1    disease goes up.  This goes back to the concept

2    from the 1400s which said the dose makes the

3    poison.  You can be exposed to small amounts and

4    not get ill, but as the amounts increase, the

5    likelihood of you getting ill increases.  And all

6    of the asbestos-related diseases that we know about

7    are all what we call dose response, as are most of

8    the disease we see in man.

9                 You know, we're getting into flu

10   season now.  If somebody coughs on you once, you

11   may get the flu, if they cough on you ten times,

12   you're much more likely to.  So it all goes back to

13   this concept of the higher the dose, the higher the

14   likelihood of getting disease.

15   Q.    How does the dose response concept relate

16   to the cumulative exposure?  And talk about

17   asbestos.

18   A.    It has to do with -- the cumulative

19   exposure or the cumulative dose comes from all of

20   the exposures that one has over time.  Someone like

21   Mr. Suoja, who worked as an insulator for decades,

22   all of the exposures that he had day one, day two,

23   day a thousand, day 10,000, all of those were part

24   of his cumulative exposure, which at the end of the

25   day is what gave him his disease.

1    Q.     That's the single disease process you're

2    talking about?

3    A.     Yes, sir.

4    Q.     Now, I would like to ask you one other term

5    here, the term latency, does that have a meaning

6    with asbestos --

7    A.     It does.

8    Q.     -- mesothelioma?

9    A.     Latency refers, again, to any medical issue

10   that a person might have.  If you're in a chemical

11   plant and a valve breaks and you get chlorine gas

12   all over you and you start coughing, the latency,

13   the period from exposure to the onset of disease,

14   is literally a matter of seconds.

15                  For mesotheliomas following exposure

16   to asbestos, they begin to occur about ten years

17   after first exposure.  There are reported cases of

18   lesser amounts of time, but I generally use about

19   ten years.  And then the risk of getting that

20   disease lasts throughout one's lifetime.  I've seen

21   mesotheliomas in 90-year-olds, so you never outlive

22   your risk of getting a mesothelioma if you've had

23   exposure to asbestos.

24   Q.     Now, from the time that we have the first

25   cancer cell, how long does it take to grow a

1  mesothelioma that would actually cover a lot of the

2  organs in the abdominal cavity?

3  A.     We don't really know.  Literally earlier

4  today I looked at another case of a peritoneal

5  mesothelioma where the first symptoms were in 2010

6  and the disease wasn't diagnosed until 2015, so it

7  obviously takes years.

8             We know for lung cancer, which is

9  the best study of cancers for these things, we know

10 something about what's called the doubling time of

11 cells.  One cell becoming two cells, two cells

12 becoming four cells and so forth.  And for lung

13 cancer, when we make a clinical diagnosis of the

14 lung cancer, on average, it's probably been ten

15 years that that first lung cancer cell was there.

16 We don't know the same -- in exactly the same way

17 for mesothelioma, but we know it's probably some

18 years until that first cell becomes clinically

19 apparent and the tissue diagnosis is made.

20 Q.     Do all persons breathing asbestos in large

21 quantities get mesothelioma?

22 A.     No, sir.

23 Q.     Why not?

24 A.     Well, there's many reasons for that.  They

25 may get another disease, they may die of something

1    else.  There's also the concept of individual

2    susceptibility.

3                    Mr. Suoja was a unionized asbestos

4    worker.  He -- well, insulators like him that were

5    in the union, half of them die of an

6    asbestos-related disease of one kind or another,

7    but it's about ten percent that die of

8    mesotheliomas, about 20 percent that die of lung

9    cancer, ten percent that die of asbestosis, and the

10   other ten percent die of other cancers related to

11   asbestos.  So it's probably factors like -- and

12   mesothelioma, I should add, is the last of these

13   many diseases to show up on average, so you may die

14   of a lung cancer before you lived long enough to

15   get your mesothelioma, on average.  But also things

16   like your immune system, your diet, your basic

17   genetics may all be factors with regard to why some

18   people get mesotheliomas and some don't.

19   Q.      From an occupational standpoint, where do

20   the insulator fall as far as the likelihood that

21   that group would get peritoneal mesothelioma?

22   A.      There is no group that I'm aware of -- and

23   I've studied many, many different trades and

24   exposures -- there's no group I'm aware of who as a

25   group has more exposure to asbestos than

1    insulators.  Miners and millers have less exposure,

2    other trades that have high incidence of

3    asbestos-related disease, plumbers and pipefitters,

4    sheet metal workers, carpenters, electricians, and

5    others, none of them have had as much exposure as

6    insulators and none of those groups show as high a

7    rate of disease as insulators.  So they are sort of

8    at the top of the heap in terms of exposure and,

9    therefore, they're at top of the heap for the

10   likelihood of getting a mesothelioma.  And the

11   background rate for mesothelioma in the general

12   population is generally thought of as about one in

13   a million, and among insulators, the rate of

14   mesothelioma including peritoneal mesotheliomas,

15   but all of them together, is more like one in ten,

16   not one in a million.

17   Q.    So what is the minimum exposure or dose

18   that has been reported to cause mesothelioma?

19            MR. CASMERE:  I'm going to object.

20   Same objections as before.

21            THE WITNESS:  In both humans and

22   animals, as little as one day of exposure or less

23   than a full working day has been shown to give rise

24   to people developing mesotheliomas.  The animal

25   experiments were done by Dr. Wagner, W-A-G-N-E-R.

1    Dr. Wagner in 19 -- the 1970s showed that as little

2    as one day of exposure would give rise to

3    mesotheliomas.  He also showed that there was a

4    dose response relationship, and he also showed that

5    all the different fiber types could do it in some

6    very elegant animal experiments.

7                    Dr. Greenberg in the British Journal

8    of Industrial Medicine published a paper in 1974 in

9    which he reported short-term exposures giving rise

10   to mesothelioma, and the shortest exposure he

11   reported on was a gentleman who cut asbestos boards

12   in his backyard for one day to build some sheds in

13   his back yard and about 30 years later came down

14   with a mesothelioma.  There's a report out of

15   Australia of someone with six hours of exposure,

16   and there are other -- many, many reports of people

17   with -- and I've seen cases with just months of

18   exposure.  College students who had a summer job

19   working construction and 15, 20, 30 years later

20   came down with mesotheliomas from one summer's

21   work.

22                    Some of these are talked about in an

23   affidavit I provided in this case.  It's my

24   affidavit of June 21, 2012, and I think one of the

25   paragraphs there talks about.

1     BY MR. McCOY:

2     Q.       Paragraph 24, I believe.

3     A.       I think that's what it is.  That's what I

4     was turning to.  It talks about these short-term

5     exposures that people have.

6                   Yeah, Paragraph 24 that begins on

7     Page 12 of 28 and continues over to Page 14, talks

8     about many articles talking about dose response,

9     low-level exposure, the Greenberg and Davies,

10    D-A-V-I-E-S, paper is listed there, among many

11    others.

12    Q.       Let's go to that Greenberg and Davies paper

13    for a moment.

14                   MR. McCOY:  And this will be

15    Plaintiff's Exhibit 202, also being offered as an

16    80318 publication.

17                   MR. CASMERE:  I will re-assert my

18    Rule 26 objections to all these and the affidavit.

19                   MR. McCOY:  Sure.

20                           -  -  -

21                   (Whereupon, Exhibit Plaintiff-202,

22    Mesothelioma Register 1967-68, Authored by Morris

23    Greenberg and T. A. Lloyd Davies Article, was

24    marked for identification.)

25                           -  -  -

1           THE WITNESS:  If you turn in this

2    paper to --

3    BY MR. McCOY:

4    Q.      Can we first just briefly identify this for

5    the record?

6    A.      Oh, sure.

7    Q.      So this is published in what journal?

8    A.      The British Journal of Industrial Medicine,

9    Volume 31.  It begins on Page 91, 1974.

10   Q.      And the authors are?

11   A.      Morris Greenberg and Lloyd Davies.

12   Q.      And what are their positions?

13   A.      They were employed by the British medical

14   advisory service.

15   Q.      Are these both medical doctors?

16   A.      I don't know about Dr. Davies.  I don't

17   know who he is.  I do know Dr. Greenberg quite

18   well.  He's been a member of the Collegium

19   Ramazzini, and Morris and I go back to my days at

20   Mount Sinai back in the '70s or '80s.

21   Q.      This article is called Mesothelioma

22   Register 1967-68.  What does that refer to?

23   A.      It refers to the fact that in Great

24   Britain, they kept a registry in those years where

25   they had over 400 reports of mesotheliomas and they

1    then talked about various aspects of this.  And if

2    one turns to Table 6 on Page 96, what's interesting

3    about that is how, again, it speaks to sort of how

4    little exposure might be needed.  These are all

5    non-occupational exposures, these are not people

6    who worked regularly with asbestos.  And if you

7    look at the very last one in that table, Case No.

8    EW 68/80, Duration of Exposure, one day, sawing up

9    asbestos cement sheets to construct two sheds.  The

10   one just above that was three years of intermittent

11   exposure to a brother's overalls contaminated with

12   asbestos.  So these and the other cases in that

13   list and throughout the article speaks in part to

14   what you were asking me of how little asbestos does

15   it take, it doesn't take much.

16   Q.      And Table 6 is titled.  Non-Occupational

17   Asbestos Exposure Histories Obtained in Cases of

18   Mesothelioma?

19   A.      Yes, sir.

20   Q.      What does that mean, non-occupational?

21   A.      These are exposures that didn't occur as

22   part of somebody's employment or at a workplace.

23   They were people who worked with asbestos at home,

24   they lived near an asbestos factory.  They've got

25   one, two... six people who were resident near

1   either a shipyard or an asbestos factory, a mile or
2   less, less than a half a mile, less than a quarter
3   of a mile.   Another one a mile and a quarter from
4   an asbestos factory and a couple more above that.
5   Somebody worked next door to an asbestos factory.
6   So we have many different kinds of exposure.
7                  Maybe I could just explain that very
8   briefly.
9   Q.      I was just going to ask you -- maybe with a
10  question, I was going to ask for my help [sic].
11                 How does a non-occupational exposure
12  relate to assessing someone who's got occupational
13  exposure of an insulator?
14  A.      Well, again, as I said, nobody has more
15  exposure than insulators.   So any other exposure,
16  including non-occupational ones, would be less.
17  Sometimes non-occupational exposures can rival what
18  happens in some workplaces, but not what would
19  happen with an insulator.   And so you have direct
20  exposure; that is, where you handle asbestos
21  material.   If you work near someone else who's
22  handling it, that's called bystander exposure.   If
23  you bring it home and you contaminate the
24  household, we call that either household or
25  familial exposure.   And then if you live near a

1    facility that makes use of asbestos, and we know of

2    many such situations where disease can occur,

3    that's called neighborhood exposure.  All of those

4    would be expected to be less than what an insulator

5    would get day in and day out working with

6    insulation materials.

7    Q.      Okay.  And there's another article that I

8    want to ask you to include in terms of what we're

9    actually doing for specific publication here.

10   A.      Dr. Hillerdal's article.

11   Q.      Right.  Let me find that one.

12                MR. McCOY:  This will be Plaintiff's

13   Exhibit 203.  I'll give you a copy of that,

14   Mr. Casmere.

15                MR. CASMERE:  Thank you.  I'll

16   re-assert my Rule 26 objections.

17                      -   -   -

18                (Whereupon, Exhibit Plaintiff-203,

19   Mesothelioma:  Cases Associated with

20   Non-occupational and Low Dose Exposure Article

21   authored by Gunnar Hillerdal, was marked for

22   identification.)

23                      -   -   -

24   BY MR. McCOY:

25   Q.      So Dr. Hillerdal's article is --

1    A.    Well, it's called, Mesothelioma:  Cases

2    Associated with Non-occupational and Low Dose

3    Exposures from the journal, Occupational and

4    Environmental Medicine, Volume 56, Page 505, 1999.

5    And Dr. Hillerdal reports on his review of the

6    literature as to this phenomena of non-occupational

7    and low dose exposure.  And I think the one

8    sentence here -- I'll read it from the abstract, it

9    sums this all up:  There is no evidence of a

10    threshold level below which there is no risk of

11    mesothelioma.

12            So this is consistent with what many

13    organizations have written as recently as 2014.

14    OSHA, the Occupational Safety and Health

15    Administration, came out again with a statement

16    that says there is no known safe level of exposure

17    to asbestos.  So what this implies is even very,

18    very low levels of exposure -- and we're not

19    dealing with that with an insulator -- can give

20    rise to this disease.

21    Q.    Directing your attention there to Page 507,

22    it has a statement in there about levels of

23    exposure.  Do you see that section there?

24    A.    I do, on the right side.

25    Q.    Yeah.  Okay.  Is that a more detailed

1    explanation of the statement that you just read?

2    A.      Yes.

3    Q.      Okay.  I'd like to -- let's go -- can we go

4    ahead and publish this one?

5                    I'm going to just have this read

6    into the record then.  Levels -- go ahead at the

7    "levels of exposure."

8    A.      Levels of exposure:  Although many authors

9    write about low level exposure to asbestos, there

10   is rarely a definition of this term.  In fact, in

11   many articles low level exposure seems to be

12   synonymous to non-occupational exposure, which as

13   described later, is certainly not true in many

14   cases.  Occupational as well as non-occupational

15   exposure can be anything from very heavy to very

16   low.

