# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>OWENS-ILLINOIS, INC.,<br><br>Defendant. | STIPULATION<br><br>Case No. 3:99-cv-00475-slc |

December 2, 2015

The Cascino Vaughan Law Offices litigation file from the Suoja state court litigation in Dane County, Wisconsin Case No. 97-cv-2370 was lost and is no longer in the possession of the Cascino Vaughan Law Offices. That litigation file was never produced to Owens-Illinois, Inc. or its counsel. Cascino Vaughan did produce the deposition transcript of Harold Haase from the state court litigation and Owens-Illinois was able to obtain some materials that were in the Dane County Court file.

| | |
|---|---|
| /s/ Edward Casmere | /s/ Robert G. McCoy |
| Edward Casmere | Robert G. McCoy |
| Counsel for Owens-Illinois, Inc. | Counsel for Plaintiff |
| (original signed and submitted in Court) | (original signed and submitted in Court) |

- 2 -

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson