## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

GARY SOUJA, Individually and as
Special Administrator for the Estate
of OSWALD F. SUOJA, Deceased,

        Plaintiff,

    v.                                 Case No. 3:99-cv-00475-slc

OWENS-ILLINOIS, INC.,

        Defendant.

### PLAINTIFF'S AND OWENS-ILLINOIS, INC.'S
### DESIGNATIONS OF PRIOR TESTIMONY

       Plaintiff and Owens-Illinois, Inc. submit the following designations of prior testimony

offered at trial pursuant to the Court's direction during the trial proceedings on December 2,

2015.

### PLAINTIFF'S PRIOR TESTIMONY OFFERED AT TRIAL

**George Schlub**

Deposition of George Schlub taken January 27, 2012

*Suoja v. Owens Illinois, Inc. et al* PA ED Case No. 09-cv-60256

| From | To |
|------|------|
| 6:16 | 33:20 |
| 34:21 | 35:4 |
| 35:22 | 36:5 |

| From | To |
|------|------|
| 36:19 | 37:2 |
| 41:20 | 43:8 |
| 44:3 | 44:9 |

**Owens-Illinois, Inc.'s Counter-Designations**

| Begin | End |
|-------|------|
| 33:21 | 34:10 |
| 34:18 | 34:20 |
| 36:6 | 36:18 |
| 37:3 | 38:4 |
| 38:15 | 38:18 |
| 40:20 | 41:19 |
| 43:9 | 43:24 |

**Lawrence Zimmer**

Deposition of Lawrence Zimmer taken February 2, 2012, and February 3, 2012

*Suoja v. Owens Illinois, Inc. et al* PA ED Case No. 09-cv-60256

| From | To |
|------|------|
| 10:14 | 14:7 |
| 21:23 | 27:12 |
| 54:4 | 54:17 |
| 57:21 | 59:3 |
| 81:13 | 81:25 |

**Owens-Illinois, Inc.'s Contingent Designations**

| Begin | End |
|---|---|
| 40:1 | 40:3 |
| 57:5 | 57:20 |
| 59:4 | 59:11 |
| 82:1 ("These two …") | 82:6 |

**Harold Haase**

Deposition of Harold Haase taken February 11, 1999

*Boede v. Wisconsin Electric Power Company et al.*, Milwaukee County Case No. 98-cv-6561

| From | To |
|---|---|
| 10:11 | 11:3 |
| 20:24 | 21:25 |
| 22:7 | 23:6 |
| 60:23 | 61:6 |
| 61:12 | 62:7 |
| 62:22 | 63:4 |
| 64:11 | 65:2 |

**Owens-Illinois, Inc.'s Counter-Designations**

| Begin | End |
|---|---|
| 10:8 | 10:10 |
| 11:4 | 11:6 |
| 18:14 | 19:23 |
| 20:10 | 20:20 |
| 22:1 | 22:6 |

| | |
|---|---|
| 23:7 | 24:18 |
| 41:7 | 41:15 |
| 43:5 | 43:14 |
| 44:1 | 44:11 |
| 48:7 ("I'm asking…") | 48:14 |
| 62:13 | 62:21 |
| 63:17 | 63:23 |
| 64:3 | 64:7 |
| 78:17 | 79:3 |
| 97:9 | 97:17 |
| 98:1 | 98:1 |
| 98:6 | 98:23 |
| 99:1 ("Do you…") | 99:7 |
| 100:18 | 101:19 |

**Daniel Braun**

Deposition of Dr. Daniel Carl Braun taken May 5, 1982

*James S. Price v. Johns-Manville Sales Corp., et al*. U.S. District Court, Western District of North Carolina Case No. CC81-0552-M, and other cases

| From | To |
|---|---|
| 20:9 | 22:8 |
| 22:23 | 22:25 |
| 48:5 | 50:5 |
| 50:20 | 51:5 |

