## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

GARY SOUJA, Individually and as
Special Administrator for the Estate
of OSWALD F. SUOJA, Deceased,

                    Plaintiff,

        v.                                          Case No. 3:99-cv-00475-slc

OWENS-ILLINOIS, INC.,

                    Defendant.

### PLAINTIFF'S AND OWENS-ILLINOIS, INC.'S EXHIBITS OFFERED AT TRIAL

        Plaintiff and Owens-Illinois, Inc. submit the following list of exhibits offered at trial

pursuant to the Court's direction during the trial proceedings on December 2, 2015.

**Plaintiff's Exhibits Agreed To Be Offered And Admitted**

19

20

22

25

27

29

40

41

43

133

134

138

139

143

201

202

203

204

228


**Owens-Illinois, Inc.'s Exhibits Agreed To Be Offered and Admitted**

16

18a

1011

1012

1013

1014

1055

1057

1058

1066

1073

1074

1075

1085

1086

1087

1100

1101

1103

1105

1107

1109

1164

1608

1609

1613, Interrogatory No. 24

1722

1722a

1722d

1867

1935


**Plaintiff's Exhibits Agreed To Be Offered and Admitted Under FRE 803(18)**

201

202

203

204

231

**Owens-Illinois, Inc.'s Exhibits Agreed To Be Offered and Admitted Under FRE 803(18)**

1198

1944

**Plaintiff's Exhibits Offered and Objected**

30

32

33

35

36

37

38

39

42

54

55

56

57

59

60

64

65

66

79

89

91

92

93

94

100

121

128

136

137

140

141

142

205

207

208

209

210

217

218

219

220

222

223

224

225

226

227

229

230

232

**Owens-Illinois, Inc.'s Exhibits Offered and Objected**

1108

1116

1141

1174

1178

1182

1188

1194

1229

1258

1283

1287

1295

1297

1299

1300

1313

1348

1363

1368

1369

1376

1386

1388

1396

1412

1443

1456

1460

1465

1476

1478

1486

1493

1502

1524

1571

1572

1573

1592

1607

1611

1618

1653

1654

1655

1658

1659

1660

1662

1663

1664

1665

1666

1667

1668

1669

1670

1671

1672

1673

1674

1675

1676

1677

1678

1679

1680

1621, Interrogatory No.  27, 34

1697

1698

1705

1706

1707

1708

1709

1710

1711

1712

1713

1714

1715

1716

1717

1718

1719

1720

1724

1725

1726

1728

1730

1732

1733

1734

1735

1738

1740

1741

1742

1743

1744

1745

1746

1747

1748

1749

1750

1751

1752

1753

1754

1755

1756

1757

1758

1759

1760

1761

1762

1763

1764

1789

1793

1795

1796

1798

1799

1862

1868

1869

1910

1913

1914

1917

1918

1919

1920

1921

1922

1923

1924

1925

1926

1927

1928

1940

1941

1942

1945

1624, Request Nos. 1, 5, 9, 13, 17, 21, 29, 33, 45, 49, 53, 57, 61, 65

1620, Request Nos. 41, 43, 47, 62, 81, 82


Respectfully submitted,

| /s/ Robert G. McCoy | /s/ Edward Casmere |
|---|---|
| (original signed and submitted in Court) | (original signed and submitted in Court) |
| Robert G. McCoy | Edward Casmere |
| Daniel Hausman | Brian O. Watson |
| Cascino Vaughan Law Offices, Ltd. | Schiff Hardin LLP |
| 220 S. Ashland Ave. | 233 S. Wacker Dr. Suite 6600 |
| Chicago, IL 60607 | Chicago, Illinois  60606 |
| (312) 944-0600 | (312) 258-5500 |
| (312) 944-1870 (facsimile) | (312) 258-5600 (facsimile) |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | *Owens-Illinois, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on December 2, 2015, these papers were filed with the Clerk of the Court for the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

/s/ Brian O. Watson