# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: _____ DAY: _____ START TIME: _____ TOTAL HOURS: _____

JUDGE/MAG.: _____ CLERK: _____ REPORTER: _____

PROBATION OFFICER: _____ INTERPRETER: _____ SWORN: YES     NO

CASE NUMBER: _____ CASE NAME: _____

**APPEARANCES:**

PLAINTIFF(S):   _____        DEFENDANT(S):        _____

                _____                             _____

                _____                             _____

**PROCEEDINGS:** _____
_____
_____
_____
_____

### PLAINTIFF(S) WITNESS                                    DEFENDANT(S) WITNESS

1. _____     1. _____
2. _____     2. _____
3. _____     3. _____
4. _____     4. _____
5. _____     5. _____
6. _____     6. _____
7. _____     7. _____
8. _____     8. _____
9. _____     9. _____
10. _____     10. _____

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

1. _____     GRANTED        DENIED        U/A
2. _____     GRANTED        DENIED        U/A
3. _____     GRANTED        DENIED        U/A

### DEFENDANT(S) DISPOSITIVE MOTION(S)

1. _____     GRANTED        DENIED        U/A
2. _____     GRANTED        DENIED        U/A
3. _____     GRANTED        DENIED        U/A

_____
_____

1ST BREAK _____ RESUME _____ 2ND BREAK _____ RESUME _____

3RD BREAK _____ RESUME _____ 4TH BREAK _____ RESUME _____

ADJOURNMENT _____