Videotape Deposition of ELMER BORCHARDT, 7/2/08

---

**Page 1**

IN THE CIRCUIT COURT OF MILWAUKEE COUNTY
STATE OF WISCONSIN

-------------------------------------------------

COLLEEN LEMBERGER, Individually
and as Personal Representative of
the Estate of Steven Lemberger,

      Plaintiff,

      vs.      Case No. 05-CV-010416

AMERICAN STANDARD, INC., et al.,

      Defendants.

-------------------------------------------------

Videotape Deposition of ELMER BORCHARDT
Wednesday, July 2nd, 2008

10:00 a.m.

at

W268 N2161 Shooting Star Road
Pewaukee, Wisconsin
Reported by Tammy R. O'Neal, RPR

---

**Page 2**

1　　　Videotape Deposition of ELMER BORCHARDT, a
2　witness in the above-entitled action, taken at the
3　instance of the Defendants, pursuant to Chapter 804
4　of the Wisconsin Statutes, pursuant to notice, before
5　Tammy R. O'Neal, RPR and Notary Public, State of
6　Wisconsin, at W268 N2161 Shooting Star Road,
7　Pewaukee, Wisconsin, on the 2nd day of July, 2008,
8　commencing at 10:00 a.m. and concluding at 11:09 a.m.
9
10　　A P P E A R A N C E S:
11　CASCINO VAUGHAN LAW OFFICES, LTD., by
　　　　Mr. Robert G. McCoy
12　　　220 South Ashland
　　　　Chicago, Illinois 60607
13　　　Appeared on behalf of Plaintiff.
14　SAMSTER, KONKEL & SAFRAN, S.C., by
　　　　Mr. Gordon R. Leech
15　　　1110 North Old World Third Street Suite 405
　　　　Milwaukee, Wisconsin 53203
16　　　Appeared on behalf of Plaintiff.
17　OTJEN, VAN ERT & WEIR, S.C., by
　　　　Ms. Laurie J. McLeRoy
18　　　700 North Water Street, Suite 800
　　　　Milwaukee, Wisconsin 53202
19　　　Appeared on behalf of Bendix Commercial
　　　　Vehicle Systems, LLC, and Honeywell
20　　　International, Inc.
21　TERSCHAN, STEINLE & NESS, by
　　　　Mr. Frank R. Terschan
22　　　309 North Water Street, Suite 215
　　　　Milwaukee, Wisconsin 53202
23　　　Appeared on behalf of L&S Insulation
　　　　Company, Inc.
24
25

---

**Page 3**

1　　　　A P P E A R A N C E S:
2　EMILE BANKS & ASSOCIATES, LLC, by
　　　　Ms. Ellen L. Spahr
3　　　1200 North Mayfair Road, Suite 290
　　　　Milwaukee, Wisconsin 53226
4　　　Appeared on behalf of Hennes Services, Inc.
5　QUARLES & BRADY, by
　　　　Mr. Andrew G. Frank
6　　　411 East Wisconsin Avenue
　　　　Milwaukee, Wisconsin 53202-4497
7　　　Appeared on behalf of The Holming Company.
8　BOWMAN & BROOKE, LLP, by
　　　　Mr. David N. Lutz
9　　　150 South Fifth Street, Suite 3000
　　　　Minneapolis, Minnesota 55402
10　　　Appeared on behalf of General Motors.
11　Also Present: Mark Lyle, CLVS, Videographer
12
13　　　　E X A M I N A T I O N
14
　　BY MR. TERSCHAN:　　　　　　　　　4
15　　BY MR. MCCOY:　　　　　　　　　　　34
　　BY MR. TERSCHAN:　　　　　　　　　44
16　　BY MR. MCCOY:　　　　　　　　　　　45
17　　　　　E X H I B I T S
18　EXHIBIT NO.　　　　　　　　PAGE IDENTIFIED
19　1 Document re: job 3478　　　　　37
　　2 Document re: job 4199　　　　　38
20
　　　　(Exhibits 1 and 2 attached to original transcript and
21　transcript copies. Exhibit 501 also attached to
　　transcript and copies. Exhibits 502 - 505 referred to
22　were marked previously and were retained by Attorney
　　Terschan.)
23
24
25

---

**Page 4**

1　　　TRANSCRIPT OF PROCEEDINGS
2　　　ELMER BORCHARDT, called as a witness
3　herein, having been first duly sworn on oath, was examined
4　and testified as follows:
5　　　　EXAMINATION
6　BY MR. TERSCHAN:
7　Q　Could you please tell the jury your full name?
8　A　Elmer H. Borchardt.
9　Q　And what's your business address?
10　A　616 South 89th Street, Milwaukee.
11　Q　Can you tell the jury your date of birth?
12　A　12/9/25.
13　Q　And what's your occupation?　What do you do for a
14　　living?
15　A　I estimate, and operate L&S Insulation.
16　Q　And how long have you been doing -- how long have you
17　　been working for L&S Insulation Company?
18　A　January of 1950.
19　Q　You have not owned the company since 1950; is that
20　　correct?
21　A　No.
22　Q　When did you become the owner of L&S Insulation?
23　A　Some years between '50 and '60 something.　Part
24　　owner.
25　Q　How long have you lived with your permanent residence

1 (Pages 1 to 4)

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 5

1     in the Milwaukee area?
2   A   All my life.
3   Q   Now, we're taking this deposition at your home; is
4     that correct?
5   A   Yes.
6   Q   You've had some health issues we're not going to go
7     into in great detail, but you've had some health
8     issues that may prevent you from actually attending
9     the trial; is that correct?
10  A   Yes.
11        MR. MCCOY: Objection to that line of
12     questioning. I think it's just a relevance objection
13     so it's probably reserved anyway.
14  BY MR. TERSCHAN:
15  Q   Could you tell the jury a little bit about the
16     history of L&S Insulation Company, Inc. How did it
17     start?
18  A   L&S originated in 1936, small operation, satellite of
19     Illinois Roofing and Insulation, same owners. And
20     L&S -- when I started, they had like one roofing
21     crew, one corrugated crew, two, three pipe coverers.
22     But I wasn't associated with them. I started out as
23     a roofing and corrugated asbestos estimator under the
24     GI bill.
25  Q   And did L&S -- excuse me -- at the time it started,

Page 6

1     did L&S do primarily commercial or residential or
2     combination of both?
3   A   It was so little that we were just in the early
4     stages of starting.
5   Q   Over the years has L&S come to do more commercial,
6     more residential, what's the --
7   A   Mostly commercial, industrial.
8   Q   Was L&S through -- let's say from the period between
9     1947 and -- well, let's take it through 1962, was L&S
10     one of the major insulators in the Milwaukee area?
11  A   No, we were not.
12  Q   During that period of time how big would the company
13     have gotten in the insulation part?
14  A   I remember when we started they had two or three men
15     in Racine. They might have had six or seven in the
16     early -- up to the '60s.
17  Q   Now, part of this case we're here in front of the
18     jury on is the plaintiffs are suing L&S claiming
19     negligence in the use of asbestos-containing products
20     at Motor Castings. And you're aware that's the
21     allegation being made; is that correct?
22  A   Yes, I am.
23  Q   Let me ask you first of all did L&S at one time use
24     some asbestos-containing roofing and insulating
25     products?

Page 7

1   A   Yes.
2   Q   And when the company began back in the '40s and '50s,
3     why was -- why did you use asbestos-containing
4     roofing and insulating products?
5   A   Well, they were manufactured, they were common, they
6     were usable. Corrugated asbestos was primarily
7     Portland cement, but it had some asbestos fibers in
8     it, and those roofs are still on today.
9   Q   Did L&S -- back through the early '60s, did L&S use a
10     large percentage of asbestos-containing insulation
11     versus other types of insulation?
12  A   Well, when I started, I was aware that they had wool
13     felt and AIR CELL, those common items that were
14     available. And in the early '50s we got acquainted
15     with Building Service, and because of a cost factor,
16     switched to fiberglass.
17  Q   When you say you got acquainted with Building
18     Service, what -- how did Building Service interact
19     with L&S?
20  A   They were the distributor for the state for Owens
21     Corning fiberglass.
22  Q   And where did L&S purchase, if not all, the vast
23     majority of its insulating products in the '50s
24     and -- let's say '40s, '50s and '60s, from whom?
25  A   Well, that was AAA out of Chicago. They provided AIR

Page 8

1     CELL and wool felt. And then when Building Service
2     came in, Building Service had a warehouse in
3     Milwaukee. And we would use fiberglass whenever we
4     could.
5   Q   Over the course of time for L&S can you estimate a
6     percentage that L&S would use asbestos-containing
7     insulation as opposed to fiberglass insulation?
8        MR. MCCOY: What was that question again?
9   BY MR. TERSCHAN:
10  Q   Over time, over the life of L&S using
11     asbestos-containing materials at all, can you give me
12     a percentage breakdown as to how much -- what
13     percentage of the insulating products you used were
14     asbestos and what percentage were something other
15     than asbestos?
16        MR. MCCOY: Object to foundation.
17  BY MR. TERSCHAN:
18  Q   If you know.
19  A   That's difficult. It became clear to us that
20     fiberglass was so economic and equal in value, that
21     it was a process of switching over entirely unless we
22     were mandated to apply what they instructed us to
23     apply.
24  Q   Do you have a specific recollection of L&S working at
25     Motor Castings?

2   (Pages 5 to 8)

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 9

1  A  I'm aware of Motor Castings.
2  Q  Now, I'm going to show you some books, and I've
3     marked these as Exhibits 502, 503, 504, and 505.
4         And I think Counsel have seen these
5     books before.  Bob, you've seen these books before?
6         MR. MCCOY:  Yes.
7  BY MR. TERSCHAN:
8  Q  Can you tell the jury what these books are just
9     generally?  I don't want you to go through page by
10    page, but if you can tell us what they are?
11 A  These were our standard books for listing every
12    contract that we did, no matter how small or how
13    large.  Peggy Booth did all of these.  That's all her
14    handwriting.  And it was a history of jobs.
15 Q  Now, I'm going to show you what has been marked as
16    Exhibit No. -- well, you have a copy in front of you,
17    Exhibit No. 501, and I'm going to represent to you
18    that's an excerpt of all of the entries out of these
19    books for Motor Castings.  Is that okay?
20 A  Fine.
21 Q  Do you -- first of all, do you recognize the entries
22    as being the type of entries and coming out of your
23    contract books?
24 A  Oh, yes.  Yes.
25 Q  You recognize the handwriting --

Page 10

1  A  Yeah.
2  Q  -- and the information?  Have you had an opportunity
3     to go through this Exhibit 501 to some extent?
4  A  Just briefly.
5  Q  The first entries that were in Exhibit 501, in other
6     words in your contract books, began in 1947 at Motor
7     Castings.  Were you working with L&S Insulation
8     Company, Inc., in 1947?
9  A  No.
10 Q  When did you start with them?
11 A  January 1950.
12 Q  Now, the books that you see here and Exhibit 501, so
13    Exhibits 501 through 505, these would contain all of
14    the contracts, whether they're asbestos or fiberglass
15    or roofing, whatever they are is going to be
16    contained in that books, correct?
17 A  Yes.  But I just want to check something.  I thought
18    the years were listed in here somewhere.
19 Q  Later on they're listed more on the documents.
20 A  All right.  Yes.
21 Q  Okay.  Mr. Borchardt, are you familiar with the term
22    friable as it relates -- excuse me -- to
23    asbestos-containing products?
24 A  Yes.
25 Q  In case the jury has not yet heard what that means,

Page 11

1     could you tell the jury what the term friable means
2     in relation to asbestos-containing products?
3  A  To me it means being able to be airborne.
4  Q  So if an asbestos product is friable, that means the
5     particles can become airborne?
6  A  If you induce them into the air.
7  Q  Now, within Exhibit No. 501 there are -- and I've
8     counted them -- I'm going to ask you to make the
9     assumption there are 49 entries that deal with Motor
10    Castings.  Will you make that assumption with me?
11 A  Yes.
12 Q  And again, in going through these, I want you to make
13    the assumption that 22 of those entries are
14    specifically dealing with roofing contracts, okay?
15 A  Yes.
16 Q  With respect to the roofing contracts and materials
17    on roofing, whether it be a corrugated asbestos board
18    or corrugated boards or gravel or whatever, is that
19    the type of -- excuse me -- is that the type of
20    product that would be friable once it was installed?
21    In other words, once the roofing is on, are you going
22    to get airborne asbestos from that?
23 A  No.
24        MR. MCCOY:  Object to foundation, form.
25        MR. TERSCHAN:  If you know.

