RONALD L. BONK REPORTING COMPANY.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| CHARLOTTE E. NEUBAUER, personally and as personal representative of the Estate of Clifford S. Neubauer, | Civil Action No. 77-C-52 |
| JOY SKOFRONICK, personally and as personal representative of the Estate of Clifford E. Mason, | Civil Action No. 77-C-446 |
| WALTER PRESECHNIK, | Civil Action No. 77-C-491 |
| CLARENCE O. REIMER and MARY M. REIMER, | Civil Action No. 77-C-492 |
| DARWIN FRANK WITKOWSKI, SR., and ELEANORE WITKOWSKI, | Civil Action No. 78-C-43 |
| CLARENCE P. LILLGE and HERTHA LILLGE, | Civil Action No. 78-C-44 |
| ERICH E. ECKOLDT and MAMIE ECKOLDT, | Civil Action No. 78-C-131 |
| ROBERT J. GAYNOR and LAVELLETTE GAYNOR, | Civil Action No. 78-C-544 |

Plaintiffs,

-vs-

OWENS-CORNING FIBERGLAS CORPORATION,
a foreign corporation, et al,

Defendants,

-vs-

OWENS-CORNING FIBERGLAS CORPORATION,

Third-Party Plaintiff,

-vs-

PITTSBURGH CORNING CORP., a
foreign corporation, et al,

Third-Party Defendants.

---

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF WISCONSIN
 2   -------------------------------------------------------
     WILLIAM GLOBIG and
 3   KATHRINE A. GLOBIG,
                      Plaintiffs,            Civil Action
 4       -vs-                                No. 79-C-117
 5   OWNES-CORNING FIBERGLAS CORPORATION,
     a foreign corporation; JOHNS-MANVILLE
 6   SALES COMPANY, a foreign corporation;
     and KEENE CORPORATION,
 7                     Defendants,
     and
 8   EAGLE-PICHER INDUSTRIES, INC.,
     a foreign corporation,
 9                     Defendant and
                      Third-Party Plaintiff,
10       -vs-
11   INTERNATIONAL ASSOCIATION OF HEAT AND
     FROST INSULATORS AND ASBESTOS WORKERS
12   UNION and ASBESTOS WORKERS UNION, LOCAL 19,
                      Third-Party Defendants,
13   and
     PITTSBURGH CORNING CORP., a foreign
14   corporation; JIM WALTER CORP., a foreign
     corporation; CELOTEX CORP., a foreign
15   corporation; FIBREBOARD CORP., a foreign
     corporation; GAF CORP., a foreign corpor-
16   ation; OWENS-ILLINOIS, INC., a foreign
     corporation; ATLAS ASBESTOS CO., a foreign
17   corporation; UNION CARBIDE CORP., a foreign
     corporation; H. K. PORTER CO., INC., a
18   foreign corporation; SOUTHERN ASBESTOS
     COMPANY, a foreign corporation; FORTY-
19   EIGHT INSULATIONS, INC., a foreign
     corporation; THE FLINTKOTE CO., a foreign
20   corporation; NATIONAL GYPSUM CO., a
     foreign corporation; STANDARD ASBESTOS
21   MANUFACTURING AND INSULATION CO., a
     foreign corporation; UNARCO INDUSTRIES,
22   INC., a foreign corporation; COMBUSTION
     ENGINEERING INC., a foreign corporation;
23   ARMSTRONG CORK CO., a foreign corporation;
     NICOLET INC., a foreign corporation, and
24   RAYBESTOS MANHATTAN, INC., a foreign cor-
     poration,
25                   Additional Third-Party Defendants.
     -------------------------------------------------------
```

1

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF  WISCONSIN

2

------------------------------------------------------------

3

ROBERT A. WETZEL and
GRACE M. WETZEL,

4

5

           Plaintiffs,

-vs-

Civil Action
No. 79-C-980

6

JOHNS-MANVILLE SALES CO.,
JOHNS-MANVILLE CORP.,

7

OWENS-CORNING FIBERGLAS CORP.,
KEENE CORP., JIM WALTER

8

CORP., and CELOTEX CORP.,

9

           Defendants,

-vs-

10

OWENS-CORNING FIBERGLAS CORP.,

11

           Third-Party Plaintiff,

12

-vs-

13

PITTSBURGH CORNING CORP.,
EAGLE-PICHER INDUSTRIES, INC.,

14

FIBREBOARD CORP., GAF CORP.,
OWENS-ILLINOIS, INC., ATLAS

15

ASBESTOS CO., UNION CARBIDE CORP.,
H. K. PORTER CO., INC. SOUTHERN

16

ASBESTOS CO., FORTY-EIGHT
INSULATIONS, INC., THE FLINTKOTE

17

CO., NATIONAL GYPSUM CO., STANDARD
ASBESTOS MANUFACTURING &

18

INSULATING CO., UNARCO INDUSTRIES,
INC., COMBUSTION ENGINEERING, INC.,

19

ARMSTRONG CORK CO., NICOLET, INC.
and RAYBESTOS MANHATTAN, INC.,

20

           Third-Party Defendants.

21

------------------------------------------------------------

22

23

24

25

1

## EXHIBITS

2                                               Marked at Page

3  Defendants' Exhibit No. 142 . . . . . . .        16

4  Defendants' Exhibits Nos. 143 and 144 . .        17

5  Defendants' Exhibit No. 145 . . . . . . .        21

6  Defendants' Exhibit No. 146 . . . . . . .        22

7  Defendants' Exhibit No. 147 . . . . . . .        23

8  Defendants' Exhibit No. 148 . . . . . . .        23

9

10

11                                               Pages

12 Examination by Mr. Young  . . . . . . .      7 7 to 45

13 Examination by Mr. Stangle  . . . . . . .     45 to 47

14 Examination by Mr. Schmeckpeper . . . . .     47 to 50

15 Examination by Mr. Hankel . . . . . . . .     50 to 52

16 Examination by Mr. Harrington . . . . . .     52 to 55

17 Examination by Mr. Mentkowski . . . . . .     55 to 58

18 Examination by Mr. Wrenn  . . . . . . . .     58 to 59

19 Examination by Mr. Stangle  . . . . . . .     59 to 60

20 Examination by Mr. Vlasak . . . . . . . .     60 to 61

21 Examination by Mr. Young  . . . . . . . .     61 to 62

22

23

24

25

1          Examination of ELMER H. BORCHARDT, as a

2   witness upon the trial, taken at the instance of the

3   defendants, under the and pursuant to the Federal Rules of

4   Civil Procedure, pursuant to notice and subpoena, before

5   NANCY D. HANNA, a Notary Public in and for the State of

6   Wisconsin, at the Milwaukee Bar Association, 610 North

7   Jackson Street, Milwaukee, Wisconsin, on the 14th day of

8   July, A. D., 1980, commencing at 1:10 p.m. and concluding

9   at 3:00 p.m.

10

11   A P P E A R A N C E S:

12          Goldberg, Previant, Uelmen, Gratz,
             Miller, Levy & Brueggeman, S.C., by
13          Mr. Albert J. Goldberg,
                788 North Jefferson Street,
14              Milwaukee, Wisconsin,
                appeared on behalf of plaintiffs.

15

16          Borgelt, Powell, Peterson & Frauen, by
             Mr. Mark S. Young,
17              735 North Water Street,
                Milwaukee, Wisconsin,
18              appeared on behalf of Owens-Corning
                Fiberglas Corp.

19          Riordan, Crivello, Sullivan & Carlson, by
             Mr. Timothy F. Mentkowski,
20              710 North Plankinton Avenue,
                Milwaukee, Wisconsin,
21              appeared on behalf of Johns-Manville Co.
                and Johns-Manville Corp.

22

23          Otjen & Van Ert, S.C., by
             Mr. Daniel Stangle,
24              741 North Milwaukee Street,
                Milwaukee, Wisconsin,
25              appeared on behalf of Keene Corp.

26

```
 1        Churchill, Duback & Smith, by
          Mr. John D. Bird,
 2            780 North Water Street,
              Milwaukee, Wisconsin,
 3            appeared on behalf of Jim Walter Corp.
              and Celotex Corp.
 4
          Schoone, McManus, Hankel & Ware, S.C., by
 5        Mr. Robert E. Hankel,
              1300 South Green Bay Road,
 6            Racine, Wisconsin,
              appeared on behalf of Pittsburgh Corning
 7            Corp. and Combustion Engineering.

