DONALD L. BONK REPORTING COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

-----------------------------------------------------------------

| | |
|---|---|
| CHARLOTTE E. NEUBAUER, personally and as personal representative of the Estate of Clifford S. Neubauer, | Civil Action No. 77-C-52 |
| JOY SKOFRONICK, personally and as personal representative of the Estate of Clifford E. Mason, | Civil Action No. 77-C-446 |
| WALTER PRESZCHNIK, | Civil Action No. 77-C-491 |
| CLARENCE O. REIMER and MARY M. REIMER, | Civil Action No. 77-C-492 |
| DARWIN FRANK WITKOWSKI, SR., and ELEANORE WITKOWSKI, | Civil Action No. 78-C-43 |
| CLARENCE P. LILLGE and BERTHA F. LILLGE, | Civil Action No. 78-C-44 |
| ERICH E. ECKOLDT, and MAMIE ECKOLDT, | Civil Action No. 78-C-131 |
| ROBERT J. GAYNOR and LAVALLETTE GAYNOR, | Civil Action No. 78-C-544 |

                    Plaintiffs,

        -vs-

OWENS-CORNING FIBERGLAS CORPORATION,
a foreign corporation,

                    Defendants,

        -vs-

OWENS-CORNING FIBERGLAS CORPORATION,

                    Third-Party Plaintiff,

        -vs-

PITTSBURGH CORNING CORP., a foreign
corporation, et al,

       Third-Party Defendants.

------------------------------------------------------------

WILLIAM GLOBIG and
KATHRINE A. GLOBIG,

       Plaintiffs,

   -vs-

OWENS-CORNING FIBERGLAS CORPORATION,
a foreign corporation; JOHNS-
MANVILLE SALES COMPANY, a foreign
corporation; and KEENE CORPORATION,

       Defendants,

   -and-

EAGLE-PICHER INDUSTRIES, INC.,
a foreign corporation,

       Defendants and
       Third-Party Plaintiffs,

   -vs-

INTERNATIONAL ASSOCIATION OF HEAT
AND FROST INSULATORS AND ASBESTOS
WORKERS UNION and ASBESTOS WORKERS
UNION, LOCAL 19,

       Third-Party Defendants,

   -and-

PITTSBURGH CORNING CORP., a foreign
corporation; JIM WALTER CORP., a
foreign corporation; CELOTEX CORP.,
a foreign corporation; FIBERBOARD
CORP., a foreign corporation; GAF
CORP., a foreign corporation;
OWENS-ILLINOIS, INC., a foreign
corporation; ATLAS ASBESTOS CO.,
a foreign corporation; UNION CARBIDE

-2-

CORP., a foreign corporation; H. K.
PORTER CO., INC., a foreign corporation;
SOUTHERN ASBESTOS COMPANY, a foreign
corporation; FORTY-EIGHT INSULATIONS,
INC., a foreign corporation; THE
FLINTKOTE CO., a foreign corporation;
NATIONAL GYPSUM CO., a foreign
corporation; STANDARD ASBESTOS
MANUFACTURING AND INSULATION CO., a
foreign corporation; UNARCO INDUSTRIES,
INC., a foreign corporation;
COMBUSTION ENGINEERING, INC., a
foreign corporation; ARMSTRONG CORK CO.,
a foreign corporation; NICOLET INC., a
foreign corporation; and RAYBESTOS
MANHATTAN, INC., a foreign corporation,

          Additional Third-Party
          Defendants.

-----------------------------------------------------------------

ROBERT A. WETZEL and
GRACE M. WETZEL,

          Plaintiffs,

     -vs-

JOHNS-MANVILLE SALES CO.,
JOHNS-MANVILLE CORP.,
OWENS-CORNING FIBERGLAS CORP.,
ARMCO CORP.,
JIM WALTER CORP., and
CELOTEX CORP.,

          Defendants,

     -vs-

OWENS-CORNING FIBERGLAS CORP.,

          Third-Party Plaintiff,

     -vs-

PITTSBURGH CORNING CORP.,
EAGLE-PICHER CORP.,
FIBREBOARD CORP.,

-3-

GAF CORP.,
OWENS-ILLINOIS, INC.,
ATLAS ASBESTOS CO.,
UNION CARBIDE CORP.,
H. K. PORTER CO., INC.,
SOUTHERN ASBESTOS CO.,
FORTY-EIGHT INSULATIONS,
THE FLINTKOTE CO.,
NATIONAL GYPSUM CO.,
STANDARD ASBESTOS MANUFACTURING
AND INSULATIONS CO.,
UNARCO INDUSTRIES, INC.,
COMBUSTION ENGINEERING, INC.,
ARMSTRONG CORK CO.,
NICOLET, INC., and
RAYEESTOS MANHATTAN, INC.,

                    Third-Party Defendants.

------------------------------------------------------------

          Examination of JOHN K. LOCHER, otherwise

than as a witness upon the trial, taken at the instance

of the adverse party, to-wit, the Defendants, under the

and pursuant to notice before LINDA J. SAARI, a Notary

Public in and for   the State of Wisconsin, at 610 North

Jackson Street, Room 207, Milwaukee, Wisconsin  53202,

on the 2nd day of October, A.D., 1980, commencing at

11:35 a.m. and concluding at 2:15 p.m.


A P P E A R A N C E S:

               GOLDBERG, PREVIANT, UELMEN, MILLER, LEVY &
               BRUEGGEMAN, S.C., by
               Mr. Albert J. Goldberg,
               708 North Jefferson Street,
               Milwaukee, Wisconsin,
               appeared on behalf of the Plaintiff.

                              -4-

RIORDAN, CRIVELLO, SULLIVAN & CARLSON, by
Mr. Donald H. Carlson,
710 North Plankinton Avenue
Milwaukee, Wisconsin,
appeared on behalf of Johns-Manville Sales
Company.

BORGELT, POWELL, PETERSON & FRAUEN, by
Mr. Mark Young,
735 North Water Street,
Milwaukee, Wisconsin,
appeared on behalf of Owens-Corning Fiberglas
Corporation.

BOARDMAN, SUHR, CURRY & FIELD, by
Ms. Barbara Block,
One South Pinckney Street,
Madison, Wisconsin,
appeared on behalf of Flintkote Company.

SCHOONE, McMANUS, HANKEL & WARE, S.C., by
Mr. Robert E. Hankel,
1300 South Green Bay Road,
Racine, Wisconsin,
appeared on behalf of Combustion Engineering,
Inc.

FULTON, MENN & NEHS, by
Mr. Jonathon M. Menn,
222 Oneida Street,
Appleton, Wisconsin,
appeared on behalf of Armstrong Cork Company.

PROSSER, WIEDABACH & QUALE, S.C., by
Mr. Thomas Harrington,
626 East Wisconsin Avenue,
Milwaukee, Wisconsin,
appeared on behalf of Fiberboard Corporation.

DAVIS, KUELTHAU, VERGERONT, STOVER, WEINER &
GOODLAND, S.C., by
Mr. James E. Culhane,
250 East Wisconsin Avenue,
Milwaukee, Wisconsin,
appeared on behalf of GAF Corporation.

KLUWIN, DUNPHY, HANKIN & McNULTY, by
Mr. Eric J. Van Vugt,
1100 West Wells Street,
Milwaukee, Wisconsin,
appeared on behalf of UNARCO Industries.

OTJEN & VAN ERT, S.C., by
Mr. Daniel  J. Stangle and
Mr. Donald M. Lieb,
741 North Milwaukee Street,
Milwaukee, Wisconsin,
appeared on behalf of Keene Corporation.

KASDORF, DALL, LEWIS & SWIETLIK, by
Mr. Kenton E. Kilmer,
1551 South 108th Street,
Milwaukee, Wisconsin,
appeared on behalf of Eagle-Picher Industries,
Inc.

CAPWELL, BERTHELSEN, NOLDEN & CASANOVA, LTD., by
Mr. James A. Pitts,
524 Main Street,
Racine, Wisconsin,
appeared on behalf of Union Carbide Corp.

FRISCH, DUDEK & SLATTERY, by
Mr. Frank R. Terschan,
828 North Jefferson Street,
Milwaukee, Wisconsin,
appeared on behalf of Forty-Eight Insulations,
Inc., and Nicolet, Inc.

CHURCHILL, DUBACK & SMITH, by
Ms. Frances H. Martin,
780 North Milwaukee Street,
Milwaukee, Wisconsin,
appeared on behalf of Jim Walter Corp., and
Celotex Corp.

STAFFORD, ROSENBAUM, REISER & HANSEN, by
Mr. Bruce Huibregtse,
131 West Wilson,
Madison, Wisconsin,
appeared on behalf of H. K. Porter Co., and
Southern Asbestos Co.

HAYES & HAYES, by
James Samuelsen,

161 West Wisconsin Avenue,
Milwaukee, Wisconsin,
appeared on behalf of H.K. Porter Co., Inc.

* * *

I N D E X

EXAMINATION BY:                                            PAGE

Mr. Young                                                     3
Mr. Carlson                                                  45
                                                             70
                                                            106
Mr. Culhane                                                  69
Mr. Lieb                                                     87
Ms. Block                                                    91
Ms. Martin                                                   92
Mr. Harrington                                               93
Mr. Kilmer                                                   99
Mr. Goldberg                                                 99

<u>TRANSCRIPT OF PROCEEDINGS</u>

JOHN K. LOCHER, called as a witness

herein by the Defendants, having been first duly

sworn on oath, was examined and testified as

follows:


<u>E X A M I N A T I O N</u>

<u>BY MR. YOUNG:</u>

Q    Would you please state your full name for the record?

A    John, I use the middle initial K, Locher, L-o-c-h-e-r.

Q    Mr. Locher, where do you presently reside?

A    511 East Trotters, Maitland, Florida.

Q    Mr. Locher, you were formerly employed by Sprinkmann &
     Sons; is that correct?

A    That is correct.

Q    And until June of 1980 you were employed at Sprinkmann,
     isn't that correct?

A    May 31st was my last day, yes.

Q    Did you previously reside in the Milwaukee area?

A    Yes.

Q    When did you cease to reside in this area?

A    When?    Well, my house was    sold -- let's see, we
     accepted a bid on the house the 2nd of July and closed,
     I think, the 22nd of August.

-2-

Q    And you are  retired now, isn't that true?

A    Right.

Q    When did you first become employed at Sprinkmann & Sons?

A    Well, after World War II, and I think it was May 1st, 1945 or it could have been '46.  I can't remember just when the war ended.  I know that I got out of the Navy, and about a month before that previously I worked for the Electric Company, WEPCO, and I went there about two weeks and I joined Sprinkmann's.

Q    What position did you take when you first started at Sprinkmann's?

A    Well, I suppose everybody looks for titles, and really I was employed or had an interview with a gentleman who was the general manager, and I believe he was secretary and treasurer at that time.  So, I worked directly for him.

Q    What is that person's name?

A    That was Merlin W. Simon.

Q    Mr. Simon is deceased?

A    Correct.

Q    Were you Mr. Simon's assistant?

A    Really, yeah.  I was hired to be his assistant. Never thought of that, but that is correct.

Q    You were the assistant to the general manager of Sprinkmann's operation here in Milwaukee?

A    Yeah.

         MR. CARLSON:   You have to say "yes" for the record.

         MR. YOUNG:   He said "yes".

         THE WITNESS:   Yes.   I don't think at that time I got the salary that an assistant should have got, but basically I was hired as his assistant.

         MR. YOUNG:

Q    In your position as working for Mr. Simon what were your duties with respect to purchasing of products Sprinkmann & Sons used in its contracting work?

A    Well, when I first started he did all the purchasing. And one thing I would like it to be understood when I started there my desk was right next to his so I knew all the salesmen that came in.   And as you were trained you were brought along.   I met all the salesmen and it wasn't too long I was doing a lot of the buying and he was doing some, and, you know, we were kind of splitting it up as time grew on.

Q    Did eventually a time come when you had primary responsibility for purchasing?

A    I would say yes, but I can't remember which date it was.   I mean we just, "Here, take care of it," you know, "You are my boy, take care of it."

Q    Now, you know Mr. Dowling and Mr. VanBeck, do you not?

A    Yes.

Q    And they have indicated that in their opinion you are
     the person presently alive today that knows the most
     about the products Sprinkmann & Sons purchased.  Do you
     have any reason to quarrel with that?

A    No.  Really, no.

Q    Do you know anybody who in your opinion knows more about
     the products Sprinkmann bought over the years?

A    I can't think of anyone really.

Q    So, you would agree with them that most likely you
     are the person who has the best knowledge concerning
     products Sprinkmann has bought since the late forties?

A    That is correct.

Q    How long did you remain the assistant to the general
     manager?

A    Well, I suppose until he retired.

Q    Well, when you left Sprinkmann what position were you
     in?

A    Well, first of all when I first started it wasn't as
     big as it is now.  It is all grown.  And in those
     days I was involved in almost -- well, sitting right
     next to him I got involved in almost everything that we
     were involved in.  And as time went on a lot of these
     accounting functions went over to the Accounting
     Department.  My job became more related to purchasing

and selling than anything else really.

Q    Up until the time that you retired did you continue to
     have at least practically the primary responsibility
     for purchasing products by Sprinkmann to be used in
     their contracting?

A    Yes.

Q    Mr. Locher, I am going to now go through an extenstive
     list of names of companies and products and ask you
     questions about your recollection of buying their
     products and when you might have done that, okay?

A    Go ahead.

Q    Have you ever heard the name Nicolet Industries?

A    Yes.

Q    To your knowledge did   Sprinkmann purchase products
     from Nicolet?

A    We purchased some products from Nicolet in the early
     days.

Q    When you say "early days" can you --

A    When I mean "early days", o nly days of my employment;
     the first years that I were there.  That Nicolet
     Industries sold out to somebody or something.  I don't
     know what happened to them.

Q    Do you remember the type of products you purchased from
     Nicolet?

