RALPH VAN BECK - August 24, 1994

1

1  STATE OF WISCONSIN : CIRCUIT COURT : MILWAUKEE COUNTY

2  - - - - - - - - - - - - - - - - - - - - - - - - - -

3  WILLIS JACK HUGHSON and
   SANDRA HUGHSON,

4
                    Plaintiffs,

5
        v.                  Case No. 92-CV-003392

6
   OWENS-CORNING FIBERGLAS

7  CORPORATION, et al,

8                   Defendants.

9  - - - - - - - - - - - - - - - - - - - - - - - - - -

10                   RALPH VAN BECK called for examination by

11  the Plaintiffs, under and pursuant to the provisions of

12  Chapter 804 of the Wisconsin Statutes, before DAVID J.

13  SIKORA, a Notary Public in and for the State of

14  Wisconsin, taken at 445 South Mooreland Road,

15  Brookfield, Wisconsin, on the 24th day of August, 1994,

16  commencing at 9:00 o'clock in the forenoon.

17

18

19

20

21

22

23

24

25

---

2

1                          APPEARANCES

2          CASEY, GERRY, CASEY, WESTBROOK, REED &
   SCHENK, by FREDERICK SCHENK, ESQ., 110 Laurel

3  Street, San Diego, California 92101-1486,
   appearing on behalf of the Plaintiffs.

4
           SCHELLINGER & DOYLE, S.C., by JAMES M.

5  FERGAL, ESQ., 445 South Mooreland Road, Brookfield,
   Wisconsin 53005, appearing on behalf of Sprinkmann

6  Sons Corporation

7          ROY E. WAGNER, ESQ, N95 W16975 Richfield
   Way, Menomonee Falls, Wisconsin 53051 appearing as

8  corporate counsel for Sprinkmann Sons Corporation.

9          BORGELT, POWELL, PETERSON & FRAUEN S.C.,
   by STEVEN W. CELBA, ESQ., 735 North Water Street,

10  appearing on behalf of Owens-Corning Fiberglas.

11         HENSON & EFRON, by SCOTT A. NEILSON, ESQ.,
   1200 Title Insurance Building, 400 Second Avenue

12  South Minneapolis, Minnesota  55401, appearing on
   behalf of ACS.

13

14                           INDEX

15  WITNESS                EXAMINATION          PAGE

16  Ralph VanBeck          By Mr. Schenk            3
                          By Mr. Celba           106

17
   EXHIBITS                                    MARKED

18  None marked

19

20

21

22

23

24

25

---

RALPH VAN BECK - August 24, 1994

3

1                      PROCEEDINGS

2                   RALPH VAN BECK was called as a witness,

3  and after being first duly sworn, on oath, was

4  examined and testified as follows:

5                     EXAMINATION

6  BY MR. SCHENK:

7  Q    Sir, could you please state your full legal name

8       for the record?

9  A    Ralph VanBeck.

10 Q    Mr. VanBeck, have you ever had your deposition

11      taken before?

12 A    Yes.

13 Q    When was the first time that you had your

14      deposition taken?

15 A    I have no recollection when it was.

16 Q    When was the last time you had your deposition

17      taken last?

18 A    I can't recall that either.

19 Q    Was it within the last 12 months?

20 A    I don't believe so.

21 Q    Within the last two years?

22 A    Yes.  Probably.

23 Q    On how many occasions have you been deposed?

24 A    I can't exactly say.

25 Q    Can you give me an approximate number of times?

---

RALPH VAN BECK - August 24, 1994

4

1  A    Five or six.

2  Q    And what was the subject matter of those five or

3       six depositions?

4  A    Relating to insulation materials.

5  Q    Were they lawsuits filed on behalf of someone who

6       claimed an asbestos related disease?

7  A    I believe so.

8  Q    Do you remember the names of any of the cases in

9       which you were deposed?

10 A    Not particularly, no.

11 Q    Were any of those individuals employees of

12      Sprinkmann & Sons?

13 A    Not that I'm aware of.

14 Q    Let me go over some of the ground rules for you

15      since it has been some time since your last

16      deposition.  Although you've been in this process

17      before.  You understand that you're under oath.

18 A    Yes.

19 Q    And it's the same oath you would take if you were

20      testifying before a judge and jury, do you

21      understand that?

22 A    Yes.

23 Q    If for any reason you do not understand one of my

24      questions, please let me know or let counsel know

25      that the question was unclear to you so that I can

RALPH VAN BECK - August 24, 1994

5

1   understand that it needs to be rephrased or
2   repeated for you.  Will you do that for us?
3   A   Yes.
4   Q   Have you had any alcohol within the last 24 hours?
5   A   No.
6   Q   What is your current employment?
7   A   I work for Sprinkmann Sons Corporation.
8   Q   And what's your title there?
9   A   Vice-president.
10  Q   Are you a vice-president in charge of a certain
11      department?
12  A   Thermal insulation.
13  Q   How long have you been with Sprinkmann & Sons?
14  A   Since 1948.
15  Q   In what capacity did you join the company?
16  A   As at that time a helper, labor type person.
17  Q   How long did you remain a helper or laborer?
18  A   I have to think on that one.  Probably about four
19      years until I entered the union.
20  Q   It took four years before you became an
21      apprentice.
22  A   Yes.
23  Q   During those first four years what kind of work
24      were you doing as a helper?
25  A   Lugging material, basically storing material,

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

6

1   handling materials.
2   Q   Did you work at job sites or did you work in the
3       office?
4   A   Job sites.
5   Q   You were not a member of any union at the time.
6   A   No.
7   Q   Did you -- those first four years were you in any
8       union?
9   A   I was not a formal member of a union.
10  Q   Were you affiliated, however, with the Heat & Frost
11      Insulators, at that time?
12  A   I guess that would be a proper term.
13  Q   You didn't pay any union dues?  During those first
14      four years?
15  A   I really don't remember how it was structured at
16      the time.  If I was required to pay any fees or
17      not.
18  Q   Did you during your first four years, that would
19      take us to 1952, approximately?
20  A   Approximately.
21  Q   Did you have occasion to work with insulation
22      products at job sites?
23  A   Yes.
24  Q   Were you doing any mechanic work, or were you
25      basically getting the materials for the mechanics?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

7

1   A   Basically getting materials.
2   Q   Do you recall any of the job sites at which you
3       worked during those first four years?
4   A   Worked at Port Washington power plant, I remember a
5       plant in -- an Allis Chalmers plant, I believe it
6       was in LaCrosse, a power plant in Crookston,
7       Minnesota.  These stand out in my mind.  There are
8       various other jobs.  I just don't recall.
9   Q   I understand.  It's been a few years.
10  A   Yeah, it has been.
11  Q   When you worked at Port Washington, do you recall
12      specifically where you worked?  At that plant.
13  A   I honestly don't remember which unit I started at.
14  Q   Would it have been One, Two or Three?
15  A   It may have been.
16  Q   Do you recall, however, what you did?
17  A   I was what I would classify as a lugger.
18  Q   That's descriptive enough.  And you did that for
19      what period of time at Port Washington?
20  A   At Port Washington?  Some months.  Yeah, it wasn't
21      very long.
22  Q   One thing that I did not mention to you and if I
23      may just remind you of it.  I just got a glance
24      from the Reporter, because as I was asking the
25      question you already anticipated what my question

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

8

1       was going to be.  If you would give him the
2       courtesy, and I will try myself to, and not speak
3       over each other.  In every day conversation people
4       do that all the time.  But there's nobody taking an
5       official record of it.  Here unfortunately we have
6       to be mindful of the reporter.
7   A   I understand.
8           MR. FERGAL:  He's good though.  He can do
9       four of us at one time.
10          MR. SCHENK:
11  Q   When you worked at Port Washington at some point in
12      time during those four years, did Sprinkmann & Sons
13      have a contract to do insulation work for the power
14      company?
15          MR. FERGAL:  Object on foundation.
16          THE WITNESS:
17  A   I really have no knowledge of what their
18      contractual, or if there was a contract, or how it
19      was structured.  I have no knowledge of that.
20          MR. SCHENK:
21  Q   Fair enough.  Who besides yourself was at Port
22      Washington during that four year period when you
23      were there?  From Sprinkmann & Sons.
24  A   I don't believe there's anybody else.
25  Q   I'll reask the question.  You were what you

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

9

| | |
|---|---|
| 1 | describe as a lugger. |
| 2 A | Yeah. |
| 3 Q | You were lugging things to people. Who were the |
| 4 | people that you were lugging things to? |
| 5 A | To the installers. |
| 6 Q | The mechanics. |
| 7 A | Yes. |
| 8 Q | Do you recall the names of any of the mechanics you |
| 9 | were working with, the insulator's names? |
| 10 A | Joe Stolper. |
| 11 Q | Spelled? |
| 12 A | S-t-o-l-p-e-r. You got to give me a minute. |
| 13 Q | Take your time. |
| 14 A | I can picture them, but I can't think of the |
| 15 | names. I'm coming up blank. |
| 16 Q | Okay. There were others besides Mr. Stolper. |
| 17 A | Oh, yes. |
| 18 Q | Do you recall, approximately, how many insulators |
| 19 | were at Port Washington when you were there during |
| 20 | that time period? |
| 21 A | I would only be speculating if I told you. |
| 22 Q | And you know not to speculate or guess. |
| 23 A | Yes. |
| 24 Q | Was there a foreman that was in charge of the |
| 25 | insulators at that time? |

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

10

| | |
|---|---|
| 1 A | Yes. |
| 2 Q | Do you recall the foreman's name? |
| 3 A | Joe Stolper. |
| 4 Q | I see. How long did Mr. Stolper work -- is it |
| 5 | Stolper? |
| 6 A | Yes. S-t-o-l-p-e-r. |
| 7 Q | How long did Mr. Stolper work for Sprinkmann from |
| 8 | the time that you knew him? |
| 9 A | I have no idea. |
| 10 Q | Did he remain there for a number of years after he |
| 11 | first joined Sprinkmann & Sons? |
| 12 A | I can only think that he did. I would not have any |
| 13 | knowledge of that. |
| 14 Q | Do you recall what type of work the insulators were |
| 15 | doing? Were they building, constructing a new |
| 16 | unit, or were they doing repair work when you were |
| 17 | at Port Washington? |
| 18 A | They were insulating the new work that was being |
| 19 | installed. |
| 20 Q | So they were working, they were installing |
| 21 | insulation on a new unit. |
| 22 A | Yes. |
| 23 Q | At that time, when Sprinkmann & Sons was installing |
| 24 | this new insulation, were you aware of the names of |
| 25 | the manufacturers of insulation whose -- the names |

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

11

| | |
|---|---|
| 1 | of the products that Sprinkmann & Sons was using at |
| 2 | that time? |
| 3 A | At that particular time, no. |
| 4 Q | During the first four years that you were at |
| 5 | Sprinkmann, to your knowledge, did Sprinkmann have |
| 6 | an exclusive distribution system with any |
| 7 | particular manufacturer of insulation products? |
| 8 A | I have no knowledge. |
| 9 | MR. FERGAL: Object. Foundation. |
| 10 | THE WITNESS: |
| 11 A | I have no knowledge of that. |
| 12 | MR. SCHENK: |
| 13 Q | What type of, without regard to brand names, what |
| 14 | type of insulation products were you lugging for |
| 15 | the mechanics to install at Port Washington, at |
| 16 | that time? |
| 17 A | Pipe insulation, block insulation, cements. |
| 18 Q | The pipe insulation, block and cements, were |
| 19 | they 85 Mag? 85% Mag products, at that time? |
| 20 | MR. FERGAL: Object on foundation. |
| 21 | THE WITNESS: |
| 22 A | I, at that time, I'm not sure what they were. |
| 23 | MR. SCHENK: |
| 24 Q | You're familiar with what I'm talking about. |
| 25 A | Yes. |

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

12

| | |
|---|---|
| 1 Q | Was the pipe insulation an asbestos based |
| 2 | insulation product? |
| 3 A | I have no -- |
| 4 | MR. FERGAL: Object. Foundation. |
| 5 | THE WITNESS: |
| 6 A | I'm not -- I have no knowledge. That's not my -- |
| 7 | MR. SCHENK: |
| 8 Q | Okay. You didn't know during those first four |
| 9 | years whether insulation products that you were |
| 10 | handling contained asbestos? |
| 11 A | No. |
| 12 Q | What did the pipe insulation look like during the |
| 13 | time that you were working with it as a laborer? |
| 14 A | Molded. Molded insulation. |
| 15 Q | Dusty product when cut? |
| 16 A | Yes. |
| 17 Q | What about the block, what did that look like? |
| 18 A | Flat block, rectangular shaped. |
| 19 Q | And the color? |
| 20 A | I recall it as being white. |
| 21 Q | Fibrous? |
| 22 A | It had fibers in it. |
| 23 Q | As did the molded insulation? |
| 24 A | Yes. |
| 25 Q | And the cement products, what do you recall about |

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

13

1   their texture and appearance?

2 A There were several kinds. There was a finer cement

3   and then a rougher type.

4 Q There was an insulating cement, a finishing

5   cement.

6 A Yes.

7 Q And the insulating cement was the rougher and the

8   finishing cement was the smoother.

9 A That would be probably right.

10 Q Do you remember any of the manufacturers of the

11   cement products that you were using?

12 A No.

13 Q And what was the color of the cement products?

14 A The rougher cement, the insulating cement was a

15   grayish color, and the finishing cement when

16   finished was a bluish gray color.

