1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF PENNSYLVANIA

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4    THIS DOCUMENT RELATES TO:

5    AHNERT et al v. CBS CORPORATION et al

6                        Case No. 10-CV-67443

7    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

8

9              Deposition of RALPH VAN BECK

10                  June 26, 2012

11                   10:38 a.m.

12                      at

13                Landmark Resort

14              4929 Landmark Drive

15             Egg Harbor, Wisconsin

16

17

18

19

20

21

22

23

24

25        Reported by David J. Sikora, RPR, RMR, CRR



```
 1              Deposition of RALPH VAN BECK, a witness in

 2    the above-entitled action, taken at the instance of the

 3    Plaintiff(s), pursuant to the Federal Rules of Civil

 4    Procedure, pursuant to notice and agreement, before DAVID

 5    J. SIKORA, RPR, RMR, CRR, Notary Public in and for the

 6    State of Wisconsin, at 4929 Landmark Drive, Egg Harbor,

 7    Wisconsin, on June 26, 2012, commencing at 10:38 a.m. and

 8    concluding at 1:40 p.m.

 9


10


11    A P P E A R A N C E S

12         CASCINO VAUGHAN LAW OFFICES, LTD., by
                Mr. Robert G. McCoy
13              220 South Ashland Avenue
                Chicago, Illinois  60607
14              appeared on behalf of the Plaintiffs.

15         CRIVELLO CARLSON, S.C., by
                Ms. Laura E. Schuett
16              710 North Plankinton Avenue, Suite 500
                Milwaukee, Wisconsin  53203-2404
17              appeared on behalf of the Defendants
                Sprinkmann Company, WEPCO and Ladish.
18
           GIERKE FRANK, by
19              Ms. Nora Gierke
                7604 Harwood Avenue, Suite 203
20              Wauwatosa, Wisconsin  53213
                appeared on behalf of the Defendant General
21              Electric.

22         SEGAL MC CAMBRIDGE SINGER & MAHONEY, by
                Ms. Jaime S. Bennett
23              233 South Wacker Drive, Suite 5500
                Chicago, Illinois  60606
24              appeared on behalf of the Defendant Miller
                Coors.
25
```

1          PETERSON, JOHNSON & MURRAY, S.C., by
                Mr. Ryan Maloney
2               733 North Van Buren Street, Suite 600
                Milwaukee, Wisconsin  53202
3               appeared on behalf of the Defendant Milwaukee
                Insulation Company.
4
           O'CONNELL TIVIN MILLER BURNS, LLC, by
5               Mr. John Loringer
                400 East Wisconsin Avenue, Suite 400
6               Milwaukee, Wisconsin  53202
                appeared on behalf of the Defendant Cleaver
7               Brooks.

8          CELBA LLC, by
                Mr. Timothy D. Pagel
9               225 East Mason Street, 5th Floor
                Milwaukee, Wisconsin  53202
10              appeared on behalf of the Defendant Foster
                Wheeler.
11
           SCHIFF HARDIN LLP, by
12              Mr. Brian O'Connor Watson
                233 South Wacker Drive, Suite 6600
13              Chicago,Illinois  60606
                appeared on behalf of the Defendant Owens
14              Illinois Inc.

15         HELPER BROOM, by
                Mr. Michael T. Antikainen
16              30 North LaSalle Street, Suite 2900
                ChicagoIllinois 60602
17              appeared on behalf of the Defendant Pabst
                Brewing Company.
18
           WOODEN & MC LAUGHLIN, by
19              Mr. James M. Boyers
                211 North Pennsylvania Street
20              One Indiana Square, Suite 1800
                IndianapolisIndiana 46204
21              appeared via telephone on behalf of the
                Defendant Rapid American.
22
           FORMAN PERRY WATKINS KRUTZ & TARDY LLP, by
23              Mr. Donald C. Partridge
                200 South Lamar Street
24              Jackson, Mississippi 39201
                appeared via telephone on behalf of the
25              Defendant Ingersoll Rand, and Trane Company.

```
 1          FOLEY & MANSFIELD, by
                Mr. Joseph P. Rejano
 2              55 West Monroe Street, Suite 3430
                Chicago, Illinois 60603
 3              appeared via telephone on behalf of the
                Defendant CBS Corporation.
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          I N D E X

2      EXAMINATION                                      PAGE

3      BY MR. MC COY                                       7
       BY MR. WATSON                                     104
4      BY MS. BENNETT                                    113
       BY MR. MALONEY                                    119
5      BY MR. ANTIKAINEN                                 120
       BY MR. MALONEY                                    128
6      BY MR. PARTRIDGE                                  129
       BY MR. MC COY                                     131
7      BY MR. MALONEY                                    132

8

9

10

11

12                       E X H I B I T S

13     NUMBER          DESCRIPTION                       PAGE

14     No. 1      Notice of Deposition                   103
       No. 2      E-mail Service of Notice of Deposition 103
15     No. 3      List of Job Sites                      119

16           (The original exhibits are attached to the
       original transcript; copies of the exhibits are attached
17     to the copies of the transcripts as requested.)

18

19

20                       R E Q U E S T S

21     REQUEST                               PAGE    LINE

22     None

23

24

25
```



```
 1                P R O C E E D I N G S
 2               MR. BOYERS:  James M. Boyers, Wooden &
 3        McLaughlin, and I represent Rapid American.  211
 4        North Pennsylvania Street, One Indiana Square, Suite
 5        1800, Indianapolis 46204.
 6               MR. PARTRIDGE:  Donald Partridge, Foreman
 7        Perry Watkins Krutz & Tardy.  Appearing on behalf of
 8        Ingersoll-Rand Company and Trane U.S.  200 South
 9        Lamar Street, Jackson, Mississippi 39201.
10        601-960-8600.
11               MR. REJANO:  Joseph Rejano, r-e-j-a-n-o.
12        Foley & Mansfield, 55 West Monroe, Suite 3430,
13        Chicago, 60603, representing CBS Corporation.
14               (On the record at 10:38 a.m.)
15               RALPH VAN BECK  was called as a witness,
16     and after being first duly sworn, on oath, was
17     examined and testified as follows:
18               MS. SCHUETT:  Before we start, Bob, I'd like
19        to put on the record that we believe that
20        plaintiff's counsel has violated the deposition
21        protocol in a number of ways.  First of all, he's 40
22        minutes late.  Second of all, the answers to
23        discovery for many of the defendants have not been
24        answered.  In addition, there appears to be a
25        problem with the verification page that's been
```

```
 1          provided by plaintiff's counsel, and it is not the
 2          correct verification page, it's from another state
 3          case.  So that we are producing Mr. Van Beck only
 4          subject to all of our objections with respect to the
 5          deposition protocol.
 6                    MS. GIERKE:  I'd like to join in that.
 7                    MR. ANTIKAINEN:  For the protocol, all
 8          defendants are joined in that.
 9                    MR. MC COY:  That's objection, or are you
10          stated in the protocol?
11                    MR. ANTIKAINEN:  I was just saying that as
12          well.  Thank you, Bob.
13                    MR. MC COY:  Okay.  Then let's go ahead.
14                         EXAMINATION
15    BY MR. MC COY:
16    Q    Why don't you go ahead and give us your name, and
17         spell your last name for us.
18    A    Ralph Van Beck, capital v-a-n space capital b-e-c-k.
19    Q    Okay, Mr. Van Beck, are you employed by anybody
20         today?
21    A    No.
22                    MS. SCHUETT:  I do represent Mr. Van Beck
23         for the limited purpose of this deposition.
24                    MR. MC COY:  Understand.
25    Q    Okay.  So just following up on that.  Do you agree
```

```
 1          that you're represented by Miss Schuett from the
 2          Crivello Carlson Law Firm?
 3   A      Yes.
 4   Q      And do you also understand the Crivello Carlson Law
 5          Firm to be the attorneys for Sprinkmann?
 6   A      Yes.
 7   Q      I can't remember where we left off on that question
 8          about introducing you, and spelling your last name.
 9          Did we get that out?
10   A      Yes.
11              MS. SCHUETT:  Yes.
12              MR. MC COY:  Okay.
13   Q      So then you're presently retired.
14   A      Yes.
15   Q      What's your address now?
16   A      Physical address is 3264 Little Marsh Road, Fish
17          Creek 54212.  Mailing address P.O. Box 862, Fish
18          Creek 54212.
19   Q      How long have you lived in the Fish Creek area?
20   A      Probably seven or eight years.
21   Q      And where did you live before that?
22   A      Greendale, Wisconsin.
23   Q      Who was your last employer?
24   A      Sprinkmann Sons.
25   Q      And so when did you last work for Sprinkmann?
```



1   A   You know, I always get my dates -- just give me a

2       minute.  Well, let's see.  I retired at 73.  So that

3       would be, I think it was the end of 2003.

4   Q   Okay.  That's fine.  That's your best

5       recollection --

6   A   Yes.

7   Q   -- for now, and if you think of anything else on

8       that date, let us know.

9   A   Okay.

10  Q   So when you retired from Sprinkmann, what was your

11      position?

12  A   Vice president.

13  Q   Of any particular area?

14  A   Thermal insulation division.

15  Q   And who were you reporting to?

16  A   Bill Sprinkmann Jr.

17  Q   Okay.  So, and you began working for Sprinkmann in

18      what year?

19  A   1948.

20  Q   And your position when you began working was what?

21  A   Helper.

22  Q   Were you ever a member of Local 19?

23  A   Yes.

24  Q   When did you become a Local 19 member?

25  A   Best recollection is 1952, I believe.



1    Q    Were you an apprentice before that?

2    A    They weren't called apprentices.   They were called

3         helpers.

4    Q    Okay.   And so how long did you keep up your

5         membership in Local 19?

6    A    Until about 1965 or '66.

7    Q    And was there any --

8    A    To my best recollection.

9    Q    I understand.   Everything here is to your best

10        recollection.   And to save you time, you know, you

11        don't have to say it, I understand that.   That's

12        part of the testimony.   So was there any particular

13        reason why you, your membership, let your membership

14        expire in Local 19?

15   A    I became a field superintendent.   And by union

16        regulations, I could no longer belong to the union.

17   Q    Okay.   A field superintendent for Sprinkmann?

18   A    Yes.

19   Q    And I'm assuming, correct me if I'm wrong, that you

20        continuously worked for Sprinkmann from 1948 to

21        2003?

22   A    There was a brief period when I did not because of a

23        strike.

24   Q    Okay.   What years, roughly, was that?

25   A    I have no -- no recollection what years that was.

1    Q    Before you became a field superintendent, right?

2         The strike?

3    A    Yes.

4    Q    So the strike caused you to be separated from

5         Sprinkmann for about how long?  Like a month, six

6         months, what?

7    A    Three, four weeks.  I think that happened on several

8         occasions.

9    Q    Okay.  And when these occasions came up that you

10        weren't working for Sprinkmann for a short period,

11        who else were you working for?  What other

12        companies?

13   A    I think Brand, and might have been Northwestern

14        Insulation.  Oh, and there was one local out of

15        Michigan that I have no -- remember what it was.

16   Q    Okay.  Once you became a field superintendent for

17        Sprinkmann, did you continuously work for Sprinkmann

18        until retirement?

19   A    Yes.

20   Q    Before you became a field superintendent with

21        Sprinkmann, what positions did you have with

22        Sprinkmann?

23   A    Insulator.

24   Q    And after you became a field superintendent for

25        Sprinkmann, then what other positions did you have

1        before vice president?

2   A    Well, not many.   At one time somebody referred to me

3        as a project manager.   But it was not a defined

4        position.   I was generally a field superintendent.

5   Q    Who were you reporting to as a field superintendent?

6   A    Well, whoever was in charge at the time of that

7        division.

8   Q    Okay.   When you say that division, what was the name

9        of the division when you became --

10  A    Thermal insulation.

11  Q    So who was in charge when you first became field

12       superintendent?

13  A    Kenneth Karn.

14  Q    And then after Mr. Karn --

15  A    Norbert Lukin.

16            MR. REJANO:   Could you repeat that name

17       please?

18            MS. SCHUETT:   Can you repeat that name?

19            THE WITNESS:

20  A    Whose name?

21            MR. MC COY:

22  Q    Mr. Lukin.

23  A    Norbert Lukin.

24  Q    And after Mr. Lukin, who was the next one you were

25       reporting to?

```
 1   A    William Sprinkmann Jr.

 2   Q    After William Sprinkmann Jr., was there anybody

 3        else?

 4   A    No.

 5   Q    When did you start reporting to Mr. Lukin?

 6   A    I don't remember the date.  It started when Mr.

 7        Lukin came in.  Was brought in.

 8   Q    Where was he brought in from?

 9   A    He was brought in from the a Sprinkmann company in

10        Peoria, Illinois.

11   Q    And then when did you start reporting to Mr.

12        Sprinkmann?  William Sprinkmann Jr., I should say.

13   A    When Mr. Lukin retired.  And I don't remember the

14        date.

15   Q    Did you ever do any work out of the Peoria office?

16   A    No.

17   Q    How about up north for Sprinkmann?  Meaning like the

18        office that was around Green Bay area?

19   A    I'm not --

20               MS. SCHUETT:  Objection, form, foundation.

21               THE WITNESS:  Pardon?

22               MS. SCHUETT:  I said objection, form,

23        foundation.  You can still answer if you can.

24               THE WITNESS:

25   A    I'm not quite sure what the question was.
```



```
 1                     MR. MC COY:
 2   Q    Okay.  The question was, did you do any work for
 3        Sprinkmann out of the office that was up north?
 4                     MS. SCHUETT:  Same objections.  Vague.
 5                     THE WITNESS:
 6   A    You mean the office Sprinkmann had in Green Bay?
 7                     MR. MC COY:
 8   Q    That's right.
 9   A    Did I ever do any work for them.
10   Q    Out of that office, right.
11   A    And what do you mean by work?
12   Q    Well, as a field superintendent, or whatever.
13   A    No.  They were pretty -- no, he pretty much was on
14        his own.  He ran his own operation.
15   Q    Okay.  Who was running the Green Bay office?
16                     MS. SCHUETT:  Vague as to time, form,
17        foundation.  You can answer if you can.
18                     THE WITNESS:
19   A    Yeah.  I'm trying to remember.
20                     MS. SCHUETT:  Yeah.  Understood.
21                     THE WITNESS:
22   A    I'm trying to remember.  Oh, for crying out loud.
23        I'm sorry, at the moment, I don't remember.
24                     MR. MC COY:
25   Q    As an insulator, you worked at, I'm assuming, Oak
```

```
 1        Creek, because I think we had some testimony about
 2        that one before.
 3             MR. WATSON:  Objection to the form of that
 4        question.
 5             MR. PAGEL:  And foundation.
 6             MR. MC COY:  What's the foundation
 7        objection?
 8             MR. PAGEL:  Foundation objection is you
 9        didn't ask him where he's worked before.  You just
10        came out and said you're assuming this is a fact
11        into evidence.  There you go.
12             MR. MC COY:  Any other foundation objection?
13             MR. WATSON:  Foundation also as to the
14        testimony to which you referred without laying a
15        foundation about what testimony you're referring to.
16             MR. MC COY:  Okay.
17   Q    When did you first start working at Oak Creek
18        Powerhouse?
19   A    I have no idea.
20             MS. SCHUETT:  Same objections.
21             MR. MC COY:
22   Q    What unit was the first one that you were on?
23   A    I don't remember.
24   Q    Were you a field superintendent for some of the work
25        at Oak Creek Powerhouse?
```

```
 1   A     While I was a superintendent?

 2   Q     Yes.  Were you --

 3   A     Yes.  While I was a superintendent.

 4   Q     Right.  Which units were you a field superintendent

 5         for?

 6   A     All units.

 7   Q     And I'm asking about original construction.  Which

 8         units were you a field --

 9   A     None.  I was not a superin -- well, on the original

10         construction?  None.  I was not a superintendent.

11   Q     Your role as field superintendent was on the work

12         after the original construction at Oak Creek

13         Powerhouse, right?

14   A     To the best of my recollection, yes.

15              MR. PAGEL:  Objection, form, vague as to

16         time, foundation.

17              MR. MC COY:

18   Q     So as a field superintendent on projects at Oak

19         Creek Powerhouse for Sprinkmann, who did you

20         interface with in the electric company's, among the

21         electric company's personnel?

22              MS. SCHUETT:  Objection, form, foundation,

23         vague.

24              THE WITNESS:

25   A     Quite honestly, I didn't really interface with
```

```
 1         anybody.  It wasn't my job to interface with them.
 2         And if I had any interface with anybody, I don't
 3         remember.  That was a long time ago.
 4              MR. MC COY:
 5    Q    So how did you -- how did you know what
 6         superintending instructions you needed to give to
 7         Sprinkmann personnel working --
 8    A    I knew what the scope of the job was.
 9    Q    How did you know the scope of the job?
10    A    It was given to me by whoever estimated the job.
11    Q    And how did they convey to you the scope of the job?
12    A    Well, either oral or written.  Mostly oral.
13    Q    Okay.  So who were the estimators that gave you
14         information about the scope of the work at the Oak
15         Creek Powerhouse?
16              MS. SCHUETT:  Objection, vague as to time.
17              THE WITNESS:
18    A    Yeah.  Give me a date.
19              MR. MC COY:
20    Q    Just start at the time when you first became field
21         superintendent.  '65, '66 timeframe.
22    A    I'm not sure who handled it.  I don't know.  I don't
23         remember who it was.
24    Q    Okay.  Is it fair to say that Sprinkmann usually had
25         at least one person working at Oak Creek Powerhouse?
```

```
 1              MS. SCHUETT:  Objection, vague as to time,
 2        form, foundation.
 3              THE WITNESS:
 4   A    When you talk about -- are you talking about a field
 5        person?
 6              MR. MC COY:
 7   Q    Right.  Like an insulator.
 8   A    Not continuously.
 9   Q    Okay.  Did Sprinkmann have contract jobs at Oak
10        Creek Powerhouse?
11   A    I'm sorry, repeat the question.
12   Q    Sprinkmann had contract jobs at Oak Creek?
13   A    Contract jobs?
14   Q    Yes.
15   A    Yes.
16   Q    Okay.  And were those pursuant to then a written
17        contract?
18   A    I had no -- this was not my field.  I had no
19        information about that.  Didn't concern me.
20   Q    What information did you have about the safety
21        practices and procedures that the electric company
22        wanted Sprinkmann to follow, if anything?
23              MS. SCHUETT:  Form, foundation, vague as to
24        time.
25              THE WITNESS:
```

```
 1   A    I'm not sure that I had any, or I remember any.

 2              MR. MC COY:

 3   Q    Did you get training in safety for asbestos, like

 4        one of those classes, or something like that?

 5              MS. SCHUETT:  Objections, form --

 6              THE WITNESS:

 7   A    When?

 8              MS. SCHUETT:  -- foundation, vague as to

 9        time.

10              MR. MC COY:

11   Q    I was just asking did you ever have at any time?

12   A    Did I ever at any time?

13   Q    Yes.

14   A    You talking about -- in what scope?  What are you

15        talking about?  Trained in asbestos to do what?

16   Q    For safety practices.

17              MS. SCHUETT:  Still vague.

18              THE WITNESS:

19   A    No, not really.  Did I --

20              MR. MC COY:

21   Q    Did you go to the school or the class, yes.

22              MS. SCHUETT:  Form, foundation.

23              MR. MC COY:

24   Q    Right.  While you were field superintendent.

25   A    No.
```

1    Q    Did you ever go to a class for asbestos safety?

2    A    No.  At the time it wasn't -- there wasn't a

3         problem.

4    Q    When you say at the time, what period are you

5         talking about now?

6    A    Before 1970 something.

7    Q    Are you referring to the period before the OSHA

8         regulations came out?

9    A    Yes.

10   Q    How did you hear about the OSHA regulations?

11   A    I have no idea.  It was all over the industry.

12   Q    So before you became, or while -- let me rephrase

13        this question.  Strike that.  While you were a

14        member of Local 19, then you got the monthly

15        publication that the insulators got?

16            MS. SCHUETT:  Objection, form, foundation,

17        assumes facts not in evidence.

18            THE WITNESS:

19   A    I imagine I did, if I was a member, and they put

20        them out, I probably got them.

21            MR. MC COY:

22   Q    Okay.  So did you have any recollection of seeing

23        any articles that were published by Dr. Selikoff, or

24        any presentations that were published and written up

25        in the insulators magazine?

```
 1   A    No.
 2   Q    Do you remember discussions about the studies of Dr.
 3        Selikoff before these OSHA regulations?
 4   A    No.
 5   Q    Now, tell me the circumstances, you know, how it
 6        came about that they gave you the job as field
 7        superintendent.  I mean I'm assuming there must have
 8        been some meetings or conversations to put in place
 9        those arrangements.  And that's what I'm asking you
10        about.
11            MS. SCHUETT:  Objection, form, foundation,
12        multiple, vague.
13            THE WITNESS:  Can I answer?
14            MS. SCHUETT:  Yeah.
15            THE WITNESS:
16   A    I'll tell you exactly how it happened.  They asked
17        me if I'd like to be field superintendent, and I
18        said yes.
19            MR. MC COY:
20   Q    Okay.  Were you replacing anybody, or was this a new
21        position, or what?
22   A    It was basically a new position.
23   Q    And who was the person or persons that were asking
24        you?
25   A    Kenneth Karn, at the time, I believe.
```



```
 1   Q    Did Sprinkmann have any other field superintendents
 2        besides yourself when you first got the position?
 3   A    No.
 4   Q    Okay.  So just describe for us what duties you had
 5        when you first became field superintendent.
 6   A    Well, I superintended the field.  I hired people, I
 7        fired people, I decided who worked where, how many
 8        people were on the job, made sure they had the
 9        materials and equipment they needed.
10   Q    Okay.  So did the foreman on these jobs for
11        Sprinkmann work through you or with you?
12   A    Yes.
13   Q    And is that how you found out what materials were
14        needed, or from the foreman, or did the foreman --
15        or did you tell the foreman this is the materials
16        you're going to have?  Or how did that process work
17        about --
18              MS. SCHUETT:  Objection, form, foundation,
19        multiple, assumes facts not in evidence.  Customer
20        specified materials, you know that, Bob.  Sorry.  Go
21        ahead.
22              THE WITNESS:
23   A    Whoever estimated the job made up the material list.
24              MR. MC COY:
25   Q    Okay.  Did you have a role in suggesting, or any
```

```
 1        input as to what types of materials or brands of
 2        materials were going to be used?
 3   A    No.
 4   Q    Was there somebody at Sprinkmann who specialized in
 5        knowing what would be the best materials or brand of
 6        materials for jobs?
 7             MS. SCHUETT:  Objection, asked and answered,
 8        form, foundation.  He's already answered the
 9        question.
10             THE WITNESS:  So?  Do I answer?
11             MS. SCHUETT:  You can.  You know, if you
12        can.
13             THE WITNESS:
14   A    Repeat the question.
15             MR. MC COY:  Okay.  You can just read it
16        back.
17             (Question read)
18             THE WITNESS:
19   A    It would be the person who estimated the job.
20             MR. MC COY:
21   Q    Okay.  Did Sprinkmann have a purchasing department
22        or person whose primary function was to do
23        purchasing?
24   A    Yes.
25   Q    Okay.  And was that, for some period of time, Mr.
```

| | | |
|---|---|---|
| 1 | | Locker? |
| 2 | A | Yes. |
| 3 | Q | Who else had that job besides John Locker? |
| 4 | A | At that time, he's the only one I knew. |
| 5 | Q | Okay.  Who preceded him?  If you know. |
| 6 | A | Young man by the name of Daniel Naumann.  And then |
| 7 | | his brother David Naumann. |
| 8 | Q | Can you do your best to spell their last names? |
| 9 | A | N-a-u-m-a-n-n. |
| 10 | Q | Okay.  And then after Mr. Locker, who was the one |
| 11 | | doing -- |
| 12 | A | I believe it was Daniel Naumann. |
| 13 | Q | The purchasing? |
| 14 | A | Yes. |
| 15 | Q | Did both Daniel and David come after Mr. Locker, or |
| 16 | | was -- |
| 17 | A | Yes. |
| 18 | Q | Do you know who was before Mr. Locker? |
| 19 | A | No. |
| 20 | Q | When was the last time that you visited the |
| 21 | | Sprinkmann offices? |
| 22 | A | Probably several weeks ago. |
| 23 | Q | And when you visit after you've retired, is that |
| 24 | | just to keep in touch with everybody? |
| 25 | A | Yes. |

```
 1   Q    You don't have any further responsibilities for
 2        work, right?
 3   A    Absolutely none.
 4   Q    Do you have any of your children who work in the
 5        insulation business?
 6   A    No.
 7   Q    I'm going to ask you about some job sites that are
 8        on the list for Daniel Ahnert.  This is a case in
 9        which this deposition was noticed.  And just for
10        clarification, or for my information, did you ever
11        know Daniel Ahnert?  He was a member of the Local
12        601 pipe fitters.
13   A    No.
14             MR. WATSON:  I'm just going to object to the
15        statement, and the line of questioning, when you say
16        the list, whether you can either make that a part of
17        the record, or not refer to it as the list.
18             MS. SCHUETT:  Join.
19             MR. MC COY:
20   Q    Okay.  Did you have to coordinate work with any of
21        the superintendents or personnel from Local 601 Pipe
22        Fitters on jobs?
23   A    Did I have to coordinate work.
24   Q    Right.
25   A    Well, it was up to them to tell me when the work was
```

```
 1        ready for me to do.
 2   Q    Okay.  And when you say them, you mean somebody --
 3   A    Whoever was in charge of the steamfitter job, or
 4        whatever, plumber, whatever.
 5   Q    Was there a minimum size job that would require your
 6        attention?  I mean -- or was there -- or was it any
 7        job that needed field superintending you could be
 8        involved with?
 9             MS. SCHUETT:  Objection, form, foundation.
10             THE WITNESS:
11   A    Any.
12             MR. MC COY:
13   Q    Could any of the people working for Sprinkmann on a
14        job approach you, and say, hey, you know, we need
15        some superintending on this job?
16   A    Who are you talking about, would any people?  What
17        people?
18   Q    From Sprinkmann.  Working for Sprinkmann.
19   A    In the field or in the office?
20   Q    Either please.  Any place.  That's what I'm saying.
21   A    Field people probably would not.
22   Q    Okay.
23   A    The office people might say, you know, in any
24        particular job they had, they might ask me to look
25        at something.
```

```
 1   Q    So when it comes to the field work, the
 2        Sprinkmann -- with the Sprinkmann personnel, your
 3        communications were almost always with the foremen,
 4        or project managers out there, or estimators, is
 5        that fair?
 6   A    Yeah, it would --
 7             MS. SCHUETT:  Objection.  Sorry, go ahead.
 8             THE WITNESS:
 9   A    It would be between the field people and the
10        estimator.
11             MR. MC COY:
12   Q    Okay.  And when you say the field people, who do you
13        mean?
14   A    Insulators.
15   Q    Did you communicate directly with the insulators, as
16        far as giving them instructions goes, if they were
17        not foremen?
18   A    Say this again.
19   Q    Well, what I'm trying to understand is the chain of
20        communications.  And I'm just -- I want to know if
21        like a individual who's just an insulator, who's got
22        a foreman above him, if that insulator can go around
23        the foreman and go straight to you, and find out,
24        you know, what assistance you could give him with
25        whatever his problem was.
```

```
 1              MS. SCHUETT:  Objection, form, foundation,
 2        improper hypothetical, vague as to time.
 3              THE WITNESS:
 4   A    Anybody could talk to me.
 5              MR. MC COY:
 6   Q    Okay.  That's all I was trying to find out.  Okay.
 7        So let me start with -- I want to start with this
 8        location here, Miller Brewery in Milwaukee.  And I'm
 9        assuming you're familiar with that location, right?
10   A    Yes.
11   Q    Okay.  And I'm assuming your familiarity is through
12        the work that Sprinkmann had there?
13              MS. SCHUETT:  Objection, form.
14              THE WITNESS:
15   A    Yes.
16              MR. MC COY:
17   Q    Okay.  So tell me about this Miller Brewery.  Is
18        that -- do you know that as only one basic site or
19        location?
20   A    Yes.
21   Q    Okay.  And where was that located at?
22   A    I don't know.  Around 4400 State Street, or
23        something like that.  4000 State Street.
24   Q    Did you work there as a member of Local 19?
25   A    I believe I did.
```

```
1   Q    Did Sprinkmann have, when you were still a Local 19

2        member, did Sprinkmann have a foreman, or a person

3        who was usually at Miller most every day?

4             MS. SCHUETT:  Objection.

5             THE WITNESS:

6   A    No.

7             MS. SCHUETT:  Just vague as to time.  What

8        time you're including there.

9             MS. BENNETT:  Join.

10             THE WITNESS:

11  A    Repeat the question please.

12             MR. MC COY:

13  Q    When you were a Local 19 member, did Sprinkmann have

14       a person who was usually at Miller every day?

15             MS. SCHUETT:  The same objection.

16             THE WITNESS:

17  A    To my recollection, no.

18             MR. MC COY:

19  Q    Did Sprinkmann later on have someone who was usually

20       at Miller every day?

21  A    Much later on.

22  Q    Okay.  Who was that person?  The first one.

23             MR. WATSON:  Objection to the form.

24       Especially in terms of time.

25             THE WITNESS:
```

```
 1   A    Yeah.   That's my question is when are you talking
 2        about.   What time.   What year.
 3             MR. MC COY:
 4   Q    Talking about around 1970.
 5             MS. SCHUETT:   Around, or in 1970?
 6             THE WITNESS:
 7   A    No.   There was no -- Sprinkmann did not have anybody
 8        there all the time at that time.   That I'm aware of.
 9             MR. MC COY:
10   Q    Okay.   When do you remember Sprinkmann having
11        someone that was at Miller on a daily basis?
12   A    All I can tell you is much, much later.
13   Q    Okay.   And who was the first person?
14   A    Richard, I believe, Richard Wandsnider.
15   Q    When was the first time that you had to do any work
16        as a superintendent for jobs at Miller?
17   A    I have no idea.
18   Q    What was the first time you remember as far as
19        having to come into contact with some of the work at
20        Miller as a field superintendent?
21   A    I have no idea.
22   Q    I'm not talking about the timeframes now, dates, I'm
23        talking about what was --
24   A    You're asking me the first time.   I don't know.   I
25        don't remember.   I have no idea.
```

```
 1  Q    All right.  So tell me the situations that you do
 2       remember that you had to get involved with at
 3       Miller.  The first one.
 4            MS. SCHUETT:  Objection, asked and answered.
 5            THE WITNESS:
 6  A    I can't tell you.
 7            MR. MC COY:
 8  Q    Okay.  What work did you do at Miller as a field
 9       superintendent?
10  A    I didn't do any work at Miller as a superintendent.
11  Q    What work did you do on the Miller account as a
12       field superintendent?
13            MS. SCHUETT:  Asked and answered.
14            THE WITNESS:
15  A    Well, I had somebody insulate, do the insulation
16       work.  That's what we're in business for.
17            MR. MC COY:
18  Q    Was this before Mr. Wandsnider was stationed there
19       at Miller?
20  A    I don't remember.  You people are going back 50
21       years.
22  Q    Happens to me every day.
23  A    Well, then you should know.
24  Q    Right.  And that's why I say I understand it's hard
25       to remember.  I take that into account.  Okay.  So
```

```
 1          at the Miller Brewery, did Sprinkmann do asbestos
 2          removal jobs?
 3     A    At what time?
 4     Q    At any point in time.
 5     A    No.
 6     Q    So your recollection is, the only work done at
 7          Miller Brewery was installation (sic) work?
 8     A    Yes.
 9                    MR. WATSON:  Objection to the
10          mischaracterizing his prior testimony.
11                    MR. MC COY:
12     Q    Was most of the Miller work pipelines?
13                    MS. SCHUETT:  Objection, form, foundation,
14          vague as to time.
15                    MS. BENNETT:  Join.
16                    THE WITNESS:
17     A    Are you -- you talking about my line of work?
18                    MR. MC COY:
19     Q    I'm talking about the physical structures at Miller
20          that were being insulated.  I'm asking if that was
21          mostly pipeline work.
22     A    Yes.  That's all I was involved in.
23     Q    All you were involved in at Miller.
24     A    Anywhere.  That's all I was involved in was pipeline
25          work.
```



