| EXHIBITS OF  Plaintiff | | Gary Suoja, Individually and as Special Administrator of the Estate of Oswald F. Suoja, Deceased., Plaintiff  V. Case No. 99-CV-475  Owens-Illinois, Inc., Defendant | | | |
|---|---|---|---|---|---|
| **Date** | **Identification** | **Description** | **Offered** | **Objections, Rulings, Exceptions** | **Admitted** |
| | **No.** / **Witness** | | | | |
| 3/29/2012 | 19 | Suoja Group Medical Records - Essentia certified 257 pages | Yes | | Yes |
| | 20 | Suoja Medical Bills | Yes | | Yes |
| 1/14/1997 | 22 | Death Certificate | Yes | | Yes |
| | 25 / Kim Suoja | Family photographs - Kimberly | Yes | | Yes |
| | 27 / Gary Suoja | Family photos – other – and mementos | Yes | | Yes |
| 10/26/1983 | 29 / Before P Rested | Owens-Illinois interrogatory answers: Montgomery v Board of Ed #8, 13, 16 | Yes | | Yes |
| 5/9/1958 | 30 | Sales agreement between O-I and Owens-Corning | Yes | Yes | |
| | 32 / Neuschul | OCF Sales via L&S Insulation and Sprinkmann Sons Corp. to Badger Ordnance Works | Yes | Yes | |
| | 33 | OI Kaylo sales records 1950s | Yes | Yes | |
| | 35 | Sample texture of Pipecovering | Yes | Yes | |
| | 36 | Photo of Half Round Insulation | Yes | Yes | |
| 1/30/1952 | 37 | Saranac Final Report to OI | Yes | Yes | |

| Date | No. | Identification Witness | Description | Offered | Objections, Rulings, Exceptions | Admitted |
|---|---|---|---|---|---|---|
| 3/12/1943 | 38 | Neuschul, Before P Rested | Gardner to Bowes | Yes | Yes | |
| 5/2/1958 | 39 | Neuschul | Special Hazards Survey - Dust Survey by Aetna | Yes | Yes | |
| Oct-56 | 40 | | Kaylo Heat Insulations brochures or ads re non-toxic 1952 and 1956 | Yes | | Yes |
| 10/30/1948 | 41 | Neuschul, Before P Rested | Interim Report from Saranac to OI Regarding The Biological Activity of Kaylo Dust | Yes | | Yes |
| 4/01/1952 | 42 | | Kaylo Advertisement in Petroleum Engineer | Yes | Yes | |
| 2/1/1935 | 43 | Neuschul | Sales agreement between OI and Owens-Corning | Yes | | Yes |
| | 54 | | 1956 Industrial Conference Roster | Yes | Yes | |
| | 55 | | 1957 Industrial Conference Roster | Yes | Yes | |
| | 56 | | 1959 Industrial Conference Roster | Yes | Yes | |
| | 57 | | 1960 Industrial Conference Roster | Yes | Yes | |
| 4/1/1940 | 59 | | Foundation Facts, Vol. 2, No. 4 and Digest of Industrial Hygiene, April 1940 | Yes | Yes | |
| 8/1/1949 | 60 | Neuschul | JAMA 1949 IHF Digest | Yes | Yes | |
| | 64 | | NSC Industrial Conference Mailing List, October 1953 to October 1954 | Yes | Yes | |
| | 65 | | NSC Industrial Conference Membership, October 1954 to October 1955 | Yes | Yes | |
| | 66 | | NSC Industrial Conference Standing Committee Members 1958-1959 | Yes | Yes | |
| 9/24/2012 | 79 | | National Vital Statistics Report Full Life Tables | Yes | Yes | |

| Date | No. | Witness | Description | Offered | Objections, Rulings, Exceptions | Admitted |
|---|---|---|---|---|---|---|
| | 89 | | National Safety Council General Subject and Industrial Sessions 1943 | Yes | Yes | |
| | 91 | Kenoyer | CV of Stephen Kenoyer | Yes | Yes | |
| | 92 | Kenoyer | Report of Stephen Kenoyer | Yes | Yes | |
| | 93 | Frank | CV of Arthur Frank- Dr Frank Trial Transcript Ex 93 | Yes | Yes | |
| | 94 | Frank | Withdrawn – Duplicate of Ex 142 | Yes | Yes | |
| | 100 | Wiig | CV of Thomas Wiig- Dr Wiig Trial Transcript Ex 1 | Yes | Yes | |
| | 121 | | IHF Membership Cards | Yes | Yes | |
| 04/29/1996 | 128 | | Dowling Affidavit 4-29-96 | Yes | Yes | |
| 01/03/2014 | 133 | | Greenwood Cemetery Bills | Yes | | Yes |
| | 134 | Wiig, Before P Rested | Suoja medical Chrono – Dr Wiig trial transcript ex 2 and ex 4 | Yes | | Yes |
| | 136 | | Opening PowerPoint | Yes | Yes | |
| | 137 | Kenoyer | Kenoyer PowerPoint | Yes | Yes | |
| | 138 | Neuschel | Kaylo Ad | Yes | | Yes |
| | 139 | | MDL – OI responses to Plaintiff's Interrogatories | Yes | | Yes |

