# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY SUOJA, Individually and as Special Administrator of the Estate of OSWALD SUOJA, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) Case No. 99-cv-475-bbc |
| v. | ) ) ) |
| Owens-Illinois, Inc., | ) ) |
| Defendant. | ) |

**Notice of Filing**

Plaintiff sent on this date a Universal Serial Bus ("USB") to this Court for filing by United Parcel Service. The USB contains the exhibit images of the exhibits in Plaintiff's final exhibit list (ECF Doc # 199). Plaintiff separately sent a USB by United Parcel Service to counsel for Owens-Illinois, Inc. with the exhibit images of the exhibits in Plaintiff's final exhibit list (ECF Doc # 199).

Dated: January 11, 2016

/S/   Daniel B. Hausman
Attorney for Plaintiff

Daniel B. Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com

**Certificate of Service**

      I hereby certify that on January 11, 2016 I caused the forgoing to be electronically filed with the United States District Court for the Western District of Wisconsin using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: January 11, 2016

/S/   Daniel B. Hausman
Attorney for Plaintiff

Daniel B. Hausman
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
dhausman@cvlo.com