

Attachment 17