**SUMMARY CHART**
**SOCIAL SECURITY ADMINISTRATION ITEMIZED STATEMENT OF EARNINGS**
**OSWALD F. SUOJA**

| Year | Quarter | Employer |
|------|---------|----------|
| 1943 | 1Q | CENTRAL COOPERATIVES INC |
| | | CENTRAL COOPERATIVES INC |
| | 2Q | AMERICAN SHIP BUILDING COMPANY |
| | | SPRINKMANN SONS CORP |
| | 3Q | SPRINKMANN SONS CORP |
| | 4Q | SPRINKMANN SONS CORP |
| 1944 | 1Q | SPRINKMANN SONS CORP |
| | | NORTHWESTERN INSULATION CO INC |
| | 2Q | SPRINKMANN SONS CORP |
| | | NORTHWESTERN INSULATION CO INC |
| | 3Q | LEROW COMPANY |
| | | PAUL J KREZ CO |
| | 4Q | PAUL J KREZ CO |
| 1945 | 1Q | AMERICAN SHIP BUILDING COMPANY |
| | | PAUL J KREZ CO |
| | 2Q | PAUL J KREZ CO |
| | | PAUL J KREZ CO |
| | 3Q | SPRINKMANN SONS CONSTRUCTION CO LTD |
| | | CHRISTOFFERSON SONS CO |
| | 4Q | CHRISTOFFERSON SONS CO |
| | | JAMAR CO |
| 1946 | 1Q | CHRISTOFFERSON SONS CO |
| | 2Q | CHRISTOFFERSON SONS CO |
| | | ASBESTOS INSULATION & SUPPLY CO |
| | | ASBESTOS INSULATION & SUPPLY CO |
| | 3Q | G R KIRK COMPANY |
| | | KIRK MINNESOTA CO |
| | 4Q | KIRK MINNESOTA CO |
| 1947 | 1Q | KIRK MINNESOTA CO |
| | | SPRINKMANN SONS CORP |
| | 2Q | KIRK MINNESOTA CO |
| | | REUBEN L ANDERSON INC |
| | 3Q | SPRINKMANN SONS CORP |
| | 4Q | SPRINKMANN SONS CORP |
| | | CHRISTOFFERSON SONS CO |

Attachment 20

| Year | Quarter | Company |
|------|---------|---------|
| 1965 | 1Q | MCDERMAID ROOFING & INSULATING |
|      | 2Q | MCDERMAID ROOFING & INSULATING |
|      | 3Q | |
|      | 4Q | |
| 1966 | 1Q | MCDERMAID ROOFING & INSULATING |
|      | 2Q | MCDERMAID ROOFING & INSULATING |
|      | 3Q | MCDERMAID ROOFING & INSULATING |
|      | 4Q | |
| 1967 | 1Q | MCDERMAID ROOFING & INSULATING |
|      | 2Q | MCDERMAID ROOFING & INSULATING |
|      | 3Q | |
|      | 4Q | |
| **1968** | 1Q | MCDERMAID ROOFING & INSULATING |
|      | 2Q | MCDERMAID ROOFING & INSULATING |
|      | **3Q** | MCDERMAID ROOFING & INSULATING |
|      |    | **L & S INSULATION CO INC** |
|      | 4Q | L & S INSULATION CO INC |
| 1969 | 1Q | L & S INSULATION CO INC |
|      | 2Q | L & S INSULATION CO INC |
|      | 3Q | L & S INSULATION CO INC |
|      | 4Q | |
| 1970 | 1Q | L & S INSULATION CO INC |
|      | 2Q | L & S INSULATION CO INC |
|      | 3Q | L & S INSULATION CO INC |
|      | 4Q | |
| 1971 | 1Q | L & S INSULATION CO INC |
|      | 2Q | L & S INSULATION CO INC |
|      | 3Q | L & S INSULATION CO INC |
|      | 4Q | |
| 1972 | 1Q | L & S INSULATION CO INC |
|      | 2Q | L & S INSULATION CO INC |
|      | 3Q | L & S INSULATION CO INC |
|      | 4Q | |
| 1973 | 1Q | L & S INSULATION CO INC |
|      | 2Q | MCDERMAID ROOFING & INSULATING |
|      |    | L & S INSULATION CO INC |
|      | 3Q | MCDERMAID ROOFING & INSULATING |
|      | 4Q | MCDERMAID ROOFING & INSULATING |
|      |    | L & S INSULATION CO INC |
| 1974 | 1Q | L & S INSULATION CO INC |
|      | 2Q | L & S INSULATION CO INC |
|      | 3Q | L & S INSULATION CO INC |
|      | 4Q | |