**OWENS-CORNING FIBERGLAS CORPORATION**
TOLEDO 1, OHIO

| BRANCH | PLANT | DATE ENTERED | CRX. NO. | NO. OF INV. | NO. OF SN. | CUSTOMER ORDER NO. & DATE | | TALLY NO. | OUR B/L NO. | O.C. ORDER NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Milwaukee Berlin | 5/11/54 | 620 | 3 | 3 | 609 | 5/10/54 | 2 T 3 | 1292 | 19-5212 |

INVOICE NO. B3-4421

SHIP TO: Sprinkmann Sons Corp. c/o Badger Ordnance Baraboo, Wisconsin

DEL. CARRIER ROUTING: PRSL PRR C&NW
F.O.B. SHIPPING POINT
PREPAID: FA

CAR INIT. & NO. PRR-28289
GROSS WEIGHT 19,187
SHIPPED FROM Berlin, N.J.
SHIPPED VIA PRSL-PRR-CNW

INVOICE TO: Sprinkmann Sons Corp. 418 N. 2nd Street Milwaukee, Wisconsin

TERMS: 1% 10th prox net 30th prox

DATE SHIPPED 6-2-54

PARTIAL ____ COMPLETE ✓

DISTR. TAG: 47111-69087-IN171-83-19-06

| DESCRIPTION | QUANTITY ORDERED | | UNIT PRICE | PRODUCT CODE | QUANTITY SHIPPED | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | ORDERING QUANTITY | BILLING UNITS | | | PKGS. | PCS. (LIN.FT.) | PIECES | BILLING UNITS | |
| S3020A00 3" x 2" No canvas | 12 / 6 | 10 / 1 | 180 / 6 LF | 1.15 / 1.15 | 20 F77L11 -1 / 20 F77L11 -1 | 10 / 1 | 18 / 6 | | 180 / 6 | 165.60 / 5.52 |
| S4020A00 4" x 2" No canvas | 12 / 3 | 62 / 1 | 744 / 3 | 1.35 / 1.35 | 20 F77L13 -1 / 20 F77L13 -1 | 62 | 12 / 3 | | 744 / 3 | 803.52 / 3.24 |
| S6020A00 6" x 2" No canvas | 6 | 278 | 1668 | 1.70 | 20 F77L16 -1 | 254 | 6 | | 1524 | 2072.64 |
| S8020A00 8" x 2" No canvas | 6 / 3 | 157 / 1 | 942 / 3 | 2.00 / 2.00 | 20 F77L18 -1 / 20 F77L18 -7 | 127 | 6 / 3 | | 762 / 3 | 1219.20 / 4.80 |
| ?20A00 ?" x 2" No canvas | 3 | 40 | 120 | 2.40 | 20 F77L20 -1 | 40 | 3 | | 120 | 230.40 |
| T1220A00 12" x 2" | 7 / 6 | 12 / 1 | 84 / 6 | 2.70 / 2.70 | 20 F77L22 -1 / 20 F77L22 | 15 | 6 | | 90 | 194.40 / 4699.32 |

M5/13

O.C. 8442 B       TOLEDO ACCOUNTING INVOICE

Attachment 21

Suoja_0032

# OWENS-CORNING FIBERGLAS CORPORATION
## TOLEDO 1, OHIO

| BRANCH | PLANT | DATE ENTERED | CRX. NO. | NO. OF INV. | NO. OF SN. | CUSTOMER ORDER NO. & DATE | TALLY NO. | OUR B/L NO. | O. C. ORDER NO. |
|---|---|---|---|---|---|---|---|---|---|
| Milwaukee | Berlin | 5/11/54 | 620 | 3 | 3 | 609    5/10/54 | 2 of 3 | 1137 | 19-5212 |

