**CASCINO VAUGHAN LAW OFFICES, LTD**
**220 SOUTH ASHLAND**
**CHICAGO, ILLINOIS  60607-5308**
**312-944-0600**
**312-944-1870 FAX**
**www.cvlo.com**

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. MCCOY (WI, IL)
DANIEL B. HAUSMAN (IL)

*Via ECF* – March 11, 2016

To:  Magistrate Judge Stephen L. Crocker
     U.S. District Court for the Western District of Wisconsin
     120 N. Henry Street
     Madison, WI 53703

In re:  *Gary Suoja v. Owens-Illinois, Inc.*, W.D. WI Case No. 99-cv-475-bbc

Dear Judge Crocker:

Upon review of Plaintiff's Post-Trial Brief filed on January 29, 2016 (ECF DOC # 201.), Plaintiff wishes to inform the Court of several corrections.  Plaintiff will file a corrected version of the brief if so directed by the Court.  The following corrections highlighted in bold font should be applied to the brief:

- Page 17, Footnote 11: "The email serving the notice lists **four** attorneys …"

- Page 22, Paragraph 1: "… "30 or 40 guys" ~~or~~ including Ozzie"

- Page 23, Paragraph 2: Footnote 23 should be with the preceding sentence.

- Page 35, Paragraph 1: "*Id.*" citation should be "(ECF #154 at 24.)"

- Page 36, Paragraph 4: "The production lines were built at distinct periods when wars were ongoing **to serve** different and distinct production purposes as weapons technology became more modern. "

- Page 54, Paragraph 2: "… asbestos fibers cause~~s~~ the fatal disease **asbestosis** before ..."

- Page 63, Footnote 74: "This timeline is reproduced on page **71** ..."

- Page 83, Paragraph 1: "OI earlier made a request to exclude testimony about "cumulative" exposures ~~all~~ causation testimony of Dr. Frank …"

- Page 90, Paragraph 1: "… publication by the Saranac Laboratory of ~~the~~ some data ..."

- Page 90, Paragraph 1: "… about Kaylo **and** does not mention ..."

- Page 91, Paragraph 1: "The TLV evidence proves ~~that~~ the lack of protection and the lack of a basis for reliance."

- Page 94, Paragraph 2, Subpoint 2: **"(not based on adequate data about asbestos exposure -TLVs are set at levels which will allow the continued production of products rather than protecting all workers"**

- Page 98, Paragraph 1: "… levels of exposure from **use** of the manufacturer's product."

- Page 112, Paragraph 2, Subpoint 3: "… when working at **Badger** in1958 with coworker Zimmer."

- Page 117, Paragraph 1: "… he did **not** violate any instructions ..."

- Page 170, Paragraph 1: "The medical records **show an** ascending scale of severity of the pain ..."

- Page 170, Paragraph 3: "**As Ozzie's health failed in his days,** Ozzie was hospitalized as his health failed in final days, ..."

- Page 177, Paragraph 2: "… suggest Delores did **not** care about Ozzie."

Please inform me of any questions or if Plaintiff should file a corrected version of Plaintiff's Post-Trial Brief.

Very truly yours,

/s/ Robert G. McCoy
Attorney for Plaintiff

Robert G. McCoy, SBN 1054014
Email: bmccoy@cvlo.com

CC: Defense counsel through the ECF system