## Other L&S Jobs

| Job number in ledger | Date in Ledger | Location | Description |
|---|---|---|---|
| | 1974 | Badger Ordnance Warehouse | Steam Pipe Insulation |
| | 1959 | Badger Ordnance Works | Patching & Aluminum Jacketing |
| | 1959 | Badger Ordnance Works | Misc Insulation |
| | 1959 | Badger Ordnance Works | Misc Insulation |
| | 1966 | Badger Ordnance Works | Misc Insulation |
| | 1966 | Badger Ordnance Works | Misc Insulation |
| | 1966 | Badger Ordnance Works | Misc Pipe & Duct Insulation |
| | 1966 | Badger Ordnance Works | Aluminum Jacketing |
| | 1966 | Badger Ordnance Works | Steam Pipe Insulation |
| | 1967 | Badger Ordnance Works | Misc Insulation |
| | 1967 | Badger Ordnance Works | Aluminum Weatherproof Jacketing |
| | 1967 | Badger Ordnance Works | Insulation Repairs |
| | 1968 | Badger Ordnance Works | Tank Insulation |
| | 1978 | Badger Ordnance Works | Misc Insulation |
| | 1956 | Badger Ordnance Works (Baraboo) | Corrugated Asbestos Board Work |
| 0813 | 1967 | Badger Army Ammunition Plant | Misc Pipe & Duct Insulation |
| 0847 | 1968 | Badger Army Ammunition Plant | Barricade Removal |
| 0851 | 1968 | Badger Army Ammunition Plant | Misc Insulation |
| 0852 | 1968 | Badger Army Ammunition Plant | Weatherproof Jacketing |
| 0859 | 1968 | Badger Army Ammunition Plant | Misc Insulation |
| 0860 | 1968 | Badger Army Ammunition Plant | Steam Pipe Insulation |
| 0863 | 1968 | Badger Army Ammunition Plant | Misc Insulation |
| 0867 | 1968 | Badger Army Ammunition Plant | Pipe Insulation |
| 0871 | 1969 | Badger Army Ammunition Plant | Chemical Transfer & Duct Insul |
| 0875 | 1969 | Badger Army Ammunition Plant | Nitro Cotton & Steam Pipe Insu |

Attachment 8

| 0876 | 1969 | Badger Army Ammunition Plant | Hydro Jet Line Insulation |
|---|---|---|---|
| 0881 | 1969 | Badger Army Ammunition Plant | Misc Insulation |
| 0882 | 1969 | Badger Army Ammunition Plant | Pipe & Duct Insulation |
| 0887 | 1969 | Badger Army Ammunition Plant | Pipe Insulation |
| 0888 | 1969 | Badger Army Ammunition Plant | Misc Acid Pipe Insulation |
| 0892 | 1969 | Badger Army Ammunition Plant | Insulation Repair & Jacketing |
| 0896 | 1969 | Badger Army Ammunition Plant | Pipe Insulation |
| 0922 | 1970 | Badger Army Ammunition Plant | Hangar Insulation |
| 0931 | 1970 | Badger Army Ammunition Plant | Acid Tub Pipe Covering |
| 0934 | 1970 | Badger Army Ammunition Plant | Misc Insulation |
| 0947 | 1971 | Badger Army Ammunition Plant | Misc Insulation |
| 0953 | 1971 | Badger Army Ammunition Plant | Misc Insulation |
| 0959 | 1971 | Badger Army Ammunition Plant | Misc Insulation |
| 0968 | 1971 | Badger Army Ammunition Plant | Steel Decking Insulation |
| 0970 | 1971 | Badger Army Ammunition Plant | Plumbing & Heating Insulation |
| 0974 | 1972 | Badger Army Ammunition Plant | Plumbing, Heat, Vent. Insul |
| 0976 | 1972 | Badger Army Ammunition Plant | Misc Insulation |
| 0982 | 1972 | Badger Army Ammunition Plant | Turbine Insulation |
| 0983 | 1972 | Badger Army Ammunition Plant | Misc Insulation |
| 0994 | 1972 | Badger Army Ammunition Plant | Insulation Repairs |
| 0998 | 1972 | Badger Army Ammunition Plant | Misc Insulation |
| 1000 | 1972 | Badger Army Ammunition Plant | Misc Insulation |
| 1003 | 1972 | Badger Army Ammunition Plant | Misc Insulation |

| 1006 | 1972 | Badger Army Ammunition Plant | Tank & Pipe Insulation |
| 1010 | 1973 | Badger Army Ammunition Plant | Misc Insulation Repairs |
| 1066 | 1974 | Badger Army Ammunition Plant | Misc Insulation |
| 1106 | 1976 | Badger Army Ammunition Plant | Liquid Water Treatment Insul |
| 0763 | 1965 | Badger Army Ammunition Plant (Baraboo) | Weatherproof Jacketing |