| Fees of the Clerk ||| 
|---|---|---|
| Description | Exhibit | Amount |
| Fees for Public Access to Court Electronic Records (PACER) | 1 | $273.50 |
| | Total: | $273.50 |

| Fees for Service of Summons and Subpoenas ||| 
|---|---|---|
| Description | Exhibit | Amount |
| Deposition subpoena witness fee for Sue Merwin | 2 | $40.00 |
| Deposition subpoena service by FedEx upon Sue Merwin | 3 | $16.80 |
| Deposition subpoena witness fee for Kimberly Suoja | 4 | $40.00 |
| Deposition subpoena service by FedEx upon Kimberly Suoja | 5 | $16.80 |
| | Total: | $113.60 |

| Fees for Transcripts ||| 
|---|---|---|
| Description | Exhibit | Amount |
| Deposition transcript of George Schlub | 6 | $151.20 |
| Deposition transcript of Lawrence Zimmer, Vol. I | 7 | $119.70 |
| Deposition transcript of Lawrence Zimmer, Vol. II | 8 | $143.65 |
| Deposition transcript of Arthur Frank, M.D., Ph.D. | 9 | $1,097.00 |
| Deposition transcript of Gary Suoja | 10 | $1,358.40 |
| Deposition videotape of Gary Suoja | 11 | $1,455.00 |
| Deposition transcript of Kimberly Suoja | 12 | $745.60 |
| Deposition transcript of Thomas Wiig, M.D. | 13 | $556.44 |
| Pretrial transcript of 7/15/15 | 14 | $164.90 |
| Trial transcripts of 11/30/15 (pm), 12/1/15 (pm) | 15 | $709.50 |
| Trial transcripts of 11/30/15 (am), 12/1/15 (am), 12/2/15 (am) | 16 | $790.61 |
| | Total: | $7,292.00 |

| Fees for Witnesses ||| 
|---|---|---|
| Description | Exhibit | Amount |
| Peter Neushul, Ph.D. attendance fee for the time necessarily occupied in going to the place of attendance | | $40.00 |
| Peter Neushul, Ph.D. attendance fee for the time necessarily occupied during such attendance | | $40.00 |
| Peter Neushul, Ph.D. attendance fee for the time necessarily occupied during such attendance and returning from the place of attendance | | $40.00 |
| Peter Neushul, Ph.D. subsistence allowance for meals and incidental expenses (M&IE) per diem for the time necessarily occupied in going to the place of attendance | 17 | $59.00 |

| | | |
|---|---|---|
| Peter Neushul, Ph.D. subsistence allowance for meals and incidental expenses (M&IE) per diem for the time necessarily occupied during such attendance | 17 | $59.00 |
| Peter Neushul, Ph.D. subsistence allowance for meals and incidental expenses (M&IE) per diem for the time necessarily occupied during such attendance and in returning from the place of attendance | 17 | $59.00 |
| Peter Neushul, Ph.D. actual expenses of travel by common carrier flight on the basis of the means of transportation reasonably utilized and the distance necessarily traveled to and from his residence by the shortest practical route in going to and returning from the place of attendance | 18 | $993.20 |
| Peter Neushul, Ph.D. actual expenses of lodging when overnight stay is required at the place of attendance because such place is so far removed from his residence as to prohibit return thereto from day to day | 19 | $302.38 |
| Earl Gregory, Ph.D., CIH, CSP attendance fee for the time necessarily occupied in going to the place of attendance | | $40.00 |
| Earl Gregory, Ph.D., CIH, CSP attendance fee for the time necessarily occupied during such attendance | | $40.00 |
| Earl Gregory, Ph.D., CIH, CSP attendance fee for the time necessarily occupied in returning from the place of attendance | | $40.00 |
| Earl Gregory, Ph.D., CIH, CSP subsistence allowance for meals and incidental expenses (M&IE) per diem for the time necessarily occupied in going to the place of attendance | 17 | $59.00 |
| Earl Gregory, Ph.D., CIH, CSP subsistence allowance for meals and incidental expenses (M&IE) per diem for the time necessarily occupied during such attendance | 17 | $59.00 |
| Earl Gregory, Ph.D., CIH, CSP subsistence allowance for meals and incidental expenses (M&IE) per diem for the time necessarily occupied in returning from the place of attendance | 17 | $59.00 |
| Earl Gregory, Ph.D., CIH, CSP actual expenses of travel by common carrier flight on the basis of the means of transportation reasonably utilized and the distance necessarily traveled to and from his residence by the shortest practical route in going to and returning from the place of attendance | 20 | $989.70 |
| Earl Gregory, Ph.D., CIH, CSP actual expenses of lodging when overnight stay is required at the place of attendance because such place is so far removed from his residence as to prohibit return thereto from day to day | 21 | $302.38 |
| | Total: | $3,181.66 |

