**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| GARY SUOJA, Individually and as Special Administrator of the Estate of OSWALD SUOJA, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 99-cv-475-bbc |
| v. | )<br>)<br>) |
| Owens-Illinois, Inc., | )<br>) |
| Defendant. | ) |

_____

**NOTICE OF APPEAL**

_____

Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings:

- The opinion and order on September 30, 2016 by U.S. Magistrate Judge Stephen L. Crocker entering Judgment in favor of defendant Owens−Illinois, Inc. (ECF Doc. # 216.)

- The judgment entered on September 30, 2016 in favor of defendant Owens−Illinois, Inc. and dismissing the case. (ECF Doc. # 217.)

- The order entered on November 17, 2016 by U.S. Magistrate Judge Stephen L. Crocker denying Plaintiff's motion for amended or additional findings pursuant to Fed. R. Civ. P. 52(b). (ECF Doc. # 223.)

1

- The order entered on November 21, 2016 by Clerk of Court Peter A. Oppeneer taxing costs in favor of Owens−Illinois, Inc. in the amount of $17,477.94. (ECF Doc. #224.)

Dated: December 19, 2016.

s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on December 19, 2016 I caused the forgoing to be electronically filed with the United States District Court for the Western District of Wisconsin using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: December 19, 2016

/S/   Robert G. McCoy

Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com