17   Q.      And continuing on, the next section is

18   titled, Occupational Exposure to Asbestos in the

19   article.

20   A.      Yes.  It must be realized that occupational

21   exposure to asbestos occurs or has occurred not

22   only in the classic industries, such as asbestos

23   mines and factories, shipyards, insulating

24   business, asbestos cement industry, building and

25   construction, et cetera, but also in very many

1   other occupations and trades.  He goes on to list

2   some others.  And I've seen workers from all of

3   those settings that he mentions have mesotheliomas.

4   Q.       Go ahead and read that.

5               MR. CASMERE:  Dr. Frank is a

6   wonderful reader, but I don't think he needs to

7   reread what is in this publication into the record

8   if you've already attached it as an exhibit.  I

9   think that's a waste of time.

10              MR. McCOY:  Well, my understanding

11  from Judge Crocker, Ed, and this is why I'm doing

12  it, is that he's going to treat only the parts that

13  we call to his attention as the evidence, that's

14  what I understood him to say.  So that's why I'm

15  having read in the parts that were published just

16  like it might to a jury.

17  BY MR. McCOY:

18  Q.       Go ahead.

19  A.       Examples are pulp and paper industry, oil

20  refineries, electrical industry, jewelry workers,

21  sugar refineries, and cigarettes filter workers.

22  Seamen and fishermen can have been exposed to

23  asbestos used as insulation in their boats.  In the

24  reprocessed textile industry, bags heavily

25  contaminated with asbestos could be reused for

1    various other purposes; for instance, covering

2    heaps of rags in an Italian investigation of such

3    an industry, mesotheliomas and lung cancer were

4    found to be fairly common among rag sorters.

5              So this speaks to the fact that you

6    don't need much exposure to get the disease.

7    Q.     Okay.  And then what else does he say in

8    that last paragraph?

9    A.     Given the extensive use of the mineral,

10   many people have been occupationally exposed to

11   asbestos.  This exposure can only have been -- can

12   have been only brief but perhaps intense during the

13   short -- that short period.  In many or most

14   instances, the workers have no idea of the exposure

15   and it can be impossible or almost impossible to

16   elucidate it.  Also, the level of exposure is often

17   very difficult to estimate, should the information

18   be available.

19   Q.     This journal in which it's published,

20   Occupational and Environmental Medicine, that's a

21   peer-reviewed journal?

22   A.     Oh, absolutely.  It's one of the leading

23   British journals.  It's the successor to the

24   British Journal of Industrial Medicine, now called

25   Occupational and Environmental Medicine, one of the

1    leading journals in our field.

2    Q.      Continuing on to other actual literature

3    and publications that support this statement about

4    what you mean about the very low level in which

5    asbestos disease exposures can -- very little level

6    of exposures that can cause asbestos disease, what

7    other publications have you cited?

8    A.      Well, again, they're listed in great detail

9    on Paragraph 24.  There's Newhouse's paper from --

10   well, this one we cite here is 1993, she has an

11   earlier one -- oh, it's cited there too,

12   September 1965.  She talked about family members

13   and residence near asbestos factories getting

14   disease.  Lee from Australia talks about exposures

15   from the mines in Australia and how, again,

16   household exposure and living near the mines can be

17   a problem.  So there are other papers that address

18   this issue.  Miller's paper on mesothelioma and

19   household members of asbestos exposed workers.  So

20   we know, for example, that the family members of

21   insulators get disease.

22              My only experience with that was a

23   group of 36 insulators that I examined when I was

24   at the University of Kentucky.  Virtually all of

25   them had evidence of disease, but a number of them

1    had brought their wives with them and we decided to

2    x-ray them as well, and I remember five of the

3    wives who, obviously, never worked as insulators,

4    they also ended up with disease.

5    Q.    Okay.  I'd like to ask another question

6    leading up to Mr. Suoja specifically here, but

7    what's bystander exposure in the context of

8    insulation work?

9    A.    Well, if you've got a group of insulators,

10    and my understanding is Mr. Suoja was part of a

11    crew of maybe 20 insulators working, which was

12    pretty much the norm, you, yourself, are working

13    with the material, but the guys around you are

14    working with it as well, and so you're getting

15    exposed not only from your handling of the asbestos

16    materials but the dust they create.  Also, it

17    refers to, if you're not an insulator, you may be

18    working high up on a scaffold putting insulation on

19    a pipe, the guys below you are doing other work,

20    there may be pipefitters or electricians or

21    carpenters working below you, and they will be

22    exposed to whatever drifts down from up above, and

23    those are called bystanders because they're not

24    working with asbestos necessarily.

25    Q.    All right.  So at the request of my law

1    firm, have you reviewed medical records of Oswald

2    Suoja?

3    A.      Yes.

4    Q.      Okay.  And you had prepared a report based

5    on your review of the records and information

6    provided?

7    A.      I did.

8    Q.      Before we get into your findings on

9    Mr. Suoja, what does the term "attribution" mean

10   when you're talking about asbestos disease?

11   A.      I think you can mean a number of things.

12   You know, if someone has a certain disease, can it

13   be said to be caused by asbestos, and then

14   attribution could also refer to which product or

15   products to which someone was exposed and were

16   those a cause of the disease as well.

17   Q.      Okay.  So in the case of Mr. Suoja, have

18   you been asked to attribute the cause of his

19   mesothelioma?

20   A.      Yes.

21   Q.      And that's what my firm asked you to do?

22   A.      That's what you asked me to do.  My report

23   of August 7, 2012 addresses that, and you asked me

24   to render my judgment regarding any evidence of an

25   asbestos-related disease, and if I had found that

1    by implication to say what caused it.  And the

2    third from the last paragraph says that it is my

3    opinion held with a reasonable degree of medical

4    certainty that Mr. Suoja, if I'm pro -- developed

5    and then died from a malignant peritoneal

6    mesothelioma that was caused by his exposures to

7    asbestos.  The cumulative exposures he had to

8    asbestos from any and all products containing any

9    and all fiber types would have contributed to his

10   developing this cancer.  Pretty straightforward.

11                  MR. CASMERE:  And I would re-assert

12   my objections and the rulings of the Court on these

13   things.

14   BY MR. McCOY:

15   Q.    How do you go about attributing the cause

16   of the peritoneal mesothelioma in Mr. Suoja?

17                  MR. CASMERE:  Same objection.  Will

18   you give me a continuing objection to these lines

19   of questions about attribution and cause?

20                  MR. McCOY:  Sure.

21                  THE WITNESS:  When it comes to the

22   disease mesothelioma and asbestos, it's actually

23   quite an easy attribution to make.  For example, if

24   someone has a lung cancer, I've written about lung

25   cancer, there's literally dozens of different

1    things that will do it, so one has to go through

2    what's typically a sort of differential diagnosis.

3    First, you have to be sure what the disease is.

4    There was plenty of evidence that Mr. Suoja had, in

5    fact, developed a mesothelioma; that it was a

6    peritoneal mesothelioma.  And then one looks for

7    what are the causes of that disease.

8              Here in North America, the only

9    known cause of mesothelioma would be exposure to

10   asbestos.  The reason I use the geography is that

11   there are other parts of the world with other

12   fibers that are not asbestos.  If you're in the

13   central Anatolian plane of Turkey or on the

14   northwest slope of Mount Etna where they mined

15   fluoro-edenite, those will cause mesothelioma as

16   well.  In Turkey, it was something called fibrous

17   zeolites, but, otherwise, in this country, the only

18   truly recognized cause is exposure to asbestos.

19   And clearly, as an insulator, that is an exposure

20   that Mr. Suoja would have had, so the attribution

21   of his mesothelioma to asbestos is pretty

22   straightforward.

23   BY MR. McCOY:

24   Q.     The process by which you described, is that

25   what you would call your methodology of attributing

1    causation?

2    A.      Certainly, the methodology that a doctor

3    uses in every case.  Somebody comes with a problem,

4    you first of all delineate what the problem is, so

5    when I'm sent a file, I delineate what the problem

6    is.  In this case, the asbestos disease that I

7    found, which is what I was asked to do, if there

8    was one, was to find that he had a mesothelioma,

9    and then one considers what the cause was.

10              We know from a hundred years of

11   literature that mesotheliomas are caused by -- and

12   other diseases are caused by asbestos.  So we have,

13   again, causation, if you will, and then the

14   question is in Mr. Suoja, did his mesothelioma come

15   from exposure to asbestos.  And, again, having

16   worked with Dr. Selikoff in his study of 17,800

17   asbestos insulators, having examined insulators for

18   many, many years, specifically I can say in my

19   opinion, Mr. Suoja's exposure to asbestos as a

20   insulator working at various construction sites was

21   the cause of his mesothelioma.

22   Q.      Okay.  And I believe my law firm had

23   originally provided an incorrect statement where we

24   said that it was 1951 when he began as an insulator

25   and I had advised you that it actually was 1943,

1   right?

2   A.      Correct.

3   Q.      Okay.  And that his work history was that

4   of an insulator and not that of a pipefitter, which

5   was another mistake in the document that my firm

6   had given you three or four years ago, right?

7   A.      Correct.

8   Q.      And so does that have any bearing in

9   changing your original opinion in your report?

10  A.      Of course not, no.

11  Q.      Is there a particular piece of literature

12  that you would point to in terms of how this

13  methodology of attributing based on lifetime dose

14  --

15  A.      Well, there are --

16  Q.      -- has been recognized?

17  A.      Yes.  I mean, there are various things that

18  one can use.  There's -- intuitively, one uses the

19  so-called Bradford Hill criteria.  Sir Austin

20  Bradford Hill said that there were a number of

21  points that allowed one to look at the issue of

22  causation.

23          Specifically for asbestos, there's

24  something called the Helsinki Criteria document,

25  and in that Helsinki report there is a series of

1    comments that describe the methodology by which you

2    can link exposure to asbestos --

3    Q.      Let's take those one at a time.

4    A.      -- to disease.

5    Q.      Okay.  Let's take those one at a time.  The

6    Bradford Hill criteria, is that something you

7    considered in your assessment of the causation of

8    Mr. Suoja's mesothelioma?

9    A.      Yes, sir.

10   Q.      How does that play into your assessment?

11   A.      Well, among the criteria is, is there

12   evidence that the exposure occurred before the

13   disease?  Clearly, that's true.  Are there other

14   settings with this material that caused the

15   disease?  Yes.

16           I forget what all nine criteria are,

17   but he meets, if not all nine of them, most of

18   them, and that's what Bradford Hill said was sort

19   of required to be confident about an assessment.

20   Q.      What's the significance of Bradford Hill in

21   terms of this type of determination?

22   A.      It allows one to make use of what we know

23   from epidemiology and other studies to say that

24   something is actually causative.  Asbestos causing

25   mesothelioma, vinyl chloride causing angiosarcoma

1    of the liver, cigarette smoking causing lung

2    cancer, there are these considerations that one

3    brings to bear, which I certainly do in every case

4    with asbestos, as a possible cause of disease.

5              MR. CASMERE:  I'm going to object.

6    Are you talking about Bradford Hill in the context

7    of general causation or specific causation?

8              THE WITNESS:  General causation.

9              MR. CASMERE:  Okay.  I don't think

10   that was clear from the question, but that's an

11   epidemiological analysis?

12             THE WITNESS:  Yes.

13             MR. CASMERE:  Right.

14             MR. McCOY:  That was going to be my

15   question.

16             MR. CASMERE:  I was getting to it

17   faster, Bob.

18             MR. McCOY:  Right.  Okay.

19   BY MR. McCOY:

20   Q.    Well, I'll stand by that question

21   Mr. Casmere just asked, so that's an

22   epidemiological principle.  Okay?

23             Now, let's go, then, to the second

24   thing you mentioned, and I've got a copy here,

25   which I'll mark as exhibit -- I think we're at 204,

1    right?

2    A.       204.

3    Q.       Okay.

4                         -   -   -

5                    (Whereupon, Exhibit Plaintiff-204,

6    Consensus Report, Asbestos, Asbestosis, and Cancer:

7    The Helsinki Criteria for Diagnosis and

8    Attribution, was marked for identification.)

9                         -   -   -

10   BY MR. McCOY:

11   Q.       Okay.  So Plaintiff's Exhibit 204, would

12   you identify that for us?

13   A.       This is a write-up or a summary of the

14   Helsinki Criteria document of 1997.  This was a

15   synopsis put together and published in the

16   Scandinavian Journal of Work and Environmental

17   Health, Volume 23, Page 311 is where it starts,

18   1997.  And it's --

19   Q.       What's the title of it?

20   A.       Asbestos, Asbestosis, and Cancer:   The

21   Helsinki Criteria for Diagnosis and Attribution.

22   Q.       Okay.  So let me just have this published

23   again into the record a few portions of this just

24   to explain what this was about.

25                    MR. CASMERE:  I'll have the same

1    Rule 26 objections.   Go ahead.

2    BY MR. McCOY:

3    Q.      Maybe just that first paragraph.

4    A.      The International Expert Meeting on

5    Asbestos, Asbestosis, and Cancer was convened in

6    Helsinki on 20 through 22 January 1997 to discuss

7    disorders of the lung and pleura in association

8    with asbestos and to agree upon state-of-the-art

9    criteria for their diagnosis and attribution with

10   respect to asbestos.   The group decided to name

11   this document The Helsinki Criteria.