**Owens-Illinois, Inc.'s Counter-Designations**

| Begin | End |
|---|---|

| | |
|---|---|
| 50:6 | 50:19 |

**Elmer Borchardt – contingent designations**

Deposition of Elmer Borchardt taken July 2nd, 2008

*Lemberger v. American Standard, Inc., et al., Milwaukee County Circuit Court 05-cv-010416*

| From | To |
|---|---|
| 42:25 | 43:22 |

**Richard Grimmie**

Deposition taken on September 20, 1991 and October 28, 1991

*Freeman, et al., v. AC and S, Inc., et al.*  Superior Court of New Jersey, Case No. L 7759 90

| From | To |
|---|---|
| 9:07 | 9:08 |
| 12:15 | 13:06 |
| 13:11 | 13:22 |
| 14:01 | 16:19 |
| 16:24 | 20:02 |
| 20:06 | 20:14 |
| 21:17 | 22:04 |
| 22:11 ("Is it...") | 22.17 |
| 23:16 ("You knew...") | 23:18 |
| 23:22 | 23:24 |

| From | To |
|---|---|
| 27:20 ("When the Kaylo...") | 28:01 |
| 29:03 | 29:12 |
| 29:22 | 30:08 |
| 30:14 | 30:20 |
| 31:21 | 31:25 |
| 43:22 | 43:23 |
| 44:03 | 44:09 |
| 44:12 | 44:14 |
| 44:17 | 44:17 |
| 47:14 | 47:17 |
| 48:01 | 48:05 |
| 48:07 | 48:08 |
| 59:10 | 60:21 |
| 65:08 | 66:03 |
| 66:06 | 66:06 |
| 80:07 | 80:09 |
| 80:13 | 81:09 |
| 81:11 | 81:12 |
| 81:21 | 81:22 |
| 82:7 ("Were you...") | 82:12 |
| 82:25 | 83:03 |

| From | To |
|------|-----|
| 83:06 | 83:06 |
| 129:21 | 129:24 |
| 130:07 | 131:09 |
| 131:11 | 131:15 |
| 139:14 | 140:06 |
| 140:09 | 140:14 |
| 141:09 | 141:18 |
| 210:4 | 210:8 |
| 211:10 | 212:6 |
| 360:04 | 360:15 |
| 361:17 | 362:09 |
| 368:16 | 368:20 |
| 369:08 | 369:11 |
| 369:15 | 369:16 |
| 370:14 | 370:22 |

Owens-Illinois, Inc. counter-designates the trial testimony of Richard Grimmie, November 26, 1996 (below).


**Willis Hazard**

Deposition taken on 2/11/1981

*In re: Massachusetts Asbestos Cases* United States District Court of Massachusetts

| From | To |
|------|-----|

| From | To |
|---|---|
| 14:17 | 15:11 |
| 16:18 | 17:10 |
| 17:22 | 18:5 |
| 19:4 | 19:25 |
| 21:3 | 22:12 |
| 22:20 | 23:8 |
| 24:13 | 24:16 |
| 29:4 | 29:8 |
| 30:15 | 31:13 |
| 32:6 | 33:9 |
| 36:1 | 36:15 |
| 36:22 | 37:10 |
| 39:3 | 39:9 |
| 41:12 | 41:19 |
| 43:18 | 43:22 |
| 45:14 | 45:18 |
| 45:22 | 46:12 |
| 49:18 | 50:13 |
| 50:16 | 51:4 |
| 51:6 | 51:21 |
| 59:11 | 59:17 |
| 65:4 | 66:10 |
| 93:1 | 93:20 |

| From | To |
|------|------|
| 138:2 | 138:20 |
| 139:16 | 140:3 |
| 143:19 | 144:11 |
| 147:16 | 150:9 |