Page 12

1        THE WITNESS:  No.
2  BY MR. TERSCHAN:
3  Q  And can you tell the jury why that is?  Why don't you
4     get particles of asbestos coming out of that -- those
5     boards?
6  A  It's all solid material.  You'd have to hammer it,
7     pound it to a pulp in order to obtain any fibers out
8     of there.  And I don't know the extent, percentage of
9     fibers.  I don't think they'd be very great.
10 Q  Mr. Borchardt, what I want to do then next is to go
11    over the remaining 27 contract jobs in that 15-year
12    period, and we're talking about a period of time in
13    the contracts here in Exhibit 501 from 1947 was the
14    first one, the last one shown is 1962.  Again, I want
15    you to make that assumption.
16        So we've talked about the first 22 are
17    roofing projects.  There are 27 more which would
18    equal 49.  Of that 27, again, I want you to assume
19    that 11 of the entries deal with something called
20    corrugated board or asbestos corrugated board that
21    don't specifically refer to roofing.  Of the material
22    that you went through and were dealing with
23    corrugated board, again, is that the same type of
24    corrugated board, whether it be asbestos or not, that
25    you're talking about on the roofing?

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 13

1    A   Can be used for roofing. It's usually used for
2        sidewall skirting above windows.
3    Q   Could you tell the jury what that means, sidewall
4        skirting?
5    A   Well, it's applied to the outside wall on steel, and
6        it's a protection. And it's corrugated asbestos so
7        it lasts for a long time. And it's inexpensive in
8        relation to brick or any other product that they
9        might choose.
10   Q   And that would be used on the outside?
11   A   Exterior.
12   Q   Would corrugated board always be asbestos-containing?
13   A   All that I know of had some.
14   Q   And again, with these -- this corrugated board, to
15       the best of your knowledge, based upon your
16       experience, is that the -- any asbestos particles
17       within that corrugated board, are those friable or
18       not?
19   A   As they're contained, they're not friable.
20   Q   As the board is cut or pulverized, it would --
21   A   We did all our cutting outside. It's an exterior
22       process. Once it's installed, I do not consider it
23       friable.
24   Q   So of the 49 entries, 33 we're talking about either
25       roofing or this corrugated board. It's going to be

Page 14

1        a -- slightly tedious, but I'm going to go through
2        the remaining 16 entries with you if you will, and
3        I'll try to work through them as quickly as I can.
4            First of all, let me ask you before we
5        get started on this, did L&S insulate the entire
6        facility at Motor Castings?
7    A   No. By no means.
8    Q   What were your -- when we're dealing with the
9        insulating jobs, what were the jobs done by L&S at
10       Motor Castings?
11   A   They all seemed to be minor.
12   Q   Smaller jobs?
13   A   Smaller companies. We were not their favorite. We
14       were their -- evidently their favorite roofer, but
15       not their favorite insulator.
16           MR. MCCOY: Object to foundation, form, and
17       move to strike that answer.
18   BY MR. TERSCHAN:
19   Q   Let me deal first with contract No. 2744. And the
20       contract numbers are down the left side as you'll
21       see. Do you have 2744?
22   A   Yeah, I do. I don't have a year.
23   Q   I'm going to tell you -- or ask you to assume that
24       that was in 1948. And it talks about plant one and
25       steam pipe insulation. Do you see that?

Page 15

1    A   Yes.
2    Q   Is that something you have any knowledge about, what
3        was put on at that time?
4    A   No.
5    Q   That's because you weren't working for the company?
6    A   I wasn't working for the company.
7    Q   Okay. The next entry I want to talk about involves
8        contract No. 3351. So we're skipping ahead a bit.
9    A   Yes, I have it.
10   Q   And that was in 1950, about two years later is the
11       next insulation --
12   A   All right.
13   Q   -- issue. And it talks about water pipe insulation.
14       Do you see that?
15   A   Yes.
16   Q   Do you have any knowledge or information as to
17       whether that would be asbestos-containing insulation
18       or not?
19   A   I know what was being used on water pipe, and that's
20       all I can tell you. We were — cold water pipe was
21       always wool felt in order to prevent it from
22       sweating. And I'm not aware if there was any
23       fiber — I doubt that there were any fibers in wool
24       felt. But that's what it says. It says water pipe.
25   Q   All right. The next one I want to deal with is

Page 16

1        contract No. 3478.
2    A   Yes.
3    Q   And it says duct, and this is again -- the date on
4        this one -- now we have dates; is that correct, right
5        above the --
6    A   1950.
7    Q   July 17, 1950?
8    A   Yes.
9    Q   And it says duct insulation, and it looks like above
10       core ovens; is that correct?
11   A   Yes.
12   Q   Do you know, again, what that would have contained at
13       that point in time?
14           MR. MCCOY: Object to foundation.
15   BY MR. TERSCHAN:
16   Q   If you know.
17   A   I don't know, but duct insulation was invariably for
18       condensation, and it — there was no asbestos
19       involved in that.
20           MR. MCCOY: Object. Move to strike.
21   BY MR. TERSCHAN:
22   Q   Next one we'll go to is No. 3604, so we're skipping
23       ahead. This is the next insulation contract shown,
24       and can you see the date on that contract?
25   A   10/24/50.

4 (Pages 13 to 16)

Page 17

1  Q   And that one's pretty clear as to whether it's
2      asbestos-containing or not, isn't it?
3  A   Yes, it is.
4  Q   What does it say?
5  A   Fiberglass insulation and composition roofing.
6  Q   So that one we know is not asbestos?
7  A   Yes.
8  Q   The next one is 3691, the next page, and this is --
9      does it have a date on that? I think the date's on
10     the previous page at the bottom.
11 A   The number, please?
12 Q   3691 is the contract number, and the date I think is
13     on the previous page at the bottom. Just the last --
14 A   10/26/50.
15 Q   So we're talking quite a number of months down the
16     road again, is that correct, from the last one?
17 A   These are not jobs that I handled.
18 Q   Right. And that one, could you tell what the
19     description is on that one?
20 A   Tank, hot and cold water insulation.
21 Q   All right. And do you know what the asbestos --
22     whether this was asbestos-containing or not?
23 A   No.
24 Q   Now, this one is somewhat different in that it talks
25     about having been done at plant No. 2; is that

Page 18

1      correct?
2  A   Yes.
3  Q   Do you have knowledge as to whether Motor Castings
4      had more than one site or plant?
5  A   Yes.
6  Q   And where did it have its two plants if you know?
7  A   One was right next to Allis Chalmers, and one was
8      further east.
9  Q   Okay. And do you know at all -- have any information
10     as to whether Mr. Lemberger ever worked at plant
11     No. 2?
12 A   I have no knowledge of Mr. Lemberger.
13 Q   You don't know Mr. Lemberger at all really, do you?
14 A   No.
15 Q   All right. The next entry is No. 4084 so we're
16     skipping ahead again. Do you have that entry?
17 A   Yes.
18 Q   Could you tell the jury the date of that entry?
19 A   3/10/52.
20 Q   So we're now almost a year and a half later?
21 A   Yes.
22 Q   And that one again becomes pretty obvious whether
23     it's asbestos or not, isn't it?
24 A   Yeah, it says cork.
25 Q   So that one we know is not?

Page 19

1  A   Not asbestos.
2  Q   Now, I'm going to go to the next entry which is on
3      the next page, 4148.
4  A   Yes.
5  Q   Now, this is in -- what was the date on that entry?
6  A   6/4/52.
7  Q   You were already involved in L&S at this point in
8      time; is that correct?
9  A   In L&S?
10 Q   Working with L&S?
11 A   Oh, yes.
12 Q   And the --
13     MR. MCCOY: Frank, can I have a standing
14     objection to foundation on the questions before his
15     L&S period?
16     MR. TERSCHAN: Sure. Before?
17     MR. MCCOY: Right. And I also have a -- I
18     would also ask for a standing objection, just to save
19     some time, on questions until he becomes part of that
20     insulation division. I don't --
21     MR. TERSCHAN: Okay.
22     MR. MCCOY: I can have that?
23     MR. TERSCHAN: Sure.
24 Q   All right. This 4148 deals with -- what was the
25     description on 4148?

Page 20

1  A   Air pipe insulation.
2  Q   And again, is that an -- would that be an
3      asbestos-containing insulation for an air pipe?
4  A   I can only assume that it would be for condensation
5      or sound deadening. It certainly shouldn't have had
6      any asbestos in it.
7  Q   All right. Based upon your own knowledge at the time
8      and what -- working with the company, if you were --
9      if the company was insulating an air pipe at a
10     factory like this, would they use an
11     asbestos-containing product?
12 A   No.
13 Q   The next one is 4199 is the next insulating entry.
14 A   Yes.
15 Q   Could you give the jury the date on this one?
16 A   8/11/52.
17 Q   And this indicates duct insulation; is that correct?
18 A   That's correct.
19 Q   And again, based upon your knowledge of working with
20     L&S at the time, if it was duct insulation and the
21     facts were like this, would that be
22     asbestos-containing insulation?
23 A   Unlikely. It would be insulated for condensation,
24     and there were no products with asbestos used that
25     way.