 8        Kasdorf, Dall, Lewis & Swietlik, S.C., by
          Mr. Jeffrey Schmeckpeper,
 9            1551 South 108th Street,
              Milwaukee, Wisconsin,
10            appeared on behalf of Eagle-Picher
              Industries, Inc.
11
          Prosser, Wiedabach & Quale, S.C., by
12        Mr. Thomas H. Harrington,
              626 East Wisconsin Avenue,
13            Milwaukee, Wisconsin,
              appeared on behalf of Fibreboard Corp.
14
          Davis, Kuelthau, Vergeront, Stover &
15        Leichtfuss, S.C., by
          Mr. James E. Culhane,
16            250 East Wisconsin Avenue,
              Milwaukee, Wisconsin,
17            appeared on behalf of GAF Corp.

18        Gibbs, Roper, Loots & Williams, by
          Mr. Robert E. Wrenn,
19            757 North Broadway Street,
              Milwaukee, Wisconsin,
20            appeared on behalf of Owens-Illinois, Inc.

21        Hayes & Hayes, by
          Ms. Susan Maloney,
22            161 West Wisconsin Avenue,
              Milwaukee, Wisconsin,
23            appeared on behalf of H. K. Porter Co.,
              Inc. and Southern Asbestos Co.
24

25
```

```
 1                    Stafford, Rosenbaum, Rieser & Hansen, by
                      Mr. Bruce Huibregtse,
 2                        131 West Wilson Street,
                          Madison, Wisconsin,
 3                        appeared on behalf of H. K. Porter Co.,
                          Inc. in Neubauer case.
 4

 5                    deVries, Vlasak & Schallert, S.C., by
                      Mr. Arthur J. Vlasak,
 6                        700 North Water Street,
                          Milwaukee, Wisconsin,
                          appeared on behalf of Forty-Eight
 7                        Insulations, Inc.

 8                    Boardman, Suhr, Curry & Field, by
                      Mr. Richard J. Delacenserie,
 9                        One South Pinckney,
                          First Wisconsin Plaza, Suite 410,
10                        Post Office Box 927,
                          Madison, Wisconsin  53701,
11                        appeared on behalf of Flintkote Co.

12                    Schellinger & Doyle, S.C., by
                      Mr. Robert R. Beltz,
13                        111 East Wisconsin Avenue,
                          Milwaukee, Wisconsin,
14                        appeared on behalf of Standard Asbestos
                          Manufacturing & Insulating Co.
15

                      Kluwin, Dunphy, Hankin & McNulty, by
16                    Mr. Dan Risdl,
                          1100 West Wells Street,
17                        Milwaukee, Wisconsin,
                          appeared on behalf of Unarco Industries,
18                        Inc.

19                    Frisch, Dudek & Slattery, Ltd., by
                      Ms. Sally Sullivan,
20                        825 North Jefferson Street,
                          Milwaukee, Wisconsin,
21                        appeared on behalf of Nicolet, Inc.

22                    Brennan & Collins, by
                      Mr. Charles W. Collins,
23                        788 North Jefferson Street,
                          Milwaukee, Wisconsin,
24                        appeared on behalf of Raybestos Manhattan,
                          Inc.
```

Niebler & Niebler, by
Mr. Chester J. Niebler,
N95 W16975 Hy. 41,
Menomonee Falls, Wisconsin,
appeared on behalf of the witness.

TRANSCRIPT OF PROCEEDINGS

ELMER H. BORCHARDT, called as a witness by
the defendants, having been first duly sworn, was examined
and testified as follows:

E X A M I N A T I O N

BY MR. YOUNG:

Q   Mr. -- how do you pronounce your name?

A   Borchardt.

Q   Mr. Borchardt, would you please state your full name
for the record?

A   Elmer H. Borchardt.

Q   And what's your association with L & S Insulation?

A   I'm the President, at the present time, of L & S.

Q   How long have you been President?

A   Five or six years.

Q   Were you with L & S prior to that time?

A   Started in 1950.

Q   1950.  What did you start doing for them?

A   Worked in the Corrugated Asbestos Division.

Q   What were your duties?

```
 1    A    Estimating, blueprint work.

 2    Q    How long did you stay as an estimator?

 3    A    In that division, approximately five years.

 4    Q    Around 1955, I take it you became an estimator in a

 5         different division?

 6    A    In the Insulation Division of the company.

 7    Q    How long did you stay in that position?

 8    A    Until the present.  I still estimate to this day.

 9    Q    We are interested in your knowledge concerning the

10         products that L & S purchased and used on its jobs

11         that some of the plaintiffs involved in these cases

12         might have been in contact with, and I would like to

13         know if you can describe for me the basis for whatever

14         knowledge you might have in that area.

15    A    30 years of experience, seeing the materials, watching

16         the applications.

17    Q    In your position as an estimator, do you get involved

18         with particular brand names of products?

19    A    I'm familiar with all the brand names.

20    Q    How long has L & S been around?

21    A    Late '30s.

22    Q    What did you do prior to coming to L & S?

23    A    Worked at a few jobs, was in the Army.

      Q    Did you work in the insulation field?