A    All right.  We used   to buy some asbestos papers from

Nicolet.  And I think that we probably got some Air Cell and Wool Felt type covering from them in those days.  They were not a big supplier really, but I mean we did give them a small amount.

Q    Do you remember the brand name that Nicolet sold the products under that you purchased?

A    No, not unless I heard the names it might ome back to me.

Q    Do you remember the name  Salmo?

A    Yeah.

Q    Does that name ring a bell as to the brand name that you have in mind?

A    Can't recall, but it could have been.  I don't know whose it was, but I remember the name.

Q    How about the brand name Norristown?

A    That I don't recall at all.

           MR. YOUNG:  Off the record.

           (Whereupon, a discussion was had off the record.)

           MR. YOUNG:

Q    Do you have a recollection of Sprinkmann and Sons purchasing products  that went by the name Keasbey-Mattison?

A    I remember Keasbey-Mattison, K & M.  I don't recall us buying any products from them, no.

-13-

Q    Do you remember purchasing any products from a company
called Turner-Newell?

A    Nope, I can't recall that one.

Q    How about a company called Certain-Teed Products?

A    Certain-Teed, yes.

Q    Did Sprinkmann and Sons purchase asbestos containing
products from Certain-Teed?

A    Well, Certain-Teed is an outgrowth of Gustin-Bacon and
that is a fiberglas manufacturer.  So, if we got any-
thing from Certain-Teed, and -- what is Certain-Teed?
St. Germaine?  I think it is a French name.  They are
involved with it and they make fiberglas products.
They make something else for some other industry too,
but I don't know what it is.  But the insulation we
would buy from them is fiberglas.

Q    So to your recollection Sprinkmann didn't buy any
asbestos products from Certain-Teed Products?

A    No.

Q    Do you have a recollection of Sprinkmann purchasing
asbestos products from Ryder Industries?

A    All right.  Ryder, I think, made some cement, but I
don't think we ever bought any from Ryder.  Maybe in
the later years we had some Ryder Cement that was bought
through -- yeah, we bought some probably from Building
Services, maybe a little bit from Allied or

-14-

something.  I think we have had some Ryder Cement.

Q   Are you able to give us any sort of time period over which --

A   It would be the last 10 or 15 years.  10 years probably. This is '80.  Maybe the late seventies.  That is Ryder out of Texas, right?

Q   That is the one I have in mind.  I don't know if that is what you have in mind.

A   No, because there was another Ryder Brothers that made cement in Kansas City.  I don't know what the name of his company was, or he was involved.  I won't say he was a brother; he was a relative.

Q   You are speaking of Ryder Products that came out of a company in Texas?

A   Right.

Q   And when you say back 10, 15 years you meant to say the late sixties instead of late seventies?

A   This is 1980.  We probably bought it in the seventies and late sixties probably through Building Services or Allied, a small amount.  Now, they were not a major cement supplier really.  We ran out of what we were using; we need 50 bags, fine.

Q   Do you know whether or not any one of Sprinkmann's contracting competitors used a lot of Ryders?

A   Now, that I really don't know because I don't know

who they sold to; but, there was some several carloads
of Ryders that came into this area, I know that.

Q    When you say "carload" you are talking about a railroad
carload?

A    Right.

Q    Do you remember a cement called One Cote?

A    I remember the name, yeah.

Q    Do you remember that as a specific name of a product
as opposed to the generic term that people refer to it
by?

A    No, it is a mineral wool cement called One Shot.  I think
it was made by a mineral company in Leeds, Alabama,
if I recall correctly, somewhere in that area.

Q    Does the name Rock Wool Manufacturing --

A    That could be it.  Yes, that sounds familiar.  Pretty
sure.

Q    Does my statement of the name Rock Wool refresh your
recollection as to the  company you believe --

A    I think Rock Wool Manufacturing Company is the one that
made it.  Are they in Leeds, Alabama?    Pretty sure
it is from Leeds, Alabama.

Q    That is the one you are talking about?

A    Yeah.

Q    That is the one I have in mind.

A    That is the same one.

-16-

Q    Mr. Locher, let me ask you to please answer my questions

because she can't get us both down at the same time.

A    Excuse me.

Q    Did Sprinkmann buy One Shot?

A    We have probably sampled it, and I think they sent us

some samples, five or ten bags, but we never used the

material really.

Q    Sprinkmann and Sons made asbestos blankets, did they

not?

A    Yes, they did.

Q    And how -- what did they use to make those blankets

and how did they go about it?

A    Well, the asbestos blankets were basically made from

years ago asbestos high temperature asbestos cloth with

different types of insulation fillers and were made in

various shapes and forms to fit over all kinds of

things.

Q    And did they use asbestos yarn or twine or whatever

to stitch the blankets together?

A    Yes, we had some type of asbestos twince that worked in

the sewing. We had a sewing machine that did it with

asbestos twine, but, you know, asbestos is very

flimsy and is real fine. And it had a stainless

steel or monel or real fine wire to hold it   together

really otherwise you couldn't have sewed it.

Q   Where did Sprinkmann purchase the asbestos cloth that
     it used in its blankets?

A   Well, we bought some from Raybestos Manhattan.  The
     old days there was Union Asbestos and Rubber Company in
     Bloomington, and there was another company in St. Louis.
     Tallman-McCluskey I think it was.  T-a-l-l-m-a-n hyphen
     McCluskey, but I couldn't spell the other  word.

Q   Did Sprinkmann buy more of its asbestos cloth from
     one of these manufacturers than another

A   I would say in those days we probably bought most of
     it from Raybestos Manhattan.

Q   And what do you mean by "those days"?

A   In the early days.  Now -- well, I shouldn't have said
     that word, that doesn't make much sense, does it? In
     the days that we were making insulation blankets for
     turbines that were manufactured  by Allis-Chalmers most
     of that was probably bought from Raybestos Manhattan,
     then when Allis-Chalmers quit making turbines here our
     sales went down and then we started to get to other
     manufacturers.

Q   I take it that Sprinkmann manufactured blankets that
     they would sell to Allis-Chalmers that Allis-Chalmers
     would incorporate in the turbines it was making and
     selling, is that what you are saying?

A   We would make the blankets?  No, I am not saying that.

                              -18-

Q      Okay.

A      First of all we would bid on the insulation of the
       turbine, and in the insulation of the turbine there was a
       lot of, let's call it white line, or in those days
       asbestos pipe covering for certain parts of the turbine.
       So, we bid to complete the job, and we sent our men all
       over the country to insulate Allis-Chalmers turbines.
       They installed the blankets which we made in our fab
       shop.

Q      Can you tell us even generally the time period over
       which you were making the blankets for Allis-Chalmers
       turbines?

A      Well, we  made them until Allis-Chalmers quit.  I don't
       know what year they quit making turbines out here in
       West Allis.  And we didn't do them for all their jobs
       because then every one of them was a big job.  Now, when
       they quit we also made some for General Electric and
       we bid on some of those jobs too which once and awhile
       we got them.   But we were, probably being local, we
       got more work out of Allis than we did for GE and
       Westinghouse.

Q      What specific products do you recall Sprinkmann buying
       from Southern Asbestos?

A      Well, basically the asbestos cloth that we bought.
       We bought in rolls.  The rolls were always 40 inches

wide, and most of it was either a Triple A or
Quadruple A, and the A's marked what degree the cloth
would take.  The Quad A probably was inserted with
Monel or stainless steel to take a higher -- go up to
about 1,000  degrees, I believe.  And then some of them
even had cheaper cloth that had brass wire in it.  They
wouldn't take the same degree of temperature like a
Quad A would.  A Quad A  had either stainless steel or
Monel.

Q    You remember buying from Southern Asbestos these types
of cloth?

A    Yeah, we always bought commercial grade cloth from
Southern Asbestos becase we sold a lot of that really
too for welding blankets and God knows what.

Q    The commercial grade cloth purchased from Southern
Asbestos was something you bought so you could sell it
to somebody else?

A    Most of the time, yes.  We wouldn't dare use commercial
grade because that was 300, 350, 400 degree cloth, you
know, on 800 degree pipe.

Q    Did Sprinkmann use the Southern Asbestos cloth it
purchased to make the blankets similar to the Raybestos
cloth?

A    I am sure we used some of Southern's, but most of the
-- when we got into the act with Southern, if I recall

-20-

correctly, this was mainly after Allis turbines were no longer manufactured in Milwaukee.  So, I think most of the asbestos cloth that we bought for the turbine blankets was probably Raybestos.

Q   What did you use the Southern Asbestos cloth for?

A   Well, we again had some turbines that we had, and there were other types of things too that we used the cloth for.

Q   Did Sprinkmann employees use the Southern Asbestos cloth to your knowledge?

A   Sure, they used it.  Right now we are using stainless steel filler.  They are putting it in between the stainless steel mesh.

Q   Do you know whether or not Southern Asbestos cloth was purchased by Sprinkmann in the sixties?

A   Now, this is the eighties.  So, the seventies are over, so, we are going back 20 years.  I am sure we bought some.

Q   Do you know the company Union Asbestos and Rubber Company to be a predecessor or successor of Unarco?

A   Well, Unarco, that was that company really, yes.

Q   You purchased asbestos cloth from them as well?

A   Yes.

Q   Was the cloth you purchased from Unarco used in the same fashion as the cloth you bought from Southern?

-21-

A    I am sure it was, or from Raybestos really because, you know, we'd get competitive bids and price in terms, and delivery was a factor too sometimes.  Some people were out, so --

Q    Did Sprinkmann purchase Unarco cloth in the sixties?

A    I don't know when Unarco sold; I can't remember.  But we purchased cloth from Unarco until they were sold out, I am sure of that.  So, that was probably in the sixties.

Q    Do you recall who Unarco sold out to?

A    Well, they sold out -- I don't know what they did with their textiles.  They took their -- they made a pipe covering which they sold to Pittsburgh Corning, then they used to make a lot of gaskets they sold to somebody down in Alabama or Georgia, I don't know the name of the company.  And then maybe it did.  Owens-Corning gets part of this because they are making a urethane down there, now, I don't know.

Q    Where did Sprinkmann buy its asbestos thread or twine?

A    I don't know.  I can't remember.  All I can  remember is, you know, we bought big boxes that last forever.

Q    Do you have a recollection of Sprinkmann and Sons purchasing and using Carey Insulation Products?

A    Yes, we used some Carey Products.

Q    What Carey Products did Sprinkmann buy?

A    All right, we bought some high temperature materials

from Carey, I know that. I don't know how much or what percentage, but, see, back in the early days -- well, Sprinkmann's have been involved in basically two corporations; one in Wisconsin and one in Illinois. And originally we had an agreement with the Ehret Magnesia Company, and the original agreement from the Illinois Corporation was in Carey Magnesia or whatever Carey's name was, I can't recall.

Q   Carey Canadian Mines?

A   No, that wasn't the name of the company; that was a subsidiary or something. I don't know who owned what. But, so, once and awhile there was an interchange of products. So, they, especially after the war because products were hard to get and they had an oversupply we could use theirs, and they would be able to deliver on the job that we bid here or there or vice versa. So, we bought from them occasionally, and they occasionally bought from us.

Q   When you say you purchased high temperature insulation products from them you are talking about block and pipe covering?

A   That is correct.

Q   And when you say "the early days" again you are talking about the period right after you came with the company, perhaps up to 1955?

A     I am going to say from '45 to '55.

Q     What did Sprinkmann purchase from Carey Candadian Mines?

A     We purchased a fiber 7 -- what was it -- 7M5 I believe
they called it.  It was the short asbestos fiber that they
used to mix with water and became blue mud and became a
finish.  It was commonly used in the insulation
industry by all contractors.

Q     Was this marketed as a cement or just a raw fiber?

A     Well, we called it asbestos cement really.  We also
bought another fiber, and I can't remember which one it
was because there is, you know, they list them.  And the
7M it went through a screening test and that is  how they
determined -- some of the great big long ones were real
expensive pipe, but we bought the shortest one.  But we
also bought from Carey Canadian Mines some asbestos.  We
called it asbestos shots which we resold to people like
A. O. Smith and Harnischfeger and never touched it
because we sold it in carloads, and they used it in
the   manufacture of weld rods or welding, whatever
you got to have for welding.  Whether it is still being
used in that process I have no idea.  I know it is not
being made in Wisconsin anymore.

Q     Did Sprinkmann purchase from Baldwin-Ehret-Hill or
Ehret Magnesia?

A     Basically in the early days or        when I started with

Sprinkmann we had an agreement with Ehret Magnesia

Manufacturing Company, and I would say probably in the

time I started until 1955, maybe a little bit later, that

most of the materials, the asbestos materials that we

bought which was magnesia came from the Ehret Manufacturing

Company. And then they merged with Baldwin-Ehret-Hill,

and I don't remember which date that was. Then we con-

tinued to buy their white line. Baldwin-Hill was a

mineral manufacturer and Ehret was a white line. So,

they got together, then we bought most of our white line

through Baldwin-Ehret-Hill.

Q    Up until the time Ehret Magnesia had merged with Baldwin-

Hill what would be your best estimate as to the percentage

of the products Sprinkmann bought that were from Ehret

Magnesia?

A    Well, we bought probably 95 percent of all our

white line -- the white line is the magnesia from Ehret.

We bought some before the advent or even the early days

of fiberglas that had a cold water covering made out of

Wool Felt which was a wound thing. I don't really know

what Wool Felt was. I don't think it has asbestos in it.

Then for low pressure steam they had a product called Air

Cell which was made out of asbestos papers and corrugated.

We bought most of that from Standard Asbestos in Chicago.

Q    Did Sprinkmann consider itself a distributor for Ehret's

magnesia?

A     Yes.

Q     And even after Baldwin -- after Ehret -- or strike that.
      Even after Ehret Magnesia merged with Baldwin-Hill you
      continued to purchase products from them?

A     We were still a distributor if that is the word, yeah.

Q     To your knowledge  Sprinkmann purchased  products from
      Fiberboard Corporation?