17 Q And would you be required, yourself, to pour the

18   cement into the buckets before the water was added?

19 A Yes.

20 Q Did you, yourself, do the mixing of the cements?

21 A At times.

22 Q Dusty?

23 A Yes.

24 Q What type of ventilation was available, at that

25   time, when you as a laborer were working at Port

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

14

1   Washington?

2 A None that I can recall.

3 Q Was it a -- were the walls and the ceilings already

4   up?

5 A Yes.

6 Q Presumably, since you were working. Were any

7   respirators or masks used by any insulators, at

8   that time, when you were a laborer?

9 A Not that I recall.

10 Q Do you recall how long you, and I don't think I

11   asked this, how long you actually were at Port

12   Washington during that time that you were a

13   laborer? Was it a --

14 A Just a short time.

15 Q Was it a matter of days, weeks or months?

16 A Probably, I would say not more than two months.

17 Q Were you there, do you recall, at the beginning and

18   at the end of the work, or were you there during

19   some point during the process?

20 A During.

21 Q Do you recall or do you know how long the

22   insulators from Sprinkmann remained at the Port

23   Washington facility doing that work that you're

24   referring to?

25 A No.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

15

1 Q In addition to pipe insulation, block and cements,

2   was there any asbestos cloth being used at the

3   facility, at that time? At Port Washington.

4     MR. FERGAL: Object to foundation.

5     THE WITNESS:

6 A I don't recall.

7     MR. SCHENK:

8 Q You know what asbestos cloth looks like.

9 A Yes.

10 Q How would you describe asbestos cloth?

11 A Thick heavy textured cloth.

12 Q Do you recall seeing anything looking like that

13   while you were a laborer while at Port Washington?

14 A No.

15 Q After you served your term as a laborer, paid your

16   dues, so to speak, you became an apprentice in the

17   Heat & Frost Insulator's Union?

18 A It was more a term as I think the term at the time

19   was improver.

20 Q Right.

21 A Yeah.

22 Q Different eras they called them different things,

23   is that it?

24 A Exactly.

25 Q Nonetheless, were you given a card to the Heat &

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

16

1   Frost Insulator's Union?

2 A Yes.

3 Q And what year did you become an improver?

4 A 1952.

5 Q And what year did you become a journeyman mechanic?

6 A I would assume 1956.

7 Q From the time that you became an improver, were you

8   full-time employed by Sprinkmann & Sons or did you

9   work out of a union hall?

10 A I was full-time employed.

11 Q Did Sprinkmann from the time that you became a card

12   member of the union, did Sprinkmann & Sons have

13   full-time insulators, or did they hire out of the

14   union hall, or was there a combination of the two?

15 A It may have been a combination of the two.

16 Q From 1952 until the time that you became a

17   journeyman, did you work at any of the power plants

18   in Wisconsin?

19 A Intermittently I may have.

20 Q Do you recall which ones?

21 A The one that comes to mind is Oak Creek Power

22   Plant.

23 Q Do you recall when you first did any work for

24   Sprinkmann & Sons at Oak Creek?

25 A No, I do not.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

17

1  Q   It would have been between '52 and '56, however?
2  A   It may have been.  I'm not --
3  Q   It may have been after '56?
4  A   May have been.
5          MR. CELBA:  I'm going to object to the
6      form of the question.  Calls for speculation.  Lack
7      of foundation.
8          MR. SCHENK:  I accept that.  That's
9      valid.
10 Q   Can you tell me, at any time, within the first five
11     years of your working for Sprinkmann & Sons, do you
12     recall working at Oak Creek Power Plant?
13 A   I can't be specific on dates.
14 Q   Can you tell me whether you recall working at Oak
15     Creek prior to 1960?
16         MR. FERGAL:  Objection.  Calls for
17     speculation.
18         MR. CELBA:  I'm going to join in that
19     objection too.
20         MR. SCHENK:  Well, gentlemen, this man
21     went to work there in 1952.  I'm giving him an
22     eight year time period, and I'm trying to be as
23     lenient or liberal --
24         MR. FERGAL:  I'm not preventing him from
25     answering the question.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

18

1          MR. SCHENK:  I understand that.
2          MR. CELBA:  It's vague and indefinite
3      question as to date.  Even by giving him a maximum
4      date and going back.  It's vague as to time.
5          MR. SCHENK:  I'm asking for the time.
6      That's why I posed it that way.
7          THE WITNESS:
8  A   I have no idea what the date was.
9          MR. SCHENK:
10 Q   Okay.  How about by in terms of what you were
11     doing, would that help you if you recall back as to
12     the kind of work you were doing?
13 A   Wouldn't make any difference.
14 Q   As a level one or apprentice one improver you were
15     doing the same type of work as you were doing as a
16     journeyman?
17 A   Basically, yes.
18 Q   When you worked at Oak Creek for the first time,
19     what were you doing there?
20 A   I recall insulating on the boiler.
21 Q   Do you recall, was it new construction?
22 A   Yes.
23 Q   Which unit were you working on?
24 A   That I don't recall either.
25 Q   You don't recall what decade it was that you were

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

19

1      working at Oak Creek for the very first time?
2  A   I really don't.
3  Q   You don't know whether it was the 1980's, 1970's,
4      1960's or 1950's.
5          MR. CELBA:  I'm going to object.  It's
6      repetitious.
7          MR. FERGAL:  It's repetitious.
8          THE WITNESS:
9  A   It's a foolish question.
10         MR. SCHENK:
11 Q   I'm trying to get some sort of an idea.  I'm not
12     trying to be foolish at all.  I'm asking you over a
13     period of some 30 years can you give me an
14     approximate time period?
15 A   The only thing I can tell you is that I really did
16     not work there very long.  It was a very very short
17     period of time.  And I cannot pinpoint it for you.
18     I can't.
19 Q   Do you recall any of the people that were working
20     out there with you?
21 A   Warren Hansen, I remember a fella they used to call
22     Fritzy Bush Jaeger (phonetic).
23 Q   Spelled?
24 A   Don't ask me.
25 Q   I'm supposed to ask you.  You may not be able to

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

20

1      tell me.  What's his first name?
2  A   They just called him Fritzy Bush Jaeger.  Oh Lord.
3      I can picture all kinds of people.  But to put
4      their names in.
5          MR. FERGAL:  He probably was the only
6      Fritz in Milwaukee.
7          MR. SCHENK:  Right.  That's an easy one.
8          THE WITNESS:  Right.
9          MR. SCHENK:
10 Q   Who was the foreman?
11 A   Warren Hansen.
12 Q   Do you know, do you recall what years Mr. Hansen
13     was a foreman for Sprinkmann & Sons?
14 A   He was -- he was a foreman for a long period of
15     time down there.  I have no -- I can't give you
16     dates on that.
17 Q   When you say for a long period of years, what --
18     about what time period are we talking about that
19     you recall Mr. Hansen being a foreman?
20 A   Just a number of years.  There were many units
21     built at Oak Creek, and he was involved in a good
22     many of them.
23 Q   Okay.  What I'm trying to find out is, was he a
24     foreman up until a certain period of time?  That
25     you can recall.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  A  I believe so.

2  Q  Do you recall, approximately, when he no longer was

3     a foreman?

4  A  No.

5  Q  Was he there through the 1960's?

6  A  He may not have been. I'm not sure.

7  Q  In any event, you don't remember which unit you

8     worked on at Oak Creek.

9  A  No.

10 Q  Did you work there more than once? When I say more

11    than once --

12 A  I may have.

13 Q  When I say more than once, I'm talking about not

14    just more than one day, but on more than one

15    project.

16 A  Yes, I understand.

17 Q  What is your response? I'm sorry.

18 A  I'm not sure whether I did or not.

19 Q  Sprinkmann & Sons had the contract for doing the

20    insulation work on a number of the boilers in the

21    units at Oak Creek; is that correct?

22       MR. FERGAL:  Objection. Foundation.

23       THE WITNESS:

24 A  I'm not -- I have no knowledge of how their work

25    was structured with the WEPCO company.

---

1        MR. SCHENK:

2  Q  All right. As you're sitting here today, you know

3     that Sprinkmann & Sons did work at Oak Creek,

4     correct?

5  A  Yes.

6  Q  And you know that because you're vice-president of

7     Sprinkmann & Sons, correct?

8        MR. FERGAL:  Object.

9        MR. SCHENK:

10 Q  I need an audible response.

11 A  Do I know that because I'm a vice-president?

12 Q  Yes.

13 A  No. I know that because I was there working for

14    Sprinkmann.

15 Q  All right. Over the years you knew that

16    Sprinkmann & Sons had the contract to do the

17    insulation work in the building of the piping

18    systems.

19       MR. FERGAL:  Object on foundation.

20       MR. SCHENK:

21 Q  The insulation systems at Oak Creek, correct?

22 A  I have no knowledge of what their arrangement was

23    with the electric company.

24 Q  I'm not asking what their arrangement was. You

25    know that they did the work.

---

1        MR. FERGAL:  I'm going to object to the

2     question. That's different than what you

3     previously asked him.

4        THE WITNESS:

5  A  If you ask me did I know they did the work --

6        MR. FERGAL:  Wait until he asks the

7     question.

8        MR. SCHENK:

9  Q  Why don't you wait until I ask the question.

10    You're aware, sir, that Sprinkmann & Sons installed

11    the insulation on a number of the units at Oak

12    Creek, correct?

13       MR. FERGAL:  Object to the form of the

14    question.

15       THE WITNESS:

16 A  Yes.

17       MR. SCHENK:

18 Q  And you know that because you were an insulator

19    working for Sprinkmann & Sons, correct?

20 A  Yes.

21 Q  Okay. We'll get to your current position later on

22    in this deposition. But as an insulator, were you

23    aware of which units Sprinkmann & Sons worked on at

24    Oak Creek?

25       MR. FERGAL:  Object as to form. At what

---

1     point in time? Back then would he have known?

2        MR. SCHENK:

3  Q  At any time that you were an insulator.

4  A  Which units they worked on?

5  Q  Correct.

6  A  My recollection is they worked on all the units.

7  Q  How many units are there at Oak Creek?

8  A  There were eight.

9  Q  When you say your recollection is they worked on

10    all of them, is it your recollection that

11    Sprinkmann & Sons had the contract on any of them,

12    or is it just that your recollection is they worked on

13    them?

14       MR. FERGAL:  Object. Well, compound. But

15    go ahead and answer.

16       THE WITNESS:

17 A  They worked on them.

18       MR. SCHENK:

19 Q  Do you know whether or not Sprinkmann & Sons did

20    any new construction of any of the units at Oak

21    Creek?

22 A  When you say new construction, they didn't

23    construct anything.

24 Q  I appreciate that. What I'm asking is whether they

25    put on the original insulation on any of the units

25

```
 1      while it was under construction.
 2  A   Yes.
 3  Q   The answer is yes, they did.
 4  A   Yes.
 5  Q   Do you know whether they did that for all eight of
 6      the units or for something less than all eight?
 7  A   Eight units.
 8  Q   You, however, did not work on all eight of those
 9      units, correct?
10  A   No, I did not.
11  Q   Over what period of years, if you know, did
12      Sprinkmann & Sons do the insulating work on those
13      eight units?  Can you give me a starting date if
14      you're able to, and an ending date if you're able
15      to?
16           MR. FERGAL:  Object on foundation.  Go
17      ahead.  Calls for speculation.  Go ahead.
18           THE WITNESS:
19  A   I believe it ended in the 60's.  I'm not quite sure
20      of the start date.
21           MR. SCHENK:
22  Q   Were you not yet an employee of Sprinkmann when
23      they began working at Oak Creek?
24           MR. FERGAL:  Object on foundation.
25           THE WITNESS:
```

26

```
 1  A   I may have been an employee, but it was of no
 2      consequence to me.
 3           MR. SCHENK:
 4  Q   What I'm trying to find out is whether it was your
 5      recollection that it was pre-1948 or since 1948
 6      that Sprinkmann & Sons began working at Oak Creek.
 7  A   It would be since 1948.
 8  Q   Oak Creek was built in what year?
 9           MR. FERGAL:  If you know.
10           THE WITNESS:
11  A   I'm not sure when it started.
12           MR. SCHENK:
13  Q   Let's talk a little bit about what you did at Oak
14      Creek.  You don't remember which unit you worked
15      on, as I understand it, correct?
16  A   That's correct.
17  Q   Whichever unit you worked on, can you tell or
18      describe for me the kind of work you did?  What
19      materials you were using and where you were
20      working?
21  A   The thing that I remember most really is insulating
22      a boiler with block insulation.  Over the boiler
23      tubes.
24  Q   Do you recall the manufacturer of the block
25      insulation that you used?
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

27

```
 1  A   No.
 2  Q   At that time, as a member of the Heat & Frost
 3      Insulator's Union -- unit -- Union, you were aware
 4      that what you were handling was an asbestos
 5      containing material?
 6  A   Not necessarily.
 7           MR. FERGAL:  Object.
 8           MR. SCHENK:
 9  Q   When you say not necessarily, what do you mean by
10      that?
11  A   Well, no, I guess the answer should be no.  I did
12      not.
13  Q   Did Sprinkmann & Sons provide you with any
14      information about the content of the material that
15      you were handling?
16  A   No.
17           MR. FERGAL:  Objection.  Form.  Vague.
18           MR. SCHENK:
19  Q   Did WEPCO provide you with any information about
20      the material that you were handling?
21  A   No.
22  Q   Did you ever have occasion to open up the box of
23      block insulation?  Yourself.
24  A   Yes.
25  Q   Was there any information inside the box that
```

28

```
 1      provided you with some knowledge as to the kind of
 2      material that you were handling?
 3  A   No.
 4  Q   I take it you were not using masks or respirators
 5      at that time.
 6  A   No.
 7  Q   No, you were not.
 8  A   No, I was not.
 9  Q   Nor were any of the other improvers, correct?
10  A   Not that I'm aware of.
11           MR. FERGAL:  Objection.  Foundation.
12           MR. CELBA:  The same objection.
13           MR. SCHENK:
14  Q   Let me ask it this way.  Did you see any of the
15      improvers wearing any masks or respirators when you
16      worked at Oak Creek?
17  A   No.
18           MR. FERGAL:  Can we -- just to allay any
19      vagueness, when you use the term "a respirator",
20      make sure there's an understanding between the two
21      of you what you mean it is.  Object as vague as
22      what respirator is.
23           MR. SCHENK:  I appreciate that.
24  Q   I use masks or respirators to hopefully include any
25      type of breathing protection.  Did you understand
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1    that when I was referring to masks and respirators?