1   Q     What about boilers?

2   A     Pipe insulation.  Yes.  Thermal insulation.

3   Q     Okay.  So what you're saying then is that all the

4         work you were involved with at Miller was thermal

5         insulation work, right?

6   A     Right.  Or -- yes.

7   Q     Okay.  Besides the pipe at Miller, what other

8         thermal insulation work had --

9   A     Equipment.

10  Q     What equipment do you remember at Miller needing

11        insulation work by Sprinkmann?

12  A     I don't know exactly what work was done.  God, man.

13  Q     Well, what do you remember?

14  A     Obviously, there were some pipes to be insulated,

15        and probably some equipment.  I have no definite

16        recollection.

17  Q     Okay.

18  A     I did not keep a journal of what I did all my life.

19  Q     I understand.  I didn't either.  So I'm just asking

20        for your best recollection.  Now, was there a

21        particular brand of insulation material that you

22        remember being used at Miller?

23  A     No.

24  Q     When you were an insulator for Local 19, did you

25        work at Oak Creek?  You did work at Oak Creek

```
 1        Powerhouse, right?
 2   A    Yes, I did.
 3   Q    Okay.  And about how much time did you have in at
 4        Oak Creek Powerhouse as a member of Local 19?  When
 5        I say that, I'm saying was it like, in total, a
 6        year, or two years?
 7   A    Oh, no.  Nowhere near that.
 8   Q    Okay.  Less than a year?
 9   A    Much less.  It could be a matter of months.  I'm not
10        sure.
11   Q    As a Local 19 member, what are the big jobs that you
12        remember being on?
13             MS. SCHUETT:  Objection, vague.
14             THE WITNESS:
15   A    The big jobs?
16             MR. MC COY:
17   Q    Yes.
18   A    Port Washington Power Plant, Oak Creek Power Plant.
19        Nothing else comes to mind right now.
20   Q    Did you have more time at Port Washington than at
21        Oak Creek?
22   A    No.
23   Q    Did you work at Lakeside Power House?
24             MS. SCHUETT:  As a --
25             THE WITNESS:
```

1   A    Insulator?

2           MR. MC COY:

3   Q    Yes.

4   A    I don't believe so.

5   Q    As a field superintendent, what jobs do you remember

6        at Lakeside Power Station?

7           MS. SCHUETT:   Objection, vague.

8           THE WITNESS:

9   A    I remember being there once, and I have no

10       recollection of what we were doing.

11          MR. MC COY:

12  Q    When you say you remember being there once, you're

13       talking about physically being on the premises.

14  A    No.  No, no.  I never physically worked there,

15       myself, that I remember.

16  Q    Okay.  I'm not talking about doing insulator work,

17       I'm just talking about being on the premises as a

18       field superintendent.

19  A    I told you, I think I may have been there one time.

20  Q    Was there other jobs where you weren't there in

21       person?

22          MR. ANTIKAINEN:   Object to form.

23          THE WITNESS:

24  A    No, I have no recollection of that.

25          MR. MC COY:

```
 1   Q    What materials were you working with at Oak Creek?
 2             MS. SCHUETT:  Objection, form, foundation,
 3        vague as to time.
 4             THE WITNESS:
 5   A    What type?
 6             MR. MC COY:
 7   Q    Right.  As an insulator.
 8   A    Well, materials used for hot insulation.
 9   Q    Okay.  Were you working on boilers, or on the pipes,
10        or what?
11   A    I did work on the boiler, I believe.
12   Q    Did you do pipe work also?
13   A    I may have.
14   Q    How about turbine work?  At Oak Creek.
15   A    Not to my recollection.
16   Q    Who was your boss when you were an insulator at Oak
17        Creek?
18   A    I have no idea.  I know it sounds funny, but I
19        don't.  I wouldn't -- I don't know.
20   Q    Did you work for Warren Hansen at Oak Creek?
21   A    Yes.  Is that what you meant by who was my boss?
22   Q    Well, you know, whatever your answer was your answer
23        was.  But, yeah, I was thinking -- I was thinking
24        Warren Hansen.
25   A    Yeah.  I remember him.
```



1  Q    What position do you remember him having?  Like
2       foreman, or general foreman, or what?
3  A    Foreman.
4  Q    At Port Washington, who did you work for as an
5       insulator?
6  A    You mean as a foreman?
7  Q    Who was your foreman, yes.
8  A    I think a fellow by the name of Joe Stolper.
9  Q    Do your best to spell his last name for us.
10 A    I think it's s-t-o-l-p-e-r.
11 Q    The Port Washington work, was this like early for
12      you, meaning like in the early 50s, or late 40s?
13 A    It was my first job.  It was 1948.
14 Q    Did you go back to Port Washington after that first
15      job for any long periods, or was it --
16 A    No.
17 Q    The first job, how long were you out at Port,
18      roughly?
19 A    Month or two.
20 Q    Where were you living at the time when you were
21      working for Local 19?
22 A    In Greendale.
23 Q    Okay.  What can you tell us about the Ladish
24      Foundry?
25            MS. SCHUETT:  Objection, vague, form,



```
 1        foundation.
 2                  THE WITNESS:
 3   A    Not much.
 4                  MR. MC COY:
 5   Q    Okay.  That's a Sprinkmann account, right?
 6   A    No.
 7                  MS. SCHUETT:  Objection.  Sorry, go ahead.
 8                  THE WITNESS:
 9   A    Sprinkmann account?
10                  MR. MC COY:
11   Q    Yes.
12   A    What do you mean by the word account?
13   Q    Customer.
14                  MS. SCHUETT:  Objection, vague as to time.
15                  THE WITNESS:
16   A    What -- I have no -- during what period?
17                  MR. MC COY:
18   Q    At any point in time.
19   A    No.
20   Q    Do you remember Ladish?
21   A    Yeah.  I remember Ladish, yes.
22   Q    Okay.  And how is it that you remember Ladish?
23   A    We did a piping job at Ladish for the new -- in
24        their foundry.  In their forge.
25   Q    And when was that piping job?
```

```
 1    A    Probably in the 1980s.  Or thereabouts.
 2    Q    So when you became field superintendent in '65 or 6,
 3         who do you remember being the larger Sprinkmann
 4         customers?
 5              MS. SCHUETT:  Objection, vague.
 6              THE WITNESS:
 7    A    You know, that would be of no concern of mine.  I
 8         wouldn't know.
 9              MR. MC COY:
10    Q    How many members of Local 19 were working for
11         Sprinkmann, at that time, when you became field
12         superintendent?
13    A    I have no idea.
14    Q    They needed you as a superintendent because there
15         was --
16    A    When are you talking about?  When I was field
17         superintendent?
18    Q    Yeah.  When you first became field superintendent,
19         yes.
20    A    And then the question was?
21    Q    How many Sprinkmann -- how many Local 19 members
22         were working for Sprinkmann, approximately, how
23         many, when you first became field superintendent?
24    A    I don't know when I first became -- I have no idea.
25         I couldn't give you a -- it would be a guesstimate.
```



1   Q    Enough that Sprinkmann needed a field

2        superintendent.

3                  MS. SCHUETT:   Objection, form.

4                  THE WITNESS:

5   A    In their opinion they needed one.

6                  MR. MC COY:

7   Q    So you're saying you have no recollection of who

8        were the -- maybe I don't mean to take your words

9        and say something different.  But are you saying you

10       had no recollection, or that you had -- of who were

11       the larger Sprinkmann customers when you became

12       field superintendent, or that you never knew who

13       they were?

14                 MS. SCHUETT:   Objection, form.

15                 THE WITNESS:

16  A    I don't even remember who they were.  Obviously, I

17       think, the power company was a big customer.  That's

18       a given.

19                 MR. MC COY:

20  Q    Okay.  Meaning Wisconsin Electric.

21  A    Yes.  And your definition of big is what?

22  Q    I just said the largest.

23  A    Yeah.  What is that?  I mean --

24  Q    Well, if you were to take the 10 customers of

25       Sprinkmann who had the most work, in your view, who

```
 1       were they?
 2   A   I don't remember.
 3               MS. SCHUETT:  Objection, form, foundation.
 4               MR. WATSON:  Objection.
 5               MR. MC COY:
 6   Q   Allis Chalmers would be one, right?
 7               MS. SCHUETT:  Objection.
 8               MR. WATSON:  Object to the form.
 9               MS. SCHUETT:  Foundation.
10               MR. WATSON:  Foundation.
11               MS. SCHUETT:  He's already answered your
12       question.
13               MR. WATSON:  Asked and answered.
14               MS. SCHUETT:  Right.
15               MR. MC COY:
16   Q   Go ahead, you can answer.
17   A   Allis Chalmers, we worked at Allis Chalmers, yes.
18   Q   That would be one of the larger Sprinkmann
19       customers, right?
20   A   Whether it was one of the larger ones or not, I
21       don't know.  Because I don't know what your
22       definition of large is.  Because it's a big
23       facility, fine.  But in terms of value, I have no
24       idea.
25   Q   Okay.  What were the customers for whose projects
```

```
 1        you did the most work when you first became field
 2        superintendent?
 3                MS. SCHUETT:  Objection, form, foundation,
 4        vague.
 5                THE WITNESS:
 6   A    My Lord, man, we might have had 75 jobs going at one
 7        time.
 8                MR. MC COY:
 9   Q    Okay.
10   A    Anywhere from 25 to 75.  I have no idea.
11   Q    How was it determined where your time would be
12        allocated amongst these jobs that were ongoing at
13        the same time?
14                MS. SCHUETT:  Objection, vague as to time.
15                THE WITNESS:
16   A    I decided where it was needed.
17                MR. MC COY:
18   Q    Okay.  And how did you go about making those
19        decisions?
20                MS. SCHUETT:  Vague as to time.
21                THE WITNESS:
22   A    On size, or --
23                MR. MC COY:
24   Q    Go ahead.
25   A    Probably if I had any concerns about a particular
```



```
 1          job, that would be one of them.
 2   Q    Okay.  Okay.
 3   A    But I just checked everything.  Made sure everything
 4          was going right.  As best I could.
 5   Q    Besides Mr. Karns -- Mr. Karn, I should say, who
 6          else did you give input to that would be, you know,
 7          at a higher level?
 8               MS. SCHUETT:  Objection, form.
 9               THE WITNESS:
10   A    You talking -- I'm sorry.
11               MS. SCHUETT:  Go ahead.
12               THE WITNESS:
13   A    You talking about the estimators in the office?
14               MR. MC COY:
15   Q    I'm not talking about the estimators, I'm talking
16          about --
17   A    Who are you talking about?
18   Q    -- I'm talking about people like Ernest Sprinkmann
19          and William Sprinkmann Sr.
20   A    Never talked to him when I was -- no, I didn't give
21          him any input.
22   Q    Did they give you input?
23   A    No.
24   Q    So it was Karn, the estimators, other people in the
25          office, but not the Sprinkmann family members,
```

```
 1        right?
 2                  MS. SCHUETT:  I just want to object as to
 3        form, foundation, vague as to time.  Your whole
 4        question is vague.
 5                  THE WITNESS:
 6   A    What do you mean about other people in the office?
 7                  MR. MC COY:
 8   Q    Well, that's what -- I mean you said earlier that
 9        you would get input, or work with almost anybody
10        else who was in the office.
11   A    No, I said I worked with the estimators.
12   Q    Okay.  How about with somebody like Mr. Locker?
13                  MS. SCHUETT:   Same objections.
14                  MR. MC COY:
15   Q    Did you work with him?
16                  MR. WATSON:  Objection to the vagueness of
17        that question.
18                  THE WITNESS:
19   A    He had no input, as far as I know, of what went on
20        in the jobs.
21                  MR. MC COY:
22   Q    Okay.  You know, I appreciate these answers.  I mean
23        maybe they're getting objections, but they're
24        important to me, that's why I'm asking, Mr. Van
25        Beck.  So I guess I've learned that when my
```

```
 1        questions are objected to that probably means they
 2        are important.
 3                  MS. SCHUETT:  Well, let's --
 4                  MR. MC COY:  Let me go on from there.
 5                  MS. SCHUETT:  Let's not editorialize.
 6                  MR. PAGEL:  I move to strike counsel's
 7        soliloquy.
 8                  MR. MC COY:  Okay.
 9   Q    So.  All right.  Let's go back to another location.
10        At Port Washington Power Station.  You worked there
11        as a Local 19 member.  Do you know what unit you
12        were working on?
13   A    Well, whatever was being built in 1948.
14   Q    Okay.  So it was an original construction of the
15        unit.
16   A    I'm not sure if that was one or not.
17   Q    I'm not asking you --
18   A    It was original construction, yes.
19   Q    Yeah.  Okay.  Fine.  You just don't know the --
20   A    Whichever unit it was.
21   Q    So was it -- when did you start in 1948 with
22        Sprinkmann?
23   A    June.
24   Q    So right away you were out at Port Washington,
25        right?
```

```
 1   A    Excuse me?
 2   Q    You were out at Port Washington -- they sent you out
 3        to Port Washington right away.
 4             MS. SCHUETT:  Objection, asked and answered.
 5        He just told you he was there in June of 1948.
 6             MR. MC COY:  I didn't hear that answer.  I'm
 7        sorry, Laura.  That's the question I was trying to
 8        ask him was --
 9   Q    When you started with Sprinkmann in June of 1948,
10        did they send you to Port Washington right away?
11   A    Yes.
12   Q    Do you know the brands of the materials that were
13        being used at Port Washington back in 1948?
14   A    No.
15   Q    How long after Port Washington did you have the work
16        at Oak Creek Power Station?
17   A    Oh, I have no idea.
18   Q    Okay.  Was it a couple years?
19   A    May have been.
20   Q    So in the interim between the two big power houses,
21        as a member of Local 19, can you tell us what other
22        places you worked at?
23             MS. SCHUETT:  Objection, vague as to time.
24             THE WITNESS:
25   A    I worked at a plant in LaCrosse.  I worked at a
```

```
 1        power house in Crookston, Minnesota.  There's all
 2        kinds of them.  I can't -- I told you I didn't keep
 3        a journal.  I have no idea.
 4              MR. MC COY:
 5   Q    Okay.  All right.  Let's --
 6   A    I'm sorry.  Go ahead.
 7   Q    Okay.  Okay.  And you're welcome to talk to your
 8        attorney.  It doesn't phase me at all, if you need
 9        to talk to her, you can go ahead.  But Pabst
10        Brewery, does that have more than one location?
11   A    Do they have more?
12   Q    Yeah.  Or did they before have more than one
13        location?
14              MS. SCHUETT:  Objection.
15              MR. MC COY:
16   Q    In the Milwaukee area.
17   A    No.
18              MS. SCHUETT:  Objection, vague as to time.
19              THE WITNESS:
20   A    No.
21              MR. MC COY:
22   Q    So where was the Pabst Brewery located at in the
23        Milwaukee area?
24   A    I believe it was on Juneau Avenue or Highland
25        Avenue.
```

```
 1    Q    What projects were you involved with as a member of
 2         Local 19 at Pabst?
 3                   MR. ANTIKAINEN:  Objection to form.
 4                   MR. MC COY:
 5    Q    If any.
 6                   MR. ANTIKAINEN:  Foundation.  Assumes facts.
 7                   THE WITNESS:
 8    A    I worked on the power house.
 9                   MR. MC COY:
10    Q    And who was your foreman on that power house job?
11    A    I don't remember.
12    Q    How long was the power house job at Pabst?
13                   MR. ANTIKAINEN:  Object to form, foundation.
14                   THE WITNESS:
15    A    I don't know.  I probably remember being there some
16         months, that's all.
17                   MR. MC COY:
18    Q    This was all just -- were you a Local 19 member at
19         the time, or were you just a helper?
20                   MS. SCHUETT:  Objection, form.
21                   THE WITNESS:
22    A    That's a good question.  I'm not quite sure.  I
23         don't -- if I knew the date, if I remember the date,
24         I would know, but I don't remember the date.  I
25         don't remember.
```