| Date | Identification | | Description | Offered | Objections, Rulings, Exceptions | Admitted |
|---|---|---|---|---|---|---|
| | No. | Witness | | | | |
| | 140 | Frank | What is asbestos document- Dr. Frank Trial Transcript Ex 140 | Yes | Yes | |
| | 141 | Frank | Picture of Macrophages with Asbestos Fibers present, with attachments Dr. Frank Trial Transcript Ex 141 | Yes | Yes | |
| | 142 | Frank | Report of Dr. Arthur Frank- Dr. Frank Trial Transcript Ex 142 | Yes | Yes | |
| | 143 | | OI response to Plaintiff request for production in *Suoja # 2* | Yes | | Yes |
| 1930 | 201 | Frank, Kenoyer, Neuschul | Mereweather 1930 Report on effects of Asbestos on the Lungs - Dr. Frank Trial Transcript Ex 201 | Yes | | Yes, 803(18) |
| 1967-1968 | 202 | Frank | Mesothelioma Register 1967-1968, Greenberg & Lloyd - Dr. Frank Trial Transcript Ex 202 | Yes | | Yes, 803(18) |
| 07/11/2006 | 203 | Frank | Mesothelioma: cases associated with non-occupational and low dose exposures, Hillerdale- Dr. Frank Trial Transcript Ex 203 | Yes | | Yes, 803(18) |
| 1997 | 204 | Frank | Consensus Report: Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution- Dr. Frank Trial Transcript Ex 204 | Yes | | Yes, 803(18) |
| 07/20/1938 | 205 | Kenoyer | Mereweather 1938 Industrial Medicine | Yes | Yes | |

| Date | Identification | | Description | Offered | Objections, Rulings, Exceptions | Admitted |
|---|---|---|---|---|---|---|
| | No. | Witness | | | | |
| 2015 | 207 | Kenoyer | Markowitz 2015: Asbestos-Related Lung Cancer and Malignancy Mesothelioma of the Pleura | Yes | Yes | |
| 06/20/1967 | 208 | Kenoyer | Balzer: The Work Environment of Insulating Worker | Yes | Yes | |
| 04/1942 | 209 | Kenoyer | Cook 1942 Industrial Medicine: Industrial Hygiene Section | Yes | Yes | |
| 1972 | 210 | Kenoyer | Safety and Health in Shipbuilding and Ship Repairing | Yes | Yes | |
| 10/07/1943 | 217 | Kenoyer | Lawrence NSC 1943: The Control of Fumes in the Shipyard | Yes | Yes | |
| | 218 | Kenoyer | Beyer NSC: The Mechanical Control of Occupational Diseases | Yes | Yes | |
| | 219 | Kenoyer | Sayers NSC 1937 Industrial Dusts | Yes | Yes | |
| | 220 | | Threshold Limit Values Documentation 1962 | Yes | Yes | |
| 1971 | 222 | Kenoyer | Threshold Limit Values Documentation 1971 | Yes | Yes | |
| 1999 | 223 | Kenoyer | Hillerdahl 1999: Mesothelioma: cases associated with non-occupational and low dose exposures | Yes | Yes | |

| Date | Identification | | Description | Offered | Objections, Rulings, Exceptions | Admitted |
| --- | --- | --- | --- | --- | --- | --- |
| | No. | Witness | | | | |
| 1998 | 224 | Kenoyer | Iwatsubo 1998: Pleural Mesothelioma: Dose Response Relation at Low Levels | Yes | Yes | |
| 02/07/2014 | 225 | Kenoyer | LaCourt 2014: Occupational and non-occupational attributable risk of asbestos exposure for pleural mesothelioma | Yes | Yes | |
| 2001 | 226 | Kenoyer | Rodelsperger 2001: Asbestos and Man-Made Vitreous Fibers as Risk Factors for Diffuse Malignant Mesothelioma | Yes | Yes | |
| 1972 | 227 | Kenoyer | NIOSH | Yes | Yes | |
| Jan, 1946 | 228 | Neuschul | Fleischer | Yes | | Yes |
| Jan, 1945 | 229 | Neuschul | Wedler IHF Digest | Yes | Yes | |
| Sep, 1956 | 230 | Gregory | Stokinger | Yes | Yes | |
| March, 1952 | 231 | Neuschul | Smith-Cartier 1952 | Yes | | Yes, 803(18) |
| | 232 | Neuschul | IHF Digest per record | Yes | Yes | |

**Certificate of Service**

      I hereby certify that on January 11, 2016 I caused the forgoing to be electronically filed with the United States District Court for the Western District of Wisconsin using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.


Dated: January 11, 2016

/S/   Daniel B. Hausman
Attorney for Plaintiff

Daniel B. Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com