INVOICE NO. B3-4464

SHIP TO: **Sprinkmann Sons Corp. c/o Badger Ordnance Baraboo, Wisconsin**

DEL. CARRIER / ROUTING: PRSL FRR C&NW

F.O.B. SHIPPING POINT

PREPAID  FA

Sprinkmann Sons Corp.
418 N. 2nd Street
Milwaukee, Wisconsin

TERMS: 1% 10th prox net 30th prox

DATE SHIPPED: 6-7-54

PARTIAL ✓   COMPLETE ___

DISTR.: 47111-69087-IN171-83-19-06

| ITEM / DESCRIPTION | ORDERING QUANTITY | BILLING UNITS | UNIT PRICE | PRODUCT CODE | PKGS. | PCS./UNIT | PIECES | BILLING UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| S3020A00  3" x 2"  No canvas | 18 / 6 | 10 / 1  180 LF / 6 | 1.15  20 / 1.15  20 | F77L11 / F77L11 | | LF | | | |
| S4020A00  4" x 2"  No canvas | 12 / 3 | 62 / 1  744 / 3 | 1.35  20 / 1.35  20 | F77L13 / F77L13 | | | | | |
| S6020A00  6" x 2"  No canvas | 6 | 278  1668 | 1.70  20 | F77L16 -1 | 4 | 6 | | 24 | 32.64 |
| S8020A00  8" x 2"  No canvas | 6 / 3 | 157 / 1  942 / 3 | 2.00  20 / 2.00  20 | F77L18 / F77L18 -1 | 30 | 6 | | 180 | 288.00 |
| S10020A00  10" x 2"  No canvas | 3 | 40  120 | 2.40  20 | F77L20 | | | | | |
| S1220A00  12" x 2" | 7 / 6 | 12 / 1  84 / 6 | 2.70  20 / 2.70  20 | F77L22 / F77L22 | | | | | |

M5/13

O.C. 8442 B

TOLEDO ACCOUNTING INVOICE



V9

**OWENS-CORNING FIBERGLAS CORPORATION**
TOLEDO 1, OHIO

| 3 of 3 | BRANCH | PLANT | DATE ENTERED | CRX. NO. | NO. OF INV. | NO. OF SN. | CUSTOMER ORDER NO. & DATE | | TALLY NO. | OUR B/L NO. | O.C. ORDER NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Milwaukee | Berlin | 5/11/54 | 620 | 3 | 3 | 609 | 5/10/54 | 3 of 3 | 1137 | 19-5212 |

DEL. CARRIER

ROUTING: PRSL-PRR-C&NW

INVOICE NO. B3-4464

CAR INIT. & NO.

SHIP TO: Sprinkmann Sons Corp.
c/o Badger Ordnance
Baraboo, Wisconsin

GROSS WEIGHT

SHIPPED FROM

F.O.B. SHIPPING POINT

PREPAID    FA

INVOICE TO: Sprinkmann Sons Corp.
418 N. 2nd Street
Milwaukee, Wisconsin

TERMS: 1% 10th prox net 30th prox

SHIPPED VIA

DATE SHIPPED: 6-7-54

PARTIAL ✓    COMPLETE ____

DISTR. TAG: 47111-69087-IN171-03-19-06

| ITEM | DESCRIPTION | QUANTITY ORDERED ORDERING QUANTITY | BILLING UNITS | UNIT PRICE | PRODUCT CODE | QUANTITY SHIPPED PKGS. | PCS./UNIT | PIECES | BILLING UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | S5020A00 5" x 2" No canvas | 12 / 6 | 3 / 1 | LF 36 / 6 | 1.55  20  F77L15 -1 / 1.55  20  F77L15 -1 | 3 / 1 | LF 12 / 6 | | 36 / 6 | 44.64 / 7.44 |
| | | | | | | | | | | 1284.72 |

M5/13

O.C. 8442 B

TOLEDO ACCOUNTING INVOICE

*Z008716*

V9

# OWENS-CORNING FIBERGLAS CORPORATION
## TOLEDO 1, OHIO

| BRANCH | PLANT | DATE ENTERED | CRX. NO. | NO. OF INV. | NO. OF SN. | CUSTOMER ORDER NO. & DATE | | TALLY NO. | OUR B/L NO. | O.C. ORDER NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| Milwaukee | Berlin | 5/11/54 | 620 | 3 | 3 | 609 | 5/10/54 | 2 of 3 | 1320 | 19-5212 |

SHIP TO: Sprinkmann Sons Corp. c/o Badger Ordnance Baraboo, Wisconsin

INVOICE TO: Sprinkmann Sons Corp. 418 N. 2nd Street Milwaukee, Wisconsin

DEL. CARRIER ROUTING: PRSL FRR C&NW

F.O.B. SHIPPING POINT

PREPAID FA

TERMS: 1% 10th prox net 30th prox

INVOICE NO. B3-4495
CAR INIT. & NO. CB&Q 11469
GROSS WEIGHT 560
SHIPPED FROM Berlin, N.J.
SHIPPED VIA LCL
DATE SHIPPED 6-9-54