| Fees for Exemplification and Copies | | |
|---|---|---|
| Description | Exhibit | Amount |
| Exemplification and copies from Badger History Group, Inc. | 22 | $500.00 |
| Exemplification and copies from Dane County Clerk of Circuit Court | 23 | $11.25 |
| Exemplification and copies from L&S Insulation | 24 | $249.45 |
| Exemplification and copies from National Archives and Records Administration | 25 | $90.00 |
| Exemplification and copies from National Archives and Records Administration | 26 | $25.40 |
| Exemplification and copies of electronic trial exhibits required for Plaintiff and the Court | 27 | $1,164.45 |
| Exemplification and copies of paper trial exhibits required for Plaintiff and the Court | 28 | $2,178.18 |
| | Total: | $4,218.73 |

| Docket Fees Under 28 U.S.C. § 1923 | |
|---|---|
| Description | Amount |
| Trial or final hearing | $20.00 |
| Elmer H. Borchardt taken on July 14, 1980 | $2.50 |
| Elmer H. Borchardt taken on July 16, 1996 | $2.50 |
| Elmer H. Borchardt taken on May 12, 2003 | $2.50 |
| Dohrman H. Byers taken on October 21, 1985 | $2.50 |
| William Z. Fluck taken on October 15, 1985 | $2.50 |
| Richard E. Grimmie taken on November 26, 1996 | $2.50 |
| Frank Hofstetter taken on January 22, 1991 | $2.50 |
| William L. Lea taken on October 16, 1985 | $2.50 |
| John K. Locher taken on October 2, 1980 | $2.50 |
| Ralph Van Beck taken on August 24, 1994 | $2.50 |
| Ralph Van Beck taken on June 26, 2012 | $2.50 |
| Daniel Braun taken on May 5, 1982 | $2.50 |
| Elmer Borchardt taken on July 2, 2008 | $2.50 |
| Michael Dowling taken on October 27, 1998 | $2.50 |
| Arthur Frank taken on November 25, 2015 | $2.50 |
| Richard Grimmie taken on September 20, 1991 | $2.50 |
| Richard Grimmie taken on October 28, 1991 | $2.50 |
| Harold Haase taken on February 11, 1999 | $2.50 |
| Willis Hazard taken on February 11, 1981 | $2.50 |
| Donald Popalisky taken on June 13, 1980 | $2.50 |
| Donald Popalisky taken on March 17, 1987 | $2.50 |
| George Schulb taken on January 27, 2012 | $2.50 |
| Thomas Wiig taken on November 23, 2015 | $2.50 |

| | |
|---|---:|
| Lawrence Zimmer taken on February 2, 2012 | $2.50 |
| Lawrence Zimmer taken on February 3, 2012 | $2.50 |
| Total: | $82.50 |

| Other Costs | | |
|---|---|---:|
| Description | Exhibit | Amount |
| FedEx to Judge Stephen L. Crocker | 29 | $14.15 |
| FedEx to Judicial Panel on Multidistrict Litigation | 30 | $14.15 |
| FedEx to Eastern District of Pennsylvania (MDL 875) | 31 | $14.15 |
| Costs and Fees required under the MDL 875 Court-Ordered Records Collection Protocol | 32, 33 | $2,273.50 |
| | Total: | $2,315.95 |

4834-4847-9802, v. 1