12   Q.      Okay.   And then the third paragraph there.

13   A.      The meeting was attended by 19 participants

14   from eight countries not producing asbestos.   The

15   chairmen were Professor Douglas W. Henderson, it

16   gives his home base.   And Professor Jorma,

17   J-O-R-M-A, Rantanen, R-A-N-T-A-N-E-N, of the

18   Finnish Institute of Occupational Health Finland.

19   The group was a multidisciplinary gathering of

20   pathologists, radiologists, occupational and

21   pulmonary physicians, epidemiologists,

22   toxicologists, industrial hygienists, and the

23   clinical and laboratory scientists specializing in

24   tissue fiber analysis.   Collectively, the group had

25   published over 1,000 articles on asbestos and

1    associated disorders.

2    Q.       That's good right there, I think.   Okay.

3                     Now, the next paragraph or the next

4    heading says, General Considerations.

5    A.       Yes.

6    Q.       Okay.   Go ahead.

7    A.       Occupational exposures to asbestos dust

8    have been widespread in all industrial countries

9    and continue as a consequence of in-place

10   materials.   In detailed interviews, about

11   20 percent to 40 percent of adult men report some

12   past occupations and jobs that may have entailed

13   asbestos exposure at work.   In Western Europe,

14   North America, Japan, and Australia, the use of

15   asbestos peaked in the 1970s, and currently about

16   10,000 mesotheliomas and 20,000 asbestos-induced

17   lung cancers are estimated to occur annually in the

18   population of approximately 800 million people.

19   Q.       And continuing on.

20   A.       In general, reliable work histories provide

21   the most practical and useful measure of

22   occupational asbestos exposure.   Using structured

23   questionnaires and checklists, trained interviewers

24   can identify persons who have a work history

25   compatible with significant asbestos exposure.

1    Dust measurements can be used in the estimation of

2    past fiber levels at typical workplaces and in the

3    use of asbestos-containing materials.  A cumulative

4    fiber dose, as expressed in fiber years per cubic

5    centimeter, is an important parameter of asbestos

6    exposure.

7    Q.      Okay.  And on the -- let me go back on one

8    part of this.  In that fourth paragraph, it talks

9    about who's supporting and funding this, right?

10   A.      The meeting was scientifically supported by

11   leading institutions in the field of asbestos

12   research, and it was funded by the Ministry of

13   Social Affairs and Health and the Finnish Work

14   Environment Fund.

15   Q.      All right.  Now, is there a portion of this

16   document, then, that relates to the -- specifically

17   to mesothelioma?

18   A.      Yes.

19   Q.      Okay.  And that begins on Page 313, right?

20   A.      Yes.

21   Q.      So is a portion of this, then, relating to

22   the attribution question that we had --

23   A.      Yes.

24   Q.      -- posed for you for Mr. Suoja?

25   A.      Yes.

1   Q.      Okay.

2   A.      And it reads as follows:  The following

3   points needs to be considered in the assessment of

4   occupational etiology.  The great majority of

5   mesotheliomas are due to asbestos exposure.

6   Mesothelioma can occur in cases with low asbestos

7   exposure; however, very low background

8   environmental exposures carry only an extremely low

9   risk.  About 80 percent of mesothelioma patients

10  have had some occupational exposures to asbestos

11  and, therefore, a careful occupational and

12  environmental history should be taken.  An

13  occupational history of brief or low level exposure

14  should be considered sufficient for mesothelioma to

15  be designated as occupationally related.  A minimum

16  of ten years from the first exposure is required to

17  attribute the mesothelioma to asbestos exposure,

18  though in most cases, the latency interval is

19  longer, e.g., on the order of 30 to 40 years.  And

20  the last statement is, Smoking has no influence on

21  the risk of mesothelioma.

22  Q.      And Mr. Suoja was a non-smoker?

23  A.      That's my understanding.

24  Q.      Okay.  So in terms of your assessment, the

25  attribution for Mr. Suoja of the causation of the

1   mesothelioma, are these Helsinki Criteria points

2   something that you follow?

3   A.      Yes.

4   Q.      This is a 1997 publication.   Have there

5   been any updates on the Helsinki Criteria?

6   A.      There was a new version in 2014, and these

7   points were not changed.

8                   THE WITNESS:   Do you need a break?

9                   THE COURT REPORTER:   I'm going to

10  wait until about ten of because I need to feed my

11  meter.

12                  THE WITNESS:   Okay.

13                  THE COURT REPORTER:   So, thank you.

14  About 20 minutes, though.

15                  MR. McCOY:   Yeah.   We're moving

16  along pretty good.   We're going pretty fast now.

17  BY MR. McCOY:

18  Q.      So are you familiar with the publication by

19  Welch in 2007?

20  A.      Yes, I'm a signatory to it.   It's an amicus

21  brief that was then published in the International

22  Journal of Occupational and Environmental Health.

23                  MR. CASMERE:   Same Rule 26

24  objection.

25  BY MR. McCOY:

1    Q.      So that's a peer-reviewed publication?

2    A.      Yes, sir.

3    Q.      And you say it was an amicus brief meeting,

4    something that was also part of a courtroom file?

5    A.      Yes.

6    Q.      Okay.  And I'm referring, I guess, to this

7    Paragraph 61 of your affidavit that was filed in

8    September 19th of 2014 in this case.

9            What does that say in terms of that

10   publication about the considerations in attribution

11   compared to what we've already talked about for

12   Helsinki or Bradford Hill?

13   A.      They're very similar.  As outlined in

14   Paragraph 61, it says, Examining the question of

15   causation of disease in an individual generally

16   involves four questions:  One, was the individual

17   exposed to a toxic agent; two, does the agent cause

18   the disease present in the individual; three, was

19   the individual exposed to this substance at a level

20   where disease has occurred in other settings; and,

21   four, have other competing explanations for the

22   disease been excluded.

23           That was, again, my method, if you

24   will, in thinking about Mr. Suoja's case, and he

25   does meet all those criteria.  He was exposed to

1    asbestos; it causes mesothelioma; he was exposed at

2    a level where disease has been seen in other

3    settings, literally all over the world; and there

4    was no competing explanation for his disease.

5    Q.    Why is just knowing that Oswald Suoja was a

6    career insulation worker would be sufficient

7    information about the dose for this attribution

8    question?

9    A.    Because I know something about that group

10   of workers. As I said, the main group that Dr.

11   Selikoff studied was 17,800 insulators. We

12   regularly examined them in and around New York

13   City, literally all over the country and Canada

14   doing various kinds of research in the years that I

15   was with him. I have talked to many insulators,

16   I've gotten histories from many of them. And as I

17   said earlier in my testimony, there's no group with

18   a higher level of exposure to asbestos than these

19   individuals.

20   Q.    About how many years did you spend with

21   Dr. Selikoff on this research that concerned

22   insulators?

23   A.    I started with him as a first year medical

24   student, so my level of responsibility got greater

25   when I was a first and second year student; I could

1    do paperwork, but by the time I was a third year

2    clinical student, he would let me do the physical

3    examinations.

4                When I finished all of my training,

5    I joined the faculty at Mount Sinai in his unit and

6    there were times that I'd be in charge of a field

7    team of 50 people going out and examining asbestos

8    workers.  We'd read x-rays in the field to make

9    sure we didn't find an acute disease that was

10   present that the worker didn't know about.  We used

11   to regulate pick up unknown lung cancers, for

12   example.

13               And I left Mount Sinai in 1983, but

14   kept in touch with him until the time of his death,

15   until he passed away in 1992, so it was certainly

16   actively between 1968 and 1983 that I was at Mount

17   Sinai except for my time at the NIH.  And even

18   then, I would be given permission to leave and go

19   out on asbestos-related studies.

20   Q.    And Dr. Selikoff's research had already

21   started before you got there in '68, right?

22   A.    Absolutely.  He had published some critical

23   work in the early 1960s.  Then in '68, the year

24   that I joined him, he had published a very

25   important paper that year as well.

1    Q.      So your experience, your personal

2    experience includes '68 to '83, and you also had

3    the benefit of knowing about his research that was

4    done earlier?

5    A.      Yes, sir.

6    Q.      To know if a person had a sufficient

7    dose -- let's talk about an insulator.

8            To know if an insulator had a

9    sufficient dose of asbestos to cause peritoneal

10   mesothelioma, is it necessary that you have an

11   exact measurement of the number of asbestos fibers

12   inhaled?

13   A.      Absolutely not.  And I've been doing this

14   work for over 40 years, not in a single case have I

15   ever known the exact dose.  And even when it was

16   required legally, when OSHA came into being, it

17   required that places where asbestos was used on a

18   regular basis, like the work of insulators, that

19   measurements be taken.

20           One of the interesting pieces of

21   research Dr. Selikoff did is he sent about 10,000

22   of his 17,000 insulators letters asking if they had

23   seen what had been a legally required measurement

24   in their workplace in the previous year.  They were

25   supposed to be done every six months, so in a year

69

1    they should have seen -- each worker should have

2    seen two such evaluations.  He got back about 9,000

3    of the 10,000 postcards he sent out, and in less

4    than ten instances, ten, had a worker seen an

5    individual exposure measurement during the previous

6    year when there should have been two seen by every

7    one of those workers.

8    Q.      Does the absence of data of an exact

9    measurement make it any -- difficult for you to

10   come up with an attribution for Mr. Suoja's

11   mesothelioma?

12   A.      It causes me no difficulty.

13   Q.      And why is that?

14   A.      Because I don't need to know what the exact

15   exposure was.  First of all, if you go through all

16   of the literature, nobody knew what the exact

17   measurement of any of these cases were ever that's

18   been reported in the literature that I'm aware of.

19   I've looked at thousands of legal cases and not a

20   single case have I ever had knowledge of what the

21   exact exposure was.  Occasionally somebody will do

22   what's called a dose reconstruction, try to

23   estimate what the exposure was.  The literature

24   speaks to that and people have found that as little

25   as .1 fiber years, so that means working at .1

1    fiber per cc and that's now currently the legally

2    required upper limit, which has only been in place

3    in this country since 1994.

4                    In Mr. Suoja's day, that exposure --

5    he was pre-OSHA -- would have been much higher, but

6    even at -- you know, so all of the years he would

7    have worked, the recommended levels of exposure

8    would have been higher.  So he clearly would have

9    had more than .1 fiber year of exposure over, you

10   know, decades of working, and that level has been

11   shown in groups of individuals to be sufficient to

12   cause cases of mesothelioma.

13   Q.       How is it that it's been shown sufficient?

14   I mean, is that the science of epidemiology that

15   we're talking about primarily?

16   A.       It's combining epidemiology with industrial

17   hygiene, yes.  The work of LeCourt, L-E-C-O-U-R-T.

18   He talked about .1 fiber year; Dr. Rodelsberger was

19   a .15, I believe; and an older paper was Iwatsubo

20   -- I'll give it to you later -- Iwatsubo was a .5

21   fiber years.

22   Q.       What about your personal observations of

23   the work of insulators, does that relate to

24   Mr. Suoja's case even though you didn't see him?

25   A.       Yes.  I mean, I haven't seen many

1    insulators actually working.  I've seen images and

2    I've certainly talked to many insulators, and many

3    of them talk about literally the clouds of dust

4    that they worked in.

5    Q.      Do you have with you the medical records

6    that you reviewed --

7    A.      I do.

8    Q.      -- and data on Mr. Suoja?

9    A.      I do.

10   Q.      Okay.  Let me just take a look at that file

11   for one second.

12   A.      (Hands file to counsel.)

13              MR. CASMERE:  Are you almost done,

14   because we need to take a break?

15              THE WITNESS:  So the court reporter

16   can feed her meter.

17              THE COURT REPORTER:  Is this a good

18   time or are we going to --

19              MR. McCOY:  This is fine.

20              THE COURT REPORTER:  Thank you.

21                        -  -  -

22              (Whereupon, a brief recess was taken

23   at 9:42 a.m., which the deposition continued at

24   9:53 a.m.)

25                        -  -  -

```
 1                    (Whereupon, Exhibit Plaintiff-142,

 2     Arthur Frank, M.D., Records of Oswald Suoja, was

 3     marked for identification.)

 4                         -   -   -

 5     BY MR. McCOY:

 6     Q.      We've got next for the record, Plaintiff

 7     Exhibit No. 142.  This is not being offered for

 8     evidence purposes, but is Exhibit 142 a copy of the

 9     filed information in your report?

10     A.      Yes, sir.

11     Q.      So that's the information you worked off

12     of.  What -- and that includes a work history?

13     A.      Yes, sir.

14     Q.      Okay.  It lists some job sites, right?

15     A.      Yes, sir.

16     Q.      And --

17     A.      Medical records.

18     Q.      Medical records.  Okay.

19                     So based on the medical records,

20     what disease did Mr. Suoja have?

21     A.      He had a malignant peritoneal mesothelioma.

22     Q.      And is there anything unusual or

23     significant in his medical records that would make

24     his peritoneal mesothelioma any different than what

25     we've been talking about so far today?
```

1    A.        No, sir.

2    Q.        You have a copy of his death certificate

3    there?