**Owens-Illinois, Inc.'s Counter-Designations**

| Begin | End |
|-------|------|
| 15:12 | 16:17 |
| 17:11 | 17:16 |
| 18:17 | 19:3 |
| 29:4 | 29:7 |
| 32:3 | 32:5 |
| 33:10 | 33:18 |
| 38:21 | 39:2 |
| 42:8 | 42:19 |
| 45:19 | 45:21 |
| 59:18 | 60:18 |
| 71:8 | 71:15 |
| 73:2 | 73:22 |
| 90:13 | 90:16 |
| 100:6 | 105:4 |
| 106:15 | 108:4 |
| 110:3 | 111:16 |
| 116:11 | 117:6 |
| 118:22 | 119:16 |
| 120:15 | 121:18 |
| 124:9 | 125:15 |
| 126:4 | 126:14 |

**Michael Dowling**

**Plaintiff's Contingent Designations**

Trial testimony of Michael Dowling taken October 27, 1998

Tellefsen v. Sprinkmann Sons Corporation, Milwaukee County Circuit Court, Wisconsin case no. 96-cv-9914

| From | To |
|------|------|
| 2:19 | 4:7 |
| 5:13 | 7:3 |
| 7:18 | 8:20 |
| 12:23 | 13:10 |
| 15:4 | 15:14 |

**Owens-Illinois, Inc.'s Conditional Counter-Designations**

| Begin | End |
|-------|-----|
| 4:24 | 5:6 |

**Donald Popalisky**

Contingent designation

Deposition testimony of Donald Popalisky taken June 13, 1980

| From | To |
|------|------|
| 3:20 | 3:21 |
| 4:03 | 4:08 |
| 4:13 | 4:20 |
| 7:07 | 7:14 |

| From | To |
|------|-----|
| 7:19 | 7:21 |
| 8:10 | 9:08 |

Owens-Illinois will submit counter-designations within 48 hours.

**Donald Popalisky**

Contingent designation

Deposition testimony of Donald Popalisky taken March 17, 1987

| From | To |
|------|-----|
| 20:02 | 20:11 |
| 63:11 | 63:17 |

**Owens-Illinois, Inc.'s Conditional Counter-Designations**

| Begin | End |
|-------|-----|
| 18:23 | 20:1 |
| 20:12 | 21:19 |
| 26:17 | 26:25 |

## OWENS-ILLINOIS, INC.'S PRIOR TESTIMONY OFFERED AT TRIAL

### Trial Testimony of Richard Grimmie, November 26, 1996

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|-----|
| 23:24 | 44:2 |
| 45:6 | 48:19 |
| 49:6 | 54:7 |
| 54:13 | 56:9 |
| 57:11 | 60:2 |
| 60:10 | 75:18 |
| 126:18 | 127:19 |
| 164:1 | 164:10 |

**Plaintiff's Counter-Designations**

| Begin | End |
|-------|-----|
| 121:21 | 122:18 |
| 158:1 | 159:18 |
| 172:22 | 173:4 |

### Deposition of Frank Hofstetter, January 22, 1991

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|-----|
| 6:13 | 6:17 |
| 6:22 | 6:24 |
| 7:25 | 11:17 |
| 11:24 | 12:20 |
| 27:17 | 28:21 |

**<u>Deposition of Elmer Borchardt, July 14, 1980</u>**

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|:---:|:---:|
| 7:14 | 8:21 |
| 19:16 | 20:5 |
| 20:20 | 21:2 |
| 26:3 | 26:23 |
| 27:10 | 27:12 |
| 29:11 | 30:2 |
| 31:4 | 31:8 |
| 31:16 | 31:20 |
| 31:24 ("…did your…") | 33:24 |
| 34:23 | 34:25 |
| 38:1 | 38:3 |
| 39:8 | 39:14 |
| 40:1 | 40:4 |
| 40:18 | 40:21 |
| 41:1 | 41:6 |
| 41:17 | 41:21 |
| 42:10 | 42:20 |
| 42:23 | 42:23 |
| 42:25 | 44:19 |
| 45:9 | 45:13 |
| 45:17 | 46:4 |
| 46:10 | 46:13 |
| 49:20 | 50:14 |
| 51:1 | 51:7 |
| 52:8 | 52:16 |
| 53:2 | 53:7 |