Videotape Deposition of ELMER BORCHARDT, 7/2/08

---

Page 21

1   Q   The next one I want to go to --
2           MR. MCCOY:  Make an additional objection on
3       that to the lack of any foundation about personal
4       knowledge as to the materials on that particular job.
5   BY MR. TERSCHAN:
6   Q   The next one I want to go to is No. 4545.  You have
7       that?
8   A   Yes.
9   Q   And this is -- what is the description -- first of
10      all, what's the date on this one?
11  A   10/8/53.
12  Q   So more than a year later is the next insulating
13      project at Motor Castings, correct, from the last
14      one?
15  A   Yes.
16  Q   And what is the description on that one?
17  A   Air duct insulation.
18  Q   Now, this was at a time you were clearly already
19      involved heavily with the insulating part of L&S?
20  A   Started.
21  Q   Okay.  And again, based upon your own personal
22      knowledge, was L&S utilizing asbestos-containing
23      insulation to insulate air ducts back at that period
24      of time?
25  A   No, we were then purchasing fiberglass.

---

Page 22

1   Q   Okay.  Next one I want to turn to is 4646 on the next
2       page.  You have that?
3   A   Yes.
4   Q   And the date on that one?
5   A   2/26/54.
6   Q   And what is the description as to what they're
7       insulating?
8   A   Turbo vac and pipe insulation.
9   Q   And it actually said piping insulation; is that
10      correct?
11  A   Piping insulation, yes.
12  Q   And again, based upon your own personal knowledge, is
13      this something that you would have used
14      asbestos-containing product for?
15  A   Unlikely.  Just -- it looks like a little repair job
16      of some sort.
17  Q   The next one, next insulating job is No. 5083, a
18      number of pages ahead.
19  A   Yes.
20  Q   And that's -- the date on that one is actually at the
21      bottom of the previous page.  And could you give the
22      date on --
23  A   8/10/55.
24  Q   So again the next -- from the last project, the next
25      project would have been almost -- more than a year

---

Page 23

1       later, year and a half later?  Previous project
2       having been in February of '54, this one being in
3       August of '55, so it's about a year and a half later?
4   A   Yes.
5   Q   And what was being insulated at the time?
6   A   It says air compression insulation, which was
7       probably a cold water line to the air compressor
8       which was common.
9   Q   And would that be asbestos-containing?
10          MR. MCCOY:  Same objection --
11  BY MR. TERSCHAN:
12  Q   If you know.
13          MR. MCCOY:  -- again on foundation for lack
14      of knowledge about the materials being used on that
15      job.
16          THE WITNESS:  I'll assume it was wool felt.
17  BY MR. TERSCHAN:
18  Q   And the assumption you're making is based upon what
19      you were doing at the time -- what L&S was doing at
20      the time?
21  A   Usable materials that we had in stock.
22  Q   All right.  The next one is 5422 so we're skipping
23      ahead quite a ways.  Do you have that?
24  A   Yes.
25  Q   And again, if you could tell the jury the date on

---

Page 24

1       this one?
2   A   8/17/56.
3   Q   So about a year later is the next insulation job?
4   A   Yes.
5   Q   And what is that one for?
6   A   Cold water pipe insulation.
7   Q   And did -- at that period of time did L&S use
8       asbestos-containing insulation on cold water pipe
9       insulation?
10  A   No, it would have been wool felt or glass.
11  Q   The next one I want to turn to is 6120.  Do you have
12      that?
13  A   Yes.
14  Q   The date on that one?
15  A   10/15/58.
16  Q   So that's almost two years later -- more than two
17      years later; is that correct?
18  A   Yes.
19  Q   And what is the description on this one?
20  A   Miscellaneous insulation.
21  Q   And do you have any idea what that might be?
22  A   No.
23  Q   Then the next to last one is 6337?
24  A   Yes.
25  Q   And the date on that one again?

Gramann Reporting, Ltd. (414) 272-7878

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 25

1    A   6/19/59.
2    Q   So the following year.  And what's the description?
3    A   It says blower and core oven insulation.
4    Q   And again, this one is at plant two; is that correct?
5    A   Yes.
6    Q   And do you know at that period of time what that
7        insulation would have been?
8    A   I'm unfamiliar with that one.
9    Q   All right.  And then the final entry for L&S
10       Insulation at Motor Castings is No. 7195.  Do you
11       find that one?
12   A   Yes.
13   Q   And this was insulation for -- well, first of all the
14       date?
15   A   8/16/62.
16   Q   So almost three years later?
17   A   Yes.
18   Q   And what was being insulated there?
19   A   It says core oven insulation.
20   Q   And again, this was at plant No. 2; is that correct?
21   A   Yes.
22   Q   All right.  When you were doing these insulation
23       products -- not products, projects, Mr. Borchardt,
24       who called out what to use?  In other words, would
25       L&S make that decision, or would Motor Castings make

Page 26

1        the decision on what product to use at a particular
2        job?
3            MR. MCCOY:  Object to foundation.
4    BY MR. TERSCHAN:
5    Q   If you know.
6    A   In this case it was Motor Castings.
7    Q   And how do you know that?
8    A   Because there's no architect involved.  We certainly
9        didn't select the materials, and I can only assume
10       that from these records.
11   Q   So in this type of setting, this type of job L&S
12       would not call the type of insulation that they
13       wanted or what they were going to be putting in?
14           MR. MCCOY:  Object to the form.
15           THE WITNESS:  Absolutely not.  If it was a
16       school, the school would tell us what to do.
17   BY MR. TERSCHAN:
18   Q   Now, are you familiar with -- you've indicated you're
19       generally familiar with the Motor Castings plant and
20       the insulating at Motor Castings; is that correct?
21           MR. MCCOY:  Object to form.
22           THE WITNESS:  I'm aware of the plant.
23   BY MR. TERSCHAN:
24   Q   And did L&S do similar type of insulating work at --
25       similar types, in other words, foundries and casting

Page 27

1        plants, over -- over the years when you have been
2        with the company?
3    A   Some.  We've had a variety of customers.
4    Q   There is a claim by one of the witnesses that the
5        insulation put in in year one would essentially have
6        been in there forever --
7            MR. MCCOY:  Object to form --
8    BY MR. TERSCHAN:
9    Q   -- at the end of the -- whenever the insulation was
10       taken out.  I'm just asking you to make that
11       assumption for the moment.  I know it's not something
12       you're aware of.  I'm asking you to make the
13       assumption that that is what a witness has testified
14       to or will testify to.
15           Given your experience and the type of
16       plant and the type of insulation we're using here, is
17       that at all likely?
18           MR. MCCOY:  Object to form and foundation
19       and not disclosed on his opinion.
20           THE WITNESS:  Those type of plants changed
21       radically for any number of reasons.  This type of
22       plant had a lot of vibration in it, a lot of
23       pounding, castings, things would get damaged.  It's
24       just natural they would change.
25   BY MR. TERSCHAN:

Page 28

1    Q   Do you know -- first of all, do you know whether L&S
2        was the only insulator at Motor Castings?
3    A   I don't think we were the only one, no.
4            MR. MCCOY:  Object.  Move to strike.  Lack
5        of foundation.
6    BY MR. TERSCHAN:
7    Q   Do you have any idea of any other insulators who
8        worked at Motor Castings?  I mean do you know one way
9        or the other?
10   A   I don't know any names, but we were the smallest firm
11       in the city.
12   Q   During that period of time?
13   A   During that period of time.
14           MR. MCCOY:  Object.  Move to strike.
15       Nonresponsive.
16   BY MR. TERSCHAN:
17   Q   Now, from the records here, L&S last worked at Motor
18       Castings in 1962.  That's what the records show; is
19       that correct?
20   A   Yes.
21   Q   The last -- L&S last worked at the plant No. 1 from
22       these records in 1958; is that right?
23   A   Yes.
24   Q   To the best of your knowledge, did L&S Insulation
25       Company, Inc., ever go back to Motor Castings for any

7  (Pages 25 to 28)

Page 29

1    reason?
2    A   If it isn't listed in the book, we weren't there.
3    Q   Do you have any idea who did Motor Castings'
4        insulation work after 1962 into the '70s and '80s?
5    A   No knowledge.
6    Q   Mr. Borchardt, how did you first become aware of the
7        potential hazards of asbestos-containing products?
8    A   I became very friendly with some of the pipe coverers
9        that worked for us and others in trades, the
10       union's -- son of the union -- head of the union.
11       And they're the ones that told me about
12       asbestos-related things in powerhouses, that it was
13       dangerous.  And it all came from the silicon studies
14       that the union asked for.
15   Q   And do you know when you first became aware of the
16       potential dangers of asbestos-containing products?
17       Was that sometime after 1962?
18   A   I'd say so, yes.
19   Q   In the period of time -- and I apologize if I've gone
20       over this -- but in the period of time between 1947
21       and 1962, if you purchased an asbestos-containing
22       insulating product, who would you have gotten that
23       product from?  In other words, who was your supplier
24       for that type of product?
25   A   Triple A out of Chicago, Johns Manville, Keasby and

Page 30

1        Madison was corrugated asbestos roofing, flat stock.
2        A variety of companies.
3    Q   Any others that you can think of?
4    A   Did I mention Triple A out of Chicago?
5    Q   You did.  Did any of the distributors, any of the
6        individuals who actually distributed these products
7        to you or sold these products to you, ever provide
8        you with any sort of warning or advice that the
9        products were somehow dangerous?
10           MR. MCCOY:  Object to foundation.
11           THE WITNESS:  Not to my knowledge.
12   BY MR. TERSCHAN:
13   Q   Did any of the manufacturers of the products that you
14       utilized throughout the course of time -- let's take
15       it up through 1962 -- let's take it up through 1972.
16       Did any of those manufacturers ever notify L&S
17       Insulation Company, Inc., again to the best of your
18       knowledge, of any potential hazards with the use of
19       these products?
20   A   Well, in the earlier years, no, because we had no
21       contact with the manufacturers.  In the later years,
22       yes, they protected themselves.
23   Q   When did that start happening if you know?
24   A   I'm not aware of the time.  Not the time frame, I'm
25       not aware of the individual start of that.

Page 31

1    Q   When did L&S stop using asbestos-containing
2        insulation of any sort?
3    A   When it was no longer manufactured, '70, '71.
4    Q   After that there was no use by L&S at all?
5    A   It was not made.
6    Q   The employees in the insulation -- at least the
7        insulation part of L&S Insulation Company, Inc., of
8        which you were a part for some period of time, worked
9        with insulation literally every day; is that correct?
10   A   Not necessarily.
11   Q   After early '70s, 1971, 1972, when the products --
12       the asbestos-containing products were no longer
13       utilized, what other -- what products did you use at
14       that point in time?
15   A   Well, the glass was primary.  There were other newer
16       ceramics and things that were available, but that's
17       generally when the new plastic fittings started
18       coming in and made everything so simple.
19   Q   Was L&S Insulation Company, Inc., ever involved in
20       asbestos removal or abatement?
21   A   No.
22   Q   Now, that, as I understand it, is a very lucrative
23       business.  Why did L&S not become involved in that?
24   A   I didn't want anything to do with it.  It didn't
25       seem -- the money wasn't the factor.  You had to

Page 32

1        incorporate in another state.  I stayed away from it.
2    Q   Were you concerned about -- at any point in time
3        after the early '70s were you concerned about the
4        dangers involved with the removal process?
5    A   I thought about it.  I'd start another series of men
6        that would end up with another series of lawsuits on
7        asbestosis.
8    Q   So would it be correct to say that any insulation or
9        repairs or renovation or removal or new insulation
10       which was done at Motor Castings from 1962 forward
11       was done by someone other than L&S Insulation
12       Company, Inc.?
13   A   Absolutely.
14   Q   Is the Motor Castings plant still in existence to the
15       best of your knowledge?
16   A   I don't know.
17   Q   By the mid 1980s was it common knowledge that
18       potential -- or that asbestos-containing products
19       were a potential health hazard?
20   A   Oh, yes.
21   Q   By that point in time had OSHA stepped into the
22       picture and made regulations to the best of your
23       knowledge?
24   A   Yes.
25   Q   And were you regulated by OSHA as well?