      A    No.
```

1   Q   Would you consider yourself to be the person most

2       knowledgeable at L & S with respect to the products

3       that L & S has used over the years?

4   A   Only by virtue of the fact that I'm the last of the

5       old group.

6   Q   Is there somebody who was at L & S during the '40s

7       that's still around?

8   A   He's retired, Mr. Switala.

9   Q   How do you spell his last name?

10  A   S-w-i-t-a-l-a.

11  Q   What's his first name?

12  A   Harry.

13  Q   Is he -- do you know where he lives?

14          MR. NIEBLER:   Kinnickinnic Parkway.

15          MR. YOUNG:

16  Q   Milwaukee area?

17  A   Yeah.

18  Q   What did Mr. Switala do for the company when he was

19      there, do you know?

20  A   He started out as a bookkeeper and worked his way up

21      to President, did estimating, did purchasing.

22  Q   If I was interested in talking to somebody that might

23      be able to tell me what kind of products L & S used in

24      the late '30s or the '40s, would he be my best chance?

25  A   He would be your only chance.   They are all dead.

-9-

1   Q    How are the records at L & S kept?

2   A    By jobs, individual jobs.

3   Q    You have job records?

4   A    Yes.

5   Q    And how far back do your job records go?

6   A    The Office Manager was able to find records going back

7        to '66.

8   Q    What does a particular job record consist of?

9   A    File with the estimate, time tickets and material

10        tickets, those that were sent out to the job.

11   Q    What are the time tickets?

12   A    Individual tickets that the men turn in as to their

13        hours on that particular job.

14   Q    So, in the job records, we can find out who worked on

15        a job and when they worked on the job?

16   A    Yes.

17   Q    And the material tickets show the items that were sent

18        to the job to be used by the workers, is that correct?

19   A    Yes, they do.

20   Q    How are your job records categorized?  Are they kept

21        by customer or by time period or what?

22   A    In relation to materials?

23   Q    Well, if I was trying to find out all the jobs that

24        Erich Eckoldt, for example, -- I don't know if he worked

25        for your company -- worked on, how would I go about

1       doing that?

2    A   I have them.

3    Q   You have them here?

4    A   I have them here, yes.

5    Q   They are over in those boxes?

6    A   Yes.

7    Q   Have you gathered all the records relative to all the

8        employees and the jobs they were on that worked for

9        you?

10   A   All those that were listed and those that actually

11       worked for us.  Some didn't.

12   Q   How did you connect the people with the jobs so that

13       you could pull the job records?

14   A   Correlation of numbers, payroll records which showed

15       what job numbers they worked on and then she had to go

16       back into our --

17   Q   So, other than job records, there are also payroll

18       records that are kept by the company?

19   A   Yes.

20   Q   What information is on the payroll records?

21   A   Just their earnings.

22   Q   Time period over which the money was earned?

23   A   Yes.

24   Q   The job on which they worked to earn the money?

25   A   I think the Contract Numbers are indicated.

1    Q    Is there a separate payroll record for each employee?

2    A    M-hm, yes.

3    Q    Are the job records and the payroll records the two

4         basic categories of records that would help us in

5         finding out what products were used on jobs and where

6         the  guys worked, etc.?

7    A    The job files will have the material tickets in them

8         and that's what will indicate to you what was used

9         on that particular job, other than carload invoices

10        which might also be on there.

11   Q    What's a carload invoice?

12   A    An invoice for a carload of material from any manu-

13        facturer.

14   Q    That's talking about your purchases as opposed to

15        something you sent out to a job?

16   A    M-hm, yes, but anything that was sent to the job is

17        listed on the ticket.

18   Q    If we wanted to find out the precise time periods over

19        which somebody worked, we would go to the payroll

20        records?

21   A    Yes.

22   Q    Mr. Borchardt, you have had somebody in your office

23        go through the payroll records you have for the named

24        people, is that correct?

25   A    That's correct.

1    Q    Off the payroll records, they got the job numbers for
2         the jobs these people worked on?

3    A    That's correct.

4    Q    And then that person went and pulled all those job
5         files out, is that true?

6    A    That's true.

7    Q    And those are the documents you've produced in the
8         three boxes today?

9    A    That's correct.

10   Q    And in the boxes, some of the job files are bunched
11        by rubberbands together and by category of a particular
12        employee, isn't that correct?

13   A    That's correct.

14   Q    For example, I've got a stack here about eight inches
15        high of Robert Gaynor.

16   A    Those are all the jobs that he worked on for our company
17        in his time of employment.

18   Q    In addition, there are some other job files in there
19        that aren't bound together with other ones because
20        more than one of the named people worked on that job?

21   A    That's correct.

22   Q    Are all your job files kept in the same fashion, I
23        mean the documents that go inside them, etc.?

24   A    To this day.

     Q    You also indicated to me off the record that you don't

1        believe that you have the payroll records for the

2        particular employees here, is that correct?

3   A    Not in this group of papers.  Those are at the office.

4   Q    Still back at the office.

5   A    Correct.

6   Q    Now, did the person in your office who worked on this

7        for you summarize the time periods over which the

8        employees worked and all the job numbers on one sheet

9        of paper?

10  A    Yes.

11  Q    Is that because you instructed that person to do that?

12  A    For convenience.

13  Q    Okay.

14  A    Designation of years and file numbers so she could pull

15       them out, locate them.

16  Q    So, for each of the employees involved, there is a

17       sheet that lists the time periods and the job numbers

18       over which the persons worked?  Is that correct?

19  A    That's correct.

20                  (Discussion off the record.)

21              MR. YOUNG:  The record should reflect that

22       I just marked the three boxes, Boxes 1, 2 and 3.  Box

23       No. 1 contains records relative to Clifford Neubauer,

24       is that correct, Mr. Borchardt?

25              THE WITNESS:  That's correct.

1                      MR. YOUNG:

2        Q   Can you tell us which records are in Box No. 2?

3        A   Robert Gaynor's, and William Globig's.

4        Q   And tell us what's in Box 3?

5        A   Lillge, Clarence Lillge, Erich Eckoldt, and Clarence

6            Reimer, Frank Witkowski.

7        Q   Now, aren't there some job files that are -- relate

8            to one or more than one of these employees?

9        A   Yes.

10       Q   How many of those are involved in all these records,

11           if it's just a few, or are there a lot of them?

12       A   Four.

13       Q   Are those four -- which box are they in?

14       A   Box 3.

15       Q   And all those cases, those files in Box 3, relate to

16           the people whose files are in Box 3?

17       A   I think so.  I think that's how she did it.  Let's see.

18           Gaynor was over there.

19                   MR. GOLDBERG:  Gaynor was in 2.

20                   THE WITNESS:  I think that's why she has them

21           here.  They related to these three people.  They happen-

22           ed to have worked on the same job.

23                   MR. YOUNG:

24       Q   This is the summary sheet for Mr. Neubauer?

25       A   Yes.

1                    (Defendants' Exhibit No. 142 marked for

2           identification.)

3                    MR. YOUNG:

4      Q    Mr. Borchardt, the reporter has just marked an eight-

5           page document as Exhibit 142, and I'd like you to

6           describe it for us, please.

7      A    The summary sheets for Cliff Neubauer, for the years

8           '66 through '73, listing the job names and the contract

9           file numbers.

10     Q    And there is also a slip of paper that's part of the

11          Exhibit that just has job numbers on it?

12     A    They are the same.

13     Q    From looking at this summary, 142, can I tell the

14          exact time period over which Mr. Neubauer worked?

15     A    No.

16     Q    By referring to the jobs involved there, would I be

17          able to ascertain that?

18     A    Mr. Neubauer worked for us full-time through all those

19          years.  My answer was that he worked previous to that

20          which records we don't have.

21     Q    Did some of the workers for your company work just on

22          a job and then leave and go somewhere else?

23     A    Yes.

24     Q    But in Mr. Neubauer's case, he was working continuous-

25          ly for you?

1  A    He worked full-time.

2  Q    Now, Box No. 2, we have got Mr. Gaynor?

3  A    Right.

4           (Defendants' Exhibits Nos. 143 and 144

5      marked for identification.)

6           MR. YOUNG:

7  Q    Mr. Borchardt, would you describe for the record

8      Exhibit 143, please?

9  A    Robert Gaynor's years of employment scattered, '67,

10      '68, '70, the job names and the contract file numbers.

11  Q    Now, I note that this summary sheet provides dates to

12      the day over which this person worked, is that correct?

13  A    Yes.  Those she took off the payroll records.

14  Q    Are there instances where jobs didn't have job numbers

15      or they couldn't find them or something in that

16      nature?  I note there are some blanks where there is

17      not a job number following the name of a job, it seems.

18  A    It could have been a charge on a white ticket or a

19      small job that didn't have a file number and it would

20      be almost impossible to find.  Some of those records

21      were not kept.

22  Q    Well, would it be fair to state that the jobs listed

23      are just the big jobs or --

24  A    They should be the majority of them.

25  Q    Do you know whether Mr. Gaynor worked for your company

1          prior to 1966?

2     A    I don't think so.

3     Q    Do your payroll records only go back to '66 as well?

4     A    Yes.

5     Q    So according to this document, Mr. Gaynor worked in

6          1967 from November 11th to December 30th and in 1968

7          from January 6th to September 14th, and in 1970 from

8          January 31st to October 3rd?

9     A    That's correct.

10    Q    Now, out of the grouping of job files for Mr. Gaynor,

11         I pulled out the one that's labeled Hamilton High

12         School in Sussex, and we are going to take a look at

13         it.  Mr. Borchardt, would you consider the job jacket

14         for Hamilton High School to be a representative one,

15         as good as any other?

16    A    I would say so.  That's the cost sheet.

17    Q    This accounting type sheet is a cost sheet for the

18         job?

19    A    Yes.

20    Q    This packet of items called "Time Tickets," that's

21         exactly what they are?

22    A    Yes.

23    Q    Is there a separate time ticket for each of the

24         employees on a job, or did a couple of employees fill

25         out the same time ticket?

1     A     No, separate time sheet for every employee.

2                    (Discussion off the record.)

3                    MR. YOUNG:

4     Q     Can you describe what these are?

5     A     They are Job Material Tickets and the copies, the

6           yellows, are the copies.

7     Q     These show what was sent to the job, is that true?

8     A     That's correct.

9     Q     What was the practice followed by -- well, first of

10          all, who fills out these material tickets?

11    A     Could be one of any -- anyone in the office.

12    Q     Is there a person -- I'm not looking for their name,

13          but the position that person would hold.

14    A     Whoever would be handling the job would most likely

15          fill out the ticket.

16    Q     Was there a practice followed by the company in the

17          language that was used on the material sheets?

18    A     Identifying products or items, there were some

19          generalizations used and that is on any ticket that

20          says "One Coat Cement," it could have been one of

21          four or five different manufacturers, and the other,

22          same applied to Fiberglas, that if we list a Fiberglas,

23          it could have been from any group of manufacturers and

24          the same thing with Kaylo, it could have been --

25    Q     When "Kaylo" was written on one of these tickets, it

```
1         could mean something made by somebody other than

2         Owens-Corning?

3    A    Yes, it could.

4    Q    What did Kaylo mean generically?

5    A    Calcium silicate.

6              (Discussion off the record.)

7              MR. YOUNG:

8    Q    So, in addition to the job tickets, the material and

9         the material sheets, there is also the purchase order

10        from the people who were hiring L & S to do the job

11        and correspondence that -- between the person paying

12        for the job and other miscellaneous documents pertinent

13        to the job, is that correct?

14   A    That's correct, including the specifications which would

15        also indicate which materials were used on the job.

16   Q    On occasion, a general contractor would specify to you

17        whose products to use?

18   A    Not a general contractor as much as a mechanical

19        engineer.

20   Q    So somebody who was hiring you to do the job would

21        specify what should be used, is that correct?