A     I am sure we did because I know that when I started with
      Sprinkmann's I think the Fiberboard Company came up with
      some type of a, either injection molding or something,
      and I don't know what the manufacturing process was.  And
      they had one of those, supposedly at that time a new --
      either a new manufacturing process or a new plant and they
      did sell some material that went as far as the Midwest because
      they basically -- most of their stuff came out of Emeryville,
      California.

Q     Was the product you just referred to an asbestos containing
      product to your knowledge?

A     Yes.

Q     Do you know what brand name it went by?

A     PABCO.

Q     Can you give me the time period over which you bought this
      PABCO product?

A     I know that we bought some PABCO, but we didn't buy very
      much of it, I know that too.  I know that we might have tried

a couple cars of it for some job because with their
new process you got to remember pipe covering is a
three foot section, and the small sizes, two pieces
fit together.  So, anybody that got -- when you get up to
20 inch pipe covering, just using that as an illustration
rather than putting on how many pieces six inch wide to
wrap around it we could get two pieces to put around
there, you are going to save a lot of labor.  And I think
PABCO with their new process was one of the first ones that
had some of the bigger pipe covering in two sections;
three foot pieces  in two sections which saved labor.  And
so, I can't recall the jobs, but I think we had one or two
cars where we tried some of their material for large
pipe.

Q     Do you remember purchasing products that went under the
      brand name PLANT?

A     PLANT is PABCO.  It was all the same.  We might -- maybe
      that was the name, I can't --

Q     You knew that to be manufactured by Fiberboard Corpora-
      tion; is that correct?

            MR. HARRINGTON:  I object to the form of the
      question.

            MR. YOUNG:

Q     You can answer.

A     I don't even know what you said.

                        -27-

Q     You understood the PABCO product that Sprinkmann pur-
      chased to have been manufactured and sold by Fiberboard,
      isn't that true?

A     Unless the name was different prior at that time.  We
      bought some from -- I don't know whether we bought it
      from PLANT or Fiberboard, and then Fiberboard sold it
      to -- I don't know who owns it now, Georgia Pacific
      or somebody.  I don't know what they are.  So, we are
      still buying or did buy some for some recent jobs.  They
      were the first company that came out with a non-asbestos
      product too, I believe.  I thought you might like that.

            MR. HARRINGTON:  I love it.  Keep going.

            MR. YOUNG:

Q     What, if any, products did Sprinkmann buy from Eagle-
      Picher?

A     All right.  We bought some mineral wools and some cements.

Q     The mineral wool you referred to didn't have asbestos in
      it; did it?

A     As far as my knowledge of the mineral wool blankets had
      no asbestos.  That was made out of some kind of mineral
      or Rock Wool or something.

Q     You bought cement from Eagle-Picher?

A     Correct.

Q     Do you remember the names of the cement?

A     All right.  Eagle -- yeah, Eagle-Picher 66 and Eagle-Picher

One Cote.

Q   When you say Eagle-Picher One Cote do you mean "One Cote" spelled O-n-e C-o-t-e?

A   Well, I don't know.  I can't remember.  I am not a  good speller.  It could have been C-o-t-e, I don't know.

Q   Do you know the time period over which those cements were purchased from Eagle-Picher?

A   Well, we bought several Eagle-Picher Cements from when I started at Sprinkmann's.  Well, until Eagle-Picher gave up making cements and gave it to -- I can't think of the fellow's name that bought it, but he is down in Joplin, Missouri.

Q   Was Eagle-Picher -- or strike that.  Did you purchase more cement from Eagle-Picher than anybody else or can you give us any idea of the percentages involved?

A   I would say we bought most of our cements from Eagle-Picher, yes.

Q   What products, if any, did Sprinkmann buy from Standard Asbestos?

A   Well, now, I presume when you talk Standard Asbestos you are talking the Standard Asbestos Company that was in Chicago that sold out to Baldwin-Ehret-Hill.  And the products that we bought from them were Wool Felt and Air Cell.

Q   Do you know another Standard Asbestos besides the one

you are talking about?

A       I think there is one company called Standard or was a
Standard Asbestos in Kansas City.  I think they were a
contractor or something, I don't know.

Q       Did you purchase any products from that Standard Asbestos,
the one in Kansas City?

A       Yes.

Q       What did you buy from them?

A       We bought some cement from them, but now this was in --
let's see, when was this?  In the sixties.  And they
manufactured a cement, and I think we bought a One Cote
cement from them.

Q       When did you buy the Air Cell from Standard Asbestos
in Chicago?

A       When?  Well, that must -- well, there is a product that
isn't being used anymore because fiberglas is taking
its place.  So, this was -- and when I first started
fiberglas was brand new, and I don't even know if -- they
had a thin, now they have half inch thick fiberglas
which basically takes the place of what Air Cell used
to take, low temperature, not low temperture, low pressure
lines and cold water does them both.  So from 1945 to
'55, maybe even a little bit later we probably were still
using a certain amount of those types of pipe covering,
but then gradually fiberglas took its place.

Q   Did you buy most of your Air Cell from Standard Asbestos out of Chicago?

A   Yes.

Q   Do you consider Air Cell a white line product?

A   No.  Really, no.  Like corrugated cardboard wrapped together, but it had some asbestos in it and it was white.

Q   Do you remember purchasing a cement called No. 9 One Cote Cement?

A   No. 9?  I don't remember the number.  I couldn't even -- we might have.  No, I can't remember at all who made it.

Q   I  think Standard Asbestos, one of them made it.

A   That might have been what we had.  I don't know.  I can't remember.

Q   Do you remember a product called No. 65 Rock Wool Cement?

A   I have heard of it, yes.  I don't know whose it was.

Q   Of the cement that you bought from Standard Asbestos in Kansas City was one of them a One Cote Cement?

A   I believe the only one that we got from them was a One Cote cement.

Q   Do you know when you purchased that?  Over what years?

A   It was probably in the sixties.

Q   Do you recall purchasing asbestos products from GAF?

A   Yes.

Q   What asbestos products?

A   All right.  Really what happened is we used to, I think as

-31-

I have made it clear, buy most of our white line through

Baldwin-Ehret-Hill and the salesman used to call on us.

He was out of a job, had to look for another one. He got

a job with GAF selling their white line called Calsilite,

I think was the name of the product. And, so, he came in

one day and gave us a pretty good price. And I think we

bought anywhere from two to four cars, from him.

Q    Did that go by the brand name Ruberoid?

A    Yeah, I think was it Calsilite Ruberoid was the manu-

facturer. It was owned by GAF. I think that is the way

it worked, I don't know.

Q    Is the Calsilite white line products that you referred to

the only items you remember buying from GAF?

A    Yes.

Q    And to your knowledge they contained asbestos, did they

not?

A    Those days, yes.

Q    And that was pipe covering and block?

A    Yes. It was very similar to Johns-Manville products.

I think they  had a license out of JM or something, they

had an agreement.

          MR. CARLSON:  Move to strike as being a

supposition.

          THE WITNESS:  Oh, all right.

          MR. CARLSON:  That's all right.  Go ahead, sir.

-32-

MR. YOUNG:

Q   Were the products that were purchased from GAF purchased
    for the Sprinkmann employees to use on the job?

A   Oh, sure.  I mean, you know, it was regular white line.
    It was out of our inventory; part of our stock that we
    used.

Q   Can you give me any idea in terms of the time period
    other than after this salesman went over to GAF?

A   All right.  It couldn't have been in the seventies.  I
    think it was somewhere in the sixties.

Q   Did you purchase for Sprinkmann any products from Armstrong
    Cork?

A   I am sure we did.

Q   Do you have a recollection of purchasing any asbestos
    continaing products from Armstrong Cork?

A   No.  We used to -- just to clarify the record, if I may.
    We used to buy Armstrong Cork manufactured cork board
    here in the United States and they had some  other outlet
    that was connected to them called Cork Import.  And we
    placed our orders with Cork Imports.  We had some kind of
    an agreement with them, and it was Armstrong Cork.
    So, either those two companies were affiliated in some
    manner or form.

Q   What asbestos containing products, if any, did Sprinkmann
    purchase from Combustion  Engineering, Inc.?

A    That is something I don't think we bought anything from Combustion -- Combustion Engineering. The only thing I can remember with them they made boilers and we did bid and did some jobs for them, and not with their materials, with other peoples.

Q    Did Sprinkmann purchase asbestos containing products from Pittsburgh Corning?

A    Afraid, yes.

Q    What products?

A    What products? Well, we bought Unibestos from them after th bought it from Union -- from UNARCO.

Q    Did Sprinkmann buy Unibestos from UNARCO and Pittsburgh Corning?

A    Not at the same time, no, no, no. But we bought some Unibestos from Pittsburgh Corning, yes.

Q    Were Pittsburgh Corning and UNARCO the only companies that made the product known as Unibestos?

A    That I don't know. I don't know if some other company made it the same way too because there was a different type of manufacturing. They rolled it up somehow with fiber. I don't know how they did it.

Q    When you speak of Unibestos you are talking about the brand names Unibestos, though, aren't you?

A    Yeah.

Q    Do you know any other companies other than Pittsburgh

-34-

Corning or UNARCO that sold the product that you know as
Unibestos?

A    There could have been one in Canada, but I am not sure.  I
think some of it might have been made in Canada.  I don't
know.  I know some was made in Tyler, Texas, and that was
a big plant.

Q    Whose plant was that?

A    Well, that was originally Unibestos.  Pittsburgh Corning
took them over when they bought Unibestos, which they
wish they didn't.

Q    Did you buy any other products from Pittsburgh Corning?

A    Mostly foamblast.

Q    Over what time periods did you buy Unibestos, whether
from UNARCO or Pittsburgh Corning?

A    Well, we bought Unibestos from UNARCO for work we did
for the Wisconsin Electric Power Company in the tunnels
in the street, and this goes back, I am sure, in the
fifties.  Could have been even some in the forties because
the Electric Company specified that product.  They wanted
that product.  So, that is what we bought from UNARCO
when they made it, and then afterwards when they sold
out we bought some from Pittsburgh Corning.

Q    What asbestos products, if any, did   Sprinkmann purchase
from Forty-Eight Insulations?

A    Well, Forty-Eight Insulations basically is a mineral wool

-35-

manufacturer, but they also made mineral wool cement,
and I am sure that we bought some cement.  We didn't
buy many, but we bought some.  And in those days all those
cements had some asbestos in it.  We had people that would
ask for Forty-Eight Cement, Eagle.  They'd order the cement
buy the brand name.  And, so, I think we used an order of
Forty-Eight Cement buy 50 bags at a time so if somebody
wanted it we gave it to them.

Q   Do you remember the name Weber's 48 Cement?

A   Yup.  Maybe that is the name I am thinking of.

Q   Do you remember the name Super 48 Cement?

A   Well, no, I can't recall.  That was just probably an
upgrade of the manufacturer change of formula or something,
I don't know.

Q   How about Weber's High Temperature Block.  Do you
remember ever buying that?

A   No.

Q   Over what time period did you buy the cement you are
referring to from Forty-Eight?

A   Well, we were buying that cement when I started, and
that was, say, '45.  We probably bought it for  10 or 15
years in small dribbles.

Q   Do you recall purchasing any products from Atlas Asbestos?

A   Yes.

Q   What products?

-36-

A    We bought from -- the only time we ever bought anything from Atlas Asbestos was when we were doing the terminal insulation for the first unit for Wisconsin Power and Light at Portage.   The second unit just went in out there. Those are two brand new plants.   And we had a couple cars of Atlas out there.   I can't recall.   Must have been in the seventies.

Q    What kind of Atlas product was it?

A    It was white line.   And, again, I can't say whether at that time there was still asbestos in it or not.   I can't recall that.

Q    That is the only time you recall purchasing from Atlas?

A    Yeah, as far as I know that is the only time they ever had an order.

Q    Did you purchase any Kaylo prior to 1958?

A    Well, digging back into my memory I would have to say we did.   It seems to me when we bought Kaylo that we placed an order, and I can't recall what it was or how much it was, with Owens-Illinois prior to the advent of Owens-Corning, buying Kaylo from Owens-Illinois.   And ever since that then, when, of course, Owens-Corning bought it then Building Service had it and we have had a certain amount from them.   And also our Illinois corporation is a distributor for Owens-Corning, so, you know, they wanted something we have had.   There has been a certain amount of

-37-

interchange.

Q   Do you recall purchasing any Owens-Corning cement?

A   I don't think Owens-Corning made cement; they brokered them.  They bought them from somebody else; maybe had their brand name, I don't know.  No, no, we never bought any from them.

Q   Does Kaylo fall into the white line that you refer to?

A   Yes.

Q   What do you mean when you say "white line"?

A   Well, at this particular temperature material that is used for the thermal insulation in power plants outside of mineral wool is white, and white is Kaylo; it is Johns-Manville material.  What do they call -- there is a name, it used to be Thermobestos, now they call it something else.  They take the asbestos out of it; fiberboard material It is all white.

Q   Baldwin-Ehret-Hill's material was white line?

A   Oh, sure.

Q   The Calsilite you purchased, that is white line?

A   That is correct.  White line is basically the material that is -- now, it goes up to about, well, 12 to 1,500 degrees with the exception of mineral wool.

Q   Do you consider Unibestos falling in the white line category

A   Yes.

Q   Do you recall whether Sprinkmann ever bought any asbestos

containing products from Flintkote?

A   Flintkote? Everybody smiles. I can see there must be an attorney for Flintkote here. But we bought a black material which we called Fibrekote through Ehret and that was made from Flintkote. Now, that was a black weather-proofing. Later on we bought some more of that from Flintkote and whether that had asbestos in it or not, who knows. You know, they put -- they used to put asbestos in paint, so, who knows. They did. They used it as a binder.

Q   When did you buy the Fibrekote you referred to?