2  A  Yes.

3  Q  Okay.  I don't know if I asked you if you recall

4    the name of the manufacturer of the block

5    insulation.  That you were using at Oak Creek.

6  A  I don't remember the name.

7  Q  After your occasion to be at Oak Creek, do you

8    *recall going back to Oak Creek to work on any other*

9    *projects at that power plant?*

10  A  No.

11  Q  Is it you don't recall or you do recall that you

12    did not ever go back?

13  A  I recall that I didn't go back.

14  Q  Did you work at any other power plants for WEPCO

15    once you became a member of the Heat & Frost

16    Insulator's Union?

17  A  I may have.

18  Q  Do you have, sitting here today, a recollection of

19    actually being in any of the plants doing

20    insulation work?

21  A  No.

22  Q  You don't recall then going back to Port Washington

23    to do insulation work.

24  A  No.

25  Q  *Did you ever work as a -- strike that.  Let me ask*

1    you.  How long did you remain an insulator for

2    Sprinkmann & Sons?

3  A  Until early 1966.

4  Q  What was your change in job title in early 1966?

5  A  I was made field superintendent.

6  Q  And between '56 and early '66 you were a journeyman

7    insulator?

8  A  Yes.

9  Q  What was different about your work as a field

10    superintendent?

11  A  I was no longer installing insulation.  I was

12    directing the workmen.  And assigning them to

13    different tasks.

14  Q  You were in charge of the foremen?

15  A  Yes.

16  Q  Did you have occasions to go out into the field

17    after you became a field superintendent?

18  A  Yes.

19  Q  By the title it sounds like you would have.

20  A  Yes.

21  Q  Did you have occasion to get to any of the WEPCO

22    power plant facilities as a field superintendent?

23  A  Yes.

24  Q  Would that have been, to the best of your

25    recollection, the next time that you'd been to any

1    WEPCO facilities?  Was as a field superintendent?

2  A  Probably.

3  Q  Would that include Oak Creek?

4  A  Yes.

5  Q  Would that include Port Washington?

6  A  Yes.

7  Q  Would it include essentially all of the plants that

8    WEPCO had?

9        MR. FERGAL:  Object.  Vague.  Foundation.

10       MR. SCHENK:

11  Q  *If you know.*

12  A  It may have.

13  Q  Do you recall -- let me ask it this way.  Maybe if

14    you could recount for me which various facilities

15    you recall going to.  You already indicated Oak

16    Creek and Port Washington.  What others do you

17    recall going to?

18  A  Valley Plant.

19  Q  Any others?

20  A  I don't believe at the time there were any others.

21  Q  Is there a Lakeside?

22  A  It may have been.  I'm not sure about the time on

23    Lakeside.

24        MR. CELBA:  I'm going to move to strike

25    the answer as speculation on the part of the

1    witness.

2        MR. SCHENK:

3  Q  What was the purpose of going to Oak Creek as a

4    field superintendent?

5  A  Well, I was to assign people to the jobs at hand.

6  Q  How long did you remain a field superintendent?

7  A  Till early 1980's.

8  Q  All right.  15 years or more?

9  A  In one form or another, yes.

10  Q  During those years, do you recall what work

11    *Sprinkmann & Sons did at Oak Creek?  Which units*

12    they worked on.

13        MR. FERGAL:  Object to the form of the

14    question.  Vague.

15        MR. CELBA:  I'll join.

16       MR. SCHENK:  Maybe you can enlighten me.

17    What's vague about it, so that I can clean it up?

18    If there's something about it that's vague, I'm

19    happy to clean it up.  I think it's a very clear

20    question.  If you have a problem with it, I'd like

21    to make it unvague.

22        MR. FERGAL:  I don't know what you mean by

23    what work did they perform.

24        MR. CELBA:  During those years I think

25    it's indefinite.

RALPH VAN BECK - August 24, 1994

33

```
 1                MR. SCHENK:
 2   Q    All right.  During the years that you were a field
 3        superintendent from early 1966 until the early
 4        1980's, as you described it, what work did
 5        Sprinkmann & Sons do at Oak Creek?
 6   A    Various -- various types of work.  I can't pinpoint
 7        all the work they did or on what, you know, there
 8        was -- if you would be specific, I would be
 9        specific.  I mean are you --
10   Q    I'll get to the specifics.  I'm just trying to find
11        out your general recollection.  That will help us
12        get to the specifics.  Did they work on units, any
13        particular units during that time period that you
14        were a field superintendent?  At Oak Creek.
15   A    They may have worked on many of them.
16   Q    Well, I guess they may have.  I'm trying to ask you
17        what's your best recollection.
18   A    Well, they did work, yes, on the units.  In one
19        form or another.
20   Q    As a field superintendent during that time period
21        from the early 1966 time period to the early
22        1980's, do you recall any one particular unit that
23        Sprinkmann & Sons worked on at WEPCO's Oak Creek
24        plant?
25                MR. CELBA:  I'm going to object as to the
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

34

```
 1        time as being indefinite.
 2                MR. FERGAL:  Go ahead.  You can answer.
 3                THE WITNESS:
 4   A    May have been 1960's and after that.
 5                MR. CELBA:  I'm going to move to strike.
 6        Could you read back the answer to that, Dave?
 7                MR. SCHENK:  I'll reask the question.
 8        That wasn't what I asked you.
 9                MR. CELBA:  I have an objection, just so I
10        don't -- for the record.  But go ahead.  Reask it.
11                MR. SCHENK:  I will.  I don't expect you
12        to give up your objection, Steve.
13                MR. CELBA:  I move to strike the answer.
14                MR. SCHENK:  It was non-responsive.
15   Q    I think you misunderstood the question.  During the
16        time that you were a field superintendent from
17        early 1966 through the early 1980's, do you recall
18        a specific unit on which Sprinkmann & Sons worked
19        at Oak Creek?
20                MR. CELBA:  Again, I object as indefinite
21        as to time.
22                MR. FERGAL:  And just for my --
23                MR. CELBA:  Overly broad.
24                MR. FERGAL:  I'd like to make sure there's
25        an understanding between the two of you what you
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

35

```
 1        mean by unit.  The boiler?
 2                MR. SCHENK:  Yes.
 3   Q    That was your understanding, there were eight units
 4        there, correct?
 5   A    Yes.
 6   Q    All right.  If you could then go back to my earlier
 7        question.  Do you recall which of those units
 8        during the time that you were a field
 9        superintendent Sprinkmann & Sons worked at Oak
10        Creek on?
11   A    There were probably several of them.
12   Q    And did that include installing new insulation?
13   A    Yes.
14                MR. CELBA:  Object.  Vague.
15                MR. FERGAL:  Same objection.
16                MR. SCHENK:
17   Q    Was that new units being constructed?
18                MR. FERGAL:  Object.
19                MR. CELBA:  Same objection.
20                MR. FERGAL:  Vague and overly broad.
21                THE WITNESS:  Am I supposed to answer?
22                MR. FERGAL:  Yeah.  You can answer.  If I
23        tell you not to answer.  You can answer.
24                THE WITNESS:
25   A    It may have been a combination of new work and
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

36

```
 1        renovation work.
 2                MR. CELBA:  Move to strike as speculation
 3        on the part of the witness.
 4                MR. SCHENK:
 5   Q    You were aware as a -- that Sprinkmann & Sons was
 6        doing both new construction insulation as well as
 7        repair work at Oak Creek.
 8   A    Yes.
 9                MR. CELBA:  I'll object, indefinite as to
10        time.
11                MR. SCHENK:
12   Q    And you earlier indicated that Sprinkmann & Sons
13        did the original insulation on all eight of the
14        units.  Was any of that done while you were a field
15        superintendent?
16                MR. FERGAL:  Object to the, I guess, the
17        form of the question.  There was, I think,
18        foundation objections to that earlier line of
19        questioning.  To the extent you're incorporating
20        it.  Objected to.  Go ahead.
21                THE WITNESS:
22   A    My recollection would be possibly unit eight.
23                MR. SCHENK:
24   Q    When you say possibly --
25                MR. FERGAL:  Move to strike as
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

37

1  speculation.

2       MR. CELBA:  Join.

3       MR. SCHENK:

4  Q  I don't want you to speculate, sir.

5  A  All right.

6  Q  What I'd like to know is what is your best

7     recollection.  I know that it's been some time

8     ago.  Do you recall that unit eight was constructed

9     at Oak Creek during the time that you were a field

10    superintendent?

11 A  That would be my recollection.

12       MR. CELBA:  Again, I'm going to object as

13    to indefinite as to time.

14       MR. SCHENK:

15 Q  Would it be fair to say, sir, that whenever these

16    units were originally constructed, if any of them

17    were constructed between 1966 and the early 1980's,

18    you would have been the field superintendent on the

19    project?

20       MR. CELBA:  Object to the form of the

21    question.

22       MR. FERGAL:  Join.

23       MR. CELBA:  Vague, ambiguous and

24    indefinite.

25       THE WITNESS:

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

39

1  field superintendent on those projects.

2  A  Restate the question.

3  Q  For example, if it was not just unit eight, but

4     maybe six, seven and eight had been built from the

5     early 1966 time period through the early 1980's,

6     then, too, you would have been the field

7     superintendent.

8  A  I would.

9       MR. FERGAL:  Object.  Foundation.

10       MR. CELBA:  Same objection.

11       THE WITNESS:

12 A  I would have been field superintendent at the time.

13       MR. SCHENK:

14 Q  Okay.  Were you in charge of doing any of the

15    planning and estimating work as a field

16    superintendent?

17 A  No.

18 Q  Is there a planning and estimating department set

19    up at Sprinkmann & Sons, or was there during the

20    time that you were a field superintendent?

21 A  Yes.

22 Q  How many insulators were under your direction in

23    1966 after you became field superintendent?

24 A  I can't specifically say.

25 Q  I'm entitled to an estimate.  That's what I'd like

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

38

1  A  Yes.

2       MR. SCHENK:

3  Q  You understood my question?

4  A  Yes.

5  Q  For example, if we find out from somebody who works

6     at WEPCO that unit eight was constructed, for

7     example, in 1966, after the time, in other words,

8     that you were a field superintendent, you would

9     have been the field superintendent on the

10    insulation work of that project, correct?

11       MR. FERGAL:  Object, again, foundation.

12    Because there's another assumption that in fact

13    Sprinkmann worked on unit eight.  If you want to

14    include that in the assumption then --

15       MR. SCHENK:

16 Q  You can answer.

17 A  I would have been a field superintendent at the

18    time.

19 Q  To the best of your recollection, Sprinkmann did do

20    the insulating work on each of those units,

21    correct?  At Oak Creek?

22 A  Yes.

23 Q  And, in fact, if more than one unit, that is, more

24    than just number eight was built from 1966 through

25    the early 1980's then, too, you would have been

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

40

1  you to give me, if you can give me.  Is it 50

2  people?  Is it ten people?

3  A  It could vary --

4  Q  Or something in between?  I don't expect -- let me

5     just make my question clear.  I don't expect you to

6     recall the exact number, but I am entitled to your

7     best estimates.  Do you understand the difference

8     between an estimate and a guess?

9       MR. FERGAL:  I'm going to object.  I don't

10    know that anybody necessarily is --

11       MR. SCHENK:

12 Q  Let me put it to you that way.  If I was to ask

13    you, sir, the size of my desk at my office, you'd

14    be guessing because you've never seen my desk.

15    True?

16 A  True.

17 Q  If I was to ask you to give me an approximation as

18    to how far you're sitting from me, based on your

19    experience over the years, you'd be able to give me

20    an estimate, and you wouldn't be guessing, do you

21    agree with that?