Deposition of Ralph Van Beck - June 26, 2012                49

```
 1                    MR. MC COY:
 2   Q    And who was your foreman at Pabst?
 3                    MR. ANTIKAINEN:  Asked and answered.
 4                    THE WITNESS:
 5   A    I don't remember.
 6                    MR. MC COY:
 7   Q    Okay.  Was there more than one job that you had at
 8        Pabst as a Local 19 member, or was it just one?
 9   A    No.  There were more.
10   Q    Okay.  Did Sprinkmann have somebody that was
11        stationed most every day at Pabst during the time
12        that you were a Local 19 member?
13   A    Yes.
14                    MR. ANTIKAINEN:  Object, foundation.
15                    MR. MC COY:
16   Q    And who was the Sprinkmann person?
17   A    Last name was Tollefson.  Clayton Tollefson.
18   Q    Okay.  Would he be considered a foreman, or just
19        another guy who was a insulator working there?
20   A    I think you'd just classify him as an insulator
21        working there.
22   Q    Did Clayton Tollefson continue in this role of being
23        at Pabst daily for Sprinkmann after you became field
24        superintendent?
25                    MR. ANTIKAINEN:  Object to form, foundation.
```

```
 1                    MS. SCHUETT:  Join.

 2                    MR. ANTIKAINEN:  Speculation.

 3                    MS. SCHUETT:  Assumes facts not in evidence.

 4                    THE WITNESS:

 5    A    He may have for a short while.

 6                    MR. MC COY:

 7    Q    Okay.  And who was the person that took his place as

 8         being at Pabst daily for Sprinkmann?

 9                    MS. SCHUETT:  Objection, form, foundation,

10         assumes facts not in evidence.

11                    THE WITNESS:

12    A    To my recollection, I don't know that anybody did.

13         Or if they did, I don't remember.

14                    MR. MC COY:

15    Q    Okay.  As field superintendent, did you sign the

16         contracts with any of the customers for the

17         insulation work?

18    A    Absolutely not.

19    Q    Who signed the contracts?

20    A    Would be the estimator.  Or --

21    Q    Go ahead.

22    A    No, no.  My recollection, it would be the estimator.

23    Q    Okay.  Did you get copies then of the contracts

24         sometimes when you had to do superintending work?

25    A    Not really, no.
```

```
 1    Q    What documents did you get on the jobs in order to
 2         do your work as superintendent?
 3    A    What materials were specified.  What equipment or
 4         piping had to be insulated.
 5    Q    Okay.  So the material specifications, did these
 6         usually -- was this usually something then that the
 7         estimator would just give you the material
 8         specifications, is that how it worked?
 9              MS. SCHUETT:  Vague as to time.
10              MR. PAGEL:  And asked and answered.
11              THE WITNESS:
12    A    Are you asking me if the specific materials, or what
13         are you asking me?
14              MR. MC COY:
15    Q    Well, you said you would get material specifications
16         on certain jobs.  Okay?  So my question is, who
17         usually gave you the material specifications?
18    A    The estimator.
19    Q    Did you ever get the material specifications from
20         customers?
21    A    No.  I didn't.  No.  Define for me specification.
22         Are you asking about specific brand names?
23    Q    I was using the --
24    A    Or generically.
25    Q    I was using the word in the way you used it.  So I
```



```
 1         mean it's your -- you're the one giving the answers.
 2    A    I'm speaking in generic terms.
 3    Q    Okay.  All right.  Why don't you go ahead and tell
 4         us then what you would mean when you're talking
 5         about specifications.  I want to use your terms.
 6    A    Well, I'm not talking about brand names, I'm talking
 7         about generic terms of cold material, to fiberglass,
 8         magnesia, whatever.  Calcium silicate.  Materials
 9         like that.
10    Q    Okay.  Thickness?
11    A    Pardon?
12    Q    Thickness?
13    A    Thicknesses.
14    Q    Okay.
15    A    What goes on what line.
16    Q    Right.  Might be calcium silicate, might be
17         magnesia?
18    A    Depending on the timeframe.
19    Q    Okay.  That's the type of specifications you're
20         referring to.
21    A    Yes.
22    Q    And I understand, you're then not talking about
23         specifications of brand names.
24    A    That's correct.
25    Q    Okay.  So these material specifications, would you
```

```
 1        be able to tell if they were prepared by the
 2        customer, or prepared by the Sprinkmann estimator,
 3        or came from a particular source?  Were you able to
 4        distinguish that?
 5               MR. PAGEL:  Objection, asked and answered.
 6        He already said he got them orally mostly.
 7               MS. SCHUETT:  Form, foundation.
 8               MR. MC COY:  You know, I didn't hear that
 9        answer.  Okay?  Is that somewhere in the record that
10        you can point me to?
11               MR. PAGEL:  Yeah.  He said it before.
12               MR. MC COY:  I don't think we should be
13        telling the witness what his testimony is at these
14        depositions.
15               THE WITNESS:
16    A   I said it.  Take my word for it.
17               MR. MC COY:  Okay.
18    Q   All right.  So let me see if I can understand then
19        what you mean by these specifications.  Where -- did
20        they come from the customers?
21               MS. SCHUETT:  Bob.
22               MR. MC COY:
23    Q   The written ones.
24               MS. SCHUETT:  Bob, you've asked these
25        questions.  They have been answered.  You're just
```

```
 1         repeating yourself and badgering the witness.
 2              MR. MC COY:
 3    Q    Go ahead, Mr. Van Beck, you can answer.
 4    A    I have nothing to add.  What do you want to know?
 5    Q    Well, the material specifications, you got some in
 6         writing, right?
 7              MS. SCHUETT:  Asked and answered.
 8              THE WITNESS:
 9    A    I got some in writing.
10              MR. MC COY:
11    Q    Okay.
12    A    They were -- when you -- I told you once, before, we
13         were told what material goes on what line, what
14         pipe.  Things like that.
15    Q    Did you get like drawings?
16              MS. SCHUETT:  Objection, vague as to time,
17         foundation.
18              THE WITNESS:
19    A    We may have had drawings on some jobs.
20              MR. MC COY:
21    Q    Okay.  I mean --
22              MS. SCHUETT:  Can we take a break just for
23         the restroom?
24              MR. MC COY:  Sure.
25              (Short recess was taken)
```

```
 1              MR. MC COY:
 2   Q    So, Mr. Van Beck, then, tell us what you did in
 3        preparation for today's deposition testimony.
 4              MS. SCHUETT:  I'd object to the extent that
 5        he is my client.  Our conversations are privileged.
 6        Therefore, he doesn't have to answer that question.
 7              MR. MC COY:  Well, he can say what he had to
 8        do.  I'm not asking what was -- the communications
 9        were.  But he can say what he did.
10              THE WITNESS:
11   A    I had to be here on time.
12              MR. MC COY:
13   Q    Okay.  What else did you do?
14              MS. SCHUETT:  Unlike plaintiff's counsel.
15              THE WITNESS:
16   A    Nothing else.
17              MR. MC COY:
18   Q    Did you meet with the attorneys?
19   A    Yes.
20              MR. WATSON:  Objection to plural attorneys.
21              MS. SCHUETT:  Very good.  Join.
22              MR. MC COY:
23   Q    Did you meet with someone who works for a law firm
24        other than Crivello Carlson?
25              MR. ANTIKAINEN:  Object to form.
```

```
 1              THE WITNESS:  Is that you?
 2              MS. SCHUETT:  I'm the Crivello Carlson
 3      person.
 4              THE WITNESS:
 5   A    Yes.
 6              MS. SCHUETT:  So he said other than
 7      Crivello, Carlson.
 8              THE WITNESS:
 9   A    Oh, other than, no.
10              MR. MC COY:
11   Q    Okay.  Have you given any testimony since last time?
12        The last time I had -- let me tell you this.  I have
13        some testimony in December 22, 2003.  Have you given
14        testimony since then?
15   A    No.
16   Q    You also -- you testified at this --
17              MR. WATSON:  I'm going to object right now
18        to the extent that that is in Plaintiff's
19        possession.  Owens Illinois has requested all
20        testimony of coworkers or other individuals who
21        would have relevant testimony for the Ahnert action.
22        We have not received production of that.
23              THE WITNESS:  Was that 2006?
24              MS. SCHUETT:  Uh-hm.
25              THE WITNESS:  Then I have to amend that.
```

```
 1                    MS. SCHUETT:  Yes.

 2                    THE WITNESS:

 3   A    I have to amend it.

 4                    MR. MC COY:

 5   Q    Okay.  That's what I was wondering.

 6   A    Two thousand -- when was it?

 7                    MS. SCHUETT:  June.

 8                    THE WITNESS:

 9   A    June 13 of 2006, apparently.  Tells you how good my

10        memory is.

11                    MR. MC COY:  Okay.  Just to clarify, then,

12        counsel for Illinois, for Owens-Illinois, is saying

13        then that testimony that's been given by a witness

14        before should always be turned over, is that the

15        position of Owens-Illinois?

16                    MR. WATSON:  That's not the position of

17        Owens-Illinois.

18                    MR. MC COY:  Okay.

19                    MR. WATSON:  I'm pretty sure you heard me

20        correctly, Mr. McCoy.  And your mischaracterization

21        of my objection is somewhat upsetting, and also on

22        the record.  But more importantly, we had issued

23        requests to produce.  We have not received, in

24        response to requests to produce, any transcripts.

25        And to the extent that this transcript -- and,
```

```
1         again, we have not received it from your office --

2         would fall within that request to produce.  We are

3         now objecting to your use of that testimony.

4                   MR. MC COY:  Okay.  I guess I appreciate

5         hearing your position on the record.  So it's

6         certainly something that should be dealt with in the

7         cases before Judge Strawbridge.  And it's -- your

8         position is so noted.

9    Q    Okay.  Now, let's move on for a moment here, Mr. Van

10        Beck.  So the 2006 testimony was given.  Do you know

11        in what case?

12   A    I have no -- no.

13   Q    Was Crivello Carlson your lawyers for that

14        testimony, too?

15   A    Ask her.  I don't know.

16   Q    Did you have a lawyer for that testimony?

17   A    Yes, I believe so.  If I had a deposition, there was

18        probably a lawyer.

19   Q    Was it an asbestos case?

20   A    I don't even remember the case.

21                  MS. SCHUETT:  Asked and answered.  So he

22        doesn't remember.

23                  MR. MC COY:

24   Q    Do you have a list somewhere of your testimony, or

25        does somebody keep one for you?
```

```
 1   A    I don't have any.

 2   Q    Does somebody keep one for you?

 3   A    I don't know.

 4   Q    Have you always had the same law firm that

 5        represents Sprinkmann also be your attorneys for

 6        asbestos cases?

 7   A    I have no idea.

 8             MS. SCHUETT:  This is outside the scope of

 9        this case.  I mean this is about the exposures,

10        alleged exposures of Mr. Ahnert.  And we're really

11        going far afield to talk about facts relevant to

12        that case.

13             MR. MC COY:

14   Q    All right.  I want to stay with my questions for a

15        minute.  And I just need to know your background in

16        asbestos case work.  And that's what I'm asking you

17        about.

18   A    Ask again.

19   Q    Okay.  My question was, have you always had as your

20        counsel in the asbestos cases, when you've had

21        testimony, the same lawyers as the ones that

22        represent Sprinkmann?  Meaning law firm.

23   A    I don't know.  I never paid any attention to it.

24   Q    Okay.  When you testified at the -- you remember

25        testifying at the Beatty trial, right?
```

```
 1   A    No.

 2   Q    In Milwaukee.

 3             MS. SCHUETT:  He said no.

 4             THE WITNESS:

 5   A    When was it?

 6             MR. MC COY:

 7   Q    You had to come down and testify in court?

 8   A    I don't remember who it was for.  Or what it was

 9        for.  I did testify.  I remember testifying in

10        court.  I don't know when it was.  I don't know who

11        it was for.

12   Q    Okay.  You were still employed by Sprinkmann, at

13        that time, right?

14   A    I believe I may have been.

15   Q    Okay.  Did you do some work at Point Beach?

16             MS. SCHUETT:  Objection.  At least based on

17        my information, Mr. Ahnert did not work at Point

18        Beach.  And to that extent, there's no reason he

19        should be asked questions about Point Beach.

20             MR. MC COY:  Okay.  We'll bring him back for

21        another deposition.

22   Q    All right.  We'll move on.

23   A    Be on time.

24   Q    Oh, I will.  Now that I know the location.  It's

25        nice.
```

```
 1              MR. WATSON:  Plaintiff's notice for the
 2      location.
 3              MS. SCHUETT:  You booked it.
 4              MR. MC COY:  All right.
 5              MS. SCHUETT:  And with respect to your
 6      threat of another deposition, the scope of this
 7      deposition you are very well aware of, and you know
 8      that that site is not a site that Mr. Ahnert worked
 9      at, so you know you're out of bounds there.
10              MR. MC COY:  I don't know.  Don't know that.
11      That's, again, a matter that the judge is resolving.
12              MS. SCHUETT:  So it's your position we're
13      not limited to the sites that Mr. Ahnert worked at,
14      is that --
15              MR. MC COY:  Laura, you're talking about a
16      series of briefs and motions that have been filed,
17      and are pending before Judge Strawbridge, and are
18      still ongoing, so I really don't want to take up Mr.
19      Van Beck's time with all that.  But I'm just
20      saying --
21              THE WITNESS:
22   A   You didn't mind being late.
23              MR. MC COY:  -- saying that, you know, we
24      may, you know, if we have to bring him back for more
25      depositions because I'm not allowed to ask questions
```

```
 1          here, that's all I can say.
 2                    MS. SCHUETT:   Okay.   Mr. McCoy, the notice
 3          of deposition, which was set here at this location
 4          by your office, only listed Ahnert, the amended
 5          notice, and Ahnert worked at certain sites, and
 6          those are the only questions that are relevant for
 7          this witness.  Okay?  So go ahead.
 8                    MR. MC COY:
 9   Q      All right.  Let's go back to this Pabst Brewery for
10          a moment.  Okay.  I was asking you about, before,
11          work that you did as a member of Local 19.  After
12          you became field superintendent, what work did you
13          have that was associated with Pabst Brewery?
14                    MR. ANTIKAINEN:   Object to form, foundation,
15          assumes facts.
16                    THE WITNESS:
17   A      I have no recollection what exactly work we did
18          there.
19                    MR. MC COY:
20   Q      At the Miller Brewery, did you know a guy named Joe
21          Settle, or Sender, something like that?
22                    MS. SCHUETT:   Objection, multiple.
23                    THE WITNESS:
24   A      What?
25                    MR. MC COY:
```

```
 1    Q     At Miller.

 2    A     Who was he?

 3    Q     He was a insulator.

 4    A     Do I know a name of that name?

 5    Q     Yes.

 6    A     I think I know who you're talking about.

 7    Q     Go ahead.

 8    A     James Seddick.

 9    Q     Yes.  Okay.  James Seddick.  All right.  So did he

10          work there at Miller for Sprinkmann often?

11                MS. SCHUETT:  Objection, form, as to often.

12                THE WITNESS:

13    A     Did he work there often?  Is that what you asked?

14                MR. MC COY:

15    Q     Uh-hm.

16    A     Yes.

17    Q     Okay.  Was he the guy who was there usually after

18          Wandsnider?

19                MS. SCHUETT:  Objection, form, foundation.

20                THE WITNESS:

21    A     Yes.

22                MR. MC COY:

23    Q     You know, these guys who were at -- who were

24          Sprinkmann employees that were stationed at a

25          particular customer, you know, on a regular basis
```

```
 1        like that, were you the one who would --
 2                MS. BENNETT:  Object to form.
 3                MR. MC COY:
 4    Q   -- pick these guys?
 5                MS. SCHUETT:  Object to form, vague as to
 6        time, outside the scope of the sites involved in Mr.
 7        Ahnert's case.
 8                THE WITNESS:  I answer?
 9                MS. SCHUETT:  If you can.
10                THE WITNESS:
11    A   So do you ask me if I picked them?
12                MR. MC COY:
13    Q   Yes.  Right.  After you became field superintendent.
14    A   Yes.
15    Q   Okay.  And how -- what was your factors that you
16        consider, let's say, in picking Mr. -- say his name
17        again, the guy at Miller.
18    A   Seddick.  Jimmy, James Seddick.
19    Q   Right.  What was the factors that you considered in
20        picking Mr. Seddick to be the guy who was there for
21        Sprinkmann every day?
22                MS. BENNETT:  Objection.
23                MS. SCHUETT:  Objection, form, foundation.
24        Not reasonably calculated to lead to discoverable
25        evidence.  It's not relevant to the case.
```

```
 1                MR. MC COY:  Part of the problem is your
 2        objections are being made before I even finish my
 3        questions.  So you're going to have to slow up on
 4        your objections.
 5                MS. SCHUETT:  Well, go ahead.
 6                MR. MC COY:  Okay?  I'll start again.  And
 7        then after I finish, you go ahead and object.
 8                MS. SCHUETT:  Okay.
 9                MR. MC COY:
10   Q    So my question is, what were the factors that you
11        considered as field superintendent in picking Mr.
12        Seddick to be the Sprinkmann person who was there at
13        Miller on a daily basis?
14                MS. SCHUETT:  Object to the extent that this
15        question does not relate to the time that the
16        plaintiff in this action worked there.  Therefore,
17        it's outside the scope of this deposition.
18                THE WITNESS:  Answer?
19                MS. SCHUETT:  If you know.
20                MR. MC COY:
21   Q    Go ahead.
22   A    Well, I decided if he was trustworthy, if he was a
23        qualified insulator.  And a big thing was, could he
24        get along with the customer.
25   Q    Okay.  And when you say get along with the customer,
```

```
 1        what -- what's the reason for that concern?  Is
 2        there particular people at the customer who the
 3        Sprinkmann guys have to deal with?  Or what's the --
 4    A   Some people are hard to get along with.
 5    Q   Was there somebody who worked for Miller that you
 6        dealt with?
 7    A   Yes.
 8    Q   Who was that?
 9    A   There was -- give me a minute.  There was a fella I
10        remember by John Graf.  There was another one, and I
11        can't -- oh, there were several people that I dealt
12        with.  What is the timeframe on this?
13    Q   The timeframe I'm talking about is after --
14    A   Any time?
15    Q   After you became field superintendent, yes.
16               MS. SCHUETT:  I would just object again to
17        the extent that that goes beyond when this plaintiff
18        worked at this site.
19               MS. BENNETT:  Join.
20               MS. SCHUETT:  So based on we're talking
21        about Miller, and based on your Answers to
22        Interrogatories, that would be from 1965 to 1969.
23        So any timeframe outside of that would be
24        irrelevant.
25               MR. MC COY:  Well, I don't agree with that
```

```
 1        objection.  But let's go on.
 2              THE WITNESS:
 3   A    I don't remember.  There were several people.  Three
 4        or four.  Maybe six.  I might deal with any one of
 5        their engineers that had a problem with something.
 6              MR. MC COY:
 7   Q    Did you -- you know the Byron Nuclear Power Plant,
 8        right?
 9   A    Yes.
10   Q    So what work did you have to do in connection with
11        Byron Nuclear Power Plant?
12   A    Never had anything to do with it.
13   Q    Can you tell us who at Sprinkmann dealt with
14        concerns about work at Byron Nuclear Power Plant?
15              MS. SCHUETT:  Object to form, foundation.
16              THE WITNESS:
17   A    I don't know that we had any work there, that I
18        remember.  I was never near the place.
19              MR. MC COY:
20   Q    All right.  How about the Zion Nuclear Power Plant,
21        you know that one, too, right?
22   A    No.
23   Q    Are you saying you don't know the plant, or that you
24        don't know any work that Sprinkmann did there?
25   A    I don't know the plant.  Oh, excuse me.  What did
```

```
 1        you ask me?
 2   Q    Zion Nuclear Power Plant.
 3   A    Oh, I'm sorry, I thought you said design.
 4   Q    Right.
 5   A    I know of Zion, and that's all I know.  We had
 6        nothing to do with it.
 7   Q    Okay.  Are you saying Sprinkmann had no work at
 8        Zion?
 9   A    Not that I'm aware of.
10   Q    Okay.  Well, let's ask the other -- about the other
11        Zien then, in the sense of Zien Mechanical, Zien
12        Plumbing & Heating.  Are you familiar with that
13        company?
14   A    Yes.
15   Q    Okay.  Was that company a contractor that sometimes
16        hired Sprinkmann as a subcontractor?
17             MS. SCHUETT:  Object to the extent that that
18        goes beyond the scope of this case, and this
19        deposition.  Only to the extent that that contractor
20        may have been involved with Ahnert could be relevant
21        here.
22             THE WITNESS:
23   A    I know, yes, yes, they did work for them.
24             MR. MC COY:
25   Q    Okay.  As Zien Plumbing & Heating work for
```

```
 1        Sprinkmann -- I'm sorry -- Zien Plumbing & Heating
 2        would hire Sprinkmann as subcontractors, right?
 3                MS. SCHUETT:   Same objection.
 4                THE WITNESS:
 5   A    At times.
 6                MS. SCHUETT:   Also calls for a legal
 7        conclusion.
 8                MR. MC COY:
 9   Q    So what -- in a situation where Zien is the
10        contractor, and Sprinkmann is working as a
11        subcontractor, what role do you have as field
12        superintendent to interact with the principle
13        contractor?
14                MS. SCHUETT:   Object, form, foundation,
15        vague as to time, outside the scope of this case,
16        unless you pin it in to a timeframe that's relevant.
17                THE WITNESS:
18   A    Well, I would talk to the foreman to see what
19        systems were ready to be insulated, and basically
20        that's the extent of it.  And I would see that it
21        got done.
22                MR. MC COY:
23   Q    When you say talk to the foreman, do you mean a
24        foreman for Zien or a Sprinkmann foreman?
25   A    Zien.
```

1   Q    Did you know a LeRoy Ruttinger (phonetic)?

2   A    No.

3   Q    Who was the foreman you remember at Zion?

4   A    I don't remember any foreman at Zion.

5   Q    The work that Sprinkmann did at Miller, was that

6        usually direct hire of Sprinkmann by Miller, or was

7        that through other contractors, or some combination

8        of the two?

9             MS. SCHUETT:  Objection to the extent that

10       this case only deals with Milwaukee -- Miller

11       Brewery from '65 to '69, and so your question should

12       be limited in that way as well.

13            MS. BENNETT:  Join.

14            MS. SCHUETT:  You can answer if you can.

15            THE WITNESS:

16   A    I can't -- it could be in both cases.  I can't be

17       definite on it.

18            MR. MC COY:

19   Q    So when did Sprinkmann tell the Local 19 insulators

20       that were working for Sprinkmann to use some type of

21       safety protective measures for asbestos?  When did

22       that start?

23            MS. SCHUETT:  Objection, form, foundation.

24            THE WITNESS:

25   A    I would suspect when OSHA brought out the warnings.

**Deposition of Ralph Van Beck - June 26, 2012**                71

1             MR. MC COY:

2    Q    Is that like about 1972?

3    A    It's probably in that area, yes.

4    Q    Okay.  And as field superintendent, what role did

5         you have as far as input or implementation of

6         asbestos safety protections?

7              MS. SCHUETT:  With respect to these sites

8         are you talking about?

9              THE WITNESS:

10   A    We weren't using asbestos.  At that time.  We didn't

11        use any.  When OSHA said it's dangerous, you can't

12        use it, we didn't use it.

13             MR. MC COY:

14   Q    Well, I'm talking about any removal of something

15        that was in place, as part of my question.

16             MS. SCHUETT:  Vague, form, foundation.

17             THE WITNESS:

18   A    There were -- there were no set standards for

19        asbestos removal back then.

20             MR. MC COY:

21   Q    Okay.  So let me see if I understand something.  So

22        what were the instructions that Sprinkmann was

23        giving to the Local 19 people about asbestos?  Who

24        were employed by Sprinkmann.

25             MS. SCHUETT:  Form, foundation, vague as to

```
 1           time, outside the scope of this case.
 2                    THE WITNESS:
 3   A     I can't answer you.  I don't know what -- you
 4         know -- what are you saying?  When asbestos became
 5         illegal, we didn't use it.  You know.  There were a
 6         lot of vagaries about it, but there was no definite
 7         time until OSHA came out that it was, you know, you
 8         shouldn't use it.
 9                    MR. MC COY:
10   Q     Okay.  Well, what were the vagaries?
11   A     Well, there was rumors flying all over the place.
12                    MS. SCHUETT:  You're seeking a legal
13         conclusion as well that's inappropriate.  Object to
14         that.
15                    THE WITNESS:
16   A     I had no definite concrete information, that I know
17         of.
18                    MR. MC COY:
19   Q     Okay.  Tell me what the rumors were that were flying
20         around.
21   A     That it could be dangerous.
22   Q     And where did you start hearing those rumors?
23   A     I have no idea.
24   Q     When?
25   A     Probably in very late -- early -- early 70s.
```

```
 1   Q    Was this information communicated by Sprinkmann to
 2        the Local 19 members?  The rumors?
 3             MS. SCHUETT:  Objection, form, foundation,
 4        vague as to time.  The use of the word rumors is
 5        vague.
 6             THE WITNESS:
 7   A    No.  Not that I recall they weren't.
 8             MR. MC COY:
 9   Q    As far as boiler installations are concerned, the
10        boilers that were used at the schools, or hospitals,
11        that size of boilers, did you work on those as a
12        Local 19 member?
13             MS. SCHUETT:  Objection, outside the scope
14        for this deposition.  There's no, as far as I see,
15        any schools or hospitals listed as sites of Ahnert.
16             MR. LORINGER:  Also vague and overbroad.
17             MR. MC COY:
18   Q    Go ahead.
19   A    What are you asking, if I ever worked on a boiler?
20   Q    Well, those types of boilers like the kind used at
21        schools.
22   A    I may have.
23   Q    As a Local 19 member?
24   A    Yes.
25             MR. LORINGER:  Same objection.
```

```
1                MS. SCHUETT:  Join.

2                MR. MC COY:

3    Q   What were the procedures followed in insulating

4        those?

5                MR. LORINGER:  Objection.

6                MS. SCHUETT:  Objection.  Again, it's

7        outside the scope of this case.  There is no school,

8        that I see here, or hospital, boiler, involved in

9        this case.  There's no relevance to the question.

10       So don't answer.

11               MR. LORINGER:  Also form, foundation.

12               MR. MC COY:  You're instructing him not to

13       answer on relevance?

14               MS. SCHUETT:  No, you're asking a question

15       about a site that's not listed in this case.

16               MR. MC COY:

17   Q   You can answer that question.

18   A   No, I'm not answering.

19               MR. MC COY:  Let's move on.

20               MS. SCHUETT:  If you want to ask him about

21       something he did at a site that's listed in this

22       Ahnert case, that's fine.

23               MR. MC COY:

24   Q   Mr. Van Beck, I suppose that your counsel has spoken

25       to you about the rules of depositions, and you've
```

```
 1          been hearing about that from your counsel.
 2                    MS. SCHUETT:  I move to strike that comment.
 3                    MR. MC COY:  I'm not asking him what the
 4          communications were, please, okay?  Like I said, I
 5          really need to finish my questions before I get an
 6          objection.  It's the second time I've had to say it.
 7                    MS. SCHUETT:  Well, we waited 40 minutes for
 8          you, so I think we're at least even.
 9                    MR. MC COY:  And as you know, in the past,
10          I've many times rescheduled matters for your law
11          firm.
12                    MS. SCHUETT:  As have we for you, sir.
13                    THE WITNESS:  Let's not bicker, children.
14                    MR. MC COY:  And that's exactly right, Mr.
15          Van, Beck so let's move on.  This is Mr. Van Beck's
16          deposition.  Okay?  So that's my point.  All right.
17     Q    Now, what I need to know, though, is everything that
18          you know from your knowledge, because this is your
19          deposition, and as you understand, the attorneys
20          have rights to make objections.  But I'm certainly
21          going to be pursuing answers to the questions, and I
22          just want to let you know that simply because
23          there's an objection made, that doesn't mean that
24          from my perspective I'm saying, or I'm agreeing with
25          the objection.  I want to hear what information you
```

```
 1        have.
 2                 MR. WATSON:  Objection, move to strike.
 3        That's not a question.  That is an instruction to a
 4        witness.
 5                 MS. SCHUETT:  Join.
 6                 MR. MC COY:  All right.
 7   Q    So having said that, is it your testimony that
 8        Sprinkmann never had a job at the Zion Nuclear Power
 9        Plant?
10   A    That's correct.
11   Q    Okay.  And what is your basis for saying that?  Is
12        that because you never personally heard about it?
13        Or is it from some list of jobs?  Or why would you
14        be able to make that statement?
15                 MS. SCHUETT:  Objection to the extent that
16        this is not a person most knowledgeable deposition.
17        This is a deposition of a fact witness regarding
18        certain sites in this case.  He can only say what he
19        knows.  He's not speaking on behalf of Sprinkmann.
20        Okay?
21                 MR. MC COY:  So he can answer.
22                 MS. SCHUETT:  He's a former employee of
23        Sprinkmann.
24                 MR. MC COY:
25   Q    You can answer.
```

```
 1   A    I don't know what you want to know.  Do I know
 2        anything about Zion?  I know where it is.  Period.
 3   Q    Okay.  I just want to -- I just am trying to
 4        understand how you can be confident that Sprinkmann
 5        never had a job at Zion.
 6             MS. SCHUETT:  That he's aware of.  That's
 7        all he's saying.  If you want to depose a PMK, you
 8        can.
 9             THE WITNESS:
10   A    Well, I have no -- as far as I know, I've never
11        heard of Sprinkmann at Zion.  I don't know of
12        Sprinkmann at Zion.  That's it.  I know of Zion.
13        Period.  I can't get any clearer than that.
14             MR. MC COY:
15   Q    Did you have to approve the billing that would go
16        out to customers on some jobs?
17   A    Absolutely not.
18   Q    Okay.  The Pabst Brewery in Milwaukee, as a field
19        superintendent, what work did you have at the Pabst
20        Brewery?
21             MR. ANTIKAINEN:  Objection, asked and
22        answered.
23             THE WITNESS:
24   A    I have no recollection of that.
25             MR. MC COY:
```



1   Q     Can you tell us what jobs you have recollection of

2         that you were doing as a field superintendent?

3               MR. ANTIKAINEN:  Objection, vague.  Are you

4         talking at Pabst, or are you talking just generally?

5               THE WITNESS:

6   A     There's so many, I can't -- I couldn't rattle them

7         off.  I told you, I never kept a journal.  I did

8         them, and that was it.  You asking me where I had

9         jobs, where I did jobs all over -- God, there were

10        so many, I don't know.  They were all over the

11        place.

12              MR. MC COY:

13  Q     How about the Schlitz Brewery, did you work there as

14        a member of Local 19?

15  A     Yes.

16  Q     When did you work at Schlitz Brewery?

17  A     Well, prior to 1966 sometime.

18  Q     Was it in the earlier years when you first started

19        with Sprinkmann, or was it later in your years with

20        Local 19?

21  A     I don't know.  It could have been any time in

22        between I started and when I became field

23        superintendent.

24  Q     Okay.  What jobs do you remember at Schlitz?

25  A     I don't remember any jobs.  I remember covering

```
 1        pipes.  I don't know what systems they were.  But I
 2        worked there, so obviously I was doing something.
 3    Q   How many jobs did you work at Schlitz?
 4    A   I have no idea.
 5    Q   More than two?
 6              MS. SCHUETT:  Asked and answered.
 7        Objection.
 8              THE WITNESS:
 9    A   I have no idea.
10              MR. MC COY:
11    Q   As a field superintendent, did you have work
12        associated with Pabst?
13              MR. ANTIKAINEN:  Objection, asked and
14        answered.  Twice at least now.
15              THE WITNESS:
16    A   Wasn't that asked?
17              MS. SCHUETT:  Yes.
18              THE WITNESS:
19    A   I thought it was.  I may have.
20              MR. MC COY:
21    Q   Did I put Schlitz in that question, or did I --
22              MR. ANTIKAINEN:  No, you put Pabst.
23              THE WITNESS:
24    A   No, you put Pabst in that question.
25              MR. MC COY:
```



1   Q    I meant to ask for Schlitz.

2   A    May have.

3              MR. ANTIKAINEN:  Sir, could you let him ask

4        the question before you answer please?

5              THE WITNESS:

6   A    I'm in a hurry.

7              MR. ANTIKAINEN:  I know.  I understand that.

8        Bob, I'm not sure there's a question pending.  Could

9        you ask it again?

10             MR. MC COY:

11  Q    As a field superintendent, Mr. Van Beck, did you

12       have work associated with the Schlitz Brewery?

13             MR. ANTIKAINEN:  Object to form.

14             THE WITNESS:

15  A    When did Schlitz close?

16             MR. MC COY:

17  Q    You know, that's a good question.  I used to like

18       their beer commercials.

19  A    That would base my answer on, that if I knew when it

20       closed.