PARTIAL ___ COMPLETE ✓

DISTR. TAG: 47111-69087-IN171-83-19-06

| ITEM | DESCRIPTION | | QUANTITY ORDERED | | UNIT PRICE | | PRODUCT CODE | QUANTITY SHIPPED | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ORDERING QUANTITY | BILLING UNITS | | | | PKGS. | PIECES | BILLING UNITS | |
| 7 | S3020A00 3" x 2" | No canvas | 18 / 6 | LF 180 / 6 | 1.15 / 1.15 | 20 / 20 | F77L11 / F77L11 | | | | |
| 8 | S4020A00 4" x 2" | No canvas | 12 / 3 | 744 / 3 | 1.35 / 1.35 | 20 / 20 | F77L13 / F77L13 | | | | |
| 9 | S6020A00 6" x 2" | No canvas | 6 | 278 1668 | 1.70 | 20 | F77L16 -1 | 20 | 6 | 120 | 163.20 |
| 10 | S8020A00 8" x 2" | No canvas | 6 / 3 | 157 942 / 3 | 2.00 / 2.00 | 20 / 20 | F77L18 / F77L18 | | | | |
| 11 | S10020A00 10" x 2" | No canvas | 3 | 40 120 | 2.40 | 20 | F77L20 | | | | |
| 12 | T1220A00 12" x 2" | No canvas | 7 / 6 | 12 84 / 6 | 2.70 / 2.70 | 20 / 20 | F77L22 / F77L22 | | | | |

M5/13

O.C. 8442 B

TOLEDO ACCOUNTING INVOICE



**OWENS-CORNING FIBERGLAS CORPORATION**
TOLEDO 1, OHIO

| BRANCH | PLANT | DATE ENTERED | CRX. NO. | NO. OF INV | SN | CUSTOMER ORDER NO. & DATE | TALLY NO. | OUR B/L NO. | O. C. ORDER NO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 of 1 Milwaukee | Berlin | 7/30/54 | 620 | 3 | 3 | 1951 7/30 | 1/1 | 1783 | 19-5526 |

SHIP TO: Sprinkman Sons Corp.
Badger Ordiance
Barabo, Wisconsin

DEL. CARRIER ROUTING: Acme FF

INVOICE NO. B3-4956

CAR INIT. & NO. —

GROSS WEIGHT 3839

F.O.B. SHIPPING POINT
PREPAID FA

SHIPPED FROM Berlin, N.J.
SHIPPED VIA Salem c/o Acme

INVOICE TO: Sprinkman Sons Corp.
418 N. 2nd Street
Milwaukee, Wisconsin

TERMS: 1% 10th prox net 30th prox
RENEGOTIABLE _____ DEFENSE _____

DATE SHIPPED 8-3-54

DISTR. 47079-69087-IN171-83-19-06

PARTIAL _____ COMPLETE ✓

| ITEM | DESCRIPTION | QUANTITY ORDERED | | UNIT PRICE | | PRODUCT CODE | QUANTITY SHIPPED | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ORDERING QUANTITY | BILLING UNITS LF | | | | PKGS. | PCS/UNIT | PIECES | BILLING UNITS | |
| 1 | S2020B00 Kaylo Pipe 2" x 2' | 27 | 1026 | 1.00 | 16 | F77L08 -4 | 38 | 27 | | 1026 | 861.84 |
| | | 18 | 18 | 1.00 | 16 | F77L08 -4 | 1 | 18 | | 18 | 15.12 |
| 2 | S2420B00 2-1/2" x 2' | 27 | 324 | 1.05 | 16 | F77L10 -4 | 12 | 27 | | 324 | 285.77 |
| | | 3 | 3 | 1.05 | 16 | F77L10 -4 | — | 3 | | 3 | 2.65 |
| 3 | S1420B00 1-1/2" x 2' | 36 | 36 | .95 | 16 | F77L06 -4 | 1 | 36 | | 36 | 28.73 |
| | | 24 | 24 | .95 | 16 | F77L06 -4 | 1 | 24 | | 24 | 19.15 |
| 4 | S1220B00 1-1/4" x 2' | 12 | 12 | .90 | 16 | F77L05 -4 | — | 12 | | 12 | 9.07 |
| 5 | S0620B00 3/4" x 2' | 21 | 21 | .80 | 16 | F77L03 -4 | 1 | 21 | | 21 | 14.11 |
| 6 | S4020B00 4" x 2' | 12 | 12 | 1.35 | 16 | F77L13 -4 | 1 | 12 | | 12 | 13.61 |
| | | | | | | | | | | | 1250.05 |

M3/2

O.C. 3442 B

TOLEDO ACCOUNTING INVOICE

*Z009500*