4    A.        I do.  And mesothelioma is misspelled, but

5    it says he died of a mesothelioma as a consequence

6    of asbestos exposure.  I certainly would agree with

7    that.  It also says he had other significant

8    condition, they list it as diabetes, which he also

9    had, but they got the type wrong, it's Type 2, not

10   Type 1, but that's okay.

11   Q.        Did the diabetes cause his death?

12   A.        No, mesothelioma caused his death.

13   Q.        And based on your review of the records,

14   what -- was that diabetes controlled even though it

15   had reached the advanced stages?

16   A.        With the drugs we have these days, diabetes

17   can be pretty well controlled.

18   Q.        Anything else or did you see anything in

19   there besides the mesothelioma that would have

20   shortened his life expectancy?

21   A.        No.  He had other medical issues.  He was

22   on thyroid medication, that's not going to shorten

23   his life; thyroid disease, so no.

24   Q.        The surgical pathology report, can you turn

25   to that for a moment?

1    A.      Yes, sir.  Yes, I have it.

2    Q.      Okay.  What does that show?

3    A.      It shows that they took four specimens when

4    they were in there looking at what was going on in

5    his abdomen.  Macroscopic, as I said, four

6    specimens, and they all turned out to document that

7    he had developed the mesothelioma.

8    Q.      What areas were these specimens from?

9    A.      From his pelvis, from the mesentery, which

10   is the connective tissue between the organs, the

11   omentum, which is more of this connective tissue,

12   and from the left diaphragm, so all the way from

13   the bottom of the abdominal cavity to the top.

14   Q.      And what were the findings for each of

15   those specimens in term of whether it was cancerous

16   or not?

17   A.      They were all cancerous.

18   Q.      All mesothelioma?

19   A.      Ultimately that's what they decided.  This

20   was a -- originally they said adenocarcinoma versus

21   mesothelioma.  They finally decided it was a

22   mesothelioma.

23   Q.      Okay.  And do you agree with their ultimate

24   findings?

25   A.      Yes.

1    Q.      So moving on here, your report mentions an

2    80-year history of literature, right?

3    A.      Yes.

4    Q.      Okay.  And that is about the asbestos

5    diseases, right?

6    A.      Well, that goes back to Merewether and

7    Price.

8    Q.      Basically what does this history establish

9    about the dangers of asbestos?

10   A.      The history is it has been accumulating for

11   the last hundred years, but particularly the last

12   80 years is that asbestos is a hazardous material,

13   a toxic material, a carcinogenic material.  Cancers

14   were suggested as early as 1935.  The first report

15   of asbestos-causing mesothelioma was in 1938.

16   There was a report in the literature in 1950 -- I'm

17   sorry, 1944, a gentleman who was a plumber.  Lung

18   cancer was definitively linked in 1942 in Dr.

19   Hueper -- H-E-U-P-E-R [sic], Dr. Hueper's book, so

20   we've known about the cancer-causing potential of

21   asbestos since the early 1940s.

22   Q.      And you began earlier in talking about the

23   Merewether article.

24   A.      Yes, sir.

25   Q.      Why did you choose the Merewether article

1    of 1930, Merewether and Price?

2    A.       Because that article -- I look upon it as

3    very comprehensive.  It talks, as I said, men get

4    disease, women get disease, different products do

5    it.  It talks about prevention, it talks about

6    educating workers.  It does all the things 85 years

7    ago now that we know now and that we ought to be

8    doing in all workplace settings.

9    Q.       What does it talk about that existed as far

10   as prevention?

11   A.       Well, it talked about lower the exposure,

12   educating the worker, providing respirators or

13   air-supplied hoods.  If you don't get exposed or

14   you reduce the exposure, you reduce the likelihood

15   of getting the disease.

16   Q.       Was there some way back in the earlier time

17   to have something other than asbestos for

18   prevention purposes?

19              MR. CASMERE:  Objection to form;

20   foundation; Rule 26.

21              THE WITNESS:  There were other

22   products available in the 1940s that ended up being

23   a substitute for asbestos; the artificial fibrous

24   materials that we refer to generally as fiberglass

25   but it really is various fibrous glass products or

1    other kinds of products or materials that could

2    substitute for asbestos.

3    BY MR. McCOY:

4    Q.      And is that a method of prevention?

5    A.      Yes, substitution.

6             MR. CASMERE:  Same objections.

7    BY MR. McCOY:

8    Q.      All right.  How many fibers would you

9    estimate or release during normal pipe covering

10   installing and removing work?

11   A.      Millions.

12            MR. CASMERE:  Objection to form;

13   foundation; Rule 26.

14   BY MR. McCOY:

15   Q.      In Paragraphs 66 and 67 of this affidavit

16   that was filed in September of 2014 --

17   A.      Yes, sir.

18   Q.      -- you give some statements about numbers

19   of asbestos fibers.

20   A.      Yes.

21   Q.      And is that -- these high numbers of

22   millions and --

23   A.      Billions and trillions.

24   Q.      Okay.  This is what you're referring to?

25   A.      Well, this refers to brake dust, but it

1    could refer to a lot of other products.  These were

2    specifically measured in brakes, but other products

3    would give off these levels of fibers depending on

4    how much dust you were creating.

5    Q.    And when you give that figure of millions

6    of fibers or more as an estimate, are you talking

7    about a lifetime, are you talking about just --

8    A.    In a given day.

9    Q.    Okay.  Let's say somebody is cutting some

10    pipe and you're assessing how much actual fiber

11    exposure they have, what happens when there's dust

12    that's created, what happens to those asbestos

13    fibers?

14                MR. CASMERE:  Objection.  Rule 26.

15    BY MR. McCOY:

16    Q.    Go ahead.

17    A.    I think you mean pipe covering, not pipe.

18    Q.    You're right.

19    A.    I mean, there's asbestos cement pipe, but

20    you're referring to the pipe covering?

21    Q.    Right, the insulation material, the pipe

22    covering.

23    A.    You can measure how much is there and it

24    can be very high levels, and what happens to it is

25    people working with it in cutting it, if they're

1    not wearing a respirator, are going to breathe in

2    considerable numbers of fibers.

3    Q.      Do these fibers settle out very quickly or

4    what happens?

5                    MR. CASMERE:  Same objections.

6                    THE WITNESS:  Some fibers can stay

7    in the air literally for hours, and then in the

8    process of cleaning up, if somebody comes by or

9    disturbs it, walks through it, drags material

10   through the dust that re-entrains it, puts it back

11   up in the air, it can be rebreathed.

12   Q.      Is this part of the exposure assessment you

13   make with regard to an insulator like Mr. Suoja?

14   A.      Yes.

15                   MR. CASMERE:  Same objection.

16   BY MR. McCOY:

17   Q.      Okay.  I'd like you to assume that

18   Mr. Suoja had personally installed or removed

19   asbestos-containing pipe insulation for at least

20   one month in 1950s or 1960s and the visible dust

21   was generated from cutting or removing that pipe

22   covering insulation and crews of multiple

23   insulators, and also assume that Mr. Suoja was

24   diagnosed with peritoneal mesothelioma in 1996.

25   What is your opinion as to whether this exposure

1    alone could cause peritoneal mesothelioma if that

2    was his only dose?

3                    MR. CASMERE:   Let me interpose an

4    objection here on Rule 26; form; foundation; and

5    the prior court rulings on this issue.   Thank you.

6    BY MR. McCOY:

7    Q.       Go ahead.

8    A.       Are you talking about his whole career he

9    only spent one month, or with a particular product?

10   Q.       I'm asking you --

11   A.       In general, one month would be sufficient

12   to give him his peritoneal mesothelioma.   If that's

13   the only exposure he had, that would be sufficient,

14   in my opinion.

15   Q.       Okay.   And what is the basis for your

16   saying this?

17   A.       For all the things we've been talking about

18   this morning, about how little asbestos it takes to

19   actually give one a mesothelioma.   If you're giving

20   me a month of exposure, even, let's say, four weeks

21   of five or six work days, compared to one day, both

22   in humans and animals doing it, that's certainly,

23   in my mind, sufficient.

24   Q.       How about under the Bradford Hill or

25   Helsinki Criteria?

1    A.      Same thing.  The Helsinki Criteria talk

2    about, you know, even low exposures can do it.   A

3    month is not necessarily a low exposure.

4                    MR. CASMERE:   Same objections.

5    BY MR. McCOY:

6    Q.      Can mesothelioma be cured?

7    A.      I've been doing this kind of work for over

8    45 years, I've never seen a patient cured of

9    mesothelioma.

10   Q.      Is there a safe level of exposure to

11   asbestos when you're talking about mesothelioma?

12   A.      Yes, there is one safe level, zero.

13   Anything other than zero is not -- should not be

14   considered as safe.

15   Q.      You mentioned something earlier about -- I

16   can't remember your exact terminology, but

17   recommended levels in the earlier years.

18   A.      OSHA is a government agency that put in

19   legally allowable limits.  Prior to that --

20   Q.      When did OSHA's limits go in --

21   A.      1972.

22   Q.      Okay.

23   A.      Prior to 1972, there were -- some states

24   may have had legal limits.  I don't know about

25   where Mr. Suoja worked, so I can't speak to those,

1    but many places adopted or made use of what were

2    essentially recommendations, which was one

3    organization called the ACGIH, American Conference

4    of Governmental Industrial Hygienists, and the

5    ACGIH had and continues to have recommended levels

6    of exposure for many, many materials, including

7    asbestos.  So prior to OSHA, these were often

8    recommendations; some states adopted them.

9    Q.    What was the ACGIH level?

10   A.    For many years, it was 5 million particles

11   per cubic foot.

12   Q.    And how does that factor into the causation

13   assessment for Mr. Suoja's mesothelioma?

14   A.    Well, we know that that is a level that --

15   first of all, it didn't protect people from getting

16   asbestosis.

17   Q.    It didn't protect from what?

18   A.    Asbestosis.  And it takes more asbestos to

19   produce asbestosis than it does to produce the

20   cancers, so it certainly didn't protect against

21   cancer.  And that was well recognized in the work

22   of Dr. Stokinger, Herbert Stokinger, who in 1956

23   wrote that if the ACGIH was interested in

24   protecting against cancer from asbestos, the levels

25   should be 100 to 500 times less because of all the

1    levels we're speaking to at that point was

2    preventing asbestos.

3                    MR. CASMERE:  I didn't want to

4    interrupt, but I have objections to form,

5    foundation, and Rule 26.

6    BY MR. McCOY:

7    Q.      Your evaluation of these different exposure

8    levels, that's something that factors into your

9    assessment of Mr. Suoja's causation, right?

10                   MR. CASMERE:  Same objections.

11                   THE WITNESS:  Yes.

12   BY MR. McCOY:

13   Q.      Let me just check my notes.  I think we're

14   done here.

15                   MR. McCOY:  Okay.  I think that's

16   it.  Thank you, Doctor.

17                   THE WITNESS:  You're very welcome.

18                           -  -  -

19                   CROSS-EXAMINATION

20                           -  -  -

21   BY MR. CASMERE:

22   Q.      Hi, Doctor.

23   A.      Hi, Mr. Casmere.

24   Q.      How are you?

25   A.      I'm good.  It's nice to see you again, sir.

```
 1    Q.      Good to see you.
 2                    Mr. McCoy crammed a lot of stuff
 3    there at the end, so we'll try to go through this.
 4    And I'm going to ask you some questions and then
 5    I'm going to ask you some questions subject to my
 6    prior objections since this is the only chance I
 7    get to see you in this case.
 8                    Your report in this case, which is
 9    Plaintiff's Exhibit 142, is dated August 7, 2012,
10    correct?
11    A.      Yes, sir.
12    Q.      That's a single page?
13    A.      Yes.
14    Q.      You reviewed approximately 20 pages of
15    medical records?
16    A.      Yes.
17    Q.      And you had a one-paragraph work history
18    and then one or two other documents, correct?
19    A.      Correct.
20    Q.      That's the totality of the material you had
21    to render your opinions in this case?
22    A.      No, that's the totality that I had
23    regarding Mr. Suoja.  I've had 45 years of reading
24    this literature to come to a conclusion and render
25    my opinion which I brought to bear on this, but
```

1    you're right, what I had was the documents you just

2    enumerated in this specific case.

3    Q.      Specific to Mr. Suoja?

4    A.      Correct.

5    Q.      Before the last couple of days preparing

6    for this deposition, you had spent about an hour on

7    this case; is that fair?

8    A.      Yes, sir.

9    Q.      And you didn't review any pathology, chest

10   x-rays, or CTs?

11   A.      Correct, I reviewed the reports.

12   Q.      You are accepting as accurate the diagnosis

13   made by the pathologist that it's a mesothelioma,

14   correct?

15   A.      Yes, and the treating doctor.

16   Q.      For the attribution opinions that you gave

17   in this case, you really only needed two pieces of

18   information; one is that Mr. Suoja was diagnosed

19   with mesothelioma, and two was that there was some

20   history of exposure to asbestos; is that correct?

21   A.      I needed a third piece that there was a

22   sufficient latency.

23   Q.      Anything else?

24   A.      No.

25   Q.      Okay.  And I think you've made this clear,

1    but it doesn't matter what type of asbestos, how

2    much he was exposed, how long, or what type of

3    exposure it was, correct?

4    A.      None of the above.

5    Q.      Okay.  None of that matters?

6    A.      Well, it matters, but you don't have the

7    information.  I don't know -- you know, I mean, I

8    have the fact that he worked from '43 to '84, so we

9    have a duration.  It's, you know, about 40 years.