| | |
|---|---|
| 55:2 | 57:20 |
| 58:2 | 59:1 |

**Plaintiff's Contingent Designations**

| Begin | End |
|---|---|
| 49:3 | 49:19 |

## Deposition of Elmer Borchardt, July 16, 1996

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|---|---|
| 4:7 | 4:8 |
| 5:1 | 5:4 |
| 5:9 | 5:13 |
| 6:15 | 6:16 |
| 8:7 | 8:23 |
| 9:11 | 10:16 |
| 28:4 | 28:18 |
| 31:8 | 31:15 |
| 32:12 | 32:13 |
| 34:4 | 34:6 |
| 38:3 | 38:6 |
| 38:12 | 39:14 |
| 43:12 | 45:14 |
| 56:6 | 56:21 |
| 56:25 | 57:22 |
| 58:7 ("Have I…") | 59:9 |
| 60:13 | 61:4 |
| 63:1 | 63:13 |
| 63:17 | 63:23 |
| 65:20 ("You indicated…") | 65:24 |

| 67:16 | 68:14 |
| 75:3 | 75:9 |

**Plaintiff's Contingent Designations**

| Begin | End |
|-------|-----|
| 78:4 | 78:20 |

## Deposition of Elmer Borchardt, May 12, 2003

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|-----|
| 4:10 | 4:19 |
| 5:22 | 6:9 |
| 25:1 | 25:17 |
| 35:14 | 36:18 |

**Plaintiff's Contingent Designations**

| Begin | End |
|-------|-----|
| 9:23 | 10:25 |
| 15:22 | 18:25 |
| 19:17 | 19:21 |

## Deposition of John Locher, October 2, 1980

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|-----|
| 8:10 | 8:11 |
| 8:14 | 8:16 |
| 9:3 | 11:1 |
| 11:7 | 11:13 |
| 12:2 | 13:10 |
| 14:19 | 15:5 |
| 15:13 | 15:15 |

| | |
|---|---|
| 16:6 | 16:25 |
| 17:8 | 18:11 |
| 19:22 | 22:17 |
| 22:21: | 27:14 |
| 28:14 | 29:1 |
| 29:6 | 31:3 |
| 31:16 | 32:19 |
| 33:2 | 33:13 |
| 34:6 | 34:15 |
| 34:22 | 34:24 |
| 35:13 | 36:10 ("Yup.") |
| 36:18 | 37:14 |
| 38:7 | 39:16 |
| 40:4 | 40:8 ("… amount really.") |
| 41:3 | 41:21 |
| 42:4 ("I want…") | 43:7 |
| 43:25 | 44:16 |
| 45:1 | 45:17 |
| 54:15 | 54:17 ("…in particu-lar.") |
| 66:14 | 66:23 |
| 68:5 | 68:7 |
| 68:11 | 68:15 |
| 80:16 | 81:13 ("…did anything.") |

**Plaintiff's Counter-Designations**

| From | To |
|------|------|
| 37:15 | 38:1 |
| 40:9 | 40:14 |
| 53:13 | 53:15 |
| 60:25 | 61:11 |
| 81:14 | 83:6 |
| 84:8 | 84:11 |
| 94:25 | 95:9 |

**Deposition of Ralph Van Beck, August 24, 1994**

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|------|
| 1:15 | 1:15 |
| 3:7 | 3:9 |
| 5:6 | 6:4 |
| 6:18 | 7:1 |
| 12:12 | 13:9 |
| 13:13 | 13:23 |
| 14:6 | 14:9 |
| 15:8 | 15:11 |
| 15:15 | 15:21 |
| 15:25 | 16:15 |
| 18:14 | 18:17 |
| 27:13 | 27:16 |
| 30:1 | 30:18 |
| 45:20 | 48:11 |
| 49:20 | 49:24 |