8   (Pages 29 to 32)

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 33

1  A  We didn't remove.
2        THE COURT REPORTER: I'm sorry?
3        THE WITNESS: We did not remove asbestos so
4     we weren't under the jurisdiction.
5  BY MR. TERSCHAN:
6  Q   Based upon your observations in the mid 1980s, were
7     there special precautions taken when asbestos
8     products or potential asbestos products were removed
9     from a building?
10 A  Unbelievable. They had to create tunnels, go in one
11    time, completely dress in mask and shower, do your
12    work, go out the other way, do the same thing again.
13    It was horrendous.
14 Q   And were these -- was this process something you
15    actually observed?
16 A  Oh, I've observed it, just didn't want anything to do
17    with it.
18 Q   Mr. Borchardt, in your opinion in the 1980s would it
19    be negligent of someone to remove asbestos or
20    potential asbestos-containing products without taking
21    precautions?
22        MR. MCCOY: Object to form, foundation.
23        THE WITNESS: I was under the understanding
24    they could be fined.
25 BY MR. TERSCHAN:

Page 34

1  Q   Certainly a dangerous practice to do it without
2     precaution?
3  A  Absolutely.
4        MR. MCCOY: Same objection.
5        MR. TERSCHAN: That's all I have.
6        MR. MCCOY: Did you need to take a break
7     for a moment, or should I go ahead?
8        THE WITNESS: No, go ahead, please.
9        EXAMINATION
10 BY MR. MCCOY:
11 Q   Mr. Borchardt, my name is Bob McCoy, and I'm here on
12    behalf of the family of Steve Lemberger.
13 A  Yes.
14 Q   I just wanted to see how often you had visited the
15    core oven area at the Motor Castings facility.
16 A  I can't tell you.
17 Q   Do you ever remember seeing the core oven area at
18    Motor Castings?
19 A  Oh, I'm sure I saw it, but I was -- I started out as
20    a roofing and corrugating estimator and then
21    transitioned into insulation. I can't tell you that
22    time frame, but it overlapped. I could easily
23    deliver some corrugated asbestos products to a job
24    and have some insulation products on my truck.
25 Q   But you don't have any specific recollection of what

Page 35

1     the core oven area at Motor Castings looked like; is
2     that accurate?
3  A  I have a vague image of the core oven area.
4  Q   Now, you mentioned that you were in the roofing part
5     of the L&S company in -- when you started in 1950; is
6     that correct?
7  A  Correct.
8  Q   And there was also a separate division for the
9     insulation work; is that correct?
10 A  We were all one company, L&S Roofing and Insulation.
11 Q   But there was two separate basic divisions, right?
12 A  Yes.
13 Q   Okay. And your transition into the insulation area
14    started in 1956; is that accurate?
15 A  I'm not going to say that that was exact, because
16    there was some company changes in there. The company
17    broke up into L&S Insulation and L&S Construction,
18    and I sort of helped out with both of them.
19 Q   Mr. Borchardt, this is some testimony that you have
20    given earlier. This is back in 1998, about ten years
21    ago.
22 A  All right.
23 Q   I'm going to turn to page 45, and I'm at line four.
24        Question, when did you become involved
25    with the insulation division?

Page 36

1        Answer, it was a gradual thing. It
2     probably occurred from '56 through '59 period. I did
3     some work for both divisions.
4        During that transition period?
5        Answer, during that transition period,
6     yes.
7        Were you asked those questions and did
8     you give those answers back in 1998?
9  A  I'm sure I did.
10 Q   And so back in 1998 you said that the transition from
11    the roofing to the insulation division for you began
12    in 1956, right?
13 A  If that's what it says. I don't have the -- I've
14    given, I don't know hundreds, but I've given a lot of
15    depositions, and I can't -- I defer to any of them.
16    They're all correct.
17 Q   Okay. I know it's hard to remember back a long time
18    ago so ...
19 A  Especially at this time.
20 Q   Right. All right. So anyways there's two jobs that
21    were talked about, and I'm going to ask that these be
22    marked as Plaintiff's Exhibit 1 and 2 at the
23    deposition here.
24        MR. TERSCHAN: You want them to be 1 and 2?
25        MR. MCCOY: Yeah, for the deposition.

9  (Pages 33 to 36)

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 37

1    MR. TERSCHAN: This is for trial, you
2  understand.
3    MR. MCCOY: Right. I understand.
4    (Exhibits 1 and 2 marked for
5  identification.)
6  BY MR. MCCOY:
7  Q   The first document, Plaintiff's Exhibit 1, has a job
8     that I've marked out, job No. 3478.
9  A   Yes.
10 Q   And that particular job was done, according to the
11    ledger, in July 17 of 1950; is that right?
12 A   That's what it says.
13 Q   And it was done at Motor Castings, and its
14    description of the job is duct insulation above core
15    ovens?
16 A   Yes.
17 Q   Then in this time period, 1950, you were with the
18    roofing division of L&S, right?
19 A   That's true.
20 Q   So this would not have been a job where you were
21    doing the estimating of the job; is that right?
22 A   I did not.
23 Q   And you did not order the materials on this job; is
24    that right?
25 A   No, I did not.

Page 38

1  Q   And you did not observe the materials being installed
2     on this job; is that right?
3  A   Other than what it says here.
4  Q   Well, my question was you were in the insulation
5     division, you weren't out there observing these job
6     materials, right?
7  A   No. I mean I did not.
8  Q   Okay. And you didn't go and do an inspection after
9     this job to see what was put in because, again, this
10    wasn't your area, right?
11 A   Correct.
12 Q   All right. Now let me turn to the -- another item
13    here and this is Exhibit No. 2. This one is job No.
14    4199?
15 A   Yes.
16 Q   And this job is done August 11 of 1952, right?
17 A   Correct.
18 Q   Also at Motor Castings Company, right?
19 A   Yes.
20 Q   And it's for duct insulation, right?
21 A   Yes.
22 Q   So again in 1952 you were with the roofing division,
23    and you were not the person who would have estimated
24    this job, right?
25 A   That's correct, I did not.

Page 39

1  Q   And you were also not the person who ordered the
2     materials on this job, right?
3  A   No, I did not.
4  Q   And you also were not there to see these materials
5     actually being put in, right?
6  A   Correct.
7  Q   And you did not go and inspect what materials were
8     in -- put in on this particular job, right?
9  A   Correct.
10 Q   You can put that one aside. And just to clarify, at
11    some point in time your stock ownership of L&S
12    Insulation became almost 100 percent, right?
13 A   Could have been. It isn't now.
14 Q   Well, your --
15 A   At one time I purchased the -- all the remaining
16    outstanding stock.
17 Q   100 percent?
18 A   Yes.
19 Q   And then later you gave some of it to your family so
20    your family had -- between yourself and your family
21    it was about 99 percent, right?
22 A   I'll assume that's correct.
23 Q   And you're of course still president of the company
24    today, right?
25 A   Yes.

Page 40

1  Q   And on the work that was done by L&S, to your
2     knowledge the insulation work that might have
3     contained asbestos, there was no warnings that L&S
4     gave to the workers; is that correct?
5  A   To the workers?
6  Q   Yes.
7  A   They were all aware of what asbestos was.
8  Q   My question though, Mr. Borchardt, was L&S did not
9     give warnings to the workers; is that right?
10    MR. TERSCHAN: Let me object --
11    THE WITNESS: They warned me.
12 BY MR. MCCOY:
13 Q   I'm sorry?
14 A   They warned me.
15 Q   Who warned you?
16 A   The workers.
17 Q   Was there somebody from Motor Castings that --
18 A   Not Motor Castings. I'm talking about our men.
19 Q   The men working for L&S?
20 A   Yes.
21 Q   But no one from Motor Castings warned you about
22    asbestos, right?
23 A   No.
24 Q   Okay. You made a mention about a product called wool
25    felt I believe?

10 (Pages 37 to 40)

Page 41

1    A   Yes, sir.
2    Q   Okay.  And today I think I heard you tell the jury
3        that that was not an asbestos-containing product,
4        right?
5    A   I said to my knowledge it was just layers of wool
6        felt cylindrically wrapped around a pipe until it
7        formed a section of covering.
8    Q   Today you said it was not asbestos-containing, right?
9    A   To my knowledge it isn't, no.
10   Q   Mr. Borchardt, I want to go to your deposition that
11       you gave in 1996 (sic) again.  And I'm on page 45,
12       line eight.
13               The question is asked, what other
14       suppliers for the asbestos insulation products did
15       L&S use?
16               And your answer was AIR CELL and wool
17       felt were purchased from Triple A out of Chicago.
18               Did you -- were you asked that
19       question and did you give that answer in '96?
20   A   That's correct.
21   Q   So back in '96 you identified wool felt as an
22       asbestos insulation product, right?
23   A   No, it's just a product that we bought from AAA.
24   Q   Well, you said it - you said it was one of the
25       asbestos insulation products that L&S used in '96,

Page 42

1        right?
2    A   I just stated that to my knowledge there is no
3        asbestos in wool felt.
4    Q   But you were -- you did give that answer to the
5        question about asbestos insulation products?
6    A   I'm sorry, I generalized.
7    Q   So what you said in '96 was a mistake, is that --
8    A   I've always known that there was no -- I never
9        associated asbestos with wool felt.  They're two
10       different products for two different reasons; one for
11       anti-sweat on cold water, and the others were for
12       heat loss which contained asbestos.  It was
13       inadvertent to say that it contained it back then
14       but --
15   Q   All right, that's fine.
16   A   -- I acknowledge that that could have been said.
17   Q   Okay, that's fine.  We'll move on.  Almost done.
18               The L&S Insulation company grew in
19       size to ultimately employ 50 or 60 employees, right?
20   A   Correct.
21   Q   And at least for the insulation work, they were all
22       hired from the asbestos workers Local No. 19 in
23       Milwaukee, right?
24   A   Correct.
25   Q   At some point in time L&S Insulation had additional

Page 43

1        records beyond the four books that we saw earlier
2        today, right?  And I'm talking about records of work
3        done and materials used on jobs.
4    A   Yeah, files.  There was a file for every one of
5        these.
6    Q   Each job had a file?
7    A   Every job had a file.
8    Q   And those files were entrusted to your attorney,
9        Chester Niebler; is that right?
10   A   That's correct.
11   Q   But at some point in time they disappeared where they
12       couldn't be located, right?
13   A   I'd say so.  I don't have them.
14   Q   You don't know what happened from Mr. Niebler's
15       office, right?
16   A   No, I don't.  They were given to whoever needed them
17       or wanted to look at them.
18   Q   But you had trust in Mr. Niebler, your attorney for
19       L&S, to take care of them, right?
20   A   Yes.
21   Q   And today they're not available, right?
22   A   No, they aren't.
23   Q   And --
24               All right.  That's all the questions I
25       think I have.  Thank you.