22   A    Yes.

23   Q    How often were -- was a particular manufacturer's

24        product specified, generally speaking?

25   A    Not too often in the earlier years.  Now, it's  a
```

1      generalization, Owens-Corning, Johns-Manville, etc.,

2      common reference.

3   Q   With respect to Mr. -- the package of Mr. Lillge's

4       documents in addition to the job files and the job

5       summary, there is another document, is there not?

6   A   Yes, there is.

7   Q   What is it?

8   A   It's the -- it's a required statement as to whether

9       they would or would not take a medical examination

10      per OSHA regulations.

11  Q   And these documents were pulled out if you had them

12      for the particular employees?

13  A   Yes.

14  Q   They are among the documents you produced for us today?

15  A   Yes.

16  Q   Other than those documents, does the company have any

17      other personnel records?

18  A   No, we don't require any filled in sheet, age, or

19      religion or anything of that nature.

20  Q   So the only documents that you have back at your

21      office that relate to these employees would be your

22      payroll records, is that correct?

23  A   That's correct.

24                  (Defendants' Exhibit No. 145 marked for

25      identification.)

1           MR. YOUNG:

2    Q    If the record doesn't already reflect it, 144 is Mr.

3         Globig's summary?

4    A    Correct.  He was employed prior to the time of OSHA

5         so there would be no copy of this.

6    Q    I see.  Did the employee have to fill out the OSHA

7         health exam form when they started to work after OSHA

         came into effect?

9    A    Not when they started to work.  A yearly exam is re-

10        quired.

11   Q    They had to fill one out every year?

12   A    They had to acknowledge as to whether they would or

13        would not take the exam.

14   Q    If somebody wasn't working for your company after

15        OSHA came into effect, they wouldn't have a medical

16        form like that, would they?

17   A    Not that I'm aware of.

18   Q    Exhibit 145 is a two-page document which is a summary

19        of employment and jobs for Clarence Lillge, isn't that?

20   A    That's correct.

21             (Defendants' Exhibit No. 146 marked for

22        identification.)

23             MR. YOUNG:

24   Q    And the reporter has marked as Exhibit 146 a summary

25        sheet relative to Erich Eckoldt showing the jobs that

1          he worked on and the various years, is that correct?

2     A    Yes.

3     Q    There are two pages and there is a second page that

4          is in a different handwriting and has some other in-

5          formation on it?

6     A    That's the other office girl's writing, doing the work

7          for the office manager.

8               (Defendants' Exhibit No. 147 marked for

9          identification.)

10              MR. YOUNG:

11    Q    Exhibit 147 is a summary sheet for times and jobs

12         worked by Clarence Reimer?

13    A    Yes.

              (Defendants' Exhibit No. 148 marked for

15         identification.)

16              MR. YOUNG:

17    Q    Exhibit 148 is a two-page document and is the summary

18         of times worked and jobs worked by Mr. Witkowski?

19    A    Yes.

      Q    With respect to all of these employees, we have re-

           placed the summaries inside the rubberband that sur-

           round all the jobs that those guys worked on, is that

           true?

      A    That's correct.

      Q    And there are three common jobs out of Box No. 3?

1    A    Yes.

2                    (Discussion off the record.)

3                    MR. YOUNG:

4    Q    I'm looking at the job jacket for St. Catherine's

5         Hospital.  I just went through all the time tickets

6         and I only saw Mr. Witkowski's name other than some

7         employees that aren't involved in these cases.  All

8         I'm trying to find out is which of the people were

9         involved with -- worked on this job.

10   A    The way the girl set it up, there is -- does Irv

11        Lisiak (phonetically) have a claim in?

12   Q    Not among our litigation.

13   A    He's one of them that's in here.  She tried to set

14        those that were common to this aside because she didn't

15        think it was fair to put it in one person's file

16        rather than the other.  Now, Irv might have thrown

17        her off because I think there was some paperwork on

18        that, but if you go into the others -- this might be

19        the exception -- you'll find that Witkowski and Eckoldt

20        probably worked in those at the same time.

21                   (Discussion off the record.)

22                   MR. YOUNG:

23   Q    So you'd agree with me, Mr. Borchardt, that on the

24        St. Catherine's job, only Darwin Witkowski worked of

25        the people we have got records for here, is that correct?

1    A    Yes.

2    Q    Would you put that with the other job jackets for Mr.

3          Witkowski, please.  The job jacket that you were just

4          looking at was for St. Catherine's Hospital, is that

5          correct?

6    A    That's correct.

7    Q    I've got another one here for St. Catherine's Hospital

8          too, so maybe we'd better identify that by the job

9          number.

10    A    All right.  It's probably a different contractor.

11    Q    That was for Advance?

12    A    Advance Plumbing, St. Catherine's Hospital.

13    Q    What's the Contract Number on that one?

14    A    9346.

15    Q    Now, I'm looking at Contract No. 9369 for St. Catherine's

16          Hospital, the Downey Company, and, again, the  only

17          name I see here of individuals we are dealing with is

18          Mr. Witkowski.  Do you want to look through them so

19          you can at least confirm this?

20    A    That's correct.  It's only Frank.

21    Q    So this is just Frank Witkowski, and I ask you to put

22          those with his records, please.  I am looking at the

23          folder for Contract No. 9121, the Downey Company,

24          Library Learning Center, and the time tickets show that

25          Mr. Eckoldt and Mr. Witkowski worked on this job, did

1          they not?

2      A   Yes, I think that's correct.

3      Q   Mr. Borchardt, has L & S, over the years that you've
          been involved with the company, ever followed a policy
          with respect to the companies from which they purchased
          products for use in insulation jobs?

7      A   Well, we have purchased primarily from Owens-Corning
          Fiberglas.

9      Q   Who do you actually purchase the products from by and
          large?

11     A   From distributors mostly.

12     Q   Is there one distributor you rely on the most?

13     A   Yes, Building Service Incorporated.   Pardon me,
          Building Service Industrial Sales.

15     Q   Is L & S a distributor at all for a particular brand
          of products?

17     A   No.

18     Q   Have the buying practices of the company changed over
          the years?

20     A   Not too much.

       Q   20 years ago they were buying from Building Service,
          as far as you know?

       A   Yes.

       Q   Does L & S have a product sheet or product list from
          which, or to which the buyer refers when they are

1    purchasing materials?

2    A    You mean a published price sheet?

3    Q    Or what I'm actually looking for is something that

4         the person who's responsible for purchasing the product

         would refer to when he's got to go out and buy whatever

         the company needs, something that he refers to that

         lists all the kind of things that you, your company,

         would buy.

9    A    Not really.

10   Q    Is it a practice pretty much to just call up BSI and

11        get what they need?

12   A    Yes.

13   Q    Have you ever heard of Nicolet Industries?

     A    No.

     Q    To your knowledge, has L & S ever purchased asbestos

         products that went by the brand name K & M?

17   A    We purchased corrugated asbestos from Keasby Mattison,

         but we did not purchase pipe covering from Keasby

19       Mattison.

     Q    What is corrugated asbestos used for?

21   A    Siding and roofing, preformed sheets.

     Q    Any of the insulation workers that we have records here

         for, they wouldn't have been involved in that, would

         they?

     A    Not at all.

Q    Have you ever heard of products that -- I'm not talking
     about Keasby Mattison now, -- I'm wondering about the
     brand name K & M, if you recall products that went by
     that name?

A    No.

Q    Have you ever heard of Kaytherm?

A    I might have heard of it, but I can't associate it
     with a company.

Q    I've got -- I might as well tell you beforehand, I
     have a long list of names of products.  I'm going to
     ask you if you've ever heard of them and then to
     follow up as to whether your company's ever purchased
     them to your knowledge.  How about the name  Derplex?

A    No.

Q    Hy-Temp?

A    No.

Q    Celotone?

A    No.

Q    Have you ever heard of any products that went by the
     name of Norristown?

A    No.

Q    Have you ever heard of products called V Dent?

A    No.

Q    How about Zibra?

A    No.

```
1    Q    Frostproof?

2    A    I have a vague recollection.  I can't associate it

3         with a company.

4    Q    But you remember a product that went by the name of

5         Frostproof?

6    A    It seems to me I've heard of them.

7    Q    Do you know what product you are talking about?

8    A    I think low temperature type material.

9    Q    Do you believe that your company purchased that product?

10   A    I doubt it.

11   Q    How about Antisweat?

12   A    Yes.

13   Q    You remember some products that went by that name?

14   A    Yes.

15   Q    What were those type of products?

16   A    Wool felt.

17   Q    Did your company purchase those?

18   A    Yes.

19   Q    And used those products?

20   A    Purchased them from Triple A out of Chicago.

21   Q    Was -- do you know what Triple A stood for?

22   A    Asbestos, Asphalt -- I don't know really.  It's an

          old company.  It's defunct now.