A   Well, we were buying that as a weatherproofing when I first started. We are still buying certain amounts of it from Flintkote. I don't even know what they call it now. We buy it right from Flintkote, 50 gallons at a time. We don't use much of it, but it is a black material.

Q   Is it a paste or some sort of thing?

A   Well, if you know what it is, it is a weatherproofing; it is not asphalt. It is all black. I don't know.

Q   An emulsion?

A   An emulsion or emulsified asphalt with maybe some -- I don't think there is asbestos --

Q   I'm sorry, did you finish?

A   I don't think there is asbestos in it now, but I think there was.

-39-

Q   Do you consider Air Cell falling in the white line
     category?

A   Really no because that was a low temperature material.

Q   Mr. Locher, can you tell me over the years in comparison
     to the other products you purchased how much Kaylo was
     purchased by Sprinkmann?

A   Let's see.  We had a couple cars of that, or one car
     from Portage; a very minimal amount really.  Now, the
     reason -- I will tell you why if you want to know --
     because basically Kaylo is Owens-Corning.  Owens-Corning
     is distributed by Building Service, and we distributed other
     materials.  And basically they were our competitor really in
     a lot of these lines.  So, if we could buy directly from
     a manufacturer, that is where we bought from.

Q   I take it from your testimony, correct me if I am wrong,
     that primarily you bought from Baldwin-Ehret-Hill in
     terms of your white line, and some of these other manu-
     facturers filled in the remaining percentages; is that
     correct?

          MR. LIEB:  Object to the form of the question.
     Lack of foundation.

          MR. YOUNG:

Q   You can answer.

A   What?

Q   He is making an   objection for the   record.

A   Now I forgot what you said.  I'm sorry.  I am listening
    to two people.  I am getting old.

Q   What I am really trying to get from you is your best
    estimate in comparing the company that you bought from
    of white line products over all of the years that you were
    primarily responsible for the purchasing.

A   Well, with the exception of probably thelast 10 years it
    was 95 percent -- 90 -- let's call it 90 percent Ehret or
    Baldwin-Ehret-Hill.  Now, the last 10 years you have been
    getting a lot of Johns-Manville.

Q   If you were to rank the company from which you purhcased
    would Johns-Manville come in second?

            MR. CARLSON:  Object to the form of the question.

            MR. LIEB:  Object to the form of the question.

            MR. YOUNG:

Q   In terms of the amount of white line products purchased
    by Sprinkmann.

A   Since I have been there I would say Johns-Manville
    would now be second, yes.

Q   Did you purchase more Johns-Manville than Kaylo?

A   Yes.  No question about that.

Q   Can you comment in comparison to the other company how
    much PABCO was bought?  We are talking just about white
    line products.

            MR. HARRINGTON:  Do you want it on a percentage

basis? He has already testified how much PABCO he

bought. I will object. It has been asked and answered.

MR. YOUNG:

A   You can still answer the question. I wart you to comment

about PABCO in comparison to the other companies that

you purchased from. And you understand we are looking for

however you want to give your best estimate in describing

it. If you want to compare it to one of the other

manufacturers or give us a percentage that is what I am

looking for.

A   Well, all right. I am going to do this a little different.

Since I have been there up through, not including the last

10 years, most of our stuff was either Ehret's or Baldwin-

Ehret-Hill. Then probably the last 10 to 12 years we

have bought predominantly Johns-Manville, but we have had

some PABCO. We had four cars of PABCO up here at Point

Beach; I believe there were four cars up there. How that

ranks in percentage -- maybe we have had a couple

more, but it would have been Baldwin-Ehret-Hill, Johns-

Manville, and then PABCO really.

Q   How does the --

A   PABCO very small.

Q   How does the quantity of PABCO purchased by Sprinkmann

compare with the quantity of Calsilite purchased by

Sprinkmann?

-42-

A    Well, I am sure it was more because Calsilite only got one order.  Whether it was two or three cars, I don't know.

Q    How does the quantity of PABCO that was purchased by Sprinkmann compare to the quantity of Kaylo?

A    I think we have used more PABCO materials than we have Kaylo; quite a bit more really.

Q    How does the quantity of Unibestos that was purchased and used by Sprinkmann  compare with PABCO?

     MR. HARRINGTON:  I will object to the form of the question; without foundation.

     MR. HANKEL: Join in the objection.

     THE WITNESS:  Basically we only used Unibestos for the street work for the Electric Company many years ago, and then we did use it at Point too, the nuclear plant at Point Beach.

     MR. YOUNG:

Q    On those jobs most of the stuff used was Unibestos?

     MR. HANKEL:  Object to that, to the form of the question.

     THE WITNESS:  At Point Beach, yes.

     MR. YOUNG:

Q    How about on the street jobs?

A    Yeah.

Q    Now, I want to ask you the   same sort of questions in

terms of the cements that were purchased by Sprinkmann. You have already testified that most of the cements were Eagle-Picher Cements; is that correct?

A    Mm-hmm.

Q    Who else did you buy cements from?

MR. KILMER:   I will object unless you put it in period of time now because he indicated he purchased Eagle-Picher Cement up to a given period of time.

MR. YOUNG:

Q    Well, let's start off with who else did you buy cements from in general?

A    All right.  We bought certain cements from Forty-Eight Insulations.  I think we have already identified that. We bought some cements from Standard Asbestos in Kansas City.  We had a little bit of Ryders the past 10 years. Baldwin-Ehret-Hill Powerhouse.  There is one we forgot.

Q    How does the -- just talking about the time over which you bought cements from Eagle-Picher now.  How does the quantity of the Eagle-Picher Cements Sprinkmann purchased and used compare with the quantity of Baldwin-Ehret-Hill Powerhouse Cement purchased and used during that period of time?

A    How does the what?

Q    The quantity --

A    Oh.

-44-

Q    -- of the Eagle-Picher Cement purchased compare with the quantity of the Baldwin-Ehret-Hill Powerhouse Cement?

A    Well, I think over the years we used a heck of a lot more Eagle-Picher than we ever did Powerhouse.  This is a funny thing with the cement business.  You know, one cement does the  same thing, but this guy likes this one; this guy  likes another one.  I can just -- it is a little up in the head.  One of the first things that happened to us after the war we sold a mastic, a black cutback of something we put, finished over cork board on ceilings because you couldn't put cement there; it would fall down.  And for a while all the drums were coming with a white top on it, then they discontinued and the drums were green.  So, then they come back and the men would think this is different material, the coverage isn't the same.  It was the same stuff, basically the cement, I don't care who's manufacturing.  Take your pick.

          MR. YOUNG:  I have no further questions.

          E X A M I N A T I O N

BY MR. CARLSON:

Q    When you started with Sprinkmann back in the middle forties other than purchasing material what other job responsibilities did you have?

A    What other job responsibilities did I have?  Well, I was in the same office from the fellow that hired me really,

          -45-

so, I was involved in almost anything that came up. I started out doing a lot of collection work, that was one of my first things. "Here is an old account, see what you can get." So, I played around with that.

I got involved in the purchasing. I got involved -- in those days all the invoices were made through -- they all had to come over and go over his desk. So, we just collected them and made sure that was done correctly or billed correctly. I got into some other things too I suppose.

Q  Did you do any bidding?

A  What?

Q  Did you prepare any bids?

A  I prepared some material only bids. Yeah, I have done some bidding; not much, but some, yes.

Q  Did you ever have a part of your responsibilities the assigning of particular employees to given jobs?

A  No, no. See, I don't know. We had some estimators. They estimated and sometimes everybody did everything. You got to remember we were small when I first started, and it has grown pretty large. And then we also had one fellow -- well, we had one fellow now whose job it is to assign workmen to different jobs.

Q  Who was that back in the forties who had that job?

A  Back in the forties I don't think anybody had the job.

-46-

Then it was done basically by two people.

Q    By whom?

A    Kenny Karn and Clarence Wahner.

Q    Either of those gentlemen still alive?

A    Wahner is, yes.

Q    Where is he located?

A    I guess he lives out on the County Line Road.

Q    In the forties did you ever go out on the job site and
see where the asbestos materials were being used?

A    I am sure I saw it, yes, because I know that I went out.
I think I have been up to Port Washington.  We were
doing units for Port Washington.  I saw it installed; men
working with it.

Q    You knew working with the asbestos products back in the
forties was somewhat dirty work in that it was very
dusty?

A    Well, I am sure it was dusty, yes, but I am sure we did not
have -- did not know in those days, you know, that asbestos
could cause cancer or whatever they call it.

        MR. CARLSON:  I am going to move to strike your
answer other than which was responsive, as the rest
not being responsive.

Q    What I am trying to find out is regardless of whether
or not you knew what the effects of asbestos dust was,
it was known back in the forties that it was

dusty work, correct?

A    Well, it wasn't all dusty. If you cut it a lot then it
     got dusty.  You could put it on with two sections and
     it wasn't dusty.

Q    Okay.

A    Not like down in the coal mine where you have all the
     black dust stuff floating around.

Q    Sometimes if you were cutting the asbestos or mixing
     a mud you might have some dust and other times you wouldn't
     have any dust, correct?

A    Yeah, that is probably true; but, it wasn't no cloud of
     dust in a room like --

Q    When a worker --

A    -- like if everybody is smoking cigars in here.

Q    When a worker back in the forties was cutting asbestos
     and it did become very dusty  what did he do to keep from
     breathing that dust?

A    I don't know.  I don't think that he knew or anybody
     else knew that there were any effects really.  I think
     that all came out later as far as we were concerned.

Q    When is the first time you recall any Sprinkmann employee
     using a mask or respirator or other type of device to
     avoid breathing the asbestos dust?

          MR. GOLDBERG:  We object to that as without
     foundation.

                         -48-

MR. CARLSON:

Q   Go ahead.  Do you recall the question, sir?

A   When do I recall somebody using -- boy, it is hard to
recall it, but I know that -- I think that they used them
long before, you know, in certain instances certain people
put on something before, you know, it was known as a
disease or something.

Q   Would it be fair to say based on your recollection that
sometime in the middle or late fifties some of the employees
were using masks?

        MR. GOLDBERG:  We object to --

        MR. CARLSON:  Wait a minute, let me finish the
question.

        MR. GOLDBERG:  I'm sorry, I thought you were
through.

        MR. CARLSON:

        Would it be fair to say by sometime in the later fifties
or early sixties some of the employees at Sprinkmann were
using masks to avoid inhaling asbestos dust regardless
of whether or not they knew what the problems associated
with the dust were?

        MR. GOLDBERG:  Don't answer.  We object to that.
There is no proper foundation.  It is calling for a
conclusion of the witness which he is not qualified to
make.

Do you recall the question?

MR. CARLSON:

Q     Do you recall the question?

A     I missed the point.

Q     Sure.  Were some of the Sprinkmann employees using

masks back in the late fifties and early sixties?

MR. GOLDBERG:  I presume my objection goes to

that question?

THE WITNESS:  I don't think anybody used masks

out in the field.

MR. CARLSON:  Okay.

THE WITNESS:  Don't get me wrong, but I think

they used some once and awhile in the Fab Shop when we

were making blankets.  I don't know why, maybe it was

itchy or something.  Maybe that was the reason; who

knows?  I don't.

MR. CARLSON:

Q     But this would have been the latter part of the fifties

when they were using masks?

A     They didn't use them all the time; you know, that was up

to their, you know -- some of the stuff was itchy; some

of it they could have put on for fiberglas.  God knows

what.  I don't know.  We didn't have too many of them

around because nobody, you know -- and the dust was

nothing.  If you talk about dust empty a bag of Portland

cement.   It is not nearly as dusty as that.

Q     What I am trying to find out is am I correct in saying
      that sometime in the latter part of the fifties, for what-
      ever reason it may have been, some employees at Sprinkmann
      sometimes would use a mask when they were making blankets?

A     That is very possible, yes.

Q     You recall that as occurring because you were working
      with the company at that time, correct?

A     Yeah, I think especially in the summertime when it
      got hot maybe.  I don't know.  I am trying to remember
      some hot weather.

Q     It was during the hot weather that you remember them using
      the masks?

A     Yeah, it would seem to be that, yes.

Q     And did the asbestos blankets -- strike that.  The blankets
      we are talking about were asbestos blankets made by your
      company?

A     Yeah.

Q     Now, do you recall some Sprinkmann employees on some
      occasions using masks when working with asbestos products
      out in the field in the early sixties?

A     Do I?  No.

Q     Do you recall any Sprinkmann employee ever using masks
      or respirators while working out in the field with
      asbestos products?

A     That I really can't recall.  I didn't get out in the
      field that often to know what was going on out there.

Q     Did you ever read the warning that was put on the Johns-
      Manville products in 1964 and thereafter?

A     I probably did.

Q     Do you know what, if any, steps --

A     I don't know what it means.

Q     Pardon?

A     I can't recall it, but I probably did.  I am sure that
      I read everything on the cartons.

Q     Do you recall what, if anything, Sprinkmann did in
      terms of advising its employees in 1964 or 1965 to use
      masks or respirators when working with asbestos products?

A     If -- let me answer that in a different way.  If we
      would have had something from the manufacturer to tell
      us certain things we  probably would have done it.  But I
      mean I can't -- I don't know -- again, I don't know
      which date when we had asbestos, when we didn't have
      asbestos.

          MR. CARLSON:  All right.

          MR. GOLDBERG:  Move the answer be stricken.  It
      is based upon speculation.

          MR. CARLSON:

Q     Am I correct in saying, sir, that you do recall
      reading what was on the cartons of the products your

                           -52-

company was buying back in the middle sixties?

MR. GOLDBERG:  We object to that as not a proper
statement of his testimony.

MR. CARLSON:  I think that makes a proper  state-
ment.

Q  Go ahead and answer the question.

MR. GOLDBERG:  He said he probably did.  He didn't
say he recollected doing it.

THE WITNESS:  I am sure that I have read every-
thing that is on the cartons, but I will be darned if I
can remember what was on them.

MR. CARLSON:  All right.  That is fair enough.