22 A  Yes.

23 Q  Okay.  What I'm asking you, sir, is, based on your

24    recollection, can you give me an approximation of

25    the number of people, without it being in your mind

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  a guess?  Can you do that?
2          MR. FERGAL:  I'll object as calling for
3  speculation based on his earlier answer.  Lack of
4  foundation.  Form of the question.  Makes it vague.
5          MR. SCHENK:
6  Q   You can go ahead and answer it, sir.
7  A   All I can tell you, it would vary.  Vary between 25
8      and 75.
9  Q   Would that be the general range, 25 to 75 people at
10     any given time?
11 A   At that time, yes.
12 Q   All right.  That time being 1966.
13 A   In that, somewhere in that period, yes.
14 Q   Is that because --
15         MR. FERGAL:  I'm going to object.  You
16 limited it now to 1966.  You had earlier asked 1966
17 to about the early 80's.
18         MR. SCHENK:  I did not, I'm sorry.  I
19 really asked about 1966.
20         MR. FERGAL:  Okay.
21         MR. SCHENK:  I didn't want to be so broad,
22 because I thought that would really draw the
23 objection.
24         MR. FERGAL:  Okay.
25         MR. SCHENK:  I was very specific.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1          MR. FERGAL:  You understand he was talking
2  1966.
3          THE WITNESS:
4  A   You're talking about specifically 1966?
5          MR. SCHENK:
6  Q   When you first went to work at Sprinkmann as a
7      field superintendent, I'd like to know,
8      approximately, how many insulators you had working
9      underneath you.
10 A   I would, again, I would have to speculate on the
11     number.  25 to 75.
12 Q   Is that your best estimation?
13 A   Yes.
14 Q   Would that be because some people were full-time
15     employees and others were hired out of the union
16     hall?
17 A   Yes.
18 Q   So depending on what the projects were, that would
19     determine how many people you had working
20     underneath you.
21 A   Yes.
22 Q   Do you recall, sir, what type of insulation
23     materials were being installed at Oak Creek on
24     whatever units your crew was working on during the
25     time period that you were a field superintendent?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1          MR. CELBA:  I'm going to object.
2  Indefinite as to time.
3          MR. FERGAL:  Foundation.
4          MR. SCHENK:  We know when he was a field
5  superintendent.
6  Q   So you can go ahead and answer.
7          MR. CELBA:  It's overly broad then.  The
8  time period.
9          MR. FERGAL:  Right now --
10         MR. SCHENK:  I'm not asking
11 manufacturers.  I'm just asking what type of
12 materials were being used.
13         MR. FERGAL:  But your question is over
14 broad because you've included all the boilers.
15 We've talked he recalls number eight.
16         MR. SCHENK:  My understanding is they were
17 doing some new construction and some repair work.
18 Let me reask the question.  Being mindful of some
19 of the concerns raised.
20 Q   Between 1966, when you became a field
21     superintendent, and the early 1980's, during the
22     time that your crews or one of your crews was
23     either doing new construction insulation work or
24     repair work, can you tell me the types of materials
25     they were handling?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1          MR. CELBA:  Same objection.
2          MR. FERGAL:  If you recall.
3          THE WITNESS:
4  A   Block insulation, molded pipe insulation, sprayed
5      on insulation.
6          MR. SCHENK:
7  Q   Cloth?
8  A   Cement.
9  Q   Would it include cloth?
10 A   May have, yes.
11         MR. FERGAL:  Objection.  Move to strike as
12 being speculative.
13         MR. SCHENK:
14 Q   Blankets?
15 A   Yes.
16 Q   With regard to the blankets, were those blankets
17     manufactured by Sprinkmann & Sons or were they
18     manufactured outside?
19 A   They were fabricated --
20         MR. FERGAL:  Object.  Object to the form
21 of the question.
22         THE WITNESS:
23 A   They were fabricated by Sprinkmann.
24         MR. SCHENK:
25 Q   And fabricated you mean they were stuffed at

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

45

1   Sprinkmanns.
2   A    Yes.
3   Q    Sprinkmann & Sons would use what type of fillers
4        for those blankets?
5             MR. FERGAL:  What time period are we
6        talking?
7             MR. SCHENK:  That's a fair objection.
8   Q    Let's say from 1966 through 1973.
9   A    My best recollection was amosite.
10  Q    Sir, when did you first become aware of insulation
11       containing asbestos?
12  A    In the late -- late 60's.
13  Q    And how did you come to learn that insulation
14       contained asbestos?
15  A    Just by word of mouth, it was going around the
16       industry.
17  Q    Would it be fair to say that that would be some
18       time after you were already a field superintendent?
19  A    Yes.
20  Q    While you were a journeyman insulator did you ever
21       attend any union meetings?
22  A    Yes.
23  Q    At any of the union meetings was the topic of
24       asbestos ever discussed?
25  A    Not to my recollection.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

---

46

1   Q    Did you have any safety meetings at Sprinkmann &
2        Sons?
3             MR. FERGAL:  Object to the form.
4             MR. SCHENK:
5   Q    During the time that you were a journeyman
6        insulator --
7             MR. FERGAL:  Object to the form of the
8        question.  Vague.
9             THE WITNESS:
10  A    I don't recall any formal.
11            MR. SCHENK:
12  Q    In any event, were there any meetings where
13       asbestos was discussed during the time that you
14       were journeyman insulator by Sprinkmann & Sons?
15  A    No.
16  Q    Did Sprinkmann and sons have any newsletters or
17       bulletins that went out to the insulators?
18  A    No.
19  Q    During the time that you were a journeyman
20       insulator.
21  A    No.
22  Q    During the time that you were a journeyman
23       insulator and even a field superintendent up until
24       the late 60's, when through word of mouth you
25       learned about asbestos, had you ever seen the word

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

---

RALPH VAN BECK - August 24, 1994

47

1   asbestos on any box of insulation materials?
2   A    Not to my recollection.
3   Q    Until the time in the late 1960's, as a field
4        superintendent, when you learned by word of mouth
5        about asbestos being in the insulation, had you
6        seen any warning or cautionary labels on any of the
7        boxes of block, pipe covering or any other
8        insulating products that was used by Sprinkmann &
9        Sons?
10  A    Not to my recollection.
11  Q    Up until the late 1960's, when you first learned
12       about the asbestos in insulation, had, to your
13       knowledge, any of the insulators used masks or
14       respirators or any type of respiratory protective
15       equipment?
16  A    There were, as I recall, some masks being used by
17       some people.
18  Q    When you say masks, can you describe what those
19       were?
20  A    The paper type masks.
21  Q    When did those paper masks first become used, to
22       your knowledge, at Sprinkmann & Sons?
23  A    The late -- late 60's.
24  Q    Prior to that time in the late 60's, do you recall
25       ever seeing any insulators using any type of masks

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

---

RALPH VAN BECK - August 24, 1994

48

1   or respirators or any type of air respirator or air
2   protective equipment?
3   A    No.
4   Q    And you say some masks were used by some of the
5        people.  Was that a product -- or strike that.
6        Were those masks that were used by some of the
7        people provided by Sprinkmann & Sons?
8   A    My recollection was they were available to people
9        who wanted them.
10  Q    Not required.
11  A    No.
12  Q    By the way, sir, if there's any time you need to
13       take a break, just let me know.  This is not a
14       marathon.
15  A    It only seems like one.
16  Q    Was the use of masks by some of the workers about
17       the same time that you first heard by word of mouth
18       about asbestos being in insulation?
19            MR. CELBA:  I'm going to object.  It's
20       argumentative, and it's repetitious.
21            MR. SCHENK:
22  Q    It's not intended to be argumentative, sir.  Not to
23       you at least.
24  A    Yes.
25            MR. FERGAL:  I'll object on foundation.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

49

```
 1      Calls for speculation.
 2              MR. CELBA:  Join.
 3              MR. SCHENK:
 4   Q  Is it your best recollection that there's some
 5      similarity in time periods --
 6   A  Yes.
 7   Q  -- between the time when masks were first being
 8      used and insulating, insulation containing --
 9      better reask it just so there's clarity to it.  Is
10      there some similarity in time between when you
11      recall masks first being used by some insulators
12      and when you first became aware of insulation
13      containing asbestos?
14              MR. CELBA:  Same objection.  Vague,
15      ambiguous, indefinite.
16              MR. FERGAL:  Join.
17              THE WITNESS:
18   A  Yes.
19              MR. SCHENK:
20   Q  Was the installation of insulation a dusty job?
21   A  Yes.
22   Q  Would that be true for putting in new insulation as
23      well as doing repair work?
24   A  Yes.
25   Q  When you first --
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

50

```
 1              MR. CELBA:  I'm going to object to the
 2      lack of foundation, argumentative form, and it's
 3      vague and ambiguous as to dusty, as to those
 4      questions as to dusty job.  Also, indefinite as to
 5      time.  And broad.
 6              MR. SCHENK:
 7   Q  Sir, when you first learned that asbestos was
 8      contained in insulation, did you also learn around
 9      that time that there may be some health effects
10      from being exposed to asbestos?
11              MR. FERGAL:  Object as to form.  Time.
12      Indefinite.
13              THE WITNESS:
14   A  Yes.
15              MR. SCHENK:
16   Q  Was that also by word of mouth or was that through
17      some documents that you may have read?
18   A  By word of mouth.
19   Q  We've been using this expression, but maybe if you
20      could help me out by explaining what you mean by
21      word of mouth.
22   A  Just talk that was circulating in the industry.
23   Q  By industry are you referring to the insulator's
24      industry, or insulation industry, or what industry?
25   A  Insulation industry.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

51

```
 1   Q  Were you getting any bulletins or newsletters or
 2      anything in writing from anybody in the industry
 3      that gave you some information about asbestos and
 4      potential health effects?
 5   A  I don't recall anything like that.
 6   Q  Who was your immediate supervisor at Sprinkmann &
 7      Sons when you were a field superintendent?
 8   A  Gentleman by the name of Kenneth Karn.
 9              MR. CELBA:  I'm going to move to -- by the
10      way, going back to that about information from the
11      industry, it's vague as to time.
12              MR. SCHENK:
13   Q  You understood, sir, that I was asking about the
14      time period in the late 1960's when you first heard
15      about it by word of mouth.
16   A  Yes.
17              MR. CELBA:  Well, that's argumentative.
18      Speculation on the part of the witness.  Move to
19      strike.
20              MR. SCHENK:
21   Q  Okay.  Mr. Karn held what position for Sprinkmann &
22      Sons?
23   A  I believe he was a vice-president.
24   Q  Was he a vice-president of a certain department or
25      was he a --
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

52

```
 1   A  I believe thermal insulation.
 2   Q  How long, if you know, did he remain vice-president
 3      of thermal insulation?  For Sprinkmann & Sons.
 4   A  Till his death.  And the year I don't recall.  It
 5      was after I became field superintendent.
 6   Q  Would it have been in the 1970's or 60's?  If you
 7      can recall.
 8   A  19 -- just give me a minute --
 9              MR. FERGAL:  You're asking now about when
10      Mr. Karn's death would have been?
11              THE WITNESS:
12   A  Yeah.  May have been in the early 80's.
13              MR. SCHENK:
14   Q  Okay.  Who replaced him in the early 80's as the
15      vice-president of thermal insulation?
16   A  Norbert Luken.  L-u-k-e-n.
17   Q  N as in Nancy?  Luken?
18   A  Luken.
19   Q  Do you recall or do you know when Mr. Karn became
20      vice-president of thermal insulation?
21   A  I have to back up.  I'm sorry.  I may have given
22      you the wrong date on Kenneth Karn.  His death
23      occurred in the 70's.
24   Q  Was there somebody between Mr. Karn and Mr. Luken
25      then?
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

```
1   A   No.  It was Mr. Karn and Mr. Luken.
2   Q   Would have been early or late 70's, do you know,
3       that Mr. Luken took over?
4           MR. FERGAL:  Object on foundation.  I
5       think we're now speculating.
6           THE WITNESS:
7   A   Probably middle 70's.
8           MR. SCHENK:
9   Q   My earlier -- and I appreciate the clarification --
10      my earlier question was do you know or do you
11      recall when Mr. Karn became vice-president of
12      thermal insulation?  I believe there was an
13      objection.
14  A   No, I do not.
15  Q   Did there come a time at Sprinkmann & Sons when
16      insulators were required to use some type of
17      respiratory protection?
18          MR. FERGAL:  Object to the form of the
19      question.  Vague.
20          THE WITNESS:
21  A   No.
22          MR. SCHENK:
23  Q   Other than the paper masks that were available but
24      not required, were there any other types of
25      respiratory protection made available to insulators
```

```
1       at Sprinkmann & Sons?
2   A   Not that I'm aware of.
3   Q   Do you know until what year Sprinkmann & Sons sold
4       asbestos containing products?
5           MR. FERGAL:  Object on foundation.
6           THE WITNESS:
7   A   Very early 1971 or 1972.
8           MR. SCHENK:
9   Q   All right.  And until what year did Sprinkmann &
10      Sons use asbestos containing products?  Thermal
11      insulation products.
12          MR. FERGAL:  Same objection.
13          THE WITNESS:
14  A   Was discontinued at that time.
15          MR. SCHENK:
16  Q   To your knowledge and recollection, Sprinkmann &
17      Sons used the asbestos containing thermal
18      insulation products until such time as they were
19      discontinued.
20          MR. FERGAL:  Objection.  Form, vague, and
21      also foundation.
22          THE WITNESS:
23  A   Discontinued by whom?
24          MR. SCHENK:
25  Q   I'm sorry.  Maybe I misunderstood.  What did you
```

```
1       say that -- let me withdraw that.
2           MR. SCHENK:  Go back to the answer two
3       questions ago.  I want to use the same words, in
4       fairness to Mr. VanBeck.
5           (Record read)
6   Q   Let me just ask this, and then we'll take our
7       break.  Is it your recollection that Sprinkmann &
8       Sons was installing asbestos containing products
9       until such time as they were discontinued?
10          MR. FERGAL:  Object to form, foundation.
11          THE WITNESS:
12  A   Yes.
13          MR. SCHENK:  Counsel would like to take a
14      break, and that's fine with me.
15          (Short recess was taken)
16          MR. SCHENK:
17  Q   Mr. VanBeck, did -- when you were at a job site at
18      a WEPCO power plant, would the WEPCO employees be
19      working at the same time as the insulators were
20      working?  In the plant?
21          MR. FERGAL:  Object to form.  Vague as to
22      location.
23          MR. CELBA:  And time too.  It's vague and
24      indefinite as to that.
25          THE WITNESS:
```

```
1   A   At times.
2           MR. SCHENK:
3   Q   Did people have to wear badges?  Or some
4       identification on their body?
5   A   That, again, at times.
6   Q   You would see at times people that were WEPCO
7       employees working there when the insulators from
8       Sprinkmann & Sons were working there?
9           MR. CELBA:  Again, vague and indefinite.
10          MR. SCHENK:
11  Q   During the time that you were a field
12      superintendent.
13          MR. CELBA:  Same objection.
14          THE WITNESS:
15  A   Yes.  There were times.
16          MR. SCHENK:
17  Q   What about during the years, the ten years that you
18      were an insulator, that is from '56 to '66, would
19      that be true as well during that time period?
20          MR. CELBA:  Same objection.  I don't know,
21      that's a lack of foundation, whether he was there
22      at that time.
23          THE WITNESS:
24  A   It may have been.
25          MR. CELBA:  Move to strike.  Speculation.
```

1  MR. FERGAL:  Speculation.

2  MR. SCHENK:

3  Q  You don't recall being at any of the -- any WEPCO

4  power plant *facility as a journeyman?*

5  MR. CELBA:  Well, object.  That's

6  repetitious.