21  Q    I can't tell you, other than late --

22  A    Well, I can't remember.

23  Q    -- sometime after the mid 70s.

24             MS. SCHUETT:  Well, this witness stopped

25       working there in the 60s.  So.  Not this witness,

```
 1          but this plaintiff.  So any questions regarding the
 2          timeframe about that would not be relevant to this
 3          deposition.
 4                  MR. MC COY:  And, again, if we need to bring
 5          back Mr. Van Beck because of some of these
 6          instructions not to answer, I certainly reserve the
 7          right to do that.  For the Ahnert case.  As well as
 8          for other cases.
 9                  MS. SCHUETT:  You have that right in other
10          cases, as you know.
11                  MR. MC COY:
12   Q      You know, I was told several years ago that you had
13          some issues, and I won't ask you to describe any
14          health issues, but I was told you had health issues
15          that would limit your abilities to give testimony.
16          Is that still a concern for you today?
17                  MS. SCHUETT:  Object to form, foundation.
18          You don't have to answer that question.
19                  THE WITNESS:
20   A      No.  I won't answer it.
21                  MS. SCHUETT:  He's over 80 years old.  Okay?
22          He has difficulty --
23                  THE WITNESS:
24   A      I've got all kinds of problems.
25                  MS. SCHUETT:  Difficulty walking.
```

```
 1                    THE WITNESS:
 2   A    Bad knees, bad hips.
 3                    MR. MC COY:
 4   Q    I just want to find out, though, I mean if we have
 5        to have you come to testify someplace again, is
 6        there some limitations on your abilities to provide
 7        that testimony if we need it down the road?
 8                    MS. SCHUETT:   Probably if plaintiff's
 9        counsel would come on time instead of 40 minutes
10        late, I'm sure that would help whatever witness
11        you're deposing.
12                    THE WITNESS:
13   A    You asking me can I -- would I be able to be
14        deposed?  I'm here.
15                    MR. MC COY:
16   Q    Yes.
17   A    So obviously yes.
18   Q    Okay.  So, in other words, you don't -- your health
19        concerns don't preclude you from giving additional
20        testimony.
21   A    At this time, no.
22   Q    Okay.  That's all I wanted to know.  Did you ever
23        have a role in the preparing the paperwork to obtain
24        the materials?
25   A    Did I ever have a role in --
```

```
 1   Q    Preparing the paperwork to --
 2   A    I may have written an order for materials to be
 3        delivered to a particular job.
 4   Q    Okay.  Is that something you did very often, or was
 5        that just a rare --
 6   A    No.  I would do it periodically for jobs.
 7   Q    Okay.
 8   A    Write an order to the warehouse, and they deliver it
 9        to a particular job.
10   Q    Why would you be doing that, as opposed to like the
11        estimator, or the foreman working in the field?
12             MS. SCHUETT:  Object to the extent that's
13        outside the scope of this deposition and these job
14        sites.
15             MR. MC COY:
16   Q    Go ahead.
17             MS. SCHUETT:  You can answer if you can.
18             THE WITNESS:
19   A    Why would I do it?
20             MR. MC COY:
21   Q    Right.  As opposed to like the estimator, or the
22        foreman on the job.
23   A    Because I was the closest one to the job.  And if I
24        knew material was needed, I would order it if it
25        pertained to that job.
```

```
 1                MS. SCHUETT:  How much more do you have,
 2        Bob?  I'm just looking at the clock.  It's 12:27.  I
 3        don't know how many questions other people have in
 4        the room.  Do other people have questions?
 5                MR. MC COY:  I might have another -- I doubt
 6        it's more than 15 minutes.
 7                MS. SCHUETT:  How about the rest of you?  I
 8        think a total of what, a half hour, or something
 9        like that?
10                MR. WATSON:  I have probably 15 to 20.
11                MS. SCHUETT:  Are you hungry?
12                THE WITNESS:  I'm always hungry.
13                MS. SCHUETT:  Me too.  Would you want to
14        take a break?
15                (Short pause)
16                MR. MC COY:
17     Q  So as field superintendent, did -- what do you know
18        about Sprinkmann providing safety instructions on to
19        customers for asbestos that was already in place?
20                MS. SCHUETT:  Objection, form, foundation,
21        vague as to time, outside the scope of these sites.
22                THE WITNESS:
23     A  I don't know of any.
24                MR. MC COY:
25     Q  When did you become vice president?
```

```
 1   A    Oh, God.   In the 80s.   Mid 80s, I believe.
 2   Q    And what was the reason why they added vice
 3        president to your title?
 4   A    They thought I earned it.
 5   Q    If someone said that Sprinkmann was using
 6        asbestos-containing materials for 80 percent or 90
 7        percent of the work at Miller Brewery, would you
 8        have any basis for agreeing or disagreeing with that
 9        statement?
10             MS. SCHUETT:   Objection.
11             MS. BENNETT:   Objection.
12             MS. SCHUETT:   Form, foundation, vague as to
13        time.
14             MR. MC COY:
15   Q    Go ahead.
16             MR. WATSON:   And I'm going to object.
17        You're asking the witness to provide character
18        testimony of an unnamed individual.
19             THE WITNESS:
20   A    Repeat the question.
21             MR. MC COY:  Can you just read it back?
22             (Question read)
23             THE WITNESS:
24   A    Is this -- what timeframe is this?  While I was
25        field superintendent?
```

```
 1                  MR. MC COY:
 2   Q    I'm talking about the timeframe before OSHA.
 3   A    I can't answer that.  My thing would be that no,
 4        they didn't supply that much asbestos.
 5   Q    And why do you think that?
 6   A    I'm guessing.
 7   Q    Okay.  Just a guess.  I'm sorry, your --
 8   A    Yes.
 9   Q    He's got to have a yes or no to take it down.
10   A    Well, I understand that.
11   Q    All right.  Okay.  So would the same be true for the
12        Schlitz Brewery, that you don't know what percentage
13        of the materials that Sprinkmann installed before
14        OSHA were asbestos-containing?
15   A    That's correct.
16   Q    And you don't know what brands were installed at
17        Schlitz, is that right?
18   A    That's correct.
19   Q    For Oak Creek Power Station, Lakeside Power Station,
20        Ladish, Port Washington, would your answers also be
21        that you are unable to say what percentage of the
22        materials that Sprinkmann delivered were
23        asbestos-containing before OSHA?
24                  MS. SCHUETT:  Form, foundation, assumes
25        facts not in evidence.
```

```
 1                THE WITNESS:
 2    A    Yes.
 3                MR. MC COY:
 4    Q    Would the same then be true for Miller and Pabst,
 5         that you would be unable to say what portions of
 6         materials that Sprinkmann delivered before OSHA were
 7         asbestos-containing?
 8                MS. BENNETT:  Objection, asked and answered.
 9                MR. ANTIKAINEN:  Objection, asked and
10         answered.
11                THE WITNESS:  I got to slow down.
12                MR. MC COY:  We'd be moving right along if
13         we did not have objections.
14                MR. ANTIKAINEN:  But then our clients'
15         interests wouldn't be represented, and there would
16         be no use for us here, would there?
17                MR. MC COY:  No, I'm not quibbling with the
18         right to make it.  It would be -- slows it down a
19         lot.
20    Q    Okay.  So was there ever a time when Sprinkmann
21         developed any instructions, or made communications
22         to customers about in-place asbestos-containing
23         materials, and safety concerns of those materials?
24                MS. SCHUETT:  Objection to form, foundation,
25         vague as to time, and overly broad.  Based on the
```

```
 1          scope of this case.
 2                  THE WITNESS:
 3   A    That would have been outside of my job description.
 4                  MR. MC COY:
 5   Q    Okay.  So are you saying you don't know about such
 6        matters?
 7   A    Yeah.  I don't know if they did or not.  It was not
 8        my place to know what they were doing.
 9   Q    At the Oak Creek Power Station, was there a person
10        that you communicated with who was employed by the
11        electric company on any of the superintending work?
12   A    You know, there's -- I dealt with many different
13        people.  You're talking while I was field
14        superintendent?
15   Q    Yes.
16   A    I don't -- I can't give you a specific name.
17   Q    Okay.
18   A    No, I can't.  No.
19   Q    Did you get specification information about the
20        materials to be used at the WEPCO facilities before
21        OSHA?
22   A    Did I get them?
23   Q    Yes.
24   A    What type of materials to be -- I got what type of
25        materials went on what type of pipe, what kind of
```

```
 1        pipeline.
 2   Q    Okay.  And where did those come from?
 3   A    From the office.  From the estimator.
 4   Q    Sprinkmann office.
 5   A    Yeah.
 6   Q    Do you know if they were prepared by Sprinkmann, or
 7        if they were prepared by the electric company?
 8   A    I don't know.
 9   Q    How about at Miller, did you get specifications
10        before OSHA about the materials to be used?
11   A    As I repeated, it's the same answer I gave you
12        before.  Whatever went -- I was told what went on
13        particular pipelines.
14   Q    Okay.  And, again, this would be from the
15        estimators?
16   A    Yeah.
17   Q    Was there anything in writing that you recall about
18        Miller specifications?
19             MS. SCHUETT:  Objection, vague, form,
20        foundation.
21             THE WITNESS:
22   A    There were job tickets issued for a particular job.
23        You know.  Insulate this or that, whatever.
24             MR. MC COY:
25   Q    That's job --
```

```
 1   A   They were not very detailed, though.

 2   Q   Right.  That was job by job at Miller.

 3   A   Yes.

 4   Q   Okay.  How about like at the electric company, did

 5       you get like a standing set of specifications for

 6       the materials?

 7   A   While I was field superintendent, I really never --

 8       I didn't have that.  That was basically the realm of

 9       the estimator.

10   Q   Okay.  What about Pabst, was that a situation that

11       was also job by job on the tickets for the whatever

12       specification information that you saw?

13   A   I had no hand in specifying anything.  That came

14       from the office.

15   Q   For Pabst.

16   A   Yeah.

17   Q   Okay.

18           MR. ANTIKAINEN:  Sorry, Bob, didn't mean

19       to -- just going to object to the vague nature of

20       that question.  The previous question.  Sorry for

21       interrupting, Bob.

22           MR. MC COY:

23   Q   Is that true for all the jobs while you were field

24       superintendent, that you had no hand in specifying

25       the materials as far as the types of materials?
```

```
 1               MS. SCHUETT:  Objection, vague.
 2               THE WITNESS:
 3   A    That's correct.
 4               MS. SCHUETT:  You can answer.
 5               THE WITNESS:
 6   A    That's correct.
 7               MR. MC COY:
 8   Q    What if there was a question on the job about is it
 9        thick enough, or is it, you know -- is the surface
10        smooth enough, or prepared right, did you get
11        involved in those kinds of questions?
12               MS. SCHUETT:  Objection, form, foundation,
13        multiple, vague as to time.
14               THE WITNESS:
15   A    Well, the thickness was generally came with the job
16        description.  You did this on that line, and that on
17        that line.  And just specified thicknesses.
18               MR. MC COY:
19   Q    Okay.  So, but my question was, did you get involved
20        in those kinds of issues if they came up?
21   A    No.
22   Q    Is it fair to say your work was more on the order of
23        the personnel that Sprinkmann was providing for the
24        jobs, and whether they're doing it right or not?
25   A    That's correct.  That's why they called it a field
```



1      superintendent.

2   Q   Okay.  And I assume another function that you would

3       have is if the materials weren't getting there

4       timely, that you might have to get involved in that?

5   A   Yes.

6   Q   Can you tell us whether Zien Plumbing & Heating had

7       work on any of these job sites?  And I'll just run

8       them off real quick.  Miller?

9   A   I have no idea.

10  Q   Pabst?

11  A   I have no idea.

12  Q   Schlitz?

13  A   No.  No idea.

14  Q   Port Washington?

15  A   Don't have any idea.

16  Q   Ladish?

17  A   I have no idea.

18  Q   Lakeside Power?

19  A   I have no idea.

20  Q   Oak Creek Power Station.

21  A   No.

22  Q   Did you say no, they did not?

23  A   That's -- well, I'm saying I don't know.

24  Q   Okay.  Did you have any role in choosing what brands

25      of insulation materials were kept in the Sprinkmann

```
 1      warehouse?
 2              MS. SCHUETT:  Objection, asked and answered,
 3      I think.
 4              THE WITNESS:
 5  A   No.
 6              MR. MC COY:
 7  Q   As an insulator working at Oak Creek Power Station,
 8      did you have to do unloading of any materials?
 9              MS. SCHUETT:  Object to the extent that that
10      predates the time that this plaintiff was at Oak
11      Creek, so I don't think it's relevant.  You can
12      answer.
13              THE WITNESS:
14  A   I don't know.  It's conceivable I might have
15      unloaded some material while I worked there.  I
16      don't remember that.  My God, man.
17              MS. SCHUETT:  Any other questions, Bob?
18              MR. MC COY:  Just checking here.  I don't
19      have that 2006 testimony.  Did you have a copy of
20      that?
21              MS. SCHUETT:  I do not.
22              MR. MC COY:
23  Q   Have you ever received any compensation for any work
24      that you've done testifying in asbestos cases,
25      besides subpoena fees?
```

```
 1   A   No.
 2   Q   And you're saying you don't know what brand of
 3       products was used at Oak Creek Power Station, is
 4       that right?
 5   A   That's right.
 6   Q   You don't know what brand was used at Lakeside Power
 7       Station, right?
 8   A   No.
 9   Q   Do not know.
10   A   I have no idea.  I don't know.  I can't specify what
11       was used.
12   Q   Right.  You don't know what brand was used at
13       Ladish, right?
14   A   No.
15   Q   Do not know.
16   A   No, I don't know.
17   Q   Port Washington Power Plant, you don't know what
18       brand was used there?
19   A   I do not.
20   Q   And the same for Miller, Pabst and Schlitz, you
21       don't know what brands were used there.
22   A   That's correct.
23   Q   And what's your understanding of calcium silicate,
24       can you describe what you, you know, not as a
25       chemist, you're obviously not, but what you
```

```
 1        understand calcium silicate to be?
 2                MR. WATSON:  Objection, vague.
 3                THE WITNESS:
 4    A   It's a -- calcium silicate pipe insulation is meant
 5        for insulating hot piping.
 6                MR. MC COY:
 7    Q   And magnesia insulation, what do you understand that
 8        to be?
 9    A   Same purpose.
10    Q   Is there a difference in the temperature ranges at
11        which they are going to be used, or are they --
12    A   I'm not familiar with temperature.  If there is a
13        slight variation, I don't know what it is.
14    Q   Okay.  So as far as you're concerned, they're both
15        interchangeable.
16                MS. SCHUETT:  Objection, form, foundation,
17        misstates the testimony.
18                MR. WATSON:  Object.
19                THE WITNESS:
20    A   They're both interchangeable?
21                MR. MC COY:
22    Q   Yes.
23    A   Not today they're not.
24    Q   Well, let's talk -- I want to talk about the time
25        period before the OSHA regulation.
```

```
1              MS. SCHUETT:  Objection, form, foundation,
2         overly broad vague.
3              THE WITNESS:
4    A    I don't know -- well, I don't even know if calsil
5         was there before then.  I suppose it would be
6         interchangeable.
7              MR. MC COY:
8    Q    Okay.  When do you first remember calsil?
9    A    I don't remember -- I don't remember when it came
10        in.
11   Q    Calsil is the same as calcium silicate?
12   A    Yes.  I would -- yes.
13   Q    Do you remember magnesia being earlier than calsil?
14   A    Yes.
15   Q    Do you know the name Benjamin Foster?
16   A    Yes.
17   Q    Okay.  Is that something that was used as a, like a
18        mastic, or --
19   A    Yes.
20   Q    And I take it you never dealt with any of the
21        manufacturers who were selling the materials to
22        Sprinkmann, or the customers, is that correct?
23   A    That's correct.
24   Q    Are you familiar with any of the units at Oak Creek
25        that were erected by Foster Wheeler?
```

```
 1   A    I know the name.  I don't know what exact units they

 2        built.

 3   Q    Okay.  How is it that you remember Foster Wheeler?

 4   A    Well, it was a common name.

 5   Q    Okay.

 6   A    In the industry.

 7   Q    Do you know if they built any units at Oak Creek, do

 8        you remember?

 9   A    I don't know.

10   Q    Did you deal -- let me rephrase this question.  As

11        field superintendent, were you doing work on some of

12        the original unit constructions at Oak Creek

13        Powerhouse?

14   A    That's a good question.  I'm not sure.  I'm not sure

15        when Oak Creek was completed.

16   Q    I think the last unit was, other than the gas

17        turbine, I think it was about '68.

18   A    It's possible.  That it was '68, it's possible, yes.

19   Q    Each of these breweries had a big powerhouse, right?

20   A    I'm sorry, I didn't --

21   Q    The Miller, Pabst and Schlitz Breweries all had big

22        powerhouses, right?

23   A    Yes.

24   Q    And in these powerhouse settings, are there

25        sometimes smaller boilers that are like auxiliary
```

```
 1        boilers to fire up the big boilers?
 2                MR. ANTIKAINEN:  Objection, form,
 3        foundation.
 4                THE WITNESS:
 5   A    They may have had auxiliary boilers.
 6                MR. MC COY:
 7   Q    Okay.  Auxiliary boilers, do you know the names,
 8        like Kewaunee, or Cleaver-Brooks?
 9                MR. ANTIKAINEN:  Objection.
10                THE WITNESS:
11   A    I know of the name, but --
12                MR. PARTRIDGE:  Form, lack of foundation.
13                THE WITNESS:
14   A    Your question again?
15                MR. MC COY:
16   Q    My question is, do you know these auxiliary boilers
17        as being the brands like Kewaunee, or
18        Cleaver-Brooks?
19                MR. LORINGER:  Form, foundation.
20                MR. PARTRIDGE:  Same objection.
21                THE WITNESS:
22   A    I'm aware of Cleaver-Brooks boilers and Kewaunee
23        boilers, yes.
24                MR. MC COY:
25   Q    Did Sprinkmann have to do insulation work on these
```

```
 1      types of auxiliary boilers?
 2              MR. LORINGER:  Objection, form, foundation.
 3              THE WITNESS:
 4   A  I wouldn't call them auxiliary boilers.  I would
 5      remember working on boilers of that name, yeah.
 6              MR. MC COY:
 7   Q  Okay.  And so describe how that sectional Kewaunee
 8      boiler was insulated.
 9   A  Was insulated with the --
10              MR. PARTRIDGE:  Object to form.  Well, lack
11      of foundation.  Go ahead.
12              THE WITNESS:
13   A  What exactly -- how is it insulated?
14              MR. MC COY:
15   Q  Yes.
16   A  It was generally insulated with calsil block.
17   Q  What about before OSHA?
18   A  Might have been magnesia block.
19   Q  Okay.  And what else?
20   A  At one time they probably put asbestos cement on it.
21      Chicken wire.  Cement.  Canvas.
22   Q  Is this something you had to do as an insulator
23      yourself, or just that you saw it?
24              MS. SCHUETT:  With respect to these sites
25      you mean, right?  The sites involved in the Ahnert
```

1       case?

2               THE WITNESS:

3   A   Not on these sites.

4               MR. MC COY:

5   Q   Okay.  What about when you're working as an

6       insulator for Sprinkmann, is this something you had

7       to do someplace?

8               MR. PARTRIDGE:  Object to form, lack of

9       foundation.

10              MR. MC COY:

11  Q   Go ahead.

12  A   It's probable I did.

13  Q   Was part of your job to train, or to set up

14      training, or provide support for training for the

15      Local 19 persons who were coming on to the

16      Sprinkmann jobs?

17              MS. SCHUETT:  Form, foundation, vague as to

18      time.  You can answer.

19              THE WITNESS:

20  A   Well, for many it was just on-the-job training.

21      Except when the state got involved, and had official

22      training program, apprenticeship training program.

23      Before that, it was on-the-job training.  It was

24      just -- it wasn't a formal apprenticeship.  They

25      were called helpers.

```
 1              MR. MC COY:
 2   Q    So Sprinkmann didn't have a formal training program
 3        for these Local 19 people who were helpers, is that
 4        accurate?
 5              MS. SCHUETT:  Objection, vague as to time.
 6              THE WITNESS:
 7   A    Nobody had a formal training program for them.  It
 8        was all on-the-job training.
 9              MS. SCHUETT:  Before the state got involved,
10        as he said.
11              THE WITNESS:
12   A    Before the state got involved.
13              MR. MC COY:
14   Q    All right.  And when you say the state got involved,
15        you mean the State of Wisconsin?
16   A    Yes.
17   Q    And when the State of Wisconsin got involved, what
18        type of training was -- changes were there in
19        training for the Local 19 people?
20   A    There were apprenticeship classes.  They went to
21        school either at one time for a week during the
22        year, or later on maybe one day at a time during the
23        particular season.
24   Q    Training in what?
25   A    Applying insulation.
```

1   Q    That include safety concerning existing in-place

2        insulation?

3             MS. SCHUETT:  Objection, outside the scope

4        of this deposition, vague as to time, form,

5        foundation.  You can answer if you can.

6             THE WITNESS:

7   A    Yes, it probably did.

8             MR. MC COY:

9   Q    Did these classes -- or did the state get involved

10       right after OSHA came out in the '72 or --

11  A    I don't remember the date.

12  Q    Okay.  Where was your -- as field superintendent,

13       did you have a office?

14  A    I had a desk.

15  Q    Okay.  Where was --

16  A    Pardon?

17  Q    Where was that located?

18  A    In the Sprinkmann facility.

19  Q    Was this located in a particular part of the

20       facility?  Meaning like --

21  A    I shared -- at one time I shared an office with

22       somebody.

23  Q    Somebody working in what area?

24  A    Pardon?

25  Q    Somebody working in what area?

```
 1   A     Estimator.
 2   Q     Just want to make sure.  Did Sprinkmann ever develop
 3         any communications or information that would be
 4         provided to the other trades like the pipe fitters?
 5         About asbestos safety?
 6               MS. SCHUETT:  Objection, form, foundation,
 7         outside the scope of this case.  And he's not a PMK.
 8         So to the extent you have that information, you can
 9         answer.
10               THE WITNESS:
11   A     I don't have any information on that.
12               MR. MC COY:  Okay.  I think that's all the
13         questions I've got for right now, Mr. Van Beck,
14         thanks.
15               MS. SCHUETT:  Feel okay to keep going?  Just
16         let the other people do their thing quickly?
17               THE WITNESS:  Sure.  Let's do it over.
18               MS. SCHUETT:  Two-minute break.  Five-minute
19         break.
20               (Short recess was taken)
21               (Exhibit Numbers 1 and 2 were marked for
22         identification)
23               MR. MC COY:  We'll go back on the record.
24         Just for the record, we've marked as Exhibits Number
25         1 and 2, 1 being the notice of today's deposition,
```

```
 1        amended, first amended notice.  And second exhibit
 2        is the e-mail service of that notice.
 3                         EXAMINATION
 4   BY MR. WATSON:
 5   Q    Mr. Van Beck --
 6   A    Yes.
 7   Q    -- my name is Brian Watson, I represent
 8        Owens-Illinois.  I introduced myself to you earlier
 9        this morning.  That was the first time we met, is
10        that right?
11   A    Yes.
12   Q    Mr. McCoy asked you earlier today about a gentleman
13        named John Locker?
14   A    Yes.
15   Q    Do you recall working with Mr. Locker at Sprinkmann?
16   A    Yes.
17   Q    Do you recall whether Mr. Locker began working at
18        Sprinkmann before you had even started working at
19        Sprinkmann?
20   A    I couldn't answer that.  I don't know when he
21        started his employment.
22   Q    At the time that you started working at Sprinkmann,
23        do you recall whether Mr. Locker already worked
24        there?
25   A    You know, I'm not sure, because I had no dealings
```

```
 1        with the office when I first started.
 2   Q    And do you recall when Mr. Locker left Sprinkmann's
 3        employ?
 4   A    No.
 5   Q    Would you describe Mr. Locker as a purchasing agent
 6        at Sprinkmann?
 7   A    Yes.
 8   Q    Would he be the person who was most knowledgeable,
 9        in your opinion, of the products that were purchased
10        by Sprinkmann during those years?
11   A    Not necessarily.  When you say the most
12        knowledgeable, I wouldn't say necessarily so.  But
13        he knew them.  Obviously.
14   Q    Is there somebody in addition to Mr. Locker who you
15        would understand to have more information about the
16        products that Sprinkmann purchased?
17             MS. SCHUETT:  Alive today you mean, or --
18             THE WITNESS:
19   A    Alive today?
20             MR. WATSON:
21   Q    No, in general.
22   A    No.  No.  They -- all the estimators would have had
23        that information.
24   Q    So if I understand your testimony, the estimators
25        would have information in terms of job site by job
```

1        site purchases.

2    A    Yes.

3    Q    And Mr. Locker might have information about global

4        numbers and quantities of purchases by Sprinkmann.

5    A    Yes.

6    Q    Am I right that Sprinkmann was a distributor for

7        Baldwin-Ehret-Hill?

8    A    I can't answer that.

9    Q    Is that a product that you recall using at

10       Sprinkmann?

11   A    Yes.

12   Q    In terms of thermal insulation, would that include

13       pipe covering?

14   A    Yes.

15   Q    Would it include block?

16   A    Yes.

17   Q    Would it include cements?

18   A    Yes.

19   Q    Would it include blankets?

20           MS. SCHUETT:   Objection, form, foundation.

21       You're outside the scope of the sites in this case.

22           THE WITNESS:

23   A    Yes.

24           MR. WATSON:

25   Q    Any other product that you can include --

1    A      No.   None.

2    Q      -- within thermal products?

3    A      Not really.

4    Q      In terms of use of a product at a job site, would I

5           be correct that as soon as the product is no longer

6           contained in its original packaging, such as a box,

7           or a bag, that you could no longer tell who the

8           manufacturer was?

9                 MS. SCHUETT:   Objection, form, foundation,

10          vague as to time.

11                THE WITNESS:

12   A      I think that would be correct.

13                MR. WATSON:

14   Q      For example, if you remove the cement from the

15          cement covering bag, you could no longer tell who

16          the manufacturer was just by looking at the cement?

17   A      That's correct.

18   Q      And if you took the pipe covering out of the pipe

19          covering box, you could no longer tell who the

20          manufacturer of the pipe covering was just by

21          looking at it.

22                MS. SCHUETT:   Same objections.

23                THE WITNESS:

24   A      I got to think on that one.   I think that's probably

25          correct.



```
 1                    MR. WATSON:
 2   Q    During your time as an insulator at Sprinkmann, the
 3        number of brands of thermal products used were in
 4        the dozens?
 5                    MS. SCHUETT:   Objection, form, foundation.
 6        Used by whom?
 7                    MR. WATSON:
 8   Q    Used by Sprinkmann.
 9                    MS. SCHUETT:   Still vague.
10                    THE WITNESS:
11   A    It is vague.   There were many different kinds.
12        Dozens.   I can't answer that.
13                    MR. WATSON:
14   Q    Without giving it a specific number, am I right that
15        there were many different brands of products that
16        were used in performing insulation?
17   A    Yes.
18   Q    As you sit here today, looking back to 1948, are you
19        in any way able to testify that a certain brand of
20        product was used at a certain job site?
21   A    Absolutely not.
22   Q    A lot of time has passed since 1948?
23   A    Yes.
24   Q    You worked at a lot of job sites as well?
25   A    Yes, I did.
```



1   Q    Anything else that affects your just sheer memory in

2        terms of looking back to 1948, and your inability to

3        identify products?

4               MS. SCHUETT:   Objection, form, foundation,

5        vague.

6               THE WITNESS:

7   A    Well, for one thing, I probably wouldn't have had

8        any interest in it.

9               MR. WATSON:

10  Q    Mr. McCoy also asked you earlier about products

11       actually installed at job sites.   Do you remember

12       that?

13  A    Do I remember him asking the question?   Somewhere

14       along there he probably did.

15  Q    Am I right that after a thermal product had been

16       installed on a job site, you could not tell the

17       manufacturer?

18  A    That's probably correct.

19  Q    For example, when you're insulating a pipeline, you

20       would put the pipe insulation on.   You would maybe

21       wire or twine it.   You would put cheesecloth.   And

22       you would put cement all on top of that pipeline.

23  A    Yes.

24  Q    You might even use a mastic as well?

25  A    You might.

1    Q    Would there be any way, as you looked at a insulated

2         pipeline, to determine the manufacturer of any of

3         those products?

4    A    No.  Not that I'm aware of.

5    Q    Mr. McCoy also asked you earlier about Zien Heating.

6    A    Yes.

7    Q    Do you recall, as you sit here today, a time where

8         you worked with anyone from Zien Heating?

9    A    No.

10   Q    I just want to underscore this as well.  You're here

11        to testify about a gentleman's case named Daniel

12        Ahnert?

13   A    That's correct.

14   Q    Have you ever met Daniel Ahnert?

15   A    No.

16   Q    Is there in any way that you could identify for us

17        the work Daniel Ahnert did?

18   A    No.

19   Q    I also want to ask you about construction sequencing

20        to the extent you can testify about this.  When did

21        insulators begin their work?