10   I don't have a proximity other than he was an

11   insulator and he would be working hands-on.  I

12   certainly don't have a dose because nobody was

13   measuring it.  So I have some of that information,

14   I just don't have -- in a numerical detail.

15   Q.      In your attribution opinion, it was enough

16   -- he had enough exposure by 1944 to cause his

17   mesothelioma?

18   A.      If that had been his only exposure, I would

19   be sitting here said that year of exposure was

20   enough to give his mesothelioma, of course.

21   Q.      No diagnosis of asbestos in this case?

22   A.      No.

23   Q.      And even you couldn't say that the single

24   pleural calcification was asbestos related?

25   A.      Well, that's all I saw and I didn't have

1    enough other information to determine that it was

2    or it wasn't.  It may well be.  Seven percent of

3    plural calcifications are unilateral among

4    individuals, but there are other causes of it, so I

5    didn't have enough information to say with a

6    reasonable degree of medical certainty that it was

7    the cause of his pleural calcification, though it's

8    certainly consistent with his exposures.

9    Q.      Now, in looking at the pathology report,

10   did you notice that the tumor was mucin producing.

11   Did you see that?

12   A.      Well, that was on frozen section, and it

13   turns out it probably wasn't a mucin-producing

14   tumor, because there are mucin-producing

15   mesotheliomas.

16   Q.      It's rare to have a mucin-producing

17   mesothelioma?

18   A.      I don't recall ever seeing one.

19   Q.      But for the purpose of your opinions in

20   this case, it doesn't really matter if he had a

21   mesothelioma or if he had stomach cancer or liver

22   cancer, you would say that it's related to his

23   asbestos exposure?

24   A.      No, no, no, no, no.  No.  I would say --

25   let's be clear, and you're putting words

1    potentially in my mouth.  Mesotheliomas related to

2    asbestos, stomach cancer related to asbestos.

3    Liver cancer, no, I would not claim that that was

4    caused by asbestos.  And if it was a lung cancer in

5    a non-smoker with 40 years of exposure to asbestos,

6    I would say that that was related to his asbestos

7    exposure, but it's not a lung cancer either.

8    Q.      Then to be more precise with my question,

9    even if it turned out that he didn't have a

10   mesothelioma but he had a stomach cancer, you would

11   say that was related to his exposure to asbestos?

12   A.      There are mucin-producing adenocarcinomas

13   of the stomach and I would say that a stomach

14   cancer would be related to.  Asbestos and there's

15   increasing literature on that subject, you know,

16   including work in a factory done in China with my

17   colleagues over there that documented that, among

18   many other studies.

19   Q.      You have in the past referred to yourself

20   as an academic physician?

21   A.      I always -- I still do.  I mean, that's one

22   way I can give myself an attribution.  I've always

23   been an academic.  I finished my training on

24   June 30th, I became a faculty member on July 1st in

25   1977, and I've always been in an academic setting.

1    I have not had a private practice, but I practice

2    medicine, I hold active licenses now, I still do

3    clinical related research, I have a project in

4    Texas that's clinically related, but I've always

5    been an academic physician in that I've taught and

6    done research and done a lot of other things which

7    I do in the academic setting.

8    Q.      In terms of actually seeing patients and

9    laying hands on patients, how frequently do you do

10   that?

11   A.      I haven't seen patients for a few years

12   now.  I'm at the School of Public Health.  I teach

13   over in the College of Medicine.  I sometimes get

14   telephone referrals from colleagues, but I haven't

15   laid hands on in a few years now.

16   Q.      For the benefit of the Judge who will be

17   reading this and since you do this better than I

18   do, can you just go through the list of what you're

19   not?

20   A.      Sure.  I mean, there's a whole long list of

21   things I'm not.

22   Q.      You know what --

23   A.      But medically, the usual list, I'm not a

24   pathologist, I'm not a pulmonologist, I'm not an

25   oncologist, I'm not a radiologist, I'm not an

1    industrial hygienist, certified or otherwise.  As

2    Popeye might say, I yam who I yam, and I'm a board

3    certified internist and a board certified

4    occupational medicine specialist and I hold a Ph.D.

5    in the area of asbestos.

6    Q.      You are not a material scientist either?

7    A.      I'm not a material scientist, I'm not a

8    mineralogist, I'm not a geologist.

9    Q.      Nor a history professor?

10   A.      I'm not a history professor.  I'm

11   interested in history, I read a lot of history, but

12   I'm not a history professor.

13   Q.      You've been doing this type of litigation

14   consulting work for, I think you said just over --

15   a little over 35 years?

16   A.      Yes, sir, since the late '70s.

17   Q.      You have testified well over a thousand

18   times?

19   A.      Yes.

20   Q.      In trial, do you have any estimate how many

21   trial testimony you've given?

22   A.      Probably about 200 now, 180 to 200.

23   Q.      You have written probably over 5,000

24   different expert reports in asbestos litigation

25   over the years?

1    A.      Yes.

2    Q.      You have never testified at a trial for a

3    company who was a defendant in an asbestos-related

4    personal injury litigation?

5    A.      Not for a company.  I had testified for the

6    City of Philadelphia twice about a year ago, but

7    they weren't a company, they were the defendant,

8    though.  But in a PI case, that's true, I've

9    testified for defendants on a small number of

10   occasions in asbestos litigation.

11   Q.      99-point-something percent of your time

12   is --

13   A.      Plaintiffs' work.

14   Q.      Plaintiffs' work.

15           You have done hundreds of reports

16   for Mr. McCoy's firm over the years; is that right?

17   A.      Not hundreds.  I've never kept track.  He

18   would probably know better, but I would think it's

19   probably bumping up near a hundred, maybe not even

20   that many.  Maybe 50, 75, something like that.

21   Q.      Do you know how many reports you signed on

22   the same day as the one in Suoja for Mr. McCoy's

23   firm?

24   A.      Oh, there were a lot.  There was a whole

25   bunch of cases, I guess, that came out of the MDL

1    that I reviewed and signed.  I don't know, 20

2    reports or something.

3    Q.    It wouldn't be out of the ordinary for you

4    with respect to your work for Mr. McCoy's firm to

5    have certain days where you have signed off on 10

6    or 20 reports in that day; is that fair?

7    A.    Well, that was an unusual set of

8    circumstances.  What generally happens, as I do in

9    every case with every attorney, I send them a

10    draft.  I do that not because they can change my

11    opinions, but I do do work in many different

12    jurisdictions and I don't know all the rules, and,

13    you know, federal court is different from state

14    court, you know, Texas is different from

15    Philadelphia, Pennsylvania is different from

16    California, so what gets said has to comport with

17    the law, so -- and I don't know the law not being a

18    lawyer, but I know the medicine.

19              So every lawyer gets a report, and

20    what tends to happen is while I may have sent

21    drafts over a period of time, they all get sort of

22    reviewed and sent back at once, so I may sign a

23    whole bunch of letters on one day, but that doesn't

24    mean that they all were done that day; that's the

25    day that they were finalized and signed off on.

1   Q.      You have to sort of adjust the causation

2   language depending on the jurisdiction; is that

3   fair?

4   A.      That's fair.  And I would say 95 to

5   98 percent of my letters come back fine as is, so

6   having done this for a long time, I sort of know

7   something about the various jurisdictions, but

8   things change all the time and I just want to be

9   sure I'm doing it right.

10  Q.      Are you still at the level of generating

11  about 400,000 to $500,000 a year in billings for

12  this type of work?

13  A.      Last year was the highest that was ever

14  generated, was 495.  This year it will be closer to

15  350, I think.  So it's in that range if you average

16  it out over the last few years.

17  Q.      Okay.

18  A.      Never as much as five, but probably between

19  -- it's probably around 400, average.

20  Q.      The amount of time that you spend on this

21  work you've said is between 300 to 400 hours,

22  correct?

23  A.      Something like that.  And it's probably

24  gotten a bit -- you know, I don't know.  I don't

25  work a 40-hour week.  I generally work at least a

1    55-hour week and sometimes 70 or 80 hours, and it's

2    probably because of more depositions and more

3    trials, it's gotten up to maybe 20 percent of my

4    time, so I haven't done the math.

5                    I have a one-hour minimum now.  A

6    file like this that was only 20 pages, it wouldn't

7    have taken me an hour to read it, but I have --

8    every lawyer I work with knows that I have a

9    one-hour minimum for a report, and so that's why I

10   can generate more money than the hours.

11   Q.       Right.  We've talked about that before.

12   And you could do the math, if it's three to

13   400 hours at the $425 rate, it's between 127 to

14   $170,000?

15   A.       Something --

16   Q.       Something like that?

17   A.       Something like that.

18   Q.       And the income of or the revenue generated

19   of 400 to 500,000 is based on that -- you know, the

20   differential is that one-hour minimum?

21   A.       Yes.

22   Q.       And the majority of the cases that you have

23   based on that math, they fall under the one-hour

24   minimum?

25   A.       Most of them do.  Most of them are

1    mesotheliomas, it's not like I have to consider a

2    huge differential diagnosis as to what caused the

3    disease.  If I have exposure to asbestos, as you

4    asked me, and somebody has a mesothelioma, unless

5    they lived or visited in Turkey or Sicily, it's

6    pretty straightforward.

7    Q.      I want to shift gears over to the causation

8    sort of attribution opinions that I want to ask you

9    about subject to my objections and what the Court

10   rules about that.

11              Before I do that, the book that you

12   wrote in the 1970s, I think it's No. 1 on your CV.

13   A.      No, it's not No. 1.  It's probably No. 5.

14   It's the only book I wrote.

15   Q.      Can I see it?

16   A.      Sure.

17   Q.      I'm sorry, I didn't bring it with me.

18   A.      That's fine.  (Hands document to counsel.)

19   Q.      Yeah.  Right, No. 5.  It was published by

20   the Matthew Bender --

21   A.      Right.  It's a medical/legal publishing

22   house.  That came about because I was a house

23   officer.  I wrote it when I was a resident at Mount

24   Sinai.  I got asked by a colleague whose wife

25   worked at Matthew Bender knowing that I was headed

1    for an academic career and I was interested in

2    cancer and occupational medicine, I was asked if I

3    would write a book on occupational and

4    environmental causes of cancer, which I did.  The

5    first volume was, I don't know, about 600 pages or

6    so.  There are some sections in there on legal

7    matters, which I had nothing to do with, they were

8    put in by the lawyers of Matthew Bender.

9    Q.       Do you have any extra copies you can sell

10   me?

11   A.       For a price.

12   Q.       Okay.  Send me the quote.

13   A.       You can probably get it from Matthew

14   Bender.  I mean, it's one of these looseleaf

15   binders.  I'm sure they've got some on their

16   shelves.  I have several copies of it from -- going

17   back to the 1970s.

18   Q.       The question I really wanted to ask you

19   about was that in your CV, it says that the title

20   of it is Cancer.

21   A.       It is.

22   Q.       Is there -- is it called Cancer Courtroom

23   Medicine; is that the title of it?

24   A.       No.  The series of books that it's in is

25   called Courtroom Medicine and there are many

1  different volumes; there's one on shoulder

2  injuries, there's one on trauma, there's one on --

3  you know, different doctors have written things.

4  So the series was called Courtroom Medicine, the

5  title of mine in that series is called Cancer.

6  Q.     Okay.  Thank you.

7  A.     I forget, lawyers needed to know about that

8  subject as much as anybody else.

9             I did make one serious mistake with

10  it.

11  Q.     What's that?

12  A.     I took a flat sum instead of taking the

13  royalties.  It turns out it was a pretty good

14  seller and I probably would have made more money

15  with the royalties.

16  Q.     Good lesson.

17             You touched on this towards the end

18  of your direct examination, but essentially it's

19  your opinion that the only exposure that a person

20  has that is not causative in their asbestos-related

21  disease is the exposure that they didn't have it?

22  A.     Right.  If they didn't have it, it couldn't

23  cause it.

24  Q.     But if they have an exposure, no matter how

25  slight, no matter how minimal, your opinion is that

1    that is part of the cause of the disease?

2    A.      It's part of their cumulative exposure.

3    Q.      And thus the cause?

4    A.      And thus the cause because it is the

5    cumulative exposure that is the cause.

6    Q.      And that's true in your mind and in your

7    opinion even for a single exposure on a single day?

8    A.      Well, let me give you sort of an example

9    that illustrates that.

10   Q.      I would first appreciate if you give me the

11   answer.

12   A.      The answer is yes.

13   Q.      Okay.

14   A.      And to illustrate that, let's say somebody

15   decides as a young person to smoke cigarettes, and

16   there are a million brands of cigarettes and let's,

17   for argument sake, say one cigarette -- you know,

18   no matter how slight, one cigarette can't cause

19   lung cancer.  We'll take that as a starting point.

20   And there is a million brands of cigarettes and

21   they start smoking, and every time they light a

22   cigarette, they smoke one each of a different brand

23   of cigarettes, and at the end of their life,

24   they've smoked one each of a million brands of

25   cigarettes and they get lung cancer.  Now, you

1    either have to say none of them did it because it

2    was only one of each brand or you have to say the

3    cumulative exposure did it.  And I'm of the school

4    that says the cumulative exposure, one at a time a

5    million times, is what did it, and I can't leave

6    any one of them out.  That doesn't mean in some

7    legal settings that might not happen, but

8    medically, scientifically, every exposure

9    contributes to the totality of the exposure.