| | |
|---|---|
| 53:15 | 54:2 |
| 59:7 | 59:22 |
| 61:4 | 61:19 |
| 62:20 ("What I'm…") | 62:24 |
| 63:1 | 63:5 |
| 64:2 | 64:10 |
| 66:11 | 66:17 |
| 66:20 | 66:25 |
| 67:24 ("…the pipe…") | 68:4 |
| 68:7 | 68:12 |
| 69:11 | 69:13 |
| 69:18 | 69:22 |
| 70:15 | 70:15 |
| 71:2 | 71:2 |
| 71:12 | 71:24 |
| 73:2 | 73:4 |
| 73:14 | 74:7 |
| 78:4 | 78:16 |
| 86:15 | 86:18 |
| 89:11 | 89:25 |

**Deposition of Ralph Van Beck, June 26, 2012**

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|---|---|
| 7:16 | 7:18 |
| 8:13 | 8:14 |
| 8:23 | 10:18 |
| 11:20 | 12:4 |
| 70:19 | 71:3 |
| 104:4 | 104:11 |

| | |
|---|---|
| 106:12 | 107:12 |
| 107:14 | 107:25 |
| 108:2 | 109:8 |
| 109:15 | 110:4 |

## Deposition of William L. Lea, October 16, 1985

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|---|---|
| 5:12 | 5:14 |
| 6:25 | 7:14 |
| 7:17 | 9:15 |
| 9:19 | 24:6 |
| 24:14 | 24:23 |
| 28:19 | 29:25 |
| 30:3 | 35:7 |
| 35:14 | 42:15 |
| 43:11 | 52:11 |
| 52:21 | 57:1 |
| 91:17 | 93:19 |
| 93:25 | 94:16 |

**Plaintiff's Contingent Designations**

| Begin | End |
|---|---|
| 25:3 | 26:19 |
| 58:14 | 60:9 |
| 61:1 | 61:23 |
| 89:3 | 90:19 |
| 91:6 | 91:9 |
| 96:25 | 98:24 |

## Deposition of Dohrman H. Byers, October 21, 1985

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|-----|
| 3:6 | 3:8 |
| 4:12 | 5:2 |
| 5:5 | 13:18 |
| 13:23 | 30:10 |
| 30:14 | 30:19 |
| 30:22 | 30:22 |

**Plaintiff's Contingent Designations**

| Begin | End |
|-------|-----|
| 36:8 | 36:13 |
| 37:11 | 38:8 |
| 39:1 | 40:2 |
| 45:2 | 47:6 |

## Deposition of William Z. Fluck, October 15, 1985

**Owens-Illinois, Inc.'s Designations**

| Begin | End |
|-------|-----|
| 2:7 | 2:10 |
| 8:3 | 10:22 |
| 10:28 | 11:18 |
| 11:26 | 13:27 |
| 33:5 | 35:12 |
| 64:27 | 71:25 |
| 72:8 | 74:17 |
| 74:24 | 75:17 |
| 75:23 | 76:20 |

| 81:20 | 81:26 |
|-------|-------|
| 85:13 | 86:7 |
| 86:24 | 87:13 |
| 92:21 | 92:24 |
| 92:28 | 93:3 |
| 95:20 | 95:25 |
| 96:13 | 96:28 |
| 163:3 | 163:13 |
| 163:19 | 165:22 |
| 165:24 | 166:1 |

**Plaintiff's Contingent Designations**

| Begin | End |
|-------|-----|
| 23:3 | 24:16 |
| 29:15 | 29:20 |
| 40:26 | 41:8 |
| 44:23 | 45:3 |
| 99:5 | 101:22 |
| 155:16 | 157:3 |
| 158:17 | 159:18 |

Respectfully submitted,

/s/ Robert G. McCoy
(original signed and submitted in Court)
Robert G. McCoy
Daniel Hausman
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (facsimile)

*Attorneys for Plaintiff*

/s/ Edward Casmere
(original signed and submitted in Court)
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (facsimile)

*Attorneys for Defendant*
*Owens-Illinois, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on December 2, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

      /s/ Brian O. Watson