Page 44

1
2               MR. TERSCHAN:  Anyone else?
3               MS. MCLEROY:  No questions.
4               MR. TERSCHAN:  Just a couple follow-up,
5        Mr. Borchardt.
6               EXAMINATION
7    BY MR. TERSCHAN:
8    Q   When did L&S grow to the 50 to 60 workers?  I
9        understand it was probably gradual, but when did you
10       get up to that level?  Was it after 1962?
11   A   When the roofing and corrugated diminished, pipe
12       covering took off, fiberglass became acceptable, we
13       started bidding bigger and bigger jobs, and that's --
14       it was just a natural thing.
15   Q   Do you remember about when that was?
16   A   '60s -- no, '70s.
17   Q   And the files entrusted that are part of these -- or
18       the files on the contracts that are part of these
19       books, that's a different attorney, different set of
20       attorneys many years ago; is that correct, not me?
21   A   I don't understand.
22   Q   When you entrusted the files --
23   A   Oh, you mean Mr. Niebler.
24   Q   Right.
25   A   Oh, yes.  That was our corporate attorney that helped

11  (Pages 41 to 44)

Videotape Deposition of ELMER BORCHARDT, 7/2/08

Page 45

1      us originate.
2  Q   And that was probably --
3  A   That's 40 --
4          MR. TERSCHAN:  Okay.  That's all I have.
5          MR. MCCOY:  One final question.
6          EXAMINATION
7  BY MR. MCCOY:
8  Q   L&S Insulation did not provide any warnings about
9      asbestos to Motor Castings to your knowledge; is that
10     correct?
11         MR. TERSCHAN:  I'm going to make an
12     objection as improper recross.  Go ahead.
13         THE WITNESS:  I thought I answered that.
14  BY MR. MCCOY:
15  Q   And the answer was?
16  A   Did we provide them?
17  Q   Yes.
18  A   No.
19         MR. MCCOY:  That's all the questions.
20     Thank you.
21            (Discussion held off the record.)
22         MR. MCCOY:  Plaintiff's Exhibits 1 and 2
23     are going to be given to the court reporter to be
24     attached to the transcript, as is Borchardt Exhibit
25     No. 501 that was used by counsel for L&S.

Page 46

1          The books, the four ledger books, just
2      to identify these, are not being attached to the
3      deposition transcript.  Those are exhibits from the
4      5/12/03 deposition of Mr. Borchardt, Exhibit No. 1A,
5      2A, 3A, and 4A.
6          MR. TERSCHAN:  And rather than remark those
7      books we are -- I called them on the transcript and
8      we agreed we would call them 502, 503, 504, and 505.
9      And if necessary we'll mark them.  I don't think it's
10     going to become necessary, because we're not going to
11     show them to anyone else.  Maybe shown but not given
12     to anyone else.
13         MR. MCCOY:  Mr. Terschan will retain
14     custody of the four books.
15         MR. TERSCHAN:  That's correct.
16            (Deposition concluded at 11:09 a.m.)

Page 47

1  STATE OF WISCONSIN )
2                     ) SS:
   MILWAUKEE COUNTY   )
3
4          I, Tammy R. O'Neal, RPR and Notary
5  Public in and for the State of Wisconsin, do hereby
6  certify that the preceding deposition was recorded by
7  me and reduced to writing under my personal
8  direction.
9          I further certify that said deposition
10 was taken at W268 N2161 Shooting Star Road, Pewaukee,
11 Wisconsin, on the 2nd day of July, 2008, commencing
12 at 10:00 a.m. and concluding at 11:09 a.m.
13         I further certify that I am not a
14 relative or employee or attorney or counsel of any of
15 the parties, or a relative or employee of such
16 attorney or counsel, or financially interested
17 directly or indirectly in this action.
18         In witness whereof, I have hereunto
19 set my hand and affixed my seal of office on this 7th
20 day of July, 2008.
21
22  _____
        TAMMY R. O'NEAL, RPR
23      Notary Public
24 My commission expires 9/11/11.
25

12  (Pages 45 to 47)

**A**

AAA 7:25
  41:23
abatement
  31:20
able 11:3
above-enti...
  2:2
Absolutely
  26:15 32:13
  34:3
acceptable
  44:12
accurate 35:2
  35:14
acknowledge
  42:16
acquainted
  7:14,17
action 2:2
  47:17
additional
  21:2 42:25
address 4:9
advice 30:8
affixed 47:19
ago 35:21
  36:18 44:20
agreed 46:8
ahead 15:8
  16:23 18:16
  22:18 23:23
  34:7,8
  45:12
air 7:13,25
  11:6 20:1,3
  20:9 21:17
  21:23 23:6
  23:7 41:16
airborne 11:3
  11:5,22
al 1:7
allegation
  6:21
Allis 18:7
AMERICAN 1:7
Andrew 3:5
answer 14:17
  36:1,5
  41:16,19
  42:4 45:15
answered

45:13
answers 36:8
anti-sweat
  42:11
anyway 5:13
anyways 36:20
apologize
  29:19
Appeared 2:13
  2:16,19,23
  3:4,7,10
applied 13:5
apply 8:22,23
architect
  26:8
area 5:1 6:10
  34:15,17
  35:1,3,13
  38:10
asbestos 5:23
  7:6,7 8:14
  8:15 10:14
  11:4,17,22
  12:4,20,24
  13:6,16
  16:18 17:6
  17:21 18:23
  19:1 20:6
  20:24 30:1
  31:20 33:3
  33:7,8,19
  34:23 40:3
  40:7,22
  41:14,22,25
  42:3,5,9,12
  42:22 45:9
asbestosis
  32:7
asbestos-c...
  6:19,24 7:3
  7:10 8:6,11
  10:23 11:2
  13:12 15:17
  17:2,22
  20:3,11,22
  21:22 22:14
  23:9 24:8
  29:7,16,21
  31:1,12
  32:18 33:20
  41:3,8
asbestos-r...

29:12
Ashland 2:12
aside 39:10
asked 29:14
  36:7 41:13
  41:18
asking 27:10
  27:12
associated
  5:22 42:9
ASSOCIATES
  3:2
assume 12:18
  14:23 20:4
  23:16 26:9
  39:22
assumption
  11:9,10,13
  12:15 23:18
  27:11,13
attached 3:20
  3:21 45:24
  46:2
attending 5:8
attorney 3:22
  43:8,18
  44:19,25
  47:14,16
attorneys
  44:20
August 23:3
  38:16
available
  7:14 31:16
  43:21
Avenue 3:6
aware 6:20
  7:12 9:1
  15:22 26:22
  27:12 29:6
  29:15 30:24
  30:25 40:7
a.m 1:14 2:8
  2:8 46:16
  47:12,12

**B**

B 3:17
back 7:2,9
  21:23 28:25
  35:20 36:8
  36:10,17

41:21 42:13
BANKS 3:2
based 13:15
  20:7,19
  21:21 22:12
  23:18 33:6
basic 35:11
began 7:2
  10:6 36:11
behalf 2:13
  2:16,19,23
  3:4,7,10
  34:12
believe 40:25
Bendix 2:19
best 13:15
  28:24 30:17
  32:15,22
beyond 43:1
bidding 44:13
big 6:12
bigger 44:13
  44:13
bill 5:24
birth 4:11
bit 5:15 15:8
blower 25:3
board 11:17
  12:20,20,23
  12:24 13:12
  13:14,17,20
  13:25
boards 11:18
  12:5
Bob 9:5 34:11
book 29:2
books 9:2,5,5
  9:8,11,19
  9:23 10:6
  10:12,16
  43:1 44:19
  46:1,1,7,14
Booth 9:13
Borchardt
  1:12 2:1
  4:2,8 10:21
  12:10 25:23
  29:6 33:18
  34:11 35:19
  40:8 41:10
  44:5 45:24
  46:4

bottom 17:10
  17:13 22:21
bought 41:23
BOWMAN 3:8
BRADY 3:5
break 34:6
breakdown
  8:12
brick 13:8
briefly 10:4
broke 35:17
BROOKE 3:8
building 7:15
  7:17,18 8:1
  8:2 33:9
business 4:9
  31:23

**C**

C 2:10 3:1
call 26:12
  46:8
called 4:2
  12:19 25:24
  40:24 46:7
care 43:19
CASCINO 2:11
case 1:6 6:17
  10:25 26:6
casting 26:25
castings 6:20
  8:25 9:1,19
  10:7 11:10
  14:6,10
  18:3 21:13
  25:10,25
  26:6,19,20
  27:23 28:2
  28:8,18,25
  29:3 32:10
  32:14 34:15
  34:18 35:1
  37:13 38:18
  40:17,18,21
  45:9
CELL 7:13 8:1
  41:16
cement 7:7
ceramics
  31:16
certainly
  20:5 26:8

34:1
**certify** 47:6
 47:9,13
**Chalmers** 18:7
**change** 27:24
**changed** 27:20
**changes** 35:16
**Chapter** 2:3
**check** 10:17
**Chester** 43:9
**Chicago** 2:12
 7:25 29:25
 30:4 41:17
**choose** 13:9
**CIRCUIT** 1:1
**city** 28:11
**claim** 27:4
**claiming** 6:18
**clarify** 39:10
**clear** 8:19
 17:1
**clearly** 21:18
**CLVS** 3:11
**cold** 15:20
 17:20 23:7
 24:6,8
 42:11
**COLLEEN** 1:3
**combination**
 6:2
**come** 6:5
**coming** 9:22
 12:4 31:18
**commencing**
 2:8 47:11
**commercial**
 2:19 6:1,5
 6:7
**commission**
 47:24
**common** 7:5,13
 23:8 32:17
**companies**
 14:13 30:2
**company** 2:23
 3:7 4:17,19
 5:16 6:12
 7:2 10:8
 15:5,6 20:8
 20:9 27:2
 28:25 30:17
 31:7,19

32:12 35:5
35:10,16,16
38:18 39:23
42:18
**completely**
 33:11
**composition**
 17:5
**compression**
 23:6
**compressor**
 23:7
**concerned**
 32:2,3
**concluded**
 46:16
**concluding**
 2:8 47:12
**condensation**
 16:18 20:4
 20:23
**consider**
 13:22
**Construction**
 35:17
**contact** 30:21
**contain** 10:13
**contained**
 10:16 13:19
 16:12 40:3
 42:12,13
**contract** 9:12
 9:23 10:6
 12:11 14:11
 14:20 15:8
 16:1,23,24
 17:12
**contracts**
 10:14 11:14
 11:16 12:13
 44:18
**copies** 3:21
 3:21
**copy** 9:16
**core** 16:10
 25:3,19
 34:15,17
 35:1,3
 37:14
**cork** 18:24
**Corning** 7:21
**corporate**