     Q    Was it a distributor?

     A    Manufacturer.
```

1   Q   What was the wool felt used for?

2   A   Insulating cold water lines primarily.

3   Q   How about the name Insulatic, have you ever heard of

4       that?

5   A   No.

6   Q   Alaska?

7   A   No.

8   Q   Norriscell?

9   A   No.

10  Q   Albacell?

11  A   No.

12  Q   Nortex?

13  A   No.

14  Q   Panel-tex?

15  A   No.

16  Q   Do you remember any products that went by the brand

17      name of Salmo?

18  A   No.

19  Q   How about Multicell?

20  A   Vague, no connection to a company, another low temper-

21      ature type material.

22  Q   Do you think your company purchased Multicell products?

23  A   No, I don't think we did.

    Q   Did your company ever purchase products from Ryder?

    A   Cement manufacturer, yes.

1   Q   Was Ryder's Cement the cement that you regularly had

2       around?

3   A   It was one of four or five.

4   Q   Can you name the cements that your company used, the

5       four or five that you are thinking about?

6   A   Eagle-Picher, Ryder, Rock Wool, Manufacturer's One Shot,

7       J-M 352.   There was a Rock Wool cement.   I forget who

8       manufactured it.

9   Q   Was it called No. 55 Rock Wool Cement?

10  A   Some other name, but a Rock Wool cement.

11  Q   When you say "Rock Wool," you are talking about its

12      makeup?

13  A   Yes, not the manufacturer.

14  Q   Standard Asbestos, is that the name of the manufacturer?

15  A   No, it wasn't.

16  Q   Of the -- of Eagle's, Ryder's, Rock Wool, One Shot and

17      352 J-M, which one did you use the most?

18  A   Of the One Coat cements, distributions equally, no

19      particular at any given time.   It could have been any

20      manufacturer.

21  Q   Did your company purchase products from Philip Carey?

22  A   No, not directly.   A supplier might have furnished us

        some indirectly, but not directly.

    Q   Indirectly, though, did your company have Philip Carey

        products for the workmen to use?

1   A   Might have.  We could have.  Not in large quantities,

2       but we must have had some.  I remember it.

    Q   Was there a time period over which that was restricted?

        Like can you say only in certain number of years did

        we ever use Philip Carey products?

    A   It would be too hard to determine that.

    Q   Okay.  So, would it be fair to state that on a

        regular basis over the years, you might have had some

        nominal amounts of Philip Carey products around?

10  A   Not on a regular basis.  We just might have had some.

11  Q   Did you purchase Baldwin-Ehret-Hill products?

    A   Indirectly.

    Q   Okay.  Who did you buy them from?

    A   Building Service.

    Q   You also purchased -- well, what other companies'

        products did you basically purchase from BSI?  Owens-

        Corning is one.

    A   Owens-Corning.  Sometimes they furnished us some J-M

        material, Pabco.

    Q   Did you say Pabco?

    A   Pabco, Atlas Asbestos.

    Q   Of those five names, you are talking about, pipe

        covering, block, those types of materials, is that

        correct?

    A   I'm speaking primarily of high temperature materials,

not Fiberglas.

Q     Okay, but among those high temperature materials, we
      are talking about block, pipe covering?

A     Yes.

Q     Can you give us a breakdown in percentages of those
      products from BSI that your company purchased?

            MR. HARRINGTON:   Which products?

            MR. YOUNG:   Baldwin-Ehret-Hill, Owens-Corning,
      Johns-Manville, Pabco and Atlas.

            THE WITNESS:   It was -- it's not a great
      quantity of material, but I wouldn't want to break it
      down between them.

            MR. YOUNG:

Q     Did one of these to your knowledge dominate over the
      others?

A     If we asked for some material from Building Service
      and they couldn't supply us Owens-Corning material,
      they might have supplied us any one of the other
      manufacturers, so I would think that predominately
      Owens-Corning was furnished, but any of the others
      might have been.

Q     And it was your experience that the others were supplied,
      isn't that true?

A     Yes.

Q     When you are talking about -- and we are not talking

about Fiberglas now, we are talking about asbestos
high temperature materials?

A    We are talking about Calsil materials.

Q    Has the experience in terms of percentages and how
much you got from BSI of these materials, was it the
same over the years from as far as you were with the
company up to about 1975?

        MR. HARRINGTON:   Object to the form of the
question.

        MR. YOUNG:  You can answer.

        MR. NIEBLER:   If you know.

        MR. YOUNG:   I'm trying to find out if there
was a period of time where you didn't get Owens-
Corning from BSI.  I'm wondering if your description
of your experience of the kind of products you got
from BSI stayed the same.

        THE WITNESS:  Very much so for all the time
that I've been with the company.

        MR. YOUNG:

Q    Do you recall your company ever purchasing products
made by National Gypsum?

A    No.

Q    Is the Atlas Asbestos you refer to a company that's
located in Canada, to your knowledge?

A    Yes.

-34-

Q   Do you recall if your company purchased asbestos

products that were made by Flintkote?

A   No.

Q   Do you know if your company purchased products that

were manufactured, asbestos products manufactured by

Unarco?

A   No.

Q   Have you ever heard of Unarco Board?

A   I've heard of it.

Q   Do you know that your company never had that around?

A   I don't remember the company purchasing any of that.

Q   Do you know whether your company purchased products

that were manufactured by Southern Asbestos?

A   No.

Q   Do you recall your company using a cement called No.

127?

A   No.

Q   How about FI?

A   No.

Q   Do you remember products called Caltemp?

A   No.

Q   Do you remember insulation that went by the brand

name of LK?

A   No.

Q   How about insulation called Pyrocal?

1     A     No.

2     Q     Do you remember products that went by the name Plant?

3     A     No.

4     Q     Who did you understand Pabco products to be manufactured

5           by?

6     A     I didn't, just that was the name that was given us.

7     Q     That's P-a-b-c-o?

      A     Correct.

8     Q     Do you know whether your company purchased products

10          manufactured by Raybestos Manhattan?

11    A     Not to my knowledge, they didn't.

12    Q     Have you ever heard of -- well, did your company ever

            purchase asbestos yarn?

      A     Not for any specific reason.  Again, Building Service

15          might have furnished us some asbestos cloth at a

            given time, but I wouldn't be able to tell you who the

17          manufacturer was.

18    Q     With respect to the asbestos cloth that you purchased,

19          do you remember any brand names?

20    A     No, I don't.

21    Q     Have you ever heard of Glassbestos?

      A     No.

23    Q     Rhinobestos?

      A     No.

      Q     Polybestos?

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Silvabestos? |
| 3 | A | No. |
| 4 | Q | Have you ever heard of Novatex? |
| 5 | A | No. |
| 6 | Q | How about Sealsafe? |
| 7 | A | No. |
| 8 | Q | Speedlag? |
| 9 | A | No. |
| 10 | Q | How about a cloth called 1133? |
| 11 | A | No. |
| 12 | Q | Tribestos? |
| 13 | A | No. |
| 14 | Q | Goldbestos? |
| 15 | A | No. |
| 16 | Q | Novabestos? |
| 17 | A | No. |
| 18 | Q | Fluorobestos? |
| 19 | A | No. |
| 20 | Q | How about Terrybestos? |
| 21 | A | No. |

              (Discussion off the record.)

              MR. YOUNG:

| | | |
|---|---|---|
| | Q | Do you remember a one-coat cement called No. 9? |
| | A | No. |

1   Q   How about No. 55 Rock Wool Cement, have you ever heard

2       of that?

3   A   I've heard of it, yes.

4   Q   Do you know if your company purchased that stuff?

5   A   I couldn't really tell you unless you tie it in with

6       a manufacturer.

7   Q   Does your company have purchase records of -- showing

8       all your inventory or things of that nature?

9   A   We have invoices.

10  Q   From the companies that sold you the products?

11  A   Primarily from Building Service.

12  Q   Do those invoices on the Building -- or from Building

13      Service, show the manufacturer's name to your recol-

14      lection?

15  A   Might and might not.

16  Q   Did your company pretty much just use  what Building

17      Service supplied?

18  A   Well, they supplied everything that we needed and we

19      were primarily glass users, so they were our primary

20      source of material.

21  Q   Have you a recollection of your company purchasing

22      asbestos products manufactured under the name Rubberoid?

23  A   Rubberoid, no.  I know there is a -- I know it as a

24      roofing company, but not pipe covering materials.

25  Q   Have you ever heard of a pipe covering called Calsilite?

-38-

1    A    No.

2    Q    How about 115 Cement?

3    A    No.

4    Q    214 Cement?

5    A    No.