Q  Was the transition from Baldwin-Ehret-Hill to Johns-
Manville  something that occurred around 1970?

A  Yeah.

Q  So that prior to 19 -- strike that.  Prior to 1970 had
you bought any of your products from Johns-Manville?

A  Yes.

Q  And when did you start buying from Johns-Manville?

A  We bought from Johns-Manville when they opened up the
warehouse here in Milwaukee, and I can't remember what
year that was.  And I think as a result of that, and
they continued, made a lot of calls on us and had some
sizes that we were buying.  I know we bought some
for the last two.  I think the last two units we had

at Oak Creek for the Electric Company and that was

Thermobestos or whatever you call the product.

Q    And that would have been about what year, do you recall?

A    I don't know.  I can't remember when the last two units

at Oak Creek were finished.

Q    Do you recall it being in the later part of the sixties?

A    I would guess that.

Q    Do you have a specific recollection today, sir, of ever

reading the Johns-Manville warnings on its products?

A    Right now the only one I could remember is the one that

is on your fiberglas.

Q    Do you recall warnings on products manufactured by other

companies which contained asbestos?

A    I don't recall them, no.

Q    Who in 1964 was in charge of safety for Sprinkmann?

A    That is a good question.  I really don't know if anybody

was in particular.  I know that things that we were

interested probably in those days more than anything

else as far as the safety record  was to the insurance

companies.  And I know the insurance, Employers Mutual

went out and checked our jobs.

Q    Do you recall who from Employers Mutual was handling

your account at that time?

A    No, but I can see him.  I can't remember.

Q    Can you describe him for me?

A       No.  I know he used to go skiing once and awhile.  I
        think he was a skier.

Q       Was Employers Mutual the compensation carrier for your
        company throughout the sixties?

A       Yes.

Q       Is that also true in the seventies until the time you
        left?

A       Yes.

Q       When do you recall Employers Mutual first providing
        workman's compensation for Sprinkmann?

A       When?   We were using them when I started.

Q       So, from '45 or '46 until you left it was all Employers
        Mutual?

A       Yes, workman's comp and what you are talking about.

Q       What recommendations did Employers Mutual make, if any,
        at any time during the, referrable to the use of masks
        or respirators for insulation workers?

A       I can't -- I don't know.

Q       In the latter part of the 1960's do you recall whether
        or not Sprinkmann employees were using masks or
        respirators?

A       I don't know what your that we started getting all the
        stuff.  We got it about the same year that all the con-
        tractors got it, that is all I can tell you.

Q       Regardless of what --

A    I don't know.

Q    Regardless of what ever year that may have been when
your company did obtain masks or respirators for your
employees use was it mandatory that insulation workers
use these masks?

A    Well, I don't know whether it was mandatory. That is
one of those things that you could make it mandatory but
how are you going to prove they did it. They don't want
it; it is in their way. That happens too.

Q    To the best of your recollection was there a requirement
by your company at some time that the employees use
masks or respirators when working with asbestos products?

A    Was there?

Q    Regardless of whether or not they followed it, was there
a requirement at some time that they use the masks and
respirators?

A    Well, I think there was for certain types of applications.
Again I can't recall that. If it does call for that
the fellow that would know that would probably be
Ralph.

           MR. YOUNG: Mr. VanBeck?

           THE WITNESS: Yeah.

           MR. CARLSON:

Q    Did you do the purchasing of the respirators?

A    Did I?

Q    Right.

A    No.

Q    Who did?

A    Ralph, the fellow that was running the men.

Q    Okay.

A    That is why I say Ralph would know.  Whenever we had

certain directives from certain places, why, then that

is when we first found out about things and we did what

we were supposed to do.

Q    At any time --

A    We never tried to violate any rules, let's put it that

way.

Q    At any time prior to today have you ever heard that there

is some association between cigarette smoking and

asbestos in producing certain diseases?

A    Have I heard that prior to today?

Q    Right.

A    Yes, I have heard that.

Q    When  do you recall hearing that for the first time?

A    When?

Q    That's right.  How long ago or how long have you

known that?

A    Well, you know, I don't know it; I am not a doctor.

Q    No, I appreciate that.  I am not asking from a

scientific standpoint, but just when you heard of that.

-57-

A    This I really can't tell you.  All I can tell you is,
     you know, I have had a heart attack, and even before that,
     that is five, six years ago, before that I had a doctor
     at my house at 2:00 o'clock in the morning and it was
     something else.  And he says there is a sign on the wall,
     it says, "Stop smoking" and it was stop smoking not only
     for cancer but also for it does something to the blood
     or the veins.  And I haven't touched a cigarette, I think,
     for six years now.  I was a heavy smoker, and I am dead
     against anybody that does because I think whether they
     work with asbestos or anything else smoking is very bad
     both for cancer and vascular disease.

Q    Are you presently suffering from any asbestos related
     disease?

A    Not that I know of, no.

Q    In response to some questions from Mr. Young you indicated
     that the second largest supplier of materials to your
     company after Baldwin-Ehret-Hill was Johns-Manville;
     am I correct in saying that?

A    Well, yeah, right now the largest majority of our
     materials are coming from Johns-Manville and have been
     probably for the last 12 years.

Q    Okay.

A    We tried to put that in perspective of 35 or 40 years
     and that is what I try to do.

                         -58-

Q   We now -- strike that.  Johns-Manville, of course, has not been supplying asbestos materials to your company since what, '73, '74?

A   Oh, they have supplied before that.

Q   No, I am talking the last time that your company received  asbestos material from Johns-Manville was about 1973, isn't that right?

A   Oh, in other words, the year that they quit putting it in?

Q   That's right.

A   I can't remember which year it was.  You are somewhere close.  I don't know what year it is.  I know that Johns-Manville just like other manufacturers they stopped making asbestos.  When they had some of the other stuff on the shelves and you ordered a car you got some of this and some of  that.  But we did have some with the asbestos in it, and now it comes back. There was a warning sign on those asbestos cartons, I remember that.

Q   What precautions did your company follow to make sure that the workers did not inhale the asbestos dust when you received those cartons with the warnings?

A   Well, I think -- going back I think after we -- you know, JM, they had a big stock of stuff just like everybody else and wanted to get rid of their old

-59-

inventory. And I think after we got our first cars it was mixed from then on, all our orders specified no asbestos, we wouldn't accept it.

Q   Okay.

A   And we didn't.

Q   All right. So, that is sometime when, about 1973?

A   I don't know. You probably know the year better than I do.

Q   All right. Am I correct in saying that your company to the best of your recollection only purchased asbestos containing products from Johns-Manville from somewhere between 1970 through whenever Johns-Manville stopped selling the asbestos products in '73?

A   You said starting in '70?

Q   Right.

A   No, I don't know what year. I know that we used, I think, four cars on the last two units of Oak Creek. Okay. Now, what year that was I don't know.

Q   All right. We have got four cars that we will assign to the Oak Creek job. Okay. Other than those four carloads did the bulk of your purchases from Johns-Manville occur between 1970 and 1973?

A   This is 1980. 19 -- probably in '69. I don't know. Maybe it was '69. I can't exactly remember.

Q   Sometime between the area of '69 or '70 and '73 and

'74, would that be a fair range for the period of time you bought from Johns-Manville products that contained asbestos?

A   I would say yes. I would say that. Of course, we bought from -- you got to remember we bought some of Johns-Manville when they put a warehouse over here on Walnut, and then we took, you know, we'd run short of this, so, fine, we took some of Johns-Manville's things and they gave us pretty good service. That is one reason they got some of the stuff from the last two units down at Oak Creek.

Q   For how many years, sir, did your company buy cement from Forty-Eight Insulations?

A   How many years?

Q   That's right. Over what timeframe.

A   We were buying some cement from Forty-Eight ever since when I started.

C   1945 through --

A   Well, maybe '55 or '60. But I want to qualify that because really when you say how much cement, we bought damn little because we had only one or two -- sold mostly Eagle, but we had one or two customers that the order would come through, "I want 25 bags of Weber's Forty-Eight," or some dumb thing. That is what they want; that is what they got.

-61-

Q    But for a period of about 15 years you were selling the Forty-Eight cement, correct?

A    That it was on FOB sales. I don't think we ever used it on the contract work.

Q    For how many years was your company handling the Unibestos products?

A    Well, we started handling it when UNARCO got the specification from the Power Company on the street for work that was on the ground.

Q    Okay.

A    And, so, our basic purchases were for the jobs we had from the Electric Company and went in the tunnels and down the streets.

Q    How many years did the --

A    That probably --

Q    -- did the tunnel work last?

A    What?

Q    How many years did the tunnel work last?

A    It is still going on, but right now it has been converted to Johns-Manville material.

Q    The tunnel work started sometime in the middle or latter forties?

A    It has been going on every year that I know of since I started with Sprinkmann. There has been certain rejuvination of the steam lines that are under the streets

around here for the heating system.

Q   Am I correct in saying for virtually all of that work your company was using Unibestos products?

A   Up until the recent years.  There was one job we didn't use -- we used some type of a Zonolite that we mixed with concrete and made a monolith and wrapped around like cement blocks, lightweight something or other.  It was called Z-crete.  It is no longer being used.

Q   Would I be correct in saying that regardless of who manufactured it you had been using a product known as Unibestos for about 25 years?

A   Well, basically longer because I retired June 31st and I know that we started using it in the late forties at the Wisconsin  Electric Power Company, and our last order of it was at the Point Beach Unit when we did some work up at Point Beach.

Q   Would I be correct in saying --

A   Whatever year that was.

Q   Would I be correct in saying that to the best of your recollection for that entire timeframe 1945 until -- strike that.  When was the last time you recall using Unibestos that contained asbestos?

A   Well, the last time we used it.

Q   Okay.  Do you have any recollection of when it was?

A   At Point Beach.  I can't --

-63-

Q    Middle sixties, latter sixties?

A    When did those units go on the line?  Just before that.

     I can't remember which year those two nuclear ones went

     on.

Q    Were you buying substantial amounts of Unibestos during

     the timeframe we are talking about on a yearly basis?

A    No.

          MR. HANKEL:  Object to the --

          THE WITNESS:  The only place we use it was on

     these specific jobs.

          MR. CARLSON:

Q    All right.  How many carloads of that would that be a

     year?

A    Well, some years it was a carload -- you know, some

     of the years it was less than a carload, whatever.  When

     we got to Point Beach there were several carloads.  I

     can't recall how many.

Q    Would I be correct in saying, sir, that you have no

     information upon which to determine if any given Sprink-

     mann employee was exposed to any given manufacturer's

     products or are there some employees that you recall

     working with some manufacturer's products?

A    No, I can't say.  Joe worked exclusively with that.

     No, no way.  I have no idea.  I don't think anybody does.

Q    We do know that the people working under the streets

                           -64-

were working with Unibestos don't we?

A     That is correct.

Q     And likewise we know the people in Point Beach were
working with Unibestos?

A     That is also correct.

Q     What are some of the specific jobs you recall the Kaylo
being used on?

A     Well, we used some Kaylo on Portage I know that.  Outside
of that I can't recall really.

Q     How would I go about reconstructing what products were
used on what jobs?

A     Even the job files we'd have to go through and probably
have been destroyed by now because they go back, I mean
a lot of, 500, 1,000 or 1,500 jobs that were done out of
stock, who knows.  Most of it again was Ehret materials
because that is what we had in stock.  Most of the
stuff for the street was big pipes, I know that.  Only
specific jobs that I know was that we used the Unibestos
up at Point Beach and we had a power plant out in Iowa
someplace or Dakota where we used PABCO materials, I
know that.

Q     Any other specific jobs you recall that PABCO products
being used on?

A     No, that was the largest job.  It was in Iowa or Dakota,
I can't recall; some large power plant out there, out

that way, west.

Q    When is the first time you personally understood that
     there may have been some health hazards involved with
     working with asbestos?

A    That would be an awfully tough one to point to really.

Q    Approximately how many years?

A    God, I would rather take the Fifth Amendment to that one
     because I don't know really.  You know, we have heard about
     it.  I couldn't tell you.  I lose track of time.
     I could be so far off on that one it would be wrong,
     but I do know that -- you know, I think you guys got to
     know about it at approximately the same time.  What time
     it was  or what year I give up.

Q    Did you receive or read any union publications?

A    Well, we always received the "Asbestos Worker" which we
     had, and I am sure that --

Q    You recall reading articles that  appeared in what were
     called "The Green Sheet", articles that had to do with
     health of the workers?

A    I think I have, yes, but I mean I, you know, I remember
     looking at the magazine and glancing over it and reading
     this article or checking this, seeing something; but,
     I mean, you know, we had the magzine sent to us.

Q    Would I be correct in saying that whenever articles in
     "The Green Sheet" --  strike that.  Whenever articles in

the "Asbestos Worker" first started coming out relative to potential health hazards of insulation workers the company then became aware of those hazards?

A    Well, I don't know whether we became aware of it because of the union or because of the manufacturers or how we became aware of it. I know that -- I think all of us became aware of it at about the same time, and then we started getting some asbestosis cases through the insurance companies, and up, up, up goes the insurance rates. We were all concerned.

Q    When did those start, if you can recall?

A    Ask the insurance company. I can't recall.

Q    Was there a time lag between the time that you folks were told that there was some problems with asbestos and the time that you actually believed it?

A    I don't think so.

Q    So that whenever --

A    I don't think -- if somebody said something I don't think anybody took a negative attitude, no.

Q    So that whenever your company first issued notice of a potential hazard of breathing asbestos dust your company immediately followed directions and got respirators?

A    Probably wanted to know what it was all about.

Q    Am I correct in saying that when your company found out there was a potential your company went out and got the

-67-

respirators?

A    I don't really think I can answer that because I couldn't tell.  I mean we are putting in a timeframe I don't know.  I mean track of dates now.  I can't tell you.

Q    Do you recall any employees from your company complaining about respirators being uncomfortable to work with?

A    Oh, I am sure I have heard that, yes.