7  THE WITNESS:

8  A  I thought *that was established.  That I was there*

9  at sometime.

10  MR. SCHENK:

11  Q  I know.  But we had an objection.  I want to go

12  back and re-lay a foundation.  During that time

13  that you were at a WEPCO facility as an insulator,

14  did you see persons there who were WEPCO

15  employees?

16  MR. *CELBA:  Again, lack of foundation.*

17  Misconstrues the testimony of this witness.

18  THE WITNESS:

19  A  I don't recall any.

20  MR. SCHENK:

21  Q  You don't recall one way or the other.

22  A  No.

23  Q  As an insulator, were you ever at a WEPCO facility

24  to do repair work?

25  A  In what capacity?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  Q  As an insulator.

2  A  Yes.

3  Q  Plant was in operation when you were there to do

4  *repair work?*

5  A  It may have been during a shut down.

6  Q  When you say during a shut down, would a unit be

7  shut down?

8  A  Yes.

9  Q  While you were working on it?

10  A  Yes.

11  Q  The other units would be in operation.

12  A  Yes.

13  MR. FERGAL:  Objection.  Foundation.

14  MR. SCHENK:

15  Q  Was that your observation?

16  A  Yes.  As far as I could tell.

17  Q  Did Sprinkmann & Sons provide any masks or

18  respirators to any of the WEPCO employees during

19  the time that Sprinkmann was doing insulation work?

20  A  Not that *I'm aware of.*

21  Q  Did Sprinkmann & Sons provide any information to

22  WEPCO employees with regard to asbestos being a

23  potential health hazard?

24  MR. FERGAL:  *Object on foundation.*

25  THE WITNESS:

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  A  I had no knowledge of that.

2  MR. SCHENK:

3  Q  You as a field superintendent never did that, that

4  is, to provide information to WEPCO employees,

5  correct?

6  A  Correct.

7  Q  Until the time that you recall in the early 1970's,

8  whatever the date you said that asbestos insulation

9  was still being used, had you ever *seen any warning*

10  label on any box of insulation that contained

11  asbestos?

12  MR. FERGAL:  Asked and answered.

13  MR. CELBA:  Objection.  *Repetitious,* and a

14  lack of foundation with respect to this witness.

15  Vague and ambiguous.

16  MR. FERGAL:  Go ahead.

17  MR. CELBA:  And *indefinite.*

18  MR. SCHENK:  He has a few more I'm sure.

19  When he's done, you get to answer.

20  MR. CELBA:  That's it.

21  THE WITNESS:

22  A  Not that I'm aware of.

23  MR. SCHENK:

24  Q  At some point in time, did you have occasion to see

25  insulation material that you understood was

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  asbestos free?

2  A  At sometime when?

3  Q  After asbestos was no longer, to your knowledge,

4  used in insulating products, thermal insulating

5  products.

6  A  I assumed it was asbestos free.

7  Q  What I'm asking is, aside from your assumptions,

8  was there anything that you came to learn

9  specifically, either by packaging, or instructions,

10  or brochures, or anything of that kind, that

11  specifically told you this product, this thermal

12  insulation product is asbestos free?

13  A  I don't specifically recall seeing that.

14  Q  For example, did you ever see any boxes of thermal

15  insulating products that actually had the word

16  asbestos free on the outside?

17  MR. CELBA:  I'm going to object.

18  Repetitious.  It doesn't matter.

19  THE WITNESS:

20  A  I don't recall seeing that at that time.

21  MR. SCHENK:

22  Q  Okay.  Big black letters?

23  MR. FERGAL:  Let me guess whose products.

24  MR. CELBA:  Should we say there's a reason

25  why he would not see that?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

61

```
 1              MR. SCHENK:
 2   Q   You don't recall that?
 3   A   No.
 4   Q   Let's talk about some of the products that were
 5       being used at Sprinkmann & Sons.  During the time
 6       that you were a journeyman insulator, do you recall
 7       the brand names of any of the products that were
 8       being -- insulating products that were being used?
 9   A   Yes, I can recall some names.
10   Q   Okay.  What were the manufacturers that you can
11       recall, during the time that you were a
12       journeyman?
13              MR. CELBA:  I'm going to object as vague
14       and indefinite as to time, overly broad.
15              MR. SCHENK:
16   Q   Go ahead, sir.
17   A   Johns-Manville, Owens-Corning, Eagle-Picher,
18       Baldwin-Ehret-Hill, Carey.  There may be some more
19       that I just can't remember at the time.
20   Q   Raybestos Manhattan Club?
21   A   The word Raybestos does ring a bell.
22              MR. CELBA:  I also object, it's vague and
23       ambiguous, indefinite as to locations, so forth.
24       Working conditions.
25              MR. SCHENK:  I didn't ask location, I just
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

62

```
 1       asked --
 2              MR. CELBA:  That's one of the problems we
 3       have with the question.  It's overly broad.
 4              MR. SCHENK:  We'll get to those in a
 5       minute.  I figured I'd draw the objection when I
 6       ask a specific question.
 7              MR. CELBA:  You got the objection.
 8              MR. SCHENK:
 9   Q   And I'm asking, without regard to specific
10       location, I just want to know what brand
11       Sprinkmann & Sons was using in general; was that
12       your understanding?
13   A   Yes.
14              MR. CELBA:  I'm going to object.  Same
15       objection.  Could I just stop here?  Could you read
16       me the initial question?
17              (Question read)
18              MR. CELBA:  Okay.
19              MR. SCHENK:
20   Q   I thought the question was more specific.  What I'm
21       asking is what products Sprinkmann & Sons was using
22       during the time that you were a journeyman, were
23       those the products that you were referring to?
24              MR. CELBA:  Same objection as previously
25       stated.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

63

```
 1              THE WITNESS:
 2   A   Those are the manufacturers I remember seeing.
 3              MR. SCHENK:
 4   Q   Being used at Sprinkmann & Sons.
 5   A   Yes.
 6              MR. CELBA:  Same objection.
 7              MR. SCHENK:
 8   Q   Do you recall what type of JM products Sprinkmann &
 9       Sons was using during the time that you were a
10       journeyman?
11   A   May have been block and pipe insulation.
12   Q   Can you recall what years you remember seeing block
13       and pipe insulation being used that was JM product?
14   A   No, I can't be specific on that.
15   Q   Would it have been throughout those ten years?
16   A   It may have been.
17              MR. FERGAL:  Objection.  Calls for
18       speculation.
19              THE WITNESS:
20   A   All I can tell you is it may have been.
21              MR. SCHENK:
22   Q   Any cement products by JM?
23   A   I'm not quite sure on the cement.  I would be
24       speculating.
25   Q   You mentioned Owens-Corning.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

64

```
 1   A   Yes.
 2   Q   What Owens-Corning products do you recall being
 3       used by Sprinkmann & Sons during the ten year
 4       period that you were a journeyman?
 5              MR. CELBA:  I'm going to object, lack of
 6       foundation, vague, ambiguous, indefinite as to
 7       time, location and product.
 8              THE WITNESS:
 9   A   Block and pipe insulation and fiberglass
10       insulation.
11              MR. SCHENK:
12   Q   When you say -- you mentioned three different types
13       of products; is that correct?
14              MR. CELBA:  I'm going to object.  That's
15       argumentative.
16              MR. SCHENK:
17   Q   You were shaking your head.  You can answer.
18   A   Yes.
19   Q   You distinguish fiberglass from the pipe covering
20       and block?
21   A   Fiberglass was also pipe covering material.
22   Q   When you referred to it as pipe insulation, block
23       and fiberglass, what did you mean by that?
24   A   I guess I was using it in the terms of, at that
25       time, Mag, 85% Magnesia.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

65

1   Q   So you have a recollection of using 85% Mag
2       Owens-Corning Fiberglas product?
3               MR. CELBA:  I'm going to object.  He has
4       no -- there's no statement that he used any of
5       that.  That's argumentative, counsel, it's a lack
6       of foundation as to this man's use.
7               MR. SCHENK:
8   Q   You may answer the question.
9   A   When I use 85% --
10              MR. CELBA:  Excuse me.  Restate the
11      previous objection as vague, indefinite, so forth.
12              MR. SCHENK:
13  Q   You may answer.
14  A   When I use the term 85% Magnesia in my mind that's
15      a generic term.  Could apply to anybody.
16  Q   Are you able to distinguish and tell the difference
17      between a fiberglass insulation and an 85 Mag
18      insulation product?
19  A   Yes.
20              MR. FERGAL:  Object to the form.  Vague.
21              MR. SCHENK:
22  Q   Having been a journeyman insulator you're able to
23      tell the difference.
24  A   Yes.
25  Q   When you were talking about Owens-Corning products,

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

66

1       were you describing both the 85 Mag and the
2       fiberglass as to two different products that you
3       recall being used at Sprinkmann & Sons while you
4       were a journeyman?
5               MR. CELBA:  Same objection as previously
6       stated.  Particularly lack of foundation as to this
7       witness.
8               THE WITNESS:
9   A   In that context, yes.
10              MR. SCHENK:
11  Q   What about Eagle-Picher, what products, if any, do
12      you recall being used specifically by Sprinkmann &
13      Sons during the time that you were a journeyman
14      insulator?
15  A   Insulating cement.
16  Q   Eagle 66.
17  A   Yes.
18  Q   Any other Eagle-Picher product?
19  A   No.  Not that I can remember.
20  Q   BEH, what specific products do you recall being
21      used by Sprinkmann & Sons?  Baldwin-Ehret-Hill.
22  A   I recall that being a pipe and block insulation.
23  Q   Similar to the pipe covering and block that you saw
24      coming out of a JM box?
25  A   Yes.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

67

1   Q   Similar to the block and pipe covering product that
2       you'd see coming out of an Owens-Corning box?
3               MR. CELBA:  I'm going to object.  There's
4       a lack of foundation that this witness ever saw a
5       Owens-Corning Fiberglas product come out of a box.
6       Counsel, you're now testifying for this witness.
7       I'm going to object, it's argumentative, it
8       misstates the testimony of this witness, it's
9       vague, ambiguous, indefinite as to time, location.
10              MR. SCHENK:
11  Q   You may answer.
12  A   Restate the question.
13  Q   Was the Baldwin-Ehret-Hill product similar to the
14      product that you associate with Owens-Corning
15      Fiberglas block and pipe covering?
16              MR. CELBA:  I'm going to object as to
17      similar, as being vague and ambiguous, indefinite,
18      and lack of foundation as to this witness.  As to
19      similarity.
20              THE WITNESS:
21  A   I do not include the fiberglass in that category.
22              MR. SCHENK:
23  Q   And I did not ask you about the fiberglass.  That's
24      why I talked about the pipe covering and block that
25      you associate with Baldwin-Ehret-Hill.  Was that

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

68

1       similar to the pipe covering and block that you
2       associate with Owens-Corning?  Setting aside
3       whatever fiberglass products you recall.
4   A   Yes.
5               MR. CELBA:  Same objection.
6               MR. SCHENK:
7   Q   What about Carey products, what type of products do
8       you associate with Carey?  Philip Carey?
9   A   I recall that being block and pipe insulation.
10  Q   Similar to the other manufacturers of the 85 Mag
11      type product?
12  A   Yes.
13  Q   Did Sprinkmann & Sons have in their inventory any
14      asbestos rope products?
15              MR. FERGAL:  Objection.  Vague as to time.
16              MR. SCHENK:
17  Q   While you were an insulator.  Fair enough?
18  A   They may have.
19              MR. CELBA:  I'm going to object as, again,
20      as to vague as to time.  When using the term as an
21      insulator.  Vague as to time.
22              MR. SCHENK:
23  Q   You recall telling us you were an insulator for ten
24      years, correct?  '56 to 1966?
25              MR. CELBA:  I'm going to object.  He's