22             MR. MC COY:  Objection to foundation.

23             MR. WATSON:

24   Q    On a job site.

25             MS. SCHUETT:  Form, foundation, vague as to

```
 1        time.
 2                  THE WITNESS:  Can I answer?
 3                  MS. SCHUETT:  You can answer.
 4                  THE WITNESS:
 5   A    After the systems were installed, and tested.
 6                  MR. WATSON:
 7   Q    If I understand you right, the initial systems were
 8        installed by work of other tradesmen, they were
 9        tested, as well, to make sure that they were
10        operating correctly, and then, finally, the
11        insulators would come along and insulate.
12   A    That's basically correct.
13   Q    From your time starting in 1948 for the union,
14        until --
15   A    I have to amend that.  I wasn't in the union at the
16        time.
17   Q    That's probably my misstatement.  From your time
18        starting as a helper in 1948 --
19   A    Yes.
20   Q    -- to the time when you joined the union, up through
21        1966, when you took a superintendent position, did
22        the insulators do their job in basically the same
23        way?
24   A    Yes.
25   Q    When was the first time that you recall, looking
```

```
 1          back on it, that insulators changed the way they did
 2          work, in terms of safety?
 3    A     Oh, my.
 4               MS. SCHUETT:  Form, foundation, overbroad,
 5          outside the scope of this case.
 6               THE WITNESS:
 7    A     I think that -- well, that's hard to answer.  I
 8          remember respirators given out.  But I can't put the
 9          time and date on that.
10               MR. WATSON:
11    Q     I also want to make sure that we have this clear so
12          everybody else understands this.  Since -- looking
13          back at the time beginning in 1948, did you ever
14          keep a list of the job sites you worked?
15    A     Absolutely not.
16    Q     Did you ever keep a diary?
17    A     No.
18    Q     Would I be correct, then, that as you sit here and
19          testify today, the only thing that you're using to
20          look back and recall things to 1948 is your memory?
21    A     Such as it is, yes.
22    Q     Do you believe that there is anything that I could
23          provide, or anyone else could provide to refresh
24          your own memory in terms of job sites you worked?
25    A     I don't think so.
```

```
 1   Q    Is there anything I could provide, or anyone else

 2        could provide, in terms of refreshing your own

 3        memory, in terms of products that were used at job

 4        sites?

 5   A    No.

 6             MR. WATSON:  That's all the questions I

 7        have, Mr. Van Beck, thank you.

 8                       EXAMINATION

 9   BY MS. BENNETT:

10   Q    Mr. Van Beck, my name is Jaime Bennett, and I have

11        to ask you some questions about Miller Coors.

12   A    Go ahead.

13   Q    You said that you recalled Sprinkmann having that

14        project when you were working for Sprinkmann?

15   A    Yes.

16   Q    Can you give me an estimate of around the date that

17        you recall working at the Miller Coors facility?

18   A    You mean me working?

19   Q    Or Sprinkmann was working on that.

20             MS. SCHUETT:  Objection, form, foundation,

21        vague.  Answer if you can.

22             THE WITNESS:

23   A    Well, I would think it would be through the 70s and

24        80s.

25             MS. BENNETT:
```



```
 1   Q     Okay.  So starting in the 70s?

 2   A     Yes.

 3   Q     Okay.  Do you recall any new construction going on

 4         when you were -- when that was one of Sprinkmann's

 5         projects with Sprinkmann?

 6   A     No.

 7   Q     No?  Okay.  What about any shutdown work?

 8   A     No.

 9   Q     Okay.  And then Miller was in the business of

10         producing products for human consumption, right?

11   A     Yes.

12   Q     So it was a sterile facility there?  It had to be

13         clean.

14   A     Well, it all depends where you were.

15   Q     Okay.  But they're not in the business of making

16         asbestos-containing products.

17   A     Absolutely not.

18   Q     Okay.  And you never worked side by side with any

19         steamfitters at Miller, did you?

20   A     Not that I remember.

21   Q     And the Miller facility was large?

22   A     Yes.

23   Q     Had several buildings?

24   A     Yes.

25   Q     Okay.  Did you ever work onsite at Miller?
```

```
 1                MS. SCHUETT:  Personally?
 2                MS. BENNETT:
 3    Q    While working for Sprinkmann?
 4    A    Yes.
 5    Q    Okay.  But, again, that wasn't until later in the
 6         70s or '80s.
 7    A    Yes.
 8    Q    Okay.  And Sprinkmann would have issued your
 9         paychecks, correct?
10    A    Yes.
11    Q    Okay.  And Sprinkmann would have controlled the
12         hours of their employees, correct?
13    A    Yes.
14    Q    Okay.  They would have determined the rate of the
15         pay, the employees pay --
16    A    Yes.
17    Q    -- not Miller.  Okay.  And Sprinkmann would have
18         determined when their employees took vacations?
19    A    They would determine when?
20    Q    Right.
21    A    When the --
22    Q    When Sprinkmann employees took vacations.
23    A    No.  The employee did that.  He determined when he
24         took it.
25    Q    But Miller wasn't involved.
```

```
1    A    No.  Miller had nothing to do with it.
2    Q    Okay.  And Sprinkmann would have been providing all
3         the material to their employees for the pipe
4         covering work --
5    A    Yes.
6    Q    -- at the Miller facility?  And they would have
7         provided all the tools for the pipe fitters to use.
8         Pipe coverers.
9    A    For the pipe coverers?  Only if they were specialty
10        tools.  Pipe coverers had their own set of tools.
11   Q    Okay.  But Miller wasn't providing the tools that
12        the Sprinkmann employees were using --
13   A    No.
14   Q    -- for their work.  And what about the steamfitters?
15   A    I have no -- I had nothing to do with the
16        steamfitters.
17   Q    Okay.  And Miller wasn't telling the Sprinkmann
18        employees how to perform their duties.
19   A    No, not directly, no.
20   Q    Okay.  And do you know about any other independent
21        contractors, if Miller would have been instructing
22        them about how to perform their --
23   A    No.
24   Q    They wouldn't have been.  Okay.  Is that correct?
25        They would not have --
```

```
 1   A    Yes.  They just wouldn't have.  I don't know.
 2   Q    Okay.  And you said you talked to some of the Miller
 3        employees at some point.  I wasn't clear -- you
 4        remembered one individual, John Graf?
 5   A    John Graf.
 6   Q    Do you remember about when you had that
 7        conversation, or those conversations?
 8   A    Oh, Lord.  Probably in the 80s.
 9   Q    Okay.
10   A    It might have even been in the 90s.
11   Q    And then do you have any idea what those
12        conversations were about?
13   A    Basically about systems you wanted insulated.
14   Q    Okay.  So any other employees that were working with
15        asbestos-containing products would have also been
16        employed by independent contractors, or
17        subcontractors, correct?
18             MS. SCHUETT:  Objection, form, foundation,
19        speculative.
20             THE WITNESS:
21   A    You mean instead of Miller people?
22             MS. BENNETT:
23   Q    Yes.
24   A    I have no idea what Miller instructed their people
25        to do.
```

```
 1   Q    Okay.  But the Miller employees were not working

 2        with any products that may have contained asbestos.

 3   A    I have no --

 4   Q    Okay.  And the independent contractor, were -- all

 5        of their work was controlled by their respective

 6        employers rather than by Miller.

 7              MS. SCHUETT:  Form, foundation, calls for

 8        speculation.

 9              MR. ANTIKAINEN:  Speculation.

10              MS. BENNETT:

11   Q    And no one from Miller would have been telling any

12        union members what to do on the job, is that right?

13              MS. SCHUETT:  Same objections.

14              THE WITNESS:

15   A    Basically, that's correct.

16              MS. BENNETT:

17   Q    Okay.  And then unions were negotiating the

18        contracts, not Miller.

19   A    Right.

20   Q    Okay.  Do you recall ever seeing any Standard

21        Company employees at Miller?

22   A    Standard employee companies?  Is that the name of a

23        company?  No.

24   Q    Okay.  And then the people that you said -- I was

25        confused by some questioning, that were working at
```

```
1        Miller often.  What did you mean by often?  Or what
2        was your definition of often?
3   A    Well, there was, at one time, an employee there
4        full-time.
5   Q    Okay.  And do you recall what period of time that
6        was?
7   A    Oh, no, that I don't.
8   Q    But, again, would that have been later towards the
9        70s and 80s?
10  A    Yes.
11            MS. BENNETT:  Okay.  Those are all the
12       questions I have at this time.  Thank you for your
13       time.
14            THE WITNESS:  You're welcome.
15            MS. GIERKE:  I don't have any questions,
16       thank you very much.
17            MR. MALONEY:  I just have a few.  If I can
18       just mark this as an exhibit.
19            (Exhibit Number 3 was marked for
20       identification)
21                    EXAMINATION
22  BY MR. MALONEY:
23  Q    Mr. Van Beck, my name is attorney Ryan Maloney, and
24       I represent Milwaukee Insulation in this lawsuit.
25       And if you can't hear anything I'm saying, please
```

```
 1        let me know, and I'll speak up.
 2   A    All right.
 3   Q    Do you have any knowledge or information regarding
 4        any products which were sold, distributed, supplied,
 5        or in any means placed into the stream of commerce
 6        by Milwaukee Insulation?
 7   A    No.
 8   Q    So I've showed you what's been marked as -- you have
 9        in front of you what's been marked as exhibit, I
10        think we're at what, 3?  By your last answer, I
11        assume that you don't know of any products which may
12        or may not have been sold, distributed, or
13        manufactured and placed into commerce by Milwaukee
14        Insulation which could have been used or ever
15        present at any of the job sites listed in Exhibit 3.
16   A    I can't say for certain, no, I can't.
17             MR. MALONEY:  That's all the questions I
18        have.
19                     EXAMINATION
20   BY Mr. ANTIKAINEN:
21   Q    Mr. Van Beck, my name is Mike Antikainen.  I've got
22        a few questions for you.  Can you hear me here okay?
23   A    Oh, yeah.
24   Q    As long as Laura doesn't hit me when I'm asking my
25        questions we'll be okay.
```

```
 1              MS. SCHUETT:  I may.
 2              MR. ANTIKAINEN:
 3    Q    I represent Pabst, and I'm going to just ask you a
 4         couple quick questions about Pabst and Schlitz.  You
 5         had talked earlier about working at Schlitz when you
 6         were still a member of Local 19, correct?
 7    A    Yes.
 8    Q    I wasn't certain as to how long a period of time you
 9         spent at Schlitz while you were a member of Local
10         19.
11    A    It wasn't a very long time in my recollection.
12    Q    Less than a couple of months?
13    A    Probably.
14    Q    Okay.  About a month or less?
15    A    May have been little more, but it wasn't a very long
16         time.
17    Q    In any event, not over two months, is that fair?
18    A    Could be.  I really am not sure of the timeframe.
19    Q    That's fine.  You testified that you did pipe
20         insulation.
21    A    Yes.
22    Q    You don't know, as you sit here today, that any of
23         the pipe insulation that you were putting on for
24         Sprinkmann while you were a Local 19 member
25         contained any asbestos, do you?
```

1    A    No.

2    Q    Same question -- well, let's go ahead and talk about

3         Pabst.  You testified while a member of Local 19,

4         you did work at Pabst for a couple months, is that

5         correct?

6    A    I did, yes.

7    Q    Okay.  And you did pipe covering work at Pabst

8         during that time, right?

9    A    Yes.

10   Q    And as you sit here today, you don't know that any

11        of the pipe covering that you put on at Pabst

12        contained asbestos, do you?

13   A    No.

14   Q    And other than saying that it was during the

15        timeframe that you worked at Local 19, you couldn't

16        say specifically when in that timeframe you worked

17        at either one of those places, could you?

18   A    No.

19   Q    Okay.  You don't know what happened to any of the

20        insulation that was put on by Sprinkmann after you

21        left either of those locations, do you?

22   A    I have no idea.

23   Q    Meaning you don't know whether that insulation was

24        ever removed at any time, do you?

25   A    No.

```
 1   Q    But it certainly could have been, correct?

 2   A    It could have been.

 3   Q    You have no knowledge one way or the other.

 4   A    That's correct.

 5   Q    Okay.  All that you know, as you sit here today, is

 6        that Sprinkmann didn't come back in and remove that

 7        insulation.

 8   A    Correct.

 9   Q    Is that correct?

10   A    Yes.

11   Q    While at -- while you were working at Pabst as a

12        Local 19 member, do you recall the name of any of

13        the pipe fitters -- strike that -- any of the pipe

14        fitting contractors?

15   A    No.

16   Q    While working at Pabst, and maybe this is the same

17        question, I don't know, but while working at Pabst

18        as a Local 19 member, do you recall the name of the

19        contractor that was doing any of the steamfitting?

20   A    No.  I -- no.

21   Q    Okay.

22   A    When I worked there, we were working directly for

23        Pabst.  So I'd remember.

24   Q    Sprinkmann had a contract with Pabst, correct?

25   A    Yes.
```



```
 1   Q    Okay.  But Pabst wasn't telling the individual
 2        insulators what to do.
 3   A    No.
 4   Q    And you were being paid by Sprinkmann.
 5   A    Yes.
 6   Q    And all the materials came from Sprinkmann.
 7   A    Yes.
 8   Q    While at Schlitz, do you recall the name of any of
 9        the pipe fitting or steamfitting contractors that
10        were working there?
11   A    No.
12   Q    Do you even know if there were pipe fitting or
13        steamfitting contractors --
14   A    No, I don't remember any of that.
15   Q    -- working there at the time?
16   A    No.
17   Q    What about for Pabst, do you even recall if there
18        was any pipe fitters or steamfitting contractors
19        working there at the same time as you?
20   A    No, I don't remember.  If they were, I don't
21        remember who they were.
22   Q    After you became a field supervisor, I'm correct
23        that you're not certain that Sprinkmann ever did any
24        work at Pabst, is that right?
25   A    After I became super -- it's possible.
```

```
 1  Q    But to say specifically what Sprinkmann did at Pabst
 2       after you became a field supervisor, you couldn't
 3       say, is that fair?
 4  A    No.
 5  Q    Is that fair?
 6            MS. SCHUETT:  You agree with him?
 7            THE WITNESS:
 8  A    Yeah.  I agree with you.
 9            MR. ANTIKAINEN:  Thank you, Laura.
10  Q    After you became a field supervisor, you couldn't --
11       strike that.  After you became a field supervisor,
12       you don't have a recollection of Sprinkmann working
13       at Schlitz at all, do you?
14  A    Again, that goes back to the timeframe when Schlitz
15       closed.  I may have.  But I have no recollection of
16       it.
17  Q    Okay.  And, in any event, you don't know what type
18       of work Sprinkmann did.
19  A    No.
20  Q    And you don't know where in the facility Sprinkmann
21       did any work, if they did any work at Schlitz.
22       After you became a field supervisor.
23  A    Well, like I said, the timeframes are getting to me.
24       I don't remember -- I don't remember specifically
25       being there.
```

1   Q   So you don't know for certain, one way or the other,

2       if Sprinkmann did any work at Schlitz after 1966, is

3       that fair?

4   A   To the best of my recollection, they may have.

5   Q   That's fine, Mr. Van Beck, thank you.  But while --

6       strike that.  In any event, after 1966, you wouldn't

7       know who the pipe fitter or steamfitter company was

8       at Schlitz.

9   A   No.

10   Q   And you don't even know for certain whether there

11       was a pipe fitter or steamfitter contractor at

12       Schlitz --

13   A   That's correct.

14   Q   -- at the same time as Sprinkmann after 1966.

15       Correct?

16   A   That's correct.

17   Q   Same question for Pabst.  You don't know whether a

18       steamfitter or pipe fitter contractor was at Pabst

19       at the same time as Sprinkmann any time after 1966.

20   A   I couldn't -- couldn't name you anybody.

21   Q   Do you know a guy by the name of Earl Wambach

22       (phonetic)?

23   A   No.  I want to amend something.

24   Q   Mr. Van Beck, what do you want to amend?

25   A   You asked me about people working at Schlitz after

```
 1        1966?
 2   Q    I asked you about contractors working at Schlitz in
 3        1966, but go ahead.
 4   A    No.  But before that, about Sprinkmann working
 5        there.
 6   Q    Yes, sir.
 7   A    I'd have to say -- what did I say?
 8   Q    You said you didn't know one way or the other.
 9   A    I think we were.
10   Q    Okay.  But do you know what type of work was being
11        done at Schlitz by Sprinkmann after 1966?
12   A    Just probably insulating the piping systems.
13   Q    Do you know what type of material -- strike that.
14        You don't have any knowledge one way or the other
15        whether that insulation material after 1966
16        contained asbestos, do you?
17   A    No.
18   Q    And, again, you don't know if any steamfitter or
19        pipe fitter contractors were at Schlitz at the same
20        time as Sprinkmann after 1966, do you?
21   A    That's correct.  I can't answer that.
22   Q    And whatever type of insulation Sprinkmann was
23        putting on in 1966, you don't know how long it
24        remained on the pipe.
25   A    No.
```

```
 1   Q    The only thing that you could say is that Sprinkmann
 2        didn't remove it.
 3   A    That's right.
 4   Q    Whether somebody else came in, another contractor
 5        came in and removed it, you would have no knowledge,
 6        is that correct?
 7   A    That's correct.
 8   Q    I'm just going to look over my notes here really
 9        quickly for you, Mr. Van Beck, I know that you want
10        to get out of here.
11   A    How did you guess?
12             (Short pause)
13   Q    You never saw any specifications from Pabst or
14        Schlitz regarding the type of insulation they wanted
15        put on their piping at all, did you?
16   A    No.
17             MR. ANTIKAINEN:  All right, sir, I believe
18        those are all the questions that I have for you,
19        thank you for your time.
20             THE WITNESS:  You're welcome.
21                    EXAMINATION
22   BY MR. MALONEY:
23   Q    Sorry, Mr. Van Beck, I forgot a question, and I'd
24        just like to clear it up.  First, I don't know if I
25        ever identified Exhibit 3 for the record.  So
```

```
 1        Exhibit 3 is a list of job sites at which Mr. Ahnert
 2        worked, and which was produced by Mr. Ahnert's
 3        counsel.
 4                 MR. ANTIKAINEN:  Just going to object to the
 5        statement that it's a list of job sites where Mr.
 6        Ahnert worked --
 7                 MS. SCHUETT:  Join.
 8                 MR. ANTIKAINEN:  -- it's a representation of
 9        where Mr. Ahnert allegedly worked, and certain
10        timeframes which are quite vague.
11                 MR. MALONEY:  Sorry.  Thank you for the
12        clarification.
13   Q    Mr. Van Beck, do you know if anyone from Milwaukee
14        Insulation ever performed any work at any of the job
15        sites listed in Exhibit 3?
16   A    No.
17                 MR. MALONEY:  That's all.
18                 MS. SCHUETT:  People on the phone, anybody?
19                 MR. PARTRIDGE:  I have just a few.
20                       EXAMINATION
21   BY MR. PARTRIDGE:
22   Q    Sir, just want to take a minute of your time.  I
23        want to ask you about the calcium silicate
24        insulation product please.  Just for the record, am
25        I correct that that product did not or does not
```

1        contain asbestos?

2    A   That's my understanding.

3    Q   And you would agree with me that years ago, and

4        perhaps even up to the present, fiberglass was also

5        used as a thermal insulation product, correct?

6    A   That's correct.

7    Q   And am I correct that fiberglass insulation did not

8        contain asbestos?

9    A   That's correct.

10   Q   Was fiberglass insulation products used as early as

11       the 1950s?

12   A   Yes.

13   Q   And perhaps even before that.

14   A   I'm not -- I can't answer that.

15   Q   But in the 50s, you recall fiberglass being used as

16       a thermal insulation product?

17   A   Yes.

18   Q   There was one other product that you mentioned

19       before, calcium silicate.  Do you recall what that

20       was?  What type of insulation?

21   A   Magnesium.

22   Q   Magnesium.  And do you have an understanding whether

23       that product contained asbestos?

24   A   I was led to believe it did.

25   Q   And do you have any understanding of the percentage

```
 1        or content of that insulation product for containing
 2        asbestos?
 3   A    All I can tell you is I remember the generic name
 4        was 85% Magnesium.  What that meant, I don't know.
 5   Q    All right.  With regard to Kewaunee boilers that you
 6        had mentioned earlier --
 7   A    Yeah.
 8   Q    And I understand you did not know Mr. Ahnert.  So
 9        would I be correct that you cannot ever say Mr.
10        Ahnert worked on or around a Kewaunee boiler?
11   A    That's correct.
12             MR. PARTRIDGE:  All right.  Mr. Van Beck, I
13        appreciate your time.  That's all the questions I
14        have.
15             MS. SCHUETT:  Anybody else?
16             THE WITNESS:  Yay.
17             MS. SCHUETT:  Okay.
18             MR. MC COY:  I have one more question.
19                  EXAMINATION
20   BY MR. MC COY:
21   Q    Besides yourself, did Sprinkmann have another field
22        superintendent during your time?
23   A    After I no longer was field superintendent, or
24        before that?
25   Q    No.  Before.
```

```
 1   A    No.
 2              MR. MC COY:  Okay.  That's it.
 3              MS. SCHUETT:  You have the right to read and
 4        review this, or you can give up that option and just
 5        assume that David took it down correctly.
 6              THE WITNESS:  You know, there might be
 7        something here, that I'm not sure about Milwaukee.
 8              MS. SCHUETT:  About Miller?
 9              THE WITNESS:  Yeah.
10              MS. SCHUETT:  Do you want to make a comment
11        about that?
12              THE WITNESS:  Regarding your question about
13        Miller Brewery and Milwaukee Insulation.  It's --
14        it's possible that they were there before we were.
15        Doing maintenance work.
16              MR. MALONEY:  Can I follow up?
17              MS. SCHUETT:  Sure, you can follow up.
18                        EXAMINATION
19   BY MR. MALONEY:
20   Q    You say it's possible.  But you don't have any
21        knowledge one way or the other, do you?
22   A    Well, I'm -- let's put it this way, I'm fairly
23        certain.
24   Q    Do you know what work was done?
25   A    No, absolutely not, no.
```

```
 1   Q    So you don't know if it had anything to do with
 2        asbestos whatsoever?
 3   A    No.  I knew nothing about it.  But I believe they
 4        may have been there.
 5   Q    You believe.  But you can't say with any certainty.
 6   A    Well, say 90 percent.
 7             MR. MALONEY:  Okay.  Thank you.
 8             MS. SCHUETT:  Thank you everyone.  So did
 9        you want to review, or just let him --
10             THE WITNESS:  No.
11             MS. SCHUETT:  Okay.  David can handle that.
12             (The deposition concluded at 1:40 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   STATE OF WISCONSIN        )
                              )   SS:
 2   MILWAUKEE COUNTY          )

 3

 4             I, DAVID J. SIKORA, RPR, RMR, CRR, and

 5   Notary Public in and for the State of Wisconsin, do

 6   hereby certify that the deposition of RALPH VAN BECK was

 7   recorded by me and reduced to writing under my personal

 8   direction.

 9             I further certify that said deposition was

10   taken at 4929 Landmark Drive, Egg Harbor, Wisconsin, on

11   June 26, 2012, commencing at 10:38 a.m., and concluding

12   at 1:40 p.m.

13             I further certify that I am not a relative

14   or employee or attorney or counsel of any of the parties,

15   or a relative or employee of such attorney or counsel, or

16   financially interested directly or indirectly in this

17   action.

18             In witness whereof, I have hereunto set my

19   hand and affixed my Seal of Office at Milwaukee,

20   Wisconsin, this 3rd day of July, 2012.

21

22

               DAVID J. SIKORA - Notary Public
23             In and for the State of Wisconsin
               My Commission expires:  7/27/2014
24

25
```

## A

**abilities (2)**
81:15;82:6
**able (5)**
53:1,3;76:14;
82:13;108:19
**above (1)**
27:22
**Absolutely (7)**
25:3;50:18;77:17;
108:21;112:15;
114:17;132:25
**account (5)**
31:11,25;38:5,9,12
**accurate (1)**
101:4
**action (2)**
56:21;65:16
**actually (1)**
109:11
**add (1)**
54:4
**added (1)**
85:2
**addition (2)**
6:24;105:14
**additional (1)**
82:19
**address (3)**
8:15,16,17
**affects (1)**
109:1
**afield (1)**
59:11
**again (17)**
27:18;58:1;59:18;
61:11;64:17;65:6;
66:16;74:6;80:9;
81:4;82:5;89:14;
98:14;115:5;119:8;
125:14;127:18
**agent (1)**
105:5
**ago (4)**
17:3;24:22;81:12;
130:3
**agree (5)**
7:25;66:25;125:6,
8;130:3
**agreeing (2)**
75:24;85:8
**ahead (26)**
7:13,16;22:21;
27:7;38:7;41:16;
42:24;43:11;47:6,9;
50:21;52:3;54:3;
62:7;63:7;65:5,7,21;
73:18;83:16;85:15;
99:11;100:11;
113:12;122:2;127:3
**Ahnert (22)**
25:8,11;56:21;
59:10;60:17;61:8,13;

62:4,5;68:20;73:15;
74:22;81:7;99:25;
129:1,17;129:1,
6,9;131:8,10
**Ahnert's (2)**
64:7;129:2
**Alive (2)**
105:17,19
**alleged (1)**
59:10
**allegedly (1)**
129:9
**Allis (3)**
41:6,17,17
**allocated (1)**
42:12
**allowed (1)**
61:25
**almost (2)**
27:3;44:9
**along (6)**
65:24,25;66:4;
87:12;109:14;111:11
**always (6)**
9:1;27:3;57:14;
59:4,19;84:12
**amend (7)**
56:25;57:3;111:15;
126:23,24
**amended (3)**
62:4;104:1,1
**American (1)**
6:3
**among (1)**
16:20
**amongst (1)**
42:12
**answered (20)**
6:24;23:7,8;31:4,
13;41:11,13;46:4;
49:3;51:10;53:5,25;
54:7;58:21;77:22;
79:6,14;87:8,10;93:2
**ANTIKAINEN (32)**
7:7,11;35:22;48:3,
6,13;49:3,14,25;50:2;
55:25;62:14;77:21;
78:3;79:13,22;80:3,7,
13;87:9,14;90:18;
98:2,9;118:9;120:20,
21;121:2;125:9;
128:17;129:4,8
**apparently (1)**
57:9
**Appearing (1)**
6:7
**appears (1)**
6:24
**Applying (1)**
101:25
**appreciate (3)**
44:22;58:4;131:13
**apprentice (1)**
10:1
**apprentices (1)**

10:2
**apprenticeship (3)**
100:22,24;101:20
**approach (1)**
26:14
**approve (1)**
77:15
**approximately (1)**
39:22
**area (8)**
8:19;9:13;13:18;
47:16,23;71:3;
102:23,25
**around (8)**
13:18;27:22;28:22;
30:4,5;72:20;113:16;
131:10
**arrangements (1)**
21:9
**articles (1)**
20:23
**asbestos (28)**
19:3,15;20:1;32:1;
58:19;59:6,16,20;
70:21;71:6,10,19,23;
72:4;84:19;86:4;
93:24;99:20;103:5;
118:2;121:25;
122:12;127:16;
130:1,8,23;131:2;
133:2
**asbestos-containing (7)**
85:6;86:14,23;
87:7,22;114:16;
117:15
**assistance (1)**
27:24
**associated (3)**
62:13;79:12;80:12
**assume (3)**
92:2;120:11;132:5
**assumes (7)**
20:17;22:19;48:6;
50:3,10;62:15;86:24
**assuming (6)**
10:19;14:25;15:10;
21:7;28:9,11
**attention (2)**
26:6;59:23
**attorney (2)**
47:8;119:23
**attorneys (5)**
8:5;55:18,20;59:5;
75:19
**auxiliary (6)**
97:25;98:5,7,16;
99:1,4
**Avenue (2)**
47:24,25
**aware (6)**
30:8;61:7;68:9;
77:6;98:22;110:4
**away (3)**
45:24;46:3,10

## B

**back (19)**
23:16;31:20;37:14;
45:9;46:13;60:20;
61:24;62:9;71:19;
81:5;85:21;103:23;
108:18;109:2;112:1,
13,20;123:6;125:14
**background (1)**
59:15
**bad (2)**
82:2,2
**badgering (1)**
54:1
**bag (2)**
107:7,15
**Baldwin-Ehret-Hill (1)**
106:7
**base (1)**
80:19
**based (4)**
60:16;66:20,21;
87:25
**basic (1)**
28:18
**basically (7)**
21:22;69:19;90:8;
111:12,22;117:13;
118:15
**basis (5)**
30:11;63:25;65:13;
76:11;85:8
**Bay (3)**
13:18;14:6,15
**Beach (3)**
60:15,18,19
**Beatty (1)**
59:25
**became (29)**
10:15;11:1,16,20,
24;12:9,11;17:20;
20:12;22:5;39:2,11,
18,23,24;40:11;42:1;
49:23;62:12;64:13;
66:15;72:4;78:22;
124:22,25;125:2,10,
11,22
**BECK (25)**
6:15;7:3,18,19,22;
44:25;54:3;55:2;
58:10;74:24;75:15;
80:11;81:5;103:13;
104:5;113:7,10;
119:23;120:21;
126:5,24;128:9,23;
129:13;131:12
**b-e-c-k (1)**
7:18
**Beck's (2)**
61:19;75:15
**become (2)**
9:24;84:25
**beer (1)**