10   Q.      You can't disaggregate those exposures?

11   A.      Of course not.  There's no scientific way

12   to do that.

13   Q.      And you can't say that one was

14   insubstantial and one was substantial?

15   A.      They were all substantial scientifically.

16   Q.      The hypothetical that Mr. McCoy gave you

17   where he used the -- I think he used pipe covering

18   as his example.  Do you recall that?

19   A.      Yes, sir.

20   Q.      Your opinion would be the same whether the

21   product that he put in that hypothetical was cement

22   -- asbestos cements?

23   A.      Sure, or any other products.

24   Q.      Right.  Any product I could come up with

25   that's asbestos, if I plug that into the

1    hypothetical --

2    A.      You'd get the same answer.

3    Q.      Thank you.

4            MR. McCOY:  Let me object to that

5    question.  And I can tell you what my objection is,

6    Ed.

7            MR. CASMERE:  Go ahead.

8            MR. McCOY:  My objection is, I mean,

9    the pipe covering -- Kaylo is an example of pipe

10   covering, but also the mud goes on top of it and

11   covers the pipe too, so that was my basis for my

12   objection is, those are really both forms of pipe

13   covering.  Go ahead.

14           I don't know if that changes your

15   question.

16           MR. CASMERE:  I don't think it

17   changes my question nor do I think it changes Dr.

18   Frank's answer.

19           MR. McCOY:  Right.  Okay.

20   BY MR. CASMERE:

21   Q.      The affidavit that you referenced was

22   signed June 21, 2012?

23   A.      Yes, sir.

24   Q.      You didn't prepare that for this case?

25   A.      No, it's a generic affidavit that I've used

1    in other cases.  And I have a more recent one,

2    actually.

3    Q.      Right.

4                MR. McCOY:  That recent one was

5    provided to you also, Ed, about --

6    BY MR. CASMERE:

7    Q.      That's a 66 page one?

8    A.      Yes.

9    Q.      That was also not prepared for just this

10   case?

11   A.      Correct.  It was not prepared for any

12   specific case.  I get asked all the time about

13   what's the basis of my opinions, and that's a good

14   starting point for the basis of my opinions.

15               MR. McCOY:  For the record, that's

16   the one I sent you, I think it was the November 18,

17   2013 version.

18   BY MR. CASMERE:

19   Q.      I want to shift gears one more time and

20   talk to you a little bit about sort of the

21   state-of-the-art opinions that you were giving.

22   Okay?

23   A.      (Nods.)

24   Q.      In your report you have a single sentence,

25   it's the second to last sentence of the report that

1    says, The hazards of asbestos have been known for

2    more than a century and the need to protect

3    individuals written about some 80 years ago,

4    correct?

5    A.       Correct.  And I cited both of those in the

6    direct testimony, the report from Great Britain in

7    the late 1890s, it was 1898 or '99, her Majesty's

8    Inspectorate of Factories report, and some 80 years

9    ago, the first Merewether and Price.

10   Q.       The Merewether and Price 1930 article

11   included information about the methods to reduce

12   and control exposures, correct?

13   A.       Yes, sir.

14   Q.       That was also an article that was written

15   about the studies that were done in the asbestos

16   textile factories in the United Kingdom?

17   A.       Yes.

18   Q.       That article was then quoted and cited and

19   referred to in 1930 in the Asbestos Workers

20   Journal, correct?

21   A.       I wasn't aware of that.

22                  MR. CASMERE:  I'm going to mark this

23   as -- I guess we'll do Defense Exhibit 1 for the

24   deposition.

25                         -  -  -

1          (Whereupon, Exhibit D-1, The

2   Asbestos Worker, September 1930 article, Volume 9,

3   No. 9, was marked for identification.)

4                    -   -   -

5          MR. McCOY:  So I have an objection

6   to foundation and relevance on that.  Well, I guess

7   we've agreed relevance objections can be held.

8   Certainly foundation is my objection.  And also, I

9   guess, hearsay-type objection here.

10  BY MR. CASMERE:

11  Q.     You're familiar with the Asbestos Worker

12  Journal, correct?

13  A.     I'm familiar that the union had a journal.

14  I didn't know how far back it went, but I knew

15  about it from the time I started with Selikoff in

16  the 1960s.  I didn't know retrospectively how far

17  back it went, which is why I answered you the way I

18  did.

19  Q.     Sure.  I'm not trying to chastise you for

20  not --

21  A.     No.

22  Q.     -- knowing about this.

23  A.     I'm not taking it as such.

24  Q.     Okay.  But I do want to establish that you

25  are aware that there was such a thing called the

1   Asbestos Worker Journal that was sent to the

2   members of the asbestos workers union, correct?

3   A.      Correct.  I can't speak to what any

4   individual union member may or may not have read or

5   seen, but a lot of things were in the journal that

6   I'm not necessarily aware of.  And even the ones

7   I'm aware of, I can't speak to what everybody knew.

8   Q.      The work that you did with Dr. Selikoff in

9   the 1960s, some of that work appeared in the

10  Asbestos Worker Journal in the 1960s and --

11  A.      '60s and '70s, yeah.  The green sheets were

12  sent out in the '70s.

13  Q.      So in essence, you have had a hand in work

14  that has been published in that journal?

15  A.      You can say that.  I wouldn't go quite that

16  far, but, okay.

17  Q.      You don't have to be shy about it.

18  A.      Okay.  I mean, I worked on the studies that

19  Dr. Selikoff was regularly reporting about.

20  Q.      And some of those got published in the

21  Asbestos Worker Journal?

22  A.      The findings, yes.

23  Q.      In 1930, the Asbestos Worker Journal on

24  Page 9 of the September 1930 edition has an article

25  called The "Pulmonary Asbestos" Menace, correct?

1   A.        Yes.

2   Q.        This is a report about asbestos among

3   people working with asbestos, correct?

4   A.        Yes.

5   Q.        And have you ever seen this before?

6   A.        I have not.  Brand new to me.

7   Q.        All right.

8   A.        Thank you for bringing it to my attention,

9   actually.

10  Q.        Would you like an extra copy for your

11  records?

12  A.        Yeah, I would.

13  Q.        Sure.

14                  MR. McCOY:  Can I have one?

15                  MR. CASMERE:  Maybe.

16                  THE WITNESS:  I'll make a copy

17  later.

18                  MR. McCOY:  Which page are we on?

19                  THE WITNESS:  Nine.

20  BY MR. CASMERE:

21  Q.        This is my last one, so you can have that.

22                  The asbestos workers union in 1930

23  had included a publication about the hazards of

24  asbestos and the disease asbestosis as of 1930,

25  correct?

1    A.      Yes.

2    Q.      All right.  That is following up on the

3    Merewether and Price article that was published

4    earlier that year, correct?

5    A.      Actually, it talks about Dr. Oliver who had

6    a textbook about that time.  I don't see where they

7    specifically mention Merewether and Price.

8    Q.      You see that they do talk about studies in

9    the United Kingdom textile industry.  Do you see

10   that in there?

11   A.      I'm looking.  No, they're quoting Sir

12   Thomas Oliver, but it's the same industry.

13   Q.      Fair enough.

14   A.      I mean, I'll give you that.

15   Q.      Fair enough.

16   A.      It's not Merewether and Price, but it's

17   Oliver.  He was another British physician doing

18   occupational medicine.

19   Q.      Do you see the part on the next page, Page

20   11, that I've highlighted there?

21   A.      Yes.

22   Q.      Where at the very top there were three

23   cases in which continued exposure to high

24   concentrations of the dust the fibrosis may be

25   fully developed in seven to nine years, while with

1   milder degrees of exposure it may take from 15 to

2   25 years to develop fully.

3   A.      Yes.

4   Q.      That's also what is cited in Merewether's

5   report, correct, the seven to nine years?

6   A.      I don't recall that specifically, it's

7   about an 80-page document, but it's probably from

8   Oliver's report and he may have been quoting

9   Merewether and Price.

10  Q.      All right.  They also discuss in the next

11  paragraph that the report which they're referring

12  in this journal, that special exhaust ventilation

13  is necessary to remove dust in these industries,

14  especially in the processes of spinning and

15  weaving.  The recommendations in the report include

16  the application of efficient localized exhaust

17  ventilation at dust-producing points; the

18  substitution of enclosed mechanical methods for

19  hand conveyance and for dusty handwork generally;

20  the effective enclosure of dust-producing machines

21  and plant; the substitution of wet methods for dry.

22              Do you see that?

23  A.      I do.

24  Q.      That's the same type of recommendations

25  that Dr. Merewether made in his 1930 report about

1    how to reduce exposures, correct?

2    A.      Yes.

3    Q.      And those are the same recommendations that

4    were discussed in 1938 by Dr. Dreessen with the

5    U.S. Public Health Service, correct?

6    A.      Yes.

7    Q.      And that's the Public Health Service

8    Bulletin 241 that was published in 1938, correct?

9    A.      Yes.

10   Q.      Dr. Dreessen reported on textile industry

11   exposures in the United States similar to what

12   Dr. Merewether did in the United Kingdom?

13   A.      Yes.

14   Q.      He reported that you could get asbestosis

15   from overexposure to asbestos?

16   A.      Right.

17   Q.      He also reported on those same methods to

18   reduce exposures, correct?

19   A.      Yes.

20   Q.      All right.  Those methods to reduce the

21   exposures that we talked about were also

22   incorporated into the Walsh-Healey in 1951 that was

23   adopted by the federal government, correct?

24   A.      People have told me that; I have never read

25   it.  I have no reason to doubt that you're correct

1    about it.  I'm not going to disagree with you; I

2    just have no independent knowledge of it.

3                    MR. CASMERE:  Let's mark this as

4    Defense Exhibit No. 2.

5    BY MR. CASMERE:

6    Q.      I'll give you the highlighted copy to make

7    it easier for you and we'll mark a clean copy for

8    the --

9    A.      Judge.

10   Q.      Yeah.

11                      -   -   -

12                   (Whereupon, Exhibit D-2, Safety and

13   Health Standards for Contractors performing Federal

14   Supply Contracts under the Walsh-Healey Public

15   Contracts Act, United States Department of Labor,

16   1952, was marked for identification.)

17                      -   -   -

18   BY MR. CASMERE:

19   Q.      If you just turn to the second tab there

20   that I have highlighted.

21   A.      Yes, sir.  It's Page 24.

22   Q.      Right.  First of all, they -- the

23   Walsh-Healey Act adopts the ACGIH's TLV for

24   asbestos of 5 million particles per cubic foot,

25   correct?

1    A.      They do.

2    Q.      And that's under the mineral dose category?

3    A.      Yes.

4    Q.      Then the next page there, they have the

5    methods to reduce exposures?

6    A.      Right.  Local exhaust ventilation, personal

7    protective equipment.  They discuss those.

8    Q.      Same things as Merewether was discussing in

9    1930, same thing that Dr. Dreessen was discussing

10   in 1938, correct?

11   A.      Correct.

12   Q.      Are you aware that the Wisconsin Industrial

13   Commission had similar provisions as early as 1947?

14   A.      Not especially.  I know some state -- if

15   you recall my testimony before, some states did

16   have rules or adopted the ACGIH recommendations.  I

17   don't know which ones.  There were a lot of them.

18   Q.      Okay.  You are familiar with what's known

19   as the grim reaper advertisement in the Asbestos

20   Worker Journal in 1961?

21   A.      I've seen it, yes.

22           MR. CASMERE:  Let's mark this as

23   Exhibit No. 3.

24                    -   -   -

25           (Whereupon, Exhibit D-3, The

1    Asbestos Worker Journal, November 1961, was marked

2    for identification.)

3                                -  -  -

4    BY MR. CASMERE:

5    Q.      It's the back flap, the last page.

6    A.      Okay.

7    Q.      This is the November 1961 Asbestos Worker

8    Journal, correct?

9    A.      I believe so.

10   Q.      There's a young -- a little girl saying a

11   prayer before Thanksgiving turkey?

12   A.      Turkey, right.

13   Q.      You have seen this or have been shown this

14   before, correct?

15   A.      Yes.

16   Q.      All right.  In 1961, the Asbestos Workers

17   Journal, the union publication for the asbestos

18   workers had the advertisement or this publication,

19   which was a grim reaper -- that had a picture of

20   the grim reaper one on one side and a man's family

21   at the beach on the other saying, Is your future

22   with him or them, wear your respirator, correct?

23   A.      That's what it says.

24   Q.      Your work with Dr. Selikoff revealed that

25   even though there was information that Dr. Selikoff

1    was publishing in the Asbestos Worker Journal, even

2    though there was publications like this 1961 ad in

3    the Asbestos Worker Journal in 1961, and even

4    though Dr. Selikoff met with and spoke with

5    insulators, including at their annual conference,

6    that as late as 1968 and 1969, the respirator use

7    among insulators was 30 percent or lower?

8    A.      I don't know that number.  Again, I have no

9    reason to -- I have no basis to disagree with you.

10   And if you have data on that --

11              MR. McCOY:  I'll object to

12   foundation for this witness.

13              MR. CASMERE:  I'll give you the

14   foundation for it.  Since I have all this stuff

15   with me, we might as well use it.