44:25
**correct** 4:20
 5:4,9 6:21
 10:16 16:4
 16:10 17:16
 18:1 19:8
 20:17,18
 21:13 22:10
 24:17 25:4
 25:20 26:20
 28:19 31:9
 32:8 35:6,7
 35:9 36:16
 38:11,17,25
 39:6,9,22
 40:4 41:20
 42:20,24
 43:10 44:20
 45:10 46:15
**corrugated**
 5:21,23 7:6
 11:17,18
 12:20,20,23
 12:24 13:6
 13:12,14,17
 13:25 30:1
 34:23 44:11
**corrugating**
 34:20
**cost** 7:15
**counsel** 9:4
 45:25 47:14
 47:16
**counted** 11:8
**COUNTY** 1:1
 47:2
**couple** 44:4
**course** 8:5
 30:14 39:23
**court** 1:1
 33:2 45:23
**coverers** 5:21
 29:8
**covering** 41:7
 44:12
**create** 33:10
**crew** 5:21,21
**custody** 46:14
**customers**
 27:3
**cut** 13:20
**cutting** 13:21

**cylindrically**
 41:6

**D**
**damaged** 27:23
**dangerous**
 29:13 30:9
 34:1
**dangers** 29:16
 32:4
**date** 4:11
 16:3,24
 17:9,12
 18:18 19:5
 20:15 21:10
 22:4,20,22
 23:25 24:14
 24:25 25:14
**dates** 16:4
**date's** 17:9
**David** 3:8
**day** 2:7 31:9
 47:11,20
**deadening**
 20:5
**deal** 11:9
 12:19 14:19
 15:25
**dealing** 11:14
 12:22 14:8
**deals** 19:24
**decision**
 25:25 26:1
**Defendants**
 1:8 2:3
**defer** 36:15
**deliver** 34:23
**deposition**
 1:12 2:1
 5:3 36:23
 36:25 41:10
 46:3,4,16
 47:6,9
**depositions**
 36:15
**description**
 17:19 19:25
 21:9,16
 22:6 24:19
 25:2 37:14
**detail** 5:7
**different**

17:24 42:10
 42:10 44:19
 44:19
**difficult**
 8:19
**diminished**
 44:11
**direction**
 47:8
**directly**
 47:17
**disappeared**
 43:11
**disclosed**
 27:19
**Discussion**
 45:21
**distributed**
 30:6
**distributor**
 7:20
**distributors**
 30:5
**division**
 19:20 35:8
 35:25 36:11
 37:18 38:5
 38:22
**divisions**
 35:11 36:3
**document** 3:19
 3:19 37:7
**documents**
 10:19
**doing** 4:16
 23:19,19
 25:22 37:21
**doubt** 15:23
**dress** 33:11
**duct** 16:3,9
 16:17 20:17
 20:20 21:17
 37:14 38:20
**ducts** 21:23
**duly** 4:3

**E**
**E** 2:10,10 3:1
 3:1,13,17
**earlier** 30:20
 35:20 43:1
**early** 6:3,16

7:9,14
31:11 32:3
**easily** 34:22
**east** 3:6 18:8
**economic** 8:20
**eight** 41:12
**either** 13:24
**Ellen** 3:2
**Elmer** 1:12
2:1 4:2,8
**EMILE** 3:2
**employ** 42:19
**employee**
47:14,15
**employees**
31:6 42:19
**entire** 14:5
**entirely** 8:21
**entries** 9:18
9:21,22
10:5 11:9
11:13 12:19
13:24 14:2
**entrusted**
43:8 44:17
44:22
**entry** 15:7
18:15,16,18
19:2,5
20:13 25:9
**equal** 8:20
12:18
**ERT** 2:17
**Especially**
36:19
**essentially**
27:5
**Estate** 1:4
**estimate** 4:15
8:5
**estimated**
38:23
**estimating**
37:21
**estimator**
5:23 34:20
**et** 1:7
**evidently**
14:14
**exact** 35:15
**EXAMINATION**
4:5 34:9

**44:**6 45:6
**examined** 4:3
**excerpt** 9:18
**excuse** 5:25
10:22 11:19
**Exhibit** 3:18
3:21 9:16
9:17 10:3,5
10:12 11:7
12:13 36:22
37:7 38:13
45:24 46:4
**exhibits** 3:20
3:21 9:3
10:13 37:4
45:22 46:3
**existence**
32:14
**experience**
13:16 27:15
**expires** 47:24
**extent** 10:3
12:8
**exterior**
13:11,21

―――――――――
**F**
**facility** 14:6
34:15
**factor** 7:15
31:25
**factory** 20:10
**facts** 20:21
**familiar**
10:21 26:18
26:19
**family** 34:12
39:19,20,20
**favorite**
14:13,14,15
**February** 23:2
**felt** 7:13 8:1
15:21,24
23:16 24:10
40:25 41:6
41:17,21
42:3,9
**fiber** 15:23
**fiberglass**
7:16,21 8:3
8:7,20
10:14 17:5

21:25 44:12
**fibers** 7:7
12:7,9
15:23
**Fifth** 3:9
**file** 43:4,6,7
**files** 43:4,8
44:17,18,22
**final** 25:9
45:5
**financially**
47:16
**find** 25:11
**fine** 9:20
42:15,17
**fined** 33:24
**firm** 28:10
**first** 4:3
6:23 9:21
10:5 12:14
12:16 14:4
14:19 21:9
25:13 28:1
29:6,15
37:7
**fittings**
31:17
**flat** 30:1
**following**
25:2
**follows** 4:4
**follow-up**
44:4
**forever** 27:6
**form** 11:24
14:16 26:14
26:21 27:7
27:18 33:22
**formed** 41:7
**forward** 32:10
**foundation**
8:16 11:24
14:16 16:14
19:14 21:3
23:13 26:3
27:18 28:5
30:10 33:22
**foundries**
26:25
**four** 35:23
43:1 46:1
46:14

**frame** 30:24
34:22
**Frank** 2:21
3:5 19:13
**friable** 10:22
11:1,4,20
13:17,19,23
**friendly** 29:8
**front** 6:17
9:16
**full** 4:7
**further** 18:8
47:9,13

―――――――――
**G**
**G** 2:11 3:5
**General** 3:10
**generalized**
42:6
**generally** 9:9
26:19 31:17
**GI** 5:24
**give** 8:11
20:15 22:21
36:8 40:9
41:19 42:4
**given** 27:15
35:20 36:14
36:14 43:16
45:23 46:11
**glass** 24:10
31:15
**go** 5:6 9:9
10:3 12:10
14:1 16:22
19:2 21:1,6
28:25 33:10
33:12 34:7
34:8 38:8
39:7 41:10
45:12
**going** 5:6 9:2
9:15,17
10:15 11:8
11:12,21
13:25 14:1
14:23 19:2
26:13 35:15
35:23 36:21
45:11,23
46:10,10
**Gordon** 2:14

**gotten** 6:13
29:22
**gradual** 36:1
44:9
**gravel** 11:18
**great** 5:7
12:9
**grew** 42:18
**grow** 44:8

―――――――――
**H**
**H** 3:17 4:8
**half** 18:20
23:1,3
**hammer** 12:6
**hand** 47:19
**handled** 17:17
**handwriting**
9:14,25
**happened**
43:14
**happening**
30:23
**hard** 36:17
**hazard** 32:19
**hazards** 29:7
30:18
**head** 29:10
**health** 5:6,7
32:19
**heard** 10:25
41:2
**heat** 42:12
**heavily** 21:19
**held** 45:21
**helped** 35:18
44:25
**Hennes** 3:4
**hereunto**
47:18
**hired** 42:22
**history** 5:16
9:14
**Holming** 3:7
**home** 5:3
**Honeywell**
2:19
**horrendous**
33:13
**hot** 17:20
**hundreds**
36:14

**I**

idea 24:21
28:7 29:3
identifica...
37:5
identified
3:18 41:21
identify 46:2
Illinois 2:12
5:19
image 35:3
improper
45:12
inadvertent
42:13
incorporate
32:1
indicated
26:18
indicates
20:17
indirectly
47:17
individual
30:25
Individually
1:3
individuals
30:6
induce 11:6
industrial
6:7
inexpensive
13:7
information
10:2 15:16
18:9
inspect 39:7
inspection
38:8
installed
11:20 13:22
38:1
instance 2:3
instructed
8:22
insulate 14:5
21:23
insulated
20:23 23:5
25:18
insulating

6:24 7:4,23
8:13 14:9
20:9,13
21:12,19
22:7,17
26:20,24
29:22
insulation
2:23 4:15
4:17,22
5:16,19
6:13 7:10
7:11 8:7,7
10:7 14:25
15:11,13,17
16:9,17,23
17:5,20
19:20 20:1
20:3,17,20
20:22 21:17
21:23 22:8
22:9,11
23:6 24:3,6
24:8,9,20
25:3,7,10
25:13,19,22
26:12 27:5
27:9,16
28:24 29:4
30:17 31:2
31:6,7,7,9
31:19 32:8
32:9,11
34:21,24
35:9,10,13
35:17,25
36:11 37:14
38:4,20
39:12 40:2
41:14,22,25
42:5,18,21
42:25 45:8
insulator
14:15 28:2
insulators
6:10 28:7
interact 7:18
interested
47:16
International
2:20
invariably

16:17
involved
16:19 19:7
21:19 26:8
31:19,23
32:4 35:24
involves 15:7
issue 15:13
issues 5:6,8
item 38:12
items 7:13

**J**

J 2:17
January 4:18
10:11
job 3:19,19
21:4 22:15
22:17 23:15
24:3 26:2
26:11 34:23
37:7,8,10
37:14,20,21
37:23 38:2
38:5,9,13
38:16,24
39:2,8 43:6
43:7
jobs 9:14
12:11 14:9
14:9,12
17:17 36:20
43:3 44:13
Johns 29:25
July 1:13 2:7
16:7 37:11
47:11,20
jurisdiction
33:4
jury 4:7,11
5:15 6:18
9:8 10:25
11:1 12:3
13:3 18:18
20:15 23:25
41:2

**K**

Keasby 29:25
know 8:18
11:25 12:8
13:13 15:19

16:12,16,17
17:6,21
18:6,9,13
18:25 23:12
25:6 26:5,7
27:11 28:1
28:1,8,10
29:15 30:23
32:16 36:14
36:17 43:14
knowledge
13:15 15:2
15:16 18:3
18:12 20:7
20:19 21:4
21:22 22:12
23:14 28:24
29:5 30:11
30:18 32:15
32:17,23
40:2 41:5,9
42:2 45:9
known 42:8
KONKEL 2:14