6    Q    Have you ever heard of P & A 100 Insulation Jacketing?

7    A    Vague.  Again, memory, not purchasing.

8    Q    Do your remember if your company purchased or used

9        products manufactured by Armstrong Cork?

10    A    Yes, we do.  We did.

11    Q    What products?

12    A    Armstrong Cork has furnished us Armaflex, pipe and sheet.

13        They furnished us urethane products, their Armalot,

14        and they furnished us Aukotherm (phonetically).

15    Q    Are any of those asbestos products?

16    A    No.

17    Q    Do you recall if your company ever used a product

18        called LT cork covering?

19    A    No.

20    Q    How about products called Kamatt?

21    A    No.

22    Q    Mani-Ply?

23    A    No.

24    Q    Bestfelt?

25    A    No.

Q    Air Cell?

A    Yes.

Q    Do you know where you got the Air Cell you used?

A    Triple A, Chicago.

Q    How about No. 152 Cement?

A    That has a familiar ring to it.

Q    Are you confusing that with the J-M 352, is it?

A    No.  It seems to me -- again, I can't tell you the

     manufacturer and I can't tell that we purchased it.

     It just -- has a familiar --

Q    I know who manufactured it.  I'm wondering if your

     company might have used it.

A    Not to my knowledge.

Q    Do you have a recollection of Amblerex No. 2 Cement?

A    No.

Q    How about products from Combustion Engineering?

A    No.

Q    Did your company ever purchase fibrous adhesive?

A    Yes.

Q    What did you use that for?

A    Adhering  high temperature blocks.

Q    Did you use it to connect blocks?

A    No.

Q    You just used it to connect it to the boiler or whatever?

A    To the boiler or breaching.

1   Q   How about Unibestos, did your company use that stuff?

2   A   I've heard of it.  We might have used a small quantity

3       of it, but not anything --

4   Q   Did you understand the Unibestos that your company

5       used to be manufactured by Pittsburgh Corning?

6   A   I believe it was, yes.

7   Q   Do you remember that being used on a specific job?

    A   No.

            MR. HANKEL:  Object to that, assuming some-

    thing that the witness did not testify to.

            MR. YOUNG:

    Q   Do you have a time period in mind with respect to

    Unibestos being used at your company?

            MR. HANKEL:  Same objection.

            THE WITNESS:  No.

            MR. YOUNG:

    Q   Do you recall your company purchasing products manu-

    factured by Forty-Eight Insulations?

    A   We have over the years.

    Q   What Forty-Eight products?

    A   Primarily mineral wool.

    Q   Does that have asbestos in it?

    A   Not to my knowledge, it doesn't.

    Q   Do you recall a cement called MWI Hy-Temp bonding

    cement?

1   A   No.

2   Q   How about Weber's 48 Cement?

3   A   No.

4   Q   Super 48 Cement?

5   A   No.

6   Q   Quick-Set Cement?

7   A   No.

8   Q   Weber's High Temperature Block?

9   A   No.

10   Q   It's your testimony, isn't it, that when the material

        sheets say "Kaylo," that doesn't necessarily mean

        Owens-Corning product, correct?

11   A   Not 100 per cent of the time.

     Q   All the products that you bought from BSI in that

        -- the High Temperature Calsil products were called

        Kaylo by your company, isn't that true?

   A   We list it on the job tickets as Kaylo.

   Q   And it could have been the Baldwin-Ehret-Hill, J-M,

        Pabco or Atlas products that were actually going out

        to the job, isn't that true?

             MR. HARRINGTON:  Object to the form of the

        question.

             THE WITNESS:  Yes.

        MR. YOUNG:

   Q   Did L & S, at any time, provide masks for their workers

1          to use?

2   A      Yes.

3   Q      When did that first take place?

4   A      That occurred prior to my starting with the company.

5   Q      Prior to 1950?

6   A      Yes, and it was just one of those items that was --

7          they were there and they were available for those

8          that wanted to use them.

9   Q      When you started out with the company, did anybody

10         use them?

11  A      When I started in pipe covering, I knew -- I recall

12         people using masks occasionally.

13  Q      Did a time come when L & S required that they be used?

14  A      Yes.

15  Q      When did that occur?

16  A      With the advent of OSHA.

17  Q      So, about the time OSHA went into effect, that's when

18         L & S ordered the workers to use the masks?

19  A      Yes.

20  Q      How many different kinds of masks have been made

21         available by L & S?

22  A      Four or five.

23  Q      What were these original masks like back in 1950?

24  A      I can't tell you the manufacturer.

25  Q      Well, what were they like?

A    Rubber face type mask, not as sophisticated as they
     are today.

Q    They didn't have filters and things?

A    I don't think so.

Q    How long were those kind of masks, the kind that were
     available?

A    How long were they available?

Q    Yeah.   I'm trying to find from when you got started
     at L & S up to some point the next advanced mask come
     out?

A    Early '60s is when the better masks started to become
     available and they were made available to the men.

Q    When did you first hear of asbestosis?

A    A time frame?

Q    Yes.

A    I first heard of people dying of asbestosis from
     some of our men whose relatives had died of it.

Q    Was this in the middle '60s?

A    Late '50s, early '60s, just general conversation.

Q    Were the persons who you heard of it from any of the
     people whose records we've got here today?

     Do you remember any conversations
     people concerning asbestosis?

A    I believe the only one that would rea
     be Cliff.

-44-

Q   Why is that?

A   I think he had some relatives that contracted asbestosis.

Q   That's what Mr. Neubauer told you?

A   Yes.

Q   When did you talk to him about that?

A   That same time frame, late '50s, early '60s.

Q   That's Cliff Neubauer you are referring to?

A   Yes.

Q   Did L & S ever provide safety information to the workers about the hazard of asbestos fibers?

A   L & S did not because they didn't have any.

Q   There weren't any meetings warning the workers?

A   No, had nothing because we weren't aware of it.

             MR. YOUNG:  No more questions.

                  E X A M I N A T I O N

BY MR. STANGLE:

Q   When you heard this talk about people having asbestosis in the '50s and '60s, what response, if any, did the company make to that?

A   L & S?

Q   Yes.

A   L & S, those were not items directed to the company. There was just general information and knowledge, items that were just in passing, someone would refer to a person that had died and would say, "Oh, he died

of asbestosis." I don't even know if they were correct, and it was always associated with power houses.

Q   The company had no specific response to that?

A   It was never directed to the company.

Q   Okay.  When was the first time any worker made an asbestosis claim against L & S under the Worker's Comp Act that you recall?

A   I'm not certain of this.  I think it was Mr. Gottsucher, and that was maybe 10 years ago.

Q   When was the last time L & S used a thermo insulation product containing asbestos on the job?

A   Shortly after the manufacturers stopped producing it, because we never inventoried a great quantity of that.

Q   Would 1972 sound about right to you?

A   It could have been '71, '72.

Q   And after that time you didn't continue any asbestos products in your inventory, did you?

A   No, we didn't.

Q   Is L & S involved in reinsulation work or what's called retrofitting?

A   Not to a great degree.  We are doing a minimal amount.

Q   Do you know whether any of the individuals we have records here for today were ever involved insulation project for L & S where they w￼ ripped out some old asbestos?

A    Of the -- of all of them, I could only imagine that

     maybe Mr. Neubauer, because of the number of years

     that he worked for us.

Q    He would be the  only one that you would even have a

     guess about?

A    I would think somewhere along the line he would have

     run into something of that nature, but not the other

     ones.  They would have worked on new jobs.

                MR. STANGLE:  No other questions.

                E X A M I N A T I O N

BY MR. SCHMECKPEPER:

Q    Mr. Borchardt, for those jobs where the contract

     specified the manufactured product that was to be

     used, can we infer that L & S did use that particular

     manufactured product on that job?

A    Not necessarily.

Q    Could have been substitutions?

A    Yes.

Q    For the jobs where the contract did not specify the

     product, as I understand it, the job or the material

     tickets would only have a general description of the

     type of material sent to the job, is that correct?

A    That's correct.

Q    Do you know of any way that we can, from any of the

     records L & S has, determine which manufacturers'

products went out to that job?

A    Not from those tickets, no.