Q    When is the first time you recall hearing that?

A    I don't know.  I couldn't tell you, but I know I have heard it, yes.

Q    Was it in the sixties or seventies?

A    I don't know.  I couldn't tell you, but I know I have heard it.  You know how the asbestos workers are, "This God damned thing is no good," and out with it.  Some say, "Yes, we will use it."  You know how they are.

Q    Were there other safety appliances or devices that they were unhappy with too besides respirators?

A    They could be unhappy with most anything depending how they were that day, you know.  They were probably unhappy because maybe we should have done the job quicker or all kinds of things.  You know, there were good days and bad days.  Who knows.

        MR. CARLSON:  Jim is going to ask you a couple questions because he has to go.

E X A M I N A T I O N

BY MR. CULHANE:

Q    Do you recall the name of the salesman from GAF who

sold you this Calsilite?

A    Yeah, Bill Carter.

Q    C-a-r-t-e-r?

A    C-a-r-t-e-r, yeah.

Q    Was he employed by GAF at the time?

A    Well, either GAF or Ruberoid, I don't really know,

just, you know, that was it.

Q    And you purchased two or three carloads; is that correct?

A    Yeah.

Q    Do you recall what happened to those two or three car-

loads?

A    They went into stock, that is all I remember.  They were

not purchased for a specific job.

Q    Do you know whether or not they were used by any

Sprinkmann employees?

A    I am sure they were.

Q    But all you know for a fact is that they went into stock?

A    They went into our inventory and were used; as somebody

needed this on this job it went out.  It wasn't separated

from the other stuff, no.

Q    Just got co-mingled with other white line materials?

A    Yeah, if it was like a history sheet of three-quarter

-69-

inch and we had 20 feet of that and 20 feet of Ehret

or Johns-Manville, you know, 60 feet were together and

that did the job.

MR. CULHANE: Okay. Thank you very much. Thanks,

Don.

E X A M I N A T I O N

MR. CARLSON (Cont.):

Q   When respirators were being used by your company's

employees can you tell me what kind of respirators they

were?

A   No, I can't. I know that we started with certain ones

and then we have changed a couple times. I have no idea.

Supposedly we got -- we were trying to get the best

ones, and we have changed two or three times or four times

over a period of years, or there has been improvements

in the respirators, I don't know. I can't tell you.

We  probably got some of that information from the

manufacturers recommending which ones or something. We

normally believed what they told us.

Q   When you were buying the JM products who was the rep

that was selling them at that time?

A   Well, we originally bought them when JM had their ware-

house in town, and at that time -- going back Ed

Kordy used to call on us, then it was Homer Osgood when

he had this place out over here, then somewhere in the

last 10 or 11 years ago JM made Allied Insulation

distributor or whatever you want to call it so they

could get more of the Wisconsin market and compete with

Building Service, so, then we have been buying. So,

we bought some direct and some through Allied, and some

out of your Chicago warehouse.

Q    In the period of 1970 to 1973 did you buy asbestos

products from other manufacturers as well as JM?

A    I am sure we did.

Q    Can you tell me which of the other companies you bought

from?

A    All right.  We were probably buying -- what period now?

Q    '70 through '73 -- or make it '69 through '73.

A    Well, we bought -- again, I don't know what year we

did Point Beach.

Q    Okay.

A    That would fit in that time period.  That is when

we bought the Unibestos, but that was shipped directly

to Point Beach.  What we bought  for inventory, no.

What we  bought for inventory and stock was probably

all Johns-Manville at that time.

Q    Do you recall any other jobs in '69 through '73 time-

frame where the material was sent directly to the job

as it was at the Point Beach Power Plant?

A    Well, the material that went out to that -- what the

-71-

heck was the name of that power plant we did out in the

Dakotas or wherever it was that went direct. Now, when-

ever there was a large job that could handle a carload,

so, the materials went direct. But on the other hand

during those period of years outside of those power

plants we lost a lot of industrial work, and white line

is mostly used for industrial work, power plant work and

power plants that manufacturers have and so forth. And

really our use of the material decreased and the use of

fiberglas increased.

Q  Were you -- is there any way that I could go out and

compare the volume of JM purchases with, for example,

the volume of purchases from any one of them, Eagle-Picher,

in terms of the amount of material?

A  Well, if you go out there they might have the answers to

that, I don't know. I will tell you that, you know, JM

got a hell of a lot than Eagle-Picher.

Q  After 1969?

A  Oh, sure, Eagle-Picher only got a cement. Cement use

decreased too really, I don't know why. Probably decreased

because you got those white paper jackets and zeston

fittings, all prefabricated stuff, maybe, that is the

reason.

Q  Prior to 1970 were most of your company's jobs

industrial jobs?

A       Prior to what?

Q       Prior to 1970?

A       Well, I don't know.  We have no IBM computer record to say
        what and how we classify them by industrial, commercial,
        cold storage.  And we were in the ceiling business,
        acoustical business.  I don't know which percentage was
        which really.

Q       Prior to 1970 was most of the insulating materials used
        by your company asbestos insulating materials?

A       Prior to what?

Q       1970.

A       I am going to answer that saying that when they, you know,
        the manufacturers and everybody knew asbestos and cut it
        out we wanted to cut it out as fast as we could, which
        we did; so, whatever year that was, that was the year.
        I don't know whenever it was. It was in that area some-
        where.

Q       How about in terms of the capabilities of the asbestos
        products.  Fiberglas became more and more widely used,
        did it not?

A       Yeah, but I wouldn't say it came -- you can't -- you
        know, you don't use Fiberglas in the power plants except
        in cold water if you can't do it for the thermal, but
        there was an awful lot of commercial buildings

        like here, that First Wisconsin, you know, that is

-73-

all fiberglas.  There is not whitle line in there where

the mechanical -- you need it to insulate the mechanical

heating, ventilating, air conditioning and plumbing, that

is all fiberglas.

Q    Was most of the work your company did after 1970 work

that involved the use of fiberglas rather than asbestos

products?

A    Well, that is the last 10 years.

Q    That's right.

A    Yeah, I would say, you know, if we compare purchases of

our glass ours is way up there compared to white line, yes.

Q    Just for my own information whose fiberglas products

were you using?

A    Johns-Manville.

Q    When you say that Johns-Manville products were  used --

A    I hate to tell you even when we bought from Ehret.  In

those days the area they had or Baldwin-Ehret-Hill, I

can't remember what years, they had an agreement with

Johns-Manville, and we bought fiberglas through them,

and it was Johns-Manville fiberglas cheaper than they

could buy it from Johns-Manville.  Drove me crazy.

Q    Do you know any of the people that have started litigation

as a result of contracting asbestos related diseases?

A    I suppose I have, yeah.  I don't know who is all repre-

sented in this suit, but I knew a lot of the pipe coverers

-74-

and a lot of the other people.

Q   Did you know Cliff Neubauer?

A   I think I knew who he was.  He worked for a competitor
of ours.

Q   Did you know Cliff Mason?

A   Yes, very well.

Q   Do you recall Cliff Mason ever wearing a respirator?

A   No, I don't because with Cliff Mason he was an asbestos
worker, and I can't remember when we took him out of the
field and he came into the office and was an estimator and
salesman.  And he must have been, I don't know, 10, 15
years.  I can find out from the record how long he was
in the office.  So, when he worked in the field it was
probably before these things were known.

Q   Did Cliff Mason smoke?

A   Did he smoke?

Q   Right.

A   He smoked a pipe only.  No cigarettes or cigars.
He smoked a pipe occasionally.

Q   Did you know Walter Presechnik?

A   I have heard the name.

Q   You don't know him personally?

A   No.

Q   Clarence Reimer?

A   Yeah, I know Clarence Peimer.

Q    Clarence Reimer worked --

A    He worked for us at one time or another.

Q    Do you recall him working the tunnel jobs for the
Wisconsin Electric Power Company?

A    I don't know.  He could have.  I don't know.  Can't
remember who ran which jobs really.

Q    Do you recall Mr. Reimer ever wearing a respirator?

A    Do I?

Q    Right.

A    No, I don't.

Q    Do you know Frank Witkowski?

A    No.

Q    Clarence Lillge?

A    I know who Clarence Lillge is.

Q    Did he ever work for your company to the best of your
recollection?

A    Yes, I think he did.

Q    Did he ever wear --

A    Part of the time.  He worked for several contractors.

Q    Do you recall Mr. Lillge ever wearing a respirator?

A    I don't know.  I can't recall that.  I can't remember
if he was on the field.  I don't think he ever worked
in the fabricating shop.

Q    Did you know Erich Eckoldt?

A    No.

Q      Bob Gaynor?

A      Yes.

Q      Do you remember Mr. Gaynor ever wearing a respirator
when he worked for your company?

A      Again I don't know when they wore them, when they didn't
wear them, or when they had them, when they didn't have
them.    I can't recall.

Q      Is there any specific insulation worker that you recall
wearing a mask?  Anybody that comes to mind that you
can say, "I know John Jones and I know he wore a mask"?

A      I can't remember anybody in the asbestos workers union
that I can say that about, no, that always carried one
with them and wore one, no.

Q      Even after it was known they should wear one, isn't that
true?

A      That could be true.

Q      Do you know Bill Globig?

A      Yes.

Q      Bill ever work for your company?

A      Yes.

Q      Did he ever wear a respirator?

A      I don't believe he did.  Last job he had I think for
us was over at Dow Chemical where it was cold storage
with styrofoam or cold storage insulation.  I don't
think there was any white line on that job for asbestos.

-77-

Q    Do you recall in the middle and latter part of the
sixties any of your competitors who were requiring --
strike that.  Do you know if your competitors were
requiring their employees to wear respirators at any
time?

A    I really can't recall that, but I can answer that this
way.  I know that, you know, there is the Wisconsin
Insulator Association which deals with a lot of the
labor problems and what not, and, so, there is a --
everybody knows what is going on.  Somebody learns some-
thing, they let everybody else know regarding the legal
problems or safety problems or anything else so that we
all try to comply.

Q    Do you recall health or  safety of the employees being
topics of formal presentations at these association
meetings?

A    Well, I am sure there were.  I can't recall any specifically.
My God, we have all sure  heard a hell of a lot about it,
and I know it has been brought up at meetings.

Q    When you have your meetings is there a published format
of what is going to take place at the meeting?

A    Like an agenda?

Q    Right.

A    Gee, I haven't attended a meeting in a number of years,
so -- I think there is  Now there is, yeah.  Maybe 15 years

-78-

ago there wasn't.  It was a little more informal, but now they even got an executive secretary -- real fancy.

Q   Have you personally heard the names of Dr. Selikoff prior to today?

A   Yes.

Q   How long have you known about that particular man?

A   How long?

Q   Yeah.

A   Probably as soon as he made headlines.

Q   Back in the middle 1960's?

A   Whatever year it was.  I don't know where it was.

Q   Do you recall that when Dr. Selikoff's findings became known you became aware of them?

A   Well, I think everybody did.  He got a lot of publicity. And I think it went right  through the whole insulation industry.  I am not sure everybody agrees with Dr. Selikoff about some of the things he has done.

Q   When you first heard about Dr. Selikoff and his findings did your company change its practices at all with respect to protecting workers from asbestos dust?

A   Basically the only time that we  made any changes for asbestos workers were, you know, in that particular field is when we had definite information from manu-facturers.  We relied on them really because they made the products; they should have known more about it

than we did.  So, we relied on the manufacturers and we relied on the information that we got from the contractors meetings.

MR. CARLSON:  For the purpose of the record I move to strike the answer as not responsive.

MR. HANKEL:  Join.

MR. CARLSON:

Q    When you found out about Selikoff's findings, when he made the headlines, then assume for the purposes of our question it was the middle 1960's.

MR. GOLDBERG:  We object to that.

MR. CARLSON:  Let me finish my question, will you, please?

MR. GOLDBERG:  All right, go ahead.

MR. CARLSON:

Q    Mr. Locher, assume for the purpose of my question that Dr. Selikoff's findings became known in the middle 1960's.  Can you tell me what, if any, steps your company took after those findings were published to protect the insulation workers for potential hazards involved in working with asbestos?

MR. GOLDBERG:  We object to the question.  It is not a proper foundation and does not indicate when he knew about Selikoff's findings.  The fact is not established as of time that he knew about it.

MR. CARLSON:

Q   Do you recall the question?

MR. GOLDBERG:   Answer.

THE WITNESS:   Now, what was the question?

MR. CARLSON:   Would you read the question back to him, please?

THE WITNESS:   She hasn't typed it yet.

(Whereupon, the above-pending question was read back by the reporter.)

THE WITNESS:   What we did as a company?

MR. CARLSON:

Q   That's right.

A   Really I don't think we did anything.   The moment that we heard about him, whatever we did was brought up at INTCA, all these things, and whatever information was funneled out from them and from Midwest Insulation Contractors Association, plus the manufacturers, this is where we got our information because   I think --

Q   What manufacturers did you get information from, sir?

A   Well, I think all the manufacturers, whenever they had something would pass it on.

Q   Well, what specifically do you recall receiving?

A   Nothing at the moment.

Q   You told me you relied upon --

A   All right, the salesman, or they came in or somebody

said something or we had a bulletin. I can't remember what the heck it was. I think everybody was involved in it and it was through formica and INTCA. And through our meetings we heard all this. And I think all the contractors acted as a group really; they didn't act as individuals. And they all got, I think ever since then nationally have been all aware of the problem. You can't say how you did something. No, I think we all acted basically as a group as soon as we assembled all the information that was available to us that we got from various sources.

Q   Am I correct in saying, then, sir, that the -- strike that. Am I correct in saying that Selikoff's findings by themselves did not prompt your company to change its method of protecting employees while working with asbestos? Findings alone your company didn't do any-thing; is that correct?

A   I would say that as soon as maybe he was the first one that recognized the problem it made us all aware of a problem. And, so, then I think we all acted together to the best that we could.