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

69

1  told us he was an insulator, worked with insulation
2  from 1948 on.
3          MR. SCHENK:
4  Q   Sir, you were an insulator, journeyman insulator
5      from '56 to '66; is that correct?  Fair and
6      correct?
7          MR. CELBA:  Well, I'm going to object.
8  Now you're throwing in another term here.  It's a
9  compound question.  Journeyman and insulator.
10          MR. SCHENK:
11  Q   Is that correct, sir, you were a journeyman
12      insulator from '56 to '66, correct?
13  A   I was a journeyman insulator.
14          MR. CELBA:  I'm going to object because,
15  counsel, you now qualified insulator as a
16  journeyman.
17          MR. SCHENK:
18  Q   Sir, when my questions were being asked of you,
19      what insulation products you used, I was referring
20      to the time that you were an insulator, as a
21      journeyman insulator.  Is your answer different,
22      keeping in mind that ten year period?
23          MR. CELBA:  I'm going to object, in that
24  now you're changing all the questions asked this
25  witness.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

70

1          MR. SCHENK:  Just tell me what your
2      objection is.
3          MR. CELBA:  Vague, ambiguous.
4          MR. SCHENK:  There you go.
5          MR. CELBA:  Overly broad, argumentative in
6      form, and a lack of foundation, indefinite, calls
7      for this witness to speculate at this time.
8          MR. SCHENK:
9  Q   Do you have the question in mind?  Or do you want
10      it read back to you?  We could read it back.
11  A   I want it read back.
12          MR. SCHENK:  Fair enough.
13          (Question read)
14          THE WITNESS:
15  A   No.
16          MR. SCHENK:
17  Q   Once you became a field superintendent, did you
18      have occasion to see the types of thermal
19      insulation products being used by Sprinkmann &
20      Sons?
21  A   Yes.
22  Q   From the early 1966 time period when you became a
23      field superintendent until the time that, in the
24      early 1970's as you testified, that asbestos
25      products were discontinued, do you have that time

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

71

1  period in your mind?
2  A   Yes.
3  Q   Without belaboring it, and not wanting to take too
4      much time, are the products that you identified
5      earlier the same products, the same manufacturers
6      when you were a field superintendent, or are they
7      different manufacturers?
8          MR. FERGAL:  Objection.  Overly broad.
9          MR. SCHENK:  Then we'll go through it.
10  Fair enough.  No problem.  We'll go through it.
11  We'll just go right through it.
12  Q   During the time that you were a field
13      superintendent from early 1966 until early 1970's
14      as you described when they were discontinued, which
15      manufacturers of thermal insulation products do you
16      recall being used by Sprinkmann & Sons?
17          MR. CELBA:  I'm going to object, vague
18      ambiguous, indefinite, overly broad as to time and
19      location, and lack of foundation.
20          MR. SCHENK:
21  Q   Go ahead, sir.
22  A   I remember Johns-Manville, Owens-Corning.  I'm not
23      sure about the other people.  Whether they were
24      still around or not.
25  Q   That is Eagle-Picher?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

72

1  A   Eagle-Picher.
2  Q   You're not sure about Eagle-Picher.
3  A   Yeah.  Eagle-Picher would have been in there.
4  Q   What about Baldwin-Ehret-Hill?
5  A   I'm not sure.
6  Q   What about Carey?
7  A   I'm not sure about those people either.
8  Q   What about Raybestos Manhattan?
9  A   I'm not sure on them either.
10  Q   I don't know that -- we went off on a tangent
11      before, and I was asking you whether Sprinkmann &
12      Sons ever used any asbestos containing rope
13      material.  I don't remember what your response
14      was.
15  A   My answer was they may have been.  I think that was
16      my answer.
17  Q   Okay.  What about asbestos?
18          MR. FERGAL:  Object as speculative.
19          MR. SCHENK:
20  Q   What about asbestos containing packing material, do
21      you recall any of that?
22  A   I'm not quite sure what you mean by that.
23  Q   Packing.  You don't know what asbestos packing is?
24  A   No.
25  Q   Okay.  What about gasketing materials?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

73

```
 1   A   I have no knowledge of that.
 2   Q   Did Sprinkmann & Sons use a product called
 3       Fiberkote, f-i-b-e-r-k-o-t-e, to your knowledge?
 4   A   Yes.
 5   Q   When was Fiberkote product that was being used by
 6       Sprinkmann & Sons?
 7   A   I remember it being used at Port Washington power
 8       plant.
 9   Q   And do you recall who manufactured Fiberkote?
10   A   No, I don't.
11   Q   Do you remember it being a Baldwin-Ehret-Hill
12       product by any chance?
13   A   No.
14   Q   What form did the Fiberkote product take?
15   A   I guess best described as a mastic type material,
16       soft, workable.
17   Q   What applications did it have?
18   A   As I remember, it was used as a final finish on
19       insulation.
20   Q   Was it like a cement product?
21   A   It was applied, as I recall, with a trowel.
22   Q   It was -- did it come in buckets or in big
23       containers of some kind?
24   A   Yes.
25   Q   Drums?
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

74

```
 1   A   At times.
 2   Q   Did it ever come in a dry form?
 3   A   Not that I'm aware of.
 4   Q   Came in a wet form?
 5   A   Yes.
 6   Q   And then it would dry on the surface of the pipe?
 7   A   Yes.
 8   Q   Other than Port Washington, do you recall it being
 9       used at any other location by Sprinkmann & Sons?
10   A   It may have been.
11   Q   You just don't recall.
12   A   No.  I couldn't be specific on it.
13   Q   From the time that you became field superintendent
14       were there any particular precautions taken against
15       creating dust while working at any WEPCO facility?
16           MR. FERGAL:  Object to the form of the
17       question.  Vague.
18           THE WITNESS:
19   A   Not that I'm aware of.
20           MR. SCHENK:
21   Q   The products that you referred to earlier, the
22       various manufacturers, were those products
23       warehoused at WEPCO?
24           MR. CELBA:  I'm going to object, it's
25       vague and ambiguous, indefinite, overly broad, and
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

75

```
 1       lack of foundation.
 2           THE WITNESS:
 3   A   I have no knowledge of that.
 4           MR. SCHENK:
 5   Q   Did Sprinkmann & Sons have a warehouse?
 6   A   Yes.
 7   Q   Were any of those products warehoused at Sprinkmann
 8       & Sons?
 9           MR. CELBA:  Same objection.
10           MR. FERGAL:  Vague as to time.
11           THE WITNESS:
12   A   They may have been.
13           MR. CELBA:  Same objection.  Move to
14       strike.  Speculation, compound.
15           THE WITNESS:
16   A   May have been.
17           MR. CELBA:  Move to strike.  Same
18       reasons.  Compound, speculation.
19           MR. SCHENK:
20   Q   Did Sprinkmann & Sons have a warehouse where
21       insulating products would be kept?
22   A   Yes.
23   Q   Can you describe that warehouse for me?  What did
24       it look like.  Size.
25   A   It was I remember an old building, I believe it had
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

76

```
 1       four stories in it.  Downtown Milwaukee.
 2   Q   And in that four stories would product be kept on
 3       each floor?
 4   A   Yes.  I assume so.
 5   Q   Did you ever have occasion to go in the warehouse?
 6   A   Yes.
 7   Q   Over what period of time, do you recall?
 8   A   Periodically.  When I became field superintendent I
 9       was there a great deal of the time.  Before that it
10       was just periodically.
11   Q   When you would be in that facility, did you have
12       occasion to see the various manufacturer's names on
13       containers of thermal insulation products of those
14       companies that you referred to earlier?
15           MR. CELBA:  I'm going to object as vague
16       and ambiguous, indefinite, as to various
17       manufacturers referred to earlier as being compound
18       in nature.  And lack of foundation.
19           MR. SCHENK:
20   Q   Did you understand my question?
21   A   Uh-hm.
22   Q   Is that a yes?
23   A   Yes.
24   Q   What's your answer then to the question?
25   A   Oh, I'm sorry.  Yes, I probably did see those
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

77

1    materials in there.

2              MR. CELBA:  I'm going to move to strike as

3    speculation on the part of the witness.

4              MR. SCHENK:  In California "probably" is

5    different than "possible".  Maybe it's different

6    here.

7    Q    Did you ever have occasion to see --

8              MR. CELBA:  Also, by the way, compound,

9    vague and ambiguous as to products.  Just in case.

10   Reemphasize that point for the judge.

11             MR. SCHENK:  Very well.  You'll have your

12   opportunity again.

13   Q    When you were field superintendent working at one

14   of the WEPCO facilities, do you recall which

15   manufacturers of thermal insulation products you

16   saw at a WEPCO facility?

17   A    No.

18             MR. CELBA:  Well --

19             MR. SCHENK:  Do you want to make an

20   objection, counsel?  Go right ahead.

21             MR. CELBA:  Let me hear the question

22   again.

23        (Question read)

24             MR. FERGAL:  The answer was no.

25             MR. SCHENK:  Go ahead.  Make your

78

1    objection.

2              MR. FERGAL:  I'll object.

3              MR. SCHENK:  You may want to.

4    Q    Would it be fair to say that the thermal insulation

5    products were used interchangeably by Sprinkmann &

6    Sons at the various work sites?  That is, 85 Mag JM

7    product could be used along with an 85 Mag

8    Baldwin-Ehret-Hill product if it was the same size

9    and dimension?

10             MR. CELBA:  I'm going to object as vague,

11   ambiguous, indefinite, argumentative, and lack of

12   foundation.  It's indefinite as to time and

13   location.  And it calls for speculation.

14             MR. SCHENK:

15   Q    You may answer.

16   A    Yes.

17   Q    Was Sprinkmann & Sons ever an exclusive distributor

18   for any thermal insulation product manufactured by

19   any specific manufacturer?

20             MR. FERGAL:  Objection.  Foundation.

21             THE WITNESS:

22   A    I have no knowledge of that.

23             MR. SCHENK:

24   Q    So sitting here today, you're not aware that

25   Sprinkmann & Sons ever was an exclusive

79

1    distributor, for example, of Baldwin-Ehret-Hill for

2    a particular territory.

3    A    I have no --

4              MR. FERGAL:  Objection.  Calls for

5    speculation.

6              THE WITNESS:

7    A    I had no knowledge of that at the time.

8              MR. SCHENK:

9    Q    I'm not saying at the time.  I'm asking as now

10   being vice-president of thermal insulation for

11   Sprinkmann & Sons, have you become aware in your

12   job capacity that Sprinkmann & Sons was ever --

13   A    No.

14   Q    -- an exclusive distributor?

15   A    No.

16   Q    Was there any manufacturer that Sprinkmann & Sons

17   chose not to purchase from, that you're aware of?

18   Specifically made a conscious decision to not

19   purchase a particular manufacturer's thermal

20   insulation product.

21   A    Not that I know.

22             MR. FERGAL:  Objection as to foundation.

23             MR. CELBA:  Vague, ambiguous,

24   argumentative, indefinite as to time and location.

25   And lack of foundation.

80

1              MR. SCHENK:

2    Q    Did Sprinkmann & Sons have Worker's Compensation

3    coverage for its insulators?

4    A    I'm not -- I wasn't privileged to that

5    information.

6    Q    Sitting here today, do you know whether

7    Sprinkmann & Sons has coverage for any of the

8    insulators that are employees of the company?

9    A    Today?

10   Q    Yes.

11   A    Yes.

12   Q    Do you know whether there was that coverage --

13   strike that.  Let me ask you this.  When did you

14   become vice-president of --

15   A    Early 1980's, middle 1980's.

16   Q    From the time that you first became a

17   vice-president of the company, were you aware that

18   Sprinkmann & Sons maintained Worker's Compensation

19   insurance?

20   A    Yes.

21   Q    And it had been ongoing for sometime prior to that?

22   A    I have no knowledge of that.

23   Q    Had there ever been, to your knowledge, any

24   Worker's Compensation claims made by any current or

25   former insulators who were employed by Sprinkmann &

81

```
 1      Sons for any respiratory diseases?
 2           MR. FERGAL:  Object -- what point in
 3      time?  Ever?
 4           MR. SCHENK:  To the present time.
 5           MR. FERGAL:  Well, object on foundation
 6      for pre-vice-president time period.  Based on his
 7      answers.
 8           MR. SCHENK:  First I'm asking if he knows
 9      of it, then I'll ask about it.
10           THE WITNESS:
11   A  Are you asking -- finished?
12           MR. FERGAL:  Yeah.  Go ahead.
13           THE WITNESS:
14   A  Are you asking Workman's Comp claims?
15           MR. SCHENK:
16   Q  Yes.  Workers Comp claims.
17   A  I believe there was some Workman's Comp claims.
18   Q  When did you first become aware of a Worker's
19      Compensation claim being made by a current or
20      former employee of Sprinkmann & Sons related to an
21      asbestos disease?
22   A  I really couldn't tell you.
23   Q  All right.  Could you give me the decade in which
24      you first became aware of such a claim?
25           MR. FERGAL:  Object.  Foundation.
```

82

```
 1           THE WITNESS:
 2   A  I would only speculate.
 3           MR. SCHENK:
 4   Q  Was it before you became vice-president of the
 5      company?
 6   A  It may have been.
 7   Q  I'm sorry, you became vice-president what year?
 8   A  Around 1983, I believe it was.
 9   Q  Were you aware of any persons filing any
10      third-party cases?  And by third-party cases I'm
11      talking about lawsuits not against Sprinkmann &
12      Sons, but against some other entity such as a
13      manufacturer of insulation products, by any persons
14      who are currently or were formerly employees of
15      Sprinkmann & Sons?
16   A  I think there were --
17           MR. FERGAL:  Just going to object to the
18      form of the question.  Foundation.
19           MR. CELBA:  Same objection.
20           THE WITNESS:
21   A  I believe there were some suits filed.
22           MR. SCHENK:
23   Q  Do you recall when was the first occasion that you
24      became aware of such suits filed?  Being filed?
25   A  No.
```