80:18
**began (3)**
9:17,20;104:17
**begin (1)**
110:21
**beginning (1)**
112:13
**behalf (2)**
6:7;76:19
**belong (1)**
10:16
**Benjamin (1)**
96:15
**BENNETT (16)**
29:9;32:15;64:2,
22;66:19;70:13;
85:11;87:8;113:9,10,
25;115:2;117:22;
118:10,16;119:11
**besides (6)**
22:2;24:3;33:7;
43:5;93:25;131:21
**best (11)**
9:4,25;10:8,9;
16:14;23:5;24:8;
33:20;37:9;43:4;
126:4
**beyond (2)**
66:17;68:18
**bicker (1)**
75:13
**big (10)**
34:11,15;40:17,21;
41:22;46:20;65:23;
97:19,21;98:1
**Bill (1)**
9:16
**billing (1)**
77:15
**blankets (1)**
106:19
**block (3)**
99:16,18;106:15
**Bob (10)**
6:18;7:12;22:20;
53:21,24;80:8;84:2;
90:18,21;93:17
**boiler (6)**
36:11;73:9,19;
74:8;99:8;131:10
**boilers (15)**
33:1;36:9;73:10,
11,20;97:25;98:1,1,5,
7,16,22,23;99:1,4,5;
131:5
**booked (1)**
61:3
**boss (2)**
36:16,21
**both (4)**
24:15;70:16;95:14,
20
**bounds (1)**
61:9
**Box (3)**

8:17;107:6,19
**Boyers (2)**
6:2,2
**Brand (11)**
11:13;23:5;33:21;
51:22;52:6,23;94:2,6,
12,18;108:19
**brands (8)**
23:1;46:12;86:16;
92:24;94:21;98:17;
108:3,15
**break (4)**
54:22;84:14;
103:18,19
**breweries (2)**
97:19,21
**Brewery (18)**
28:8,17;32:1,7;
47:10,22;62:9,13,20;
70:11;77:18,20;
78:13,16;80:12;85:7;
86:12;132:13
**Brian (1)**
104:7
**brief (1)**
10:22
**briefs (1)**
61:16
**bring (3)**
60:20;61:24;81:4
**broad (2)**
87:25;96:2
**brother (1)**
24:7
**brought (4)**
13:7,8,9;70:25
**buildings (1)**
114:23
**built (3)**
45:13;97:2,7
**business (4)**
25:5;31:16;114:9,
15
**Byron (3)**
67:7,11,14

**C**

**Calcium (8)**
52:8,16;94:23;
95:1,4;96:11;129:23;
130:19
**calculated (1)**
64:24
**call (1)**
99:4
**called (5)**
6:15;10:2,2;91:25;
100:25
**calls (2)**
69:6;118:7
**calsil (5)**
96:4,8,11,13;99:16
**came (15)**
11:9;13:7;15:10;

20:8;21:6;53:3;72:7;
90:13;91:15,20;96:9;
102:10;124:6;128:4,
5
**Can (60)**
12:18;13:23,23;
14:17,17;21:13;
23:11,12,15;24:8;
25:16;27:22;30:12;
37:23;41:16;46:21;
47:9;53:10,18;54:3,
22;55:7,9;62:1;64:9;
67:13;70:14,14;
74:17;76:18,21,25;
77:4,8;78:1;82:13;
83:17,17;85:21;91:4;
92:6;93:11;94:24;
100:18;102:5,5;
103:8;106:25;
110:20;111:2,3;
113:16,21;119:17;
120:22;131:3;132:4,
16,17;133:11
**Canvas (1)**
99:21
**capital (2)**
7:18,18
**Carlson (6)**
8:2,4;55:24;56:2,7;
58:13
**case (26)**
7:3;25:8;58:11,19,
20;59:9,12,16;64:7,
25;68:18;69:15;
70:10;72:1;74:7,9,15,
22;76:18;81:7;88:1;
100:1;103:7;106:21;
110:11;112:5
**cases (7)**
58:7;59:6,20;
70:16;81:8,10;93:24
**caused (1)**
11:4
**CBS (1)**
6:13
**cement (6)**
99:20,21;107:14,
15,16;109:22
**cements (1)**
106:17
**certain (12)**
51:16;62:5;76:18;
108:19,20;120:16;
121:8;124:23;126:1,
10;129:9;132:23
**certainly (4)**
58:6;75:20;81:6;
123:1
**certainty (1)**
133:5
**chain (1)**
27:19
**Chalmers (3)**
41:6,17,17
**changed (1)**

112:1
**changes (1)**
101:18
**character (1)**
85:17
**charge (3)**
12:6,11;26:3
**checked (1)**
43:3
**checking (1)**
93:18
**cheesecloth (1)**
109:21
**chemist (1)**
94:25
**Chicago (1)**
6:13
**Chicken (1)**
99:21
**children (2)**
25:4;75:13
**choosing (1)**
92:24
**circumstances (1)**
21:5
**clarification (2)**
25:10;129:12
**clarify (1)**
57:11
**class (2)**
19:21;20:1
**classes (3)**
19:4;101:20;102:9
**classify (1)**
49:20
**Clayton (2)**
49:17,22
**clean (1)**
114:13
**clear (3)**
112:11;117:3;
128:24
**clearer (1)**
77:13
**Cleaver-Brooks (3)**
98:8,18,22
**client (1)**
55:5
**clients' (1)**
87:14
**clock (1)**
84:2
**close (1)**
80:15
**closed (2)**
80:20;125:15
**closest (1)**
83:23
**cold (1)**
52:7
**combination (1)**
70:7
**coming (1)**
100:15
**comment (2)**

75:2;132:10
**commerce (2)**
120:5,13
**commercials (1)**
80:18
**common (1)**
97:4
**communicate (1)**
27:15
**communicated (2)**
73:1;88:10
**communications (6)**
27:3,20;55:8;75:4;
87:21;103:3
**companies (2)**
11:12;118:22
**Company (12)**
6:8;13:9;18:21;
40:17;68:13,15;
88:11;89:7;90:4;
118:21,23;126:7
**company's (2)**
16:20,21
**compensation (1)**
93:23
**completed (1)**
97:15
**conceivable (1)**
93:14
**concern (4)**
18:19;39:7;66:1;
81:16
**concerned (2)**
73:9;95:14
**concerning (1)**
102:1
**concerns (4)**
42:25;67:14;82:19;
87:23
**concluded (1)**
133:12
**conclusion (2)**
69:7;72:13
**concrete (1)**
72:16
**confident (1)**
77:4
**confused (1)**
118:25
**connection (1)**
67:10
**consider (1)**
64:16
**considered (3)**
49:18;64:19;65:11
**construction (7)**
16:7,10,12;45:14,
18;110:19;114:3
**constructions (1)**
97:12
**consumption (1)**
114:10
**contact (1)**
30:19
**contain (2)**

130:1,8
**contained (6)**
107:6;118:2;
121:25;122:12;
127:16;130:23
**containing (1)**
131:1
**content (1)**
131:1
**continue (1)**
49:22
**continuously (3)**
10:20;11:17;18:8
**contract (5)**
18:9,12,13,17;
123:24
**contractor (9)**
68:15,19;69:10,13;
118:4;123:19;
126:11,18;128:4
**contractors (9)**
70:7;116:21;
117:16;123:14;
124:9,13,18;127:2,19
**contracts (4)**
50:16,19,23;
118:18
**controlled (2)**
115:11;118:5
**conversation (1)**
117:7
**conversations (4)**
21:8;55:5;117:7,12
**convey (1)**
17:11
**coordinate (2)**
25:20,23
**Coors (2)**
113:11,17
**copies (1)**
50:23
**copy (1)**
93:19
**Corporation (1)**
6:13
**correctly (3)**
57:20;111:10;
132:5
**counsel (9)**
6:20;7:1;55:14;
57:12;59:20;74:24;
75:1;82:9;129:3
**counsel's (1)**
45:6
**couple (4)**
46:18;121:4,12;
122:4
**court (2)**
60:7,10
**coverers (3)**
116:8,9,10
**covering (9)**
78:25;106:13;
107:15,18,19,20;
116:4;122:7,11

**coworkers (1)**
  56:20
**COY (186)**
  7:9,13,15,24;8:12;
  12:21;14:1,7,24;15:6,
  12,16,21;16:17;17:4,
  19;18:6;19:2,10,20,
  23;20:21;21:19;
  22:24;23:15,20;
  25:19;26:12;27:11;
  28:5,16;29:12,18;
  30:3,9;31:7,17;32:11,
  18;34:16;35:2,11,25;
  36:6;38:4,10,17;
  39:9;40:6,19;41:5,
  15;42:8,17,23;43:14;
  44:7,14,21;45:4,8;
  46:6;47:4,15,21;48:4,
  9,17;49:1,6,15;50:6,
  14;51:14;53:8,12,17,
  22;54:2,10,20,24;
  55:1,7,12,17,22;
  56:10;57:4,11,18;
  58:4,23;59:13;60:6,
  20;61:4,10,15,23;
  62:8,19,25;63:14,22;
  64:3,12;65:1,6,9,20;
  66:25;67:6,19;68:24;
  69:8,22;70:18;71:1,
  13,20;72:9,18;73:8,
  17;74:2,12,16,19,23;
  75:3,9,14;76:6,21,24;
  77:14,25;78:12;
  79:10,20,25;80:10,
  16;81:4,11;82:3,15;
  83:15,20;84:5,16,24;
  85:14,21;86:1;87:3,
  12,17;88:4;89:24;
  90:22;91:7,18;93:6,
  18,22;95:6,21;96:7;
  98:6,15,24;99:6,14;
  100:4,10;101:1,13;
  102:8;103:12,23;
  110:22;131:18,20;
  132:2
**Creek (32)**
  8:17,18,19;15:1,17,
  25;16:12,19;17:15,
  25;18:10,12;33:25,
  25;34:4,18,21;36:1,
  14,17,20;46:16;
  86:19;88:9;92:20;
  93:7,11;94:3;96:24;
  97:7,12,15
**Crivello (6)**
  8:2,4;55:24;56:2,7;
  58:13
**Crookston (1)**
  47:1
**crying (1)**
  14:22
**Customer (8)**
  22:19;38:13;40:17;
  53:2;63:25;65:24,25;
  66:2

**customers (12)**
  39:4;40:11,24;
  41:19,25;50:16;
  51:20;53:20;77:16;
  84:19;87:22;96:22

**D**

**daily (4)**
  30:11;49:23;50:8;
  65:13
**dangerous (2)**
  71:11;72:21
**Daniel (8)**
  24:6,12,15;25:8,
  11;110:11,14,17
**date (10)**
  9:8;13:6,14;17:18;
  48:23,23,24;102:11;
  112:9;113:16
**dates (2)**
  9:1;30:22
**David (4)**
  24:7,15;132:5;
  133:11
**day (7)**
  29:3,14,20;31:22;
  49:11;64:21;101:22
**deal (3)**
  66:3;67:4;97:10
**dealings (1)**
  104:25
**deals (1)**
  70:10
**dealt (6)**
  58:6;66:6,11;
  67:13;88:12;96:20
**December (1)**
  56:13
**decided (3)**
  22:7;42:16;65:22
**decisions (1)**
  42:19
**defendants (2)**
  6:23;7:8
**Define (1)**
  51:21
**defined (1)**
  12:3
**definite (4)**
  33:15;70:17;72:6,
  16
**definition (3)**
  40:21;41:22;119:2
**deliver (1)**
  83:8
**delivered (3)**
  83:3;86:22;87:6
**department (1)**
  23:21
**Depending (1)**
  52:18
**depends (1)**
  114:14
**depose (1)**

**77:7**
**deposed (1)**
  82:14
**deposing (1)**
  82:11
**deposition (22)**
  6:20;7:5,23;25:9;
  55:3;58:17;60:21;
  61:6,7;62:3;65:17;
  68:19;73:14;75:16,
  19;76:16,17;81:3;
  83:13;102:4;103:25;
  133:12
**depositions (3)**
  53:14;61:25;74:25
**describe (5)**
  22:4;81:13;94:24;
  99:7;105:5
**description (2)**
  88:3;91:16
**design (1)**
  68:3
**desk (1)**
  102:14
**detailed (1)**
  90:1
**determine (2)**
  110:2;115:19
**determined (4)**
  42:11;115:14,18,
  23
**develop (1)**
  103:2
**developed (1)**
  87:21
**diary (1)**
  112:16
**difference (1)**
  95:10
**different (4)**
  40:9;88:12;108:11,
  15
**difficulty (2)**
  81:22,25
**direct (1)**
  70:6
**directly (3)**
  27:15;116:19;
  123:22
**disagreeing (1)**
  85:8
**discoverable (1)**
  64:24
**discovery (1)**
  6:23
**discussions (1)**
  21:2
**distinguish (1)**
  53:4
**distributed (2)**
  120:4,12
**distributor (1)**
  106:6
**division (4)**
  9:14;12:7,8,9

**documents (1)**
  51:1
**Donald (1)**
  6:6
**done (6)**
  32:6;33:12;69:21;
  93:24;127:11;132:24
**doubt (1)**
  84:5
**down (6)**
  60:7;82:7;86:9;
  87:11,18;132:5
**dozens (2)**
  108:4,12
**Dr (2)**
  20:23;21:2
**drawings (2)**
  54:15,19
**duly (1)**
  6:16
**during (9)**
  38:16;49:11;
  101:21,22;105:10;
  108:2;122:8,14;
  131:22
**duties (2)**
  22:4;116:18

**E**

**Earl (1)**
  126:21
**earlier (9)**
  44:8;78:18;96:13;
  104:8,12;109:10;
  110:5;121:5;131:6
**early (5)**
  37:11,12;72:25,25;
  130:10
**earned (1)**
  85:4
**editorialize (1)**
  45:5
**eight (1)**
  8:20
**either (7)**
  17:12;25:16;26:20;
  33:19;101:21;
  122:17,21
**electric (7)**
  16:20,21;18:21;
  40:20;88:11;89:7;
  90:4
**else (16)**
  9:7;11:11;13:3;
  24:3;34:19;43:6;
  44:10;55:13,16;
  99:19;109:1;112:12,
  23;113:1;128:4;
  131:15
**e-mail (1)**
  104:2
**employ (1)**
  105:3
**employed (5)**

**7:19;60:12;71:24;**
  88:10;117:16
**employee (4)**
  76:22;115:23;
  118:22;119:3
**employees (12)**
  63:24;115:12,15,
  18,22;116:3,12,18;
  117:3,14;118:1,21
**employer (1)**
  8:23
**employers (1)**
  118:6
**employment (1)**
  104:21
**end (1)**
  9:3
**engineers (1)**
  67:5
**Enough (3)**
  40:1;91:9,10
**equipment (5)**
  22:9;33:9,10,15;
  51:3
**erected (1)**
  96:25
**Ernest (1)**
  43:18
**Especially (1)**
  29:24
**estimate (1)**
  113:16
**estimated (3)**
  17:10;22:23;23:19
**estimator (11)**
  27:10;50:22,22;
  51:7,18;53:2;83:11,
  21;89:3;90:9;103:1
**estimators (9)**
  17:13;27:4;43:13,
  15,24;44:11;89:15;
  105:22,24
**even (13)**
  40:16;58:20;65:2;
  75:8;96:4;104:18;
  109:24;117:10;
  124:12,17;126:10;
  130:4,13
**event (3)**
  121:17;125:17;
  126:6
**everybody (2)**
  24:24;112:12
**everyone (1)**
  133:8
**evidence (7)**
  15:11;20:17;22:19;
  50:3,10;64:25;86:25
**exact (1)**
  97:1
**exactly (5)**
  21:16;33:12;62:17;
  75:14;99:13
**EXAMINATION (9)**
  7:14;104:3;113:8;

119:21;120:19;
128:21;129:20;
131:19;132:18
**examined (1)**
6:17
**example (2)**
107:14;109:19
**Except (1)**
100:21
**Excuse (2)**
46:1;67:25
**Exhibit (9)**
103:21;104:1;
119:18,19;120:9,15;
128:25;129:1,15
**Exhibits (1)**
103:24
**existing (1)**
102:1
**expire (1)**
10:14
**exposures (2)**
59:9,10
**extent (15)**
55:4;56:18;57:25;
60:18;65:14;66:17;
68:17,19;69:20;70:9;
76:15;83:12;93:9;
103:8;110:20

**F**

**facilities (1)**
88:20
**facility (8)**
41:23;102:18,20;
113:17;114:12,21;
116:6;125:20
**fact (2)**
15:10;76:17
**factors (3)**
64:15,19;65:10
**facts (8)**
20:17;22:19;48:6;
50:3,10;59:11;62:15;
86:25
**fair (7)**
17:24;27:5;91:22;
121:17;125:3,5;
126:3
**fairly (1)**
132:22
**fall (1)**
58:2
**familiar (4)**
28:9;68:12;95:12;
96:24
**familiarity (1)**
28:11
**family (1)**
43:25
**far (10)**
27:16;30:18;44:19;
59:11;71:5;73:9,14;
77:10;90:25;95:14

**Feel (1)**
103:15
**fees (1)**
93:25
**fella (1)**
66:9
**fellow (1)**
37:8
**few (3)**
119:17;120:22;
129:19
**fiberglass (5)**
52:7;130:4,7,10,15
**field (72)**
10:15,17;11:1,16,
20,24;12:4,5,11;
14:12;15:24;16:4,8,
11,18;17:20;18:4,18;
19:24;21:6,17;22:1,5,
6;26:7,19,21;27:1,9,
12;30:20;31:8,12;
35:5,18;39:2,11,16,
18,23;40:1,12;42:1;
49:23;50:15;62:12;
64:13;65:11;66:15;
69:11;71:4;77:18;
78:2,22;79:11;80:11;
83:11;84:17;85:25;
88:13;90:7,23;91:25;
97:11;102:12;
124:22;125:2,10,11,
22;131:21,23
**filed (1)**
61:16
**finally (1)**
111:10
**find (3)**
27:23;28:6;82:4
**fine (6)**
9:4;41:23;45:19;
74:22;121:19;126:5
**finish (3)**
65:2,7;75:5
**fire (1)**
98:1
**fired (1)**
22:7
**Firm (6)**
8:2,5;55:23;59:4,
22;75:11
**first (28)**
6:16,21;12:11;
15:17,22;17:20;22:2,
5;29:22;30:13,15,18,
24;31:3;37:13,14,17;
39:18,23,24;42:1;
78:18;96:8;104:1,9;
105:1;111:25;128:24
**Fish (3)**
8:16,17,19
**fitter (4)**
126:7,11,18;
127:19
**fitters (6)**
25:12,22;103:4;

116:7;123:13;124:18
**fitting (3)**
123:14;124:9,12
**Five-minute (1)**
103:18
**flying (2)**
72:11,19
**Foley (1)**
6:12
**follow (3)**
18:22;132:16,17
**followed (1)**
74:3
**following (1)**
7:25
**follows (1)**
6:17
**Foreman (24)**
6:6;22:10,14,14,
15;27:22,23;29:2;
37:2,2,3,6,7;48:10;
49:2,18;69:18,23,24,
24;70:3,4;83:11,22
**foremen (2)**
27:3,17
**forge (1)**
38:24
**forgot (1)**
128:23
**form (77)**
13:20,22;14:16;
15:3;16:15,22;18:2,
23;19:5,22;20:16;
21:11,22;18:23,8;
26:9;28:1,13;29:23;
32:13;35:22;36:2;
37:25;40:3,14;41:3,
8;42:3;43:8;44:3;
48:3,13,20;49:25;
50:9;53:7;55:25;
62:14;63:11,19;64:2,
5,23;67:15;69:14;
70:23;71:16,25;73:3;
74:11;80:13;81:17;
84:20;85:12;86:24;
87:24;89:19;91:12;
95:16;96:1;98:2,12,
19;99:2,10;100:8,17;
102:4;103:6;106:20;
107:9;108:5;109:4;
110:25;112:4;
113:20;117:18;118:7
**formal (3)**
100:24;101:2,7
**former (1)**
76:22
**Foster (3)**
96:15,25;97:3
**found (1)**
22:13
**foundation (74)**
13:20,23;14:17;
15:5,6,8,12,13,15;
16:16,22;18:2,23;
19:8,22;20:16;21:11;

22:18;23:8;26:9;
28:1;32:13;36:2;
38:1;41:3,9,10;42:3;
44:3;48:6,13;49:14,
25;50:9;53:7;54:17;
62:14;63:19;64:23;
67:15;69:14;70:23;
71:16,25;73:3;74:11;
81:17;84:20;85:12;
86:24;87:24;89:20;
91:12;95:16;96:1;
98:3,12,19;99:2,11;
100:9,17;102:5;
103:6;106:20;107:9;
108:5;109:4;110:22,
25;112:4;113:20;
117:18;118:7
**Foundry (2)**
37:24;38:24
**four (2)**
11:7;67:4
**front (1)**
120:9
**full-time (1)**
119:4
**function (2)**
23:22;92:2
**funny (1)**
36:18
**further (1)**
25:1

**G**

**gas (1)**
97:16
**gave (4)**
17:13;21:6;51:17;
89:11
**general (2)**
37:2;105:21
**generally (4)**
12:4;78:4;91:15;
99:16
**generic (3)**
52:2,7;131:3
**generically (1)**
51:24
**gentleman (1)**
104:12
**gentleman's (1)**
110:11
**GIERKE (2)**
7:6;119:15
**given (7)**
17:10;40:18;56:11,
13;57:13;58:10;
112:8
**giving (5)**
27:16;52:1;71:23;
82:19;108:14
**global (1)**
106:3
**God (4)**
33:12;78:9;85:1;

22:18;23:8;26:9;
28:1;32:13;36:2;
38:1;41:3,9,10;42:3;
44:3;48:6,13;49:14,
25;50:9;53:7;54:17;
62:14;63:19;64:23;
67:15;69:14;70:23;
71:16,25;73:3;74:11;
81:17;84:20;85:12;
86:24;87:24;89:20;
91:12;95:16;96:1;
98:3,12,19;99:2,11;
100:9,17;102:5;
103:6;106:20;107:9;
108:5;109:4;110:22,
25;112:4;113:20;
117:18;118:7
**Foundry (2)**
37:24;38:24
**four (2)**
11:7;67:4
**front (1)**
120:9
**full-time (1)**
119:4
**function (2)**
23:22;92:2
**funny (1)**
36:18
**further (1)**
25:1

93:16
**goes (6)**
27:16;52:15;54:13;
66:17;68:18;125:14
**good (5)**
48:22;55:21;57:9;
80:17;97:14
**Graf (3)**
66:10;117:4,5
**Green (3)**
13:18;14:6,15
**Greendale (2)**
8:22;37:22
**guess (4)**
44:25;58:4;86:7;
128:11
**guessing (1)**
86:6
**guesstimate (1)**
39:25
**guy (6)**
49:19;62:20;63:17;
64:17,20;126:21
**guys (3)**
63:23;64:4;66:3

**H**

**half (1)**
84:8
**hand (2)**
90:13,24
**handle (1)**
133:11
**handled (1)**
17:22
**Hansen (2)**
36:20,24
**happened (3)**
11:7;21:16;122:19
**Happens (1)**
31:22
**hard (3)**
31:24;66:4;112:7
**health (3)**
81:14,14;82:18
**hear (6)**
20:10;46:6;53:8;
75:25;119:25;120:22
**heard (3)**
57:19;76:12;77:11
**hearing (3)**
58:5;72:22;75:1
**Heating (6)**
68:12,25;69:1;
92:6;110:5,8
**help (1)**
82:10
**Helper (3)**
9:21;48:19;111:18
**helpers (3)**
10:3;100:25;101:3
**hey (1)**
26:14
**higher (1)**

**43:**7
**Highland (1)**
47:24
**hips (1)**
82:2
**hire (2)**
69:2;70:6
**hired (1)**
22:6;68:16
**hit (1)**
120:24
**honestly (1)**
16:25
**hospital (1)**
74:8
**hospitals (2)**
73:10,15
**hot (2)**
36:8;95:5
**hour (1)**
84:8
**hours (1)**
115:12
**House (5)**
34:23;47:1;48:8,
10,12
**houses (1)**
46:20
**human (1)**
114:10
**hungry (2)**
84:11,12
**hurry (1)**
80:6
**hypothetical (1)**
28:2

**I**

**idea (26)**
15:19;20:11;30:17,
21,25;36:18;39:13,
24;41:24;42:10;
46:17;47:3;59:7;
72:23;79:4,9;92:9,11,
13,15,17,19;94:10;
117:11,24;122:22
**identification (2)**
103:22;119:20
**identified (1)**
128:25
**identify (2)**
109:3;110:16
**illegal (1)**
72:5
**Illinois (3)**
13:10;56:19;57:12
**imagine (1)**
20:19
**implementation (1)**
71:5
**important (2)**
44:24;45:2
**importantly (1)**
57:22

**improper (1)**
28:2
**inability (1)**
109:2
**inappropriate (1)**
72:13
**include (6)**
102:1;106:12,15,
17,19,25
**including (1)**
29:8
**independent (3)**
116:20;117:16;
118:4
**Indiana (1)**
6:4
**Indianapolis (1)**
6:5
**individual (4)**
27:21;85:18;117:4;
124:1
**individuals (1)**
56:20
**industry (2)**
20:11;97:6
**information (18)**
17:14;18:19,20;
25:10;60:17;72:16;
73:1;75:25;88:19;
90:12;103:3,8,11;
105:15,23,25;106:3;
120:3
**Ingersoll-Rand (1)**
6:8
**initial (1)**
111:7
**in-place (2)**
87:22;102:1
**input (7)**
23:1;43:6,21,22;
44:9,19;71:5
**installation (1)**
32:7
**installations (1)**
73:9
**installed (6)**
86:13,16;109:11,
16;111:5,8
**instead (2)**
82:9;117:21
**instructed (1)**
117:24
**instructing (2)**
74:12;116:21
**instruction (1)**
76:3
**instructions (6)**
17:6;27:16;71:22;
81:6;84:18;87:21
**insulate (3)**
31:15;89:23;
111:11
**insulated (10)**
32:20;33:14;51:4;
69:19;99:8,9,13,16;

110:1;117:13
**insulating (4)**
74:3;95:5;109:19;
127:12
**insulation (42)**
9:14;11:14;12:10;
25:5;31:15;33:2,2,5,
8,11,21;36:8;50:17;
92:25;95:4,7;98:25;
101:25;102:2;
106:12;108:16;
109:20;119:24;
120:6,14;121:20,23;
122:20,23;123:7;
127:15,22;128:14;
129:14,24;130:5,7,
10,16,20;131:1;
132:13
**Insulator (19)**
11:23;14:25;18:7;
27:21,22;33:24;35:1,
16;36:7,16;37:5;
49:19,20;63:3;65:23;
93:7;99:22;100:6;
108:2
**insulators (10)**
20:15,25;27:14,15;
70:19;110:21;
111:11,22;112:1;
124:2
**interact (1)**
69:12
**interchangeable (3)**
95:15,20;96:6
**interest (1)**
109:8
**interests (1)**
87:15
**interface (4)**
16:20,25;17:1,2
**interim (1)**
46:20
**Interrogatories (1)**
66:22
**interrupting (1)**
90:21
**into (5)**
15:11;30:19;31:25;
120:5,13
**introduced (1)**
104:8
**introducing (1)**
8:8
**involved (21)**
26:8;31:2;32:22,
23,24;33:4;48:1;
64:6;68:20;74:8;
91:11,19;92:4;99:25;
100:21;101:9,12,14,
17;102:9;115:25
**irrelevant (1)**
66:24
**issued (3)**
57:22;89:22;115:8
**issues (4)**

81:13,14,14;91:20

**J**

**Jackson (1)**
6:9
**Jaime (1)**
113:10
**James (4)**
6:2;63:8,9;64:18
**Jimmy (1)**
64:18
**job (63)**
17:1,8,9,10,11;
21:6;22:8,23;23:19;
24:3;25:7;26:3,5,7,
14,15,24;37:13,15,
17;38:23,25;43:1;
48:10,12;49:7;76:8;
77:5;83:3,9,13,22,23,
25;88:3;89:22,22,25;
90:2,2,11,11;91:8,15;
92:7;100:13;105:25,
25;107:4;108:20,24;
109:11,16;110:24;
111:22;112:14,24;
113:3;118:12;
120:15;129:1,5,14
**jobs (30)**
18:9,12,13;22:10;
23:6;25:22;30:16;
32:2;34:11,15;35:5,
20;42:6,12;44:20;
51:1,16;54:19;76:13;
77:16;78:1,9,9,24,25;
79:3;83:6;90:23;
91:24;100:16
**Joe (2)**
37:8;62:20
**John (5)**
24:3;66:10;104:13;
117:4,5
**join (11)**
7:6;25:18;29:9;
32:15;50:1;55:21;
66:19;70:13;74:1;
76:5;129:7
**joined (2)**
7:8;111:20
**Joseph (1)**
6:11
**journal (3)**
33:18;47:3;78:7
**Jr (4)**
9:16;13:1,2,12
**Judge (2)**
58:7;61:11,17
**June (5)**
45:23;46:5,9;57:7,
9
**Juneau (1)**
47:24