16              THE WITNESS:  Haul less home.

17              MR. CASMERE:  Right.  The May 1969

18   Asbestos Worker Journal we'll do as Exhibit 4.

19                     -  -  -

20              (Whereupon, Exhibit D-4, Asbestos

21   Journal, May 1969, was marked for identification.)

22                     -  -  -

23   BY MR. CASMERE:

24   Q.      And I've tabbed the page for you there.

25   A.      Thank you, sir.

1          MR. McCOY:  The same objection to

2   foundation with this witness.

3          THE WITNESS:  Actually, the numbers

4   are worse than what you gave me.

5   BY MR. CASMERE:

6   Q.      What is?

7   A.      You said 30 percent use them.  It says here

8   four percent said they always wear a mask and

9   30 percent said they never used protection.  I

10  guess that means 70 percent used them some time,

11  but...

12  Q.      That's what he, Dr. Selikoff, was reporting

13  to the asbestos workers in their journal, correct?

14  A.      If he wrote the article, I guess it was, or

15  Nicholson.

16  Q.      Whoever wrote it --

17  A.      Yeah, it was Dr. Nicholson and Mr. Holaday,

18  H-O-L-A-D-Y -- D-A-Y.

19          MR. McCOY:  Same foundation and

20  hearsay objection.

21          THE WITNESS:  Anyway, it said it

22  wasn't used on a regular basis by everybody.

23  BY MR. CASMERE:

24  Q.      You are also aware that the seminal

25  publication by Dr. Selikoff in 1964 that you

1    mentioned earlier was published in the 1964

2    Asbestos Workers Journal, correct?

3    A.      Yes, sir.

4    Q.      The journal republished Dr. Selikoff's 1964

5    article in its entirety?

6    A.      I believe I have seen that.

7    Q.      You certainly think -- I'm sorry.

8            You certainly would be of the

9    opinion that the work of Dr. Selikoff is reliable

10   and authoritative in the field of asbestos

11   research?

12   A.      For the most part, yes.

13   Q.      And the fact that the Asbestos Worker

14   Journal was republishing that was a good thing to

15   do, correct?

16   A.      Yes.

17   Q.      And in terms of information getting sent

18   out to asbestos workers through their union about

19   the health hazards of asbestos, it would be your

20   opinion that the Asbestos Worker Journal was a

21   reliable source of information for those

22   individuals?

23           MR. McCOY:  Objection to foundation.

24           THE WITNESS:  I can't really speak

25   to that because I've not studied what's in the

1    journal.  Anything that they published or

2    republished of Dr. Selikoff's I would take to be

3    accurate.  I can't speak to anything else.

4    BY MR. CASMERE:

5    Q.      The asbestos workers union, actually, it

6    hired Dr. Selikoff to start doing his research in

7    the late 1950s and through the 1960s, which

8    culminated in his study in 1964, correct?

9    A.      I don't know if they hired him.  I think

10   they supported his research, but I don't think they

11   hired him.  I don't think he was on the payroll of

12   the union.

13   Q.      Fair enough.  That's probably a bad choice

14   of words on my part, but they supported his

15   research?

16   A.      Sure, and he clearly worked with the union.

17   And to this day, you know, there are still members

18   of the union that I see on a regular basis and

19   interact with over issues about asbestos.

20   Q.      Have you seen the 1957 Asbestos Worker

21   Journal where they talk of the knowledge of health

22   hazards of asbestos?

23   A.      Not that I recall.

24   Q.      Or the 1961 or 1962 or 19 -- other

25   publications from the Asbestos Worker Journal in

1   the '60s where they talked about it?

2   A.      I haven't seen them and I can't speak to if

3   Mr. Suoja ever saw them.

4                   MR. McCOY:  Same objection as to

5   foundation.  And, again, our relevance objections,

6   we're preserving those and they are not being

7   stated on the record each time.

8   BY MR. CASMERE:

9   Q.      Let me just see if I want to show you one

10  more or not.  Let's not do that.

11  A.      Okay.

12  Q.      We've covered enough of that, I think.

13  A.      Your point has been made, I think.  May I

14  keep this?

15  Q.      Yes, sir.

16                  MR. McCOY:  My objections to these

17  documents that you've used here for the purposes of

18  admission are the same ones I've been making for

19  the questioning here, which is lack of foundation

20  and, particularly, these are hearsay, and like I

21  said, later we'll have the relevance issues.

22  BY MR. CASMERE:

23  Q.      You mentioned Dr. Hueper.  You're familiar

24  with the publications of Dr. Hueper over the years?

25  A.      Yes.

1    Q.       You consider him a reliable and

2    authoritative source of information about asbestos,

3    do you not?

4    A.       For the most part.

5    Q.       You're aware that in the 1940s, 1950s, and

6    even through the early 1960s, Dr. Hueper was

7    publishing the opinion that asbestosis was a

8    prerequisite for the development of lung cancer and

9    mesothelioma, correct?

10   A.       Which was a mistake he made because the

11   people who were getting lung cancer in those days

12   were the ones that had the heaviest exposures who

13   also had asbestosis, you know.  So in retrospect,

14   it turns out to be wrong, but that's what he

15   thought at the time.  Others have thought that and

16   still write about that, but the data no longer

17   supports that.

18   Q.       Doll had said similar things because the

19   people he studied all had asbestos who also had

20   lung cancer?

21   A.       Well, he was studying factories from the

22   '30s to the '50s and they all had very high

23   exposures, including unreported cases, at least

24   unreported in the scientific literature, of

25   mesotheliomas going back to 1928 that never get

1    into the literature.

2    Q.      There are editorials and articles in the

3    Journal of the American Medical Association, JAMA,

4    from the '40s and '50s where that sentiment is

5    expressed that asbestosis is necessary for the

6    development of an asbestos-related lung cancer,

7    correct?

8    A.      Yes.

9    Q.      As you pointed out, that was based on the

10   evidence they had at time, which in retrospect

11   turns out probably to be inaccurate?

12   A.      Right.  One of the things I've learned as a

13   physician is that things that you're even taught as

14   causative turn out to have no relationship

15   whatsoever.  Probably the classic example I think

16   of is ulcers when they said it was caused by stress

17   and it turns out most ulcers are caused by a

18   bacteria found in the stomach, which actually

19   earned somebody a Nobel Prize.

20   Q.      I think the last thing I want to ask you

21   about is what you said about Dr. Stokinger and the

22   TLV.

23   A.      1956.

24   Q.      Yeah, I have that here.  I don't leave home

25   without it.

1          MR. CASMERE:  We'll mark this as 5.

2                     -  -  -

3                (Whereupon, Exhibit D-5, American

4     Industrial Hygiene Association, Quarterly,

5     September 1956, was marked for identification.)

6                     -  -  -

7     BY MR. CASMERE:

8     Q.      I've handed you the pages from the American

9     Industrial Hygiene Association, Quarterly,

10    September 1956, correct?

11    A.      Yes, sir.

12    Q.      This is the reference that you made earlier

13    to Dr. Stokinger in '56 talking about his safety

14    factor --

15    A.      Yes.

16    Q.      -- right?

17                And he has some prepared discussion

18    that is on Page 284 to 286, correct?

19    A.      Right.

20    Q.      That's where he talks about what he calls,

21    quote, Levels for Cancerigens, right?

22    A.      Yes.

23    Q.      And that's what you're referring to in

24    terms of the safety factor from 1- to 500, right?

25    A.      Right.  It says, The magnitude of the

1    safety factor is suggested to be from 100 to 500

2    when talking about cancer-causing agents.

3    Q.     In that article does he mention asbestos as

4    being a cancer-causing agent?

5    A.     I don't see where he mentions it

6    specifically here.

7    Q.     If you turn to the other -- if you look at

8    the front page that I gave you.

9    A.     Right.

10   Q.     It's the --

11   A.     Page 340 now.

12   Q.     Right.  So 340 is some other prepared

13   remarks from Dr. Stokinger in the same journal,

14   correct?

15   A.     Apparently.  I mean, it's -- or a paper.  I

16   can't tell if it's -- he gave him his remarks.

17   Q.     Fair enough.  I'm sorry.

18              Page 342 --

19   A.     Yes.

20   Q.     -- he talks about Doll.

21   A.     Yes.

22   Q.     And so clearly, he's read Doll by this

23   point in time, in 1956, right?

24   A.     It's a year later.

25   Q.     Right.  And when he says there after

1   discussing Doll that, With such relatively small
2   numbers of cases, one must be extremely cautious in
3   drawing the conclusion of a causal relationship
4   between exposure and the disease, correct?
5   A.      That's what he writes, but the sentence
6   just before that was, Seven cases of lung cancer
7   were found among asbestos miners with no
8   asbestosis.
9              So we have the beginnings of the
10  correction of science here.
11  Q.      Right.  And below that, he says, Before a
12  final decision is reached, it would seem well to
13  wait until a more impressive number of cases has
14  been documented.  Moreover, it seems to this author
15  that the question of the nature of the asbestos in
16  different localities and the associated minerals
17  such as chromium and nickel, both recognized
18  cancerigens, seem to have been too little
19  considered.  Asbestos is a fibrous form of several
20  different species of mineral, a point commonly
21  disregarded.  Correct?
22  A.      That's what it says.
23  Q.      So he says there we need more information
24  about asbestos before we can draw these
25  conclusions?

1    A.       That was his opinion, though Doll had

2    reached the opinion that, as did Hueper in 1942,

3    that asbestos caused lung cancer.

4    Q.       But you mentioned earlier specifically

5    referring to Dr. Stokinger, so I wanted to --

6    A.       Right.

7    Q.       -- present you with what his remarks were

8    in 1956.  Would you --

9                MR. McCOY:  Is that being offered as

10   an 80318 publication?

11               MR. CASMERE:  Yeah, all of these.

12               MR. McCOY:  Okay.

13               MR. CASMERE:  Yeah.  All of these

14   are.

15   BY MR. CASMERE:

16   Q.       And have you seen the affidavit that

17   Dr. Stokinger executed years ago?

18   A.       No, I've never seen that.

19               Do you want that marked.

20   Q.       Yeah.

21               MR. CASMERE:  Let's mark it as 6.

22                       -  -  -

23               (Whereupon, Exhibit D-6, Affidavit

24   of Herbert E. Stokinger, was marked for

25   identification.)

1                           -   -   -

2                 MR. McCOY:  So my objection to that

3    is hearsay; lack of foundation for this witness.

4    BY MR. CASMERE:

5    Q.      You know Dr. Richard Lemon, correct?

6    A.      Yes.

7    Q.      You're friends with him, right?

8    A.      Yes.

9    Q.      Feel free to call him and ask him if this

10   is Herb Stokinger's signature because he confirmed

11   it for me in a deposition years ago.

12   A.      I have met Dr. Stokinger.  I actually

13   visited with him, but I don't know what his

14   signature looks like.

15   Q.      All right.  So what did Dr. Stokinger say

16   in his affidavit about whether or not the TLV for

17   asbestos was thought to protect against any cancer

18   from asbestos?

19                 MR. McCOY:  I'll have a continuing

20   objection here on foundation and hearsay grounds.

21                 MR. CASMERE:  Sure.

22                 THE WITNESS:  I'll read No. 11.  I

23   assume that's what you're referring to.

24   BY MR. CASMERE:

25   Q.      Yes, sir, that's good enough.

1    A.      There was no separate asbestos threshold

2    limit for cancer since it was believed by the TLV

3    Committee at the time that cancer was considered,

4    1964, that it did not occur without the presence of

5    asbestosis and, therefore, the established

6    threshold limit value adequately protected against

7    cancer.

8    Q.      Is that your understanding of what

9    Dr. Stokinger's views were about that issue?

10                   MR. McCOY:  Objection.

11                   THE WITNESS:  Well, the document

12   speaks for itself, but in his '56 paper that we

13   just tabbed as D-5, what he says was he had a

14   number of cases without asbestos, so one could say

15   that they were ignoring some of the very evidence

16   in front of them that they already understood.

17   BY MR. CASMERE:

18   Q.      Or one could say that perhaps what they

19   thought previously turned out to be inaccurate when

20   they got more information; true?

21   A.      One could say that as well.

22                   MR. CASMERE:  I think I'll stop

23   there.  Thank you, Doctor.

24                   THE WITNESS:  You're very welcome.

25                   MR. McCOY:  Just a couple questions

1    I have in follow-up.

2                          -   -   -

3                    REDIRECT EXAMINATION

4                          -   -   -

5    BY MR. McCOY:

6    Q.      Dr. Frank, there were some questions about

7    the work that you had done for my law firm, Cascino

8    Vaughan Law Offices.  Is it accurate to say that in

9    all of the individual cases for which you provided

10   a report that you had information from medical

11   records and work history of the clients on which to

12   base the reports?

13   A.      I had medical records, work history, death

14   certificates, all the things that would be required

15   for me to render such a report.

16   Q.      And in recent cases, you had also designed

17   a questionnaire and asked my firm to follow that

18   questionnaire in terms of giving you more

19   information for evaluating the case; is that right?

20   A.      This was on the subject of lung cancer,

21   yes, not for mesothelioma.

22   Q.      There was some questions asked about the

23   mucin-producing statement in the -- was it the

24   pathology report of Mr. Suoja?

25   A.      Yes, sir.

1    Q.       Okay.  How is that or how does that factor

2    into your thinking in this case as to whether the

3    condition of mesothelioma is asbestos related?