**L**

L 3:2
lack 21:3
23:13 28:4
large 7:10
9:13
lasts 13:7
Laurie 2:17
LAW 2:11
lawsuits 32:6
layers 41:5
ledger 37:11
46:1
Leech 2:14
left 14:20
Lemberger 1:3
1:4 18:10
18:12,13
34:12
let's 6:8,9
7:24 30:14
30:15
level 44:10
life 5:2 8:10
line 5:11
23:7 35:23
41:12

listed 10:18
10:19 29:2
listing 9:11
literally
31:9
little 5:15
6:3 22:15
lived 4:25
living 4:14
LLC 2:19 3:2
LLP 3:8
Local 42:22
located 43:12
long 4:16,16
4:25 13:7
36:17
longer 31:3
31:12
look 43:17
looked 35:1
looks 16:9
22:15
loss 42:12
lot 27:22,22
36:14
lucrative
31:22
Lutz 3:8
Lyle 3:11
L&S 2:23 4:15
4:17,22
5:16,18,20
5:25 6:1,5
6:8,9,18,23
7:9,9,19,22
8:5,6,10,24
10:7 14:5,9
19:7,9,10
19:15 20:20
21:19,22
23:19 24:7
25:9,25
26:11,24
28:1,17,21
28:24 30:16
31:1,4,7,19
31:23 32:11
35:5,10,17
35:17 37:18
39:11 40:1
40:3,8,19
41:15,25

**M**

42:18,25
43:19 44:8
45:8,25

M 3:13
Madison 30:1
major 6:10
majority 7:23
making 23:18
mandated 8:22
manufactured
 7:5 31:3
manufacturers
 30:13,16,21
Manville
 29:25
mark 3:11
 46:9
marked 3:22
 9:3,15
 36:22 37:4
 37:8
mask 33:11
material 12:6
 12:21
materials
 8:11 11:16
 21:4 23:14
 23:21 26:9
 37:23 38:1
 38:6 39:2,4
 39:7 43:3
matter 9:12
Mayfair 3:3
McCoy 2:11
 3:15,16
 5:11 8:8,16
 9:6 11:24
 14:16 16:14
 16:20 19:13
 19:17,22
 21:2 23:10
 23:13 26:3
 26:14,21
 27:7,18
 28:4,14
 30:10 33:22
 34:4,6,10
 34:11 36:25
 37:3,6
 40:12 45:5

45:7,14,19
45:22 46:13
McLeRoy 2:17
 44:3
mean 28:8
 38:7 44:23
means 10:25
 11:1,3,4
 13:3 14:7
men 6:14 32:5
 40:18,19
mention 30:4
 40:24
mentioned
 35:4
mid 32:17
 33:6
Milwaukee 1:1
 2:15,18,22
 3:3,6 4:10
 5:1 6:10
 8:3 42:23
 47:2
Minneapolis
 3:9
Minnesota 3:9
minor 14:11
Miscellaneous
 24:20
mistake 42:7
moment 27:11
 34:7
money 31:25
months 17:15
Motor 6:20
 8:25 9:1,19
 10:6 11:9
 14:6,10
 18:3 21:13
 25:10,25
 26:6,19,20
 28:2,8,17
 28:25 29:3
 32:10,14
 34:15,18
 35:1 37:13
 38:18 40:17
 40:18,21
 45:9
Motors 3:10
move 14:17
 16:20 28:4

28:14 42:17

**N**

N 2:10 3:1,8
 3:13,13
name 4:7
 34:11
names 28:10
natural 27:24
 44:14
necessarily
 31:10
necessary
 46:9,10
need 34:6
needed 43:16
negligence
 6:19
negligent
 33:19
NESS 2:21
never 42:8
new 31:17
 32:9
newer 31:15
Niebler 43:9
 43:18 44:23
Niebler's
 43:14
Nonresponsive
 28:15
North 2:15,18
 2:22 3:3
Notary 2:5
 47:4,23
notice 2:4
notify 30:16
number 17:11
 17:12,15
 22:18 27:21
numbers 14:20
N2161 1:16
 2:6 47:10

**O**

O 3:13
oath 4:3
object 8:16
 11:24 14:16
 16:14,20
 26:3,14,21
 27:7,18

28:4,14
30:10 33:22
40:10
objection
 5:11,12
 19:14,18
 21:2 23:10
 34:4 45:12
observations
 33:6
observe 38:1
observed
 33:15,16
observing
 38:5
obtain 12:7
obvious 18:22
occupation
 4:13
occurred 36:2
office 43:15
 47:19
OFFICES 2:11
Oh 9:24 19:11
 32:20 33:16
 34:19 44:23
 44:25
okay 9:19
 10:21 11:14
 15:7 18:9
 19:21 21:21
 22:1 35:13
 36:17 38:8
 40:24 41:2
 42:17 45:4
Old 2:15
once 11:20,21
 13:22
ones 29:11
one's 17:1
operate 4:15
operation
 5:18
opinion 27:19
 33:18
opportunity
 10:2
opposed 8:7
order 12:7
 15:21 37:23
ordered 39:1
original 3:20

originate
 45:1
originated
 5:18
OSHA 32:21,25
OTJEN 2:17
outside 13:5
 13:10,21
outstanding
 39:16
oven 25:3,19
 34:15,17
 35:1,3
ovens 16:10
 37:15
overlapped
 34:22
Owens 7:20
owned 4:19
owner 4:22,24
owners 5:19
ownership
 39:11
O'Neal 1:18
 2:5 47:4,22

**P**

P 2:10,10 3:1
 3:1
page 3:18 9:9
 9:10 17:8
 17:10,13
 19:3 22:2
 22:21 35:23
 41:11
pages 22:18
part 4:23
 6:13,17
 19:19 21:19
 31:7,8 35:4
 44:17,18
particles
 11:5 12:4
 13:16
particular
 21:4 26:1
 37:10 39:8
parties 47:15
Peggy 9:13
percent 39:12
 39:17,21
percentage

7:10 8:6,12
8:13,14
12:8
**period** 6:8,12
12:12,12
19:15 21:23
24:7 25:6
28:12,13
29:19,20
31:8 36:2,4
36:5 37:17
**permanent**
4:25
**person** 38:23
39:1
**personal** 1:4
21:3,21
22:12 47:7
**Pewaukee** 1:17
2:7 47:10
**picture** 32:22
**pipe** 5:21
14:25 15:13
15:19,20,24
20:1,3,9
22:8 24:6,8
29:8 41:6
44:11
**piping** 22:9
22:11
**Plaintiff** 1:5
2:13,16
**plaintiffs**
6:18
**Plaintiff's**
36:22 37:7
45:22
**plant** 14:24
17:25 18:4
18:10 25:4
25:20 26:19
26:22 27:16
27:22 28:21
32:14
**plants** 18:6
27:1,20
**plastic** 31:17
**please** 4:7
17:11 34:8
**point** 16:13
19:7 31:14
32:2,21

39:11 42:25
43:11
**Portland** 7:7
**potential**
29:7,16
30:18 32:18
32:19 33:8
33:20
**pound** 12:7
**pounding**
27:23
**powerhouses**
29:12
**practice** 34:1
**precaution**
34:2
**precautions**
33:7,21
**preceding**
47:6
**Present** 3:11
**president**
39:23
**pretty** 17:1
18:22
**prevent** 5:8
15:21
**previous**
17:10,13
22:21 23:1
**previously**
3:22
**primarily** 6:1
7:6
**primary** 31:15
**probably** 5:13
23:7 36:2
44:9 45:2
**PROCEEDINGS**
4:1
**process** 8:21
13:22 32:4
33:14
**product** 11:4
11:20 13:8
20:11 22:14
26:1 29:22
29:23,24
40:24 41:3
41:22,23
**products** 6:19
6:25 7:4,23

8:13 10:23
11:2 20:24
25:23,23
29:7,16
30:6,7,9,13
30:19 31:11
31:12,13
32:18 33:8
33:8,20
34:23,24
41:14,25
42:5,10
**project** 21:13
22:24,25
23:1
**projects**
12:17 25:23
**protected**
30:22
**protection**
13:6
**provide** 30:7
45:8,16
**provided** 7:25
**Public** 2:5
47:5,23
**pulp** 12:7
**pulverized**
13:20
**purchase** 7:22
**purchased**
29:21 39:15
41:17
**purchasing**
21:25
**pursuant** 2:3
2:4
**put** 15:3 27:5
38:9 39:5,8
39:10
**putting** 26:13

_____ Q _____

**QUARLES** 3:5
**question** 8:8
35:24 38:4
40:8 41:13
41:19 42:5
45:5
**questioning**
5:12
**questions**

19:14,19
36:7 43:24
44:3 45:19
**quickly** 14:3
**quite** 17:15
23:23

_____ R _____

**R** 1:18 2:5,10
2:14,21 3:1
47:4,22
**Racine** 6:15
**radically**
27:21
**really** 18:13
**reason** 29:1
**reasons** 27:21
42:10
**recognize**
9:21,25
**recollection**
8:24 34:25
**record** 45:21
**recorded** 47:6
**records** 26:10
28:17,18,22
43:1,2
**recross** 45:12
**reduced** 47:7
**refer** 12:21
**referred** 3:21
**regulated**
32:25
**regulations**
32:22
**relates** 10:22
**relation** 11:2
13:8
**relative**
47:14,15
**relevance**
5:12
**remaining**
12:11 14:2
39:15
**remark** 46:6
**remember** 6:14
34:17 36:17
44:15
**removal** 31:20
32:4,9
**remove** 33:1,3

33:19
**removed** 33:8
**renovation**
32:9
**repair** 22:15
**repairs** 32:9
**Reported** 1:18
**reporter** 33:2
45:23
**represent**
9:17
**Representa...**
1:4
**reserved** 5:13
**residence**
4:25
**residential**
6:1,6
**respect** 11:16
**retain** 46:13
**retained** 3:22
**right** 10:20
15:12,25
16:4 17:18
17:21 18:7
18:15 19:17
19:24 20:7
23:22 25:9
25:22 28:22
35:11,22
36:12,20,20
37:3,11,18
37:21,24
38:2,6,10
38:12,16,18
38:20,24
39:2,5,8,12
39:21,24
40:9,22
41:4,8,22
42:1,15,19
42:23 43:2
43:9,12,15
43:19,21,24
44:24
**road** 1:16 2:6
3:3 17:16
47:10
**Robert** 2:11
**roofer** 14:14
**roofing** 5:19
5:20,23

6:24 7:4
10:15 11:14
11:16,17,21
12:17,21,25
13:1,25
17:5 30:1
34:20 35:4
35:10 36:11
37:18 38:22
44:11
roofs 7:8
RPR 1:18 2:5
47:4,22