Q    You have no other records at L & S which would tie
     into those tickets?

A    My purchases were primarily from Building Service and
     if they sold it to me and if their invoice didn't
     show another brand name, I wouldn't know.

Q    The records you produced here today, as I understand
     it, started in 1966?

A    Yes.

Q    When do they end?

A    '74 or '5.

Q    During that period --

A    '78, pardon me.

Q    During that period of time, did L & S do any insulation
     involving asbestos products which are not reflected in
     those records you produced here today?

A    I'm sorry, please clarify.

Q    Did you have other insulating jobs where you used
     asbestos products which are not contained in these
     three boxes?

A    Any products that contained asbestos that didn't relate
     to these men would not have been brought here.

Q    What I'm wondering is did you do other insulating
     jobs and used asbestos where these men didn't work on

1       the jobs?

2   A   Yes.

3   Q   When you were working for the company back in the '50s,
        did you know why the masks were available?

4   A   It was a generalization about dust at that time.
        The dust of the material, or the dust of the cements
        was primarily why they wore the masks.

    Q   Back in the '50s, was it your understanding that
        that was, the mask was provided basically for health
        reasons due to the dust?

    A   Just for dust and not -- I don't think anyone associated
        it to health at that time.

    Q   Do you recall ever seeing any of the individuals whose
        records you have produced here today wearing masks on
        any jobs they were working on?

    A   I think I remember that at a given time they might have
        all worn a mask that I can remember. Some of these
        jobs, I didn't handle, but I think I can say at a
        given time. They didn't wear them continuously.

    Q   Do you know what determined whether or not they would
        wear a mask at a particular time?

    A   The individual, the man.

    Q   If he felt like wearing a mask particularly, he would
        put it on?

    A   Yes.

-49-

1    Q    During the '50s and '60s, did L & S have someone

2         whose job involved safety?

3    A    No.

4    Q    Was there anyone in the company during the '50s and

          '60s who was charged with the responsibility of making

          sure the jobs were performed safely?

     A    In that respect, yes.  Anyone that ran a job was

          required to enforce good safety practices as to

          scaffolding and staging any rigging of any kind.

10        That was an individual.  Any individual in the company

11        could do that.

12   Q    During that time period, was the wearing of a face

          mask considered part of good safety practices?

     A    No.

                    MR. SCHMECKPEPER:  Nothing further.

                    E X A M I N A T I O N

     BY MR. HANKEL:

     Q    Mr. Borchardt, you said you had some invoices from

          Building Services.  What period of time do you have

          those invoices?

     A    I'm sorry.  I don't know how far back the girl has

          it.  Our office girl has been with us for 30 years.

          I don't know how far back they go.  They are not here.

     Q    They might go back to the 1960's?

     A    They could.

                              -50-

Q    You stated that your company purchased and used a

     product called fibrous adhesive, right?

A    Yes.

Q    And you don't know the manufacturer of that product?

A    Yes, I do.

Q    Who was the manufacturer of that product?

A    Benjamin Foster.

Q    You also said that you had heard of a product called

     Unibestos, correct?

A    Correct.

Q    And it's your testimony that you have no specific

     recollection of whether your company actually used

     that product, is that correct?

A    I thought I said I remember using some of the product,

     but I had no quantity or no time frame that I could

     identify it with.

Q    You don't know if it was in the 1950's?

A    No.

Q    In any event, that use of the product would have been

     relatively little compared to your company's overall

     use of asbestos-containing products, is that correct?

A    It would have been minimal.

Q    Again, you don't know the manufacturer of that product,

     do you?

A    I thought it was established Pittsburgh Corning.

Q   Do you recall that it was Pittsburgh Corning?

A   No, I didn't.

Q   Do you recall that it was Unarco?

A   No.

          MR. HANKEL:  I have nothing further.

                    E X A M I N A T I O N

BY MR. HARRINGTON:

Q   You mentioned you purchased some Calsil from Pabco, is that right?

A   Correct.

Q   Is that the only generic type of product you ever purchased from Pabco in your recollection?

A   I think Pabco made a cement too that was furnished. These were furnished through Building Service and I recall a cement and I don't really know that they furnished us anything else.

Q   Do you recall receiving the cement at L & S?

A   No, I don't recall that.

Q   You don't have any actual knowledge that you ever got any Pabco cement, is that right?

A   No, I don't, other than Building Service's record.

Q   Now, Calsil, itself, is a relatively new product, isn't it?

A   No, I wouldn't -- in relation to glass?

Q   In relation to other asbestos-containing products.

A   I can't answer that.

Q   Well, Magnesia products came before Calsil products

    came out, isn't that right?

A   Yes, but I thought Calsil was manufactured in the '50s.

    I'm not sure of that.

Q   In fact, Calsil is still manufactured today, isn't it?

A   Yes.

Q   And at some point in time, Calsil became asbestos free?

A   True.

Q   Do you recall when your company received Calsil from

    Pabco?

A   No.

Q   In fact, it could have been after Calsil became asbestos

    free as a product, isn't that right?

A   Could have been, yes.

Q   And you have absolutely no recollection of when you

    received the Calsil?

A   No, I don't.

Q   Now, you say that your material tickets -- strike that.

    Kaylo is a Calsil too, is it not?

A   Kaylo is a trade name for a Calsil material.

Q   It's a calcium silicate product?

A   Yes.

Q   So your material tickets specified Calsil -- strike

    that.  Your material tickets specified Kaylo for all

your Calsil, is that right?

A    That's correct.

Q    So there is no way from your material records to
determine whose Calsil, other than Kaylo, was sent
to a certain job, is that right?

A    That's correct.

MR. YOUNG:   Object to the form of that
question.

MR. HARRINGTON:

Q    Now, you are not claiming that you ever bought any
Calsil from Pabco directly are you?

A    I don't recall it.  I recall that we purchased some
through Building Service.

Q    It would all have been through Building Service, is
that right?

A    Yes, I would think so.

Q    And you've never seen any product with the Pabco name
on the packaging, have you?

A    Yes, I have.

Q    Okay, but you don't recall when?

A    I don't recall when.

MR. HARRINGTON:   That's all the questions
I have.

MR. MENTKOWSKI:   I have a few questions.

E X A M I N A T I O N

BY MR. MENTKOWSKI:

Q    Sir, based upon your testimony earlier, I understand
     that you did do some reinsulating work, is that correct?

A    Recently.

Q    All right.   Just so we are on the same wave length here,
     when I talk about reinsulating work, I'm thinking of
     pulling asbestos out of a place and leaving it that
     way or coming back in and replacing it with a different
     kind of insulating material.   Is that what you under-
     stand that to be?

A    Yes.

Q    About how many reinsulating jobs has your company done?

A    Recently, we have done a few.   That's not -- within
     the last two or three years, 10 perhaps.

Q    Did you first do a reinsulating job 10 years ago
     approximately?

A    Not other than a tie-in on a system, on an old system
     from an addition to that system.   Then you wouldn't
     call that reinsulating.

Q    All right.   I'm not sure I understand that answer.
     Are you saying that about 10 years ago you did do a
     regular reinsulating project?

A    No.   I'm saying that all the reinsulating projects were
     recent, but at any time, any old system, we might have
     tied into an old system.

Q    But the recent reinsulating projects then would be of
a different nature?

A    They were more like complete projects, for instance.

Q    Pulling the asbestos out and putting something else in?

A    Yes.

Q    About how many of those jobs have you done?

A    I'd say 10 perhaps at the most.

Q    When did you first do a job like that?

A    First large one was the Medical Center in Madison.
University Hospital, pardon me.

Q    Do you know the reason that was done?

A    Yes.  They wanted to get rid of the asbestos.

Q    And about when was that one done?

A    Almost a year ago.

Q    And you've done about 10 similar jobs?

A    No, just very small, you know, not nothing to amount