Q   But the fact that your company found out that there was a problem as defined by Dr. Selikoff didn't change your company's practice; it was sometime later in working in concert with all of the other employees?

-82-

A    And the insurance companies.

Q    Okay.  So, then there was a time lag between the time your company knew that there was a problem and the time that, for example, respirators were required, correct?

A    Well, again I hate to say anything about the respirator because I can't recall the date and so forth.

Q    When Employers Mutual was inspecting job sites in the latter part of the 1960's do you know if they were checking to see if respirators were being used?

A    That I don't know.  All I can remember is we were very conscious about safety because we tried to keep the insurance rates down; that is part of the cost.

Q    Well, in the latter part of the 1960's who at your company would go out in the field to make sure that your  employees were following generally accepted safety procedures regardless of what safety procedures we are talking about?

A    I will tell you the guy that was out there prior to Ralph Van Beck is Cliff Mason.  I mean he is gone..

Q    Was it part of Cliff's responsibilities to make sure that people were following the rules and regulations of your company?

A    That is true.

Q    Did your --

A    He was really the labor superintendent.

Q   Did your company, to the best of your recollection,
    ever publish a safety rule requiring the use of respirators?

A   I have seen so much stuff go out, I couldn't tell you
    whether there was, you know.  We have sent so much stuff
    attached to payroll checks over the years that these
    are the rules or this or that.  I couldn't tell you if
    it was done.  When it was done I can't recall.

Q   Did you ever have a safety manual or book of safety
    rules and regulations for your company's employees to
    follow?

A   No, not one that we made up.

Q   Whose did you use?

A   We got safety information from the insurance company.  We
    had -- I know that then we had something from Mine
    Safety or something, I don't know what that was.  I
    can't recall.

Q   Did you receive information from Employers Mutual
    relative to the safe handling and working with asbestos
    fibers?

A   I can't recall whether we did or not.  I can't remember
    that.

Q   Is there any company's products that you specifically
    recall reading the warnings of on the packaging?  You
    told me about Johns-Manville.  Is there any --

A   I specifically remember the one they have on their

fiberglas pipe covers.  Now that one I just laugh at
every time I see it.  That is maybe the reason I can
remember that one.

Q    Are there any other companies that produce asbestos
products other than Johns-Manville whose warnings you
recall reading at any time?

A    I can't, no.  But I know that I have seen all the cartons
and I have looked over all the cartons.  I have read
everything that is on them.  If it was there I read
it.

Q    Did you do anything about it in terms of seeing that
the respirators were used?

A    I didn't personally, no.

Q    Did anybody else in your company?

A    Again I can't tell you that because I don't recall which
dates.  Maybe Ralph could give you the answers to that,
I can't.

Q    Was there anybody at your company that you recall
developing some lung disorders back in the fifties or
early sixties although it may not have been thought of
to be related to asbestos?

A    Was there what?

Q    Was there anybody working for your company, insulation
workers working for your company in the fifties or
sixties that had some lung problems although it may

not have been recognized that the problems were

related to asbestos?

A      Well, there is one that I can remember that died that

had cancer.

Q      Who was that?

A      That was Teddy Gottsacker.

Q      How do you spell his last name?

        MR. GOLDBERG:  Who?

        THE WITNESS:  Ted Gottsacker.

        MR. GOLDBERG:  That wasn't the sixties.

        THE WITNESS:  What year was that?  I know he

died.  I thought he died of cancer.

        MR. CARLSON:

Q      I am trying to figure out what year that was.

A      That must have been in the fifties, early fifties.

        MR. GOLDBERG:  Three years ago.

        THE WITNESS:  Not Gene.

        MR. GOLDBERG:  Not Gene.

        THE WITNESS:  I am not talking about Gene, I

am talking about his brother.  He had an older brother.

        MR. CARLSON:

Q      Was there any discussion within your company at that time

as to  whether or not his death was related to the

handling of asbestos?

A      This I can't recall.

Q    Anybody who had lung disfunction problems in the
fifties that you recall that was working for Sprinkmann?

A    This is the only one I can remember.

Q    Prior to testifying here today did you review any
documents?

A    Did I?

Q    Right.

A    No, I haven't.  I retired May 31st.  I haven't been --
I was in the office a couple times.  I flew up from
Orlando this morning, so, I have no documents.

Q    Talk to anybody at Sprinkmann about your testifying here
today?

A    No.  They don't even know I am in Milwaukee.  I haven't
had any chance to call them and say hello.

         MR. CARLSON: Okay.  That is all I have got.
Thank you, sir.

         MR. VAN VUGT:  No questions.

         MR. HANKEL:  No questions.

              E X A M I N A T I O N

         MR. LIEB:

Q    Mr. Locher, after Cliff Mason became an estimator can
you tell me what percent of the time he spent in the
field when asbestos material was being used by Sprinkmann
and Son employees?

A    Well, once Cliff was put into the office he came in and

                    -87-

basically his first job was to be in charge of the

men.  So, he put the men on the various jobs, that was

his first thing.  Then as things got better he somehow

or other got some accounts, and all of a sudden he was

bidding and getting some orders and did a hell of a good

job I might say.  And then how much time he was on jobs?

He was dressed in good clothes.  I mean he wasn't out

doing any of this kind of, you know, had no white

overalls on.

Q    The fellow that has the accounts and goes out and tries

to sell the job, that is an estimator?

A    Estimator and salesman.  He knew men.  He knew some

plumbers and fitters.

Q    So what you are telling me --

A    Got to be friends there.  So, I got to be your friend,

so, all right, I will get some of your business.

Q    So what you are telling me is at the time he became an

estimator he was basically in the office full-time

wearing a coat and tie?

A    Yes, sir.

Q    And was his office in the same building you were?

A    That's right.

Q    In fact, how far away was his desk from your desk?

A    One office over.  There was one office between us.

Q    Okay.  Did Mr. Mason smoke a pipe at all times that you

knew him?

A   He smoked a pipe as long as I have known him, but I
knew he did not smoke it at work.  I think he really
and truly, you know, you read a lot about these things,
and I am not the one to say, but, they say smoking and
asbestos don't go together.  And Cliff never smoked
cigars, never smoked cigarettes that I knew of.  He was
a Marine during World War II and saw some heavy fighting.

Q   Did you ever see him smoke?

A   He smoked a pipe but hardly ever at work.   Maybe some-
times when he drove the car.  I would not call him a
heavy smoker.  Now, I was a heavy smoker.  I smoked three
packs of cigarettes a day.

Q   Were you a personal friend of Cliff's at the time?

A   I would say, yes, I was.

Q   Did you do things socially with him?

A   We did a few things socially, yes.

Q   Did you do things socially with him in the year he died,
1977?

A   '77?

Q   That's right.

A   I don't know.  I know when he got sick that is when I
was in the hospital, and I am sure that we probably had
lunch together or maybe dinner together once or twice or
something where we were at some company party.

Q    In the year he died and the year he got sick did you
     ever see him smoke a pipe?

A    I can't recall.  All I know is, you know, I have been
     around a long time and I know people that got a pipe in
     their mouth all day long, cigars in their mouth all day
     long or cigarettes.  I know the  only thing that he
     smoked as long as I knew him was a pipe, and it wasn't
     constant, you know.  It wasn't in his mouth all the time.

Q    In your prior testimony you talked about Sprinkmann and
     Sons being a distributor for Ehret asbestos products;
     is that right?

A    That's right.

Q    Are you aware of any written distributorship agreement
     between Ehret and Sprinkmann and Sons?

A    In those days there was a written agreement, yes.

Q    Can you recall approximately the last year of a formal
     written agreement between Ehret or Baldwin-Ehret-Hill
     and Sprinkmann and Sons?

A    No, I can't.

Q    Would it be sometime in the mid sixties or earlier?

A    You know, originally when I started there were written
     agreements and you had certain territories, and then came
     some damn law or something and you couldn't have these
     things anymore, I don't   know what.

Q    Who is the person you worked with from Ehret Manufacturing

-90-

Company?

A   I forget the fellow that was there when I first started.
    He was an old man -- old fellow, and he was just there a
    couple years, and then Ernie Drake.

Q   Is that D-r-a-k-e?

A   D-r-a-k-e. Somebody took his job; didn't work out, then
    they hired Ernie. Ernie came up from Texas and he moved
    to Chicago and the Midwest, had the Midwest territory.

Q   For how long did Ernie have that Midwest territory?

A   Well, he had it with Ehret and he had it during the
    merger, and then he had it when Ehret bought Standard
    Asbestos in Chicago. And he moved and had his office
    there and maybe was there maybe a year. And then he
    -- yeah, then he left. I don't know why or the wherefores,
    then he left.

            MR. LIEB: I have no further questions.

            E X A M I N A T I O N

        MS. BLOCK:

Q   Mr. Locher, you stated earlier that you knew that
    Sprinkmann used a black weatherproofing material from
    Flintkote; is that right?

A   Yes.

Q   Do you know what that material was used for?

A   Well, yeah, it is a weatherproofing that they put over
    fittings and so forth that they applied with a trowel.

They used a lot of it the last couple units at Port

Washington back when I first started.

Q    Do you know if that product had been prepared in any way

prior to being used?

A    Had been prepared?

Q    Yes, or could you use it how it came from --

A    You just took it out of the drum or five gallon pail.

If you ever looked at a can of black roofing goop that

is what it looked like.

Q    Was this a liquid or semi-liquid material?

A    Use a trowel; trowel it.

Q    And it wasn't dusty, was  it?

A    I would say no, my estimation.  What do you define

"dust".  I would say no.

        MS. BLOCK:  Thank you.

        MR.  HUIBREGTSE:  No questions.

        MS. MARTIN:  I have one or two.

            E X A M I N A T I O N

        MS. MARTIN:

Q    Mr. Locher, you testified that you used Carey Products

and those were high temperature products?

A    Yes.

Q    And, so, that would have been white line products?

A    This is my interpretation, yes.

        MS. MARTIN:  That is my only question.

MR. PITTS:  No questions.

MR. MENN: I don't have any.

E X A M I N A T I O N

MR. HARRINGTON:

Q    You testified, I think, that there was some PABCO
     products shipped to Iowa or Dakota; is that right?

A    Yeah.

Q    Do you recall when that Iowa or Dakota job was?

A    It was about the same time that we did Unit 1 at Portage;
     so, whether that is the early seventies -- this is
     eighties.  Yeah, I think that is when it was, early
     seventies.

Q    Were PABCO products that were sent out there ordered
     through the Milwaukee office of Sprinkmann and Son?

A    They sure were.  I ordered them.

Q    You ordered them?

A    Yeah.

Q    Do you recall how many carloads of PABCO products were
     sent out there?

A    Quite a few.

Q    Quite a few?

A    Yeah.  It was a big job.

Q    When you were being questioned earlier by Mr. Young,
     the gentleman over here in terms of what your estimate
     as to who used what products -- strike that.  When you
     were being questioned about the estimate as to whose products

Sprinkmann bought more of, vis-a-vis other companies, did you include the carload for that Iowa and Dakota job in your estimate with regard to PABCO?

A   I have forgotten what I said, and believe me, those were only estimates. But that job we did out there that was -- I almost had the name of it for a minute. That was the largest job we did with PABCO materials. Outside of that particular job I can't -- we might have had a truckload or carload come into stock, that is all.

Q   You can't recall any other particular jobs with PABCO material; is that right?

A   No. We bid other jobs where had we been successful we would have used PABCO.

Q   But right now you don't recall any other big jobs?

A   No, that was it.

Q   Other than the Iowa and Dakota job?

A   Whatever job that was out there.

Q   How --

A   Joe Pierce would know.

Q   Who?

A   Joe Pierce would know. He is the PABCO salesman in Chicago.

Q   You also mentioned that right before you left Sprinkmann was still buying Fiberboard products; is that correct?

A   I am sure that we would buy them. It depends. You know,

-94-

all of a sudden there is a big job up.  So, you talk to all the manufacturers or most of them, find out who has got the best price so that you could go get -- you know, you are interested in getting the job, but believe me it is a competitive world out there.  So, if we are bidding a job anywhere we have got to call up JM which is useless because we don't get much information as price to them, and we can call up PABCO or Kaylo and somebody else and they will give us a price, and, so, then we will use it.

Q    When Mr. Young was asking you about the amount of PABCO or Fiberboard products you purchased were you including Fiberboard or PABCO products that were purchased, say, after 1971 to 1980?

A    I don't remember whether we was.  I would think so, but --

Q    You really don't have any idea?

A    No.  I know that was our big job with PABCO, and I know they make a good material.  You know, they will give us a price on the job going in, and if we win the bid they will get the order.

Q    Is it a fair statement to say that when you were making statements as to estimates as to what amount of or whose products you  were using you were simply guessing?

        MR. LIEB:  Objection.  That is argumentative.

        MR. YOUNG:  I join in that objection.

        THE WITNESS:  I would say no.  I have been there

-95-

almost 35, 40 years and I was involved in all of this

stuff and I think that, you know, the percentages are

pretty damn -- I had a pretty good handle on it.

MR. HARRINGTON:

Q    Okay.  You remember PABCO packaging?

A    PABCO packaging?

Q    Yeah, boxes.

A    I have seen a lot of it.

Q    Do you remember seeing a warning on PABCO packaging?

A    I think so, yes.  Probably remember that warning more

than I do the one from Johns-Manville.

Q    Do you recall when you first saw that warning on PABCO

packaging?

A    I think it was probably told to us by the salesman prior

probably before I even seen a carton.

Q    You were warned --

Would you read back his answer?

(Whereupon, the above-pending answer was read

back by the reporter.)

MR. HARRINGTON:

Q    But before you ever purchased a PABCO product you

were informed of the substance of the warning which later

appeared on PABCO products; is that right?

A    I would say so, yeah.

Q    Do you recall about when that was?

A    No, I can't really.

Q    Would that have been about the middle sixties?

A    I don't -- I can't tell you.