83

```
 1   Q  Do you know the names of any of the individuals who
 2      filed Worker's Compensation claims?
 3   A  This is my --
 4           MR. FERGAL:  I object.  I think this is
 5      inherently speculative, in the sense that you're
 6      asking him did he hear of it, that that includes
 7      everything from rumor --
 8           MR. SCHENK:
 9   Q  I want only what you know.  If you're not sure,
10      then tell me you're not sure.
11   A  I'm not sure.
12   Q  Well, there may be some that you are sure and some
13      that you're not sure of.  What I'm trying to
14      exclude are the ones that you're not sure of.
15   A  I have not seen documentation.  I hear rumors, I
16      hear stories.
17   Q  So you know they occurred because you've been told,
18      not because you've seen anything.
19   A  Yes.
20   Q  Would the same be true with regard to the
21      third-party claims or cases, that is, you've heard
22      about them but you've not seen any documentation?
23   Q  On third-party cases against manufacturers?
24   Q  Yes.
25   A  I'm not sure if -- obviously, you know, I've been
```

84

```
 1      given depositions before, so somehow I was involved
 2      in some of it.  So I knew it.
 3   Q  I know you've been deposed five or six times.  I
 4      haven't asked you whether any of those people were
 5      former or current employees of Sprinkmann & Sons.
 6      Were any of them current or former employees?
 7   A  No.
 8   Q  Sir, do you know what mesothelioma is?
 9           MR. FERGAL:  I'll just object, to the
10      extent you're asking him for a medical definition.
11           THE WITNESS:
12   A  I guess that's my point.
13           MR. SCHENK:
14   Q  Are you aware of the word?
15   A  Yes.
16   Q  What do you associate that word with?
17           MR. FERGAL:  Objection.
18           MR. CELBA:  Objection.  Lack of
19      foundation.
20           MR. SCHENK:
21   Q  Go ahead.
22   A  I'm not a medical man.  I have, you know, whatever
23      I hear is hearsay.  I have no documentation.
24   Q  We'll get into that.  But I'm entitled to know the
25      extent of your knowledge.  So to the extent that
```

85

1    you know or are aware of the word, I'm entitled to

2    know what you associate it with.

3 A  Asbestos is what I've been -- what I've been

4    hearing.

5 Q  When did you first hear or learn that asbestos is

6    associated with mesothelioma?

7 A  Oh Lord.  70's probably.

8 Q  Okay.  And was that in association with a

9    particular claim or lawsuit that was filed, or

10   something other than that?

11 A  Just other than that.

12        MR. FERGAL:  I'll just object.  On

13   foundation.  I think speculation.  Even as to

14   time.  Move to strike that former answer as

15   speculative.

16        MR. SCHENK:  Fair enough.

17 Q  When you say sometime in the 70's, was that early

18   in the 70's?

19        MR. FERGAL:  Objection.  Foundation.

20        THE WITNESS:

21 A  I have no idea.

22        MR. SCHENK:

23 Q  Do you recall what it was that -- strike that.  Do

24   you recall how it was that you became aware of some

25   association between asbestos and mesothelioma?  In

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

86

1    the 70's.

2 A  Just through word of mouth, I believe, and talk.

3 Q  It wasn't through anything that you had read.

4 A  No.

5 Q  Does -- strike that.  To your knowledge, from the

6    time that you first began to work at Sprinkmann &

7    Sons until the present time, at any time, has

8    Sprinkmann & Sons ever had a medical director

9    employed by the company?

10 A  Not that I'm aware of.

11 Q  During that time period, has Sprinkmann & Sons

12   had an industrial hygienist employed by the

13   company?

14 A  Again, not that I'm aware of.

15 Q  At any time during that same time period has

16   Sprinkmann & Sons ever had any health care

17   professional on its staff at Sprinkmann & Sons?

18 A  No.

19        MR. FERGAL:  To your knowledge.

20        THE WITNESS:

21 A  To my knowledge, no.

22        MR. SCHENK:

23 Q  Do you know anything about the fiber types with

24   regard to the insulating products that were used by

25   Sprinkmann & Sons?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

87

1 A  No.

2 Q  Do you know what chrysotile is?

3 A  Yes.

4 Q  Do you know whether or not any of the thermal

5    insulating products used by Sprinkmann & Sons

6    contained chrysotile?

7 A  I have no definite knowledge of that.

8 Q  We talked about amosite, so I'll ask the question

9    generally.  Are you aware of amosite fibers being

10   used in any thermal insulating products being used

11   by Sprinkmann & Sons insulators?

12        MR. FERGAL:  Objection.  Indefinite time

13   and location.

14        MR. CELBA:  Same objection.

15        MR. SCHENK:  We'll get into that if I get

16   a yes.

17        MR. FERGAL:  No.  I understand.

18        THE WITNESS:

19 A  Yes.

20        MR. SCHENK:

21 Q  Over what period of time are you aware of an

22   amosite product being used by Sprinkmann & Sons

23   employees?

24 A  I would say probably through the 50's and 60's.

25 Q  And we talked --

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

88

1        MR. FERGAL:  Just object on foundation.

2        MR. CELBA:  I join in that objection.

3        MR. FERGAL:  Move to strike the answer.

4        MR. SCHENK:

5 Q  We talked earlier about blankets.  Is there

6    anything else that you associate the amosite with

7    aside from blankets?

8 A  Yes.

9 Q  What is that?

10 A  Product called Unibestos.

11 Q  We did not discuss Unibestos earlier when I asked

12   you about manufacturers.  Is that a name that you

13   now recall?  In addition to the others?

14 A  Yes.  I may have misunderstood your question.  You

15   were talking directly into the power plant.

16 Q  You associated those names earlier with the power

17   plants?

18 A  Yes.  I was assuming you were directing the

19   question toward the power plants.

20 Q  Okay.  I was not.  I was asking general.  But do

21   you associate those manufacturer's names with the

22   power plants?  Those manufacturers --

23 A  Yes.

24 Q  -- that we've discussed?

25        MR. CELBA:  Same objection as previously

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

89

```
 1    stated to those questions.
 2              MR. SCHENK:  I understand.
 3    Q    Do you not associate Unibestos with the power
 4    plants however?
 5    A    Indirectly.
 6    Q    How so?
 7    A    It was used on transmission lines from the power
 8    plant.
 9    Q    It would be outside the facility?
10    A    Yes.
11    Q    Do you recall what years the Unibestos products
12    were being used?
13    A    I think about in the 60's.
14    Q    Early 60's?
15    A    Later 60's.
16    Q    Are you aware, or do you recall the name Pittsburgh
17    Corning?
18    A    Yes.
19    Q    Do you recall a name called UNARCO?
20    A    I remember the name UNARCO, yes.
21    Q    Do you associate this Unibestos product with either
22    one or both of those names?
23    A    One.
24    Q    Which one?
25    A    Pittsburgh Corning.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

91

```
 1    1 through 97; have you had an occasion to do that?
 2    I know there's a lot of documents here.  You may
 3    not have looked at each one.  Have you scanned
 4    through these documents?
 5    A    Scanned.
 6    Q    In order to try to save some time here today to
 7    move this process along, what I'd like you to do is
 8    look through them and tell me if there are any
 9    documents that you can identify, either by way of
10    signature or by way of content, and that way we
11    could save some time.  You may not be able to do
12    that for each one, and I'd understand that.  But if
13    there are some that maybe, for example, you
14    recognize a signature of a current or former
15    employee, or something about the content of it,
16    could you point that out to me?  Maybe you could
17    just take a few minutes off the record in order to
18    do that.
19              MR. FERGAL:  I guess I'm a little unclear
20    what you're asking him for.  Because the vast
21    majorities of these documents, I think all but
22    three or four, predate his employment at
23    Sprinkmann, and all but those three or four, I
24    think, predate any employment as a supervisor
25    even.  I mean, I think there are only three or four
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

90

```
 1    Q    Good.  That's consistent with the years that you're
 2    talking about.  I just wanted -- that's why I said
 3    it.
 4              MR. SCHENK:  Off the record.
 5              (Discussion off the record)
 6              MR. SCHENK:
 7    Q    Other than the Unibestos product, is there any --
 8    and the amosite blankets, do you associate amosite
 9    with any other products?
10    A    No.
11              MR. CELBA:  Lack of foundation.
12              THE WITNESS:
13    A    No, I don't recall, no.
14              MR. SCHENK:
15    Q    Are you familiar with crocidolite?
16    A    I know the term.
17    Q    Do you associate crocidolite with any particular
18    product used by Sprinkmann & Sons?
19              MR. CELBA:  Lack of foundation.
20              THE WITNESS:
21    A    No.
22              MR. SCHENK:
23    Q    What I'd like to do, sir, and before your
24    deposition began I had asked counsel if you would
25    look through these documents which have been marked
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

92

```
 1    documents from 1956.
 2              MR. SCHENK:  Yes.  You're right.  That
 3    time period.  There are some that are from '56 and
 4    most are '48 or earlier.  What I'm asking, however,
 5    is if he can identify a signature that he's
 6    familiar with, there may have been employees who
 7    were there after the date or since the time that he
 8    was working there.
 9              MR. FERGAL:  That's what I'm saying.  Want
10    to go through to see about signatures.
11              MR. SCHENK:  That's why I said signature
12    or content.
13              MR. SCHENK:
14    Q    You're looking at Exhibit 1?
15    A    Okay.  Hold it.
16              MR. FERGAL:  Why don't we take -- let him
17    go through the documents, because he did just look
18    at them, looked at dates before.  Once he goes
19    through them, we can go back on the record.  Let's
20    take five minutes.
21              (Short recess was taken)
22              MR. SCHENK:  Back on the record then.  Let
23    me ask you some questions about these.
24    Q    Mr. VanBeck, I understand that over the last few
25    minutes you've again reviewed some of these, or
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

93

```
 1       these documents, looking to see if there's anything
 2       familiar about them, and I understand there's
 3       nothing familiar about these documents to you; is
 4       that correct?
 5   A   That's correct.
 6   Q   You also looked at the signatures on a number of
 7       these documents and cannot identify them; is that
 8       correct?
 9   A   That's correct.
10   Q   Do you know who M.W. Simon is or was?
11   A   I've heard of Mr. Simon.  I met him once.
12   Q   Okay.  Who was he?
13   A   He was employee of Sprinkmann.
14   Q   In what capacity was he employed?
15   A   I'm not quite sure.  He may have been a purchaser
16       or a type of comptroller, I'm not exactly sure.
17           MR. FERGAL:  Objection.  Move to strike as
18       being speculative.
19           MR. SCHENK:
20   Q   Did you ever see any documents over the what, 40
21       some years, almost 40 years that you've been an
22       employee of Sprinkmann --
23           MR. FERGAL:  45.
24           MR. SCHENK:  I apologize.
25   Q   45 years, you're right.  I'm 40, and you were there
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

94

```
 1       since '48.  In the 45 years that you've been
 2       associated with Sprinkmann & Sons where you've seen
 3       his signature, that is M.W. Simon's signature, on
 4       any documents in the course and scope of your work?
 5   A   Not that I'm aware of, no.
 6   Q   Did the company -- was the company called Fred
 7       Sprinkmann & Sons at one point in time, to your
 8       knowledge?
 9           MR. FERGAL:  Object to foundation.
10           THE WITNESS:
11   A   I'm not quite -- I can't be specific on that point.
12           MR. SCHENK:
13   Q   What's the current name of the company?
14   A   Sprinkmann Sons Corporation.
15   Q   What I'd like to do is ask you some questions --
16           MR. FERGAL:  Off the record.
17           (Discussion off the record)
18           MR. SCHENK:
19   Q   That are dated -- continuation of my sentence.  Let
20       me start all over.  What I'd like to do is ask you
21       some questions with regard to a time period that
22       you were employed at Sprinkmann & Sons.  And I
23       don't know what month in 1948 you began.  Do you
24       recall that?
25   A   I believe it may have been June.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

95

```
 1   Q   All right.
 2           MR. FERGAL:  December would make it move
 3       faster.
 4           MR. SCHENK:  I'm sorry?
 5           MR. FERGAL:  December would make it move
 6       faster.
 7           MR. SCHENK:  It would.  I do have these in
 8       chronological order.
 9   Q   What I'd like to do is hand you what has been
10       marked as Exhibit 75 and just ask you, without
11       regard to the specifics of what's contained in this
12       document, if you can identify it generally, if
13       you're familiar with the work sheet.
14   A   I'm not.
15   Q   You're not familiar with that sheet.  Okay.  It is
16       entitled Sprinkmann Sons Corporation material
17       deliveries; is that correct?
18   A   That's what it says.
19   Q   And you've never seen a document -- without regard
20       to what's been typed in, but specifically with
21       regard to the printing of that document, what's
22       printed on there, you've never seen a document that
23       looked like that, is that correct?
24   A   No.
25   Q   Then what I'll hand you is, ask you to review
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

96