**K**

**Karn (5)**
12:13,14;21:25;
43:5,24
**Karns (1)**
43:5
**keep (9)**
10:4;24:24;33:18;
47:2;58:25;59:2;
103:15;112:14,16
**Kenneth (2)**
12:13;21:25
**kept (2)**
78:7;92:25
**Kewaunee (6)**
98:8,17,22;99:7;
131:5,10
**kind (2)**
73:20;88:25
**kinds (5)**
47:2;81:24;91:11,
20;108:11
**knees (1)**
82:2
**knew (8)**
17:8;24:4;40:12;
48:23;80:19;83:24;
105:13;133:3
**knowing (1)**
23:5
**knowledge (6)**
75:18;120:3;123:3;
127:14;128:5;132:21
**knowledgeable (3)**
76:16;105:8,12
**knows (1)**
76:19
**Krutz (1)**
6:7

**L**

**lack (3)**
98:12;99:10;100:8
**LaCrosse (1)**
46:25
**Ladish (8)**
37:23;38:20,21,22,
23;86:20;92:16;
94:13
**Lakeside (5)**
34:23;35:6;86:19;
92:18;94:6
**Lamar (1)**
6:9
**large (2)**
41:22;114:21
**larger (4)**
39:3;40:11;41:18,
20
**largest (1)**
40:22
**last (12)**
7:17;8:8,23,25;
24:8,20;37:9;49:17;
56:11,12;97:16;

120:10
**late (6)**
6:22;37:12;61:22;
72:25;80:21;82:10
**later (7)**
29:19,21;30:12;
78:19;101:22;115:5;
119:8
**Laura (4)**
47:7;61:15;120:24;
125:9
**Law (6)**
8:2,4;55:23;59:4,
22;75:10
**lawsuit (1)**
119:24
**lawyer (2)**
58:16,18
**lawyers (2)**
58:13;59:21
**laying (1)**
15:14
**lead (1)**
64:24
**learned (1)**
44:25
**least (4)**
17:25;60:16;75:8;
79:14
**led (1)**
130:24
**left (3)**
8:7;105:2;122:21
**legal (2)**
69:6;72:12
**LeRoy (1)**
70:1
**Less (4)**
34:8,9;121:12,14
**level (1)**
43:7
**life (1)**
33:18
**limit (1)**
81:15
**limitations (1)**
82:6
**limited (3)**
7:23;61:13;70:12
**line (6)**
25:15;32:17;52:15;
54:13;91:16,17
**list (9)**
22:23;25:8,16,17;
58:24;76:13;112:14;
129:1,5
**listed (6)**
62:4;73:15;74:15,
21;120:15;129:15
**Little (2)**
8:16;121:15
**live (1)**
8:21
**lived (1)**
8:19

**living (1)**
37:20
**Local (41)**
9:22,24;10:5,14;
11:14;20:14;25:11,
21;28:24;29:1,13;
33:24;34:4,11;37:21;
39:10,21;45:11;
46:21;48:2,18;49:8,
12;62:11;70:19;
71:23;73:2,12,23;
78:14,20;100:15;
101:3,19;121:6,9,24;
122:3,15;123:12,18
**located (4)**
28:21;47:22;
102:17,19
**location (9)**
28:8,9,19;45:9;
47:10,13;60:24;61:2;
62:3
**locations (1)**
122:21
**Locker (14)**
24:1,3,10,15,18;
44:12;104:13,15,17,
23;105:2,5,14;106:3
**long (13)**
8:19;10:4;11:5;
17:3;37:15,17;46:15;
48:12;120:24;121:8,
11,15;127:23
**longer (6)**
10:16;107:5,7,15,
19;131:23
**look (3)**
26:24;112:20;
128:8
**looked (1)**
110:1
**looking (7)**
84:2;107:16,21;
108:18;109:2;
111:25;112:12
**Lord (2)**
42:6;117:8
**LORINGER (6)**
73:16,25;74:5,11;
98:19;99:2
**lot (4)**
72:6;87:19;108:22,
24
**loud (1)**
14:22
**Lukin (7)**
12:15,22,23,24;
13:5,7,13

**M**

**magazine (1)**
20:25
**magnesia (5)**
52:8,17;95:7;
96:13;99:18

**Magnesium (3)**
130:21,22;131:4
**Mailing (1)**
8:17
**maintenance (1)**
132:15
**making (2)**
42:18;114:15
**MALONEY (10)**
119:17,22,23;
120:17;128:22;
129:11,17;132:16,19;
133:7
**man (4)**
24:6;33:12;42:6;
93:16
**manager (1)**
12:3
**managers (1)**
27:4
**Mansfield (1)**
6:12
**manufactured (1)**
120:13
**manufacturer (5)**
107:8,16,20;
109:17;110:2
**manufacturers (1)**
96:21
**many (16)**
6:23;12:2;22:7;
39:10,21,21,23;
75:10;78:6,10;79:3;
84:3;88:12;100:20;
108:11,15
**mark (1)**
119:18
**marked (5)**
103:21,24;119:19;
120:8,9
**Marsh (1)**
8:16
**mastic (2)**
96:18;109:24
**material (16)**
22:23;33:21;51:5,
7,15,17;19;52:7,25;
54:5,13;83:24;93:15;
116:3;127:13,15
**materials (34)**
22:9,13,15,20;23:1,
2,5,6;36:1,8;46:12;
51:3,12;52:8;82:24;
83:2;85:6;86:13,22;
87:6,23,23;88:20,24,
25;89:10;90:6,25,25;
92:3,25;93:8;96:21;
124:6
**matter (2)**
34:9;61:11
**matters (2)**
75:10;88:6
**may (21)**
35:19;36:13;46:19;
50:5;54:19;60:14;

61:24;68:20;73:22;
79:19;80:2;83:2;
98:5;118:2;120:11,
12;121:1,15;125:15;
126:4;133:4
**maybe (6)**
40:8;44:23;67:4;
101:22;109:20;
123:16
**MC (186)**
7:9,13,15,24;8:12;
12:21;14:1,7,24;15:6,
12,16,21;16:17;17:4,
19;18:6;19:2,10,20,
23;20:21;21:19;
22:24;23:15,20;
25:19;26:12;27:11;
28:5,16;29:12,18;
30:3,9;31:7,17;32:11,
18;34:16;35:2,11,25;
36:6;38:4,10,17;
39:9;40:6,19;41:5,
15;42:8,17,23;43:14;
44:7,14,21;45:4,8;
46:6;47:4,15,21;48:4,
9,17;49:1,6,15;50:6,
14;51:14;53:8,12,17,
22;54:2,10,20,24;
55:1,7,12,17,22;
56:10;57:4,11,18;
58:4,23;59:13;60:6,
20;61:4,10,15,23;
62:8,19,25;63:14,22;
64:3,12;65:1,6,9,20;
66:25;67:6,19;68:24;
69:8,22;70:18;71:1,
13,20;72:9,18;73:8,
17;74:2,12,16,19,23;
75:3,9,14;76:6,21,24;
77:14,25;78:12;
79:10,20,25;80:10,
16;81:4,11;82:3,15;
83:15,20;84:5,16,24;
85:14,21;86:1;87:3,
12,17;88:4;89:24;
90:22;91:7,18;93:6,
18,22;95:6,21;96:7;
98:6,15,24;99:6,14;
100:4,10;101:1,13;
102:8;103:12,23;
110:22;131:18,20;
132:2
**McCoy (5)**
57:20;62:2;104:12;
109:10;110:5
**McLaughlin (1)**
6:3
**mean (28)**
14:6,11;21:7;26:2,
6;27:13;37:6;38:12;
40:8,23;44:6,8,22;
52:1,4;53:19;54:21;
59:9;69:23;75:23;
82:4;90:18;99:25;
101:15;105:17;

113:18;117:21;119:1
**Meaning (6)**
13:17;37:12;40:20;
59:22;102:20;122:23
**means (2)**
45:1;120:5
**meant (4)**
36:21;80:1;95:4;
131:4
**measures (1)**
70:21
**Mechanical (1)**
68:11
**meet (2)**
55:18,23
**meetings (1)**
21:8
**member (26)**
9:22,24;20:14,19;
25:11;28:24;29:2,13;
34:4,11;45:11;46:21;
48:1,18;49:8,12;
62:11;73:12,23;
78:14;121:6,9,24;
122:3;123:12,18
**members (5)**
39:10,21;43:25;
73:2;118:12
**membership (3)**
10:5,13,13
**memory (5)**
57:10;109:1;
112:20,24;113:3
**mentioned (2)**
130:18;131:6
**met (2)**
104:9;110:14
**Michigan (1)**
11:15
**mid (2)**
80:23;85:1
**might (16)**
11:13;26:23,24;
42:6;52:16,16;67:4;
84:5;92:4;93:14;
99:18;106:3;109:24,
25;117:10;132:6
**Mike (1)**
120:21
**Miller (64)**
28:8,17;29:3,14,
20;30:11,16,20;31:3,
8,10,11,19;32:1,7,12,
19,23;33:4,7,10,22;
62:20;63:1,10;64:17;
65:13;66:5,21;70:5,6,
10;85:7;87:4;89:9,
18;90:2;92:8;94:20;
97:21;113:11,17;
114:9,19,21,25;
115:17,25;116:1,6,
11,17,21;117:2,21,
24;118:1,6,11,18,21;
119:1;132:8,13
**Milwaukee (12)**

28:8;47:16,23;
60:2;70:10;77:18;
119:24;120:6,13;
129:13;132:7,13
**mind (2)**
34:19;61:22
**mine (1)**
39:7
**minimum (1)**
26:5
**Minnesota (1)**
47:1
**minute (4)**
9:2;59:15;66:9;
129:22
**minutes (4)**
6:22;75:7;82:9;
84:6
**mischaracterization (1)**
57:20
**mischaracterizing (1)**
32:10
**Miss (1)**
8:1
**Mississippi (1)**
6:9
**misstatement (1)**
111:17
**misstates (1)**
95:17
**moment (3)**
14:23;58:9;62:10
**Monroe (1)**
6:12
**month (3)**
11:5;37:19;121:14
**monthly (1)**
20:14
**months (6)**
11:6;34:9;48:16;
121:12,17;122:4
**more (15)**
34:20;47:10,11,12;
49:7,9;57:22;61:24;
79:5;84:1,6;91:22;
105:15;121:15;
131:18
**morning (1)**
104:9
**most (8)**
29:3;32:12;40:25;
42:1;49:11;76:16;
105:8,11
**Mostly (3)**
17:12;32:21;53:6
**motions (1)**
61:16
**move (7)**
45:6;58:9;60:22;
74:19;75:2,15;76:2
**moving (1)**
87:12
**much (10)**
14:13;29:21;30:12,
12;34:3,9;38:3;84:1;

86:4;119:16
**multiple (4)**
21:12;22:19;62:22;
91:13
**must (1)**
21:7
**myself (2)**
35:15;104:8

## N

**name (31)**
7:16,17;8:8;12:8,
16,18,20;24:6;37:8,9;
49:17;63:4,4;64:16;
88:16;96:15;97:1,4;
98:11;99:5;104:7;
113:10;118:22;
119:23;120:21;
123:12,18;124:8;
126:20,21;131:3
**named (3)**
62:20;104:13;
110:11
**names (5)**
24:8;51:22;52:6,
23;98:7
**nature (1)**
90:19
**Naumann (3)**
24:6,7,12
**N-a-u-m-a-n-n (1)**
24:9
**near (2)**
34:7;67:18
**necessarily (2)**
105:11,12
**need (7)**
26:14;47:8;59:15;
75:5,17;81:4;82:7
**needed (9)**
17:6;22:9,14;26:7;
39:14;40:1,5;42:16;
83:24
**needing (1)**
33:10
**negotiating (1)**
118:17
**new (4)**
21:20,22;38:23;
114:3
**next (1)**
12:24
**nice (1)**
60:25
**Nobody (1)**
101:7
**None (4)**
16:9,10;25:3;107:1
**Norbert (2)**
12:15,23
**North (3)**
6:4;13:17;14:3
**Northwestern (1)**
11:13

**noted (1)**
58:8
**notes (1)**
128:8
**notice (6)**
61:1;62:2,5;
103:25;104:1,2
**noticed (1)**
25:9
**Nowhere (1)**
34:7
**Nuclear (6)**
67:7,11,14,20;
68:2;76:8
**number (5)**
6:21;103:24;108:3,
14;119:19
**Numbers (2)**
103:21;106:4

## O

**Oak (29)**
14:25;15:17,25;
16:12,18;17:14,25;
18:9,12;33:25,25;
34:4,18,21;36:1,14,
16,20;46:16;86:19;
88:9;92:20;93:7,10;
94:3;96:24;97:7,12,
15
**oath (1)**
6:16
**object (30)**
25:14;35:22;41:8;
44:2;48:13;49:14,25;
55:4,25;56:17;62:14;
64:2,5;65:7,14;
66:16;67:15;68:17;
69:14;72:13;80:13;
81:17;83:12;85:16;
90:19;93:9;95:18;
99:10;100:8;129:4
**objected (1)**
45:1
**objecting (1)**
58:3
**objection (103)**
7:9;13:20,22;15:3,
7,8,12;16:15,22;
17:16;18:1;20:16;
21:11;22:18;23:7;
26:9;27:7;28:1,13;
29:4,15,23;31:4;32:9,
13;34:13;35:7;36:2;
37:25;38:7,14;39:5;
40:3,14;41:3,4,7;
42:3,14;43:8;44:16;
46:4,23;47:14,18;
48:3,20;50:9;53:5;
54:16;55:20;57:21;
60:16;62:22;63:11,
19;64:22,23;67:1;
69:3;70:9,23;73:3,13,
25;74:5,6;75:6,23,25;

76:2,15;77:21;78:3;
79:7,13;84:20;85:10,
11;87:8,9,24;89:19;
91:1,12;93:2;95:2,
16;96:1;98:2,9,20;
99:2;101:5;102:3;
103:6;106:20;107:9;
108:5;109:4;110:22;
113:20;117:18
**objections (12)**
7:4;14:4;15:20;
19:5;44:13,23;65:2,
4;75:20;87:13;
107:22;118:13
**obtain (1)**
82:23
**Obviously (6)**
33:14;40:16;79:2;
82:17;94:25;105:13
**occasions (2)**
11:8,9
**off (3)**
8:7;78:7;92:8
**office (20)**
13:15,18;14:3,6,10,
15;26:19,23;43:13,
25;44:6,10;58:1;
62:4;89:3,4;90:14;
102:13,21;105:1
**offices (1)**
24:21
**official (1)**
100:21
**often (7)**
63:10,11,13;83:4;
119:1,1,2
**old (1)**
81:21
**Once (4)**
11:16;35:9,12;
54:12
**One (51)**
6:4;11:14;12:2,24;
15:2,22;17:25;19:4;
24:4,10;28:18;29:22;
31:3;35:19;40:5;
41:6,18,20;42:6;
43:1;45:16;47:10,12;
49:7,8;52:1;58:25;
59:2;64:1;66:10;
67:4,21;83:23;99:20;
101:21,22;102:21;
107:24;109:7;114:4;
117:4;118:11;119:3;
122:17;123:3;126:1;
127:8,14;130:18;
131:18;132:21
**ones (3)**
41:20;53:23;59:21
**ongoing (2)**
42:12;61:18
**only (12)**
7:3;24:4;28:18;
32:6;62:4,6;68:19;
70:10;76:18;112:19;

116:9;128:1
**onsite (1)**
114:25
**on-the-job (3)**
100:20,23;101:8
**operating (1)**
111:10
**operation (1)**
14:14
**opinion (2)**
40:5;105:9
**opposed (2)**
83:10,21
**option (1)**
132:4
**oral (2)**
17:12,12
**orally (1)**
53:6
**order (5)**
51:1;83:2,8,24;
91:22
**original (7)**
16:7,9,12;45:14,
18;97:12;107:6
**OSHA (15)**
20:7,10;21:3;
70:25;71:11;72:7;
86:2,14,23;87:6;
88:21;89:10;95:25;
99:17;102:10
**out (26)**
8:9;11:14;13:15;
14:3,10,22;15:10;
20:8,20;22:13;27:4,
23;28:6;37:17;45:24;
46:2,2;61:9;70:25;
72:7;77:16;82:4;
102:10;107:18;
112:8;128:10
**outside (15)**
59:8;64:6;65:17;
66:23;69:15;72:1;
73:13;74:7;83:13;
84:21;88:3;102:3;
103:7;106:21;112:5
**over (9)**
20:11;57:14;72:11;
78:9,10;81:21;
103:17;121:17;128:8
**overbroad (2)**
73:16;112:4
**overly (2)**
87:25;96:2
**Owens (1)**
56:19
**Owens-Illinois (4)**
57:12,15,17;104:8
**own (5)**
14:14,14;112:24;
113:2;116:10

## P

**Pabst (41)**

47:9,22;48:2,12;
49:2,8,11,23;50:8;
62:9,13;77:18,19;
78:4;79:12,22,24;
87:4;90:10,15;92:10;
94:20;97:21;121:3,4;
122:3,4,7,11;123:11,
16,17,23,24;124:1,
17,24;125:1;126:17,
18;128:13
**packaging (1)**
107:6
**page (2)**
6:25;7:2
**PAGEL (7)**
15:5,8;16:15;45:6;
51:10;53:5,11
**paid (2)**
59:23;124:4
**paperwork (2)**
82:23;83:1
**Pardon (4)**
13:21;52:11;
102:16,24
**part (6)**
10:12;25:16;65:1;
71:15;100:13;102:19
**particular (14)**
9:13;10:12;26:24;
33:21;42:25;53:3;
63:25;66:2;83:3,9;
89:13,22;101:23;
102:19
**PARTRIDGE (9)**
6:6,6;98:12,20;
99:10;100:8;129:19,
21;131:12
**passed (1)**
108:22
**past (1)**
75:9
**pause (2)**
84:15;128:12
**pay (2)**
115:15,15
**paychecks (1)**
115:9
**pending (2)**
61:17;80:8
**Pennsylvania (1)**
6:4
**people (30)**
22:6,7,8;26:13,16,
17,21,23;27:9,12;
31:20;43:18,24;44:6;
66:2,4,11;67:3;
71:23;84:3,4;88:13;
101:3,19;103:16;
117:21,24;118:24;
126:25;129:18
**Peoria (2)**
13:10,15
**percent (3)**
85:6,7;133:6
**percentage (3)**

86:12,21;130:25
**perform (2)**
116:18,22
**performed (1)**
129:14
**performing (1)**
108:16
**perhaps (2)**
130:4,13
**period (11)**
10:22;11:10;20:4,
7;23:25;38:16;77:2,
13;95:25;119:5;
121:8
**periodically (1)**
83:6
**periods (1)**
37:15
**Perry (1)**
6:7
**person (17)**
17:25;18:5;21:23;
23:19,22;29:2,14,22;
30:13;35:21;49:16;
50:7;56:3;65:12;
76:16;88:9;105:8
**personally (2)**
76:12;115:1
**personnel (5)**
16:21;17:7;25:21;
27:2;91:23
**persons (2)**
21:23;100:15
**perspective (1)**
75:24
**pertained (1)**
83:25
**phase (1)**
47:8
**phone (1)**
129:18
**phonetic (2)**
70:1;126:22
**Physical (2)**
8:16;32:19
**physically (2)**
35:13,14
**pick (1)**
64:4
**picked (1)**
64:11
**picking (3)**
64:16,20;65:11
**pin (1)**
69:16
**pipe (33)**
25:12,21;33:2,7;
36:12;54:14;88:25;
95:4;103:4;106:13;
107:18,18,20;109:20;
116:3,7,8,9,10;
121:19,23;122:7,11;
123:13,13;124:9,12,
18;126:7,11,18;
127:19,24

**pipeline (6)**
32:21,24;89:1;
109:19,22;110:2
**pipelines (2)**
32:12;89:13
**pipes (3)**
33:14;36:9;79:1
**piping (6)**
38:23,25;51:4;
95:5;127:12;128:15
**place (9)**
21:8;26:20;50:7;
67:18;71:15;72:11;
78:11;84:19;88:8
**placed (2)**
120:5,13
**places (2)**
46:22;122:17
**plaintiff (4)**
65:16;66:17;81:1;
93:10
**plaintiff's (6)**
6:20;7:1;55:14;
56:18;61:1;82:8
**Plant (12)**
34:18,18;46:25;
67:7,11,14,20,23,25;
68:2;76:9;94:17
**please (7)**
12:17;26:20;29:11;
75:4;80:4;119:25;
129:24
**plumber (1)**
26:4
**Plumbing (4)**
68:12,25;69:1;92:6
**plural (1)**
55:20
**pm (1)**
133:12
**PMK (2)**
77:7;103:7
**PO (1)**
8:17
**point (8)**
32:4;38:18;53:10;
60:15,17,19;75:16;
117:3
**Port (16)**
34:18,20;37:4,11,
14,17;45:10,24;46:2,
3,10,13,15;86:20;
92:14;94:17
**portions (1)**
87:5
**position (33)**
9:11,20;12:4;
21:21,22;22:2;37:1;
57:15,16;58:5,8;
61:12;111:21
**positions (2)**
11:21,25
**possession (1)**
56:19
**possible (5)**

97:18,18;124:25;
132:14,20
**Power (27)**
34:18,18,23;35:6;
40:17;45:10;46:16,
20;47:1;48:8,10,12;
67:7,11,14,20;68:2;
76:8;86:19,19;88:9;
92:18,20;93:7;94:3,6,
17
**Powerhouse (12)**
15:18,25;16:13,19;
17:15,25;18:10;34:1,
4;97:13,19,24
**powerhouses (1)**
97:22
**practices (2)**
18:21;19:16
**preceded (1)**
24:5
**preclude (1)**
82:19
**predates (1)**
93:10
**premises (2)**
35:13,17
**preparation (1)**
55:3
**prepared (5)**
53:1,2;89:6,7;
91:10
**preparing (2)**
82:23;83:1
**present (2)**
120:15;130:4
**presentations (1)**
20:24
**presently (1)**
8:13
**president (4)**
9:12;12:1;84:25;
85:3
**pretty (3)**
14:13,13;57:19
**previous (1)**
90:20
**primary (1)**
23:22
**principle (1)**
69:12
**prior (2)**
32:10;78:17
**privileged (1)**
55:5
**probable (1)**
100:12
**Probably (24)**
8:20;20:20;24:22;
26:21;33:15;39:1;
42:25;45:1;48:15;
58:18;71:3;72:25;
82:8;84:10;99:20;
102:7;107:24;109:7,
14,18;111:17;117:8;
121:13;127:12

**problem (5)**
6:25;20:3;27:25;
65:1;67:5
**problems (1)**
81:24
**procedures (2)**
18:21;74:3
**process (1)**
22:16
**produce (3)**
57:23,24;58:2
**produced (1)**
129:2
**producing (2)**
7:3;114:10
**product (13)**
106:9,25;107:4,5;
108:20;109:15;
129:24,25;130:5,16,
18,23;131:1
**production (1)**
56:22
**products (17)**
94:3;105:9,16;
107:2;108:3,15;
109:3,10;110:3;
113:3;114:10,16;
117:15;118:2;120:4,
11;130:10
**program (4)**
100:22,22;101:2,7
**project (3)**
12:3;27:4;113:14
**projects (4)**
16:18;41:25;48:1;
114:5
**protections (1)**
71:6
**protective (1)**
70:21
**protocol (4)**
6:21;7:5,7,10
**provide (7)**
82:6;85:17;100:14;
112:23,23;113:1,2
**provided (3)**
7:1;103:4;116:7
**providing (4)**
84:18;91:23;116:2,
11
**publication (1)**
20:15
**published (2)**
20:23,24
**purchased (2)**
105:9,16
**purchases (2)**
106:1,4
**purchasing (4)**
23:21,23;24:13;
105:5
**purpose (2)**
7:23;95:9
**pursuant (1)**
18:16

**pursuing (1)**
75:21
**put (15)**
6:19;20:19;21:8;
79:21,22,24;99:20;
109:20,21,22;112:8;
122:11,20;128:15;
132:22
**putting (2)**
121:23;127:23

## Q

**qualified (1)**
65:23
**quantities (1)**
106:4
**quibbling (1)**
87:17
**quick (2)**
92:8;121:4
**quickly (2)**
103:16;128:9
**quite (4)**
13:25;16:25;48:22;
129:10

## R

**RALPH (2)**
6:15;7:18
**ran (1)**
14:14
**ranges (1)**
95:10
**Rapid (1)**
6:3
**rare (1)**
83:5
**rate (1)**
115:14
**rather (1)**
118:6
**rattle (1)**
78:6
**read (5)**
23:15,17;85:21,22;
132:3
**ready (2)**
26:1;69:19
**real (1)**
92:8
**really (10)**
16:25;19:19;50:25;
59:10;61:18;75:5;
90:7;107:3;121:18;
128:8
**realm (1)**
90:8
**reason (4)**
10:13;60:18;66:1;
85:2
**reasonably (1)**
64:24
**recall (20)**

73:7;89:17;104:15,
17,23;105:2;106:9;
110:7;111:25;
112:20;113:17;
114:3;118:20;119:5;
123:12,18;124:8,17;
130:15,19
**recalled (1)**
113:13
**received (2)**
56:22;57:23;58:1;
93:23
**recess (2)**
54:25;103:20
**recollection (25)**
9:5,25;10:8,10,25;
16:14;20:22;29:17;
32:6;33:16,20;35:10,
24;36:15;40:7,10;
50:12,22;62:17;
77:24;78:1;121:11;
125:12,15;126:4
**record (10)**
6:14,19;25:17;
53:9;57:22;58:5;
103:23,24;128:25;
129:24
**refer (1)**
25:17
**referred (2)**
12:2;15:14
**referring (3)**
15:15;20:7;52:20
**refresh (1)**
112:23
**refreshing (1)**
113:2
**regard (1)**
131:5
**regarding (5)**
76:17;81:1;120:3;
128:14;132:12
**regular (1)**
63:25
**regulation (1)**
95:25
**regulations (4)**
10:16;20:8,10;21:3
**REJANO (3)**
6:11,11;12:16
**r-e-j-a-n-o (1)**
6:11
**relate (1)**
65:15
**relevance (2)**
74:9,13
**relevant (8)**
56:21;59:11;62:6;
64:25;68:20;69:16;
81:2;93:11
**remained (1)**
127:24
**remember (76)**
8:7;11:15;13:6,13;
14:19,22,23;15:23;

17:3,23;19:1;21:2;
30:10,18,25;31:2,20,
25;33:10,13,22;
34:12;35:5,9,12,15;
36:25;37:1;38:20,21,
22;39:3;40:16;41:2;
48:11,15,23,24,25;
49:5;50:13;58:20,22;
59:24;60:8,9;66:10;
67:3,18;70:3,4;78:24,
25,25;80:22;93:16;
96:8,9,9,13;97:3,8;
99:5;102:11;109:11,
13;112:8;114:20;
117:6;123:23;
124:14,20,21;125:24,
24;131:3
**remembered (1)**
117:4
**removal (3)**
32:2;71:14,19
**remove (3)**
107:14;123:6;
128:2
**removed (2)**
122:24;128:5
**repeat (6)**
12:16,18;18:11;
23:14;29:11;85:20
**repeated (1)**
89:11
**repeating (1)**
54:1
**rephrase (2)**
20:12;97:10
**replacing (1)**
21:20
**reporting (5)**
9:15;12:5,25;13:5,
11
**represent (6)**
6:3;7:22;59:22;
104:7;119:24;121:3
**representation (1)**
129:8
**represented (2)**
8:1;87:15
**representing (1)**
6:13
**represents (1)**
59:5
**request (1)**
58:2
**requested (1)**
56:19
**requests (2)**
57:23,24
**require (1)**
26:5
**rescheduled (1)**
75:10
**reserve (1)**
81:6
**resolving (1)**
61:11