4    A.       That was done on a frozen section, that's

5    done without stains, it's done very quickly while

6    the patient is literally still on the operating

7    table, and the diagnosis very often changes from

8    that.  And, in fact, mesothelioma was considered in

9    the final tissue analysis, which takes several days

10   to process, stain, look at, led to the diagnosis of

11   mesothelioma.  So it doesn't change my opinion the

12   fact that it was considered at the time of the

13   surgery or laparoscopy with a frozen section

14   evaluation.

15   Q.       Okay.  And so this is actually in the

16   records and is something, then, that was also taken

17   into account by the pathologist who rendered the

18   final diagnosis?

19   A.       Yes, sir.

20   Q.       And that pathologist was from the hospital

21   or clinic that was actually treating Mr. Suoja; is

22   that right?

23   A.       Yes.

24   Q.       There was some discussions here about, I

25   think, your opinion on the cumulative exposures.

1    Has that word been used by other scientist in

2    assessing causation?

3    A.        Absolutely.

4    Q.        Okay.  I think you had the two articles

5    here that we talked about earlier.  One was

6    Exhibit 203 on --

7    A.        Hillerdal?

8    Q.        This is the Hillerdal.

9    A.        He talks about cumulative exposure.

10   Q.        Okay.  I was just going to say I had a copy

11   of his article here.  And I had just pulled up the

12   computer and did a word search on this,

13   "cumulative" within his article.  So I see it here

14   one time and what is he saying?

15   A.        Talks about cumulative exposure from the

16   history.

17   Q.        Okay.

18   A.        I can't read it all from here.

19   Q.        Let me move it a little closer to you.

20   Okay.  What does he say there?

21   A.        Thus with so-called non-occupational

22   exposure, the typical exposure is low or very low,

23   almost unmeasurable background concentration, but

24   occasionally high exposure when there is a

25   disturbance of some kind.  It follows, firstly,

1    that retrospective estimation of cumulative

2    exposure from history alone is an impossibility in

3    most cases; but secondly, and perhaps more

4    importantly, that any person living or working in,

5    or even temporarily visiting, buildings where

6    asbestos has been used in construction or otherwise

7    might have been exposed to high concentrations of

8    airborne asbestos fibers once or many times in

9    their lives, and in most instances, unknowingly.

10   Q.       I'll let you keep clicking the mouse there.

11   Are there other references to cumulative, then, in

12   there?

13   A.       Yes.

14   Q.       Okay.  Is there another reference?

15   A.       Yes, just a moment.

16   Q.       Can you read us that second reference?

17   A.       A better way of estimating lifelong

18   exposure might be analysis of fibers in the lungs,

19   but as already mentioned, fibers do clear from the

20   lungs.  How big the difference is in clearance are

21   between people is unknown.  Thus, the correlation

22   between lifetime cumulative exposure and fiber

23   concentration in the lungs is not excellent, but

24   the findings from the lungs probably give a better

25   estimation of exposure than even a careful

1   retrospective analysis of the patient's history, at

2   least in low grade exposure.

3   Q.      Is that discussion about, he says "lifetime

4   cumulative exposure," the same as what you're

5   referring to in your report?

6   A.      Yes, sir.

7   Q.      Okay.  Go ahead and see if there's any

8   other references in there.  Just click that mouse.

9   A.      Although the background, hardly --

10   Q.      Is this the third reference?

11   A.      The third reference.

12   Q.      Okay.  Read that.

13   A.      Although the background, hardly measurable,

14   concentrations of fibers in the air cannot be

15   completely dismissed, the cumulative risk of these

16   exposures is probably minor.  And what is more,

17   there is no way to reduce those concentrations.

18              So, again, he's referring to

19   cumulative exposure.  And I think that's it.

20   Q.      And that's how he's assessing mesothelioma

21   or cases is based on these cumulative exposures?

22   A.      And that's what all scientists are supposed

23   to do.

24   Q.      And that's a peer-reviewed publication in

25   Occupational and Environmental Medicine in 1999,

1    right?

2    A.        Yes, sir.

3    Q.        Okay.  Now, let's take a look at the

4    Greenberg publication, which is Plaintiff's

5    Exhibit 202 for a moment.  I did the same thing

6    there and set up a word search.

7                      Would you click the mouse and see if

8    you find "cumulative" in that publication?

9    A.        Yes.

10   Q.        Okay.  What does Greenberg say about

11   cumulative?

12   A.        They're talking about the duration in

13   intermittent exposure is presented as a cumulative

14   figure.  That was what they say.  So they, too,

15   looked at this concept of cumulative exposure.

16   Q.        And that's another peer-reviewed

17   publication?

18   A.        Yes, sir.

19   Q.        If we went through all the literature,

20   would there be other examples of scientists who

21   look at causation for asbestos in mesothelioma as

22   function cumulative lifetime exposures?

23   A.        Absolutely.  That's what all those other

24   publications I talked about, LeCourt, Rodelsberger,

25   Iwatsubo, that's exactly what they were doing,

1    lifetime cumulative exposure.

2    Q.       In the course of the follow-up of the -- I

3    think you said a group of 17,000 insulators?

4    A.       17,800, yes.

5    Q.       Okay.  Was there any of these insulators

6    who had, to your knowledge, in this group,

7    expressed that they were -- and this is in response

8    -- I ask this question only as a follow-up to what

9    I think is objectionable testimony that Mr. Casmere

10   had or documents, but -- let me start that question

11   again.

12                In the course of your work with this

13   group of 17,000 insulators, was there ever someone

14   who said that, oh, gee, I read Dr. Selikoff's

15   article, and by 1970, I was -- when I read that, I

16   was persuaded that I had to wear a mask to protect

17   myself?

18                MR. CASMERE:  Objection to form;

19   foundation; argumentative.

20                THE WITNESS:  I've never heard that

21   -- I'll leave it at that.  I've never heard that.

22   BY MR. CASMERE:

23   Q.       There was a question about Dr. Hueper and

24   some other authors about whether asbestosis being

25   -- is being a prerequisite for diagnosing

1   mesothelioma.

2   A.        No, it was about lung cancer.

3   Q.        About lung cancer?

4   A.        It was only about lung cancer.  Nobody has

5   ever said -- nobody has ever written that

6   asbestosis is a prerequisite for mesothelioma.

7   Q.        I was going to ask you, then, in the

8   Helsinki Criteria on mesothelioma, is there any

9   mention of needing asbestos?

10  A.        Absolutely not.

11  Q.        There was reference to Dr. Stokinger's

12  article, and I think that was marked as a Defendant

13  exhibit now.

14  A.        Yes.

15  Q.        Okay.  So what I'd like to do is to turn to

16  the discussion that Dr. Stokinger had that you were

17  referring to about the safety factor for

18  carcinogens.

19  A.        Right.

20  Q.        Okay.  And by the way, this is a prepared

21  discussion by Dr. Stokinger that was published in

22  the Industrial Hygiene, Quarterly; is that right?

23  A.        Yes.

24  Q.        Okay.  And he was, according to this

25  prepared discussion, it says he is the chief

1   toxicological services and public health service

2   out of Cincinnati, Ohio, right?

3   A.      Yes.

4   Q.      And what I wanted to do was to publish a

5   couple portions of this relating to this comment

6   you made.  Okay?  One second.

7                Okay.  I have highlighted a couple

8   sections.

9   A.      Yeah.

10  Q.      And I would like to have you go ahead and

11  read those, and you can comment on anything else

12  you want to too.

13  A.      On Page 285, as a member of the Threshold

14  Limits Committee, I was concerned over the

15  statement and took the trouble to review each

16  substance in the threshold limit list for 1955 as

17  to the basis for the choice of level.

18                And this is referring to what some

19  had said was an educated guess, which I think it

20  often was.

21                Levels for Cancerigens,

22  C-A-N-C-E-R-I-G-E-N-S, There is still one group of

23  substances for which some methods should be devised

24  for establishing safe air standards, the industrial

25  cancerigens.  How shall we establish the limits for

1    this type of substance?  Thus far, the question has

2    been sidestepped completely.  As a result, with one

3    exception, nickel carbonyl, limits taking into

4    consideration potential cancerigenicity have not

5    been assigned.  Several industrial substances are

6    known or suspected cancerigens; many more are

7    suspect on the basis of animal experiments.  As a

8    suggested method of approach, the following is

9    offered:  To the level judged safe for other types

10    of systemic injury add a safety factor for

11    carcinogenicity.  The magnitude of the safety

12    factor is suggested to be from 100 to 500.

13    Q.    Okay.  So if at that time the limit that

14    was being used by the Threshold Limit Value

15    Committee and in other settings was the 5 million

16    participants per cubic foot -- is that right?

17    A.    Yes.

18    Q.    Okay.  What would that actually be if it

19    was 100 to 500 times safety factor?

20    A.    Five hundred times would bring it down to

21    -- from 5 million to what?  100,000 or less.

22    Q.    Okay.

23    A.    A hundred thousand times five...

24            MR. CASMERE:  Is 500,000.

25            THE WITNESS:  Is 500,000.  No, it

1    would be less than that.  It would be under 100,000

2    fibers instead of 5 million.

3    BY MR. CASMERE:

4    Q.      And that sounds like to me or to some

5    people that might sound like a lot of fibers.

6    A.      Well, even now we have a level that's

7    legally allowed under OSHA that's not safe, but

8    still legally allowed, so these were, again,

9    recommendations.  And while it didn't mention

10   asbestos specifically, it did talk about things

11   that were known or suspected carcinogens, and

12   that's the safety factor you should build in.

13   Q.      What I'm getting at is although that sounds

14   like a lot of fibers, what if you can actually see

15   the dust in the air, what are you talking about

16   there?

17   A.      Then you're talking about much higher

18   levels.  It would be 10,000 fibers instead of --

19   and you'd never see those.

20   Q.      That would be the safety factor?

21   A.      That would be the safety factor, 10,000

22   fibers.

23   Q.      When you say "you'd never see those," what

24   do you mean?

25   A.      I mean, that dissolve -- you know, in the

1    air in a --

2    Q.       That number of fibers?

3    A.       The fibers, you'd never see them.

4    Q.       With the naked eye?

5    A.       Correct.

6    Q.       So if the conditions are described as

7    dusty, what can you say about that exposure

8    relative to these kinds of numbers?

9    A.       That they're much higher.

10             MR. McCOY:  That's all the questions

11   I have, Doctor.  Thank you.

12             THE WITNESS:  You're welcome.

13             MR. CASMERE:  What am I on,

14   Exhibit 7 now?

15             THE WITNESS:  Seven.

16             -  -  -

17             (Whereupon, Exhibit D-7,

18   Occupational and Environmental Cancers of the

19   Respiratory System by W.C. Hueper, 1966, was marked

20   for identification.)

21             -  -  -

22             RECROSS-EXAMINATION

23             -  -  -

24   BY MR. CASMERE:

25   Q.       I'll give you Exhibit 7 here, Doctor, with

1    a tab for you.  I've handed you Exhibit 7, which is

2    Occupational and Environmental Cancers of the

3    Respiratory System by W.C. Hueper, correct?

4    A.      Yes.  That's his 1966 book, of which I own

5    a copy.

6    Q.      You own a copy?

7    A.      Right.

8    Q.      Okay.  You think it's authoritative enough

9    to own a copy?

10   A.      Well, I bought it early in my career, and

11   there's things in there I agree with and there's

12   things in there I don't agree with, but I thought

13   Hueper was a good enough scientist that I ought to

14   have a copy of it.  There's a number of

15   pathologists, for example, whose books I don't own

16   because I don't think they're worth owning.

17   Q.      We'll not talk about those people right

18   now.

19   A.      That's fine.

20   Q.      But this W.C. Hueper is the same Hueper

21   we've talked about before, right?

22   A.      Right.

23   Q.      All right.  What did he say in the

24   highlighted section on Page 42 when talking about

25   asbestos and carcinoma of the --

138

1    A.      He contradicts my statement that I made

2    before, I don't recall ever seeing this, but that's

3    okay.

4    Q.      But in 1966 --

5    A.      He wrote --

6    Q.      -- what did Hueper write?

7    A.      And I'll read it:  Since the presence of

8    asbestosis has usually been considered the

9    prerequisite for the subsequent development of a

10   carcinoma of the lung or of a mesothelioma of the

11   pleura or of the peritoneum, these deficiencies in

12   the available information tend to impair a clear

13   demonstration of the real scope of the existing

14   association between the two conditions.

15           So what he's basically saying is

16   that's what we used to think and it's not really

17   what we ought to be thinking now.

18               MR. CASMERE:  Thank you.

19               THE WITNESS:  You're welcome.  I'll

20   waive reading and signing.

21                        -  -  -

22               (Whereupon, the deposition of ARTHUR

23   L. FRANK, M.D., Ph.D., was concluded at 11:18 a.m.)

24                        -  -  -

25

```
 1                 C E R T I F I C A T I O N

 2

 3

 4

 5          I hereby certify that the proceedings and

 6     evidence noted are contained fully and accurately

 7     in the stenographic notes taken by me upon the

 8     foregoing matter on Wednesday, November 25, 2015,

 9     and that this is a correct transcript of the same.

10

11

12

13
       Nicolle Joan Tornetta
14     Court Reporter and Notary Public
       My Commission Expires:
15     July 15, 2018

16

17

18

19          (The foregoing certification of this

20     transcript does not apply to any reproduction of

21     the same by any means, unless under the direct

22     control and/or supervision of the certifying

23     reporter.)

24

25
```