**S**

S 2:10 3:1,17
SAFRAN 2:14
SAMSTER 2:14
satellite
5:18
save 19:18
saw 34:19
43:1
says 15:24,24
16:3,9
18:24 23:6
25:3,19
36:13 37:12
38:3
school 26:16
26:16
seal 47:19
section 41:7
see 10:12
14:21,25
15:14 16:24
34:14 38:9
39:4
seeing 34:17
seen 9:4,5
select 26:9
separate 35:8
35:11
series 32:5,6
Service 7:15
7:18,18 8:1
8:2
Services 3:4
set 44:19
47:19
setting 26:11
seven 6:15

Shooting 1:16
2:6 47:10
show 9:2,15
28:18 46:11
shower 33:11
shown 12:14
16:23 46:11
sic 41:11
side 14:20
sidewall 13:2
13:3
silicon 29:13
similar 26:24
26:25
simple 31:18
sir 41:1
site 18:4
six 6:15
size 42:19
skipping 15:8
16:22 18:16
23:22
skirting 13:2
13:4
slightly 14:1
small 5:18
9:12
Smaller 14:12
14:13
smallest
28:10
sold 30:7
solid 12:6
somebody
40:17
somewhat
17:24
son 29:10
sorry 33:2
40:13 42:6
sort 22:16
30:8 31:2
35:18
sound 20:5
South 2:12
3:9 4:10
Spahr 3:2
special 33:7
specific 8:24
34:25
specifically
11:14 12:21

SS 47:1
stages 6:4
standard 1:7
9:11
standing
19:13,18
Star 1:16 2:6
47:10
start 5:17
10:10 30:23
30:25 32:5
started 5:20
5:22,25
6:14 7:12
14:5 21:20
31:17 34:19
35:5,14
44:13
starting 6:4
state 1:2 2:5
7:20 32:1
47:1,5
stated 42:2
Statutes 2:4
stayed 32:1
steam 14:25
steel 13:5
STEINLE 2:21
stepped 32:21
Steve 34:12
Steven 1:4
stock 23:21
30:1 39:11
39:16
stop 31:1
Street 2:15
2:18,22 3:9
4:10
strike 14:17
16:20 28:4
28:14
studies 29:13
suing 6:18
Suite 2:15,18
2:22 3:3,9
supplier
29:23
suppliers
41:14
sure 19:16,23
34:19 36:9
sweating

15:22
switched 7:16
switching
8:21
sworn 4:3
Systems 2:19
S.C 2:14,17

**T**

T 3:13,17
take 6:9
30:14,15
34:6 43:19
taken 2:2
27:10 33:7
47:10
talk 15:7
talked 12:16
36:21
talking 12:12
12:25 13:24
17:15 40:18
43:2
talks 14:24
15:13 17:24
Tammy 1:18
2:5 47:4,22
Tank 17:20
tedious 14:1
tell 4:7,11
5:15 9:8,10
11:1 12:3
13:3 14:23
15:20 17:18
18:18 23:25
26:16 34:16
34:21 41:2
ten 35:20
term 10:21
11:1
Terschan 2:21
2:21 3:14
3:15,22 4:6
5:14 8:9,17
9:7 11:25
12:2 14:18
16:15,21
19:16,21,23
21:5 23:11
23:17 26:4
26:17,23
27:8,25

28:6,16
30:12 33:5
33:25 34:5
36:24 37:1
40:10 44:2
44:4,7 45:4
45:11 46:6
46:13,15
testified 4:4
27:13
testify 27:14
testimony
35:19
36:1 44:14
things 27:23
29:12 31:16
think 5:12
9:4 12:9
17:9,12
28:3 30:3
41:2 43:25
46:9
Third 2:15
thought 10:17
32:5 45:13
three 5:21
6:14 25:16
time 5:25
6:12,23 8:5
8:10 12:12
13:7 15:3
16:13 19:8
19:19 20:7
20:20 21:18
21:24 23:5
23:19,20
24:7 25:6
28:12,13
29:19,20
30:14,24,24
31:8,14
32:2,21
33:11 34:22
36:17,19
37:17 39:11
39:15 42:25
43:11
today 7:8

Thank 43:25
45:20
they'd 12:9
thing 33:12

39:24 41:2
41:8 43:2
43:21
**told** 29:11
**trades** 29:9
**transcript**
3:20,21,21
4:1 45:24
46:3,7
**transition**
35:13 36:4
36:5,10
**transitioned**
34:21
**trial** 5:9
37:1
**Triple** 29:25
30:4 41:17
**truck** 34:24
**true** 37:19
**trust** 43:18
**try** 14:3
**tunnels** 33:10
**Turbo** 22:8
**turn** 22:1
24:11 35:23
38:12
**two** 5:21 6:14
15:10 18:6
24:16,16
25:4 35:11
36:20 42:9
42:10
**type** 9:22
11:19,19
12:23 26:11
26:11,12,24
27:15,16,20
27:21 29:24
**types** 7:11
26:25

_____
**U**
**ultimately**
42:19
**Unbelievable**
33:10
**understand**
31:22 37:2
37:3 44:9
44:21
**understanding**

33:23
**unfamiliar**
25:8
**union** 29:10
29:10,14
**union's** 29:10
**usable** 7:6
23:21
**use** 6:19,23
7:3,9 8:3,6
20:10 24:7
25:24 26:1
30:18 31:4
31:13 41:15
**usually** 13:1
**utilized**
30:14 31:13
**utilizing**
21:22

_____
**V**
**vac** 22:8
**vague** 35:3
**value** 8:20
**VAN** 2:17
**variety** 27:3
30:2
**vast** 7:22
**VAUGHAN** 2:11
**Vehicle** 2:19
**versus** 7:11
**vibration**
27:22
**Videographer**
3:11
**Videotape**
1:12 2:1
**visited** 34:14
**vs** 1:6

_____
**W**
**wall** 13:5
**want** 9:9
10:17 11:12
12:10,14,18
15:7,25
21:1,6 22:1
24:11 31:24
33:16 36:24
41:10
**wanted** 26:13
34:14 43:17

**warehouse** 8:2
**warned** 40:11
40:14,15,21
**warning** 30:8
**warnings** 40:3
40:9 45:8
**wasn't** 5:22
15:6 31:25
38:10
**water** 2:18,22
15:13,19,20
15:24 17:20
23:7 24:6,8
42:11
**way** 20:25
28:8 33:12
**ways** 23:23
**Wednesday**
1:13
**WEIR** 2:17
**went** 12:22
**weren't** 15:5
29:2 33:4
38:5
**we'll** 16:22
42:17 46:9
**we're** 5:3,6
6:17 12:12
13:24 14:8
15:8 16:22
17:15 18:15
18:20 23:22
27:16 46:10
**we've** 12:16
27:3
**whereof** 47:18
**windows** 13:2
**Wisconsin** 1:2
1:17 2:4,6
2:7,15,18
2:22 3:3,6
3:6 47:1,5
47:11
**witness** 2:2
4:2 12:1
23:16 26:15
26:22 27:13
27:20 30:11
33:3,23
34:8 40:11
45:13 47:18
**witnesses**

27:4
**wool** 7:12 8:1
15:21,23
23:16 24:10
40:24 41:5
41:16,21
42:3,9
**words** 10:6
11:21 25:24
26:25 29:23
**work** 14:3
26:24 29:4
33:12 35:9
36:3 40:1,2
42:21 43:2
**worked** 18:10
28:8,17,21
29:9 31:8
**workers** 40:4
40:5,9,16
42:22 44:8
**working** 4:17
8:24 10:7
15:5,6
19:10 20:8
20:19 40:19
**World** 2:15
**wrapped** 41:6
**writing** 47:7
**W268** 1:16 2:6
47:10

_____
**X**
**X** 3:13,17

_____
**Y**
**Yeah** 10:1
14:22 18:24
36:25 43:4
**year** 14:22
18:20 21:12
22:25 23:1
23:3 24:3
25:2 27:5
**years** 4:23
6:5 10:18
15:10 24:16
24:17 25:16
27:1 30:20
30:21 35:20
44:20

_____
**0**
05-CV-010416
1:6

_____
**1**
**1** 3:19,20
28:21 36:22
36:24 37:4
37:7 45:22
**1A** 46:4
**10/15/58**
24:15
**10/24/50**
16:25
**10/26/50**
17:14
**10/8/53** 21:11
**10:00** 1:14
2:8 47:12
**100** 39:12,17
**11** 12:19
38:16
**11:09** 2:8
46:16 47:12
**1110** 2:15
**12/9/25** 4:12
**1200** 3:3
**15-year** 12:11
**150** 3:9
**161** 4:2
**17** 16:7 37:11
**19** 42:22
**1936** 5:18
**1947** 6:9 10:6
10:8 12:13
29:20
**1948** 14:24
**1950** 4:18,19
10:11 15:10
16:6,7 35:5
37:11,17
**1952** 38:16,22
**1956** 35:14
36:12
**1958** 28:22
**1962** 6:9
12:14 28:18
29:4,17,21
30:15 32:10
44:10
**1971** 31:11
**1972** 30:15

```
   31:11
1980s 32:17
   33:6,18
1996 41:11
1998 35:20
   36:8,10

         2
2 3:19,20
   17:25  18:11
   25:20  36:22
   36:24  37:4
   38:13  45:22
2A 46:5
2nd 1:13  2:7
   47:11
2/26/54 22:5
2008 1:13  2:7
   47:11,20
215 2:22
22 11:13
   12:16
220 2:12
27 12:11,17
   12:18
2744 14:19,21
290 3:3

         3
3A 46:5
3/10/52 18:19
3000 3:9
309 2:22
33 13:24
3351 15:8
34 3:15
3478 3:19
   16:1  37:8
3604 16:22
3691 17:8,12
37 3:19
38 3:19

         4
4 3:14
4A 46:5
40 45:3
40s 7:2,24
405 2:15
4084 18:15
411 3:6
4148 19:3,24
```

```
   19:25
4199 3:19
   20:13  38:14
44 3:15
45 3:16  35:23
   41:11
4545 21:6
4646 22:1
49 11:9  12:18
   13:24

         5
5/12/03 46:4
50 4:23  42:19
   44:8
50s 7:2,14,23
   7:24
501 3:21  9:17
   10:3,5,12
   10:13  11:7
   12:13  45:25
502 3:21  9:3
   46:8
503 9:3  46:8
504 9:3  46:8
505 3:21  9:3
   10:13  46:8
5083 22:17
53202 2:18,22
53202-4497
   3:6
53203 2:15
53226 3:3
54 23:2
5422 23:22
55 23:3
55402 3:9
56 36:2
59 36:2

         6
6/19/59 25:1
6/4/52 19:6
60 4:23  42:19
   44:8
60s 6:16  7:9
   7:24  44:16
60607 2:12
6120 24:11
616 4:10
6337 24:23
```

```
         7
7th 47:19
70 31:3
70s 29:4
   31:11  32:3
   44:16
700 2:18
71 31:3
7195 25:10

         8
8/10/55 22:23
8/11/52 20:16
8/16/62 25:15
8/17/56 24:2
80s 29:4
800 2:18
804 2:3
89th 4:10

         9
9/11/11 47:24
96 41:19,21
   41:25  42:7
99 39:21
```