to anything.  30 feet here, 20 feet there, no large
project.  The large projects are actual reinsulating
projects.  They don't remove the asbestos.

Q    What do they do when they reinsulate in those instances?

A    They take another material and completely enclose the
asbestos product.

Q    Have you done a number of those projects?

A    Quite a few.

Q    Are those large projects or --

1    A    Yeah, they are large.

2    Q    I'm not sure if I asked you this, but do you know about

3         when you first did one of those kinds of jobs?

4    A    Four or five years ago.

5    Q    Do you know who you did it for?

6    A    State of Wisconsin.

7    Q    Can you identify the project for me?

8    A    Madison Tunnels, existing tunnels.

9    Q    What are the Madison Tunnels?

10   A    Steam distribution tunnels for the Capitol and the

11        University.

12   Q    And these were reinsulated for the purpose of, in

13        effect, getting rid of the asbestos problem?

14   A    No.  They were reinsulated because of fuel cost.

15        The side benefit was that it covered up the existing

16        asbestos.

17   Q    Would the University Hospital job be the first one

18        that you did where their -- the primary concern to the

19        job was to get rid of the asbestos?

20   A    Yes.

21   Q    How many other jobs have you done where the primary

22        concern is getting rid of the asbestos?

23   A    None.

24   Q    That's all I have.

E X A M I N A T I O N

BY MR. WRENN:

Q    Mr. Borchardt, you testified that you did use the brand product called Kaylo as opposed to the general Calsil product that your tickets showed as Kaylo?

A    Yes.

Q    You did use that brand product as well?

A    Yes.

Q    Can you tell me the earliest date that you recall L & S using that brand product?

A    I'm sorry, I can't, but I would think that if you know the date it was manufactured, it would have been just a reasonable time after that that we probably purchased some.

Q    Are you talking about in the '50s or the '60s, as far back as that?

A    If it was manufactured in the '50s, I'm sure that we purchased some in the '50s.

Q    Who was the manufacturer of that product, to your knowledge?

A    Owens-Corning Fiberglas.

Q    Did you use that product for specific types of jobs or did you just use it generally in insulation?

A    Only for high temperature installations.

Q    Would that have been a substantial number of the jobs that L & S was doing or a small amount?

1    A    A minority.

2    Q    Did you, yourself, actually see the Kaylo product,

3         -- all my questions are the specific brand Kaylo?

4    A    Yes.

5    Q    And did you, yourself, see it?

6    A    Yes.

     Q    Was there -- at any time from the first time that you

          saw it until the last time that you saw it was there

          ever any change in packaging or labeling at all?

10   A    I don't know that I can answer that truthfully.   I

11        think the product improved, but I can't tell you how

12        they did it.

13   Q    But you don't recall a specific change in the packaging

          of the material?

     A    I don't recall.   That occurs so often with so many

          products, I wouldn't be able to tell you that.

                   MR. WRENN:   No further questions.

          Thank you.

                   E X A M I N A T I O N

     BY MR. STANGLE:

     Q    Now, with the reinsulating and retrofitting work, was

          all this work done since OSHA came into effect

          essentially?

     A    Yes.

     Q    And masks would be required when you are doing this

                              -59-

1    because there is an asbestos product there, is that

2    right?

3  A    Yes.  They are very strict about monitoring and

4    spraying and removal.  It was all monitored by the

5    State out at the University Hospital under their

6    control.

7  Q    And L & S is very strict to make sure they wore the

8    masks while they were doing the work?

9  A    Yes.

10                    E X A M I N A T I O N

11  BY MR. VLASAK:

12  Q    Mr. Borchardt, you said that you bought mineral wool

13    from Forty-Eight Insulations?

14  A    Yes, through Building Service.

15  Q    It's your understanding that that product did not

16    contain asbestos, is that correct?

17  A    That's my understanding.

18  Q    Approximately when did you purchase this?  Can you

19    recall the years?

20  A    Over the last 15 years.

21  Q    Do you have any recollection of having purchased

22    any asbestos containing products from Forty-Eight

23    Insulations?

24  A    No.

              MR. VLASAK:   I have no further questions.

1                    E X A M I N A T I O N

2        BY MR. YOUNG:

3        Q    Mr. Borchardt, was your company using Kaylo brand

4             products in 1950 when you started with the company?

5        A    I wouldn't be able to answer that.  I worked in the

6             other division.  In '55, I'm not sure.  I can't --

7             because I remember Magnesia Triple A.

8                    MR. YOUNG:  No more questions.

9                    (Discussion off the record.)

10                   MR. YOUNG:  Make sure the record shows that

11            the boxes of documents that Mr. Borchardt has produced

12            are going to be kept in his counsel's office, Mr.

13            Niebler.

14                   MR. NIEBLER:  Right, at anybody's convenience.

15                   (Whereupon the examination was concluded at

16            3:00 p.m.)

17

18

19

20

21

22

23

24

1   STATE OF WISCONSIN)
                                ( SS.
2   MILWAUKEE COUNTY   )

3           I, NANCY D. HANNA, a Notary Public in and

4   for the State of Wisconsin, do hereby certify that the

5   above deposition was recorded by me and was reduced to

6   writing under my personal direction.

7           I further certify that said deposition was

8   taken at the Milwaukee Bar Association, 610 North Jackson

9   Street, Milwaukee, Wisconsin, on the 14th day of July,

10  A.D., 1980, commencing at 1:10 p.m. and concluding at

11  3:00 p.m.

12          I further certify that Mr. Albert J. Goldberg

13  of the firm of Goldberg, Previant, Uelmen, Gratz, Miller,

14  Levy & Brueggeman, S.C., appeared on behalf of plaintiffs,

15  Mr. Mark S. Young, of the firm of Borgelt, Powell,

16  Peterson & Frauen, appeared on behalf of Owens-Corning

17  Fiberglas Corp., Mr. Timothy F. Mentkowski, of the firm of

18  Riordan, Crivello, Sullivan & Carlson, appeared on behalf

19  of Johns-Manville Co. and Johns-Manville Corp., Mr. Daniel

20  Stangle, of the firm of Otjen & Van Ert, S.C., appeared on

21  behalf of Keene Corp., Mr. John D. Bird, of the firm of

22  Churchill, Duback & Smith, appeared on behalf of Jim Walter

23  Corp. and Celotex Corp., Mr. Robert E. Hankel, of the

    firm of Schoone, McManus, Hankel & Ware, S.C., appeared

    on behalf of Pittsburgh Corning Corp. and Combustion

Engineering, Mr. Jeffrey Schmeckpeper, of the firm of
Kasdorf, Dall, Lewis & Swietlik, S.C., appeared on behalf
of Eagle-Picher Industries, Inc., Mr. Thomas H. Harrington,
of the firm of Prosser, Wiedabach & Quale, S.C., appeared
on behalf of Fibreboard Corp., Mr. James E. Culhane of the
firm of Davis, Kuelthau, Vergeront, Stover & Leichtfuss,
S.C., appeared on behalf of GAF Corp., Mr. Robert E. Wrenn,
of the firm of Gibbs, Roper, Loots & Williams, appeared on
behalf of Owens-Illinois, Inc., Ms. Susan Maloney of the
firm of Hayes & Hayes, appeared on behalf of H. K. Porter
Co., Inc. and Southern Asbestos Co., Mr. Bruce Huibregtse,
of the firm of Stafford, Rosenbaum, Rieser & Hansen, ap-
peared on behalf of H. K. Porter Co., Inc. in Neubauer case,
Mr. Arthur J. Vlasak of the firm of deVries, Vlasak &
Schallert, S.C., appeared on behalf of Forty-Eight
Insulations, Inc., Mr. Richard J. Delacenserie of the firm
of Boardman, Suhr, Curry & Field, appeared on behalf of
Flintkote Co., Mr. Robert R. Beltz, of the firm of
Schellinger & Doyle, S.C., appeared on behalf of Standard
Asbestos Manufacturing & Insulating Co., Mr. Dan Risdl of
the firm of Kluwin, Dunphy, Hankin & McNulty, appeared on
behalf of Unarco Industries, Inc., Ms. Sally Sullivan, of
the firm of Frisch, Dudek & Slattery, Ltd., appeared on
behalf of Nicolet, Inc., Mr. Charles W. Collins of the firm
of Brennan & Collins, appeared on behalf of Raybestos

1    Manhattan, Inc., and Mr. Chester J. Niebler of the firm

2    of Niebler & Niebler, appeared on behalf of the witness.

3              I further certify that I am not a relative

4    or employee or attorney or counsel of any of the parties,

5    or a relative or employee of such attorney or counsel, or

6    financially interested directly or indirectly in this

7    action.

8              In witness whereof I have hereunder set my

9    hand and affixed my seal of office at Milwaukee, Wisconsin,

10   this _____ day of _____, 1980.

11

12

                              _____
                                      Notary Public
                              In and for the State of Wisconsin

14   My Commission expires:  1/17/82