Q    What steps did you take or did your company take after
     you had been informed of that warning by the PABCO sales-
     man?

A    Well, again that wasn't, you know, at that time.  When
     he told us I think we all knew that there was asbestos
     in the product and it was a problem.  And I think all of
     us, the contractors, the Contractors Association, the
     insurance companies were all aware of it to  see what we
     could do with it.    And I don't think we as Sprinkmann
     if we could have said, "Here is the answer, we will stop
     all of this and do this,"  We could have saved a hell
     of a lot of stuff throughout the whole United States.
     We couldn't do that.

Q    Did you pass that warning onto the insulation workers
     who were applying the products?

A    I am sure we did, yes.

Q    And that occurred before you ever saw a box of PABCO
     material, right?

A    Well, I would   say that, yes.

          MR. HARRINGTON:  That is all the questions I

     have.

-97-

## E X A M I N A T I O N

MR. KILMER:  I am going to ask a couple questions, all right?

Q    When did you -- when did Sprinkmann start purchasing materials from Eagle-Picher?

A    Well, basically the materials that we bought from Eagle-Picher --

Q    Please, if you can --

A    -- were cement.  Now, when Eagle-Picher sold the cement, and I can't think of the guy's name, they didn't call it Eagle-Picher cement, they called it another cement, and he is the guy we still buy it from.

Q    When did you stop buying from Eagle-Picher, if you know.

A    When they quit making cement.

Q    When was that to your best recollection?

A    When they sold it to whatever this guy's name is, I can't think of his name, then we bought it from him. He is still stocking it.   Now, they called another man and he sells inside; he had Eagle cement.

Q    Now, you gave us names of the manufacturers who provided, evidently provided cements for Sprinkmann.  Did you purchase any cement from JM or any JM cements?

A    We might have had a few bags out of their warehouse or something; but, no, they were not a major supplier of

-98-

cement.

Q    How about from Carey Canadian Mines?

A    Carey Canadian Mines I agree.  We said we bought the

7M asbestos fiber from them.

Q    And that is Philip Carey are we talking about?

A    I don't know.  Had to be some relation.  Carey Canadian

Mines that is who we paid.  Carey Canadian or whatever.

MR. KILMER:  That is all I have.

E X A M I N A T I O N

MR. GOLDBERG:  I have a few.

Q    Now, when you mentioned Iowa, does the name Cardoba

Powerhouse, does that ring a bell, bring it back to

your recollection?

A    It brings it back, but not a job that we did in Milwaukee.

Q    No , in Iowa.

A    I don't know where the job is.  I thought Illinois.

Q    I am referring now -- you mean Cardoba is out in

Illinois?

A    I don't know where it is.  Nobody mentioned Cardoba

here this morning.

Q    You mentioned an Iowa job.  Do you know if that Iowa

job was the Cardoba Powerhouse?

A    No.

Q    You don't know you say?

A    I say no, it wasn't.  It wasn't Cardoba.  Give me

-99-

the name I will know it.  It was something like Indian or buffalos or horses or something, I don't know.

Q   Now, you have got -- there is a branch company or an affiliated company in Peoria, Illinois.

A   That is a separate company.  I have nothing to do with it.

Q   Did some of your men go to work at  Peoria on loan or assignment out of Peoria?

A   Did what?  Try that again.

Q   Did some of the men who had been hired and usually worked in Milwaukee go down and work out of the Peoria branch or Peoria company?

A   Well, we didn't send them down, but I would suppose if we were slack and they called Bill Globig, "You got some extra men up there," I suppose that works.

Q   But they didn't get assigned from Milwaukee down to Peoria?

A   No, sir, not that I know of.

Q   Now, you say you had interchange with Peoria?

A   On certain materials.

Q   In certain materials?

A   Sure.

Q   And there were jobbers for -- was it jobbers you said?

A   They were distributors for Carey originally and then Owens-Corning.

-200-

Q    And for Owens-Corning?    And that would be the period

     when they were manufacturing Kaylo?

A    Sure.

Q    I mean Owens-Corning was manufacturing Kaylo?

A    Yes.

Q    And they were using Kaylo products during that period?

          MR. YOUNG:  Objection.  Vague and indefinite.

          MR. GOLDBERG:

O    Do you know if they were, they had Kaylo products during

     that -- the Kaylo products --

          MR. YOUNG:  Objection as to who you mean by that.

          MR. GOLDBERG:

Q    -- in Peoria?

A    You are putting me on the spot because I had nothing

     to do with Peoria, and I don't want to get -- that is

     somebody else's territory, and what they were doing I

     never paid any attention to.  You know, that is all run

     by them down there.

Q    Now, you --

A    And I have --

Q    -- you used to get materials from the Peoria branch?

A    We used to once and awhile, "Hey, my truck is down

     here, I got to throw something on.  Can you use some-

     thing?"  "Sure, make a full load.  Throw on 20 cartons

     of this if you are coming up."

                         -101-

Q   Did you get Kaylo products from them?

A   Did we?

Q   Yes.

A   I am sure over the years somewhere along the line we
had a certain amount of Kaylo come in; very little, but
we had some.

Q   And did you get it in the fifties?

A   I am sure we did.

Q   Now, aside from using -- I forget the name of the
product -- Unibestos, did you also use some Kaylo in the
tunnels?

A   My recollection we did not use any Kaylo in the tunnels.
All the tunnels were started out with Ehret Magnesia,
and then the late forties or early fifties went to
Unibestos, and then, and then it went in -- Unibestos
was quit being manufactured, or before it went to Johns-
Manville.  Thermobestos is not -- I keep thinking
Thermobestos, now it is something else, the product
that is specified.

Q   Do you know if there were some jobs where the Kaylo was
called for to be substituted for Unibestos in the tunnels?

A   No.

Q   You don't know that?

A   No, I don't know that.

C   Okay.

A    Being an equal product -- well, I don't know what they

would have done, but I know going back to the Heating

Department, the Electric Company originally specified

Unibestos because I think there was a water problem

that didn't absorb water quite as easily as the magnesia

did and that is why they wanted it.

Q    Now, you referred to a Johns-Manville warehouse; is

that correct?  They had a Chicago warehouse?

A    They do now, yes.    They have had probably 10 years,

I don't know.

Q    And you used to buy some of that product, some of the

Johns-Manville product from the Chicago warehouse?

A    I am sure we did, yes.

Q    And that was before they had their Milwaukee warehouse?

A    Well, let's put it this way, the Milwaukee warehouse

was here first, then they had the Chicago warehouse and

Allied, and these guys were out.  They'd get it from

the Johns-Manville Chicago warehouse, you know.

Q    And --

A    Wherever the closest place if they could get it    if

you had to get it in a hurry.

Q    Now, you indicated you used other products than Ehret

or its successor which was    --

A    Baldwin-Ehret-Hill.

Q    -- Baldwin-Ehret-Hill.    And that includes Johns-

Manville products.

A    Another product, sure.

Q    And that was in the fifties you included some Johns-Manville products?

A    We used -- as I think I told you we used some Johns-Manville products when they had their warehouse here that like if we were short we'd pick up some.  They gave us good service.  And we used some, I think, on the last two units at Oak Creek.

Q    Now, referring to the fifties.  You used some Johns-Manville products?

A    In the fifties?

Q    Yes.

A    Now, wait a minute, that could have been in the sixties. I can't --

Q    But did you use any by substitution or along with other products in the fifties, Johns-Manville?

A    I really don't think it was.  The first time that we really used any Johns-Manville products is when they opened the warehouse over here on 30th, wherever it was, Walnut Street.  And then occasionally we would pick up 60 feet or a couple cars up if we were short, and then we used some carloads at Oak Creek on the last two units.

Q    No, the early sixties did you use Johns-Manville products?

A     I don't know what years it was when we finished those

last two units at Oak Creek.  That would probably be  --

Q     Did you use some before then as fillers?

A     If we did it was three feet that maybe somehow we

borrowed from a JM contractor.  Who knows.  I don't

know.

Q     Now, when you say that you must have passed the warnings

on once your company knew about the asbestos.  You,

yourself, didn't pass them on, did you?

A     I?  No.

Q     And that wasn't your responsibility?

A     No, that is correct.

Q     And you don't really know if anybody passed that on?

A     Oh, yes, because I know that, you know, we all got

together.  We knew what was going on.

Q     But you --

A     And I know somebody, you know, would make out a slip

or something and be attached to the guy's payroll checks.

We sent out so much of that on many.

Q     You don't know when that was?

A     No, but that is the way we handled it.

Q     Now, you say that in 1973 was the time that they

had to phase out asbestos products.  There was still

some of the asbestos products in the warehouse; is that

correct?

A     Whose?

Q     In your warehouse; your company's warehouse.

A     I am sure there was, yes.

Q     And you used those up?

A     Well, maybe we used some up, but I will tell you this,
      we threw a hell of a lot of them to the dump.  We took
      a beating on inventory just like I told that gentleman
      before in our first car when we ordered from JM and because
      they had a big stock pile it was half asbestos, I hate
      to tell you the dollars of stuff that we took out to the
      dump.

Q     Now, when these products came that were without asbestos
      they were marked asbestos-free?

A     That is correct.

Q     And if they weren't marked asbestos-free --

A     They had asbestos on it I assume.

              MR. GOLDBERG:  That is all.

                  E X A M I N A T I O N   (Cont.)

              MR. CARLSON:

Q     Mr. Locher --

A     Yeah.

Q     -- I'd like to go back to your original --

A     Now, what did I say?

Q     Okay.  Your original estimate of materials purchased
      by your company from various manufacturers, okay?

Do you recall answering Mr. Young's --

A    I recall answering.  I don't recall what the answer
was.

Q    Am I correct in saying in arriving at those percentages
you were using a timeframe of when you started working
in the industry in 1945 or 1946 until you retired in
1980; is that correct?

A    That is correct.

      MR. CARLSON:  Okay.

      MR. LIEB:  I will object to that question
because I think it misstates his testimony.  I believe
he gave estimates from 1945 when he started there through
the mid to late sixties, and he made other statements
from the mid or late sixties to 1980.  I think it
incorrectly summarizes his testimony.  Lack of founda-
tion.

      MR. CARLSON:

Q    But my statement was  correct, was it not, sir?  Let
me withdraw that.

A    There is so many, I don't know what I said anymore.

Q    All right.  Bear with me just one second.

A    I believe  that somewhere along the line we had one
question that I went through estimating it from the time
I started until 1980.

Q    Right.  Okay.

                        -107-

A    And if you are getting to something most of the products in the 1970's had been Johns-Manville.

Q    Right.

A    And what you are getting at, I presume, is that we had some Johns-Manville in the earlier part that had asbestos and we had a hell of a lot of it that was free of asbestos.

Q    And that is true, isn't it?

A    That is what I said, yes.

Q    Okay. Let me just ask you one other thing. You also had a lot of Johns-Manville fiberglas, didn't you?

A    Oh, yes, even under brand names of other manufacturers.

Q    Sure.    And as a matter of fact in the percentage of materials of Johns-Manville that contained asbestos as compared to the material of Johns-Manville that didn't contain asbestos was much lower; there wasn't as much asbestos as Johns-Manville products purchased, was there?

        MR. LIEB:  Objection.  Vague.

        THE WITNESS:  You are getting me a little con-fused.

        MR. CARLSON:

Q    Let me back up, and I appreciate that.

A    I'd have to go back and see what I said originally when I came down here.

Q    All right.  I appreciate your problem.  Bear with me and

-108-

I will try to bear with you.  If we look at your company's purchases from JM from '68 through the time that you retired a great majority of the materials purchased were either fiberglas or other insulating materials that were asbestos-free, isn't that true?

A   A big percentage was, yes, because basically since those years, you know, the white line is used in the power plants.

Q   Right.

A   And the white line has been decreased while the fiberglas for the mechanical contractors has been increased.

Q   Let me explore one other relationship with you.  For how many years did your company handle, use the Carey asbestos products?

A   Well, the only thing that we bought from Carey was really the cement which we warehoused, and that became, you know, that 7M asbestos fiber  that came from the asbestos mines in Canada, and we sold that.  7M5 is the one we bought and what we sold to Harnischfeger and A. O. Smith was a different grade for weld rod, and 7M5 is what we mixed with water and a lot of them called it blue mud, and they used it as a finish.

Q   Let me ask you, are there any asbestos products your company used that we have not talked about today?

A   We covered just about everything.  I don't know what we

missed.

        MR. CARLSON:  All right.  Thank you very much.

        (Which were all the proceedings had on the

above-entitled matter.)

STATE OF WISCONSIN         )
                           ) SS
COUNTY OF MILWAUKEE        )

I, LINDA J. SAARI, a Notary Public in and for

the  State of Wisconsin, do hereby certify that the above

deposition was recorded by me and was reduced to writing

under my personal direction.

I further certify that said deposition was taken

at 610 North Jackson Street, Room 207, Milwaukee, Wisconsin

53202, on the 2nd day of October, A.D., 1980, commencing at

11:35 a.m.

I further certify that Mr. Albert J. Goldberg

appeared on behalf of the Plaintiff; Mr. Donald H. Carlson

appeared on behalf of Johns-Manville Sales Company; Mr. Mark

Young appeared on behalf of Owens-Corning Fiberglas Corporation;

Ms. Barbara Block appeared on behalf of Flintkote Company;

Mr. Robert E. Hankel appeared on behalf of Combustion

Engineering, Inc.; Mr. Jonathon M. Menn appeared on behalf

of Armstrong Cork Company; Mr. Thomas Harrington appeared

on behalf of Fiberboard Corporation; Mr. James E. Culhane

appeared on behalf of GAF Corporation; Mr. Eric J. Van Vugt

appeared on behalf of UNARCO Industries; Mr. Donald J.

Stangle and Mr. Donald M. Lieb appeared on behalf of Keene

Corporation; Mr. Kenton E. Kilmer appeared on behalf of

Eagle-Picher Industries, Inc.; Mr. James A. Pitts appeared