```
 1       Number 77 for a moment.  Invoice Number 25401, do
 2       you see that, sir?
 3   A   Okay.
 4   Q   Again without regard to that which has been
 5       handwritten in, but focusing on that which is
 6       printed on this document, have you ever seen that
 7       printed document at Sprinkmann Sons?
 8   A   No.
 9           MR. FERGAL:  Just to avoid any ambiguity,
10       you're asking now, if you will, the form --
11           MR. SCHENK:  Right.
12           MR. FERGAL:  -- of the document.
13           MR. SCHENK:
14   Q   The form.  The printing, the offset printing, came
15       from a printer as opposed to what is handwritten by
16       an individual.  The typed.
17   A   Not the specific document, but a form of this?
18   Q   Correct.
19   A   Yes.
20   Q   You've seen this type of document before.  The form
21       that is.
22   A   Form.
23   Q   Where it says Sprinkmann Sons asbestos cork and
24       magnesia insulating materials.
25           MR. FERGAL:  He's asking you in blank or
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

97

```
1    for any job, would you have ever seen this document
2    that you see here?  If you don't know, you don't
3    know.
4              THE WITNESS:
5    A    I'm not sure if I saw this exact document, no.
6              MR. SCHENK:
7    Q    By document are you talking --
8    A    I'm sorry.  Go ahead.
9    Q    By document I'm excluding where it says WIS period
10   ELEC.
11   A    I understand that.
12   Q    Next please turn to Exhibit 86.  And, again,
13        excluding that which has been typed in by a
14        typewriter or handwritten in, but focusing on the
15        form itself, have you ever seen that form document
16        at Sprinkmann Sons?
17   A    No.
18   Q    Turning to Exhibit 89.  Are you familiar with the
19        agreement between Sprinkmann Sons and WEPCO with
20        regard to the insulation, thermal insulation
21        material work that was to be performed on units
22        one, two and three at Port Washington?
23   A    No.
24             MR. FERGAL:  I think the record should
25        reflect what is contained here appear to be like
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

98

```
1    pages one and three.  But are unsigned document.
2              MR. SCHENK:  I understand that.
3              MR. FERGAL:  Unexecuted.
4              MR. SCHENK:  I just don't have Page 2.
5        That's why it's this way.
6              MR. SCHENK:
7    Q    Next I'm going to hand you a document that
8        agreeably is dated before your time, but I want to
9        ask you some specifics.  It's Exhibit Number 91.
10       December 28, 1934.
11             MR. FERGAL:  Literally before your time.
12             MR. SCHENK:
13   Q    Well, you were around then.  But before your --
14             MR. FERGAL:  On his mother's knee.
15             THE WITNESS:  Hopefully.
16             MR. SCHENK:
17   Q    What I'd like to do is ask you to read the entry to
18       yourself under Fiberkote.  And then I'll ask you a
19       question with regard to that.
20   A    What paragraph?  Okay.  I see.  I really have
21       problems reading that.
22   Q    I'll read it to you if you'd like.  If you can't
23       make it out.  Or if counsel wants to read it with
24       you.
25   A    I can't read it.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

99

```
1    Q    All right.  Sir, I'll read it, and see if you can
2        respond.  I believe it says, read along with me if
3        you would, Fiberkote is made from high grade
4        asphalt emulsion contained with extra quality long
5        asbestos fibers forming a plastic material easy to
6        apply, yet extremely durable in service.  Sir,
7        assuming that's what it says, do you agree with
8        that description of Fiberkote?
9    A    I can't agree with --
10             MR. FERGAL:  Object to foundation.
11             MR. SCHENK:
12   Q    Why is that?
13   A    I have no knowledge of the composition of it.
14   Q    All right.  Going on down to the third paragraph.
15       Can you make out that paragraph?
16   A    No.
17   Q    Are there any words that you can read in that
18       paragraph?
19   A    I'm not going to.
20   Q    All right.  Okay.  I'll read it.  The asbestos
21       fibers used are the best grades of long fiber, of
22       high tensile strength including blue fibers, paren,
23       crocidolite, end of paren, which give protection
24       against acids and fumes, and a brown fiber, paren,
25       amosite, end paren, which is extremely bulky giving
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

RALPH VAN BECK - August 24, 1994

100

```
1        to Fiberkote the necessary binding qualities.  The
2        long fiber asbestos content gives Fiberkote certain
3        insulating and fire-resisting values as well as its
4        outstanding weather protecting service.  A
5        direct -- can't make out the next word -- applied
6        to Fiberkote proves that the material will not
7        support combustion.  Are you sufficiently familiar
8        with Fiberkote to agree or disagree with the
9        quality of that material as it's described here?
10             MR. FERGAL:  Assuming that what is written
11       is as you've read it.
12             MR. SCHENK:  Correct.
13             MR. FERGAL:  Object on foundation.
14             MR. SCHENK:  Except for the one word in
15       that paragraph that I couldn't make out.
16             MR. FERGAL:  Object on foundation.
17             THE WITNESS:
18   A    I can't -- I can only -- I can't -- I have no idea
19       or really know how good its quality is, really.
20             MR. SCHENK:
21   Q    Sir, does Sprinkmann Sons Corporation maintain
22       originals of documents such as the one that
23       purports to be a Sprinkmann Sons document dated
24       December 28, 1934 in its files?
25             MR. FERGAL:  Object on foundation.
```

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

THE WITNESS:

2  A   I have no knowledge of these records.

3      MR. SCHENK:

4  Q   I understand that you've never seen this before.

5      My question however is different.  My question to

6      you is, is there a place that I could find

7      Sprinkmann's copy as opposed to WEPCO's copy of

8      this document?

9  A   I have no idea.

10 Q   You've never been asked to search for records with

11     regard to the insulating products that were used,

12     invoices pertaining to insulating products that

13     were used at WEPCO?

14 A   No, I have not.

15 Q   Who is the president of the company?

16 A   William Sprinkmann Junior.

17 Q   How long has he been president?

18 A   Oh my.  There you go with your dates.  Sometime in

19     the 80's, I believe.

20 Q   How old a gentleman is he?

21 A   In his 40's.

22 Q   And who preceded him as president of the company?

23 A   William Sprinkmann Senior, I believe.

24 Q   Is he still alive?

25 A   Yes.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  Q   And do you know where he resides?

2  A   I'm not quite sure where he's residing right now.

3  Q   In the Milwaukee area?

4  A   He may be.

5  Q   When was the last time you saw him?

6  A   Over a year ago, I believe.

7  Q   Where was that?

8  A   May have been in our office.

9  Q   Do you know when he -- over what years he served as

10     president of the company?

11 A   I have no knowledge of that.

12 Q   Was he president of the company when you first came

13     there?

14 A   I do not believe so.

15 Q   He became president once you were already there?

16 A   I believe he did.

17     MR. FERGAL:  Object on foundation.  Calls

18     for speculation.

19     MR. SCHENK:

20 Q   Is that --

21 A   I think so.

22 Q   Do you know when he retired as president?

23 A   No.

24 Q   Do you know or recall who was president of

25     Sprinkmann & Sons before William Sprinkmann served

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1      in that capacity?

2  A   I couldn't give you a definite answer on that.

3      MR. FERGAL:  I take it you're almost done,

4      Fred?

5      MR. SCHENK:  Yes.

6      MR. FERGAL:  Steve, are you going to have

7      any?

8      MR. SCHENK:  I'm not done yet.

9      MR. CELBA:  Just a few.

10     MR. SCHENK:

11 Q   Sir, could you estimate for me how many linear feet

12     of piping Sprinkmann & Sons worked on at Port

13     Washington when it first -- strike that.  Let me

14     ask you this.  Do you know how many linear feet of

15     insulated piping there is at Port Washington?

16 A   No.

17     MR. FERGAL:  Object on foundation. You're

18     too fast for me.

19     THE WITNESS:  Yeah.  I got to remember to

20     slow down.

21     MR. SCHENK:

22 Q   Have you ever seen any blueprints with regard to

23     the piping systems at Port Washington?

24 A   I may have, yes.

25 Q   Does that documentation exist at Sprinkmann & Sons?

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1  A   I don't think so.

2  Q   Can you give me an approximate number of linear

3      feet that Sprinkmann & Sons insulated at Port

4      Washington?

5  A   No.

6      MR. FERGAL:  Object on foundation.

7      MR. SCHENK:

8  Q   What about at Oak Creek?  Can you give me an

9      estimate of how many linear feet of pipe insulation

10     work was done by Sprinkmann & Sons there?

11 A   No.

12     MR. FERGAL:  Objection.  Foundation.

13     MR. SCHENK:

14 Q   Sir, do you know what Enduro covering is?

15 A   No.

16 Q   Have you ever heard of Enduro as a product?

17 A   That name does not -- is not familiar to me.

18 Q   Where was the Sprinkmann & Sons offices located

19     when you first went to work there?

20 A   I believe it was 418 North 2nd Street.

21 Q   Was there a phone number, if you recall?

22     MR. FERGAL:  Area code first.

23     MR. SCHENK:

24 Q   Marquette 2911?

25 A   I have no idea what that phone number was.

DAVID J. SIKORA - COURT REPORTERS - (414) 223-4848

1 Q   Does that refresh your recollection that the phone
2     number was Marquette 2911?
3 A   No, it did not.
4 Q   Sir, as either a superintendent or later as a
5     vice-president, have you signed any contracts with
6     WEPCO binding Sprinkmann & Sons for any particular
7     work?
8 A   Yes.
9 Q   When was the first time you did that?
10 A  I have no idea.
11 Q  Do you recall what the contract called for, that
12    is, what units at which facility?
13 A  No.
14        MR. FERGAL:  Based on that -- I don't know
15    if you're intending to go much further with this.
16    I don't know whether this would lead to relevant --
17        MR. SCHENK:  My man worked there till
18    1988.  I don't know what years that would be.
19 Q  Would that have been prior to 1988 that you would
20    have been involved in the contracts between
21    Sprinkmann & Sons and WEPCO?
22 A  Prior to 1988.  Yes.
23 Q  Yes.  And through the objections here I lost your
24    answer.  Do you recall which facilities that was
25    for?

1 A   No.
2 Q   Do you recall when was the last time you were the
3     representative for Sprinkmann Sons with regard to
4     contracts between Sprinkmann and WEPCO?
5 A   I can't pin it down, no.
6 Q   Lastly, sir, I'm not going to ask you how much, but
7     I want to know whether you are a shareholder in the
8     company.
9 A   No.
10 Q  Do you have any ownership interest in the company?
11 A  No.
12        MR. SCHENK:  Okay.  That's all the
13    questions I have.  Thank you.
14                    EXAMINATION
15 BY MR. CELBA:
16 Q  I just have a few.  Sir, you mentioned that you had
17    given depositions before.  Did you review any
18    depositions before testifying here today?
19 A  No.
20 Q  Were you truthful, at least to your knowledge, in
21    those prior depositions that you gave?
22 A  Yes.
23        MR. FERGAL:  Object to the form of the
24    question.
25        MR. CELBA:

1 Q   Would it be a fair statement to say that you don't
2     know what specific manufacturer's insulation
3     products were used on particular jobs, whether they
4     be for WEPCO or otherwise?
5 A   Yes.
6        MR. CELBA:  That's all I have.
7        (Short pause)
8        MR. FERGAL:  I do want him to read it, and
9     then submit an errata sheet if we have any
10    corrections.
11        MR. SCHENK:  And the original will be
12    forwarded to plaintiff's counsel.  Then I will be
13    responsible for maintaining it until such time as
14    it needs to be lodged with whatever court.
15        MR. FERGAL:  Correct.
16        MR. SCHENK:  Okay.  I just want to put on
17    the record that I want to have the documents which
18    Mr. VanBeck looked at, 1 through 97, attached as
19    exhibits to the deposition.
20        (The deposition concluded at 11:36 a.m.)
21
22
23
24
25

1  STATE OF WISCONSIN      )
                           ) SS:
2  MILWAUKEE COUNTY        )
3            I, DAVID J. SIKORA, a Notary Public in and
4     for the State of Wisconsin, do hereby certify that the
5     foregoing deposition of RALPH VAN BECK was taken at the
6     instance of the Plaintiff(s), before me, at 445 South
7     Mooreland Road, Brookfield, Wisconsin, on the 24th day
8     of August, 1994, commencing at 9:00 o'clock in the
9     forenoon.
10           I further certify the deponent was duly
11    sworn to testify the truth, the whole truth, and nothing
12    but the truth; and that the foregoing deposition was
13    recorded by me and was reduced to typewriting under my
14    personal direction.
15           I further certify that the same was taken
16    upon oral interrogatories and reduced to writing by
17    myself, David J. Sikora, a disinterested person in said
18    action.
19           In witness whereof, I have hereunto set my
20    hand and affixed my Seal of Office at Milwaukee,
21    Wisconsin, this 29th day of August, 1994.
22
23           _____
             DAVID J. SIKORA - Notary Public
24           In and for the State of Wisconsin
             My Commission expires:  8/16/98
25

RALPH VAN BECK - August 24, 1994

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) SS: |
| MILWAUKEE COUNTY | ) |

    I, RALPH VAN BECK, hereby certify that I
have read the foregoing typewritten transcription of my
testimony; corrections, if any, having been noted, the
same is now a true and correct transcript of my
testimony.




                        WITNESS _____


                        _____
                        DATE _____


PAGE    LINE        CORRECTION

---

| | |
|---|---|
| STATE OF WISCONSIN | ) |
| | ) SS: |
| MILWAUKEE COUNTY | ) |

    I, RALPH VAN BECK, hereby certify that I
have read the foregoing typewritten transcription of my
testimony; corrections, if any, having been noted, the
same is now a true and correct transcript of my
testimony.




                        WITNESS _____


                        _____
                        DATE _____


PAGE    LINE        CORRECTION

ORIGINAL