**respect (4)**
7:4;61:5;71:7;
99:24
**respective (1)**
118:5
**respirators (1)**
112:8
**response (1)**
57:24
**responsibilities (1)**
25:1
**rest (1)**
84:7
**restroom (1)**
54:23
**retired (5)**
8:13;9:2,10;13:13;
24:23
**retirement (1)**
11:18
**review (2)**
132:4;133:9
**Richard (2)**
30:14,14
**right (89)**
11:1;14:8,10;16:4,
13;18:7;19:24;25:2,
24;28:9;31:1,24;
33:5,6;34:1,19;36:7;
38:5;41:6,14,19;
43:4;44:1;45:9,24,
25;46:3,10;47:5;
52:3,16;53:18;54:6;
56:17;59:14,25;
60:13,22;61:4;62:9;
63:9;64:13,19;67:8,
20,21;68:4;69:2;
75:14,16;76:6;81:7,
9;83:21;86:11,17;
87:12,18;90:2;91:10,
24;94:4,5,7,12,13;
97:19,22;99:25;
101:14;102:10;
103:13;104:10;
106:6;108:14;
109:15;111:7;
114:10;115:20;
118:12,19;120:2;
122:8;124:24;128:3,
17;131:5,12;132:3
**rights (1)**
75:20
**Road (2)**
8:16;82:7
**role (8)**
16:11;22:25;49:22;
69:11;71:4;82:23,25;
92:24
**room (1)**
84:4
**roughly (2)**
10:24;37:18
**rules (1)**
74:25
**rumors (5)**

72:11,19,22;73:2,4
**run (1)**
92:7
**running (1)**
14:15
**Ruttinger (1)**
70:1
**Ryan (1)**
119:23

## S

**safety (11)**
18:20;19:3,16;
20:1;70:21;71:6;
84:18;87:23;102:1;
103:5;112:2
**Same (26)**
14:4;15:20;29:15;
42:13;44:13;59:4,21;
69:3;73:25;86:11;
87:4;89:11;94:20;
95:9;96:11;98:20;
107:22;111:22;
118:13;122:2;
123:16;124:19;
126:14,17,19;127:19
**save (1)**
10:10
**saw (3)**
90:12;99:23;
128:13
**saying (20)**
7:11;26:20;33:3;
34:5;40:7,9;57:12;
61:20,23;67:23;68:7;
72:4;75:24;76:11;
77:7;88:5;92:23;
94:2;119:25;122:14
**Schlitz (28)**
78:13,16,24;79:3,
21;80:1,12,15;86:12,
17;92:12;94:20;
97:21;121:4,5,9;
124:8;125:13,14,21;
126:2,8,12,25;127:2,
11,19;128:14
**school (3)**
19:21;74:7;101:21
**schools (3)**
73:10,15,21
**SCHUETT (193)**
6:18;7:22;8:1,11;
12:18;13:20,22;14:4,
16,20;15:20;16:22;
17:16;18:1,23;19:5,8,
17,22;20:16;21:11,
14;22:18;23:7,11;
25:18;26:9;27:7;
28:1,13;29:4,7,15;
30:5;31:4,13;32:13;
34:13,24;35:7;36:2;
37:25;38:7,14;39:5;
40:3,14;41:3,7,9,11,
14;42:3,14,20;43:8,

11;44:2,13;45:3,5;
46:4,23;47:14,18;
48:20;50:1,3,9;51:9;
53:7,21,24;54:7,16,
22;55:4,14,21;56:2,6,
24;57:1,7;58:21;
59:8;60:3,16;61:3,5,
12;62:2,22;63:11,19;
64:5,9,23;65:5,8,14,
19;66:16,20;67:15;
68:17;69:3,6,14;70:9,
14,23;71:7,16,25;
72:12;73:3,13;74:1,6,
14,20;75:2,7,12;76:5,
15,22;77:6;79:6,17;
80:24;81:9,17,21,25;
82:8;83:12,17;84:1,7,
11,13,20;85:10,12;
86:24;87:24;89:19;
91:1,4,12;93:2,9,17,
21;95:16;96:1;99:24;
100:17;101:5,9;
102:3;103:6,15,18;
105:17;106:20;
107:9,22;108:5,9;
109:4;110:25;111:3;
112:4;113:20;115:1;
117:18;118:7,13;
121:1;125:6;129:7,
18;131:15,17;132:3,
8,10,17;133:8,11
**scope (21)**
17:8,9,11,14;
19:14;59:8;61:6;
64:6;65:17;68:18;
69:15;72:1;73:13;
74:7;83:13;84:21;
88:1;102:3;103:7;
106:21;112:5
**season (1)**
101:23
**Second (3)**
6:22;75:6;104:1
**sectional (1)**
99:7
**Seddick (6)**
63:8,9;64:18,18,
20;65:12
**seeing (2)**
20:22;118:20
**seeking (1)**
72:12
**Selikoff (2)**
20:23;21:3
**selling (1)**
96:21
**send (1)**
46:10
**Sender (1)**
62:21
**sense (1)**
68:11
**sent (1)**
46:2
**separated (1)**

11:4
**sequencing (1)**
110:19
**series (1)**
61:16
**service (1)**
104:2
**set (5)**
62:3;71:18;90:5;
100:13;116:10
**settings (1)**
97:24
**Settle (1)**
62:21
**seven (1)**
8:20
**several (6)**
11:7;24:22;66:11;
67:3;81:12;114:23
**shared (1)**
102:21,21
**sheer (1)**
109:1
**short (6)**
11:10;50:5;54:25;
84:15;103:20;128:12
**showed (1)**
120:8
**shutdown (1)**
114:7
**sic (1)**
32:7
**side (2)**
114:18,18
**sign (1)**
50:15
**signed (1)**
50:19
**silicate (8)**
52:8,16;94:23;
95:1,4;96:11;129:23;
130:19
**simply (1)**
75:22
**sit (6)**
108:18;110:7;
112:18;121:22;
122:10;123:5
**site (12)**
28:18;61:8,8;
66:18;74:15,21;
105:25;106:1;107:4;
108:20;109:16;
110:24
**sites (23)**
25:7;61:13;62:5;
64:6;71:7;73:15;
76:18;83:14;84:21;
92:7;99:24,25;100:3;
106:21;108:24;
109:11;112:14,24;
113:4;120:15;129:1,
5,15
**situation (2)**
69:9;90:10

**situations (1)**
31:1
**six (2)**
11:5;67:4
**size (3)**
26:5;42:22;73:11
**slight (1)**
95:13
**slow (2)**
65:3;87:11
**slows (1)**
87:18
**smaller (1)**
97:25
**smooth (1)**
91:10
**sold (2)**
120:4,12
**soliloquy (1)**
45:7
**somebody (14)**
12:2;23:4;26:2;
31:15;44:12;49:10;
58:25;59:2;66:5;
102:22,23,25;105:14;
128:4
**someone (4)**
29:19;30:11;55:23;
85:5
**someplace (2)**
82:5;100:7
**sometime (2)**
78:17;80:23
**sometimes (3)**
50:24;68:15;97:25
**somewhat (1)**
57:21
**somewhere (3)**
53:9;58:24;109:13
**Sons (1)**
8:24
**soon (1)**
107:5
**sorry (16)**
14:23;18:11;22:20;
27:7;38:7;43:10;
46:7;47:6;68:3;69:1;
86:7;90:18,20;97:20;
128:23;129:11
**sounds (1)**
36:18
**source (1)**
53:3
**South (1)**
6:8
**space (1)**
7:18
**speak (1)**
120:1
**speaking (2)**
52:2;76:19
**specialized (1)**
23:4
**specialty (1)**
116:9

**specific (4)**
51:12,22;88:16;
108:14
**specifically (3)**
122:16;125:1,24
**specification (3)**
51:21;88:19;90:12
**specifications (15)**
51:5,8,15,17,19;
52:5,19,23,25;53:19;
54:5;89:9,18;90:5;
128:13
**specified (3)**
22:20;51:3;91:17
**specify (1)**
94:10
**specifying (2)**
90:13,24
**Speculation (3)**
50:2;118:8,9
**speculative (1)**
117:19
**spell (3)**
7:17;24:8;37:9
**spelling (1)**
8:8
**spent (1)**
121:9
**spoken (1)**
74:24
**Sprinkmann (159)**
8:5,24,25;9:10,16,
17;10:17,20;11:5,10,
17,17,21,22,25;13:1,
2,9,12,12,17;14:3,6;
16:19;17:7,24;18:9,
12,22;22:1,11;23:4,
21;24:21;26:13,18,
18;27:2,2;28:12;
29:1,2,13,19;30:7,10;
32:1;33:11;38:5,9;
39:3,11,21,22;40:1,
11,25;41:18;43:18,
19,25;45:22;46:9;
49:10,16,23;50:8;
53:2;59:5,22;60:12;
63:10,24;64:21;
65:12;66:3;67:13,24;
68:7,16;69:1,2,10,24;
70:5,6,19,20;71:22,
24;73:1;76:8,19,23;
77:4,11,12;78:19;
84:18;85:5;86:13,22;
87:6,20;89:4,6;
91:23;92:25;96:22;
98:25;100:6,16;
101:2;102:18;103:2;
104:15,18,19,22;
105:6,10,16;106:4,6,
10;108:2,8;113:13,
14,19;114:5;115:3,8,
11,17,22;116:2,12,
17;121:24;122:20;
123:6,24;124:4,6,23;
125:1,12,18,20;

126:2,14,19;127:4,
11,20,22;128:1;
131:21
**Sprinkmann's (2)**
105:2;114:4
**Square (1)**
6:4
**Sr (1)**
43:19
**Standard (2)**
118:20,22
**standards (1)**
71:18
**standing (1)**
90:5
**start (11)**
6:18;13:5,11;
15:17;17:20;28:7,7;
45:21;65:6;70:22;
72:22
**started (8)**
13:6;46:9;78:18,
22;104:18,21,22;
105:1
**starting (3)**
111:13,18;114:1
**state (10)**
7:2;28:22,23;
100:21;101:9,12,14,
15,17;102:9
**stated (1)**
7:10
**statement (4)**
25:15;76:14;85:9;
129:5
**Station (10)**
35:6;45:10;46:16;
86:19,19;88:9;92:20;
93:7;94:3,7
**stationed (1)**
31:18;49:11;63:24
**stay (1)**
59:14
**steamfitter (5)**
26:3;126:7,11,18;
127:18
**steamfitters (3)**
114:19;116:14,16
**steamfitting (4)**
123:19;124:9,13,
18
**sterile (1)**
114:12
**still (8)**
13:23;19:17;29:1;
60:12;61:18;81:16;
108:9;121:6
**Stolper (1)**
37:8
**s-t-o-l-p-e-r (1)**
37:10
**stopped (1)**
80:24
**straight (1)**
27:23

**Strawbridge (2)**
58:7;61:17

**stream (1)**
120:5

**Street (4)**
6:4,9;28:22,23

**strike (11)**
10:23;11:2,4;
20:13;45:6;75:2;
76:2;123:13;125:11;
126:6;127:13

**structures (1)**
32:19

**studies (1)**
21:2

**subcontractor (2)**
68:16;69:11

**subcontractors (2)**
69:2;117:17

**subject (1)**
7:4

**subpoena (1)**
93:25

**suggesting (1)**
22:25

**Suite (2)**
6:4,12

**super (1)**
124:25

**superin (1)**
16:9

**superintended (1)**
22:6

**superintendent (63)**
10:15,17;11:1,16,
20,24;12:4,5,12;
14:12;15:24;16:1,3,4,
10,11,18;17:21;
19:24;21:7,17;22:5;
30:16,20;31:9,10,12;
35:5,18;39:2,12,14,
17,18,23;40:2,12;
42:2;49:24;50:15;
51:2;62:12;64:13;
65:11;66:15;69:12;
71:4;77:19;78:2,23;
79:11;80:11;84:17;
85:25;88:14;90:7,24;
92:1;97:11;102:12;
111:21;131:22,23

**superintendents (2)**
22:1;25:21

**superintending (5)**
17:6;26:7,15;
50:24;88:11

**supervisor (5)**
124:22;125:2,10,
11,22

**supplied (1)**
120:4

**supply (1)**
86:4

**support (1)**
100:14

**suppose (2)**

---

74:24;96:5

**sure (22)**
13:25;17:22;19:1;
22:8;34:10;43:3;
45:16;48:22;54:24;
57:19;80:8;82:10;
97:14,14;103:2,17;
104:25;111:9;
112:11;121:18;
132:7,17

**surface (1)**
91:9

**suspect (1)**
70:25

**sworn (1)**
6:16

**systems (6)**
69:19;79:1;111:5,
7;117:13;127:12

---

**T**

---

**talk (10)**
18:4;28:4;47:7,9;
59:11;69:18,23;
95:24,24;122:2

**talked (3)**
43:20;117:2;121:5

**talking (35)**
18:4;19:14,15;
20:5;26:16;30:1,4,22,
23;32:17,19;35:13,
16,17;39:16;43:10,
13,15,15,17,18;52:4,
6,6,22;61:15;63:6;
66:13,20;71:8,14;
78:4,4;86:2;88:13

**Tardy (1)**
6:7

**telling (4)**
53:13;116:17;
118:11;124:1

**Tells (1)**
57:9

**temperature (2)**
95:10,12

**terms (13)**
29:24;41:23;52:2,
5,7;105:25;106:12;
107:4;109:2;112:2,
24;113:2,3

**tested (2)**
111:5,9

**testified (5)**
6:17;56:16;59:24;
121:19;122:3

**testify (7)**
60:7,9;82:5;
108:19;110:11,20;
112:19

**testifying (3)**
59:25;60:9;93:24

**testimony (27)**
10:12;15:1,14,15;
32:10;53:13;55:3;

---

56:11,13,14,20,21;
57:13;58:3,10,14,16,
24;59:21;76:7;81:15;
82:7,20;85:18;93:19;
95:17;105:24

**thanks (1)**
103:14

**thereabouts (1)**
39:1

**Therefore (2)**
55:6;65:16

**Thermal (11)**
9:14;12:10;33:2,4,
8;106:12;107:2;
108:3;109:15;130:5,
16

**thick (1)**
91:9

**Thickness (3)**
52:10,12;91:15

**Thicknesses (2)**
52:13;91:17

**thinking (2)**
36:23,23

**though (3)**
75:17;82:4;90:1

**thought (3)**
68:3;79:19;85:4

**thousand (1)**
57:6

**threat (1)**
61:6

**Three (2)**
11:7;67:3

**tickets (2)**
89:22;90:11

**timeframe (13)**
17:21;52:18;66:12,
13,23;69:16;81:2;
85:24;86:2;121:18;
122:15,16;125:14

**timeframes (3)**
30:22;125:23;
129:10

**timely (1)**
92:4

**times (2)**
69:5;75:10

**title (1)**
85:3

**today (12)**
7:20;81:16;95:23;
104:12;105:17,19;
108:18;110:7;
112:19;121:22;
122:10;123:5

**today's (2)**
55:3;103:25

**told (9)**
35:19;46:5;47:2;
54:12,13;78:7;81:12,
14;89:12

**Tollefson (3)**
49:17,17,22

**took (7)**

---

50:7;107:18;
111:21;115:18,22,24;
132:5

**tools (4)**
116:7,10,10,11

**top (1)**
109:22

**total (2)**
34:5;84:8

**touch (1)**
24:24

**towards (1)**
119:8

**trades (1)**
103:4

**tradesmen (1)**
111:8

**train (1)**
100:13

**Trained (1)**
19:15

**training (13)**
19:3;100:14,14,20,
22,22,23;101:2,7,8,
18,19,24

**Trane (1)**
6:8

**transcript (1)**
57:25

**transcripts (1)**
57:24

**trial (1)**
59:25

**true (3)**
86:11;87:4;90:23

**trustworthy (1)**
65:22

**trying (6)**
14:19,22;27:19;
28:6;46:7;77:3

**turbine (2)**
36:14;97:17

**turned (1)**
57:14

**Twice (1)**
79:14

**twine (1)**
109:21

**two (7)**
34:6;37:19;46:20;
57:6;70:8;79:5;
121:17

**Two-minute (1)**
103:18

**type (13)**
36:5;52:19;70:20;
88:24,24,25;101:18;
125:17;127:10,13,22;
128:4;130:20

**types (4)**
23:1;73:20;90:25;
99:1

---

**Uh-hm (2)**
56:24;63:15

**unable (2)**
86:21;87:5

**underscore (1)**
110:10

**understands (1)**
112:12

**Understood (1)**
14:20

**union (6)**
10:15,16;111:13,
15,20;118:12

**unions (1)**
118:17

**unit (6)**
15:22;45:11,15,20;
97:12,16

**units (6)**
16:4,6,8;96:24;
97:1,7

**unless (1)**
69:16

**Unlike (1)**
55:14

**unloaded (1)**
93:15

**unloading (1)**
93:8

**unnamed (1)**
85:18

**up (20)**
7:25;10:4;11:9;
13:17;14:3;20:24;
22:23;25:25;61:18;
65:3;91:20;98:1;
100:13;111:20;
120:1;128:24;130:4;
132:4,16,17

**upsetting (1)**
57:21

**use (13)**
52:5;58:3;70:20;
71:11,12,12;72:5,8;
73:4;87:16;107:4;
109:24;116:7

**used (28)**
23:2;33:22;36:8;
46:13;51:25;73:10,
20;80:17;88:20;
89:10;94:3,6,11,12,
18,21;95:11;96:17;
108:3,6,8,16,20;
113:3;120:14;130:5,
10,15

**using (7)**
51:23,25;71:10;
85:5;106:9;112:19;
116:12

**usually (9)**
17:24;29:3,14,19;
51:6,6,17;63:17;70:6

---

| U | V |
|---|---|

**vacations (2)**
115:18,22
**vagaries (2)**
72:6,10
**Vague (55)**
14:4,16;16:15,23;
17:16;18:1,23;19:8,
17;21:12;28:2;29:7;
32:14;34:13;35:7;
36:3;37:25;38:14;
39:5;42:4,14,20;44:3,
4;46:23;47:18;51:9;
54:16;64:5;69:15;
71:16,25;73:4,5,16;
78:3;84:21;85:12;
87:25;89:19;90:19;
91:1,13;95:2;96:2;
100:17;101:5;102:4;
107:10;108:9,11;
109:5;110:25;
113:21;129:10
**vagueness (1)**
44:16
**value (1)**
41:23
**VAN (27)**
6:15;7:3,18,19,22;
44:24;54:3;55:2;
58:9;61:19;74:24;
75:15,15;80:11;81:5;
103:13;104:5;113:7,
10;119:23;120:21;
126:5,24;128:9,23;
129:13;131:12
**v-a-n (1)**
7:18
**variation (1)**
95:13
**verification (2)**
6:25;7:2
**Vice (4)**
9:12;12:1;84:25;
85:2
**view (1)**
40:25
**violated (1)**
6:20
**visit (1)**
24:23
**visited (1)**
24:20

**W**

**waited (1)**
75:7
**walking (1)**
81:25
**Wambach (1)**
126:21
**Wandsnider (3)**
30:14;31:18;63:18
**warehouse (2)**
83:8;93:1
**warnings (1)**

70:25
**Warren (2)**
36:20,24
**Washington (15)**
34:18,20;37:4,11,
14;45:10,24;46:2,3,
10,13,15;86:20;
92:14;94:17
**Watkins (1)**
6:7
**WATSON (33)**
15:3,13;25:14;
29:23;32:9;41:4,8,10,
13;44:16;55:20;
56:17;57:16,19;61:1;
76:2;84:10;85:16;
95:2,18;104:4,7;
105:20;106:24;
107:13;108:1,7,13;
109:9;110:23;111:6;
112:10;113:6
**way (13)**
51:25;70:12;
108:19;110:1,16;
111:23;112:1;123:3;
126:1;127:8,14;
132:21,22
**ways (1)**
6:21
**week (1)**
101:21
**weeks (2)**
11:7;24:22
**welcome (3)**
47:7;119:14;
128:20
**WEPCO (1)**
88:20
**weren't (6)**
10:2;11:10;35:20;
71:10;73:7;92:3
**West (1)**
6:12
**What's (7)**
8:15;15:6;66:1,3;
94:23;120:8,9
**whatsoever (1)**
133:2
**Wheeler (2)**
96:25;97:3
**Whichever (1)**
45:20
**whole (1)**
44:3
**who's (2)**
27:21,21
**Whose (3)**
12:20;23:22;41:25
**William (4)**
13:1,2,12;43:19
**wire (2)**
99:21;109:21
**Wisconsin (4)**
8:22;40:20;101:15,
17

**within (2)**
58:2;107:2
**without (2)**
15:14;108:14
**witness (166)**
6:15;12:19;13:21,
24;14:5,18,21;16:24;
17:17;18:3,25;19:6,
18;20:18;21:13,15;
22:22;23:10,13,18;
26:10;27:8;28:3,14;
29:5,10,16,25;30:6;
31:5,14;32:16;34:14,
25;35:8,23;36:4;
38:2,8,15;39:6;40:4,
15;42:5,15,21;43:9,
12;44:5,18;46:24;
47:19;48:7,14,21;
49:4;50:4,11;51:11;
53:13,15;54:1,8,18;
55:10,15;56:1,4,8,23,
25;57:2,8,13;60:4;
61:21;62:7,16,23;
63:12,20;64:8,10;
65:18;67:2,16;68:22;
69:4,17;70:15,24;
71:9,17;72:2,15;
73:6;75:13;76:4,17;
77:9,23;78:5;79:8,15,
18,23;80:5,14,24,25;
81:19,23;82:1,10,12;
83:18;84:12,22;
85:17,19,23;87:1,11;
88:2;89:21;91:2,5,
14;93:4,13;95:3,19;
96:3;98:4,10,13,21;
99:3,12;100:2,19;
101:6,11;102:6;
103:10,17;105:18;
106:22;107:11,23;
108:10;109:6;111:2,
4;112:6;113:22;
117:20;118:14;
119:14;125:7;
128:20;131:16;
132:6,9,12;133:10
**wondering (1)**
57:5
**Wooden (1)**
6:2
**word (4)**
38:12;51:25;53:16;
73:4
**words (2)**
40:8;82:18
**work (104)**
8:25;11:17;13:15;
14:2,9,11;15:24;
16:11;17:14;22:11,
16;25:2,4,20,23,25;
27:1;28:12,24;30:15,
19;31:8,10,11,16;
32:6,7,12,17,21,25;
33:4,5,8,11,12,25,25;
34:23;35:16;36:11,

12,14,20;37:4,11;
40:25;42:1;44:9,15;
46:15;50:17,24;51:2;
59:16;60:15,17;
62:11,12,17;63:10,
13;67:10,14,17,24;
68:7,23,25;70:5;
73:11;77:19;78:13,
16;79:3,11;80:12;
85:7;88:11;91:22;
92:7;93:23;97:11;
98:25;110:17,21;
111:8;112:2;114:7,
25;116:4,14;118:5;
122:4,7;124:24;
125:18,21,21;126:2;
127:10;129:14;
132:15,24
**worked (35)**
10:20;14:25;15:9;
22:7;35:14;41:17;
44:11;45:10;46:22,
25,25;48:8;51:8;
61:8,13;62:5;65:16;
66:5,18;73:19;79:2;
93:15;104:23;
108:24;110:8;
112:14,24;114:18;
122:15,16;123:22;
129:2,6,9;131:10
**working (50)**
9:17,20;11:10,11;
15:17;17:7,25;26:13,
18;36:1,9;37:21;
39:10,22;45:12;
49:19,21;69:10;
70:20;80:25;83:11;
93:7;99:5;100:5;
102:23,25;104:15,17,
18,22;113:14,17,18,
19;115:3;117:14;
118:1,25;121:5;
123:11,16,17,22;
124:10,15,19;125:12;
126:25;127:2,4
**works (1)**
55:23
**Write (1)**
83:8
**writing (3)**
54:6,9;89:17
**written (5)**
17:12;18:16;20:24;
53:23;83:2
**wrong (1)**
10:19

**Y**

**Yay (1)**
131:16
**year (5)**
9:18;30:2;34:6,8;
101:22
**years (12)**

12,14,20;37:4,11;
40:25;42:1;44:9,15;
46:15;50:17,24;51:2;
59:16;60:15,17;
62:11,12,17;63:10,
13;67:10,14,17,24;
68:7,23,25;70:5;
73:11;77:19;78:13,
16;79:3,11;80:12;
85:7;88:11;91:22;
92:7;93:23;97:11;
98:25;110:17,21;
111:8;112:2;114:7,
25;116:4,14;118:5;
122:4,7;124:24;
125:18,21,21;126:2;
127:10;129:14;
132:15,24

8:20;10:24,25;
31:21;34:6;46:18;
78:18,19;81:12,21;
105:10;130:3
**Young (1)**
24:6

**Z**

**Zien (11)**
68:11,11,11,25;
69:1,9,24,25;92:6;
105:1,8
**Zion (12)**
67:20;68:2,5,8;
70:3,4;76:8;77:2,5,
11,12,12

**1**

**1 (3)**
103:21,25,25
**1:40 (1)**
133:12
**10 (1)**
40:24
**10:38 (1)**
6:14
**12:27 (1)**
84:2
**13 (1)**
57:9
**15 (2)**
84:6,10
**1800 (1)**
6:5
**19 (38)**
9:22,24;10:5,14;
20:14;28:24;29:1,13;
33:24;34:4,11;37:21;
39:10,21;45:11;
46:21;48:2,18;49:8,
12;62:11;70:19;
71:23;73:2,12,23;
78:14,20;100:15;
101:3,19;121:6,10,
24;122:3,15;123:12,
18
**1948 (15)**
9:19;10:20;37:13;
45:13,21;46:5,9,13;
108:18,22;109:2;
111:13,18;112:13,20
**1950s (1)**
130:11
**1952 (1)**
9:25
**1965 (2)**
10:6;66:22
**1966 (12)**
78:17;111:21;
126:2,6,14,19;127:1,
3,11,15,20,23
**1969 (1)**
66:22

**1970 (3)**
  20:6;30:4,5
**1972 (1)**
  71:2
**1980s (1)**
  39:1

**2**

**2 (2)**
  103:21,25
**20 (1)**
  84:10
**200 (1)**
  6:8
**2003 (3)**
  9:3;10:21;56:13
**2006 (4)**
  56:23;57:9;58:10;
  93:19
**211 (1)**
  6:3
**22 (1)**
  56:13
**25 (1)**
  42:10

**3**

**3 (6)**
  119:19;120:10,15;
  128:25;129:1,15
**3264 (1)**
  8:16
**3430 (1)**
  6:12
**39201 (1)**
  6:9

**4**

**40 (3)**
  6:21;75:7;82:9
**4000 (1)**
  28:23
**40s (1)**
  37:12
**4400 (1)**
  28:22
**46204 (1)**
  6:5

**5**

**50 (1)**
  31:20
**50s (2)**
  37:12;130:15
**54212 (2)**
  8:17,18
**55 (1)**
  6:12

**6**

**6 (1)**
  39:2
**601 (2)**
  25:12,21
**601-960-8600 (1)**
  6:10
**60603 (1)**
  6:13
**60s (1)**
  80:25
**65 (3)**
  17:21;39:2;70:11
**66 (2)**
  10:6;17:21
**68 (2)**
  97:17,18
**69 (1)**
  70:11

**7**

**70s (6)**
  72:25;80:23;
  113:23;114:1;115:6;
  119:9
**72 (1)**
  102:10
**73 (1)**
  9:2
**75 (2)**
  42:6,10

**8**

**80 (2)**
  81:21;85:6
**80s (6)**
  85:1,1;113:24;
  115:6;117:8;119:9
**85% (1)**
  131:4
**862 (1)**
  8:17

**9**

**90 (2)**
  85:6;133:6
**90s (1)**
  117:10